COPY

1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
3  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
4  P.O. Box 8130
   Walnut Creek, California 94596-8130
5  Telephone: 925.295.3300
   Facsimile: 925.946.9912

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

ORIGINAL FILED

JUL 2 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SC

C 07 3758

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE, a District of Columbia Nonprofit Organization; and VETERANS UNITED FOR TRUTH, INC., a California Nonprofit Organization, representing their members and a class of all veterans similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>R. JAMES NICHOLSON, Secretary of Department of Veterans Affairs; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; JAMES P. TERRY, Chairman, Board of Veterans Appeals; DANIEL L. COOPER, Under Secretary, Veterans Benefits Administration; BRADLEY G. MAYES, Director, Compensation and Pension Service; DR. MICHAEL J. KUSSMAN, Under Secretary, Veterans Health Administration; PRITZ K. NAVARA, Veterans Service Center Manager, Oakland Regional Office, Department of Veterans Affairs; UNITED STATES OF AMERICA; ALBERTO GONZALES, Attorney General of the United States; and WILLIAM P. GREENE, JR., Chief Judge of the United States Court of Appeals for Veterans Claims,<br><br>Defendants. | Case No. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**<br><br>(Class Action) |

Case No. _____
Certification of Interested Entities or Persons
wc-132186

1

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

3  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
4  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
   Facsimile: 415.268.7522

   BILL D. JANICKI (CA SBN 215960)
   BJanicki@mofo.com
   MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
   Sacramento, California 95814
   Telephone: 916.448.3200
   Facsimile: 916.448.3222

8  SIDNEY M. WOLINSKY (CA SBN 33716)
   SWolinsky@dralegal.org
   MELISSA W. KASNITZ (CA SBN 162679)
9  MKasnitz@dralegal.org
   JENNIFER WEISER BEZOZA (CA SBN 247548)
10 JBezoza@dralegal.org
   KATRINA KASEY CORBIT (CA SBN 237931)
11 KCorbit@dralegal.org
   DISABILITY RIGHTS ADVOCATES
12 2001 Center Street, Third Floor
   Berkeley, California 94704-1204
13 Telephone: 510.665.8644
   Facsimile: 510.665.8511

Case No. _____
Certification of Interested Entities or Persons
wc-132186

2

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 23, 2007

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By: /s/ Gordon P. Erspamer
Gordon P. Erspamer

Attorneys for Plaintiffs

Case No. _____
Certification of Interested Entities or Persons
wc-132186

3