1  PETER D. KEISLER
   Assistant Attorney General
2  SCOTT N. SCHOOLS
   Interim United States Attorney
3  RICHARD LEPLEY
   Assistant Branch Director
4  STEVEN Y. BRESSLER D.C. Bar No. 482492
   Trial Attorney
5  United States Department of Justice
   Civil Division, Federal Programs Branch
6
   P.O. Box 883
7  Washington, D.C. 20044
   Telephone: (202) 514-4781
8  Facsimile: (202) 318-7609
   Email: Steven.Bressler@usdoj.gov
9
   Attorneys for Defendants
10 Hon. R. James Nicholson, Secretary of Veterans Affairs, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Hon. R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*,<br><br>　　　　Defendants. | No. C 07-3758-SC<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that Steven Y. Bressler, Esq., will be appearing in this action on behalf of defendants Hon. R. James Nicholson, Secretary of Veterans Affairs, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Chairman of the Board of Veterans Appeals, Hon. Daniel I. Cooper, Under Secretary, Veterans Benefits Administration, Hon. Bradley G. Mayes, Director, Compensation and Pension Service, Hon. Michael J. Kissman, Under Secretary, Veterans Health Administration, Pritz K. Navara, Veterans Service Center

1. Manager, Oakland Regional Office, U.S. Department of Veterans Affairs, Hon. Alberto
2. Gonzalez, Attorney General of the United States, and the United States of America.
3. Dated July 31, 2007

        Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
Interim United States Attorney

RICHARD LEPLEY
Assistant Branch Director

  /s/ **Steven Y. Bressler**
STEVEN Y. BRESSLER D.C. Bar #482492
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
(202) 514-4781 (telephone)
(202) 318-7609 (fax)

Attorneys for Defendants