# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE, a District of Columbia Nonprofit Organization; and VETERANS UNITED FOR TRUTH, INC., a California Nonprofit Organization, representing their members and a class of all veterans similarly situated,<br>　　　　　　　　Plaintiffs,<br>v.<br>R. JAMES NICHOLSON, Secretary of Department of Veterans Affairs; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; JAMES P. TERRY, Chairman, Board of Veterans Appeals; DANIEL L. COOPER, Under Secretary, Veterans Benefits Administration; BRADLEY G. MAYES, Director, Compensation and Pension Service; DR. MICHAEL J. KUSSMAN, Under Secretary, Veterans Health Administration; PRITZ K. NAVARA, Veterans Service Center Manager, Oakland Regional Office, Department of Veterans Affairs; UNITED STATES OF AMERICA; ALBERTO GONZALES, Attorney General of the United States; and WILLIAM P. GREENE, JR., Chief Judge of the United States Court of Appeals for Veterans Claims,<br>　　　　　　　　Defendants. | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER:<br><br>**SC**<br>**C 07 3758**<br><br> |

TO: (Name and address of defendant)
　　Bradley G. Mayes, Director
　　Compensation & Pension Service
　　Department of Veterans Affairs
　　810 Vermont Avenue, NV
　　Washington, DC  20420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GORDON P. ERSPAMER　　　　　　　　　　SIDNEY M. WOLINSKY
STACEY M. SPRENKEL　　　　　　　　　　MELISSA W. KASNITZ
MORRISON & FOERSTER LLP　　　　　　　JENNIFER WEISER BEZOZA
101 Ygnacio Valley Road, Suite 450, P.O. Box 8130　KATRINA KASEY CORBIT
Walnut Creek, California 94596-8130　　　　DISABILITY RIGHTS ADVOCATES
　　　　　　　　　　　　　　　　　　　　2001 Center Street, Third Floor
　　　　　　　　　　　　　　　　　　　　Berkeley, California 94704-1204

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JUL 23 2007

Richard W. Wieking
CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE _____

**ANNA SPRINKLES**
(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

STACEY M. SPRENKEL (SBN 241689)
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road #450
Walnut Creek, CA 94596
Telephone: (925) 295-3300
Attorney for: Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : VETERANS FOR COMMON SENSE etc., et al.

Defendant : R. JAMES NICHOLSON etc., et al.

Ref#: 218874         *   **PROOF OF SERVICE**   *   Case No.: C 07 3758 SC

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER UNITED STATES CONSTITUTION AND REHABILITATION ACT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; JUDGE SAMUEL CONTI'S STANDING ORDER RE CASE MANAGEMENT CONFERENCE PROCEDURES AND NOTICE TO ALL ATTORNEYS: ORDER RE TIMELY FILING OF PLEADINGS, BRIEFS, MOTIONS, ETC.; ECF REGISTRATION INFORMATION HANDOUT; CLERK'S WELCOME NOTICE AND GUIDELINES RE FILING PROCESS; ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

in the within action by personally delivering true copies thereof to the person named below, as follows:

Party served       : BRADLEY G. MAYES, DIRECTOR, COMPENSATION & PENSION
                     SERVICE, DEPARTMENT OF VETERANS AFFAIRS

By serving         : Theriska Jeter, Authorized Agent

Address            : (Business)
                     810 Vermont Avenue, NW
                     Washington, DC 20420

Date of Service:   July 27, 2007

Time of Service:   12:45 PM

Person who served papers:
CYNTHIA SABLE
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $50.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.:
(iii) County:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 30, 2007                              Signature _____