GORDON P. ERSPAMER (CA SBN 83364)
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: (925) 295-3300
Facsimile: (925) 946-9912

Attorney for Plaintiff(s) All Class Members
Except Reason Warehime and NARS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF RADIATION SURVIVORS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS K. TURNAGE, *et al.*,<br><br>Defendants. | Case No.   C-83-1861-MHP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12, 7-11)**<br><br>(Class Action) |

Upon consideration of Plaintiffs' Administrative Motion to Relate Cases, Defendants' Opposition, and Plaintiffs' Reply, I find that Case No. C-07-3758-SC is related to Case No. C-83-1861-MHP within the meaning of Civil Local Rule 3-12. Accordingly, it is hereby ORDERED that Plaintiffs' Administrative Motion is GRANTED, and that Case No. C-07-3758-SC is reassigned to my docket.

Dated: _____, 2007

_____
JUDGE MARILYN HALL PATEL

Case No. C-83-1861-MHP
[Proposed] Order Granting Administrative Motion re Related Cases
Plfs' Proposed Order Granting Administrative Motion/wc-132640 v1

1

8/10/2007 2:51 PM