United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE, a District of Columbia Nonprofit Organization; and VETERANS UNITED FOR TRUTH, INC., a California Nonprofit Organization, representing their members and a class of all veterans similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>R. JAMES NICHOLSON, Secretary of Department of Veterans Affairs; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; JAMES P. TERRY, Chairman, Board of Veterans Appeals; DANIEL L. COOPER, Under Secretary, Veterans Benefits Administration; BRADLEY G. MAYES, Director, Compensation and Pension Service; DR. MICHAEL J. KUSSMAN, Under Secretary, Veterans Health Administration; PRITZ K. NAVARA, Veterans Service Center Manager, Oakland Regional Office, Department of Veterans Affairs; UNITED STATES OF AMERICA; ALBERTO GONZALES, Attorney General of the United States; and WILLIAM P GREENE, JR., Chief Judge of the United States Court of Appeals for Veterans Claims,<br>        Defendants. | No. C-07-3758 SC<br><br>ORDER DENYING MOTION TO FILE AMICUS CURIAE <u>BRIEF</u> |

    The Court has reviewed Arthur J. Clemens Jr.'s motion to file an Amicus Curiae brief in the above-captioned case.  Mr. Clemens'

1  motion is hereby denied.

3      IT IS SO ORDERED.

5      Dated: September 7, 2007

_____
UNITED STATES DISTRICT JUDGE