UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

VETERANS FOR COMMON SENSE and  )
VETERANS UNITED FOR TRUTH,     )   No. C 07-3758-SC
                               )
    Plaintiffs,                )
                               )
  v.                           )   **[PROPOSED] ORDER**
                               )
Hon. R. JAMES NICHOLSON, Secretary of )
Veterans Affairs, *et al.*,    )
                               )
    Defendants.                )
                               )
_____)

    Upon consideration of defendants' Motion to Dismiss the plaintiffs' Complaint and the briefs submitted in support and opposition thereto, it is ORDERED that defendants' Motion is GRANTED.  Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

Date: _____                  _____
                              Hon. SAMUEL CONTI
                              Senior United States District Judge