PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
Trial Attorney
KYLE R. FREENY California Bar No. 247857
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-5108
Facsimile:  (202) 616-8460
Email: Kyle.Freeny@usdoj.gov

Attorneys for Defendants
Hon. R. James Nicholson, Secretary of Veterans Affairs, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH,<br><br>  Plaintiffs,<br><br>  v.<br><br>Hon. R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*,<br><br>  Defendants. | No. C 07-3758-SC<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Kyle R. Freeny, Esq., will be appearing in this action on behalf of defendants Hon. R. James Nicholson, Secretary of Veterans Affairs; the U.S. Department of Veterans Affairs; Hon. James P. Terry, Chairman of the Board of Veterans Appeals; Hon. Daniel I. Cooper, Under Secretary, Veterans Benefits Administration; Hon. Bradley G. Mayes, Director, Compensation and Pension Service; Hon. Michael J. Kussman,

1  Under Secretary, Veterans Health Administration; Pritz K. Navara, Veterans Service Center
2  Manager, Oakland Regional Office, U.S. Department of Veterans Affairs; Hon. Peter D. Keisler,[1]
3  Acting Attorney General of the United States; Hon. William P. Greene, Jr., Chief Judge of the
4  U.S. Court of Appeals for Veterans Claims; and the United States of America.

Dated September 27, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
Interim United States Attorney

RICHARD LEPLEY
Assistant Branch Director

    **/s/ Kyle R. Freeny**
KYLE R. FREENY California Bar #247857
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
(202) 514-5108 (telephone)
(202) 616-8460 (fax)

Attorneys for Defendants

---

[1] Hon. Peter D. Keisler became the Acting Attorney General of the United States on September 18, 2007. Accordingly, he should be substituted for his predecessor, Alberto Gonzales, as defendant in this action pursuant to Fed. R. Civ. Proc. 25(d)(1).