GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450, P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VETERANS FOR COMMON SENSE, a District of Columbia Nonprofit Organization; and VETERANS UNITED FOR TRUTH, INC., a California Nonprofit Organization, representing their members and a class of all veterans similarly situated,

Plaintiffs,

v.

R. JAMES NICHOLSON, Secretary of Department of Veterans Affairs; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; JAMES P. TERRY, Chairman, Board of Veterans Appeals; DANIEL L. COOPER, Under Secretary, Veterans Benefits Administration; BRADLEY G. MAYES, Director, Compensation and Pension Service; DR. MICHAEL J. KUSSMAN, Under Secretary, Veterans Health Administration; PRITZ K. NAVARA, Veterans Service Center Manager, Oakland Regional Office, Department of Veterans Affairs; UNITED STATES OF AMERICA; ALBERTO GONZALES, Attorney General of the United States; and WILLIAM P. GREENE, JR., Chief Judge of the United States Court of Appeals for Veterans Claims,

Defendants.

Case No. CV 07-3758 SC

**CLASS ACTION**

**PLAINTIFFS' MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

**(N.D. CAL. L.R. 6-3)**

Place: Courtroom No. 1, 17th Floor
The Honorable Samuel Conti

Complaint filed: July 26, 2007

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BILL D. JANICKI (CA SBN 215960)
BJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
MELISSA W. KASNITZ (CA SBN 162679)
MKasnitz@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

Pursuant to Civil Local Rule 6-3, Plaintiffs VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC. ("Plaintiffs") move to enlarge the time to respond to Defendants' Motion to Dismiss.

Plaintiffs received Defendants' Motion to Dismiss on September 25, 2007. It is a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendants raise numerous complex legal arguments and issues including:

- Standing;
- Sovereign immunity;
- Whether the Court has subject matter jurisdiction;
- Whether the Veterans Judicial Review Act ("VJRA") forecloses review of constitutional challenges;
- Whether the VJRA forecloses a Rehabilitation Act claim;
- Whether 38 U.S.C. § 1710 provides a private right of action;
- Whether Plaintiffs' right of access to the courts claim is independent of their due process claims;
- The merits of Plaintiffs' procedural due process and access to courts claims; and
- The applicability of cases involving Congressional war powers.

Plaintiffs need adequate time to research and address these issues, especially given the importance of the issues raised in the Complaint. In addition, Defendants' Motion to Dismiss cites to more than 100 authorities and the table of authorities alone spans 9 pages. Defendants had over sixty days to respond to Plaintiffs' Complaint, which was served on July 26, 2007. Plaintiffs need more time than the 17 days currently available pursuant to the Local Rules to prepare their Opposition to the Motion to Dismiss.

Plaintiffs attempted to arrange a longer briefing schedule with Defendants, but the parties were unable to reach agreement. (Declaration of Heather A. Moser In Support of Plaintiffs' Motion to Enlarge Time ("Moser Decl.") ¶ 3.)

Due to the complexity of the numerous legal issues raised in the Motion to Dismiss, Plaintiffs will be prejudiced by having inadequate time to fully address and respond to these legal issues.

(Moser Decl. ¶¶ 2, 4.) Plaintiffs have not previously sought any extensions of time. (Moser Decl. ¶ 5.) Granting the extension would not affect any dates currently set in this matter other than the hearing date for the Motion to Dismiss. (Moser Decl. ¶ 6.)

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order enlarging the time by which they must respond to Defendants' Motion to Dismiss by thirty days, continuing the due date from October 12, 2007 to November 13, 2007. Plaintiffs further request that the Motion to Dismiss hearing date be continued from Friday, November 2, 2007 until Friday, December 7, 2007, or as soon thereafter as the matter may be heard.

Dated: September 28, 2007

GORDON P. ERSPAMER
HEATHER A. MOSER
STACEY M. SPRENKEL
PAUL J. TAIRA
MORRISON & FOERSTER LLP

By: /s/ Gordon P. Erspamer
Gordon P. Erspamer

Attorneys for Plaintiffs
VETERANS FOR COMMON SENSE AND VETERANS UNITED FOR TRUTH, INC.

I, Heather A. Moser, am the ECF user whose ID and password are being used to file this MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS. In compliance with General Order 45.X.B, I hereby attest that Gordon P. Erspamer has concurred in this filing.