GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450, P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

[see next page for additional counsel for Plaintiffs]

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, a District of Columbia Nonprofit Organization; and VETERANS UNITED FOR TRUTH, INC., a California Nonprofit Organization, representing their members and a class of all veterans similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>R. JAMES NICHOLSON, Secretary of Department of Veterans Affairs; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; JAMES P. TERRY, Chairman, Board of Veterans Appeals; DANIEL L. COOPER, Under Secretary, Veterans Benefits Administration; BRADLEY G. MAYES, Director, Compensation and Pension Service; DR. MICHAEL J. KUSSMAN, Under Secretary, Veterans Health Administration; PRITZ K. NAVARA, Veterans Service Center Manager, Oakland Regional Office, Department of Veterans Affairs; UNITED STATES OF AMERICA; ALBERTO GONZALES, Attorney General of the United States; and WILLIAM P. GREENE, JR., Chief Judge of the United States Court of Appeals for Veterans Claims,<br><br>Defendants. | Case No.   CV 07-3758 SC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF HEATHER A. MOSER IN SUPPORT OF PLAINTIFFS' MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**(N.D. CAL. L.R. 6-3)**<br><br>Place:  Courtroom No. 1, 17th Floor<br>The Honorable Samuel Conti<br><br>Complaint filed:  July 26, 2007 |

Case No. c07-3758
DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO ENLARGE TIME TO RESPOND
wc-133726

1

1 **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

3  ARTURO J. GONZALEZ (CA SBN 121490)       BILL D. JANICKI (CA SBN 215960)
   AGonzalez@mofo.com                       BJanicki@mofo.com
4  HEATHER A. MOSER (CA SBN 212686)         MORRISON & FOERSTER LLP
   HMoser@mofo.com                          400 Capitol Mall, Suite 2600
5  MORRISON & FOERSTER LLP                  Sacramento, California 95814
   425 Market Street                        Telephone: 916.448.3200
6  San Francisco, California 94105-2482     Facsimile: 916.448.3222
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  SIDNEY M. WOLINSKY (CA SBN 33716)
   SWolinsky@dralegal.org
9  MELISSA W. KASNITZ (CA SBN 162679)
   MKasnitz@dralegal.org
10 JENNIFER WEISER BEZOZA (CA SBN 247548)
   JBezoza@dralegal.org
11 KATRINA KASEY CORBIT (CA SBN 237931)
   KCorbit@dralegal.org
12 DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
13 Berkeley, California 94704-1204
   Telephone: 510.665.8644
14 Facsimile: 510.665.8511

## DECLARATION OF HEATHER A. MOSER

I, Heather A. Moser, declare:

I am an associate at Morrison & Foerster LLP, counsel of record for Plaintiffs in this action. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts:

1. Plaintiffs' counsel received Defendants' Motion to Dismiss on September 25, 2007. Since September 25, 2007, counsel have reviewed Defendants' brief and have worked diligently to prepare Plaintiffs' response.

2. Due to the length and complexity of the Motion to Dismiss, the number of substantive legal issues raised, and the large number of authorities cited, Plaintiffs' response will require longer than the allotted 17 days to prepare.

3. On September 27, 2007, I telephoned counsel for Defendants and requested that Defendants stipulate to a mutually agreeable briefing schedule, which would provide Plaintiffs with more time to prepare their opposition brief and Defendants more time to provide their reply brief, if needed. I explained to Defendants' counsel the reasons for the request as set forth above. On September 28, 2007, I again spoke with counsel regarding the terms of a mutual extension. The parties were unable to reach an agreement on the terms on an extension.

4. If Plaintiffs' motion is not granted, Plaintiffs will suffer prejudice. They will be forced to file a complex legal brief without adequate time to address the numerous substantive legal issues raised in the Motion to Dismiss.

5. Plaintiffs have not previously sought an extension of time in this action. Defendants sought and received from Plaintiffs an extension of time to file an opposition to the Notice of Related Cases filed by Plaintiffs.

1    6. The requested extension will not significantly impact the schedule for this case. The
2 only impact will be that the hearing date for the Motion to Dismiss, which Plaintiffs request be
3 continued until December 7, 2007, or as soon thereafter as it may be conveniently heard by the Court.
4    I declare under penalty of perjury under the laws of the United States of America and the
5 State of California that the foregoing is true and correct.
6    Executed this 28th day of September, 2007, at San Francisco, California.

                                    /s/ Heather A. Moser
                                    Heather A. Moser