
1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, a District of Columbia Nonprofit Organization; and VETERANS UNITED FOR TRUTH, INC., a California Nonprofit Organization, representing their members and a class of all veterans similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>R. JAMES NICHOLSON, Secretary of Department of Veterans Affairs; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; JAMES P. TERRY, Chairman, Board of Veterans Appeals; DANIEL L. COOPER, Under Secretary, Veterans Benefits Administration; BRADLEY G. MAYES, Director, Compensation and Pension Service; DR. MICHAEL J. KUSSMAN, Under Secretary, Veterans Health Administration; PRITZ K. NAVARA, Veterans Service Center Manager, Oakland Regional Office, Department of Veterans Affairs; UNITED STATES OF AMERICA; ALBERTO GONZALES, Attorney General of the United States; and WILLIAM P. GREENE, JR., Chief Judge of the United States Court of Appeals for Veterans Claims,<br><br>Defendants. | Case No.    CV 07-3758 SC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>Place:   Courtroom No. 1, 17th Floor<br>The Honorable Samuel Conti<br><br>Complaint filed:    July 26, 2007 |

Having reviewed Plaintiffs' Motion to Enlarge Time to Respond to Defendants' Motion to Dismiss, the papers and pleadings on file herein, and any opposition filed by Defendants, IT IS HEREBY ORDERED that Plaintiffs' Motion to Enlarge Time to Respond to Defendants' Motion to Dismiss is GRANTED.   Plaintiffs' response shall be filed and served no later than November 13, 2007.  The hearing date for Defendants' Motion to Dismiss shall be continued from Friday, November 2, 2007 until Friday, December 7, 2007, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: _____, 2007

\_\_\_\_\_
THE HONORABLE SAMUEL CONTI
United States District Senior Judge

Proposed Order Submitted by:

SIDNEY M. WOLINSKY
MELISSA W. KASNITZ
JENNIFER WEISER BEZOZA
KATRINA KASEY CORBIT
DISABILITY RIGHTS ADVOCATES

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
PAUL J. TAIRA
MORRISON & FOERSTER LLP


By:   /s/ Heather A. Moser
       Heather A. Moser

      Attorneys for Plaintiffs
      VETERANS FOR COMMON SENSE
      AND VETERANS UNITED FOR
      TRUTH

Case No. c07-3758
ORDER
wc-133740

2