PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
KYLE R. FREENY California Bar No. 247857
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4781
Facsimile: (202) 318-7609
Email: Steven.Bressler@usdoj.gov

Attorneys for Defendants Hon. R. James Nicholson, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Pritz K. Navara, the United States of America, Hon. Peter D. Keisler, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH,<br><br>Plaintiffs,<br><br>v.<br><br>Hon. R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | No. C 07-3758-SC<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO ENLARGE TIME** |

      Pursuant to Civil Local Rule 6-3(c), defendants provide this response to plaintiffs' Motion to Enlarge Time to Respond to Defendants' Motion to Dismiss (Docket Entry No. 21).

      As plaintiffs are aware, defendants are willing to agree to as much of an extension as the plaintiffs want subject only to two, reasonable conditions. In return for defendants' consent to an extension of time, defendants asked that (1) plaintiffs agree not to notice a motion for preliminary injunction prior to the date defendants' motion to dismiss would be heard under the expanded

1 schedule requested by plaintiffs; and (2) defendants be given additional time to file their reply
2 brief. These are the "terms on an extension" upon which the "parties were unable to reach an
3 agreement." See Moser Decl. ¶ 3.

4 Plaintiffs' counsel has told counsel for defendants that plaintiffs intend to file, among other
5 motions, a motion for preliminary injunction. See Declaration of Steven Y. Bressler (filed
6 herewith) ¶ 3. Plaintiffs have been free to file such a motion at any time since they filed their
7 Complaint in late July, but they have not done so. Having chosen not to act, plaintiffs should not
8 now be permitted to stall the Court's consideration of defendants' threshold arguments *while also*
9 seeking to have their own motion for injunctive relief heard first.

10 Indeed, since any motion for preliminary injunction will require a discussion of the
11 plaintiffs' likelihood of success on the merits, such a motion should be briefed on a schedule
12 similar to that for the pending motion to dismiss.

13 Likewise, simple fairness dictates that if plaintiffs have more time to file a response,
14 defendants should have more time to file a reply. Under plaintiffs' proposed schedule, they would
15 have 47 days to prepare and file an opposition brief but defendants would have only 7 days to
16 reply. See Civ. L.R. 7-3. When counsel for plaintiffs called undersigned counsel to discuss an
17 extension on September 27, however, counsel for plaintiffs stated that plaintiffs would not agree to
18 two additional weeks for defendants to file their reply. See Bressler Decl. ¶ 5.

19 In sum, defendants do not object to the extension plaintiffs seek as there is no need for
20 expedition. Defendants do, however, respectfully request that any extension granted to plaintiffs
21 incorporate the conditions explained above. Those reasonable conditions are reflected in the
22 attached, proposed order.
23 //
24 //
25 //
26 //
27 //
28 //

Dated October 1, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
Interim United States Attorney

RICHARD LEPLEY
Assistant Branch Director

　　/s/ Steven Y. Bressler
STEVEN Y. BRESSLER D.C. Bar #482492
KYLE R. FREENY California Bar #247857
Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 883
Washington, D.C. 20044
(202) 514-4781 (telephone)

Counsel for Defendants