PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
KYLE R. FREENY California Bar No. 247857
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-4781
Facsimile: (202) 318-7609
Email: Steven.Bressler@usdoj.gov

Attorneys for Defendants Hon. R. James Nicholson, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Pritz K. Navara, the United States of America, Hon. Peter D. Keisler, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH,<br><br>Plaintiffs,<br><br>v.<br><br>Hon. R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | No. C 07-3758-SC<br><br>**DECLARATION OF STEVEN Y. BRESSLER** |

I, Steven Y. Bressler, declare:

1. I am employed by the U.S. Department of Justice, Civil Division, Federal Programs Branch as a Trial Attorney. The information contained in this declaration is based on my personal knowledge and information made available to me in my official capacity.

2. I represent the defendants in this civil action.

Case No. C 07-3758-SC
Declaration Accompanying Defendants' Response To Plaintiffs' Motion To Enlarge Time

3. On or about August 23, 2007, I participated in a telephone call with, among others, counsel for plaintiffs including Gordon P. Erspamer and Sidney M. Wolinsky. During that telephone call, Mr. Erspamer told me that plaintiffs intend to file a motion for preliminary injunction, possibly accompanied by a motion for expedited discovery. They declined to tell me when they expect to file such a motion, except Mr. Erspamer said he anticipated it would be prior to October 26, 2007. Plaintiffs have not yet filed such a motion.

4. On September 25, 2007, on behalf of defendants I filed a motion to dismiss plaintiffs' 69-page, 278-paragraph Complaint.

5. On September 27, 2007, counsel for plaintiffs Heather A. Moser called me to request defendants' consent for an extension of time for plaintiffs to respond to our dispositive motion. Ms. Moser said she was requesting two additional weeks, although that was subject to change. I told Ms. Moser that, subject to confirmation with my clients and my supervisor, I believed we would be able to agree to an extension if plaintiffs would, in turn, (1) agree to a two-week extension for defendants to file their reply; and (2) agree not to notice motions for preliminary injunction or expedited discovery for a date prior to the date on which defendants' motion to dismiss would be heard under the new schedule. Ms. Moser said two weeks was too long, but plaintiffs would agree to a one-week extension for defendants to file their reply. Later that day, she left me a voicemail message stating that plaintiffs would not agree to any conditions involving the timing of a motion for preliminary injunction.

6. In her declaration, Ms. Moser notes that plaintiffs agreed to defendants' request for an extension of time to respond to plaintiffs' motion to have this case related to a closed case that was heard by Judge Marilyn Hall Patel. Moser Decl. ¶ 5. An extension was necessary in that instance because plaintiffs' service of their administrative motion did not comply with the Civil Local Rule 7-11(b) requirement that support for an administrative motion "must be delivered to all other parties the same day it is filed." Because plaintiffs' administrative motion was, as stated in their accompanying Certificate of Service, served by U.S. postal mail, my office did not receive it until after the 3-day period to respond had already run. Plaintiffs agreed to stipulate to an extension, although for a shorter period than I had requested. Judge Patel denied plaintiffs'

1  administrative motion to relate cases without ruling upon the stipulated request for extension.

2  I declare under penalty of perjury that the foregoing is true and correct. Executed on

3  October 1, 2007.

4                                                             **/s/ Steven Y. Bressler**
STEVEN Y. BRESSLER D.C. Bar #482492
5  Trial Attorney
U.S. Department of Justice
6  Civil Division, Federal Programs Branch
P.O. Box 883
7  Washington, D.C. 20044
(202) 514-4781 (telephone)
8  (202) 318-7609 (fax)