UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH,<br><br>Plaintiffs,<br><br>v.<br><br>Hon. R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | No. C 07-3758-SC<br><br>**[PROPOSED] ORDER** |

Upon consideration of plaintiffs' Motion To Enlarge Time To Respond To Defendants' Motion To Dismiss and defendants' response thereto, it is ORDERED that:

1.   Plaintiffs may file their opposition to defendants' Motion to Dismiss on or before November 13, 2007, which is 47 days after defendants' motion was filed.

2.   Defendants may file their reply brief in support of their Motion to Dismiss on or before December 4, 2007, 21 days after plaintiffs' opposition deadline.

3.   Defendants' Motion to Dismiss will be heard on _____, at 10:00 a.m. in Courtroom 1.

4.   Plaintiffs may file a Motion for Preliminary Injunction, but they shall not notice any such motion for a date prior to _____, when defendants' Motion to Dismiss will be heard. Defendants may seek an extension of time in which to file their opposition to a motion by plaintiffs for preliminary injunction.

Date: _____                          _____
                                         Hon. SAMUEL CONTI
                                         Senior United States District Judge