United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE, a District of Columbia Nonprofit Organization; and VETERANS UNITED FOR TRUTH, INC., a California Nonprofit Organization, representing their members and a class of all veterans similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>R. JAMES NICHOLSON, Secretary of Department of Veterans Affairs; UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; JAMES P. TERRY, Chairman, Board of Veterans Appeals; DANIEL L. COOPER, Under Secretary, Veterans Benefits Administration; BRADLEY G. MAYES, Director, Compensation and Pension Service; DR. MICHAEL J. KUSSMAN, Under Secretary, Veterans Health Administration; PRITZ K. NAVARA, Veterans Service Center Manager, Oakland Regional Office, Department of Veterans Affairs; UNITED STATES OF AMERICA; ALBERTO GONZALES, Attorney General of the United States; and WILLIAM P GREENE, JR., Chief Judge of the United States Court of Appeals for Veterans Claims,<br>    Defendants. | No. C-07-3758 SC<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO <u>ENLARGE TIME</u> |

    This matter comes before the Court on Plaintiffs' Motion to Enlarge Time to Respond to Defendants' Motion to Dismiss ("Motion

to Enlarge Time") and Defendants' Response. <u>See</u> Docket Nos. 21, 24.

Plaintiffs seek additional time to oppose Defendants' Motion to Dismiss due to the numerous and complex legal issues it raises. <u>See</u> Mot. to Enlarge Time at 3. Defendants seek additional time to file a Reply as well as an order barring Plaintiffs from filing a Motion for a Preliminary Injunction prior to the hearing for the Motion to Dismiss.

The Court hereby GRANTS Plaintiffs' Motion to Enlarge Time. Plaintiffs shall file their Opposition no later than November 9, 2007, at 4:00 p.m. Defendants shall file any Reply by November 30, 2007, at 4:00 p.m. The hearing for Defendants' Motion to Dismiss, which was scheduled for Friday, November 2, 2007, is hereby moved to Friday, December 14, 2007, at 10:00 a.m.

Defendants' request to preclude Plaintiffs from filing a Motion for a Preliminary Injunction before the hearing date for the Motion to Dismiss is DENIED.

IT IS SO ORDERED.

Dated: October 3, 2007

UNITED STATES DISTRICT JUDGE

-2-