GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
MELISSA W. KASNITZ (CA SBN 162679)
MKasnitz@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **ERRATA TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER UNITED STATES CONSTITUTION AND REHABILITATION ACT** <br><br> (Class Action) <br><br> Complaint Filed July 23, 2007 |

Case No. C-07-3758-SC
Errata to Complaint
wc-134070

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
4  MORRISON & FOERSTER LLP
425 Market Street
5  San Francisco, California 94105-2482
Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  BILL D. JANICKI (CA SBN 215960)
BJanicki@mofo.com
8  MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
9  Sacramento, California 95814
Telephone: 916.448.3200
10  Facsimile: 916.448.3222

Case No. C-07-3758-SC
Errata to Complaint
wc-134070

PLEASE TAKE NOTICE THAT the following corrections to the Complaint have been made:

| Page/Line # | Incorrect Word(s) | Corrected Word(s) |
|---|---|---|
| 11:17 | "§ 7" | "§§ 702-703" |
| 47:22 | "Psychiatric" | "Psychological" |
| 49:7 | "Psychiatric" | "Psychological" |
| 61:26 | "file" | "follow" |

Dated: October 16, 2007

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By:     /s/
    Gordon P. Erspamer

Attorneys for Plaintiffs

Case No. C-07-3758-SC
Errata to Complaint
wc-134070

1