GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
MELISSA W. KASNITZ (CA SBN 162679)
MKasnitz@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

**[see next page for additional counsel for plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.    C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **ADR CERTIFICATION BY PARTIES AND COUNSEL** <br><br> [Civil L.R. 16-8] <br><br> Complaint Filed July 23, 2007 |

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  BILL D. JANICKI (CA SBN 215960)
   WJanicki@mofo.com
8  MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
9  Sacramento, California 95814
   Telephone: 916.448.3200
10 Facsimile: 916.448.3222

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-07-3758-SC
ADR CERTIFICATION BY PARTIES AND COUNSEL
wc-134287

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he

2    or she has:

3    (**1**) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of*

4    *California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are*

5    *available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing*

6    *program (ECF) under General Order 45);*

7    (**2**) Discussed the available dispute resolution options provided by the Court and private

8    entities; and

9    (**3**) Considered whether this case might benefit from any of the available dispute

10   resolution options.

11
12   Dated: October 26, 2007

13                                          By:    /s/ Paul Sullivan
                                                  PAUL SULLIVAN

14                                                 Plaintiff VETERANS FOR COMMON
15                                                 SENSE

16
17   Dated: October 26, 2007

18                                          By:    /s/ Robert Handy
                                                  ROBERT HANDY

19                                                 Plaintiff VETERANS UNITED FOR
20                                                 TRUTH, INC.

21
22   Dated: October 26, 2007               GORDON P. ERSPAMER
                                           MORRISON & FOERSTER LLP

23

24                                          By:    /s/ Gordon P. Erspamer
25                                                 Gordon P. Erspamer

26                                                 Attorneys for Plaintiffs
                                                   VETERANS FOR COMMON SENSE
27                                                 and VETERANS UNITED FOR
                                                   TRUTH, INC.

28

1    I, Gordon P. Erspamer, am the ECF User whose ID and password are being used to file this

2    ADR Certification by Parties and Counsel.  In compliance with General Order 45, X.B., I hereby

3    attest that Paul Sullivan and Robert Handy have concurred in this filing.  I also attest that I have on

4    file holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this

5    efiled document.

6

7                                              /s/ Gordon P. Erspamer

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28