
1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
3  PAUL J. TAIRA (CA SBN 244427)
   PTaira@mofo.com
4  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
5  P.O. Box 8130
   Walnut Creek, California 94596-8130
6  Telephone: 925.295.3300
   Facsimile: 925.946.9912
7
8  SIDNEY M. WOLINSKY (CA SBN 33716)
   SWolinsky@dralegal.org
   MELISSA W. KASNITZ (CA SBN 162679)
9  MKasnitz@dralegal.org
   JENNIFER WEISER BEZOZA (CA SBN 247548)
10 JBezoza@dralegal.org
   KATRINA KASEY CORBIT (CA SBN 237931)
11 KCorbit@dralegal.org
   DISABILITY RIGHTS ADVOCATES
12 2001 Center Street, Third Floor
   Berkeley, California 94704-1204
13 Telephone: 510.665.8644
   Facsimile: 510.665.8511
14
   **[see next page for additional counsel for plaintiffs]**
15
   Attorneys for Plaintiff(s)
16 VETERANS FOR COMMON SENSE, and
   VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> R. JAMES NICHOLSON, Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.    C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **JOINT NOTICE OF NEED FOR ADR PHONE CONFERENCE** <br><br> [Civil L.R. 16-8] <br><br> Complaint Filed July 23, 2007 |

Case No. C-07-3758-SC
JOINT NOTICE OF NEED FOR ADR PHONE CONFERENCE
wc-134289

1 **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2 ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
3 HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
4 MORRISON & FOERSTER LLP
425 Market Street
5 San Francisco, California 94105-2482
Telephone: 415.268.7000
6 Facsimile: 415.268.7522

7 BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
8 MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
9 Sacramento, California 95814
Telephone: 916.448.3200
10 Facsimile: 916.448.3222

Case No. C-07-3758-SC
JOINT NOTICE OF NEED FOR ADR PHONE CONFERENCE
wc-134289

1. Counsel report that they have met and conferred regarding ADR and that they have not yet reached agreement to an ADR process.

2. Date of Case Management Conference: November 16, 2007.

3. The following counsel plan to participate in the ADR phone conference:

| Name | Parties Represented | Phone Number | E-mail Address |
|---|---|---|---|
| Gordon P. Erspamer<br>Sidney M. Wolinsky<br>Heather A. Moser | Plaintiffs Veterans For Common Sense and Veterans United For Truth, Inc. | (925) 295-3341<br>(510) 665-8644<br>(415) 268-7091 | GErspamer@mofo.com<br>SWolinsky@dralegal.org<br>HMoser@mofo.com |
| Steven Y. Bressler<br>Kyle R. Freeny | Defendants R. James Nicholson et al. | (202) 514-4781<br>(202) 514-5108 | Steven.Bressler@usdoj.gov<br>Kyle.Freeny@usdoj.gov |

Dated: October 26, 2007

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
PAUL J. TAIRA
MORRISON & FOERSTER LLP


By:  /s/ Gordon P. Erspamer
         Gordon P. Erspamer

Attorneys for Plaintiffs
VETERANS FOR COMMON SENSE
and VETERANS UNITED FOR
TRUTH, INC.

Case No. C-07-3758-SC
JOINT NOTICE OF NEED FOR ADR PHONE CONFERENCE
wc-134289

1

| | |
|---|---|
| 1    Dated: October 26, 2007 | PETER D. KEISLER |
| 2 | SCOTT N. SCHOOLS |
|   | RICHARD LEPLEY |
|   | STEVEN Y. BRESSLER |
| 3 | KYLE R. FREENY |
|   | UNITED STATES DEPARTMENT |
| 4 | OF JUSTICE |

By:  /s/ Steven Y. Bressler
      Steven Y. Bressler

Counsel for Defendants

Case No. C-07-3758-SC
JOINT NOTICE OF NEED FOR ADR PHONE CONFERENCE
wc-134289

2