PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director
STEVEN Y. BRESSLER D.C. Bar No. 482492
KYLE R. FREENY California Bar No. 247857
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone: (202) 514-4781
  Facsimile: (202) 318-7609
  Email: Steven.Bressler@usdoj.gov

Attorneys for Defendants Hon. Gordon H. Mansfield,[1] the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon,[2] the United States of America, Hon. Peter D. Keisler,[3] and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH,<br><br>    Plaintiffs,<br><br>v.<br><br>Hon. GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*,<br><br>    Defendants. | No. C 07-3758-SC<br><br>Initial Case Management Conference Set For:<br>Date: November 16, 2007<br>Time: 10:00 a.m.<br>Courtroom 1<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

---

    [1]    Hon. Gordon H. Manfield became the Acting Secretary of the Department of Veterans Affairs on October 1, 2007. Accordingly, he should be substituted for his predecessor R. James Nicholson pursuant to FED. R. CIV. PROC. 25(d)(1).

    [2]    Ulrike Willimon has replaced Pritz K. Navara as the Service Center Manager for the Oakland Regional Office of the Department of Veterans Affairs. Accordingly, she should be substituted as a defendant in this action pursuant to FED. R. CIV. PROC. 25(d)(1).

    [3]    Hon. Peter D. Keisler became the Acting Attorney General of the United States on September 18, 2007. Accordingly, he should be substituted for his predecessor, Alberto Gonzalez, pursuant to FED. R. CIV. PROC. 25(d)(1).

Case No. C 07 3758 SC
Defendants' ADR Certification

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated October 26, 2007

    **/s/ Christopher P. McNamee**
U.S. Department of Veterans Affairs
(Civ. L.R. 3-9(c) Party Representative)

    **/s/ Cary Sklar**
U.S. Court of Appeals for Veterans Claims
(Civ. L.R. 3-9(c) Party Representative)

PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director

    **/s/ Steven Y. Bressler**
STEVEN Y. BRESSLER D.C. Bar #482492
KYLE R. FREENY California Bar #247857
Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 883
Washington, D.C. 20044
(202) 514-4781 (telephone)

Counsel for Defendants and Civ. L.R. 3-9(c) Representatives of the Attorney General, in his official capacity