1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
3  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
4  P.O. Box 8130
   Walnut Creek, California 94596-8130
5  Telephone: 925.295.3300
   Facsimile: 925.946.9912
6
   SIDNEY M. WOLINSKY (CA SBN 33716)
7  SWolinsky@dralegal.org
   MELISSA W. KASNITZ (CA SBN 162679)
8  MKasnitz@dralegal.org
   JENNIFER WEISER BEZOZA (CA SBN 247548)
9  JBezoza@dralegal.org
   KATRINA KASEY CORBIT (CA SBN 237931)
10 KCorbit@dralegal.org
   DISABILITY RIGHTS ADVOCATES
11 2001 Center Street, Third Floor
   Berkeley, California 94704-1204
12 Telephone: 510.665.8644
   Facsimile: 510.665.8511
13
   **[see next page for additional counsel for Plaintiffs]**
14
   Attorneys for Plaintiff(s)
15 VETERANS FOR COMMON SENSE, and
   VETERANS UNITED FOR TRUTH, INC.
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., | Case No.    C-07-3758-SC |
|---|---|
| Plaintiffs, | **NOTICE OF CORRECTION OF E-MAIL ADDRESS OF BILL D. JANICKI** |
| v. | (Class Action) |
| GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, | Complaint Filed July 23, 2007 |
| Defendants. | |

Case No. C-07-3758-SC
Notice of Correction of E-Mail Address
wc-134485

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  BILL D. JANICKI (CA SBN 215960)
   WJanicki@mofo.com
8  MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
9  Sacramento, California 95814
   Telephone: 916.448.3200
10 Facsimile: 916.448.3222

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-07-3758-SC
Notice of Correction of E-Mail Address
wc-134485

1 | Please take notice that the correct e-mail address for Bill D. Janicki is WJanicki@mofo.com.

2

3 | Dated: November 5, 2007

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By: _____/s/_____
Gordon P. Erspamer

Attorneys for Plaintiffs

Case No. C-07-3758-SC
Notice of Correction of E-Mail Address
wc-134485

1