GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
MELISSA W. KASNITZ (CA SBN 162679)
MKasnitz@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **STIPULATED REQUEST TO EXTEND PAGE LIMITS FOR OPPOSITION TO MOTION TO DISMISS AND REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** <br><br> Complaint Filed July 23, 2007 |

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  BILL D. JANICKI (CA SBN 215960)
   WJanicki@mofo.com
8  MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
9  Sacramento, California 95814
   Telephone: 916.448.3200
10 Facsimile: 916.448.3222

Case No. C-07-3758-SC
Stipulated Request to Extend Page Limits
wc-134501

1    WHEREAS Defendants have filed a motion to dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and, in the alternative, 12(b)(6);

WHEREAS Plaintiffs anticipate that they will require an additional five pages for their memorandum of points and authorities in opposition to adequately respond to Defendants' motion due to the number and complexity of issues raised therein; and

WHEREAS Although Defendants have not yet seen Plaintiffs' opposition memorandum, at this time Defendants anticipate that they will also require an additional five pages for their memorandum of points and authorities in reply to adequately address the issues raised in Plaintiffs' expected 30-page opposition to the motion to dismiss; and

WHEREAS the parties have agreed to a mutual five page extension of the page limits for their opposition and reply memoranda;

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, as follows:

1.    Plaintiffs' memorandum of points and authorities in opposition to Defendants' motion to dismiss shall not exceed 30 (thirty) pages.

2.    Defendants' reply memorandum of points and authorities in support of the motion to dismiss shall not exceed 20 (twenty) pages.

Dated:  November 6, 2007

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP


By:    /s/ Heather A. Moser
           Heather A. Moser

Attorneys for Plaintiffs

Case No. C-07-3758-SC
Stipulated Request to Extend Page Limits
wc-134501

1

Dated: November 6, 2007

PETER D. KEISLER
SCOTT N. SCHOOLS
RICHARD LEPLEY
DANIEL BENSING
STEVEN Y. BRESSLER
KYLE R. FREENY
UNITED STATES DEPARTMENT
OF JUSTICE

By:   /s/ Steven Y. Bressler
      Steven Y. Bressler

Attorneys for Defendants

I, Heather A. Moser, am the ECF User whose ID and password are being used to file this Stipulated Request to Extend Page Limits for Opposition to Motion to Dismiss and Reply Memorandum in Support of Motion to Dismiss. In compliance with General Order 45, X.B., I hereby attest that Steven Y. Bressler has concurred in this filing.

Dated:  November 6, 2007

MORRISON & FOERSTER LLP

By:   /s/ Heather A. Moser
      Heather A. Moser

Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  November 7, 2007

_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED. Judge Samuel Conti*