PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
RICHARD LEPLEY
Assistant Branch Director
DANIEL E. BENSING (D.C. Bar No. 334268)
STEPHEN Y. BRESSLER (D.C.Bar No. 482492)
KYLE FREENY (D.C. Bar no. 247857)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C.  20001
Telephone:  (202) 305-0693
Facsimile:  (202) 616-8460
Email: Daniel.Bensing@usdoj.gov

Attorneys for Defendants Hon. Gordon Mansfield, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America, Hon. Peter D. Keisler, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, <br><br> Plaintiffs, <br><br> v. <br><br> Hon. R. JAMES NICHOLSON, Secretary of Veterans Affairs, et al., <br><br> Defendants, | No. C 07-3758-SC <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Daniel Bensing, Senior Counsel at the Federal Programs Branch of the Civil Division of the Department of Justice, has entered an appearance for the

Notice of Appearance (No. C 07-3758-SC)

defendants.

DATED: November 9, 2007          Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
United States Attorney

RICHARD LEPLEY
Assistant Branch Director


      /s/ Daniel Bensing
DANIEL BENSING D.C. Bar # 334268
STEVEN Y. BRESSLER D.C. Bar #482492
KYLE R. FREENY California Bar #247857
Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 883
Washington, D.C. 20044
(202) 305-0693 (telephone)
Facsimile:  (202) 616-8460
E-mail: Daniel.Bensing@USDOJ.gov