UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC.,

Plaintiffs,

v.

GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*,

Defendants.

Case No. C-07-3758-SC

**CLASS ACTION**

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Date: December 14, 2007
Time: 10:00 a.m.
CRM: Courtroom 1, 17th Floor
Judge: Hon. Samuel Conti

Complaint Filed: July 23, 2007

CASE NO. C-07-3758-SC
[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS
sf-2418906

 Defendants' Motion to Dismiss Plaintiffs Veterans for Common Sense and Veterans United for Truth, Inc.'s ("Plaintiffs") Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure came on for hearing on December 14, 2007.

Having considered the written and oral arguments of the parties, the pleadings and papers filed in this matter, the matters included in Plaintiffs' Request for Judicial Notice, and the evidence submitted therein, Defendants' Motion to Dismiss is hereby DENIED. Pursuant to Federal Rule of Evidence 201, Plaintiffs' Request for Judicial Notice is hereby GRANTED. Defendants shall file an answer Plaintiffs' Complaint within 10 days of the date of filing of this Order.

**IT IS SO ORDERED.**

Dated: ____________________, 2007

______________________________________________
THE HONORABLE SAMUEL CONTI
United States District Judge

Proposed Order Submitted by:

SIDNEY M. WOLINSKY
MELISSA W. KASNITZ
JENNIFER WEISER BEZOZA
KATRINA KASEY CORBIT
DISABILITY RIGHTS ADVOCATES

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
PAUL J. TAIRA
MORRISON & FOERSTER LLP

By: ____________________________________
Gordon P. Erspamer
*Attorneys for Plaintiffs*