GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
MELISSA W. KASNITZ (CA SBN 162679)
MKasnitz@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

**[see next page for additional counsel for plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No. C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS** <br><br> Date: December 14, 2007 <br> Time: 10:00 a.m. <br> CRM: Courtroom 1, 17th Floor <br> Judge: Hon. Samuel Conti <br><br> Complaint Filed: July 23, 2007 |

1 | **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2 | ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
3 | HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California 94105-2482
Telephone: 415.268.7000
6 | Facsimile: 415.268.7522

7 | BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
8 | MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
9 | Sacramento, California 95814
Telephone: 916.448.3200
10 | Facsimile: 916.448.3222

CASE NO. C-07-3758-SC
PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS
sf-2418916

1  Pursuant to Federal Rule of Evidence 201, Plaintiffs VETERANS FOR COMMONS SENSE
2  and VETERANS UNITED FOR TRUTH, INC. request that the Court take judicial notice of the
3  Complaint filed in the United States District Court for the Northern District of Ohio, *Beamon v.*
4  *Brown*, Case No. 3:95 CV 7451 attached hereto as Exhibit A.

Dated: November 9, 2007

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By:   /s/ Gordon P. Erspamer
       Gordon P. Erspamer

Attorneys for Plaintiffs
VETERANS FOR COMMON SENSE
and VETERANS UNITED FOR
TRUTH, INC.