# ORIGINAL

1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
3  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
4  P.O. Box 8130
   Walnut Creek, California 94596-8130
5  Telephone: 925.295.3300
   Facsimile: 925.946.9912
6
   SIDNEY M. WOLINSKY (CA SBN 33716)
7  SWolinsky@dralegal.org
   MELISSA W. KASNITZ (CA SBN 162679)
8  MKasnitz@dralegal.org
   JENNIFER WEISER BEZOZA (CA SBN 247548)
9  JBezoza@dralegal.org
   KATRINA KASEY CORBIT (CA SBN 237931)
10 KCorbit@dralegal.org
   DISABILITY RIGHTS ADVOCATES
11 2001 Center Street, Third Floor
   Berkeley, California 94704-1204
12 Telephone: 510.665.8644
   Facsimile: 510.665.8511
13

   [see next page for additional counsel for Plaintiffs]
14
   Attorneys for Plaintiff(s)
15 VETERANS FOR COMMON SENSE, and
   VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br>Plaintiffs, <br><br>v. <br><br>GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, <br><br>Defendants. | Case No.   C-07-3758-SC <br><br>**PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT WITNESSES** <br><br>(Class Action) <br><br>Complaint Filed July 23, 2007 |

PLAINTIFFS' NOTICE OF DEPOSITIONS OF DEFENDANT WITNESSES
Case No. C-07-3758-SC
wc-134437



DEFENDANT'S EXHIBIT C

1  ADDITIONAL COUNSEL FOR PLAINTIFFS:

2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  BILL D. JANICKI (CA SBN 215960)
   WJanicki@mofo.com
8  MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
9  Sacramento, California 95814
   Telephone: 916.448.3200
10 Facsimile: 916.448.3222

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF DEPOSITIONS OF DEFENDANT WITNESSES
Case No. C-07-3758-SC
wc-134437

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTCE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC. will take the depositions upon oral examination of Defendants. The depositions will take place at the offices of Morrison & Foerster LLP, 425 Market Street, San Francisco, CA 94105. The depositions will begin on the dates and times indicated on the attached chart, and will continue from day to day thereafter until completed.

The depositions will be taken before a notary public authorized to administer oaths in the State of California. In addition to being recorded by stenographic method, the deposition testimony may be digitally video recorded. Such video recording may be used by Plaintiffs at trial.

Please take further notice that the deponents are requested to produce copies of all documents responsive to each document request served by Plaintiffs in this action which are found in each deponent's working files, computer work stations, or other personal files, to the extent they have not been identified and produced previously as part of Defendants' production.

Dated: November 2, 2007

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By: /s/ Gordon P. Erspamer
    Gordon P. Erspamer

Attorneys for Plaintiffs

PLAINTIFFS' NOTICE OF DEPOSITIONS OF DEFENDANT WITNESSES
Case No. C-07-3758-SC
wc-134437

1

## DEPOSITION SCHEDULE

| Name | Title | Deposition Date & Time |
|---|---|---|
| Ronald Aument | Deputy Under Secretary for Benefits, U.S. Department of Veterans Affairs | January 16, 2008<br>9:30 a.m. |
| Gary Baker | Director of Business, Veterans Health Administration, U.S. Department of Veterans Affairs | February 26, 2008<br>9:30 a.m. |
| Thomas G. Bowman | Chief of Staff, U.S. Department of Veterans Affairs | February 15, 2008<br>9:30 a.m. |
| John Brown | Director, Seamless Transition Office | February 5, 2008<br>9:30 a.m. |
| Dr. John Cho | Director, Fort Carson Medical Center Fort Carson, Colorado | January 25, 2008<br>9:30 a.m. |
| David Chu | Under Secretary for Personnel & Readiness, U.S. Department of Defense | January 15, 2008<br>9:30 a.m. |
| Daniel Cooper | Under Secretary, Veterans Benefits Administration, U.S. Department of Veterans Affairs | March 25 & 26, 2008<br>9:30 a.m. |
| Dr. Gerald Cross | Principal Deputy Under Secretary for Health, U.S. Department of Veterans Affairs | January 11, 2008<br>9:30 a.m. |
| Dr. Cutolo | Chief of Staff, James A. Haley VA Medical Center in Tampa, Florida | January 9, 2008<br>9:30 a.m. |

