GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
MELISSA W. KASNITZ (CA SBN 162679)
MKasnitz@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **STIPULATED REQUEST TO EXTEND TIME FOR OPPOSITION TO MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY AND REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY** <br><br> Complaint Filed July 23, 2007 |

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

1     WHEREAS on November 9, 2007, Plaintiffs filed a Motion for Protective Order to Stay
2 Discovery ("MPO") pursuant to Federal Rule of Civil Procedure 26(c);

3     WHEREAS the date for Plaintiffs' response to the MPO falls on November 23, 2007, a
4 federal court holiday;

5     WHEREAS Plaintiffs anticipate that they will require two additional days to finalize their
6 memorandum of points and authorities in opposition to the MPO as a result of the holiday; and

7     WHEREAS Defendants anticipate that they will require a week to file their reply brief in
8 support of the MPO, as allowed under the Federal Rules of Civil Procedure; and

9     WHEREAS the parties have agreed to a mutual extension of time for the opposition to the
10 MPO and the reply in support of the MPO;

11     IT IS HEREBY STIPULATED by and between the parties to this action, through their
12 counsel of record, as follows:

13     1.     Plaintiffs' memorandum of points and authorities in opposition to Defendants' motion
14 for a protective order to stay discovery shall be due on November 27, 2007.

15     2.     Defendants' reply memorandum of points and authorities in support of the motion for
16 a protective order to stay discovery shall be due on December 4, 2007.

17     3.     The hearing date will not change.

Dated: November 19, 2007

    GORDON P. ERSPAMER
    ARTURO J. GONZALEZ
    HEATHER A. MOSER
    BILL D. JANICKI
    STACEY M. SPRENKEL
    MORRISON & FOERSTER LLP

By:   /s/ Stacey M. Sprenkel
        Stacey M. Sprenkel

Attorneys for Plaintiffs

Case No. C-07-3758-SC
Stipulated Request to Extend Time
sf-2425493

1

| | |
|---|---|
| Dated: November 19, 2007 | PETER D. KEISLER<br>SCOTT N. SCHOOLS<br>RICHARD LEPLEY<br>DANIEL BENSING<br>STEVEN Y. BRESSLER<br>KYLE R. FREENY<br>UNITED STATES DEPARTMENT<br>OF JUSTICE |
| | By:  /s/ Steven Y. Bressler<br>     Steven Y. Bressler |
| | Attorneys for Defendants |

I, Stacey M. Sprenkel, am the ECF User whose ID and password are being used to file this Stipulated Request to Extend Time for Opposition to Motion for Protective Order to Stay Discovery and Reply Memorandum in Support of Motion for Protective Order to Stay Discovery. In compliance with General Order 45, X.B., I hereby attest that Steven Y. Bressler has concurred in this filing.

| | |
|---|---|
| Dated:  November 19, 2007 | MORRISON & FOERSTER LLP |
| | By:  /s/ Stacey M. Sprenkel<br>     Stacey M. Sprenkel |
| | Attorneys for Plaintiffs |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  _____

THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

Case No. C-07-3758-SC
Stipulated Request to Extend Time
sf-2425493

2