PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director
DANIEL BENSING D.C. Bar No. 334268
STEVEN Y. BRESSLER D.C. Bar No. 482492
KYLE R. FREENY California Bar No. 247857
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

  P.O. Box 883
  Washington, D.C. 20044
  Telephone: (202) 305-0693
  Facsimile: (202) 616-8460
  Email: Daniel.Bensing@USDOJ.gov

Attorneys for Defendants Hon. Gordon Mansfield, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America, Hon. Michael B. Mukasey, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, | No. C 07-3758-SC |
| Plaintiffs, | |
| v. | **DISCOVERY CERTIFICATION** |
| Hon. GORDON H. MANSFIELD, Secretary of Veterans Affairs, *et al.*, | |
| Defendants. | |

    I certify that on November 21, 2007, Department of Justice attorneys Steven Bressler, Kyle Freeny, and I spoke by telephone with counsel for plaintiffs, Heather Moser and Stacey Sprenkel, to discuss defendants' objections to plaintiffs' Notice of Deposition Pursuant to Fed. R. Civ. Proc. 30(b)(6) and Second Set of Requests for Production of Documents, both served on defendants on November 16, 2007. I explained to plaintiffs' counsel that, for the reasons set

Case No. C 07-3758-SC
Defendants' Discovery Certification

1 forth in defendants' Motion for Protective Order to Stay Discovery, filed on November 9, 2007,

2 defendants objected to any discovery in this action until there has been a ruling on defendants'

3 Motion to Dismiss. Therefore, I explained that unless plaintiffs would agree to withdraw these

4 discovery requests pending a ruling on that motion, defendants would move the Court for a

5 Protective Order barring this discovery as well. Counsel for plaintiffs refused to withdraw the

6 discovery request.

10 Dated November 21, 2007

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

SCOTT N. SCHOOLS
Interim United States Attorney

RICHARD LEPLEY
Assistant Branch Director

  /s/ Daniel Bensing
DANIEL BENSING D.C. Bar # 334268
STEVEN Y. BRESSLER D.C. Bar #482492
KYLE R. FREENY California Bar #247857
Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 883
Washington, D.C. 20044
(202) 305-0693 (telephone)

Counsel for Defendants