PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
United States Attorney
RICHARD LEPLEY
Assistant Branch Director
DANIEL E. BENSING (D.C. Bar No. 334268)
STEPHEN Y. BRESSLER (D.C. Bar No. 482492)
KYLE FREENY (D.C. Bar No. 247857)
Attorneys, U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20001
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Email: Daniel.Bensing@usdoj.gov

Attorneys for Defendants Hon. Gordon H. Mansfield, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America, Hon. Michael B. Mukasey, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, <br><br> Plaintiffs, <br><br> v. <br><br> Hon. GORDON H. MANSFIELD, Secretary of Veterans Affairs, et al., <br><br> Defendants. | No. C 07-3758-SC <br><br><br><br><br> **[PROPOSED] ORDER** |

UPON CONSIDERATION of defendants' Motion for Protective Order to Halt Rule 30(b)(6) Deposition and Bar Additional Document Requests, any Opposition thereto and the whole record

herein, it is hereby

ORDERED that defendants' Motion for Protective Order to Halt Rule 30(b)(6) Deposition and Bar Additional Document Requests is granted and it is

FURTHER ORDERED that defendants' obligation to present witnesses in response to plaintiffs' Rule 30(b)(6) deposition noticed for December 5, 2007 is stayed until further order of this Court and it is

FURTHER ORDERED that defendants' obligation to respond to plaintiffs' November 16, 2007 Second Set of Requests for Production of Documents shall be stayed until further order of this Court.

Date: _____                    _____

UNITED STATES DISTRICT JUDGE