**MORRISON | FOERSTER**

PLEASE RESPOND TO:
P.O. BOX 8130
WALNUT CREEK
CALIFORNIA 94596-8130

101 YGNACIO VALLEY ROAD
SUITE 450
WALNUT CREEK
CALIFORNIA 94596-4094

TELEPHONE: 925.295.3300
FACSIMILE: 925.946.9912

WWW.MOFO.COM

MORRISON & FOERSTER LLP
NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.
DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY
TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

August 1, 2007

Writer's Direct Contact
925.295.3341
GErspamer@mofo.com

**VIA FAX AND U.S. MAIL**

Steven Y. Bressler, Esq.
Trial Attorney, Civil Division,
    Federal Programs Branch
United States Department of Justice
P.O. Box 883
Washington, DC  20044

Re:   Protective and Preservation Orders and Rule 26 Conference
      *Veterans for Common Sense, et al. v. Nicholson, et al.*,
      USDC, Northern District of California, Case No. C 07 3758 SC

Dear Mr. Bressler:

We write to you with respect to certain items that require immediate attention.

I understand that you are out for a few days, but we would like to set up a meeting or phone conference with you as soon as practicable to discuss three topics. First, we would like to see if we can work out the terms of a protective order which would protect parties and witnesses from retaliation or other adverse actions by any party. This should include procedures for the filing of declarations and affidavits under seal or with aliases to protect their privacy and identities, with designated counsel only knowing their true identities. If we are unable to secure your cooperation in this regard, we would intend to prepare and file an *ex parte* motion with the Court.

Second, we would like to see if we can agree upon the terms of a preservation order which would insure that relevant evidence is not destroyed or disposed of before discovery can be initiated or during the term of this case. The DVA and other defendants are surely already aware that the obligation to preserve extends to e-mail, databases such as PIF and SIRS, and other electronic evidence, and to remote sites such as the Austin Automation Center. At the same time, we realize that the DVA is a large agency and that it would be prohibitively burdensome for it to save every single document that it creates. Our hope is that we can

wc-132287

MORRISON | FOERSTER

R. James Nicholson
**August 1, 2007**
Page Two

agree upon categories of documents and a set of preservation obligations without the need to seek relief from the Court.

Third, we would like to discuss the timing of our Rule 26 Conference with the goal of conducting that conference at the first available opportunity. Of course, protective orders are one topic that must be covered, and in addition to the protective order described above, we would need to discuss a general privacy act protective order to cover certain documents maintained by the Defendants.

Finally, if there are topics that Defendants would like to add to the above list, we would be happy to consider adding to the agenda.

Very truly yours,

Gordon P. Erspamer

cc:  Melissa W. Kasnitz, Esq.

wc-132287

```
***********************
***   TX REPORT   ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2550 |
| CONNECTION TEL | #87112023187609 |
| CONNECTION ID | |
| ST. TIME | 08/01 15:27 |
| USAGE T | 01'03 |
| PGS. SENT | 3 |
| RESULT | OK |

# MORRISON | FOERSTER

PLEASE RESPOND TO:
P.O. BOX 8130
WALNUT CREEK
CALIFORNIA 94596-8130

101 YGNACIO VALLEY ROAD
SUITE 450
WALNUT CREEK
CALIFORNIA 94596-4064

TELEPHONE: 925.295.3300
FACSIMILE: 925.946.9912

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

**To:**

| NAME: | FACSIMILE: | TELEPHONE: |
|---|---|---|
| **Steven Y. Bressler, Esq.**<br>**United States Department of Justice** | (202) 318-7609 | (202) 514-4781 |
| **Melissa W. Kasnitz, Esq.**<br>**Disability Rights Advocates** | (510) 665-8511 | (510) 665-8644 |

**FROM:** Gordon P. Erspamer         **DATE:** August 1, 2007
                                     **TIME:** 3:20:14 PM

| Number of pages with cover page: | 3 | |
|---|---|---|

Preparer of this slip has confirmed that facsimile number given is correct: **1903/keb1**

**Comments:**

| |
|---|
| |

```
*************************************************
```

To ensure compliance with requirements imposed by the United States Internal Revenue
Service, Morrison & Foerster LLP informs you that, if any advice concerning one or more

**MORRISON | FOERSTER**

PLEASE RESPOND TO:
P.O. BOX 8130
WALNUT CREEK
CALIFORNIA 94596-8130

101 YGNACIO VALLEY ROAD
SUITE 450
WALNUT CREEK
CALIFORNIA 94596-4064

TELEPHONE: 925.295.3300
FACSIMILE: 925.946.9912

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.
DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

**To:**

| NAME: | FACSIMILE: | TELEPHONE: |
|---|---|---|
| **Steven Y. Bressler, Esq.** **United States Department of Justice** | **(202) 318-7609** | (202) 514-4781 |
| **Melissa W. Kasnitz, Esq.** **Disability Rights Advocates** | **(510) 665-8511** | (510) 665-8644 |

**FROM:**   Gordon P. Erspamer    **DATE:**   August 1, 2007
                                 **TIME:**   3:20:14 PM

| Number of pages with cover page: | 3 | |
|---|---|---|

Preparer of this slip has confirmed that facsimile number given is correct: **1903/keb1**

**Comments:**

| |
|---|
| |

*************************************************
To ensure compliance with requirements imposed by the United States Internal Revenue Service, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this facsimile (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
*************************************************

**CAUTION - CONFIDENTIAL**

This facsimile contains confidential information that may also be privileged. Unless you are the addressee (or authorized to receive for the addressee); you may not copy, use, or distribute it. If you have received it in error, please advise Morrison & Foerster LLP immediately by telephone or facsimile and return it promptly by mail.

**IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL
KATHY BEAUDOIN AT 925-295-3338 AS SOON AS POSSIBLE.**