**VA Facility Specific OIF/OEF Veterans Coded with Potential PTSD
Through 2nd Qt FY 2007**

**I. Background:**

The Government Accountability Office (GAO) asked VA to enumerate the total number of OIF/OEF veterans who were diagnosed with PTSD by VISN and VAMC using VA inpatient and outpatient records. The GAO also asked for this information to be aggregated with Vet Center utilization data. VHA prepared an initial report in October 2004 showing healthcare utilization during FY 2004. This tenth report covers the VA healthcare data from FY2002 through 2nd Qt FY 2007.

**II. Data Sources:**

OIF/OEF veteran roster:

Since October 2003, the Department of Defense (DOD) Defense Manpower Data Center (DMDC) has sent the Department of Veterans Affairs (VA) Environmental Epidemiology Service (EES) a periodically updated personnel roster of troops who participated in Operation Iraqi Freedom (OIF) and Operation Enduring Freedom (OEF), and who had separated from active duty and become eligible for VA benefits. The roster was originally prepared based on the pay records of individuals, but in more recent months it has been based on a combination of pay records and operational records provided by each branch of service. Based on the latest DMDC file received on April 17, 2007, there are a total of 717,196 unique OIF/OEF veterans (excluding 3,303 who died in theater), who have been separated as of February 2007 from active duty following the deployment. For each veteran, his/her demographic (SSN, name, DOB, gender, education, etc.) and military service-specific data (branch, rank, unit component, deployment dates, etc.) were included in the record.

VHA health care utilization records:

The roster was checked against VA's inpatient (PTF) and outpatient (OPC) electronic patient records available through March 31, 2007 to determine those who had sought treatment in VA facilities as well as the ICD-9 diagnostic codes used to describe the visits. Thus, the data we used was administrative data and not based on a careful review of each patient record. For the purpose of this report, we searched his/her health care utilization records during FY 2002, 2003, 2004, 2005, 2006 and through FY 2007 2nd Qt ending March 31, 2007, following his/her first deployment in the Iraq or Afghanistan theater. For identification of a potential PTSD patient, we used ICD-9CM, 309.81.

The Vet Center counts were based on the data provided to EES on June 13, 2007, by the Readjustment Counseling Service (RCS). The RCS staff matched the same

DMDC roster with Vet Center users' records through FY 2007 2nd Qt.
.
**III. Distribution of Veterans by Diagnostic Code and Facility**

- A veteran is counted only once in any facility-specific category. For example, a veteran who received health care from two or more medical centers within the same VISN was counted once for that VISN. Likewise, a veteran who used services across two or more VISN facilities and a Vet Center was counted only once for the overall national total.

- The number for "Primary" indicates the total number of unique veterans whose primary reason for the inpatient or outpatient visit was for treatment or evaluation of PTSD.

- The number for "Any" indicates the total number of unique veterans coded with PTSD, whether or not the primary reasons for the inpatient or outpatient visit was for treatment or evaluation of PTSD.

- Both "Primary" and "Any" categories may include a suspected diagnosis.

**IV. Summary:**

Recognizing the limitations of the DMDC deployment roster and the uncertainty of the final diagnostic data based on VHA's electronic patient records, a query of VHA health care utilization databases using the February 2007 DMDC separation roster yielded a total of 45,330 OIF/OEF veterans coded with PTSD at a VA medical center and 13,392 veterans who received Vet Center service for PTSD. Of these, 38,983 were seen only at a VAMC; 7,045 only at a Vet Center; and 6,347 were seen at both facilities. In summary, based on the electronic patient records available through March 31, 2007, a grand total of 52,375 OIF/OEF veterans were seen for potential PTSD at VHA facilities following their return from the Iraq or Afghanistan Theater.


