# VA BENEFITS ACTIVITY
# VETERANS DEPLOYED TO THE GLOBAL WAR ON TERRORISM

## June 2007 Update

This report summarizes participation in VA benefits programs by veterans identified by the Department of Defense as having been deployed overseas in support of the Global War on Terrorism (GWOT). Information is included for the following VA programs: Compensation, Insurance, Home Loan Guaranty, Education, and Vocational Rehabilitation and Employment.

This update provides data on VA program participation for 720,499 GWOT veterans separated from military service through February 2007.

*It is important to understand that because many GWOT veterans had earlier periods of service, the benefits activity identified in this report could have occurred either prior to or subsequent to their GWOT deployment (or both).*

### Chart #1
### GWOT Veterans by Branch of Service

| Branch of Service | Reserve Guard | Active Duty | Total |
|---|---|---|---|
| Air Force | 78,437 | 54,420 | 132,857 |
| Army | 250,104 | 139,072 | 389,176 |
| Coast Guard | 314 | 448 | 762 |
| Marine Corps | 25,429 | 62,759 | 88,188 |
| Navy | 20,765 | 82,908 | 103,673 |
| Other | 4 | 14 | 18 |
| Unknown | 2,147 | 1,878 | 4,025 |
| Total matched to VA systems | 377,200 | 341,499 | 718,699 |
| Unable to match to VA systems | 918 | 882 | 1,800 |
| Total | 378,118 | 342,381 | 720,499 |

**Note:** The veteran's branch of service was obtained from VA's BIRLS system, which stores information for up to three periods of service. The branch of service associated with the most recent service date was used for the chart above.

Prepared by
VBA Office of Performance Analysis & Integrity
June 25, 2007

1

**Chart #2**
**Gender of GWOT Veterans**

| Gender | Reserve Guard | Active Duty | Total |
|---|---:|---:|---:|
| Female | 39,426 | 38,500 | 77,926 |
| Male | 334,702 | 300,110 | 634,812 |
| Unknown | 3,072 | 2,889 | 5,961 |
| Total matched to VA systems | 377,200 | 341,499 | 718,699 |
| Unable to match to VA systems | 918 | 882 | 1,800 |
| Total | 378,118 | 342,381 | 720,499 |

**Chart #3**
**Age of GWOT Veterans**

| Age Group | Reserve Guard | Active Duty | Total |
|---|---:|---:|---:|
| Under 20 | 149 | 262 | 411 |
| 20 - 29 | 128,903 | 226,847 | 355,750 |
| 30 - 39 | 112,927 | 61,883 | 174,810 |
| 40 - 49 | 97,830 | 45,114 | 142,944 |
| 50 - 59 | 32,814 | 6,033 | 38,847 |
| 60 -69 | 3,797 | 223 | 4,020 |
| Unknown | 780 | 1,137 | 1,917 |
| Total matched to VA systems | 377,200 | 341,499 | 718,699 |
| Unable to match to VA systems | 918 | 882 | 1,800 |
| Total | 378,118 | 342,381 | 720,499 |

**Note:** Veterans' ages are calculated as the number of whole years between the date of birth in the BIRLS system and February 28, 2007. Any veteran with a missing or invalid date of birth, or where the calculated age was under 17 years or over 69 years, was placed in the "Unknown" age group.

**Chart #4**
**Average Age of GWOT Veterans**

|  | Reserve Guard | Active Duty |
|---|---|---|
| Average Age | 35.8 years | 29.7 years |

**Chart #5**
**Average Length of Service for GWOT Veterans**

|  | Reserve Guard | Active Duty |
|---|---|---|
| Average Length of Service | 3.6 years | 7.5 years |

**Service-Connected Disability Compensation Program**

VBA's computer systems do not contain any data that would allow us to attribute veterans' disabilities to a specific period of service or deployment. We are therefore only able to identify GWOT veterans who filed a disability compensation claim at some point either prior to or following their GWOT deployment. We are not able to identify which of these veterans filed a claim for disabilities incurred during their actual overseas GWOT deployment.

Many veterans file disability compensation claims for more than one condition. The table below provides information on individual GWOT veterans, not specific claimed disabilities.

Individuals included in the category "Veterans Awarded Service-Connection" are those veterans who have at least one condition that meets eligibility requirements for service connection under VA statutes and regulations. For veterans who filed a claim for more than one condition, this category contains veterans with a full grant of all conditions as well as veterans with a combination of disabilities granted and denied.

