UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.    C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DECLARATION OF THOMAS G. BOWMAN** <br><br><br> Complaint Filed July 23, 2007 |

1  Having considered Defendants' Motion for a Protective Order to Stay Discovery, and the papers and pleadings submitted in support of and in opposition to the motion, and Plaintiffs' Objections to and Motion to Strike the Declaration of Thomas G. Bowman, and good cause therefore appearing, the Court hereby denies Defendants' Motion for a Protective Order to Stay Discovery, and hereby grants Plaintiffs' Motion to Strike the Declaration of Thomas G. Bowman. The Declaration of Thomas G. Bowman is hereby stricken in its entirety.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE SAMUEL CONTI
Senior United States District Judge

Case No. C 07 3758
[Proposed] ORDER GRANTING PLAINTIFFS' MOT. TO STRIKE BOWMAN DECLARATION
sf-2427915

2