1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., | Case No.      C-07-3758-SC |
| Plaintiffs, | **CLASS ACTION** |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DECLARATION OF THOMAS G. BOWMAN** |
| GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, | |
| Defendants. | Complaint Filed July 23, 2007 |

18

19

20

21

22

23

24

25

26

27

28

1    Having considered Defendants' Motion for a Protective Order to Stay Discovery, and the

2    papers and pleadings submitted in support of and in opposition to the motion, and Plaintiffs'

3    Objections to and Motion to Strike the Declaration of Thomas G. Bowman, and good cause therefore

4    appearing, the Court hereby denies Defendants' Motion for a Protective Order to Stay Discovery, and

5    hereby grants Plaintiffs' Motion to Strike the Declaration of Thomas G. Bowman.  The Declaration

6    of Thomas G. Bowman is hereby stricken in its entirety.

7        **IT IS SO ORDERED.**

8

9        Dated: _____

10

11                                              _____

12                                              HONORABLE SAMUEL CONTI
                                                Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28