GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
MELISSA W. KASNITZ (CA SBN 162679)
MKasnitz@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

[see next page for additional counsel for Plaintiffs]

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.    C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **DECLARATION OF PAUL TAIRA IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** <br><br> Date:    January 4, 2008 <br> Time:    10:00 a.m. <br> Place:    Courtroom 1, 17th Floor <br> Judge:    Hon. Samuel Conti <br><br> Complaint Filed July 23, 2007 |

1 **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2 ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
3 HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
4 STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
5 PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
6 MORRISON & FOERSTER LLP
425 Market Street
7 San Francisco, California 94105-2482
Telephone: 415.268.7000
8 Facsimile: 415.268.7522

9 BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
10 MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
11 Sacramento, California 95814
Telephone: 916.448.3200
12 Facsimile: 916.448.3222

**DECLARATION OF PAUL TAIRA**

I, Paul Taira, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an associate at the law firm of Morrison & Foerster LLP, counsel for Plaintiffs VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC. I have personal knowledge of the matters set forth herein and could and would competently testify thereto if called as a witness in this matter.

2. I make this declaration in support of Plaintiffs' Motion for Protective Order Permitting Sealing of Documents and Information. Over the past several months, I have contacted hundreds of United States military veterans with the purpose of interviewing them regarding their experiences with the Department of Veterans Affairs ("VA"). Many of the veterans whom I interviewed expressed concerns about retaliation from the VA if they were to testify publicly about the problems that they encountered in obtaining medical care or in the adjudication of their disability claims.

3. I have learned that there are several factors fueling these concerns. First, the group of veterans that are most relevant to this action are those suffering from Post-Traumatic Stress Disorder ("PTSD"). This illness, often in conjunction with physical injuries, leaves many veterans unable to obtain or maintain employment. Therefore, the afflicted veterans are often totally dependant on the VA for medical care and their disability benefits may constitute their sole source of income. Second, many veterans have heard anecdotal stories from their peers that the VA has retaliated against veterans who have spoken up about their poor care or delays in disability benefit adjudication. In these circumstances, many veterans have expressed serious concerns that they may be harassed or, more importantly, that they may have increased difficulty obtaining medical care or that their disability claims may be delayed, denied, or their benefits terminated.

I declare under penalty of perjury that the foregoing is true and correct and that this Executed this 30th day of November, 2007, at San Francisco, California.

                                                /S/ Paul Taira
                                                Paul Taira

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within this efiled document.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 07 3758
TAIRA DECL. IN SUPP. OF PLS.' MOTION FOR PROTECTIVE ORDER
sf-2428252

4