GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
MELISSA W. KASNITZ (CA SBN 162679)
MKasnitz@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

[see next page for additional counsel for Plaintiffs]

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON H. MANSFIELDActing Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> CLASS ACTION <br><br> **DECLARATION OF PHILIP E. CUSHMAN IN SUPPORT OF SUPPORT OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER** <br><br> Date:   January 4, 2008 <br> Time:   10:00 a.m. <br> Place:   Courtroom 1, 17th Floor <br> Judge:   Hon. Samuel Conti <br><br> Complaint Filed July 23, 2007 |

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

**DECLARATION OF PHILIP E. CUSHMAN**

I, Philip E. Cushman, declare:

**Introduction**

1. I make this declaration in support of Plaintiffs' Motion for Protective Order. I have personal knowledge of the matters set forth herein and could and would competently testify thereto if called as a witness in this matter.

**Summary of Background**

2. I am a veteran who served in the United States Marine Corps in Vietnam, and currently receive service-connected disability from the Department of Veterans Affairs ("VA"). For the past quarter century, I have been a highly visible public advocate for veterans' rights, particularly regarding their medical care and disability benefits. I also have been targeted for retaliation by employees at the VA.

**Initial Public Advocacy and Subsequent VA Retaliation**

3. In 1981, I was receiving service-connected disability benefit payments based on a 1974 claim, approved at the VA's maximum medical severity level. In November, 1981, after witnessing years of incompetence and neglect of veterans at the hands of the VA, I decided to take an active, public role in pushing for change. I conducted my first major protest in front of the Federal Building in Hartford, Connecticut.

4. Several months later, in February, 1982, I had my first experience with VA retaliation. I attended an Open Forum Townhall television broadcast that featured VA officials. When given the opportunity, I identified myself and vigorously criticized the VA's treatment of veterans, all broadcast on live TV. Just two weeks later, I received a VA notice that I was to appear for a medical examination on March 2 to re-evaluate my disability status. Despite seven years of being categorized as having a "pronounced" disability (the highest disability rating), I was forced to appear for re-evaluation just weeks after I had publicly and vigorously denounced the VA's practices. To me, this sent the message that, if you criticize the VA, your disability benefits status would be put at risk. Later in April, I asked a local VA employee if he knew who had scheduled my medical examination. The VA employee

responded that the order had originated in Washington, D.C., a circumstance that the employee described as "strange."

### Additional Advocacy for Reform and the Termination of My Benefits

5. Though I had become aware of the possibility of retaliation, I decided to press forward with my public campaign to reform the way that the government provides for its veterans. In August, 1982, I created Veterans for Due Process, Inc., a non-profit veterans advocacy organization. I became active in Washington, D.C. including; appearing in a televised debate with a VA General Counsel attorney, meeting at the U.S. Capitol building with other veterans organizations, and structuring a press conference, with Senator Gary Hart and Representative Tom Daschle, regarding the problems in the veteran health care and disability benefits systems. In March, 1983, 18 years after my severe war injuries in Vietnam and during my ninth year of being rated at the VA's maximum medical severity rating, the VA notified me that I was being scheduled by the VA rating board for another orthopedic examination to determine my eligibility for benefits. I responded, in a letter on April 15, 1983, that the VA must cite the legal authority for ordering these examinations. On April 18, 1983, I received a letter telling me that my disability benefits were being terminated because my disability was not shown to be at a "static" level. The letter did not describe how to appeal this decision.

6. Over the next three years, I fought the VA's termination of my benefits, while also enduring my third and fourth major spinal surgeries. I enlisted the help of Senator Hart and Senator Wyden, who actively worked to support my efforts. Finally, in October, 1987, I received word that the benefit payments were to be restored, as the Director of the VA Compensation and Pension Service had determined that the actions terminating the payments were improper.

7. I also later discovered, and the Ninth Circuit Court of Appeals acknowledged in a memorandum opinion in 2007 in connection with Social Security disability payments, a copy of which is attached as Exhibit A, that a VA employee had fraudulently altered my VA records, which resulted in a denial of social security benefits for over thirty years.

8. I was able to successfully fight the VA to recover my benefits through dogged persistence and by enlisting the assistance of high-ranking elected officials. Many veterans, particularly those afflicted with mental illnesses, may not have the energy nor drive to do so. Based on my experiences, a

1  veteran who openly criticizes or challenges the VA becomes a target for retaliation and faces serious
2  consequences if they depend on the VA for disability benefits or medical care.
3      9.    Based upon my personal experiences as a veteran and work for Veterans for Due Process,
4  I strongly believe that without protection from the Court, including some form of anonymity for veterans
5  submitting testimony, would discourage veterans from submitting testimony in this action. I also
6  strongly believe that such fears by veterans would be well-grounded, as there would be a significant risk
7  of retaliation for any veteran or claimant who submits testimony.
8      I declare under penalty of perjury that the foregoing is true and correct and that this
9  declaration was executed on November 30, 2007, at Milwaukie, Oregon.

/s/ Philip E. Cushman

Philip E. Cushman

16  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
17  "conformed" signature (/S/) within this efiled document.