GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
MELISSA W. KASNITZ (CA SBN 162679)
MKasnitz@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

[see next page for additional counsel for Plaintiffs]

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER RESTRICTING DISCLOSURE OF CONFIDENTIAL AND PRIVATE INFORMATION AND PROHIBITING RETALIATION** <br><br> Original Date:    January 4, 2008 <br> Amended Date:   January 11, 2008 <br> Time:             10:00 a.m. <br> Place:            Courtroom 1, 17th Floor <br> Judge:            Hon. Samuel Conti <br> Complaint Filed: July 23, 2007 |

Case No. C-07-3758-SC
Plaintiffs' Amended Notice of Motion for Protective Order
sf-2431515

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

Case No. C-07-3758-SC
Plaintiffs' Amended Notice of Motion for Protective Order
sf-2431515

**AMENDED NOTICE OF MOTION AND MOTION**

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 11, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Samuel Conti, United States District Court, Northern District of California, San Francisco Division, Courtroom 1, 17th Floor, 450 Golden Gate Ave., San Francisco, California 94102, Plaintiffs VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC. will, and hereby do, move the Court for a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure restricting the disclosure of confidential and private information and prohibiting retaliation.

This Motion is based on this Notice of Motion, the Memorandum in support hereof, the Declarations of Gordon P. Erspamer, Heather A. Moser, Paul J. Taira, and Philip E. Cushman, the pleadings and other files herein, and such other written and oral argument as may be presented to the Court. A proposed protected order has been submitted to the Court.

Dated: December 3, 2007

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
PAUL J. TAIRA
MORRISON & FOERSTER LLP


By:   /s/ Paul J. Taira
         Paul J. Taira

      Attorneys for Plaintiffs