**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VETERANS FOR COMMON SENSE, et al.,

         Plaintiffs,

  v.

HON. GORDON H. MANSFIELD, SECRETARY
OF VETERANS AFFAIRS, et al.,

         Defendants.

_____/

No.  C-07-3758-SC

Clerk's Notice

      (Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled  **Defendant's Motion for a Protective Order** calendared for **December  28, 2007.**  The new date is **January 11,  2008  at 10:00 A.M.** before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    December 6, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: <u>T. De Martini</u>
        Courtroom Deputy Clerk