1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
3  P.O. Box 8130
   Walnut Creek, California 94596-8130
4  Telephone: 925.295.3300
   Facsimile: 925.946.9912

5
   SIDNEY M. WOLINSKY (CA SBN 33716)
6  SWolinsky@dralegal.org
   MELISSA W. KASNITZ (CA SBN 162679)
7  MKasnitz@dralegal.org
   JENNIFER WEISER BEZOZA (CA SBN 247548)
8  JBezoza@dralegal.org
   KATRINA KASEY CORBIT (CA SBN 237931)
9  KCorbit@dralegal.org
   DISABILITY RIGHTS ADVOCATES
10 2001 Center Street, Third Floor
   Berkeley, California 94704-1204
11 Telephone: 510.665.8644
   Facsimile: 510.665.8511

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON H. MANSFIELD Acting Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.    C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> **(Fed. R. Civ. P. 65(a); Civil L.R. 65-2)** <br><br> Date:    January 25, 2008 <br> Time:   10:00 a.m. <br> Ctrm:   1, 17th Floor <br><br> Complaint Filed July 23, 2007 |

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

NOTICE OF MOTION AND MOTOIN FOR PRELIM. INJ. — CASE NO. C-07-3758-SC
sf-2433655

1  TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on January 25, 2008 at 10:00 a.m. in Courtroom 1 at 450 Golden Gate Avenue, 17th Floor, San Francisco, CA 94102 a hearing will be held on the Motion for a Preliminary Injunction of Plaintiffs before the Honorable Samuel Conti of the United States District Court for the Northern District of California.

Plaintiffs ask for relief which is detailed in a separate [Proposed] Order submitted to the Court herewith, and any and all additional relief as allowed by law.

This application is made pursuant to Federal Rule of Civil Procedure 65(a) and Civil Local Rules 7-2 and 65-2.  Plaintiffs have filed an Administration Motion to File Veteran and Family Member Personal Identifying Information Under Seal.  Plaintiffs' Motion for Preliminary Injunction and several witness declarations have been lodged with the court under seal.  The declarations submitted under seal in support of this motion include the following:

| Name of Document |
| --- |
| Declaration of Veteran 1 |
| Declaration of Veteran 2 |
| Declaration of Veteran 3 |
| Declaration of Veteran 4 |
| Declaration of Mother 1 |
| Declaration of Sister 1 |
| Declaration of Brother 1 |
| Declaration of Girlfriend 1 |

Plaintiffs' Identification of Witness Pseudonyms in Support of Preliminary Injunction has also been lodged under seal to specifically identify each pseudonym listed above.

This application is based on those declarations, the declarations of Dr. Chad Peterson, Dr. Bernard Rappaport, Tanya Harned, and Stacey Sprenkel, any further declarations submitted in support of this Motion within the time frames specified by law and the federal rules, the Request for

1  Judicial Notice, the other pleadings and files in this action; and such other evidence and argument as
2  may subsequently be presented.  The grounds for this motion are detailed in Plaintiffs' Memorandum
3  in Support of Plaintiffs' Motion for a Preliminary Injunction.

Dated: December 11, 2007

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
PAUL J. TAIRA
MORRISON & FOERSTER LLP


By: : /s/ Stacey Sprenkel
    Stacey Sprenkel

    Attorneys for Plaintiffs