1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br>Plaintiffs,<br><br>v.<br><br>GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | Case No.    C-07-3758-SC <br><br>**CLASS ACTION** <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br>Date:    January 25, 2008 <br>Time:    10:00 a.m. <br>Ctrm:    1, 17th Floor <br><br>Complaint Filed July 23, 2007 |

1  The Court, having reviewed the papers filed in support of and in opposition to Plaintiffs' Motion for Preliminary Injunction, and having heard oral argument thereon, hereby finds and orders as follows:

1. Plaintiffs are likely to prevail on the merits of the claims involved in their request for a preliminary injunction;

2. The balance of hardships tips decidedly in favor of Plaintiffs;

3. Veterans suffering from PTSD are likely to suffer irreparable injury if the preliminary injunction is denied; and

4. Consideration of the public interest weighs heavily in favor of granting the Plaintiffs' Motion for Preliminary Injunction.

THEREFORE, the Court grants Plaintiffs' Motion for a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure and, pending trial on the merits, enjoins Defendants, and each of them, and every person acting in concert with them from doing any of the following:

1. Failing or refusing to treat any veteran seeking medical care within two years of discharge from service to the full extent of Congressional appropriations, as required by 38 C.F.R. § 17.36(b)(6) (the "Two-Year Statute");

2. Failing or refusing to provide immediate screening and mental health care to any veteran who is eligible for medical care under the Two-Year Statute or is otherwise eligible for VA medical care and seeks medical treatment at any VA facility and who self-reports suicidal intentions or where a VA physician or other medical professional concludes that the veteran has a significant risk of suicide.

It is so ORDERED.

|  Dated | HONORABLE SAMUEL CONTI  
Senior United States District Judge |