1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
3  P.O. Box 8130
   Walnut Creek, California 94596-8130
4  Telephone: 925.295.3300
   Facsimile: 925.946.9912

5

6  SIDNEY M. WOLINSKY (CA SBN 33716)
   SWolinsky@dralegal.org
   MELISSA W. KASNITZ (CA SBN 162679)
7  MKasnitz@dralegal.org
   JENNIFER WEISER BEZOZA (CA SBN 247548)
8  JBezoza@dralegal.org
   KATRINA KASEY CORBIT (CA SBN 237931)
9  KCorbit@dralegal.org
   DISABILITY RIGHTS ADVOCATES
10 2001 Center Street, Third Floor
   Berkeley, California 94704-1204
11 Telephone: 510.665.8644
   Facsimile: 510.665.8511

12
   **[see next page for additional counsel for Plaintiffs]**
13
   Attorneys for Plaintiff(s)
14 VETERANS FOR COMMON SENSE, and
   VETERANS UNITED FOR TRUTH, INC.
15
                    UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17
                     SAN FRANCISCO DIVISION
18

19 VETERANS FOR COMMON SENSE, and            Case No.        C-07-3758-SC
   VETERANS UNITED FOR TRUTH, INC.,
20                                           **CLASS ACTION**
                   Plaintiffs,
21                                           **REQUEST FOR JUDICIAL NOTICE
        v.                                   IN SUPPORT OF MOTION FOR
22                                           PRELIMINARY INJUNCTION**
   GORDON H. MANSFIELD, Acting Secretary of
23 Veterans Affairs, *et al.*,               Date:    January 25, 2008
                                             Time:    10:00 a.m.
24                 Defendants.               Ctrm:    1, 17th Floor

25                                           Complaint Filed July 23, 2007

26

27

28

1    **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2    ARTURO J. GONZALEZ (CA SBN 121490)
     AGonzalez@mofo.com
3    HEATHER A. MOSER (CA SBN 212686)
     HMoser@mofo.com
4    STACEY M. SPRENKEL (CA SBN 241689)
     SSprenkel@mofo.com
5    PAUL J. TAIRA (CA SBN 244427)
     PTaira@mofo.com
6    MORRISON & FOERSTER LLP
     425 Market Street
7    San Francisco, California 94105-2482
     Telephone: 415.268.7000
8    Facsimile: 415.268.7522

9    BILL D. JANICKI (CA SBN 215960)
     WJanicki@mofo.com
10   MORRISON & FOERSTER LLP
     400 Capitol Mall, Suite 2600
11   Sacramento, California 95814
     Telephone: 916.448.3200
12   Facsimile: 916.448.3222

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take

2    judicial notice of certain documents cited in Plaintiffs' Motion for Preliminary Injunction, which are

3    listed below.

4        Federal Rule of Evidence 201 allows the court to take judicial notice, at any stage of the

5    proceeding, of facts that are "capable of accurate and ready determination by resort to sources whose

6    accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Judicial notice is mandatory

7    where a party requests it and supplies the Court with the necessary information. Fed. R. Evid.

8    201(d).

9        Government records are not reasonably subject to dispute and are capable of immediate and

10   accurate verification. Therefore, government records are judicially noticeable. *See Brown v. Valoff*,

11   422 F.3d 926, 931 n.7, 933 n.9 (9th Cir. 2005) (taking judicial notice of agency documents); *United*

12   *States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) (holding that courts may take judicial notice of

13   "records and reports of administrative bodies"). Defendants concede that government records are

14   trustworthy. *See* Defendants' Opposition to Plaintiffs' Motion to Strike Declaration of Thomas G.

15   Bowman ("[C]ourts also presume that official agency reports and records are trustworthy. *Johnson v.*

16   *City of Pleasanton*, 982 F.2d 350, 352 (9th Cir. 1992) ['public records are presumed authentic and

17   trustworthy, [and] the burden of establishing a basis for exclusion falls on the opponent of the

18   evidence']").

19       Newspaper articles which make note of facts "which would be generally known in [this

20   jurisdiction] and which would be capable of sufficiently accurate and ready determination" are also

21   the proper subject of judicial notice. *Ritter v. Hughes Aircraft Co.*, 58 F.3d 454, 458-59 (9th Cir.

22   1995) (taking judicial notice of facts in newspaper articles); *see also Ieradi v. Mylan Laboratories,*

23   *Inc.*, 230 F.3d 594, 598 n.2 (3rd Cir. 2000) (taking judicial notice of newspaper article).

24       Accordingly, Plaintiffs request the Court take judicial notice of the following:

25       1.    U.S. Government Accountability Office Report, GAO-07-66, "VA Health Care:

26   Spending for Mental Health Strategic Plan Initiatives Was Substantially Less than Planned" (Nov.

27   2006), a true and correct copy of which is attached hereto as Exhibit A.

28

2.     U.S House of Representatives Committee on Government Reform – Minority Staff Special Investigations Division Report, "Waiting Times for Veterans Health Care in Georgia" (May 2003), a true and correct copy of which is attached hereto as Exhibit B.

3.     "Tampa Bay VA Hospitals Forced to Turn Away Patients," Orlando Sentinal, Associated Press,  (Oct. 29, 2007), a true and correct copy of which is attached hereto as Exhibit C.

4.     Stacy Bannerman, Iraq Reservists Face a 'Perfect Storm' of Post-Traumatic Stress, Foreign Policy in Focus, Mar. 15, 2007, a true and correct copy of which is attached hereto as Exhibit D.

5.     CBS News, *Veteran Suicide:  Methodology* (New York, Nov. 13, 2007), a true and correct copy of which is attached hereto as Exhibit E.

6.     CBS News, Transcript of Program, *Suicide Epidemic Among Veterans*, (New York, Nov. 13, 2007), a true and correct copy of which is attached hereto as Exhibit F.

7.     CBS News, Transcript of Program, *VA Struggles With Vets' Mental Health* (New York, Nov. 14, 2007), a true and correct copy of which is attached hereto as Exhibit G.

8.     C.W. Nevius, *A Flood of Stressed Vets Is Expected*, San Francisco Chronicle (Dec. 9, 2007), a true and correct copy of which is attached hereto as Exhibit H.

9.     Michael de Yoanna, *Vet's war continued at home*, Colorado Springs Independent, April 12, 2007, a true and correct copy of which is attached hereto as Exhibit I.

## CONCLUSION

Therefore, Plaintiffs respectfully request the Court take judicial notice of the attached documents.

Dated: December 11, 2007             GORDON P. ERSPAMER
                                     ARTURO J. GONZALEZ
                                     HEATHER A. MOSER
                                     BILL D. JANICKI
                                     STACEY M. SPRENKEL
                                     PAUL J. TAIRA
                                     MORRISON & FOERSTER LLP


                                     By:   /s/  Stacey Sprenkel
                                           Stacey Sprenkel
                                           Attorneys for Plaintiffs