# Chad S. Peterson, PhD/MD

481 North Street
Oakland, CA 94609
415.225.7007
peterson.chad@sbcglobal.net

**Current Position**       Attending Physician, Psychiatric Emergency Service
San Francisco General Hospital
*Responsibilities include evaluation and disposition of patients in the psychiatric emergency department of San Francisco's county hospital, which received over 8000 visits last year; supervision of residents and medical students doing PES clinical rotations.*

**Previous Position(s)**   Medical Director, Post-Traumatic Stress Disorder Group
Director, Telepsychiatry Program
Coordinator, OIF/OEF Outreach
San Francisco VAMC
*Responsibilities include outreach and program development for treatment of veterans returning from Iraq and Afghanistan; creation and development of Telepsychiatry program delivering care to veterans in remote areas within northern California; teaching and supervision of UCSF psychiatry residents in psychotherapy, medication management, and psychiatric evaluation; medical student education and mentorship; and individual, group, and psychopharmacologic treatment of veterans from all eras of armed conflict, with a focus on OIF/OEF veterans.*

**Education and Training**

**University of California, San Francisco**
Resident Physician in Psychiatry, 06/2001-07/2005.

**Vanderbilt University**, Nashville, Tennessee.
Doctor of Medicine, 05/2001.

**University of California, Berkeley**, Berkeley, California.
Ph.D. in organic chemistry, 05/1995.
Research Advisor: Professor Paul A. Bartlett

**University of Illinois, Urbana-Champaign**, Urbana, Illinois.
B.Sc. in chemistry, 01/1989.
Research Advisor: Professor John A. Katzenellenbogen

**Research**

**Experience**  *Co-Principal Investigator*, Brief Couples Therapy at the End Of Life Study
San Francisco Veteran's Administration Medical Hospital and UC-San Francisco.
Co-PI: Associate Professor David Mohr, PhD. 06/2003-present.
Designed and am implementing a pilot study to explore the interpersonal needs of couples in which one member has been diagnosed with a life-defining illness. Consists of assessments of interpersonal functioning as well as individual measures of quality of life for both members of the couple, as well as up to two sessions of counseling around practical and interpersonal issues concerning the end of life.

*Stanley Foundation Research Assistant*, Vanderbilt University. 6/98-8/98.
Advisors: Professors Fridolin Sulser and Richard Shelton.
Research into molecular mechanisms of affective disorder involved elucidation of the differences between normal and depressed subjects in the receptor-mediated cAMP-dependent cell-signaling apparatus. Significant reductions in the level of activity of Protein Kinase A, as well as in the concentration of its downstream phosphorylation target, CREB, were observed for depressed patients relative to normal controls.

*Robert A Welch Foundation Postdoctoral Associate*, Trinity University. 1995-present.
Advisor: D.R. Semmes Distinguished Professor Michael P. Doyle.
Use of chiral Rh(II) and Cu(I) catalysts for regio- and stereocontrolled diazodecomposition reactions resulting in the formation of macrocyclic cyclopropane lactones of unprecedented size and complexity, firmly establishing this previously unknown methodology among those most effective for the rapid elaboration of stereodefined macrocyclic systems.

*Research Assistant*, University of California, Berkeley. 1989-1995.
Research with Professor Bartlett involved the computer-aided design and synthesis of a rigid, small-molecule template for $\alpha$-helix stabilization in short peptides. Results from these studies should help elucidate various thermodynamic contributions to $\alpha$-helix stability, and may be applied to the study of biological systems.

*Research Assistant*, University of Illinois. 1986-1989.
Research with Professor John A. Katzenellenbogen involved the synthesis and evaluation of a variety of fluorescent, nonsteroidal ligands targeted to the estrogen receptor in breast cancer tumors.

**Teaching Experience**  *Attending Physician, SFVAMC; and Medical Director, PTSD Clinical Team*, 2005-2007. Medication management clinic with medical students and psychiatry residents; attending in case presentations and case conferences with psychology externs, interns, and postdoctoral fellows as well as psychiatry residents.

