GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
MELISSA W. KASNITZ (CA SBN 162679)
MKasnitz@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.    C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **DECLARATION OF BERNARD S. RAPPAPORT, M.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:    January 25, 2008 <br> Time:    10:00 a.m. <br> Ctrm:    1, 17th Floor <br><br> Complaint Filed July 23, 2007 |

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

# DECLARATION OF BERNARD S. RAPPAPORT, M.D.

I, Bernard S. Rappaport, M.D., declare as follows:

1. I make this declaration in support of Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the matters set forth herein and could and would competently testify thereto if called as a witness in this matter.

## Professional Background and Education

2. I am a psychiatrist and a Diplomate of the National Board of Medical Examiners and a Diplomate of the American Board of Psychiatry and Neurology. I have been in the private practice of psychiatry since 1974. I have a current license to practice medicine in the state of California.

3. I hold an undergraduate degree in Psychology from Harvard University and a Doctor of Medicine degree from the University of Pennsylvania School of Medicine.

4. I completed an internship at Herrick Memorial Hospital in Berkeley and a residency in psychiatry at the California Department of Mental Hygiene: Langley Porter Neuropsychiatric Institute and Agnews State Hospital.

5. I have published numerous articles on the subject of mental health.

6. My complete curriculum vitae is attached as Exhibit A to this declaration.

## Practice of Psychiatry and PTSD Background

7. In my practice of psychiatry I have examined, diagnosed, and treated numerous patients suffering from various mental health conditions and continue to see and treat patients on an ongoing basis. I am familiar with and keep current in the relevant literature related to Posttraumatic Stress Disorder ("PTSD") and suicidology. I have treated and continue to treat patients with PTSD and suicidal tendencies.

8. I have examined, diagnosed, and treated many veterans of the United States military for a variety of mental health conditions including PTSD and severe depression manifesting itself in suicidal symptoms. Many of the veterans I have treated suffer mental health conditions as a result of their military experiences including exposure to combat situations.

9. Following a severe trauma, any number of psychiatric illnesses may develop. One of these illnesses is PTSD, which is a severe mental disturbance that originates in response to an overwhelming encounter with severe trauma. PTSD was first introduced into the official classification of psychiatric disorders in 1980 when The American Psychiatric Association's (APA) Diagnostic and Statistical Manual of Mental Disorders (DSM-III) included for the first time a diagnostic category for PTSD.

10. A substantial number of veterans from the World Wars, the Korean Conflict, and the Vietnam Conflict have experienced psychological symptoms that medicine has characterized as "shell shock," "combat fatigue," and "stress reaction." In the mid-1970s, the observation of a large number of combat-related stress disorders in Vietnam veterans prompted increased awareness and analysis of psychological problems arising in the wake of traumatic experiences leading to the distinct diagnostic criteria for PTSD. The characteristic symptoms resulting from the traumatic event include "persistent reexperiencing," "persistent avoidance of stimuli," and "persistent symptoms of increased arousal" and that the "disturbance must cause clinically significant distress or impairment in social, occupational, or other important areas of functioning."

**Treatment of PTSD**

11. In most cases PTSD is a treatable condition. There are many medications and therapeutic techniques that have proven to be successful in the treatment of PTSD. This has been documented in many controlled studies in peer reviewed journals. If left untreated, PTSD can lead to increased psychiatric morbidity, including anxiety, depression, suicidality, alcoholism, substance abuse, job loss, family disruption, and other manifestations of psychiatric disorders. Further, a recent study shows patients with high levels of PTSD symptoms have a higher risk of heart disease including fatal and nonfatal heart attacks. All of these result in great societal and monetary costs.

12. Prompt treatment of patients with symptoms of PTSD is essential. If not treated promptly and competently, veterans with PTSD can develop increased psychiatric morbidity, including severe depression with suicidal tendencies. If prompt treatment is denied or a veteran is told to wait weeks or months for treatment, tragic circumstances can result.

13. Any patient who threatens suicide or suffers symptoms of suicidal tendencies must be taken seriously and provided prompt mental health treatment. A delay in care under these circumstances can lead to actual suicide. In contrast, prompt treatment often results in decreased suicidal tendencies lessening the risk of actual suicide.

14. Early intervention in the treatment of PTSD symptoms leads to better long term prognosis for psychiatric outcome and positive adjustment in social and occupational spheres.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 3, 2007 at Orinda, California.

/s/ Bernard S. Rappaport, M.D.
Bernard S. Rappaport, M.D.