# Bernard S. Rappaport, M.D.

3 Altarinda Road, Suite 207
Orinda, California 94563-2601
Tel: 925-253-1990
Fax: 925-253-1993
Email: brappmd@comcast.net

Mailing Address: 52 Charles Hill Road, Orinda, CA 94563

## EDUCATION

1961-1965   A.B., *magna cum laude*, Social Relations (Psychology), Harvard University, Cambridge, Massachusetts

1965-1969   M.D., University of Pennsylvania School of Medicine, Philadelphia, Pennsylvania

1969-1970   Rotating Internship, Herrick Memorial Hospital, Berkeley, California

1970-1973   Residency in Psychiatry, California Department of Mental Hygiene: Langley Porter Neuropsychiatric Institute and Agnews State Hospital

## LICENSES & CERTIFICATIONS

1970   Diplomate, National Board of Medical Examiners

1970   Medical License, California (G19436)

1983   Diplomate, American Board of Psychiatry and Neurology (P)

## EXPERIENCE
*Clinical*:

1974-Present:   Private practice in psychiatry, specializing in consultation/liaison psychiatry, Berkeley and Orinda, California.

2005-Present:   Staff Psychiatrist, Jewish Family & Children's Services of the East Bay

1986-1989:   Chairman of Psychiatric Consultation/Liaison Committee, Alta Bates Hospital, Berkeley, California.

1

| | |
|---|---|
| 1984-1990: | Psychiatric liaison consultant, Alta Bates Hospital, Berkeley California, to chronic renal dialysis unit, cardiovascular services (coronary care unit and cardiac surgery program), high risk obstetrics program, Support after Neonatal Death (SAND) program, oncology service and Northern California Bone Marrow Transplantation Program. |
| 1972-1973: | Psychiatric consultant to the National Institute of Mental Health. |
| 1971-1977: | Associate at the Family Therapy Center, San Francisco, California. |

*Forensic*:

| | |
|---|---|
| 1984-Present: | Psychiatric evaluations of clients and cases for attorneys, appearances as expert witness at depositions, arbitrations and trials. |

*Administrative/Corporate*:

| | |
|---|---|
| 1998-Present: | Psychiatric Consultant: Intel Corporation, Sun Microsystems, Chiron Corporation, and Matrix Absence Management, Inc. (Occupational Health, Human Resources and Legal Departments). |
| 1993-1995: | Medical Consultant, Medco Behavioral Care Systems. |
| 1987-1992: | Vice President & Medical Director, American Biodyne, Inc. (a national managed mental health care company), Corporate Headquarters, South San Francisco, California. |
| 1992-1993: | President and Medical Director, Assured Health Systems of California Provider Group. |

*Academic/Research*:

| | |
|---|---|
| 1989-1991: | Associate Clinical Professor, Health and Medical Sciences, University of California, Berkeley-San Francisco Joint Medical Program. |
| 1977-1989: | Assistant Clinical Professor, Health and Medical Sciences, University of California, Berkeley - San Francisco Joint Medical Program. |
| 1980-1985: | Faculty, Pro-Seminars Institute, San Francisco (lecturer on anatomy, physiology, and psychophysiology in professional training seminars for health practitioners). |
| 1981-1982: | Adjunct Lecturer, Graduate School of Education, School Psychology Program and School of Public Health, University of California, Berkeley. |

1979-1981:   Adjunct Faculty, Antioch University West, Center for Holistic Studies.

1977-1980:   Adjunct Faculty, Professional Training Seminars, The Psychosomatic Medicine Clinic, Berkeley, California.

1971-1973:   Instructor, Department of Psychology, John F. Kennedy University, Martinez, California.


**PRESENTATIONS**
*Forensic:*

"Update on Posttraumatic Stress Disorder: Diagnosis, Biology, and Treatment," presentation to the 39th Annual SMU Air Law Symposium, Dallas, Texas, February 25, 2005.

"Psychiatric Damages in Employment Litigation," presentation to the Annual Meeting of the Defense Research Institute Employment Law Committee, San Francisco, California, October 4, 2002.

"The Needs of Business - A Look from Inside Intel," presentation to the Annual Conference of the Academy of Organizational and Occupational Psychiatry, San Diego, California, January 2002.

