GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
MELISSA W. KASNITZ (CA SBN 162679)
MKasnitz@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

[see next page for additional counsel for Plaintiffs]

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON H. MANSFIELD Acting Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **DECLARATION OF STACEY SPRENKEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:  January 25, 2008 <br> Time:  10:00 a.m. <br> Ctrm:  1, 17th Floor <br><br> Complaint Filed July 23, 2007 |

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

**DECLARATION OF STACEY SPRENKEL**

I, Stacey Sprenkel, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an associate at the law firm of Morrison & Foerster LLP, counsel for Plaintiffs VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction, filed herewith. I have personal knowledge of the matters set forth herein and could and would competently testify thereto if called as a witness in this matter.

2. The attached documents are admissions by Defendant Department of Veterans' Affairs ("VA"), a party to this case. Admissions by a party-opponent are admissible non-hearsay under Federal Rule of Evidence 801(d)(2).

3. Attached as Exhibit A is a true and correct copy of "VA's Mission Statement," which was authored by the VA, and which is a publicly available document on the VA website at http://www.va.gov/about_va/mission.asp.

4. Attached as Exhibit B is a true and correct copy of "Combat Veteran Eligibility", VA Health Care Fact Sheet 16-4, April 2007, which was authored by the VA, and which is a publicly available document on the VA website at http://www.va.gov/healtheligibility/Library/pubs/CombatVet/CombatVet.pdf.

5. Attached as Exhibit C is a true and correct copy of Department of Veterans Affairs, Veterans Health Administration Directive 2005-020, "Determining Combat Veteran Eligibility" (June 2, 2005), which was authored by the VA, and which is a publicly available document on the VA website at http://www1.va.gov/vhapublications/ViewPublication.asp?pub_ID=1270.

6. Attached as Exhibit D is a true and correct copy of "Transition Assistance and Case Management of Operation Iraqi Freedom (OIF) and Operation Enduring Freedom (OEF) Veterans", Veterans Health Administration Handbook 1010.01 (May 31, 2007), which was authored by the VA, and which is a publicly available document on the VA website at http://www1.va.gov/vhapublications/ViewPublication.asp?pub_ID=1573.

7. Attached as Exhibit E is a true and correct copy of Department of Veterans Affairs, National Center for PTSD Fact Sheet, "What is Posttraumatic Stress Disorder (PTSD)?", which was authored by the VA, and which is a publicly available document on the VA website at http://www.ncptsd.va.gov/ncmain/ncdocs/fact_shts/fs_what_is_ptsd.html?printable-template=factsheet.

8. Attached as Exhibit F is a true and correct copy of Alvy A. Chapman, Commander DAV, Department of Montana, Testimony Before the U.S. Senate Committee on Veterans' Affairs, Aug. 2, 2007, which is a publicly available document available on the United States Senate website at http://www.veterans.senate.gov/public/index.cfm?pageid=16&release_id=11178&sub_release_id=11298&view=all.

9. Attached as Exhibit G is a true and correct copy of James P. Terry, Report of the Chairman, Board of Veterans' Appeals for the Fiscal Year 2006, which was authored by the VA, and which is a publicly available document on the VA website at http://www.va.gov/Vetapp/ChairRpt/BVA2006AR.pdf.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 11th day of December, 2007, at San Francisco, California.

      /s/  Stacey Sprenkel
      Stacey Sprenkel