**UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**

**ABOUT VA**

**Mission, Vision, Core Values & Goals**

## Mission Statement

*"To care for him who shall have borne the battle and for his widow and his orphan."*

These words, spoken by Abraham Lincoln during his Second Inaugural Address, reflect the philosophy and principles that guide VA in everything we do, and are the focus of our endeavors to serve our Nation's veterans and their families.

## Vision

We will strive to meet the needs of the Nation's veterans and their families today and tomorrow by: (1) becoming an even more veteran-focused organization, functioning as a single, comprehensive provider of seamless service to the men and women who have served our Nation; (2) cultivating a dedicated VA workforce of highly skilled employees who understand, believe in, and take pride in our vitally important mission; (3) continuously benchmarking the quality and delivery of our service with the best in business and use innovative means and high technology to deliver world-class service; and (4) fostering partnerships with veterans organizations, the Department of Defense and other federal agencies, state and local veterans organizations, and other stakeholders to leverage resources and enhance the quality of services provided to veterans.

## Core Values

President Lincoln's words guide VA today. The men and women of VA are dedicated to fulfilling the Department's mission and vision and they commit their abilities and energy to continue the rich history of providing for those that have served America. In doing so, we will strive to uphold a set of core values that represent the basic fabric of our organizational culture. These core values are…

### Commitment

Veterans have earned our respect and commitment, and their health care, benefits, and memorial services needs drive our actions.

We will value our commitment to veterans through all contingencies and remain fully

prepared to achieve our mission.

### Excellence

We strive to exceed the service delivery expectations of veterans and their families.

We perform at the highest level of competence with pride in our accomplishments.

**People**

We are committed to a highly skilled, diverse, and compassionate workforce.

We foster a culture of respect, equal opportunity, innovation, and accountability.

**Communication**

We practice open, accurate, and timely communication with veterans, employees, and external stakeholders, and seek continuous improvement in our programs and services by carefully listening to their concerns.

**Stewardship**

We will ensure responsible stewardship of the human, financial, information, and natural resources entrusted to us.

We will improve performance through the use of innovative technologies, evidence-based medical practices, and sound business principles.

## Strategic and Enabling Goals

**Strategic Goal 1** - Restore the capability of veterans with disabilities to the greatest extent possible and improve the qualtiy of their lives and that of their families.

**Strategic Goal 2** - Ensure a smooth transition for veterans from active military service to civilian life.

**Strategic Goal 3**  - Honor and serve veterans in life and memorialize them in death for their sacrifices on behalf of the Nation.

**Strategic Goal 4** - Contribute to the public health, emergency management, socioeconomic well-being, and history of the Nation.

**Enabling Goal** - Deliver world-class service to veterans and their families by applying sound business principles that result in effective management of people, communications, technology, and governance.

Español | VA Forms | Facilities Locator | Contact the VA | Frequently Asked Questions (FAQs)
Privacy Policy | Web Policies & Important Links | Annual Performance and Accountability Report
Freedom of Information Act | Small Business Contacts | Site Map
USA.gov | White House | USA Freedom Corps

Reviewed/Updated Date: May 23, 2006

http://www.va.gov/about_va/mission.asp                                                                                    12/8/2007