**Department of Veterans Affairs**  **VHA DIRECTIVE 2005-020**
**Veterans Health Administration**
**Washington, DC  20420**  **June 2, 2005**

## DETERMINING COMBAT VETERAN ELIGIBILITY

**1. PURPOSE:** This Veterans Health Administration (VHA) Directive establishes policy for determining eligibility for Department of Veterans Affairs (VA) health care benefits for recently discharged veterans who served in a theater of combat operations or in combat against a hostile force during a period of hostilities.

**2. BACKGROUND**

   a.  VA has the authority to provide medical care and other medical services to combat veterans even in the absence of proof of service connection.  Title 38, United States Code (U.S.C.), Section 1710(e)(1)(D), states that a veteran who served on active duty in a theater of combat operations (as determined by the Secretary of Veterans Affairs, in consultation with the Secretary of Defense) during a period of war after the Persian Gulf War, or in combat against a hostile force during a period of hostilities after November 11, 1998, is eligible for hospital care, medical services, and nursing home care for any illness, even if there is insufficient medical evidence to conclude that such condition is attributable to such service.

   b.  "Hostilities" is defined as conflict in which the members of the Armed Forces are subjected to danger comparable to the danger to which members of the Armed Forces have been subjected in a theater of combat operations during a period of war.  To determine whether a period of hostilities is within the scope of this special authority, VA relies upon the same citation and criterion used to determine eligibility for VA Readjustment Counseling Service contained in 38 U.S.C., Section 1712A(a)(2)(B), as it applies to veterans in service after November 11, 1998.  More specifically, criteria used to determine whether a veteran's service meets the qualifications required by statute include:

   (1)  Receipt of an expeditionary medal or other Department of Defense (DoD) authorized combat related medal;

   (2)  Service in a location designated by an Executive Order as a combat zone;

   (3)  Service in a qualified hazardous duty area as defined by Federal statute that deems such service by a member of the Armed Forces to be the equivalent of service in a combat zone for pay or a tax-related purpose;

   (4)  Receipt of DoD Hostile Fire or Imminent Danger pay for serving in the area subject to hostilities; or

   (5)  Other factors as may be defined in policy and regulation by the Secretary of Veterans Affairs.

**THIS VHA DIRECTIVE EXPIRES JUNE 30, 2010**

**VHA DIRECTIVE 2005-020**
**June 2, 2005**

*NOTE: A certificate of award, or presentation of a medal, in and of itself, will not suffice for VA health care eligibility verification purposes without the submission of supporting documentation (such as DD 214, Proof of receipt of Hostile Fire or Imminent Danger Pay, proof of exemption of Federal tax status for Hostile Fire or Imminent Danger Pay after November 11, 1998), other military service records or orders indicating combat service.*

    c. National Guard and Reserve personnel who were activated and who served in combat support or direct combat operations during a period of war after the Gulf War, or in combat support or direct combat against a hostile force after November 11, 1998, may also be eligible for the combat related health care benefits under 38 U.S.C. 1710(e)(1)(D).  To qualify, they must meet certain requirements, which essentially satisfy the definitions of "veteran" (see 38 U.S.C. 101 (2)), and "active duty".

    (1)  A reservist must have served on "active duty" as defined in  38, U.S. C.101(21) and have met the "minimum active duty" service requirement as defined in 38 U.S.C. 5303A or be exempt from the "minimum active duty" requirement.

