1   GORDON P. ERSPAMER (CA SBN 83364)
    GErspamer@mofo.com
2   MORRISON & FOERSTER LLP
    101 Ygnacio Valley Road, Suite 450
3   P.O. Box 8130
    Walnut Creek, California 94596-8130
4   Telephone: 925.295.3300
    Facsimile: 925.946.9912
5
    SIDNEY M. WOLINSKY (CA SBN 33716)
6   SWolinsky@dralegal.org
    MELISSA W. KASNITZ (CA SBN 162679)
7   MKasnitz@dralegal.org
    JENNIFER WEISER BEZOZA (CA SBN 247548)
8   JBezoza@dralegal.org
    KATRINA KASEY CORBIT (CA SBN 237931)
9   KCorbit@dralegal.org
    DISABILITY RIGHTS ADVOCATES
10  2001 Center Street, Third Floor
    Berkeley, California 94704-1204
11  Telephone: 510.665.8644
    Facsimile: 510.665.8511
12
    **[see next page for additional counsel for Plaintiffs]**
13
    Attorneys for Plaintiff(s)
14  VETERANS FOR COMMON SENSE, and
    VETERANS UNITED FOR TRUTH, INC.
15
                    UNITED STATES DISTRICT COURT
16
                  NORTHERN DISTRICT OF CALIFORNIA
17
                     SAN FRANCISCO DIVISION
18

| | |
|---|---|
| 19  VETERANS FOR COMMON SENSE, and<br>VETERANS UNITED FOR TRUTH, INC., | Case No.      C-07-3758-SC |
| 20               Plaintiffs, | **CLASS ACTION** |
| 21      v. | **DECLARATION OF TANYA<br>HARNED IN SUPPORT OF<br>PLAINTIFFS' MOTION FOR A<br>PRELIMINARY INJUNCTION** |
| 22  GORDON H. MANSFIELD, Acting Secretary of<br>Veterans Affairs, *et al.*, | |
| 23               Defendants. | Date:    January 25, 2008<br>Time:    10:00 a.m. |
| 24 | Ctrm:    1, 17th Floor |
| 25 | Complaint Filed July 23, 2007 |

26

27

28

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
5  PAUL J. TAIRA (CA SBN 244427)
   PTaira@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  BILL D. JANICKI (CA SBN 215960)
   WJanicki@mofo.com
10 MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
11 Sacramento, California 95814
   Telephone: 916.448.3200
12 Facsimile: 916.448.3222

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **DECLARATION OF TANYA HARNED**

2

3        I, Tanya Harned, declare:

4        1.    <u>Introduction</u>:  I make this declaration in support of Plaintiffs' Motion for a Preliminary

5    Injunction.  I have personal knowledge of the matters set forth herein and could and would

6    competently testify thereto if called as a witness in this matter.

7

8        2.    I work with ePluribus Media to develop and maintain information about veterans of

9    the current wars in Iraq and Afghanistan who are involved in incidents of violence, including suicide.

10   This information is available to the public as the "Veterans PTSD Timeline."  It can be found on the

11   internet at:

12   http://timelines.epluribusmedia.org/timelines/index.php?&mjre=PTSD&table_name=tl_ptsd&functio

13   n=search&order=date&order_type=DESC or by going to http://timelines.epluribusmedia.org/ and

14   selecting the link labeled "Veterans PTSD."

15       3.    ePluribus Media is a board-run cooperative of citizen volunteers dedicated to

16   researching issues of common concern and encouraging the highest standards of ethics and

17   journalism.  The ePluribus Media community is chartered as 501(c)(4) tax-exempt, non-partisan

18   organization.

19

20       4.    I serve on the Board of ePluribus Media, and I am personally active in maintaining the

21   Veterans PTSD timeline.  While I do not have an official title for this project, I generally coordinate

22   the activities of other volunteers, and I have participated personally in virtually all aspects of review

23   of various entries, including initial research, data entry, and fact-checking.