| Name | Title | Deposition Date & Time |
|---|---|---|
| Adm. Patrick Dunne | Assistant Secretary of Policy and Planning, U.S. Department of Veterans Affairs | February 27, 2008 9:30 a.m. |
| Laurie E. Ekstrand | Director of Health Care, U.S. Government Accountability Office | January 10, 2008 9:30 a.m. |
| Dr. Scott Fairchild | Welcome Home Vets, Inc./ Operation Standup | February 1, 2008 9:30 a.m. |
| William F. Feeley | Deputy Under Secretary for Health for Operations and Management, U.S. Department of Veterans Affairs | March 14, 2008 9:30 a.m. |
| Matthew J. Friedman | Executive Director- National Center for PTSD, U.S. Department of Veterans Affairs | March 6, 2008 9:30 a.m. |
| Lawrence Gottfried | Former U.S. Department of Veterans Affairs attorney | January 30, 2008 9:30 a.m. |
| William P. Greene, Jr. | Chief Judge of the United States Court of Appeals for Veterans Claims | March 27 & 28, 2008 9:30 a.m. |
| Paul J. Hutter | General Counsel, U.S. Department of Veterans Affairs | March 11, 2008 9:30 a.m. |
| Col. Bob Ireland | Psychiatrist, United States Air Force | February 8, 2008 9:30 a.m. |
| Dr. Ira Katz | Chief Patient Care Services Officer, U.S. Department of Veterans Affairs Deputy | March 7, 2008 9:30 a.m. |

| Name | Title | Deposition Date & Time |
|---|---|---|
| Peter D. Keisler | Acting Attorney General of the United States | April 10 & 11, 2008 9:30 a.m. |
| Steve Keller | Senior Deputy Vice Chairman, Board of Veterans' Appeals | February 7, 2008 9:30 a.m. |
| Dr. Steven Knorr | Director of Mental Health, Evans Army Community Hospital, Ft. Carson, Colorado | March 18, 2008 9:30 a.m. |
| Dr. Michael Kussman | Under Secretary of Health, Veterans Health Administration | April 8 & 9, 2008 9:30 a.m. |
| Gordon H. Mansfield | Acting Secretary of Veterans Affairs | April 15 & 16, 2008 9:30 a.m. |
| Bradley Mayes | Director, Compensation & Pension Service, U.S. Department of Veterans Affairs | April 1 & 2, 2008 9:30 a.m. |
| Jack McCoy | Former Associate Deputy Under Secretary for Benefits, Veterans Benefits Administration, U.S. Department of Veterans Affairs | March 13, 2008 9:30 a.m. |
| William McLemore | Deputy Assistant Secretary, Intergovernmental Affairs, U.S. Department of Veterans Affairs | January 24, 2008 9:30 a.m. |
| Mike McLendon | Former Deputy Assistant Secretary for Policy, Planning and Preparedness, U.S. Department of Veterans Affairs | February 12, 2008 9:30 a.m. |