Han K. Kang, Dr.P.H.
Director, Environmental Epidemiology Service

June 2007

## Number of unique OIF/OEF veterans with PTSD utilizing VA facilities during FY 2002 – 2nd Qt FY 2007

| VISN-Facility | Inpatients | | Outpatients | | Total Patients[1] | | Vet Centers[4] | | | Grand Total[5] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Primary[2] | Any[3] | Primary[2] | Any[3] | Primary[2] | Any[3] | PTSD | Sub-PTSD | Other | |
| 1-BEDFORD | 9 | 32 | 176 | 194 | 176 | 199 | 54 | 5 | 81 | 242 |
| 1-BOSTON | 26 | 73 | 558 | 652 | 562 | 669 | 284 | 20 | 445 | 800 |
| 1-MANCHESTER | . | . | 162 | 201 | 162 | 201 | 131 | 8 | 440 | 289 |
| 1-NORTHAMPTON | 28 | 36 | 175 | 185 | 177 | 187 | 82 | 2 | 1725 | 222 |
| 1-PROVIDENCE | 14 | 41 | 328 | 379 | 329 | 384 | 124 | 1 | 707 | 446 |
| 1-TOGUS | 2 | 16 | 271 | 312 | 271 | 314 | 246 | 77 | 416 | 453 |
| 1-WEST HAVEN | 6 | 18 | 494 | 541 | 494 | 543 | 217 | 19 | 585 | 629 |
| 1-WHITE RIVER JCT | 11 | 17 | 219 | 270 | 220 | 273 | 140 | 713 | 543 | 370 |
| VISN 1 | 91 | 213 | 2269 | 2589 | 2271 | 2607 | 1278 | 845 | 4942 | 3250 |
| | | | | | | | | | | |
| 2-UPSTATE N.Y. HCS | 41 | 80 | 1175 | 1292 | 1177 | 1296 | 270 | 33 | 2587 | 1451 |
| VISN 2 | 41 | 80 | 1175 | 1292 | 1177 | 1296 | 270 | 33 | 2587 | 1451 |
| | | | | | | | | | | |
| 3-BRONX | 11 | 23 | 224 | 256 | 225 | 260 | 35 | 7 | 102 | 280 |
| 3-EAST ORANGE | 11 | 24 | 510 | 558 | 510 | 560 | 287 | 29 | 1713 | 752 |
| 3-MONTROSE VA HUDSON HCS NY | 10 | 17 | 173 | 193 | 173 | 194 | 14 | . | 106 | 206 |
| 3-N.Y. HARBOR HCS | 11 | 31 | 571 | 647 | 573 | 650 | 235 | 7 | 726 | 792 |
| 3-NORTHPORT | 7 | 25 | 229 | 268 | 229 | 269 | 37 | 10 | 106 | 279 |
| VISN 3 | 46 | 112 | 1641 | 1845 | 1644 | 1851 | 608 | 53 | 2753 | 2207 |
| | | | | | | | | | | |
| 4-BUTLER | . | . | 83 | 93 | 83 | 93 | . | . | . | 93 |
| 4-CLARKSBURG | 6 | 14 | 222 | 243 | 222 | 244 | 77 | . | 783 | 287 |
| 4-COATESVILLE | 7 | 15 | 161 | 174 | 162 | 177 | . | . | . | 177 |
| 4-ERIE | . | . | 138 | 162 | 138 | 162 | 84 | 15 | 110 | 204 |
| 4-JAMES E VAN ZANDT VAMC | . | 3 | 142 | 172 | 142 | 172 | . | . | . | 172 |
| 4-LEBANON | 13 | 19 | 288 | 319 | 288 | 319 | 110 | 36 | 365 | 374 |
| 4-PHILADELPHIA | 17 | 28 | 553 | 656 | 553 | 657 | 112 | 1 | 276 | 710 |
| 4-PITTSBURGH-UNIV DR | 23 | 42 | 165 | 218 | 173 | 237 | 174 | 339 | 707 | 374 |
| 4-WILKES BARRE | 8 | 18 | 213 | 254 | 214 | 255 | 152 | 55 | 1039 | 371 |
| 4-WILMINGTON | . | 1 | 122 | 136 | 122 | 136 | 169 | 14 | 540 | 242 |
| VISN 4 | 71 | 132 | 1955 | 2273 | 1957 | 2283 | 878 | 460 | 3820 | 2797 |
| | | | | | | | | | | |
| 5-BALTIMORE | 9 | 29 | 318 | 368 | 318 | 372 | 111 | 5 | 314 | 426 |
| 5-MARTINSBURG | 11 | 20 | 351 | 377 | 351 | 377 | 92 | 1 | 28 | 415 |
| 5-WASHINGTON | 9 | 20 | 483 | 536 | 484 | 540 | 184 | 27 | 849 | 634 |
| VIISN 5 | 29 | 66 | 1120 | 1241 | 1121 | 1247 | 387 | 33 | 1191 | 1429 |