If none of a GWOT veteran's claimed conditions meet eligibility requirements under VA statutes and regulations, these individuals are included in the category "Veterans Denied Service-Connection."

**Chart #6**
**C&P Activity Among GWOT Veterans**
(Includes claims filed both prior to and following GWOT deployment)

| Category | Reserves Guard | Active Duty | Total |
|---|---|---|---|
| Deployed Servicemembers | 419,534 | 1,084,647 | 1,504,181 |
| **Total GWOT Veterans** | **378,118** | **342,381** | **720,499** |
| Living GWOT Veterans | 377,381 | 339,815 | 717,196 |
| GWOT In-Service Deaths | 737 | 2,566 | 3,303 |
| **Total GWOT Veterans with Claims Decisions** | **64,153** | **110,490** | **174,643** |
| Veterans Awarded Service-Connection | 54,166 | 103,172 | 157,338 |
| Veterans Receiving Compensation | 41,041 | 90,769 | 131,810 |
| Veterans Denied Service-Connection | 9,987 | 7,318 | 17,305 |
| Veterans with Pending Claims *(as of 5-31-07)* | 19,088 | 20,941 | 40,029 |
| Veterans with Pending Reopened Claims | 5,643 | 6,324 | 11,967 |
| **Pending from First-Time Claimants** | **13,445** | **14,617** | **28,062** |
| **Total GWOT Veterans Filing Disability Claims*** | **77,598** | **125,107** | **202,705** |

\* Includes "Total GWOT Veterans with Claims Decisions" and "Pending from First-Time Claimants."

Disabilities are evaluated according to VA regulations, and the extent of the disability is expressed as a percentage from zero percent to 100 percent disabling, in increments of 10 percent. Veterans with more than one service-connected disability receive a combined disability rating.

The chart below includes GWOT veterans awarded combined service-connected disability ratings from zero percent to 100 percent, regardless of whether the veteran receives monetary compensation.

**Chart #7**
**GWOT Veterans Awarded Service-Connection**
**(by Combined Degree of Disability)**

| Combined Degree | Reserves Guard | Active Duty | Total |
|---|---|---|---|
| 0% | 10,334 | 11,351 | 21,685 |
| 10% | 14,895 | 20,950 | 35,845 |
| 20% | 7,886 | 15,520 | 23,406 |
| 30% | 5,958 | 15,213 | 21,171 |
| 40% | 5,032 | 13,270 | 18,302 |
| 50% | 2,644 | 7,693 | 10,337 |
| 60% | 2,844 | 7,978 | 10,822 |
| 70% | 1,755 | 4,823 | 6,578 |
| 80% | 1,230 | 3,193 | 4,423 |
| 90% | 530 | 1,254 | 1,784 |
| 100% | 1,057 | 1,928 | 2,985 |
| Total | 54,165 | 103,173 | 157,338 |

Note: Includes corporate data. Previous reports included CPMR only.

**Chart #8**
**Ten Most Frequent Service-Connected Disabilities for GWOT Veterans**
**(Both Active Duty and Reserve/Guard)**
**BDN DATA ONLY**

| Diagnostic Code | Diagnosis Description | Count |
|---|---|---|
| 6260 | Tinnitus | 40,325 |
| 5237 | Lumbosacral or cervical strain | 34,774 |
| 6100 | Defective hearing | 29,104 |
| 5299 | Generalized, Elbow and Forearm, Wrist, Multiple Fingers, Hip and Thigh, Knee and Leg, Ankle, Foot, Spine, Skull, Ribs, Coccyx | 23,078 |
| 9411 | Post-Traumatic Stress Disorder | 19,015 |
| 5271 | Limited motion of the ankle | 17,240 |
| 5260 | Limitation of flexion of leg | 16,960 |
| 5242 | Degenerative arthritis of the spine | 13,345 |
| 5010 | Arthritis, due to trauma, substantiated by x-ray findings | 12,417 |
| 7101 | Hypertensive vascular disease (essential arterial hypertension) | 12,394 |

**Insurance Program Traumatic Injury Benefit**

Traumatic Servicemembers' Group Life Insurance (TSGLI) is a traumatic injury protection rider under Servicemembers' Group Life Insurance (SGLI) that provides for payment to any member of the uniformed services covered by SGLI who sustains a traumatic injury that results in certain severe losses. Through May 31, 2007, 6,017 active duty servicemembers and veterans have applied for TSGLI. Of those, 3,352 applications were filed by GWOT veterans and of that total, 1,816 veterans received benefits.