**SUMMARY OF TEACHING HOURS;**

2005-2006: 350 total hours of teaching
Formal classes/courses: 20
Informal teaching hours: 300
Mentoring hours: 30

2006-2007: 430 total hours of teaching
Formal classes/courses: 30
Informal teaching hours: 350
Mentoring hours: 50

**TEACHING NARRATIVE**

I have been extensively involved in teaching and mentoring medical students, postdoctoral students, and psychiatry residents while at the SFVAMC. I have been hometeam supervisor for 1-2 PGY-2s in the PTSD Clinical Team, which has involved informal teaching about PTSD evaluation and treatment; broader supervision around psychopharmacologic and psychodynamic issues in treatment of psychiatric disorders; and career mentoring. I have also been actively involved in teaching of psychology interns, externs, and postdoctoral student; I have mentored several of these individuals around career decisions as well.  I have supervised several PGY-2 and PGY-4 residents on their psychotherapy cases, both at the VA and as a volunteer supervisor through Langley-Porter Psychiatric Institute.
I have taught medical students and psychology interns, externs, and postdoctoral students about psychopharmacologic management of PTSD during their rotation through the PTSD clinic at the VA. I have done this through formal presentation of material during required classes. In addition, while at the SFVAMC, I developed a curriculum for a weekly PTSD class for the veterans themselves. Through word-of-mouth, this class became quite popular among the veterans, typically drawing 25-30 participants each week.

*Acting Attending Physician*, SFVA, 06/2004-present. Working with two attendings in GPOS evaluation clinic, I am responsible for teaching/mentoring several junior residents and medical students in evaluation and appropriate treatment of general psychiatric disorders in the veteran population.

*Anchor Attending*, UCSF Medical School, 06/2004-present. Weekly meetings with medical students participating in their 8-week psychiatry/neurology rotation center on diagnosis and formulation in psychiatry, as well as on mentoring students who are considering careers in psychiatry.

*Undergraduate Research Supervisor*; Trinity University.  1995-1997.
Organized and directed the research activities of between four and six undergraduate students throughout the summers and academic years in conjunction with Professor Doyle.

*Instructor*; Trinity University.  Fall, 1995.
Taught organic chemistry laboratory class. Responsibilities included developing experiments, lecturing to and overseeing the laboratory efforts of approximately twenty students.

*Graduate Student Instructor/Head T.A.*, University of California-Berkeley. 1989-1995.
Taught five semesters of introductory organic chemistry for non-majors. Responsibilities included leading discussion sections and supervising laboratory

experiments for classes of at least twenty students.  Head T.A. responsibilities also included writing quizzes and coordinating the efforts of fifteen other T.A.s during various activities throughout the semester.

*Undergraduate Research Supervisor*; UC-Berkeley.  1992-1994.
Supervised up to four undergraduates on various independent research projects affiliated with Paul Bartlett's research group.

**Volunteer/Other Experience**

*Member, Steering Committee, The Coming Home Project,* 07/2007-present. Working with other therapists in the Bay Area to provide free counseling services for veterans returning from Iraq and Afghanistan and their families. The project also sponsors several retreats for veterans and their families; I was one of three co-facilitators for the most recent one, which occurred 11/09/07-11/12/07 and accommodated about 20 veterans and their families.

*St James Infirmary*, 04/2003-2005. This free clinic is unique in its delivery of health care to the marginalized population of San Francisco's sex workers. It was started in 1999 and is operated entirely by current and former sex workers. I created a mental health care presence here in April 2003 that currently delivers weekly medication management and brief psychotherapy services to approximately 35% of the clinic's clientele. This is a volunteer position.

*Walden House*, 05/2003-2005.  Compensated position providing medication management and brief psychotherapy services to male adolescents with legal issues and substance abuse/dependency problems in a long-term residential facility in San Francisco.

*Residency Selection Committee*, UCSF Department of Psychiatry, 10/2003-2005. Member of group of faculty and residents responsible for interviewing and selecting residency applicants for the residency's intern class.