"The Americans with Disabilities Act: Psychiatric Disabilities and Litigation Issues," presentation to the U.S. EEOC Technical Assistance Program seminar, San Francisco, California, June 1999.

"Americans with Disabilities Act - Mental Disability Claims," presentation to the Association of Defense Counsel of Northern California Employment Practices Litigation conference, Berkeley, California, April 1998.

"Managing Problem Employees: the ADA, Substance Abuse, and Violence," presentation to the Seyfarth, Shaw, Fairweather & Geraldson 1996 Labor & Employment Law Symposium, Los Angeles, California, October 1996.

"Managing Employee Stress and Mental Disabilities," presentation to the Seyfarth, Shaw, Fairweather & Geraldson 1995 Labor & Employment Law Symposium, Los Angeles, California, October 1995.

"Using Focus Groups to Present Psychiatric Testimony," presentation to the California Trial Lawyers Association, Kapalua Bay, Maui, Hawaii, November 1994.

"Recovered Memory Syndrome," presentation to the California Judges Association Annual Meeting, Anaheim, California, September 1994.

"Somatoform Disorders in Personal Injury Litigation," presentation to the Defense Seminar Association, San Francisco, California, January 1994.

"The Recovered Memory Syndrome," presentation to the Association of Defense Counsel of Northern California, San Francisco, California, December 1993.

"Psychiatric Aspects of the Closed Head Injury," presentation to the California Trial Lawyers Association, Lake Tahoe, California, March 1993.

"Hidden Medical and Psychiatric Issues," presentation to the California Trial Lawyers Association, San Francisco, California, November 1991.

**PRESENTATIONS**
*Clinical*:

"Posttraumatic Stress Disorder," presentation to the Golden Gate Breakfast Club, San Francisco, California, April 2001.

"Delirium in the Elderly," presentation to the Alta Bates Medical Center Continuing Medical Education Clinical Staff Conference, Berkeley, California, June 1996.

"Managing Employee Stress and Mental Disabilities," presentation to the Northern California Human Resources Council, Oakland, California, May 1995.

"Stress and Your Heart," presentation to the Mended Hearts Association, Alta Bates Medical Center, Berkeley, California, November 1994.

"Listening with a Third Ear: The Interview as a Diagnostic and Therapeutic Tool," presentation to the Northern California Kaiser Permanente Regional Risk Management Conference entitled, <u>Managing Risk Through Effective Communication</u>, San Francisco, California, November 1994.

"The Art of Listening to Patients: Trust, Rapport and Patient Perceptions," presentation to the Northern California Kaiser Permanente Regional Risk Management Conference entitled, <u>Risk Management for Ambulatory Care</u>, Burlingame, California, November 1993.

"Health Promotion vs. Disease Control," presentation to foundation and corporate sponsors, Alta Bates Foundation, Berkeley, California, April 1993.

"Managed Mental Health Care in Medical Systems," presented at the Annual Meeting of the American Psychiatric Association, Washington, D.C., May 1992.

"Professional Relations in Managed Mental Health Care," presented at the Annual Meeting of the American Psychiatric Association, New York City, May 1990.

"Stress and Health," presentations to Alta Bates Medical Group mental health seminars, Alta Bates Hospital, Berkeley, California, 1998-1993 (quarterly).

"Stress Management and Cardiac Rehabilitation," presentation to cardiac rehabilitation specialists, John Muir Hospital, November 2, 1987.

4

"Managing Mental Health Benefits," presentation to the Northern California Employee Benefits Council, San Francisco, California, October 13, 1987.

"Cardiovascular Psychophysiology," presentation to conference of Association of Northern California Cardiac Rehabilitation Therapists, Alta Bates Hospital, Berkeley, California, February 1987.

"Stress and the Heart," presentation to quarterly meeting of Mended Hearts, Alta Bates Hospital, January 1987.

"Perinatal Loss and Grief," presentation to Planned Parenthood of Walnut Creek, California, October 17, 1986.

"Death and Dying," presentation to Alta Bates Hospital Drug Information Service Continuing Education Series, Berkeley, California, October 15, 1986.

"Psychological Effects of Grief," presentation at <u>Life after Death</u>: A Workshop on Perinatal Loss, Alta Bates Hospital, June 1986.

"Stress and Cancer," presentation at Medical Oncology Department Seminar, Alta Bates Hospital, October 1985.