    (2)  National Guard members must meet those same requirements and must also have been ordered to active duty by Federal declaration.

    d. Attachment A contains the locations and periods of service that qualify as theaters of combat and should be used to determine eligibility as a combat veteran. *NOTE: These criteria are updated as necessary.*

**3. POLICY:** It is VHA policy, in accordance with 38 U.S.C. Section 1710(e)(1)(D), that veterans who served in combat support or direct combat operations during a period of war after the Gulf War, or in combat support or direct combat against a hostile force after November 11, 1998, are to be provided hospital care, medical services, and nursing home care for any illness potentially related to their service in the combat theater for a 2-year period following separation from military service, even if there is insufficient medical evidence to conclude that such condition is attributable to such service. *NOTE: Veterans under this authority may be enrolled as priority category 6 and are eligible for the full medical benefits package; as such they are not subject to co-payments for care potentially related to their combat service.*

**4. ACTION**

    a. **Under Secretary for Health.**  The Under Secretary for Health has designated the Chief Business Officer (CBO), as the lead VHA officer for establishing policy in determining veterans' eligibility for health benefits

    b. **Chief Business Officer (16)**

    (1)  The Chief Business Officer (CBO), or designee, in consultation with the Public Health and Environmental Hazards Office (13), and the Readjustment Counseling Service (15),

VHA DIRECTIVE 2005-020
June 2, 2005

determines locations, dates of service, and other criteria that are used to identify service in theaters of combat or subject to hostilities.

(2) The CBO is responsible for providing guidance relating to the evidence or documentation needed to determine an individual veteran's eligibility for these combat-related health benefits. *NOTE: Specific locations that have been designated as theaters of combat or areas subject to hostilities qualifying for combat veteran status are provided in Attachment A and will be updated as changes in combat designations occur.*

c. **Medical Facility Director.** Each medical facility Director is responsible for ensuring that

(1) Facility staff involved in the eligibility process and staff involved in the provision of health care services are also provided guidance for establishing combat veteran eligibility and providing appropriate service to those veterans. Recently discharged combat veterans need to be asked to complete the applicable financial assessments (means test or medication copayment tests) to determine if they qualify for a higher enrollment priority assignment, whether they will be charged copayments for care and medication provided for treatment or non-combat related conditions, as well as their potential eligibility for beneficiary travel.

(2) Intake staff are trained to clearly articulate to combat veterans the benefits of providing their income information to assess their eligibility for VA medical benefits. If the combat veteran declines to provide their income information, the combat veteran must agree to make appropriate copayments for care that is clearly not related to their combat service.

(a) Evidence or documentation that may be accepted as an individual veteran's proof of service in a combat area include:   *NOTE:  Only one is required.*

1. Notations on the DD 214 of service in a designated combat theater of operations;

2. Receipt of the Afghanistan Campaign Medal, Iraq Campaign Medal, Armed Forces Expeditionary Medal; Kosovo Campaign Medal; Global War on Terrorism Expeditionary Medal (does not include Global War on Terrorism Service Medal); Southwest Asia Campaign Medal; or other DoD authorized combat related medal;

3. Proof of receipt of Hostile Fire or Imminent Danger Pay (commonly referred to as "combat pay") after November 11, 1998; and

4. Proof of exemption of Federal tax status for Hostile Fire or Imminent Danger Pay after November 11, 1998.

*NOTE:  Other evidence may be reviewed on a case-by-case basis.*

(b) The minimum active duty service requirement is the <u>shorter</u> of the following two periods:

1. The full period for which they were called or ordered to active duty, or

3

**VHA DIRECTIVE 2005-020**
**June 2, 2005**

    2. Twenty-four months of continuous active duty.

*NOTE: There remain categories of veterans who are expressly excluded by statute from the minimum active duty service requirement; e.g., veterans who were discharged or released from active duty for a disability incurred or aggravated in line of duty, those discharged or released from active duty under an early out or hardship discharge, etc.*

**5. REFERENCES**

    a. Patient Referral Eligibility For VA War-Related Illnesses and Injury Study Centers, dated September 23, 2002.

    b. Title 38 U.S.C., Sections 101(2) and 101(21),1710, 1712A, and 5303A.

**6. FOLLOW-UP RESPONSIBILITY**: The Chief Business Office (16) is responsible for the contents of this Directive. Questions are to be addressed to Business Policy at 202-254-0406.

**7. RESCISSIONS:** VHA Directive 2004-017, Establishing Combat Veteran Eligibility. This VHA Directive expires June 30, 2010.