24       5.    The Veterans PTSD timeline, along with other searchable timelines that are displayed

25   on the ePluribus Media Timelines databases, are built on the basis of requests received from

26   contributors, researchers, and dedicated members of the ePluribus Media community. Currently there

27

28

Case No. c07-3758

T. HARNED DECL. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION        1

1    are three publicly displayed timelines: the Veterans PTSD timeline which includes incidents of PTSD

2    related violence and two additional timelines concerning incidents relating to hurricanes Katrina and

3    Rita.

4
        6.      In order to build a timeline, volunteers with ePluribus Media collect information

5
     (either by researching several sources or by following leads sent to the Timelines email address) on

6
     the individual "incidents" that make up a timeline.

7
        7.      Once the information for an incident is collated, including links for the source, it is

8
     entered by volunteers into the database, but not displayed. When the data entry is completed, the fact

9
     checkers are alerted that there are entries to be vetted. The fact checkers verify the data. If it meets

10
     journalistic standards, the fact checkers approve the incident and it is added to the displayed version

11
     of the timeline.  For the Veterans PTSD timeline, this verification can include review of publicly

12
     available information that can be found in Lexis/Nexis and or on the internet.  Volunteers seek to

13
     verify that the person in the incident under review is a veteran who was deployed to either Iraq or

14
     Afghanistan, and to verify as much information as possible from multiple sources regarding the

15
     incident under review.

16
        8.      The Veterans PTSD Timeline includes 181 incidents associated with PTSD, ranging

17
     from public intoxication to multiple murders.  Included in that total are 54 suicides, 6 possible

18
     suicides (such as drug overdoses and deaths from police fire which may have been deliberately

19
     induced), and 6 incidents of veterans attempting or considering suicide. The earliest incident

20
     described in the Veterans PTSD Timeline took place in June of 2002; the most recent incident that is

21
     currently posted took place in July of 2007.  A full print out of the Veterans PTSD Timeline is

22
     attached hereto as Exhibit 1.

23
        9.      The Veterans PTSD Timeline does not purport to be a comprehensive database of

24   incidents such as suicide affecting veterans of Iraq and Afghanistan.  At this time, we have additional

25

26

27

28

leads for items that may potentially be added to the PTSD database, but which have not been reviewed sufficiently to be included at this time. We also know that we have not identified or located all incidents that have taken place affecting veterans of Iraq and Afghanistan which would meet our criteria for inclusion.

10.    While some of the situations discussed on the Veterans PTSD Timeline are identified as suicides, the articles upon which the timeline relies do not always provide detailed information about the death in question. However, many articles provide a perspective on the veteran's situation at the time he or she committed or attempted suicide.

11.    Among the stories regarding veteran suicides is the death of 22 year-old Spc. Andrew Velez. According to the media reports on which the Veterans PTSD Timeline entry is based, Mr. Velez died from a self-inflicted gunshot wound while serving in Afghanistan. According to reports, Mr. Velez had been suffering because of the death of his brother who was killed while serving in Iraq, as well as the pressure of war, and being away from his wife and children. A copy of the article from The Dallas Morning News website is attached hereto as Exhibit 2.

12.    Another of the stories regarding veteran suicides is the death of 22 year-old Spc. Stephen Edward Colley following his return from the Middle East. According to media reports on which the Veterans PTSD Timeline entry is based, Colley believed he could not get the psychological help he needed from the military for fear it would jeopardize his career in the Army. A copy of the article from the Santa Clarita Valley Signal website is attached hereto as Exhibit 3.

13.    A third story regarding veteran suicides concerns Jonathan Schulze who hanged himself at his New Prague, Minnesota, home after suffering from repetitive flashbacks, nightmares, and inner turmoil. According to media reports on which the Veterans PTSD Timelines entry is based, the 25 year-old had reported to a staff member of the VA that he was thinking of killing himself , but

1    he was not admitted to the medical center that day.  The following day, he was placed on a waiting

2    list.  A copy of the article from the Star Tribune website is attached hereto as Exhibit 4.