| Name | Title | Deposition Date & Time |
|---|---|---|
| Lois Mittlestaedt | Chief of Staff for the Under Secretary for Benefits, Veterans Benefits Administration, U.S. Department of Veterans Affairs | February 28, 2008 9:30 a.m. |
| Gen. Robert Mixon | Commander of Fort Carson, Colorado | March 5, 2008 9:30 a.m. |
| Maj. Scott Moran | Psychiatrist, Walter Reed U.S. Army Hospital | January 23, 2008 9:30 a.m. |
| Pritz Navara | Former Veteran Service Center Manager, Oakland Regional Office, U.S. Department of Veterans Affairs | February 20, 2008 9:30 a.m. |
| Frank Q. Nebeker, Esq. | Former Chief Judge, United States Court of Appeals for Veterans Claims | January 29, 2008 9:30 a.m. |
| George J. Opfer | Inspector General, U.S. Department of Veterans Affairs | March 12, 2008 9:30 a.m. |
| Dr. Michael Pantaleo | Psychiatrist, U.S. Army | February 29, 2008 9:30 a.m. |
| Gen. Jeff Phillips | Public Affairs officer, U.S. Department of Defense | March 4, 2008 9:30 a.m. |
| Lt. Col. Elspeth Ritchie | U.S. Army Psychiatrist | February 13, 2008 9:30 a.m. |
| Mark Russell | Navy Commander, Iwakuni, Japan | January 8, 2008 9:30 a.m. |
| Jill Rygwalski | Former U.S. Department of Veterans Affairs attorney | January 31, 2008 9:30 a.m. |

| Name | Title | Deposition Date & Time |
| --- | --- | --- |
| Raymond Sullivan | Executive Director, Office of Information and Technology Field Operations, U.S. Department of Veterans Affairs | February 22, 2008 9:30 a.m. |
| James P. Terry | Chairman, Board of Veterans Appeals, U.S. Department of Veterans Affairs | April 3 & 4, 2008 9:30 a.m. |
| William F. Tuerk | Under Secretary of Memorial Affairs, U.S. Department of Veterans Affairs | February 14, 2008 9:30 a.m. |
| Dr. George Van Buskirk | Chief of Staff, Bay Pines VA Medical Center, St. Petersburg, Florida | January 17, 2008 9:30 a.m. |
| Michael Walcoff | Associate Deputy Under Secretary of Field Operations, U.S. Department of Veterans Affairs | February 21, 2008 9:30 a.m. |
| Ulrike Willimon | Veteran Service Center Manager, Oakland Regional Office, U.S. Department of Veterans Affairs | January 18, 2008 9:30 a.m. |
| Gen. Stephen Xenakis, Ret. | Supervisor, U.S. Army's Medical Centers in the United States | February 6, 2008 9:30 a.m. |
| Dr. Al Batres | Director, Readjustment Counseling Service, U.S. Department of Veterans Affairs | March 19, 2008 9:30 a.m. |

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 101 Ygnacio Valley Road, Suite 450, California 94596. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on the date hereof, I served a copy of:

**PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT WITNESSES**

- ☐ BY FACSIMILE [Code Civ. Proc sec. 1013(e)] by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number (925) 946-9912 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

  I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

- ☒ BY U.S. MAIL [Code Civ. Proc sec. 1013(a)] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 101 Ygnacio Valley Road, Walnut Creek, California 94596-8130 in accordance with Morrison & Foerster LLP's ordinary business practices. I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

- ☐ BY OVERNIGHT DELIVERY [Code Civ. Proc sec. 1013(d)] by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 101 Ygnacio Valley Road, Walnut Creek, California 94596-8130 in accordance with Morrison & Foerster LLP's ordinary business practices.

  I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster l LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

- ☐ BY PERSONAL SERVICE [Code Civ. Proc sec. 1011] by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

  I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered

☐ BY PERSONAL SERVICE [Code Civ. Proc sec. 1011] by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

Please note: If you check this box, you must follow up the next business day with an amended proof containing the name and signature of the person actually effecting service. This amended proof must be filed with the court.

☒ BY ELECTRONIC SERVICE [Code Civ. Proc sec. 1010.6] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6.

Steven Y. Bressler, Esq.
Trial Attorney, Civil Division, Federal Programs Branch
United States Department of Justice
P.O. Box 883
Washington, DC 20044
Steven.Bressler@usdoj.gov

Executed at Walnut Creek, California, this 2nd day of November, 2007.

_/s/ Kathy Beaudoin_
Kathy Beaudoin