## Number of unique OIF/OEF veterans with PTSD utilizing VA facilities during FY 2002 – 2nd Qt FY 2007 (Continued)

| VISN-Facility | | Inpatients | | Outpatients | | Total Patients[1] | | Vet Centers[4] | | | Grand Total[5] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Primary[2] | Any[3] | Primary[2] | Any[3] | Primary[2] | Any[3] | PTSD | Sub-PTSD | Other | |
| 6-ASHEVILLE-OTEEN | | 14 | 17 | 136 | 172 | 136 | 172 | . | . | . | 172 |
| 6-BECKLEY | | . | 3 | 162 | 174 | 162 | 174 | 113 | 1 | 106 | 226 |
| 6-DURHAM | | 15 | 32 | 407 | 441 | 407 | 444 | 188 | 18 | 2782 | 543 |
| 6-FAYETTEVILLE NC | | 12 | 29 | 608 | 717 | 611 | 721 | 76 | . | 8707 | 758 |
| 6-HAMPTON | | 8 | 13 | 369 | 409 | 369 | 410 | 40 | 30 | 1908 | 429 |
| 6-RICHMOND | | 11 | 34 | 363 | 403 | 365 | 416 | 84 | 6 | 584 | 472 |
| 6-SALEM | | 12 | 20 | 158 | 188 | 161 | 192 | 26 | 2 | 3 | 201 |
| 6-SALISBURY | | 23 | 33 | 510 | 588 | 511 | 592 | 59 | 102 | 1467 | 627 |
| | VISN 6 | 94 | 176 | 2622 | 2973 | 2629 | 2994 | 586 | 159 | 15557 | 3273 |
| 7-ATLANTA | | 23 | 41 | 531 | 586 | 532 | 590 | 150 | 14 | 840 | 704 |
| 7-AUGUSTA | | 17 | 65 | 355 | 432 | 356 | 448 | . | . | . | 448 |
| 7-BIRMINGHAM | | . | 20 | 378 | 464 | 378 | 468 | 88 | 6 | 1629 | 540 |
| 7-CHARLESTON | | 9 | 13 | 311 | 377 | 313 | 379 | 177 | 26 | 3590 | 489 |
| 7-COLUMBIA SC | | 9 | 20 | 542 | 598 | 544 | 601 | 209 | 2 | 1172 | 733 |
| 7-DUBLIN | | . | 3 | 197 | 230 | 197 | 231 | . | . | . | 231 |
| 7-MONTGOMERY | | 36 | 50 | 666 | 743 | 673 | 752 | . | . | . | 752 |
| 7-TUSCALOOSA | | 11 | 20 | 422 | 441 | 423 | 442 | . | . | . | 442 |
| | VISN 7 | 103 | 221 | 3297 | 3739 | 3304 | 3762 | 624 | 48 | 7231 | 4143 |
| 8-BAY PINES | | 10 | 34 | 325 | 364 | 325 | 370 | 101 | 9 | 989 | 420 |
| 8-MIAMI | | 9 | 25 | 399 | 449 | 400 | 451 | 429 | 19 | 1395 | 782 |
| 8-N FL/S GA HCS | | 15 | 45 | 662 | 778 | 663 | 784 | 164 | 71 | 2007 | 879 |
| 8-ORLANDO FL VAMC | | . | . | 277 | 319 | 277 | 319 | 121 | 17 | 671 | 393 |
| 8-SAN JUAN PR | | 14 | 46 | 259 | 390 | 260 | 392 | 145 | 110 | 2635 | 451 |
| 8-TAMPA | | 24 | 74 | 734 | 848 | 735 | 868 | 50 | 2 | 23 | 891 |
| 8-W PALM BEACH | | 14 | 24 | 185 | 206 | 185 | 207 | . | . | . | 207 |
| | VISN 8 | 85 | 237 | 2575 | 3043 | 2577 | 3071 | 1010 | 228 | 7720 | 3642 |
| 9-HUNTINGTON | | . | 3 | 272 | 293 | 272 | 294 | 116 | 16 | 614 | 347 |
| 9-LEXINGTON-LEESTOWN | | 14 | 32 | 260 | 318 | 262 | 323 | 40 | 5 | 323 | 344 |
| 9-LOUISVILLE | | 14 | 32 | 199 | 236 | 203 | 244 | 25 | 26 | 614 | 255 |
| 9-MEMPHIS | | 22 | 39 | 264 | 321 | 267 | 329 | 58 | 117 | 1271 | 355 |
| 9-MOUNTAIN HOME | | 11 | 24 | 309 | 357 | 310 | 358 | 76 | 1 | 171 | 385 |
| 9-VA MID TENN HCS NASH TN | | 34 | 77 | 494 | 598 | 499 | 616 | 94 | 254 | 928 | 671 |
| | VISN 9 | 93 | 205 | 1766 | 2085 | 1779 | 2121 | 409 | 419 | 3921 | 2309 |