**Chart #9a**
**GWOT Veterans Who Applied for TSGLI Benefits**
**(by Age)**

| Age Group | Reserve Guard | Active Duty | Total |
|---|---|---|---|
| Under 20 | - | 1 | 1 |
| 20 - 29 | 547 | 1,248 | 1,795 |
| 30 - 39 | 508 | 343 | 851 |
| 40 - 49 | 456 | 69 | 525 |
| 50 - 59 | 160 | 2 | 162 |
| 60 -69 | 12 | - | 12 |
| Unknown | - | 6 | 6 |
| Total | 1,683 | 1,669 | 3,352 |

Note: The totals above reflect veterans whose claims have been approved, have been denied or are currently pending.

**Chart #9b**
**GWOT Veterans Who Received TSGLI Benefits**
**(by Age)**

| Age Group | Reserve Guard | Active Duty | Total |
|---|---|---|---|
| Under 20 | - | 1 | 1 |
| 20 – 29 | 303 | 848 | 1,151 |
| 30 - 39 | 221 | 228 | 449 |
| 40 - 49 | 131 | 43 | 174 |
| 50 - 59 | 37 | - | 37 |
| 60 -69 | | | |
| Unknown | - | 4 | 4 |
| Total | 692 | 1,124 | 1,816 |

Prepared by  
VBA Office of Performance Analysis & Integrity  
June 25, 2007

5

**Chart #10a**
**GWOT Veterans Who Applied for TSGLI Benefits**
**(by Gender)**

| Gender | Reserve Guard | Active Duty | Total |
|---|---|---|---|
| Female | 90 | 40 | 130 |
| Male | 1,585 | 1,621 | 3,206 |
| Unknown | 8 | 8 | 16 |
| Total | 1,683 | 1,669 | 3,352 |

Note: The totals above reflect veterans whose claims have been approved, have been denied or are currently pending.

**Chart #10b**
**GWOT Veterans Who Recieved TSGLI Benefits**
**(by Gender)**

| Gender | Reserve Guard | Active Duty | Total |
|---|---|---|---|
| Female | 23 | 24 | 47 |
| Male | 667 | 1,094 | 1,761 |
| Unknown | 2 | 6 | 8 |
| Total | 692 | 1,124 | 1,816 |

**Home Loan Guaranty Program**

VA's home loan guaranty program has been helping veterans purchase homes for more than 60 years.  VA guaranteed home loans are made by banks and mortgage companies to veterans, servicemembers and eligible reservists.  With VA backing a portion of the loan, veterans can receive a competitive interest rate without a downpayment, making it easier to buy a home.

This benefit can be used more than once if needed to 1) refinance an existing VA guaranteed loan at a lower interest rate or 2) to purchase a home that will again be used as the person's primary residence (eligible to do this normally after paying off any previous loans.)

**Chart #11**
**Home Loan Guaranty Program Participation by GWOT Veterans**

|  | Reserve Guard | Active Duty | Total |
|---|---|---|---|
| GWOT Veterans with VA Loan | 95,878 | 66,760 | 162,638 |
| Total Loans Made to GWOT Veterans | 148,635 | 99,301 | 247,936 |
| Dollar Amount of All Loans to GWOT Veterans | $16,617,160,229 | $12,205,879,366 | $28,823,039,595 |

**Education Programs**

The chart below reflects participation by GWOT veterans in VA education benefit programs since September 11, 2001.  Participants may have been entitled to more than one benefit.  For example, a reservist may have received Chapter 1606 benefits until he or she became eligible to receive Chapter 1607 benefits.  This participant would be reported in both columns in the chart below.

**Chart #12**
**Education Program Participation Among GWOT Veterans**
**Since September 11, 2001**

| Type of Training | Chapter 30 | Chapter 1606 | Chapter 1607 | TOTAL |
|---|---:|---:|---:|---:|
| Graduate | 5,253 | 5,465 | 2,485 | 13,203 |
| Under Graduate | 51,020 | 68,184 | 19,608 | 138,812 |
| Junior College | 65,488 | 45,570 | 10,648 | 121,706 |
| NCD | 14,957 | 6,568 | 1,985 | 23,510 |
| Total | 136,718 | 125,787 | 34,726 | 297,231 |

**Montgomery GI Bill Active-Duty (Chapter 30)** provides up to 36 months of education benefits for degree and certificate programs, flight training, apprenticeship/on-the-job training, and correspondence courses.  Generally, benefits are payable for 10 years following release from active duty.