*Professionalism Committee*, UCSF Department of Psychiatry, Spring 2003. Member of a group of faculty and residents responsible for drafting a position paper delineating important qualities of professionalism desired in practicing psychiatrists.

**Honors and Affiliations**

*UCSF*
Alexander Simon Award for Commitment to Excellence in Teaching (06/2005)

*Vanderbilt University*
Beauchamp Scholarship for Outstanding Medical Student in Psychiatry (2001)
Stanley Foundation Summer Research Fellowship (06/98-09/98)

*Trinity University*
Robert A. Welsh Foundation Postdoctoral Fellowship (1995-1997)

*University of California, Berkeley*
Department of Education Research Fellowship (1989-1992)

*University of Illinois*
National Merit Scholar (1984-1986)
Dean's List (Fall 1989)

**Publications**

1)  "1,2-Diarylindano[a]indane:  a Molecule with Skewed, Cofacially Disposed Aromatic Moieties and a Long Carbon-Carbon Single Bond"  Anstead, Gregory M.; Srinivasan, Rajgopal; Peterson, Chad S.; Wilson, Scott R.; Katzenellenbogen, John A.  *J. Am. Chem. Soc.* **1991**, *113*, 1378.

2)  "Torsionally and Hydrophobically Modified 2,3-Diarylindenes as Estrogen Receptor Ligands"  Anstead, Gregory M.; Peterson, Chad S.; Pinney, Kevin G.; Wilson, Scott R.; Katzenellenbogen, John A.  *J. Med. Chem.* **1990**, *33*, 2726.

3)  "Hydroxylated 2,3-Diarylindenes:  Synthesis, Estrogen Receptor Binding Affinity, and Binding Orientation Considerations"  Anstead, Gregory M.; Peterson, Chad S.; Katzenellenbogen, John A.  *J. Steroid Biochem.* **1989**, *33*, 877.

4)  "2-Arylindenes and 2-Arylindenones.  Synthesis of Probes to Study the Binding Orientation of Unsymmetrical Nonsteroidal Ligands to the Estrogen Receptor"  Anstead, Gregory M.; Ensign, Jean L.; Peterson, Chad S.; Katzenellenbogen, John A.  *J. Org. Chem.* **1989**, *54*, 1485.

5)  "Formation of Macrocyclic Lactones by Enantioselective Intramolecular Cyclopropanation of Diazoacetates Catalyzed by Chiral Cu(I) and Rh(II) Compounds"  Doyle, Michael P.; Peterson, Chad S.; Parker, Dann L. Jr.  *Angew. Chem. Int. Ed. Eng.* **1996**, *35*, 1334.

6)  "Formation of Macrocycles by Catalytic Intramolecular Aromatic Cycloaddition of Metal Carbenes to Remote Arenes"  Doyle, Michael P.; Protopopova, Marina N.; Peterson, Chad S.; Vitale, Justin P.; McKervey, M. Anthony; Garcia, Concepcion F.  *J. Amer. Chem Soc.* **1996**, *118*, 7865.

7)  "Comparative Evaluation of Enantiocontrol in Intramolecular Cyclopropanation of Allylic Diazoacetates with Chiral Cu(I), Rh(II), and Ru(II) Catalysts"  Doyle, Michael P.; Peterson, Chad S.; Zhou, Qi Lin; Nishiyama, Hisao  *J. Chem. Soc., Chem. Commun.* **1997**, 211.

8)  "Macrocyclic Oxonium Ylide Formation and Internal [2,3] Sigmatropic Rearrangement. Catalyst Influence on Selectivity"  Doyle, Michael P. and Peterson, Chad S.  *Tetrahedron Letters*, **1997**,*38*, 5265.

9)  "Macrocycle Formation by Catalytic Intramolecular Cyclopropanation.  A New General Methodology for the Synthesis of Macrolides"  Doyle, Michael P.; Peterson, Chad S.; Protopopova, Marina N.; Marnett, Alan P.; Parker, Dann L. Jr.; Ene, Doina G.; Lynch, Vincent,  *J. Amer. Chem. Soc.*, **1997**, *119*, 8826-8837.