"Clinical and Cost Benefits of Liaison Psychiatry," presentation to Alta Bates Hospital Medical Staff, January 1984.

"Psychological Aspects of Testicular Carcinoma," presentation to Alta Bates Hospital Medical Staff, September 1984.

"The Biology and Clinical Practice of Holism," presentation to Center for Holistic Studies, Antioch University West, May 9, 1979.

Presentation on Holistic Medicine to California state government personnel, January 29, 1979, Sacramento, California.

"Psychosomatics: An Integrative Approach in Health Professional Education," presented at the 24th Annual Meeting of the Academy of Psychosomatic Medicine, November 13-16, 1977, Costa Mesa, California.

"Holism: The Human Element in Healing and Health," presented at the 5th Annual Meeting of the Association for Humanistic Psychology, September 1-5, 1977, Costa Mesa, California.

"Bodymind Approaches to Healing and Health," a lecture/presentation at University of California, Berkeley Extension, Weekend Conference: "Bodymind Approaches to Living," May 21-22, 1977.

"Frontiers of Preventative Medicine," presented at the University of California, Davis Extension, September 18, 1976.

Workshop presentation of Human Potential Techniques for the Helping Professions:
- Connecticut Association of School Psychologists: Spring Institute, Hartford, Connecticut, March 8, 1975.

- New England Personnel and Guidance Convention, Portland, Maine, October 27-28, 1974.
- Sonoma County Office of Education: 5 county training retreats, January 19-20 and October 5-6, 1973.

"New Frontiers in Humanistic Research," panel presentation of the Research Committee, Annual Convention of the Association for Humanistic Psychology, September 1973, Montreal, Canada.

**APPOINTMENTS**

| | |
|---|---|
| 2002-Present | Professional Liability Committee, Alameda Contra Costa Medical Association |
| 1994-Present | Mediation Committee, Alameda Contra Costa Medical Association (Peer Review Quality Assurance). |
| 1986-1989 | Department of Medicine and Family Practice, Medical Staff Executive Committee, Alta Bates Hospital, Berkeley, California. |
| 1986-1988 | Interdisciplinary Practice Committee, Alta Bates Hospital, Berkeley, California. |

**PAPERS AND PUBLICATIONS**

"Evolution of Consultation - Liaison Services in Bone Marrow Transplantation," General Hospital Psychiatry, 10:346-351, 1988.

"Comprehensive Health Care: Can More Cost Less?" Business and Health, Vol. 4, No. 3, January 1987.

"Absence of Therapeutic Benefit from Antacids or Cimetidine in Non-Ulcer Dyspepsia," The New England Journal of Medicine, September 18, 1986, 763-764.

"Carnal Knowledge: What the Wisdom of the Body Has to Offer Psychotherapy," The Journal of Humanistic Psychology, Vol. 15, No. 1, Winter 1975. Survey report to the National Institute of Mental Health. Psychology, Montreal, Canada, September 1973.

"New Concept in University Community Mental Health Services," (Mechanick, P, Rappaport, B.S., et al.) Journal of the American Medical Association, 208(13):2453-2456, June 30, 1969.

"Slowing of Heart Rate with Hippocampal after Discharge in Awake, Sitting Monkeys," with Paul D. MacLean, M.D., Unpublished report in the U.S. Department of H.E.W. Public Health Service, based on research conducted in the Section on Limbic Integration of Behavior, Laboratory of Neurophysiology, National Institute of Mental Health, 1968.

**HONORS AND AWARDS**

Distinguished Teaching Award, Health and Medical Sciences Program, University of California, Berkeley, California, 1982.

President, Strecker Psychiatric Society, University of Pennsylvania School of Medicine, 1968-1969.

Harvard University Dean's List, Crimson Key Society; A.B., *magna cum laude*, 1961-1965.

Westinghouse National Science Scholarship, 1961.

Sloan Foundation Research Fellowship at Harlem Hospital Division of Surgical Research, New York City, 1960.

**MEMBERSHIPS**

American Psychiatric Association
Northern California Psychiatric Society
California Psychiatric Association
American Academy of Psychiatry and the Law
Academy of Organizational and Occupational Psychiatry
California Medical Association
Alameda-Contra Costa Medical Association

**HOSPITAL AFFILIATIONS**

Alta Bates Medical Center, Berkeley, California

**REFERENCES**

Available upon request

Last revised: March 7, 2007