                                        S/Jonathan B. Perlin, MD, PhD, MSHA, FACP
                                        Under Secretary for Health

Attachment

DISTRIBUTION:  CO:      E-mailed 6/6/05
                         FLD:    VISN, MA, DO, OC, OCRO, and 200 – E-mailed 6/6/05

4

VHA DIRECTIVE 2005-020
June 2, 2005

ATTACHMENT A

# COMBAT VETERAN ELIGIBILITY DETERMINATION TABLE
# COMBAT ZONES, HOSTILITIES and MEDALS

The Department of Veterans Affairs (VA) must use and refer to the Department of Defense (DoD) website http://www.defenselink.mil/comptroller to maintain the listing of designated hostile fire or imminent danger pay areas. Although DoD Hostile Fire or Imminent Danger pay existed prior to November 11, 1998, only proof of such pay on or after November 11, 1998, is acceptable. *NOTE: The DoD website, the definitions, and the table provided in this Attachment should assist in the determination of combat veteran eligibility.*

1. **Definitions**

   a. **Combat Service.** Veterans who served in combat during a period of war after the Gulf War, or against a hostile force during a period of hostilities after November 11, 1998, qualify, and are eligible for hospital care, medical services, and nursing home care for 2 years after discharge from the military for any illness.

   (1) Co-payments may be charged for those conditions which the Veterans Health Administration (VHA) finds resulted from a cause other than such combat service.

   (2) Combat zones are designated by an Executive Order from the President as areas in which the United States (U.S.) Armed Forces are engaging or have engaged in combat. An area usually becomes a combat zone and ceases to be a combat zone on the dates the President designates by Executive Order.

   b. **Hostilities or Imminent Danger Pay.** Hostile fire pay is defined as pay to anyone exposed to hostile fire or mine explosion, while imminent danger pay is paid to anyone on duty outside the United States area who is subject to physical harm or imminent danger due to wartime conditions, terrorism, civil insurrection, or civil war.

   c. **Medals.** Afghanistan Campaign Medal, Iraq Campaign Medal, Armed Forces Expeditionary Medal; Global War on Terrorism Expeditionary Medal (does not include Global War on Terrorism Medal); Kosovo Campaign Medal; Southwest Asia Campaign Medal; and other DoD authorized combat related medals.

*NOTE: This listing is current as of the date of publication of this directive. For the most current listing see* http://www.defenselink.mil/comptroller/fmr/07a/07A10.pdf

2. **Table Designating Hostile Fire or Imminent Danger Pay Areas after November 11, 1998**

| AREA | INCLUDES | EFFECTIVE | TERMINATED |
|---|---|---|---|
| Adriatic Sea | Sea area and airspace | Apr 12, 1999 | Sep 15, 1999 |
| Afghanistan | Land area and airspace | Nov 11, 1998 | |

VHA DIRECTIVE 2005-020
June 2, 2005

| AREA | INCLUDES | EFFECTIVE | TERMINATED |
|---|---|---|---|
| Albania | Land area and airspace | Nov 11, 1998 | Mar 31, 2002 |
| Algeria | Land area | Nov 11, 1998 | |
| Angola | Land area | Nov 11, 1998 | |
| Arabian Peninsula * | Locations and airspace above: Persian Gulf and land area of Saudi Arabia | Nov 11, 1998 | |
| Arabian Peninsula * | Surface area of the following sea boundaries: Red Sea, Gulf of Aden, Gulf of Oman and Arabian Sea | Sep 19, 2001 | |
| Azerbaijan | Land area | Nov 11, 1998 | |
| Bahrain | Land area and airspace | Nov 11, 1998 | |
| Bosnia-Herzegovina | Land area and airspace | Nov 11, 1998 | |
| Burundi | Land area | Nov 11, 1998 | |
| Cambodia | Land area | Nov 11, 1998 | Oct 31, 2001 |
| Colombia | Land area | Nov 11, 1998 | |
| Cote D'Iviore (Ivory Coast) | Land area | Feb 27, 2003 | |
| Croatia | Land area and airspace | Nov 11, 1998 | |
| Djibouti | Land area | July 31, 2002 | |
| East Timor | Land area | Sept 30, 1999 | Oct 28, 1999 |
| | Land area and airspace | Oct 29, 1999 | Oct 31, 2001 |
| | Land area | Nov 1, 2001 | |
| Egypt | Land area | Nov 11, 1998 | |
| El Salvador | Land area | Nov 11, 1998 | May 31, 2001 |
| Eritrea | Land | July 31, 2002 | |
| Ethopia | Land area | Sep 13, 1999 | |
| Georgia, Republic of | Land area | July 31, 2002 | |
| Greece ** | Land area | Nov 11, 1998 | |
| Haiti | Land area | Nov 11, 1998 | |
| Hungary ** | Land area | May 31, 1999 | Sep 15, 1999 |
| Indonesia | Land area | Oct 31, 2001 | |
| Ionian Sea ** | Sea area and airspace | Apr 12, 1999 | Sep 15, 1999 |
| Iran | Land area | Nov 11, 1998 | |
| Iraq | Land area and airspace | Nov 11, 1998 | |