3          14.      Another example of veteran suicides is 23 year-old Michael Bramer.  According to the

4    media reports on which the Veterans PTSD Timeline entry is based, Mr. Bramer had been suffering

5

6    from a severe head injury, blindness in one eye, and severe acute migraines due to an impact from an

7    unstable structure collapse outside Baghdad.  A copy of the article from the Boston Globe website

8    Boston.com is attached hereto as Exhibit 5.

9          15.      Among other stories regarding veteran suicides is the murder-suicide involving

10   Zachary Bowen.  According to the media reports on which the Veterans PTSD Timeline entry is

11   based, Mr. Bowen had served in Kosovo and Iraq as a military policemen, earning the NATO medal

12

13   and the Presidential Unit Citation.  Mr. Bowen apparently killed his girlfriend and then himself.  A

14   copy of the article from ABC News website is attached hereto as Exhibit 6.

15          16.      Another story regarding veteran suicides is the death of 28 year-old Spc. Brian

16   William Skold who was killed in a police shootout. According to them media reports on which the

17   Veterans PTSD Timeline entry is based, Mr. Skold, an Iraq veteran with a suicidal past, engaged in a

18   standoff with the police and was killed.  A copy of the Associated Press report from wcco.com is

19   attached hereto as Exhibit 7.

20

21          17.      Among these stories regarding veteran suicides is Damian Fernandez, who had been

22   diagnosed with severe PTSD and had been rated 70 percent disabled by the U.S. Department of

23   Veterans Affairs.  According to the media reports on which the Veterans PTSD Timeline entry is

24   based, Mr. Fernandez was subsequently called back to duty and told to prepare for another

25   deployment to Iraq.  Thereafter, he stated he wanted to die and was placed on suicide watch.  He was

26   then transferred to a locked ward in a VA hospital.  At the present time, the Army has no policy

27

28

exempting soldiers with PTSD from returning to war.  A copy of the Hartford Courant report from Watchdog.org is attached hereto as Exhibit 8.

18.    Another story involving a veteran's possible suicide is the death of Jessica Rich, 24, in a head-on collision.  According to the media reports on which the Veterans PTSD Timeline entry is based, Ms. Rich was medically evacuated from Iraq and diagnosed with PTSD and lower-back pain.  A long time friend indicated that Ms. Rich could not shake memories from the war, including witnessing the suicide of a fellow soldier in Iraq.  She complained of nightmares, anxiety, flashbacks, and difficulty in getting medical help.  A copy of the report from the Denver Post website is attached hereto as Exhibit 9.

19.    Another example of a story regarding veteran suicides is the attempted suicide of Matthew Vargas.  According to the media reports on which the Veterans PTSD Timeline entry is based, Iraq war veteran Vargas attempted suicide by hanging himself in his garage.  He had described himself as a killer machine. A copy of the report from CNN.com is attached hereto as Exhibit 10.

20.    Another example of a story regarding veteran suicides is the potential suicide of Spc. Robert Hornbeck.  According to the media reports on which the Veterans PTSD Timeline entry is based, the 23 year-old Mr. Hornbeck's body was found in an industrial-sized air conditioner after he was declared missing for 12 days. A copy of the Associated Press report from MSNBC.com is attached hereto as Exhibit 11.

21.    Among the stories regarding veteran suicides is the attempted suicide of a 24 year- old former Marine and Iraq War veteran.  According to media reports on which the Veterans PTSD Timelines entry is based, the soldier (whose name was not released in the linked article) used a knife to slash his forearms as a number of friends and relatives tried to stop him..  A copy of the article from the Riverside Brookfield Landmark website is attached hereto as Exhibit 12.