## Number of unique OIF/OEF veterans with PTSD utilizing VA facilities during FY 2002 – 2nd Qt FY 2007 (Continued)

| VISN-Facility | | Inpatients | | Outpatients | | Total Patients[1] | | Vet Centers[4] | | | Grand Total[5] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Primary[2] | Any[3] | Primary[2] | Any[3] | Primary[2] | Any[3] | PTSD | Sub-PTSD | Other | |
| 10-CHILLICOTHE | | 9 | 20 | 159 | 186 | 159 | 189 | . | . | . | 189 |
| 10-CINCINNATI | | 8 | 20 | 245 | 268 | 245 | 270 | 55 | 11 | 664 | 294 |
| 10-CLEVELAND-WADE PARK | | 10 | 38 | 524 | 596 | 524 | 604 | 43 | 16 | 1469 | 620 |
| 10-COLUMBUS-IOC | | . | . | 191 | 228 | 191 | 228 | 116 | 11 | 151 | 302 |
| 10-DAYTON | | 10 | 17 | 171 | 203 | 173 | 207 | 41 | 2 | 40 | 238 |
| | VISN 10 | 37 | 94 | 1254 | 1431 | 1255 | 1444 | 255 | 40 | 2324 | 1576 |
| 11-ANN ARBOR HCS | | 6 | 18 | 206 | 239 | 207 | 243 | . | . | . | 243 |
| 11-BATTLE CREEK | | 22 | 30 | 298 | 337 | 300 | 341 | 96 | . | 115 | 403 |
| 11-DETROIT VAMC | | 5 | 22 | 141 | 206 | 143 | 211 | 102 | 15 | 456 | 280 |
| 11-ILLIANA HCS DANVILLE IL | | 3 | 15 | 280 | 337 | 280 | 337 | 45 | 8 | 808 | 356 |
| 11-INDIANAPOLIS-10TH ST | | 14 | 22 | 242 | 283 | 242 | 283 | 30 | . | 408 | 303 |
| 11-NORTHERN INDIANA HCS | | 2 | 6 | 132 | 169 | 132 | 171 | 57 | 11 | 414 | 214 |
| 11-SAGINAW | | . | . | 221 | 284 | 221 | 284 | . | . | . | 284 |
| | VISN 11 | 51 | 109 | 1473 | 1791 | 1475 | 1798 | 330 | 34 | 2201 | 1992 |
| 12-HINES | | 16 | 37 | 293 | 329 | 295 | 338 | 66 | 24 | 141 | 382 |
| 12-ILLIANA HCS DANVILLE IL | | . | . | . | . | . | . | 32 | . | 512 | 32 |
| 12-IRON MOUNTAIN | | 1 | 1 | 68 | 83 | 68 | 83 | . | . | . | 83 |
| 12-MADISON | | 4 | 21 | 154 | 188 | 154 | 195 | 33 | 28 | 7049 | 216 |
| 12-MILWAUKEE | | 13 | 33 | 354 | 418 | 357 | 424 | 24 | 11 | 101 | 439 |
| 12-NORTH CHICAGO | | 7 | 17 | 158 | 204 | 160 | 211 | 53 | 9 | 282 | 242 |
| 12-TOMAH | | 9 | 18 | 191 | 231 | 191 | 234 | . | . | . | 234 |
| 12-VA CHICAGO HCS | | 4 | 11 | 221 | 266 | 221 | 269 | 125 | 3 | 521 | 355 |
| | VISN 12 | 52 | 131 | 1381 | 1643 | 1385 | 1669 | 333 | 75 | 8606 | 1874 |
| 15-VA HEARTLAND-E VH MO | | 27 | 58 | 631 | 731 | 632 | 736 | 130 | 35 | 1733 | 810 |
| 15-VAMC HEARTLAND-W KANSAS MO | | 99 | 163 | 680 | 787 | 706 | 829 | 150 | 8 | 3965 | 938 |
| | VISN 15 | 126 | 220 | 1303 | 1508 | 1329 | 1553 | 280 | 43 | 5698 | 1735 |