**Montgomery GI Bill Selected Reserve (Chapter 1606)** provides up to 36 months of education benefits to members of the reserve elements of the Army, Navy, Air Force, Marine Corps, and Coast Guard, and members of the Army National Guard, and the Air National Guard.  This benefit may be used for degree and certificate programs, flight training, apprenticeship/on-the-job training, and correspondence courses.  Benefits generally end the day a member separates from the Selected Reserve or National Guard.   For those who are activated, eligibility is extended beyond separation for a period of time equal to time served on active duty plus four months.

**Reserve Educational Assistance Program (REAP) (Chapter 1607)** provides educational assistance to members of the Reserve components called or ordered to active duty in response to a war or national emergency as declared by the President or Congress.  This new program makes certain reservists who were activated for at least 90 days after September 11, 2001, eligible for education benefits or eligible for increased benefits.

**Vocational Rehabilitation and Employment (VR&E) Program (Chapter 31**

Chart #13
VR&E Activity Among GWOT Veterans
(Includes participation either prior to and following GWOT deployment)

| Current Case Status | Reserve Guard | Active Duty | Total |
|---|---|---|---|
| Applicant | 377 | 990 | **1,367** |
| Employment Services | 116 | 294 | **410** |
| Evaluation and Planning | 816 | 1,884 | **2,700** |
| Extended Evaluation | 126 | 279 | **405** |
| Independent Living | 41 | 48 | **89** |
| Interrupted | 238 | 621 | **859** |
| Rehabilitation to Employability | 1,512 | 4,884 | **6,396** |
| Unknown | 81 | 17 | **98** |
| **Current Participants** | 3,307 | 9,017 | **12,324** |
| Rehabilitated | 606 | 540 | **1,146** |
| Discontinued | 269 | 234 | **503** |
| **Total VR&E Participants** | **4,182** | **9,791** | **13,973** |

**Applicant:** A veteran's case is assigned to applicant status when the VA receives an application (VAF-1900) for services under Chapter 31.

**Evaluation and Planning:** Determination of feasibility of a vocational goal and/or evaluation the veteran's ability to function independently within the veteran's family and community.

**Extended Evaluation:** Determine the current feasibility of the veteran with a serious employment handicap to achieve a vocational goal.

**Rehabilitation to Employability:** Services and training necessary for entry into employment in an identified suitable occupational objective.

**Independent Living Program:** Services that are needed to enable a veteran to achieve maximum independence in daily living, including home accommodations, counseling, and educational services, as determined necessary.

**Employment Services:** Services to assist in obtaining and/or maintaining suitable employment.

**Rehabilitated:** The goals of a rehabilitation/employment/independent living program have been substantially achieved.

**Interrupted:** Temporary suspension of the program warranted due to a veteran's individual circumstances.

**Discontinued:** All services and benefits are terminated.

**Serious Employment Handicap:** A significant impairment of a veteran's ability to prepare for, obtain, or maintain employment, as determined by a VA counselor.

## Sources

**DoD:**
- Defense Manpower Data Center (DMDC) East, cumulative count of servicemembers deployed to OEF/OIF, from September 11, 2001 through February 2007.
- DMDC West, extract of OEF/OIF servicemembers discharged to civilian status from September 2001 through February 2007.
- The DMDC list of 720,499 deployed GWOT veterans represents 48% of the cumulative deployed GWOT servicemember population of 1,504,181 through February 2007.

**VBA:**
- Beneficiary Identification and Records Locator Subsystem (BIRLS), as of the end of the month May 2007
- Compensation and Pension Master Record (CPMR), active records ("A" type) as of the end of the month May 2007
- CPMR, terminated records ("E" type) as of the end of the month March 2007
- Corporate records as of June 6, 2007
- Pending Issue File (PIF), as of the close of business on May 31, 2007
- Vocational Rehabilitation and Employment Service Chapter 31 file, as of the end of the month May 2007
- Loan Guaranty data, as of June 10, 2007
- TSGLI file, as of May 31, 2007
- Education Service data, as of May 18, 2007* *(Education Service compared data to the OEF/OIF deployed GWOT servicemember population through January 2007)*

## Questions

Questions may be referred to the Office of Performance Analysis and Integrity at (202) 273-6811.