10) "Enantiomer Control in Generation and Diastereoselective Reactions of Oxonium Ylides Catalyzed by Chiral Dirhodium(II) Carboxamidates. Metal-Stabilized Ylides as Reaction Intermediates" Doyle, Michael P.; Forbes, David C.; Peterson, Chad S.; Vasbinder, Melissa M., *J. Amer. Chem. Soc.*, **1998**, *120*, 7653-7661.

11) "Macrocyclic Cyclopropenes by Highly Enantioselective Intramolecular Addition of Metal Carbenes to Alkynes" Doyle, Michael P.; Ene, Doina G.; Peterson, Chad S.; Lynch, Vincent, *Angew. Chem. Int. Ed. Engl.*, **1998**, *38*, 700.

12) "Catalytic Intramolecular Addition of Metal Carbenes to Remote Furans" Doyle, Michael P.; Chapman, Brant J.; Hu H.; Peterson, Chad S. *Org. Lett.*, **1999**, *II,*1327-1330.

13) "Cyclic AMP- Dependent Protein Kinase in Subtypes of Major Depression and Normal Volunteers" Shelton, Richard.C.; Manier, Donald.H.; Peterson, Chad.S.; Ellis, Truitt.C.; Sulser, Fridolin, *Int. J. Neuropsychopharmacology*, **1999**, *2*, 187-192, .

14) "Human Fibroblasts as a Relevant Model to Study Signal Transduction in Affective Disorders" Manier, Donald H.; Shelton, Richard C.; Ellis, Truitt C.; Peterson, Chad S.; Eiring, Andrea; Sulser, Fridolin, *J. Affective Disorders*, **2000**, *61*, 51-8.

15) "Enantiocontrolled Macrocycle Formation by Catalytic Intramolecular Cyclopropanation" Doyle, Michael P.; Hu, Wenhao; Chapman, Brant; Peterson, Chad S.; Vitale, Justin; Stanley, Sarah A., *J. Am. Chem. Soc.*, **2000**, *122*, 5718-32.

16) John Mulder and Chad Peterson. *Alive Hospice Guide to Symptom Management*. Nashville: Alive Hospice, 2003.

17) Loseth, DB, Moore, CD, Mulder, J and Peterson, CS (2005). Cultural and Spiritual Issues. In K Kuebler, M Davis, and C Moore (Eds.), *Palliative Practices: An Interdisciplinary Approach* (pp. 309-334). St. Louis, MO: Elsevier/Mosby.

18) "PTSD in WWII and Korean War Veterans" Chad S. Peterson, *San Francisco Medical Journal* **2007**, 80(7), 30-32.

**Posters and Presentations**

"Highly Enantioselective Macrocyclizations. Catalytic Intramolecular Cyclopropanation of Diazoacetates with ω-Allylic Ethers" Doyle, Michael P.; Peterson, Chad S.; Parker, Dann L. Jr. 211th National Meeting of the American Chemical Society, New Orleans, LA. March 24-28, 1996. Presentation #445.

"Macrocycle Formation Using a Novel Enantioselective Remote Aromatic Cycloaddition Reaction" Doyle, Michael P.; Chapman, Brant; Peterson, Chad S.;

Vitale, Justin P.  35th National Organic Chemistry Symposium, 26 June, 1997.  Trinity University, San Antonio, TX.  Poster #M152.

"Blunted Protein Kinase A (PKA) Activity in Human Fibroblasts from Patients with Major Depression" Shelton, Richard C.;  Manier, Donald H.;  Ellis, Truitt C;  <u>Peterson, Chad S</u>.;  Sulser, Fridolin, ACNP, Annual Meeting, December, 1998.

"Psychiatry in Palliative Care: Meaning, Hope, and Dignity at the End of Life" UCSF Psychiatry Residency Senior Talk, March, 2005.

"VA Programs for Returning Iraq/Afghanistan Veterans" UCSF Clinical Symposium, September, 2006.

"Psychodynamic Considerations in the Treatment of Returning OIF/OEF Veterans" SFVAMC Trainee Didactic Series, 2005-2007.