*Arabian Peninsula and adjacent sea areas that include Bahrain, Oman, Kuwait, Qatar, Saudi Arabia, United Arab Emirates and Yemen.
**For detailed specific information regarding designated hostile fire or imminent danger pay areas for these countries, refer to the website citation.

A-2

**VHA DIRECTIVE 2005-020**
**June 2, 2005**

| AREA | INCLUDES | EFFECTIVE | TERMINATED |
|---|---|---|---|
| Israel | Land area | Jan 31, 2002 | |
| Italy ** | Land area | May 31, 1999 | Sep 15, 1999 |
| Jordan | Land area | Nov 11, 1998 | |
| Kenya | Land area | July 31, 2002 | |
| Kuwait | Land area and airspace | Nov 11, 1998 | |
| Kyrgyzstan | Land area | Sep 19, 2001 | |
| Lebanon | Land area | Nov 11, 1998 | |
| Liberia | Land area | Nov 11, 1998 | |
| Macedonia | Land area and airspace | Nov 11, 1998 | |
| Malaysia | Land area | Oct 31, 2001 | |
| Mediterranean Sea | Sea area | Apr 11, 2003 | July 31, 2003 |
| Montenegro | Land area and airspace | Nov 11, 1998 | |
| Oman | Land area | Sep 19, 2001 | |
| Pakistan | Land area | Nov 11, 1998 | |
| Peru | Land area | Nov 11, 1998 | Dec 31, 2001 |
| Philippines | Land area | Oct 31, 2001 | |
| Qatar | Land area and airspace | Nov 11, 1998 | |
| Rwanda | Land area | Nov 11, 1998 | |
| Saudi Arabia | Land area and airspace | Nov 11, 1998 | |
| Serbia | Land area and airspace | Nov 11, 1998 | |
| Sierra Leone | Land area | Nov 11, 1998 | |
| Somalia | Land area and airspace | Nov 11, 1998 | |
| Sudan | Land area and airspace | Nov 11, 1998 | |
| Syria | Land area | July 31, 2003 | |
| Tajikistan | Land area | Nov 11, 1998 | |
| Turkey ** | Land area and airspace | Nov 11, 1998 | |
| Uganda | Land area | Jan 19, 2000 | |
| United Arab Emirates | Land area | Sep 19, 2001 | |
| Uzbekistan | Land area | Sep 19, 2001 | |
| Yemen | Land area | May 25, 1999 | |
| Yugoslavia | Land area and airspace | Nov 11, 1998 | |
| Zaire | Land area | Nov 11, 1998 | |

*\*Arabian Peninsula and adjacent sea areas that include Bahrain, Oman, Kuwait, Qatar, Saudi Arabia, United Arab Emirates and Yemen.*
*\*\*For detailed specific information regarding designated hostile fire or imminent danger pay areas for these countries, refer to the website citation.*