1    22.    Another example of a story regarding veteran suicides was Cpl. Eric Ryan Grossman's

2    death on an interstate highway. According to media reports on which the Veterans PTSD Timelines

3    entry is based, the Camp Pendleton Marine opened the door of the car he was riding in, jumped out,

4    and ran into the middle of the roadway where he was killed. A copy of the article from PE.com is

5    attached hereto as Exhibit 13.

6

7    23.    Another example of a story regarding veteran suicide was 34 year-old Tina Sundem

8    who attempted suicide 10 days before her tour in Iraq was to end.  According to the media reports on

9    which the Veterans PTSD Timeline entry is based, Ms. Sundem received 3 days notice before

10    receiving orders to leave for Iraq.  She worked as a nurse on 14-16 hour shifts in the ICU.  She

11    reported that one doctor told her she was the worst case of PTSD he had ever seen.  A copy of the

12    article from the News Tribune website is attached hereto as Exhibit 14.

13

14    24.    Another example of a story regarding veteran suicide is Greg Braun who shot himself

15    in the head with his police gun in his home.  According to media reports on which the Veterans

16    PTSD Timeline entry is based, Mr. Braun served his country in combat, first in Kosovo and then in

17    Iraq as an elite Army Ranger.  A copy of the article from the Journal Sentinel website is attached

18    hereto as Exhibit 15.

19    25.    Another of the stories regarding veteran suicides is the death of Douglas Barber, a

20    truck driver in Iraq, from a self-inflicted gunshot wound.  According to the media reports on which

21    the Veterans PTSD Timeline entry is based, Mr. Barber wrote a year before his death, "All is not

22

23    okay or right for those of us who return home alive and supposedly well.  Some soldiers come home

24    missing limbs and other parts of their bodies.  Some from horrific events that no one other than those

25    who served will ever understand."  A copy of the article from The Huffington Post website is

26    attached hereto as Exhibit 16.

27

28

1    26.    Another example of veteran suicide is 40 year-old former Marine sergeant, Jeffrey

2    Lehner. According to the media reports on which the Veterans PTSD Timeline entry is based, Mr.

3    Lehner had served tours in Afghanistan, Pakistan, and the Middle East, and suffered from anxiety, a

4    sense of helplessness, deeply frightening thoughts, and feelings of "survivor's guilt."  A copy of the

5    article from informationclearinghouse.info is attached hereto as Exhibit 17.

6

7    27.    Another story regarding veteran suicides is 20 year-old Chris Forcum. According to

8    media reports on which the Veterans PTSD Timelines entry is based, Mr. Forcum killed himself 6

9    weeks after returning home from Iraq.  After Mr. Forcum's unit was discharged, the soldiers had less

10    than a 24 hour debriefing before returning back into society.  A copy of the article from ktvl.com is

11    attached hereto as Exhibit 18.

12    28.    Another example of veteran suicides is Pfc. Stephen S. Sherwood who killed his wife

13    and then himself.  According to media reports on which the Veterans PTSD Timelines entry is based,

14    he had enlisted in the Army in January 2004 and had just returned from Iraq.  A copy of the article

15

16    from The Denver Channel website is attached hereto as Exhibit 19.

17    29.    Another example of veteran suicides is 20 year-old Saxxon Rech who was discharged

18    early from the Marines.  According to the media reports on which the Veterans PTSD Timelines

19    entry is based, Mr. Rech killed his girlfriend and then turned the shotgun on himself.  The article

20

21    reports 7 homicides and 3 suicides on Western Washington soil involving active troops or veterans of

22    Iraq.  A copy of the article from the Seattle Weekly website is attached hereto as Exhibit 20.

23    30.    Another example of veteran suicides is 23 year-old Jason Cooper who hanged himself

24    in the basement of his home.  According to media reports on which the Veterans PTSD Timelines

25    entry is based, Mr. Cooper had been suffering from nightmares, night sweats, and flashbacks.  Three

26    days before he died, he had called his mother, crying and disoriented, and didn't know his name.  A

27    copy of the article from The Progressive website is attached hereto as Exhibit 21.