Number of unique OIF/OEF veterans with PTSD utilizing VA facilities during FY 2002 – 2nd Qt FY 2007 (Continued)

| VISN-Facility | Inpatients | | Outpatients | | Total Patients[1] | | Vet Centers[4] | | | Grand Total[5] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Primary[2] | Any[3] | Primary[2] | Any[3] | Primary[2] | Any[3] | PTSD | Sub-PTSD | Other | |
| 16-ALEXANDRIA | 9 | 27 | 183 | 235 | 187 | 243 | . | . | . | 243 |
| 16-FAYETTEVILLE AR | 11 | 22 | 224 | 238 | 224 | 241 | . | . | . | 241 |
| 16-GULF COAST HCS | 11 | 27 | 527 | 588 | 532 | 598 | 510 | 5 | 1077 | 972 |
| 16-HOUSTON | 14 | 22 | 527 | 574 | 529 | 578 | 78 | 6 | 260 | 625 |
| 16-JACKSON | 4 | 19 | 142 | 199 | 143 | 203 | 20 | 35 | 264 | 211 |
| 16-LITTLE ROCK | 41 | 72 | 602 | 641 | 610 | 655 | 208 | 42 | 564 | 768 |
| 16-MUSKOGEE | 2 | 9 | 204 | 232 | 204 | 233 | 106 | 19 | 17 | 309 |
| 16-OKLAHOMA CITY | 13 | 33 | 338 | 402 | 341 | 413 | 56 | 31 | 249 | 437 |
| 16-SHREVEPORT | 10 | 22 | 249 | 282 | 250 | 287 | 113 | 185 | 1975 | 364 |
| 16-SOUTHEAST LA HCS | 3 | 5 | 337 | 374 | 337 | 374 | 71 | 123 | 11 | 426 |
| VISN 16 | 117 | 253 | 3248 | 3665 | 3264 | 3714 | 1162 | 446 | 4417 | 4451 |
| 17-DALLAS | 18 | 47 | 573 | 653 | 576 | 661 | 130 | 56 | 579 | 760 |
| 17-SAN ANTONIO | 27 | 45 | 810 | 914 | 812 | 919 | 292 | 67 | 2026 | 1064 |
| 17-VA CENTRAL TEXAS HCS | 24 | 33 | 767 | 934 | 769 | 936 | 214 | 40 | 907 | 1075 |
| VISN 17 | 69 | 123 | 2109 | 2455 | 2116 | 2470 | 636 | 163 | 3512 | 2838 |
| 18-AMARILLO HCS | . | 2 | 146 | 169 | 146 | 170 | 62 | 59 | 96 | 203 |
| 18-EL PASO HCS | . | . | 156 | 174 | 156 | 174 | 22 | 1 | 937 | 187 |
| 18-NEW MEXICO HCS | 17 | 42 | 543 | 581 | 545 | 585 | 229 | 14 | 309 | 677 |
| 18-NORTHERN ARIZONA HCS | 1 | 1 | 125 | 137 | 125 | 137 | 42 | 11 | 43 | 151 |
| 18-PHOENIX | 23 | 57 | 734 | 821 | 737 | 826 | 90 | 7 | 914 | 858 |
| 18-SOUTHERN ARIZONA HCS | 29 | 48 | 328 | 394 | 331 | 399 | 89 | 1 | 2324 | 449 |
| 18-WEST TEXAS HCS | . | 2 | 119 | 142 | 119 | 142 | 47 | 3 | 245 | 163 |
| VISN 18 | 69 | 146 | 2081 | 2337 | 2084 | 2347 | 581 | 96 | 4868 | 2590 |
| 19-CHEYENNE | . | 1 | 102 | 114 | 102 | 115 | 92 | 18 | 429 | 179 |
| 19-DENVER | 42 | 64 | 705 | 823 | 710 | 830 | 214 | 3 | 3176 | 943 |
| 19-FORT HARRISON | 1 | 8 | 284 | 343 | 284 | 344 | 213 | 13 | 662 | 480 |
| 19-GRAND JUNCTION | . | . | 55 | 69 | 55 | 69 | . | . | . | 69 |
| 19-SALT LAKE CITY HTHCARE | 20 | 38 | 418 | 483 | 419 | 490 | 171 | 33 | 2014 | 598 |
| 19-SHERIDAN | 14 | 23 | 105 | 131 | 107 | 133 | . | . | . | 133 |
| VISN 19 | 70 | 124 | 1615 | 1904 | 1621 | 1919 | 690 | 67 | 6281 | 2321 |