28

Case No. c07-3758
T. HARNED DECL. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION          7

1    31.    Among other stories of veteran suicides are the deaths of 15 year Army veteran Chief

2    Warrant Officer William Howell and Sgt. 1st Class Andrew MacDaniel, a military accountant,

3    shortly after returning home from Iraq. According to media reports on which the Veteran PTSD

4    Timelines entry is based, both Mr. Howell and Mr. MacDaniel served in Iraq with the 10th Special

5    Forces Group which specialized in what the Army calls "unconventional warfare."  A copy of the

6    Associated Press article from military.com is attached hereto as Exhibit 22.

7

8    32.    Another example of an attempted suicide by a veteran is Salvatore "Sam" Ross, Jr.,

9    who disappeared a day after threatening suicide.  According to media reports on which the Veterans

10    PTSD Timelines entry is based, Mr. Ross, who was eventually located without serious injuries, had

11    left a suicide note. During his military service in Bagdad, he had lost his eyesight, left leg and part of

12    his hearing while defusing a bomb.  A copy of the article from post-gazette.com is attached hereto as

13    Exhibit 23.

14

15    33.    Among other stories regarding veteran suicides is 25 year-old Army Spec. Jeffrey

16    Henthorn, a young father and third-generation soldier.  According to media reports on which the

17    Veterans PTSD Timelines entry is based, Mr. Henthorn had been sent back to Iraq for a second tour,

18    even though his superiors knew he was unstable and had threatened suicide at lest twice.  A copy of

19    the article from the Hartford Courant website is attached hereto as Exhibit 24.

20

21    34.    Among other stories regarding veteran suicides is Rev. Alan McLean, a Vietnam

22    veteran, who lost large portions of his legs in a land mine.  Reverend McLean, a graduate of Sanford

23    University's master's program and a recipient of the Purple Heart and Bronze Star, experienced

24    ongoing waves of psychological temblors stemming from the 1967 detonation. He shot himself with a

25    45-caliber pistol 38 years later. A copy of the article from The Seattle Post-Intelligencer website is

26    attached hereto as Exhibit 25.

27

28

Case No. c07-3758
T. HARNED DECL. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION          8

1    35.    Another story regarding veteran suicides is Curtis Greene, 25, who hanged himself in

2    his barracks.  According to media reports on which the Veterans PTSD Timelines entry is based, Sgt.

3    Green had enlisted in 1997 and was deployed to Iraq in 2003. His wife reported that he had witnessed

4    a soldier next to him who was shot in the face and then died instantly.  He indicated that the war was

5    "ugly" and "he wouldn't wish it on his worst enemy.  Despite therapy and antidepressants, he

6    committed suicide.  A copy of the article from the St. Petersburg Times website is attached hereto as

7    Exhibit 26.

8

9    36.    Another example of veteran suicides is Capt. Michael Pelkey, who shot himself in the

10   chest and died. Prior to his death Mr. Pelkey had been sleeping with a loaded 9 mm handgun because

11   of inexplicable anxiety he felt in the safety of home. According to media reports on which the

12   Veterans PTSD Timelines entry is based, Mr. Pelkey had returned from the Persian Gulf region and

13   immediately experienced nightmares of the death and destruction he had seen in Iraq.  Mrs. Pelkey

14   testified before the Senate Veterans Affairs Committee concerning the Army's lack of counselors

15   available to treat emotional conflicts. A copy of the article from the Dallas Morning News website is

16   attached hereto as Exhibit 27.

17

18   37.    Another example of an attempted veteran suicide is Pvt. Tyler Jennings who was

19   intent on killing himself, getting as far as tying a noose of rope.  According to media reports on which

20   the Veterans PTSD Timelines entry is based, Mr. Jennings indicated that he suffered symptoms of

21   PTSD, but the Army began to process his discharge for "patterns of misconduct."  He indicated that

22   such categorization could purge him from the ranks and prevent him from obtaining benefits such as

23   money for college.  A copy of the article from the Colorado Springs Independent website is attached

24   hereto as Exhibit 28.