Number of unique OIF/OEF veterans with PTSD utilizing VA facilities during FY 2002 – 2nd Qt FY 2007 (Continued)

| VISN-Facility | Inpatients | | Outpatients | | Total Patients[1] | | Vet Centers[4] | | | Grand Total[5] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Primary[2] | Any[3] | Primary[2] | Any[3] | Primary[2] | Any[3] | PTSD | Sub-PTSD | Other | |
| 20-ALASKA HCS & RO | . | . | 73 | 111 | 73 | 111 | 150 | 21 | 1069 | 214 |
| 20-BOISE | 4 | 15 | 129 | 169 | 132 | 173 | 77 | 82 | 1547 | 233 |
| 20-PORTLAND | 12 | 33 | 594 | 700 | 594 | 702 | 239 | 37 | 599 | 844 |
| 20-PUGET SOUND HCS | 92 | 120 | 868 | 959 | 887 | 983 | 361 | 52 | 6197 | 1208 |
| 20-S.ORG REHAB WHITE CITY | . | . | 61 | 72 | 61 | 72 | 32 | 2 | 84 | 94 |
| 20-SPOKANE | 6 | 14 | 188 | 217 | 188 | 221 | 98 | 18 | 1384 | 269 |
| 20-VA ROSEBURG HCS | 49 | 50 | 227 | 251 | 254 | 277 | 80 | 24 | 1584 | 319 |
| 20-WALLA WALLA | 2 | 2 | 121 | 144 | 121 | 144 | . | . | . | 144 |
| VISN 20 | 154 | 219 | 2191 | 2539 | 2212 | 2568 | 1037 | 236 | 12464 | 3185 |
| 21-CENTRAL CALIFORNIA HCS | 8 | 15 | 210 | 252 | 211 | 258 | 99 | 1 | 488 | 301 |
| 21-HONOLULU | 1 | 4 | 190 | 204 | 190 | 205 | 74 | 26 | 1647 | 255 |
| 21-MANILA | . | . | 14 | 14 | 14 | 14 | . | . | . | 14 |
| 21-NCHC MARTINEZ | . | . | 468 | 687 | 468 | 687 | 302 | 44 | 1271 | 853 |
| 21-PALO ALTO-PALO ALTO | 23 | 73 | 429 | 492 | 435 | 520 | 117 | 4 | 1139 | 569 |
| 21-SAN FRANCISCO | 3 | 15 | 247 | 275 | 248 | 282 | 81 | 10 | 163 | 327 |
| 21-SIERRA NEVADA HCS | 3 | 12 | 136 | 154 | 136 | 155 | 52 | 3 | 155 | 180 |
| VISN 21 | 35 | 116 | 1644 | 2007 | 1650 | 2042 | 725 | 88 | 4863 | 2404 |
| 22-GREATER LA HCS | 9 | 28 | 719 | 830 | 720 | 835 | 246 | 19 | 1300 | 981 |
| 22-LOMA LINDA | 26 | 52 | 536 | 641 | 537 | 648 | 157 | 12 | 2643 | 735 |
| 22-VA LONG BEACH HCS CA | 5 | 13 | 441 | 524 | 441 | 526 | 143 | 9 | 466 | 654 |
| 22-VA SAN DIEGO HCS CA | 17 | 36 | 632 | 759 | 633 | 766 | 228 | 6 | 4450 | 888 |
| 22-VA SOUTHERN NEVADA HCS | 6 | 17 | 250 | 295 | 251 | 297 | 68 | 12 | 497 | 337 |
| VISN 22 | 62 | 142 | 2518 | 2962 | 2521 | 2980 | 842 | 58 | 9356 | 3480 |