25

26   38.    Among the stories regarding veteran suicides is the death of 23 year-old Michael

27   Torok, who died from a single, self-inflicted stab wound to the heart.  According to media reports on

28

which the Veterans PTSD Timelines entry is based, Mr. Torok's mother learned after her son's death

that while he was in Fort Bragg, he had slept 18 hours a day, experienced nightmares, lost weight,

and revealed personality changes.  A copy of the article from the Daily Chronicle website is attached

hereto as Exhibit 29.

39.    Another example of veteran suicides is the death of Tech Sgt. David Guindon, 48,

from a self-inflicted gunshot wound, one day after his arrival home from Iraq.  According to media

reports on which the Veterans PTSD Timelines entry is based, the New England Journal of Medicine

reported a study of soldiers and Marine combat infantry units.  It indicated that half of those who met

screening criteria for a mental disorder said they feared that seeking help would harm their careers.

A copy of the article from veteransforcommonsense.org is attached hereto as Exhibit 30.

40.    Another example of veteran suicides is the death of Adam Kelley, 13 years after his

enlistment in the Army. According to media reports on which the Veterans PTSD Timelines entry is

based,  Mr. Kelley had watched mortar rounds create clouds of dust which subsequently revealed

bodies laying on the ground, blew up bunkers, and watched Iraqi soldiers shot down in masses.  A

copy of the article from reviewjournal.com is attached hereto as Exhibit 31.

41.    Another example of veteran suicides is the suicide of Sgt. Jeffrey Sloss who shot

himself in the heart.  According to media reports on which the Veterans PTSD Timelines entry is

based, Mr. Sloss' communications unit had come under mortar fire 61 times in Iraq. A copy of the

article from NCTimes.com is attached hereto as Exhibit 32.

42.    Another of the stories regarding veteran suicides is 22 year-old Ken Dennis, who

hanged himself from a showerhead in his apartment.  According to media reports on which the

Veterans PTSD Timelines entry is based, the young corporal had served in Pakistan, Afghanistan,

Somalia and Djibouti and had been part of the first Marine presence in Iraq.  Prior to his death,

Mr. Dennis had written to this dad that "'it's really hard—very, very hard—to see a man's face and

1    kill him.'"  A copy of the  article from the Seattle Post-Intelligencer website is attached hereto as

2    Exhibit 33.

3         43.    Another example of veteran suicides is Lt. Brandon Ratliff, an executive officer of the

4    Army Reserve's surgical team. Dr. Ratliff's job included retrieving wounded soldiers from the

5    battlefield in Afghanistan.  According to media reports on which the Veterans PTSD Timelines entry

6    is based, he committed suicide in his home three hours after learning that he had been denied an

7    anticipated promotion at work.  A copy of the article from the Suicide Reference Library website is

8

9    attached hereto as Exhibit 34.

10        44.    Another example of veteran suicides is the death of Army Special Forces officer, Bill

11   Howell, who threatened his wife and killed himself at his home in a sudden outburst of rage.

12   According to media reports on which the Veterans PTSD Timelines entry is based, Mr. Howell had

13   called 911 immediate prior to the incident.  His wife, Laura Howell, has listened to the tape and

14   remarked, "It was very unemotional….it was ghost-like."  A copy of the article from United Press

15   International, which describes Mr. Howell's behavior as "consistent with an extreme case of post-

16

17   traumatic stress disorder," is attached hereto as Exhibit 35.

18        45.    Another example of veteran suicides is the death of 28 year-old Jeremy Seeley, who

19   poisoned himself in a motel room near his base in Kentucky.  According to media reports on which

20   the Veteran PTSD Timelines entry is based, Mr. Seeley had returned from Iraq and could not bring

21   himself to contact his mother at home or on the phone, leaving no telephone numbers.  A copy of the

22   original article from the Guardian Unlimited website is attached hereto as Exhibit 36.