## Number of unique OIF/OEF veterans with PTSD utilizing VA facilities during FY 2002 – 2nd Qt FY 2007

| VISN-Facility | Inpatients | | Outpatients | | Total Patients[1] | | Vet Centers[4] | | | Grand Total[5] |
|---|---|---|---|---|---|---|---|---|---|---|
| | Primary[2] | Any[3] | Primary[2] | Any[3] | Primary[2] | Any[3] | PTSD | Sub-PTSD | Other | |
| 23-FARGO | 1 | 4 | 68 | 87 | 68 | 87 | 79 | 1 | 791 | 143 |
| 23-FORT MEADE | 3 | 4 | 109 | 142 | 109 | 143 | 35 | 8 | 328 | 168 |
| 23-MINNEAPOLIS | 11 | 50 | 302 | 356 | 303 | 373 | 62 | 52 | 1010 | 411 |
| 23-SIOUX FALLS | 3 | 14 | 126 | 186 | 127 | 190 | 80 | 76 | 1575 | 237 |
| 23-ST CLOUD | 4 | 10 | 176 | 196 | 176 | 199 | . | . | . | 199 |
| 23-VA NEB-WESTERN IA HCS | 16 | 48 | 797 | 887 | 797 | 893 | 215 | 29 | 1998 | 998 |
| VISN 23 | 38 | 129 | 1543 | 1806 | 1544 | 1829 | 471 | 166 | 5702 | 2091 |
| Unique Counts | 1480 | 3114 | 39152 | 45040 | 39225 | 45330 | 13392 | 3790 | 120014 | 52375 |

1. The "total patient" counts were generated by matching a cumulative roster of 717,196 unique OIF/OEF veterans, who had been separated from active duty as of February 2007, with VA inpatient (PTF) and outpatient (OPC) databases for FY 2002, 2003, 2004, 2005, 2006, and through 2nd Qt FY 2007. The DOD Defense Manpower Data Center identified and provided the identity of these veterans to the VA Environmental Epidemiology Service on April 17, 2007.

2. The number for "Primary" indicates the total number of unique veterans whose primary reason for the inpatient or outpatient visit was for treatment or evaluation of PTSD.

3. The number for "Any" indicates the total number of unique veterans with PTSD, whether or not the primary reasons for the inpatient or outpatient visit was for treatment or evaluation of PTSD.

4. The Vet Center counts were based on matching the DMDC OIF/OEF roster with Vet Center users' records through 2nd Qt FY 2007.

5. The number for "Grand Total" (n=52,375) indicates the sum of "Any Total Patients" (n=45,330) and "Vet Center PTSD" (n=13,392) after excluding known duplicates (n=6,347).