23

24        46.    Among the stories of veteran suicides is the suicide of 43 year-old Spc. Alexis Soto-

25   Ramirez, who hanged himself in a psychiatric war at Walter Reed Medical Center.  According to

26   media reports on which the Veteran PTSD Timelines entry is based, Mr. Soto-Ramirez's medical

27

28

1   records reveal that his doctor believed his mental problems were caused by the face-to-face combat in

2   Iraq.  A copy of the full article from salon.com is attached hereto as Exhibit 37.

3        47.    Another example of attempted suicide is Josh Sanders. According to media reports on

4   which the Veteran PTSD Timelines entry is based, Mr. Sanders made two suicide attempts while

5   under outpatient care at Ward 53 at Walter Reed Hospital. A copy of the relevant portion of the

6   article from salon.com (attached in full at Exhibit 37) is attached hereto as Exhibit 38.

7        48.    Among the stories of veteran suicides is the possible suicide of Army Sgt. Thomas J.

8   Sweet II.  According to media reports on which the Veteran PTSD Timelines entry is based, the 23

9   year-old soldier died in his barracks from a gunshot wound to the head.  A copy of the article from

10  militarycity.com is attached hereto as Exhibit 39.

11       49.    Another example of veteran suicides is 21 year-old Spc. Kyle Edward Williams, who

12  spent seven months in the Middle East as part of the 507th Maintenance Company.  According to

13  media reports on which the Veterans PTSD Timelines entry is based, officials believe that Mr.

14  Williams committed suicide with one of the seven firearms he had been carrying with him on his way

15  to visit family in San Diego.  A copy of the Arizona Daily Star article from fox11az.com is attached

16  hereto as Exhibit 40.

17       50.    Another example of veteran suicide is 36 year-old Master Sgt. James Curtis Coons, a

18  career military man.  According to media reports on which the Veterans PTSD Timelines entry is

19  based, Mr. Coons chose deployment to Kuwait after the terrorist attacks of September 11, 2001.  He

20  had set up a morgue communications network and was haunted by viewing the face of a corpse.

21  After a "suicide gesture," he was evacuated from a psychiatric hospital and hanged himself several

22  days later.  A copy of the article from the Washington Post website is attached hereto as Exhibit 41.

23       51.    Among the stories of veteran suicides is 20 year-old Corey Small, a married man and

24  father of a 4 year old boy. According to media reports on which the Veteran PTSD Timelines entry is

Case No. c07-3758
T. HARNED DECL. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION        12

based, Mr. Small was encamped in an abandoned hospital in Baghdad where he shot himself in front

of other troops. A copy of the original article from USATODAY.com is attached hereto as

Exhibit 42.

52.     Among the stories of veteran suicides is the apparent suicide of 32 year-old Sgt. 1st

Class Rigoberto Nieves.  According to media reports on which the Veteran PTSD Timelines entry is

based, Mr. Nieves and his wife were found shot to death at their residence in a suspected murder-

suicide. Nieves had been deployed to Afghanistan. A copy of the original article from CNN.com is

attached hereto as Exhibit 43.

53.     A final example of veteran suicides is 23 year-old Jeffrey Lucey who hanged himself a

year after returning home from Iraq.  According to media reports on which the Veterans PTSD

Timelines entry is based, Mr. Lucey had signed up for the Marines straight out of high school.  In

2003 he was deployed to Iraq where he served for 5 months.  Upon his return his parents involuntary

committed him to a military veteran's hospital that discharged him after a few days.  Three weeks

later, Mr. Lucey hanged himself with a hose in the cellar of his parents' home. A copy of the original

article from Democracy Now is attached hereto as Exhibit 44.

I declare under penalty of perjury that the foregoing is true and correct and that this

declaration was executed on December 6, 2007 at Columbia, MO.



                                            /s/  Tanya Harned

                                                 Tanya Harned