COLLABORATIVE JOURNALISM | ... timelines

Search

Home    About Us    Contact Us



## PTSD Timeline

Welcome to the **PTSD Timeline**, a first-of-its kind database of reported OEF/OIF combat posttraumatic stress-related incidents.

Created, collected, fact-checked, updated, and maintained by members of the ePluribus Media community including ilona, JeninRI, standingup, leftylimblog, kfred, Cho, the PTSD Timeline is our attempt to record what some of our troops are experiencing after their return from war. If you have an incident you wish to add please contact us at: **timelines@epluribusmedia.org**. If you can support this work, please consider donating to our effort.

A **spreadsheet-ready** CSV download of our PTSD data is available for a small donation here. Once your donation is processed you will receive an email with download instructions. Please make sure our response email does not end up in your 'Spam' or 'JunkMail' folder!

Related ePluribus Media articles

Blaming the Veteran: The Politics of PTSD by D.E. Ford with Jeff Huber and Ilona Meagher
Part I - Stacking the Deck
Part II - Ration and Redefine
Part III: Malign & Slime

In the Aftermath: A Review of Moving a Nation to Care: Post-Traumatic Stress Disorder and America's Returning Troops by Aaron Barlow

The Stories They Tell: Iraq War Vets Bear Witness A review of Tish Wood's What They Asked of Us by Cho and Ilona Meagher

Corroding Effect a review of Penny Coleman's Flashback by Cho and Ilona Meagher

PTSD Combat blog Ilona Meagher's blog of resources, contacts, and help

◀ Timelines Home  |  Search

**184 Records Found - Ordered by DATE - Newest to Oldest**
**Page 1 of 6    |    1 2 3 4 5 6**

---

| 2007-07-21 | **Man charged with sexually assaulting teen at wedding reception** |

**STATESIDE INCIDENT: 1 aggravated felonious sexual assault.** A 29-year old former Camp Pendleton Marine who'd served in Iraq was "charged with sexually assaulting a 19-year old woman at a co-worker's wedding reception" when he allegedly forced "himself upon a woman while she was sleeping in the back of a parked car at the reception." Police said the woman was "brutally attacked and raped." The Marine's father said his son "has been a different person since he served in Iraq. 'I think the war really messed his brain up.' He had asked his son to go see a doctor because "he was talking nonsense since he came home, saying that he saw a lot of dead bodies. Growing up, my son was a nice, respectful person. This is the first time he has ever been involved in something like this." Source: Associated Press [2007-07-24]

| 2007-07-09 | **G.I. in shoot scam: better shot in Bronx than in Baghdad** |

**STATESIDE INCIDENT: 1 charge conspiracy, filing a false report.** A 20-year old Fort Hood soldier home on a two-week leave following a 10-month Iraq deployment, and slated to return for another eight months the very day he "hired a hit man to shoot him in the leg so he could stay home," later told reporters, "I have nightmares all the time. I hear people screaming, gunshots, explosions, and I can smell burning flesh in my dreams-- I was not going back one way or another. Some people can handle it mentally, but some can't -- I was desperate to stay home and at the end of my rope." His mother says he returned a "shell of the man" he was. "On his first day of combat [he] said a female sergeant killed herself in the middle of chow hall, an image he can't get out of his mind." His parents and lawyer say that a private doctor had diagnosed him with PTSD. His wife of 10 days helped him to arrange for a hitman to shoot him in the knee, paying him $500. After returning to base, he said he "has felt the scorn of other soldiers - through stares and words," some saying "You're a piece of s---."

*Source:* New York Daily News [2007-07-15]

**2007-06-07**

Brother Defends Accused Texas Guardsman

STATESIDE INCIDENT: Multiple counts of conspiring to smuggle undocumented immigrants across U.S. border. A 25-year old National Guardsman "deployed as part of Operation Jump Start to help Border Patrol agents combat illegal immigration" was charged along with two fellow Guardsmen in a smuggling operation that involved more than 100 illegal immigrants. A father of a newborn daughter born to a wife he had separated from, the Purple Heart recipient was unable to find work and enlisted with the Guard. In Iraq, "in August 2004 -- mortars began raining down on his camp. Worried about his fellow soldiers, most of whom were sleeping, he raced from one trailer to another to rouse them [when] a mortar blast hurled him against a barricade, leaving him unconscious for two days." His brother said he was a 'changed man' after returning. "When he came back he said, `The Army changed me, brother.'" After many buddies died in Iraq, the defendant told Newsweek he was battling PTSD, "including terrible headaches and persistent nightmares. He finally set up an appointment at an Army medical center just before his arrest."
*Source:* Newsweek [2007-07-16]

**2007-06-00**

Stryker Brigade felt strain even before it left for battle

STATESIDE INCIDENT: Reported case of post-combat problems. A Puerto Rico National Guardsman who had "survived two bomb attacks, one of which hit with enough force to puncture his eardrum and trigger severe headaches," reported his reintegration problems since returning from Iraq to the press. He "said his biggest problem has been hyperalertness and sleeplessness that he attributes to the after-effects of combat stress. [H]e began binge drinking upon his return, and his drinking intensified at Fort Lewis as he contemplated another tour in Iraq." By the time he was to report to the "4th Brigade's short-staffed artillery battalion" he had already been arrested three times for driving under the influence of alcohol and was serving time in the King County Jail. "[T]he Army has proposed a misconduct separation from the Army, which could make it more difficult for him to get veterans benefits. If [he] rejects the offer, he fears the Army will try to court-martial him or seek even harsher penalties. 'They want you to sign the paperwork, and get you out,' he said."
*Source:* Seattle Times [2007-07-29]

**2007-05-27**

MN Guard Member Shot On I-94 Had Suicidal Past

STATESIDE INCIDENT: 1 suicide by cop. A 28-year old National Guard Iraq vet who served with the 1st Battalion, 151st Field Artillery in 2004-2005 was "killed in a standoff with police in central Minnesota." He had "fled from authorities and fired at least one shot from a 12-gauge shotgun before police returned fire, killing him." His blood-alcohol content was 0.18 percent, more than two times the legal limit for driving." Recently divorced and a father of four, the guardsman "was deployed from November 2004 through December 2005 and was stationed in Baghdad." His boyhood pastor said that combat changes people. "The punishment of war is far greater than we can imagine."
*Source:* Associated Press [2007-05-29]

**2007-05-16**

Soldier Dies in Apparent Suicide

STATESIDE INCIDENT: 1 suicide. A 22-year old Army helicopter mechanic based out of Fort Hood, Texas, who'd returned from Iraq in November 2006, is believed to have killed himself. The solder and his oldest brother were deployed to different parts of Iraq within days of each other. When the soldier returned home to his wife of 18 months, he was troubled, and felt that he could not get the psychological help he needed from the military for fear it would jeopardize his future career in the army, his father said.
*Source:* Santa Clarita Valley Signal [2007-05-22]

**2007-02-08**

Ex-GI diagnosed with PTSD dies in collision

STATESIDE INCIDENT: 1 possible suicide. A 24-year old Army Reserve heavy equipment operator based out of Fort Carson, Colo., with the 52nd Engineering Battalion was killed after driving her car directly into oncoming interstate traffic. Authorities determined that she was intoxicated at the time of the accident. The mother of a 7-year old served in Iraq for nine months, from April 2003 to February 2004, and was medically evacuated for lower-back pain and PTSD. Although she had attended group counseling through the VA (a fellow attendee stating "she was deeply affected by the suicide of a man -- who was in Iraq at the same time -- but did not get to know her until she returned home."), she was waiting to enter a facility specializing in PTSD treatment. Friends say she was very depressed.
*Source:* Denver Post [2007-02-11]

**2007-02-04**

Marine claims post-traumatic war disorder in crash that killed Pharr mother

STATESIDE INCIDENT: 1 charge intoxication manslaughter. A 25-year old Marine who'd served three tours in Iraq was "charged with intoxication manslaughter after police say he caused a three-car wreck Sunday that killed a 27-year-old mother." A relative and VFW post commander said he "struggled to adjust to civilian life and used alcohol to cope" since returning from his last tour, about 10 months prior to the incident. "[He] was first deployed to Iraq soon after the war started in 2003, and received the Purple Heart after shrapnel struck him during combat." The veteran's lawyer said he has PTSD.
*Source:* KGBT- TV-4 [Rio Grande Valley] [2007-02-06]

**2007-01-26**

Parents blame VA in fatal overdose

STATESIDE INCIDENT: 1 overdose. A 27-year old Marine rifleman who was among the first wave of the Iraq invasion and had been 'diagnosed since his return with posttraumatic stress disorder and a groin injury' was found dead of an apparent overdose in his room at a [Los Angeles] VA rehabilitation center on the hospital grounds." He had checked himself into the VAMC two months earlier, saying "he needed immediate treatment for his addiction to prescription and street drugs." Yet, the day before his death, he "got prescriptions filled for five medications, including a two-week supply of the potent painkiller methadone, according to his medical records -- records which recorded his drug dependence. In response to his death, the hospital instituted 'immediate reforms' including more random urine tests, increased staffing on weekend nights and room checks for drugs."
*Source:* Los Angeles Times [2007-03-12]

**2007-01-17**

Soldier, at 23; strove to cope after injury in Iraq

STATESIDE INCIDENT: 1 suicide. A 23-year old paratrooper, who served in Afghanistan and Iraq with the 82d Airborne's special forces

unit, took his own life six months after having received a medical discharge stemming from a Baghdad accident. He had suffered "severe head injuries...when part of an unstable structure [he was working on] collapsed," was blinded in one eye, and doctors "had to shock him to get his heart going again." He endured a series of increasingly acute migraine headaches (likely from his metal plates) in the aftermath, anxiety, and a mild heart attack. Gifted in physics and struggling to pay for college, he had signed up with the Army in 2001. Following his accident, he was treated in Germany, Walter Reed Army Medical Center, and then returned to Fort Bragg, N.C.; "there the safety net that had sustained him in the military seemed to fray. No one appeared to grasp the severity of his injury, his sister said." He spoke of the peace he had felt when he had technically died in Iraq; as his migraines tormented him, "while his roommate and a friend were downstairs, he turned up the surround sound on his television and took his life in his bedroom."
*Source: Boston Globe [2007-01-30]*

| 2007-01-16 | This Marine's death came after served in Iraq |

STATESIDE REPORT: Suicide. A 25 year old Marine committed suicide just days after seeking care from his second VA hospital. The Marine, who had earned two Purple Hearts for shrapnel while on machine-gun duty during Ramadi's violence of early 2004, was told no staff was available. After speaking to a counselor over the phone, he learned he was 26th for one of the state's 12 beds. His parents "heard him tell VA staff that he felt suicidal." His family doctor said he "suffered from post-traumatic stress disorder, reliving combat in his sleep, [having] flashbacks. He couldn't eat, felt paranoid, struggled with relationships and admitted to drinking alcohol excessively." During his tour, 16 in his unit - many close friends - "died in two afternoons of firefights and bombings." He was demoted to private and later given a general discharge for barroom violence and illegal steroid use. On the day he took his life, he had "called family and friends to tell them that he was preparing to kill himself. [Police] smashed in the door and found him hanging from an electrical cord."
*Source: Minneapolis-St. Paul Star Tribune [2007-01-29]*

| 2007-01-04 | Soldier involved in deadly crash arrested |

STATESIDE INCIDENT: 2 counts of vehicular manslaughter with gross negligence. A 21-year old soldier slated to return to Iraq within days "triggered a car crash that claimed the lives of two teen girls when he struck an upturn in the road and his [vehicle] became airborne. "The vehicle flipped, throwing [two female passengers], both 17, out of the vehicle." After receiving treatment for his own injuries, the soldier was "returned to military service" and was not deployed due to the pending case. Investigation revealed he and the passengers had been out drinking before the crash. A warrant for his arrest was issued; three months later, the soldier was pulled over for a traffic infraction and arrested.
*Source: San Bernardino Sun [2007-03-30]*

| 2006-12-25 | Bail Set For Man Accused In Fatal Christmas Night Crash |

STATESIDE INCIDENT: 10 charges, including 2 counts homicide by intoxicated use of a motor vehicle. A 19-year old soldier home on leave from Iraq was speeding, drunk, and eventually crashed his vehicle into oncoming traffic, rolling over from the impact several times. One passenger from his vehicle was ejected and killed on the scene; the driver of the other car died later of his injuries in the hospital. Prosecutors charged his behavior was outrageous, showing disregard not only for the safety of the his friends but for the general public. A blood test showed the blood alcohol concentration was nearly 0.14 percent, double the legal limit. "Military officials are aware of the situation and the potential charges. They certainly will not redeploy him back into active duty until civilian court matters are resolved," Feldman said.
*Source: WISC-TV (Madison, WI) [2007-01-02]*

| 2006-12-00 | 70% Disabled Vet, called back to serve in Iraq, gets reprieve |

STATESIDE REPORT: Self-reported coping w/PTSD. A 24-year old Army Specialist who is 70% disabled due to PTSD received orders to return for a second tour of Iraq. The callback re-ignited his PTSD, he became suicidal, and was hospitalized in a lockdown unit at the Northampton VA Medical Center in Massachusetts. After U.S. Sen. Christopher Dodd and Attorney General Richard Blumenthal intervened to ask the Army to grant him an exemption, the soldier has been excused from reporting to duty and discharged altogether from the Army's ready reserve. His mother said "she received the letter and a personal call Thursday from Col. Robert T. Marsh, commander of the U.S. Army Human Resources Command, notifying her that her son was being released from the military." Although he had not spoken much about his experiences in Iraq, he told his mother and girlfriend about a day a school bus exploded on a bridge, and children's body parts fell from the sky. "He said he accidentally stepped on a kid's insides - the liver or something," his girlfriend said.
*Source: The Hartford Courant [2006-12-22]*

| 2006-12-00 | Veteran Suffering 10% disability PTSD called back to serve in Iraq. |

STATESIDE REPORT: Self-reported coping w/PTSD. A 30-year old Iraq veteran "was just starting the fall semester at Manchester Community College when he received a letter ordering him back to duty Nov. 5. Two years ago, he served a rough tour in Baghdad, where he conducted house-to-house raids and witnessed a group of women and children being blown up by a suicide bomb. He has since been diagnosed with PTSD and a degenerative disk problem in his back. After sending the Army his medical and college records, he was granted a two-month delay and now must report to Fort Jackson, S.C., by Jan. 7 or risk criminal prosecution, as the call-up orders warn."
*Source: The Hartford Courant [2006-12-22]*

| 2006-11-20 | Iraq vet placed in mental hospital after roommate contacts police |

STATESIDE INCIDENT: 1 charge assault. A 22-year old Texas National Guard sergeant was placed in a mental health hospital after police were called to his apartment; he had recently returned with his unit from a short tour in Iraq. His roommate contacted police, claiming assault, but did not press charges. The roommate further reported that Guard sergeant had "become 'very violent' since returning from Iraq, including hanging and beating a kitten to death before putting it on a flagpole. In October, police had found a hanged kitten" in the location described. The roommate also stated that also told the officer that [he] had made comments about placing a bomb at the high school and shooting the students. His roommate is charged with possessing components of explosives. The U.S. Bureau of Alcohol Tobacco and Firearms is now handling the case.
*Source: Associated Press [2006-11-30]*

| 2006-11-20 | Iraq vet arrested for possession of explosives |

STATESIDE INCIDENT: 1 charge possessing components of explosives, 1 charge arson, 1 charge manufacture of a controlled substance. A 22-year old Texas National Guard sergeant who had served in Iraq contacted police claiming he had been assaulted by his roommate, also an Iraq vet who was later committed to a mental hospital. Police "suspected [him] of using a small bomb to blow the face off a Virgin Mary statue at a church in September." On the social networking site Xanga.com, a personal Web page appearing to belong to the Guardsman, lists pyrotechnics and high explosives among his interests and expertise. He writes, "Returning from Iraq and getting back into school. Trying to relax and not flip out ninja style." The U.S. Bureau of Alcohol Tobacco and Firearms is now handling the case.
Source: Associated Press [2006-11-30]

2006-
11-18

**Marine Arrested in Baby Son's Death**

STATESIDE INCIDENT: 1 murder. A 20-year old Marine who had been deployed to a training camp in Kuwait with the Ninth Communication Battalion from Camp Pendleton and who "was called back to the with his ailing wife just before she died of childbirth complications was arrested on suspicion of murdering his newborn son." He had previously told a local TV station that he "felt overwhelmed as a single parent of two and struggled to accept his son. 'I didn't know how to feel about him. The same day he was born, my wife died,' he told KMPH in Fresno. 'The feelings inside of me, I kind of wanted to push him away, but he's my son. My wife gave him to me.'" He was jailed on charges of beating his 3-month old son. The death of his wife burdened him. He wrote on his personal web page, "For those of you who don't know, my beautiful wife Candice died. Just because you see me smile and you see me laugh doesn't come close to the way I feel inside. I will never be as happy as I was until I'm with my wife again."
Source: Associated Press [2006-11-21]

2006-
11-09

**GA Iraq Vet Missing for Two Weeks**

STATESIDE INCIDENT: 1 missing person. A 26-year old soldier who "served [two tours in Iraq] with an Army special forces psychological operations unit, where he helped craft the pamphlets dropped by U.S. troops during the early days of the war" went missing. Friends and family said it was out-of-character for him to disappear in such a way. His mother "says that although her son has suffered some depression and post-traumatic stress disorder since returning from Iraq in October 2005, she does NOT think that has much to do with his disappearance."
Source: WXIA-TV Channel 11 News - Atlanta [2006-11-26]

2006-
11-02

**Margate Soldier Arrested for Brandishing Gun**

STATESIDE INCIDENT: 1 aggravated assault, battery, criminal mischief, and improper exhibition of a firearm. A 24-year old Army soldier was arrested "charged ... with assault after witnesses say he brandished a gun at some hotel guests. His girlfriend told police she tried to calm him down, but he took her money, smashed her belongings and threw her on the floor. After police arrested [the] 24-year-old, he allegedly became irate and began hitting the plastic divider in the patrol car with his head. He was taken to a hospital where he received four stitches before being taken to jail." It was not determined if this soldier had served in combat.
Source: Associated Press (Miami Herald) [2006-11-03]

2006-
10-17

**Iraq War Hero Murder/Suicide**

STATESIDE REPORT. 1 Murder, 1 Suicide. 28-year old Army MP, after being honorably discharged, returned to the French Quarter, LA, haunted by his memories of Iraq. After bouts of drinking, depression and self-mutilation he killed himself after killing and dismembering his fiance. They both had survived Katrina and had been interviewed several times as survivors by local news such as Times-Picayne. His suicide note mentioned not that he had strangled his fiance, but he was horrified at his lack of remorse. Rumors of preparing the body of his fiance for cooking were not supported by police reports. "A fellow bartender told the New Orleans Times-Picayune that after downing rounds of Miller High Life and Jameson's Irish Whiskey, Bowen would grow depressed when talking about his military service, indicating that there was an overseas incident involving a child that haunted him." "'I scared myself not by the action of calmly strangling the woman I've loved for one and a half years but by my entire lack of remorse,'" wrote Bowen in the note.
Source: ABC News [2006-10-20]

2006-
10-06

**AWOL soldier returns to U.S. to turn himself in to Army authorities**

FOREIGN INCIDENT: Self-reported coping with PTSD. A 24-year old Army Specialist who served in Iraq in 2004 with the 1st Armored Division, fled to Canada in January 2005 when faced with a second tour of duty. He received a Purple Heart after being wounded by a roadside bomb; on his return home his PTSD symptoms got worse, the soldier claiming he did not receive treatment for them from the Army. 'I had a few times where any kind of loud bang would just drop me to the ground ?but it was worst at night, when you would wake up thinking the place was blowing up or something. ' In Canada, and without insurance, he was unable to afford private treatment. He returned to the U.S. in October 2006 and turned himself in at Ft. Knox, was dismissed from the Army with a less-than-honorable discharge, and stripped of VA healthcare and GI bill benefits. Explaining his decision to go AWOL, he said: "I was ordered to fire on this vehicle that had two children in the back seat. I refused, and I was yelled at, ?What are you doing? You're supposed to fire when they come through the traffic stop.? I said it's a family. They said, ?You did the wrong thing. You do it again and you'll be punished.??
Source: Socialist Worker Online [2007-02-23]

2006-
10-02

**Iraq Veteran suffers PTSD and works for Congressional campaigns**

STATESIDE REPORT. Self-reported coping w/PTSD. A 24-year old Army Supply Specialist went to Iraq in April 2003 as a supply driver of Humvees and came home suffering with PTSD. He "can no longer watch violent movies or play violent video games. Sometimes while driving down the road, he finds himself steering away from objects that appear suspicious near the road," he said. 'You find yourself driving this way and that,' he said. 'You hear loud noises that shake you up a lot.'" He came home a different person in 2004: "When you're out, you face this guilt about what you did over there. You start to think about what happened and why."
Source: Atlanta Progress News via Political Affairs Magazine [2006-10-02]

2006-
08-20

**Female Iraq vet is home but still haunted**

STATESIDE REPORT. Self-reported coping w/PTSD. 32 year-old National Guard Member who served with the 547th Transportation Company. Mother of four worked the roads bringing supplies and security in Iraq. She had received a Purple Heart for her actions in an attack that caused a hearing loss in one ear; nonetheless, she stayed in Iraq until she was sidelined by kidney stones Jan. 2004

and sent to Walter Reed. While there, she started experiencing violent dreams. She also could not bring herself to re-engage with her four children. Upon return home in October of 2004, she found people didn't understand Iraq or what was going on. She also received comments about how she shouldn't have gone at all since she had four kids.
Source: Washington Post [2006-08-20]

2006-
08-07                                Bank raid suspect appears in court

FOREIGN INCIDENT: 1 armed bank robbery. Three U.S. Army Rangers based out of Fort Lewis committed a 'military-style' robbery with 'military-style precision and planning,' recruiting two Canadians to help. "On the day of the robbery, the 192 soldiers of C Company, 2nd Battalion, 75th Ranger Regiment [one of the Army's elite special operations units] were given two weeks leave. According to FBI, "the three Rangers along with [the two accomplices] hit the bank late that afternoon in "an extremely well organized and executed robbery. Wearing dark-colored balaclavas over their faces, two or three entered from the east entrance and two from the west entrance. Two were carrying AK-47-style assault rifles with "banana style" magazines holding extra ammo. They kept watch as one robber counted time out loud. Another robber "jumped over the teller counter and the bandit barrier" and ordered the tellers to fill his bag with $50 and $100 bills. Some of the robbers appeared to be wearing soft body armor under their clothing." It was not completely clear if all three Rangers had served in Iraq, but their unit had only recently returned from an Iraq deployment.
Source: Seattle Post-Intelligencer [2006-08-15]

2006-
08-07                          Chesapeake Ranger charged in bank robbery in Wash. pleads guilty

FOREIGN INCIDENT: 1 armed bank robbery. Three U.S. Army Rangers based out of Fort Lewis committed a 'military-style' robbery with 'military-style precision and planning,' recruiting two Canadians to help. "On the day of the robbery, the 192 soldiers of C Company, 2nd Battalion, 75th Ranger Regiment [one of the Army's elite special operations units] were given two weeks leave. According to FBI, "the three Rangers along with [the two accomplices] hit the bank late that afternoon in "an extremely well organized and executed robbery. Wearing dark-colored balaclavas over their faces, two or three entered from the east entrance and two from the west entrance. Two were carrying AK-47-style assault rifles with "banana style" magazines holding extra ammo. They kept watch as one robber counted time out loud. Another robber "jumped over the teller counter and the bandit barrier" and ordered the tellers to fill his bag with $50 and $100 bills. Some of the robbers appeared to be wearing soft body armor under their clothing." It was not completely clear if all three Rangers had served in Iraq, but their unit had only recently returned from an Iraq deployment.
Source: Associated Press [2006-00-00]

2006-
08-07                              Suspect in Bank Heist Says GIs Selling Illegal Guns

FOREIGN INCIDENT: 1 armed bank robbery. Three U.S. Army Rangers based out of Fort Lewis committed a 'military-style' robbery with 'military-style precision and planning,' recruiting two Canadians to help. "On the day of the robbery, the 192 soldiers of C Company, 2nd Battalion, 75th Ranger Regiment [one of the Army's elite special operations units] were given two weeks leave. According to FBI, "the three Rangers along with [the two accomplices] hit the bank late that afternoon in "an extremely well organized and executed robbery. Wearing dark-colored balaclavas over their faces, two or three entered from the east entrance and two from the west entrance. Two were carrying AK-47-style assault rifles with "banana style" magazines holding extra ammo. They kept watch as one robber counted time out loud. Another robber "jumped over the teller counter and the bandit barrier" and ordered the tellers to fill his bag with $50 and $100 bills. Some of the robbers appeared to be wearing soft body armor under their clothing." It was not completely clear if all three Rangers had served in Iraq, but their unit had only recently returned from an Iraq deployment.
Source: NPR [2006-12-18]

2006-
08-06                                  Vet charged with trying to kill wife

STATESIDE INCIDENT: 1 charge kidnapping, first-degree attempted murder, two counts of third-degree assault, and second-degree assault. A 24-year-old Army soldier who "served with the 82nd Airborne, 101st Division, 18th Air Assault, in two tours in Iraq during Operation Iraqi Freedom. In the 2005 Homer [AK] Veterans Day Parade, he rode in uniform in a vintage Army Jeep and was honored for his service by local veterans." At his indictment, he was charged with having "restrained his wife against her will and assaulted her, and that two accomplices" helped him. His wife alleged she was taken to Skyline Drive, thrown around by the hair, punched and beaten, and then taken to the Homer Spit.
Source: Morris News Service - Alaska [2006-08-22]

2006-
07-29                            Sergeant's Disappearance Treated As Missing Person's Case

STATESIDE INCIDENT: 1 missing person. A 24-year old soldier, who was the son of a Vietnam veteran and brother of another Iraq vet, "returned from Iraq in November of 2005 after a 13 month tour that put him on the front lines" only to go missing eight months after returning from the combat zone. He was last seen driving away from his home. At the time, his mother said "she doesn't know anyone who would want to hurt her son and she can't rule out that he might try and hurt himself. She said her son had been demonstrating classic signs of post traumatic stress disorder since returning from his tour of duty." After a nation-wide alert and a sighting in Montana, the soldier eventually turned up in Washington State. "Garry was found ... with a full beard and mustache and living in the woods. His PTSD and experiences in the war have triggered this hero to go into "survival mode" and disappear. He was found coherent, tired and stating he was 'looking for his men.'"
Source: WCPO-TV Channel 9 News - Cincinnati [2006-08-04]

2006-
07-28                                Making It Back Is Just the Beginning

STATESIDE REPORT. Self-reported coping w/PTSD. 33-year old Staff Sergeant in Wisconsin National Guard Infantry who did not get transitioning back to civilian life tells of his difficulties adjusting.
Source: Winona Daily News [2006-07-28]

2006-
07-28                                Making It Back Is Just the Beginning

STATESIDE REPORT. Self-reported coping w/PTSD. Wisconsin National Guard Staff Sergeant, who during his deployment in Iraq, lead a team of 21 and was in the vehicle behind another that was taken out by a roadside bomb, suffers anxiety upon returning stateside. As one of three troops who did not get transitioning back to civilian life tell of their difficulties and how they have added to incidents

of returning vets in car accidents, fights, impatience with loved ones, drunken driving tickets, the Staff Sergeant reported: "I had always been an extremely patient person, but my patience level when I was first back was gone. I was very short with my wife."
*Source: Winona Daily News [2006-07-28]*

2006-07-25

**Army Pfc commits suicide in Afghanistan**

COMBAT ZONE INCIDENT: 1 suicide. A 22-year-old Army Spc serving in Sharona, Afghanistan shot himself in the mouth with an automatic weapon two years after his older brother perished in Iraq. After his brother's death, he "locked up after identifying [his] remains in Iraq, before escorting his big brother home. ... He was [also] tormented by the hideous echoes of combat. His marriage was failing..." He had been given the option of not returning to combat, but reenlisted and returned to the fight. But "[h]aunted by flashbacks and prone to emotional breakdowns, he couldn't shake the war while [home] between deployments. One time, he held his wife hostage in a room." Back in Afghanistan, days before his suicide, he told his father that he'd had "six close calls" as his unit tracked Osama bin Laden in Afghanistan, and that he was tired. The "lean, athletic and fearless" young man had joined the army right after high school and had served about 5 years at the time of his death.
*Source: Dallas Morning News [2006-08-06]*

2006-07-06

**Troubled Iraq Vet Rushes cockpit door; intimidates flight attendant**

STATESIDE INCIDENT: 1 charge intimidating a flight-crew member. A 24-year old Army soldier serving with the 4th Battalion based in Fort Riley, Kan. He returned in January. His final day with the Army was scheduled for July 12. The "soldier's mother said he returned from Iraq earlier this year and is suffering from mental problems. He is "delirious" and "depressed" and imagines that people are following him." The soldier's brother told officers that he wanted medical attention before they left New York, but their mother wanted him to come to Tampa first, the report said Prosecutors charged Lai-Mendez with intimidating a flight attendant. His brother reported his brother Robert Cordero-Mendez, told reporters last week that his brother was suffering from posttraumatic stress disorder.
*Source: St Petersburg Times [2006-07-08]*

2006-06-22

**Iraq War Veteran Hopes for More Focus on Post Traumatic Stress Disorder**

STATESIDE INCIDENT. Self-reported coping w/PTSD. A 40 year old National Guard member who served in Iraq in 2004-2005. He heard the AK-47 shots fired that killed his good friend shot by Iraq soldiers they had trained. "The biggest thing is the memories, the nightmares. "It's definitely not what they show in the movies." Edwards thought he could handle it himself. "I thought I made it through this, life is going to be good from here on and a month and a half into it, things started falling apart -- mood swings -- anxiety." Then one day, "I found myself in a corner, backed in a corner in this grocery store behind my cart and I guess I was rocking back and forth, muttering to myself." He is receiving PTSD treatment. His friend's mother is advocating more funds for retreats for PTSD sufferers to be funded by the VA.
*Source: News10/KXTV [2006-06-22]*

2006-05-28

**Bringing It All Back Home**

STATESIDE INCIDENT. Self-reported coping w/PTSD. A 37 year old Humvee gunner who was a member of the 12th Infantry Regiment of the Pennsylvania National Guard which was sent to Iraq in 2004 with the Alpha Company, First Battalion, of the 112th Mechanized Infantry Regiment. When he joined the Guard, he wasn't expecting to end up in one of the worst corners of the Sunni Triangle. Now he's home in Pennsylvania, with his fellow guardsmen and memories he just can't shake. He was left partially deaf due to injuries sustained from a land mine explosion.
*Source: New York Times [2006-05-28]*

Total records: 184
Page 1 of 6
1 2 3 4 5 6

Home | Insert | Search | Show all | Top



Powered by: DaDaBIK

COLLABORATIVE
JOURNALISM | ... timelines

Search

Home    About Us    Contact Us



## PTSD Timeline

Welcome to the **PTSD Timeline**, a first-of-its kind database of reported OEF/OIF combat posttraumatic stress-related incidents.

Created, collected, fact-checked, updated, and maintained by members of the ePluribus Media community including ilona, JeninRI, standingup, leftylimblog, kfred, Cho, the PTSD Timeline is our attempt to record what some of our troops are experiencing after their return from war. If you have an incident you wish to add please contact us at: **timelines@epluribusmedia.org.** If you can support this work, please consider donating to our effort.

**A spreadsheet-ready** CSV download of our PTSD data is available for a small donation here. Once your donation is processed you will receive an email with download instructions. Please make sure our response email does not end up in your 'Spam' or 'JunkMail' folder!

Related ePluribus Media articles

Blaming the Veteran: The Politics of PTSD by D.E. Ford with Jeff Huber and Ilona Meagher
Part I - Stacking the Deck
Part II - Ration and Redefine
Part III: Malign & Slime

In the Aftermath: A Review of Moving a Nation to Care: Post-Traumatic Stress Disorder and America's Returning Troops by Aaron Barlow

The Stories They Tell: Iraq War Vets Bear Witness A review of Tish Wood's *What They Asked of Us* by Cho and Ilona Meagher

Corroding Effect a review of Penny Coleman's *Flashback* by Cho and Ilona Meagher

PTSD Combat blog Ilona Meagher's blog of resources, contacts, and help

◀ Timelines Home  |  Search

**184 Records Found - Ordered by DATE - Newest to Oldest**
**Page 2 of 6    |    1 2 3 4 5 6**

---

| | |
|---|---|
| 2006-05-28 | **Bringing It All Back Home** |

**STATESIDE INCIDENT. Self-reported coping with PTSD. A 33 y/o sargent and Humvee driver, member of the 112th Infantry Regiment of the Pennsylvania National Guard who served in Iraq in 2004 with the Alpha Company, First Battalion, of the 112th Mechanized Infantry Regiment. He reports insomnia, mild claustrophobia, some nightmares and difficulty driving.**
*Source:* New York Times [2005-05-28]

| | |
|---|---|
| 2006-05-24 | **Coming Home** |

**STATESIDE INCIDENT. 1 AWOL/attempted suicide/police stand-off. A 23-year old Iraq veteran who had served two tours in Iraq with the 10th Mountain Division based out of Fort Drum, N. Y., returned home with PTSD. While in Iraq, he "was a firefight after an ambush near Abu Ghraib. Three insurgents were killed. [He] took a bullet to the chest. His Kevlar vest saved his life." The incident would lead to stateside depression and a charge of desertion (later dropped to going AWOL) when he refused to return to base. He told his family, "that he had nothing left to live for anymore, that his country gave up on him," and that he was "dead inside" and "a killer machine now." His family "repeatedly called Fort Drum and a local military chaplain" for help but were told by his sergeant that "we've all been through a lot." The morning of the incident, his mother found him attempting to hang himself, but "he was so heavy for the cord and it broke." He then barricaded himself in his home, "armed with a handgun and high-power rifle." After a nine-hour police stand-off, he surrendered after being flushed out with teargas.**
*Source:* CNN - Anderson Cooper 360 Degrees [2006-11-13]

| | |
|---|---|
| 2006- | **Fort Drum Soldier Arrested for Assaulting Child** |

05-20

STATESIDE INCIDENT: 1 charge endangering the welfare of a child, 3rd degree assault. A 24-year old 1st Lieutenant based out of Fort Drum who?s served in Iraq with 2d Brigade Combat Team, 10th Mountain, was arrested for striking ?a six year old child in the face? resulting in bruises on the cheek and ear of the child.? The ?platoon leader of the famed ?Lost Platoon? of Mogadishu,? he was ? awarded the Combat Infantryman Badge for participating in a hostile fire engagement with insurgents in Baghdad, Iraq.? He was scheduled to be redeployed to the Middle East.
*Source: WWTI-ABC 50 [Watertown, NY] [2006-05-23]*

2006-
05-16

Pattern of misconduct: Fort Carson soldiers allege abuse and intimidation

STATESIDE INCIDENT. Self-reported coping w/PTSD. A 23 y/o infantryman from the 2nd Brigade Combat Team based at Fort Carson tried to commit suicide by hanging himself. "Less than a year ago, [he] was a hero, a Purple Heart recipient who'd re-enlisted for six years. But stationed on a remote highway outpost near Ramadi, he faced a daily onslaught of insurgents' roadside explosions. ... Once back at Fort Carson, [he] says he suffered panic attacks, jitters, sleeplessness and flashbacks. He turned to drugs, alcohol and sleeping pills to ease his afflictions. When urine analysis tests came back positive, the Army began to process his discharge for "patterns of misconduct." ... [He] among eight active-duty and recently discharged soldiers interviewed by the Independent who allege that Fort Carson hindered or outright denied PTSD treatment. They say the Army is pursuing or has pursued disciplinary action to purge them from the ranks. Because of the nature of their discharges, some stand to lose benefits, such as the Montgomery GI Bill, which provides money for college."
*Source: Colorado Springs Independent [2006-07-16]*

2006-
05-00

"Talking with Heroes" Talk Show announces Mothers Day Special

STATESIDE REPORT: Self-reported coping w/PTSD along with other physical injuries. A 30-year old Sgt. who joined the California National Guard in March 2000. Her deployment began in Afghanistan, August 2003, and ended quickly in November 2003 "when the helicopter she was riding in crashed, killing five other passengers and leaving [her] disabled." Prior to being deployed, she was trained to be an interrogator.
*Source: NewsBlaze [2006-05-08]*

2006-
05-00

PTSD: Only the Name has Changed

STATESIDE REPORT: Self-reported coping w/PTSD. An Army soldier "who served with the 418th Transportation Co., [and] entered Iraq on the war's first day in March 2003," reported his PTSD diagnosis in a media interview. "During the 21-day race to Baghdad he routinely performed for up to 72 hours at a time without sleep. For 45 days he was unable to remove his chemical suit or bathe. In the end, [he] says medics removed his socks with scissors because they were imbedded in his flesh." He started having problems mid-tour in Iraq in 2003. "They talked down to me, called me a coward. 'You're supposed to be tough. You're supposed to be a man.' I thought I was," he says. In the course of seeking help, [he] told superiors he was having nightmares. "They said, 'That's normal. You'll get over it.'"...... Diagnosed with PTSD, he is attending regular counseling sessions following his wife's threat of divorce if he did not get help."
*Source: The Courier [Waterloo-Cedar Falls, IA] [2006-05-14]*

2006-
04-30

Number of troops needing help threatens to overwhelm Veterans Administration

STATESIDE REPORTS: Self-reported 31-year old Iraq war veteran "who attends a PTSD support group at the Kansas City VA Medical Center, said many soldiers still in combat zones are suffering from the disorder." He was a "driver for an Army construction battalion in Iraq. [He] won't talk much about his Iraq deployment because it triggers bad memories. But when he returned home in 2004, he couldn?t escape them." He said, "I was jumpy, angry, irritated, sleeping one-two hours a night; I was totally worn out." I'd drink "just to shut the memories down and the nightmares. His wife pushed him to get help."
*Source: The Kansas City Star [Kansas City, MO] [2006-04-30]*

2006-
04-30

Number of troops needing help threatens to overwhelm Veterans Administration

STATESIDE REPORT: Self-reported coping w/PTSD. Self-reported 23-year old Iraq veteran "spent 11 months in the Sunni Triangle as a firefighter and emergency medical technician with the Army Reserve's 487th Engineer Detachment." His experience in his own words are, "It was a pretty hot zone; a lot of mortar fire, IEDs, car bombs...helicopter crashes and worked the UN embassy bombing. I dragged a lot of people out of burning buildings, cars, motorcycle wrecks and explosions." At home in Kansas City, "[he] was diagnosed with PTSD and joined a support group at the VA hospital." He suffers from nightmares and reacting to loud noises.
*Source: The Kansas City Star [Kansas City, MO] [2006-04-30]*

2006-
04-26

Injury, stress affect Marine, experts testify

COMBAT ZONE INCIDENT: 1 count kidnapping, murder. A 25-year old Marine corporal, 3-times deployed to Iraq with Camp Pendleton? s Kilo Company, 3rd Battalion, 5th Marine Regiment and receipt of the Purple Heart for injuries received in Fallujah in 2004, was accused with seven others of ?helping to kidnap and execute a man in Hamdaniya, Iraq? by ?snatching [him] from his house, marching him to a nearby ditch and shooting him after they botched an attempt to capture a suspected insurgent.? The Marine had withstood ? 25 to 30 bomb blasts in Iraq, including four that knocked him out;? an expert witness at his trial said; he ?suffers from mild [TBI] and [PTSD]. Those ailments probably stemmed from repeated exposure to explosions and other combat factors?[and] that the two mental problems might have caused [him] to take part in the alleged abduction and murder plot? that his squad leader had proposed, but that the defendant participated in by ?leading the kidnapping phase and then shooting the victim multiple times in the chest.? The expert witness testified, ?In a situation that is high-pressured, [he] would have found it very difficult to act in any way other than the way his superiors
*Source: San Diego Union Tribune [2007-07-17]*

2006-
04-22

Fort Carson Soldier Arrested After Weapons Robbery

STATESIDE INCIDENT: 1 charge aggravated robbery, 1 burglary, 2 driving under the influence, 1 AWOL. A 24-year old soldier based out of Fort Carson, CO and member of the Second Brigade Combat Team (although not noted in this press report, did see service in Iraq) was "being held on $100,0000 bond Wednesday in connection with the theft of several weapons from an El Paso County pawn shop." He is suspected of holding up Big Jim's Loans at gunpoint on the morning of April 22. The robber escaped with several guns, a

wallet, and cash. "Investigators said Jenkins then tried to get rid of the guns at two other pawn shops the next week." At the time of his arrest, this troop was also absent without leave.
*Source:* ABC-7 [Denver, CO] [2006-05-10]

**2006-04-16**

Missing Soldier Dies in Hotel Ductwork

STATESIDE INCIDENT: 1 accidental death, under investigation. A 23-year old Army soldier based out of Fort Benning, GA who'd been "missing 12 days before his body was discovered in a downtown hotel died after he got caught in an industrial-sized air conditioner." The incident occurred following a night of heavy drinking and "a late night of bar-hopping with an Army buddy. He answered his cell phone briefly after his father arrived just after 3 a.m. to give him a ride. He said, 'Dad, I'm on the stairs,' then the connection went dead." The soldier had returned only a few months earlier "from a yearlong tour in Iraq with the 3rd Infantry Division. [He] planned to leave the Army at the end of April and return to the University of Michigan, where he studied psychology before joining the Army in 2004. He was scheduled to marry his college sweetheart in July."
*Source:* Associated Press [2006-04-29]

**2006-04-10**

PTSD: Marine Charged in Son's Death Charged with Abusing the Child in 2003

STATESIDE INCIDENT: 1 charge felony child abuse, 1 charge murder. A 26-year old Marine of Headquarters Company, Headquarters Battalion, 2nd Marine Division "charged with killing his 2-year-old son was first charged with abusing the child in the fall of 2003 but two deployments to Iraq delayed the case." The child had allegedly received his critical condition injuries 10 days earlier from a reported bathtub fall when the child was in the defendant's sole care. The earlier 2003 felony child abuse/shaking charge had been scheduled to be heard in court on May 1st; his Iraq deployments pushed back numerous earlier court dates. "[He] was deployed from February 2003 to May 2003 and from July 2004 to March 2005; the Onslow County Department of Social Services substantiated that [the son] was abused in October 2003. The incident was investigated, and [the defendant] allegedly told a DSS social worker and Jacksonville Police Department that he shook [his son] Oct. 27, 2003, which resulted in a subdural hematoma, according to court records. ' I (shook) him back and front several times like I do once in awhile,'" he wrote in his statement.
*Source:* The Free Press [Kinston, NC] [2006-04-26]

**2006-04-09**

Off-Duty L.A. County Deputy Held in Slaying

STATESIDE INCIDENT: 1 charge suspicion of involuntary manslaughter. A 24-year old Marine Corps reservist and Los Angeles County sheriff's deputy was arrested after shooting a fellow reservist and friend at a party celebrating the defendant's return home from Iraq. They had been drinking and partying, celebrating his return, at a variety of locations and at a friend's house. The shooting, which appeared to be accidental, occurred at 6:45 am at the defendant's home when he "accidentally fired a weapon, striking [the victim] in the head in the driveway."
*Source:* Los Angeles Times [2006-04-11]

**2006-04-09**

Ill. Hospital Helps War Veterans Cope

STATESIDE REPORTS: Self-reported 23-year old Iraq war veteran "is getting help from a clinic at Hines VA Hospital just outside Chicago" for PTSD. "Just the other day he dove to the floor of a vehicle he was riding in when he mistook the sound of a trucker hitting his brakes for a machine gun. They are the kind of precautions that keep soldiers at war alive. But [he] had left Iraq more than 16 months ago, and for him they are vestiges of a war he can't seem to shake."
*Source:* Associated Press [2006-04-09]

**2006-04-09**

Ill. Hospital Helps War Veterans Cope

STATESIDE REPORT: Self-reported coping w/PTSD. 25-year old old specialist with the 101st Airborne who "took part in the initial invasion of Iraq and after he got out of the army he came back to flashbacks, anger and crying jags. Then there was the image he could not get out of his head, the one in which he is riding away from the crumpled body of a little girl because his convoy was not allowed to stop." He had sought help from Hines where all they gave him were "pills that made him sleep 12 hours at a stretch." He said, "I wanted a group of veterans I could talk to or maybe a military doctor who was there (Iraq) who can help me out or something." He says he is still having flashbacks but are more manageable.
*Source:* Associated Press [2006-04-09]

**2006-04-07**

Potential Riverside Barricade Incident Turns Out to be Suicide Attempt

STATESIDE INCIDENT: 1 suicide attempt. A 24-year old former Iraq veteran and Marine attempted suicide by using a knife to slash his forearm as a number of friends and relatives tried to stop him. Apparently, he'd "been drinking heavily and wanted to call his wife, from whom he was recently separated." After he was discouraged by friends, he used his knife on himself and then "began stabbing the floor of the apartment." Police had also been called to the scene, which after hearing that a gunshot had been heard coming from the apartment prepared for a barricade or hostage situation. Eventually, the former veteran came out from his apartment and collapsed only to be revived later, fighting off the police as he came to who were trying to subdue him. They did so with an electric stun gun before transporting him to a local hospital.
*Source:* Riverside/Brookfield Landmark [Oak Park, IL] [2006-04-11]

**2006-04-06**

Marine Home from Iraq Killed While Walking on I-15

STATESIDE INCIDENT: 1 self-caused death. A 22-year old Marine, after a night spent drinking heavily with friends, suddenly exited the car he was riding in and ran into traffic on a California interstate killing himself when a minivan hit him. He had returned from serving a seven month tour in Iraq only 5 days earlier.
*Source:* The Press-Enterprise [Riverside, CA] [2006-04-07]

**2006-04-00**

Oregon Vets Sort Through Useful Resources

STATESIDE REPORT: Self-reported coping w/PTSD. Oregon Army National Guard Sgt, mentally fell apart after being home for six months from Iraq. It was during his deployment to New Orleans to help with the Hurricane Katrina cleanup where he felt, "It was all too much like being in Baghdad again." His wife found him outside one morning "curled in a fetal position on a stretcher beside his ambulance. 'He had his gun and he was crying and he said, 'I can't do this anymore.'" He flew back to Oregon and started receiving mental health treatment from the VA. "His experience in New Orleans triggered a major post-traumatic stress syndrome episode that

dredged up his worst memories from Iraq."
*Source:* The Register-Guard, Eugene, OR [2006-04-09]

2006-
04-00

Healing continues for vet, his nurse

COMBAT ZONE INCIDENT: 1 suicide attempt. Self-reported Army nurse and career Army officer "attempted suicide 10 days before her tour was to end. She was diagnosed with [PTSD]. She spent time in a psychiatric ward at Walter Reed Army Medical Center in Washington, D.C." Here's how she explains her experience in Iraq: "I can't describe the horror. I swiped a wounded soldier's eyeball into a trash can. It was never ending. There was no escape." She said it wasn't so much the danger that affected her, "it was the wounded." She has not been able "to touch a patient" since being back from Iraq. She shares, "It's so sad. That's who I was. I was good at it. Others with PTSD can go on to become bankers or lawyers. But the thing I am, I can't be anymore." She has "good days and bad days" and "remains on the Army's temporary disability retirement list."
*Source:* The News Tribune, Tacoma, WA [2006-04-09]

2006-
03-31

Armed Man Found Near Casino Faces Attempted Robbery Charge

STATESIDE INCIDENT: 1 charge attempted robbery and carrying a concealed weapon. A 22-year old former Marine who'd served in Iraq was arrested by two undercover police officers outside of a Montana casino. He had piqued the interest of the officers because he was "carrying a fully loaded .38-caliber pistol, 26 additional rounds of ammunition and a lock-blade knife. He was wearing camouflage fatigues, black hand and face paint, and a ski mask." Earlier in the year, the Marine's 6-week old son had died from complications after he was born nearly four months premature due to carbon monoxide poisoning, which occurred while [he] and his wife were attending a Marine birthday ball. A leak from the pool's heating system poisoned more than 40 partygoers.? The couple had been sunk into debt of medical bills. At his arraignment, the judge acknowledged "'potential issues of post-traumatic stress disorder and potential drug abuse' stemming from [his] military service and his combat in Iraq, and said the court would take steps to address those issues."
*Source:* The Missoulian [Missoula, Montana] [2006-04-08]

2006-
03-17

Gun Pop Hit Hard by War

STATESIDE INCIDENT: 1 charge menacing and child endangerment. A 37-year old former Iraq veteran who'd returned from a 13 month combat tour only 10 months prior, went to his son's school with a gun and threatened a 10-year old boy who'd gotten into a fight with his son a day earlier. He'd "allegedly [jabbed] his gun into the belly of [the victim -- and warned] him not to mess with his 11-year-old son." Family and friends said that he'd changed in Iraq. He'd been "an immigration inspector from 1990 to December 2002, when he was promoted to criminal investigator with the new Immigration and Customs Enforcement Division of the Homeland Security Department. His career was interrupted in April 2004, when the Army Reserves called him to serve in Iraq as a staff sergeant."
*Source:* New York Post [2006-03-19]

2006-
03-06

For Soldier, War's Turmoil Continued Within

STATESIDE INCIDENT: 1 suicide. A 26-year old Army Ranger serving as a sniper with the 1st Battalion, 128th Infantry of Wisconsin Army National Guard in Kosovo and 11 months in Iraq committed suicide 4 months following his return home. Although he'd tried to get help, getting VA counseling and picking up where he'd left off as police officer, he "couldn't sleep. He pushed away the people he loved and hopelessly turned inward. Two wars were too much,' said his father. 'The horror of war he went through killed him.'" He confided, 'They're making me into something I don't want to be." He witnessed the death of 4 soldiers in his convoy in Iraq and "never got over an incident in Kosovo in which he killed a boy who approached and was deemed in that split second to be a possible threat." Before coming home from Iraq he wrote, "To shut oneself down from actions and a state of mind where you no longer do those nameless and unspeakable acts that one does for survivability. I had to do it after Kosovo, shut off those tools and instincts and countless other things. It's certainly easier to turn it back on than off, which, in a way is frightening in itself."
*Source:* Milwaukee Journal-Sentinel [2006-04-30]

2006-
03-03

The War Within

STATESIDE INCIDENT: 1 suicide. A 23-year old "2000 Penn Manor graduate [who'd] served five months with the Army in Iraq in 2003, [shooting] at a tank, killing three Iraqis" killed himself after his struggle with PTSD. "His lieutenant also was killed while he was there. [he returned home] quiet and very withdrawn. His father -an Army veteran himself, noticed it immediately and tried to reach out to him [but his son] retreated behind yes or no answers." Although he attempted college, he later dropped out. He couldn't hold down a job, was sullen and moody and resisted counseling." He'd separated from his wife numerous times. His first suicide attempt: "Just before Thanksgiving, he lit his truck on fire and got inside. His wife found him in time and stopped him from killing himself." He finally agreed to get some help, and was prescribed antidepressants and a VA appointment one month later. He went off his meds, and committed suicide by shooting himself on his favorite hiking trail. His family found his a journal of his Iraq experiences after his death, his mother said, "He never got over what he saw."
*Source:* Lancaster [PA] New Era [2006-04-21]

2006-
03-01

Army's Suicide Struggles Continue

COMBAT ZONE INCIDENT: 1 suicide. A 21-year old Army soldier serving in Iraq with Fort Hood's 4th Infantry Division killed herself with a gunshot wound to the chest two weeks after saying she was raped by a fellow soldier. She committed suicide "days after being diagnosed and treated for 'Acute Stress Disorder consistent with Rape Trauma Syndrome.' The records show she was prescribed the antidepressant Zoloft, the antipsychotic Seroquel and the sleeping aid Ambien." Her "mental health declined sharply after the rape, and particularly after the soldier she accused was not confined pending his trial. [She] stated that she can't do it anymore, that she just wanted everything to be over with,' a fellow soldier told investigators, recounting a conversation with [her] days before her death." A 4th ID "chaplain observed [her] exhibiting potentially suicidal behavior following the incident, yet did not warn her superiors. Her mother said, 'She was raped. I gave my daughter to the Army for this country, and they let us down.'"
*Source:* Hartford Courant [2007-01-31]

2006-
03-00

Documentary Explores Stress of Return from Iraq for Local Vets: Marine discusses PTSD

STATESIDE REPORT: Self-reported coping w/PTSD. A 28-year old Marine and Dartmouth graduate, joined the military to test himself and because he believed members of the privileged class should serve. In Iraq, he led a reconnaissance unit to Baghdad. Carnage became commonplace, and the pressure of making life and death decisions was relentless. When he returned home, he fell into deep

depression. He found relief writing about his experiences, an exercise that became the book, "One Bullet Away." Fick said he hoped telling his story makes post-traumatic stress disorder real to people who don't know a soldier. People returning from Iraq are going to have serious problems, he said, and society needs ensure they get proper care, unlike so many Vietnam veterans.
*Source: Associated Press [2006-03-18]*

2006-
03-00

**Numbers Alone Can't Measure Casualties from War in Iraq**

STATESIDE REPORT: Self-reported coping w/PTSD. An Iraq veteran who'd "served in the Navy from 1996 to 2005 and entered Iraq in March 2003 with the first wave of troops" reported his PTSD diagnosis in a media interview. "He described in graphic detail a number of troop deaths 'I think it's very important that we talk about these guys. We don't talk about them a lot. They end up being numbers. As a matter of fact, the number tonight is 2,327. . . . I just think it's very important that we remember them as people.'" It didn't help his state of mind when the government began to back off its claims of weapons of mass destruction in Iraq. "I was clinging to that," [he] said. "But more important, I wanted these guys to have died for something."
*Source: Richmond Times-Dispatch [2006-03-31]*

2006-
03-00

**Soldier Still Fighting After Return from Iraq**

STATESIDE INCIDENT: Self-reported coping w/PTSD. A 55-year old Army first sergeant reported his PTSD diagnosis and treatment in a media interview. "In Iraq, [he] drove a fuel truck, which soldiers knew were prime targets for insurgents. The stress gave him an edge that didn't disappear when he returned home." He found himself depressed, angry and convinced no one could understand what he'd experienced. His first nightmare came two months after returning home, he began drinking to help deal with mounting anger and frustration. 4th of July fireworks sent him over the edge, and his girlfriend gave him an ultimatum to get help of their relationship was over. Things improved only after he reluctantly agreed to counseling and began taking medication. Reaching out for help seemed to him like a sign of weakness. "I've got to get over that and so does society."
*Source: Norton Mirror, Massachusetts [2006-03-31]*

2006-
03-00

**Families Help Soldiers Through Post Traumatic Stress Disorder**

STATESIDE REPORT: Self-reported coping with PTSD. Sgt. "said his time at the Army's Camp Anaconda near Balad, Iraq, was life-altering." While at Anaconda, "they got mortared 10 or 12 time[s] a day." His "thoughts of suicide bombers and mortar attacks haunted him, nearly costing him his former life." His anger was jeopardizing his relationships with his wife and daughter. He and his 14-year old daughter would argue often. He sought help from "a psychiatrist at Pensacola Naval Hospital after his wife demanded he get help. He credits counseling and medication with saving his marriage and helping him to start to rebuild his life."
*Source: Associated Press [2006-03-25]*

2006-
03-00

**Fighting the mental war**

STATESIDE REPORT: Self-reported coping w/PTSD. A 29-year old first lieutenant with the 1st Battalion, 41st Infantry reported his PTSD diagnosis in a media report. He had "served during the first six months of the Iraq War in the most dangerous section of Iraq, including Baghdad. During the day he and his fellow soldiers acted as targets, drawing enemy fire to determine positions of Iraqi Army forces and insurgents so they could attack them by night. "Upon his return home in July 2003, he befriended a small group of officers with whom he socialized exclusively, jumped from job to job, found it difficult to adjust to the slower pace of civilian life and drank himself to sleep each night. It was, as he says, 'the normal thing to do.' But the nightmares and daydreams got more intense and not even the voluminous amounts of booze he consumed each night could drive them away." After a Vietnam War vet and friend referred him to the local VA, he was diagnosed with PTSD.
*Source: Des Moines Cityview [Central Iowa] [2006-03-16]*

2006-
02-21

**Dead Sgt.?s Husband is Charged**

STATESIDE INCIDENT: 1 murder. A 30-year old Fort Stewart soldier was charged with murdering his recent wife. The couple, who?d met while serving in Iraq, had married only a month prior. The victim, a Fort Bragg sergeant was "assigned to Delta Detachment, 18th Personnel Services Battalion, 18th Soldier Support Group." She was found strangled to death after she?d not shown up for work; her supervisor and an officer arrived at her home to investigate and found the back door was forced open. The couple had kept to themselves and were not known very well by neighbors, but one "remembered seeing the man who lived in the house Feb. 10 with a carful of Valentine's Day balloons."
*Source: Fayetteville [NC] Observer [2006-02-24]*

2006-
02-21

**Fort Hood Solder Charged in Cleaning Business Robbery**

STATESIDE INCIDENT: 1 charge aggravated robbery. A 23-year old Fort Hood soldier was charged with aggravated robbery. "The arrest came after the man, wearing a camouflage military uniform, robbed the business at about 11 a.m. Tuesday and then fled in a gold Ford Taurus. As dispatchers broadcast information about the robbery, the deputy city marshal spotted a man who matched the description of the robber pumping gasoline into a vehicle that matched the description of the getaway vehicle." Early reports do not list him specifically as having served overseas; however, Fort Hood soldiers had only 5 days prior to this robbery returned to base from Kuwait. Fort Hood has been one of the most deployed units in the army.
*Source: KWTX News Channel 10 [Waco, TX] [2006-02-22]*

2006-
02-21

**Desertion Charge Troubles Soldier's Dad**

STATESIDE INCIDENT: 1 AWOL/desertion, wrongful use of a controlled substance, unlawfully carrying a concealed weapon, aggravated assault and making a threat. A 22-year old Fort Carson, CO-based Army soldier was arrested for the listed charges, including desertion. The veteran?s father said "his son told him he left the Army because he hadn't been awarded a Purple Heart for being injured in Iraq, nor had he received proper medical care for that injury. [He] has told his father in phone calls that his vision is still blurry and his wrist still painful after he was sprayed with shrapnel and debris in an August 2005 firefight." In an April 12 letter to Foley, in which he appeals for the congressman to intervene in his case, [he] says that "I begged the lord to end my suffering and wanted to die. Long story short one night I tried to kill myself. I still feel sad, angry, depressed because I have all these problems now, mainly PTSD -- and it seems nobody still cares!?" An Army spokesman said "privacy laws prevented her from speaking about [his] injury, though she said he came home on convalescent leave sometime during his deployment, which lasted from January-September 2005."
*Source: Palm Beach Post [2006-04-23]*

2006-
02-20
**Missouri Air Force Medic Left Note in Murder-Suicide**

STATESIDE INCIDENT: 1 murder, 1 suicide. A 36-year old Air Force Tech Sgt. based out of Scott AFB broke into his estranged wife's parent's home (where she and her 9 year old son were staying) by breaking in the door in the early morning hours. He shot his wife in the presence of their son, and then turned the gun on himself. He'd left a recording at his apartment explaining what he was going to do and why. The airman has been "assigned to the 375th Aeromedical Evacuation Squadron, which evacuates injured soldiers from combat areas and transports them to military hospitals. ... [He'd] been stationed with them in southwestern Asia and had flown in Operations Iraqi Freedom and Enduring Freedom." His last deployment ended in April 2005.
*Source: St. Louis Post-Dispatch [2006-02-22]*

2006-
02-10
**Soldier Sentenced to Prison**

STATESIDE INCIDENT: 1 disobeying a lawful order, sodomy, adultery and sex with an underage person. A 22-year old Fort Gordon sergeant who had served in Iraq with Company A, 297th Military Intelligence Battalion was arrested and accused of having sexual relations with a 15-year-old minor. The soldier "and the victim had sexual relations in December and January ? and the sergeant was ordered in February by his commander to break off contact with the girl - an order he violated Feb. 10."
*Source: The Augusta Chronicle [2006-07-18]*

2006-
02-00
**Veteran Fights for Help as He Copes with Stress**

STATESIDE REPORT: Self-reported coping w/PTSD. A 21-year former Army reservist who'd served in Iraq reported his PTSD-associated symptoms in a media interview. After returning stateside on leave in April 2005, his parents "realized their son had changed drastically. [He] spent most of his time in a hotel room drinking and doing drugs. "He missed his flight back to Iraq, and the military came looking for him. Army recruiters found him and this time made sure he got on a plane headed back to Iraq." Two months later, he was sent back to the US to undergo alcohol and drug treatment; later in the year he wound up hospitalized "for self-inflicted mutilation to his arm." Because he didn?t complete his tour, he is ineligible to receive immediate VA care.
*Source: Lawrence Journal-World [Lawrence, KS] [2006-02-20]*

Total records: 184
Page 2 of 6
1 2 3 4 5 6

Home | Insert | Search | Show all | Top

tl_ptsd ▼

Powered by: DaDaBIK




COLLABORATIVE
JOURNALISM     | ... timelines

Search

Home    About Us    Contact Us

## PTSD Timeline

Welcome to the **PTSD Timeline**, a first-of-its kind database of reported OEF/OIF combat posttraumatic stress-related incidents.

Created, collected, fact-checked, updated, and maintained by members of the ePluribus Media community including ilona, JeninRI, standingup, leftylimblog, kfred, Cho, the PTSD Timeline is our attempt to record what some of our troops are experiencing after their return from war. If you have an incident you wish to add please contact us at: **timelines@epluribusmedia.org**. If you can support this work, please consider donating to our effort.

A **spreadsheet-ready** CSV download of our PTSD data is available for a small donation here. Once your donation is processed you will receive an email with download instructions. Please make sure our response email does not end up in your 'Spam' or 'JunkMail' folder!

Related ePluribus Media articles

Blaming the Veteran: The Politics of PTSD by D.E. Ford with Jeff Huber and Ilona Meagher
Part I - Stacking the Deck
Part II - Ration and Redefine
Part III: Malign & Slime

In the Aftermath: A Review of Moving a Nation to Care: Post-Traumatic Stress Disorder and America's Returning Troops by Aaron Barlow

The Stories They Tell: Iraq War Vets Bear Witness A review of Tish Wood's *What They Asked of Us* by Cho and Ilona Meagher

Corroding Effect a review of Penny Coleman's *Flashback* by Cho and Ilona Meagher

PTSD Combat blog Ilona Meagher's blog of resources, contacts, and help

◀ Timelines Home | Search

**184 Records Found - Ordered by DATE - Newest to Oldest**

**Page 3 of 6    |    1 2 3 4 5 6**

---

| 2006-02-00 | Veterans and the Justice System: Marine Lance Cpl Discusses PTSD |

**STATESIDE REPORT: Self-reported coping w/PTSD.** A Marine Lance Cpl who'd served in Iraq's hostile Anbar province reported his PTSD diagnosis in a media interview. He'd received notoriety as the sole survivor of a roadside bomb that killed 11 of his fellow squad mates in 2005. "My photo was on the front of every paper, [b]ut when I got home, no one had a clue. No one pays attention to (the war) anymore." His transition back to civilian life made him volatile. "He would drive drunk, pick fights and get kicked out of bars. He was angry."
*Source: Bozeman Daily Chronicle [Bozeman, MT] [2006-02-20]*

| 2006-02-00 | Veterans and the Justice System: Navy Officer Struggles with PTSD |

**STATESIDE REPORT: Self-reported coping w/PTSD.** A 33-year old Naval petty officer who "lost an eye and half of his nose when a roadside bomb struck his convoy on July 4, 2004, near Falluja" reported his PTSD diagnosis in a media interview. "I don't think people have any idea what's going through your head," [he] said. He said another soldier from his unit was arrested following a bar fight in Missoula. One police officer, a fellow veteran, wanted to work with him. But he was still eventually taken to jail.
*Source: Bozeman Daily Chronicle [Bozeman, MT] [2006-02-20]*

| 2006-01-29 | Ex-deputy charged with shooting Iraq veteran |

**STATESIDE INCIDENT: 1 high-speed chase.** A former senior airman in the Air Force who had just returned from Iraq took part in a high-speed chase with Chino, California police. The incident became a nation story when a former sheriff's deputy shot the airman as

it was captured on videotape. "The videotape of the Jan. 29 shooting, which has been widely broadcast by the media, was among the most compelling pieces of evidence produced by prosecutors."
*Source:* <u>Inland Valley [CA] Daily Bulletin</u> [2006-08-29]

**2006-01-25**

### Iraq War Vet Charged in Murder of 79-year-old Man

STATESIDE INCIDENT: 1 murder. A 20-year old Army National Guard veteran who'd returned from Iraq only a month earlier following a year's deployment, confessed to killing a 79-year old man he was working for. The day prior to the murder, he was suspected of participating in a theft. "[The victim] often employ[ed] neighborhood children and troubled teens in his auction business and the small repair shop which he operated from his basement." An employee had overheard an unsettling conversation between the two men the night before; this same employee found the victim's body after having been bludgeoned and strangled to death. The soldier's family stated he'd been having trouble since returning from Iraq, including "issues with drugs."
*Source:* <u>ABC Chicago - Channel 7</u> [2006-01-26]

**2006-01-16**

### KIA in Alabama

STATESIDE INCIDENT: 1 suicide. A 37-year old Army National Guard Iraq combat zone truck driver who drove ?supply convoys along the shooting gallery between Baghdad Airport and LSA Anaconda in Balad -- a giant military base?subject to so many mortar and rocket attacks that the troops have renamed it Mortaritaville,? committed suicide. Earlier in the day, he'd sounded upbeat when talking with two friends on the phone; later he changed his answering machine message to say, ?If you're looking for [me], I'm checking out of this world. I'll see you on the other side,? telephoned police and waited for them on his porch with his shotgun. When ?the police wouldn't oblige him with a "suicide by cop" and tried to talk him down?[he] did an about face, rotated the shotgun and killed himself.? He?d had a long two-year struggle with the VA to receive treatment for his PTSD and was vocal in trying to shine a light on the condition, writing and working as a member of Iraq Veterans Against the War.
*Source:* <u>Huffington Post, Stan Goff blog</u> [2006-01-20]

**2006-01-07**

### Soldier Upset Over Protest

STATESIDE INCIDENT: Aggressive and violent behavior towards peaceful protestors. A U.S. Army gunner and sniper who'd served 17 months in combat in Iraq told police he'd "just lost it" when he and his wife came upon a group of peaceful war protestors at a local shopping mall. Organized by a group of Sisters from the Sacred Heart Monastery in Cullman, AL, the group is committed to peaceful protest of the Iraq War. "When I first saw him, he walked straight and hard to Debbie (Williams), grabbed her sign and ripped it apart. He screamed something like, 'Why are you doing this? Who are you?' or something to that effect," Sister McGehee said." The nuns, known locally as the ?No Nuke Nuns? for their public protest of "armaments and other lethal ordnance shipments through Cullman by rail," have refused to press charges against the soldier saying he "was clearly suffering inside as a result of his experiences in Iraq."
*Source:* <u>Cullman Times [AL]</u> [2006-01-07]

**2005-12-22**

### The War Against PTSD Starts Now!

STATESIDE INCIDENT: 1 suicide. A 22-year old Army Reserve soldier based in Davenport, IA committed suicide a year after returning from an 11 month tour of duty in Iraq. The soldier?s family states on a website created in his honor that he left a note behind detailing his torment dealing with PTSD. Originally joining the reserves as a step to becoming a police officer, his family states, ? While in Iraq?the conditions where unimaginable, and worse yet were the jobs they had to do. [He] was a proud American, loved his country, and was proud to defend her and the freedoms of its people. He knew why he had to do the things he and others did, he just was never able to recover from having seen and done them. He came home a year ago with PTSD and was never the same.?
*Source:* <u>Memorial website created by soldier's family.</u> [2006-01-07]

**2005-12-07**

### Time at War Haunted Man Who Killed Dad, Himself

STATESIDE INCIDENT: 1 murder, 1 suicide. A 42-year old former Marine sergeant and Afghanistan combat vet shot and killed his 77-year old father, later turning the gun on himself; he'd called his VA counselor in distress saying he wouldn?t be coming in the next day. His former fiance said that after he'd returned home from duty he couldn't sleep; continuously paced; started using alcohol to cover his pain; and dreamed about one specific incident repeatedly. "Scheduled to fly on a mission, [a]t the last minute, he was reassigned. [T]he plane he was supposed to be on, a KC-130 transport, smashed into a mountain, killing eight of his fellow Marines. He went on the recovery mission and helped search for the body parts of his buddies." Once home, he participated in PTSD counseling/support group for 2 years where he'd expressed guilt for not being on the plane that had killed his fellow Marines. His fiance explained, "[He] told me personally . . . 'We are all in for a whole lot of trouble when all these boys come back from Iraq and Afghanistan'... The military lures them into service and trains them for war, but they don't take care of them when they come back..."
*Source:* <u>Los Angeles Times</u> [2006-02-12]

**2005-12-00**

### A Political Debate On Stress Disorder

STATESIDE REPORT: Self-reported: mother admitted son to the Dwight D. Eisenhower Veterans Affairs Medical Center in Leavenworth, Kan., where he was diagnosed and treated for PTSD.
*Source:* <u>Washington Post</u> [2005-12-27]

**2005-11-30**

### Suburban Soldier Dies In Iraq

COMBAT ZONE INCIDENT: 1 probable suicide. A 25-year old Army soldier based out of Fort Campbell, KY died in Iraq of non-combat injuries that were 'under investigation' at the time of this report -- generally meaning this is a probable combat-zone suicide. The Blackhawk helicopter crewman was on his second deployment to Iraq and served with the 101st Airborne Division. "Neighbors say [he]came here from Poland as an adult and joined the Army, in part, to get an education he otherwise couldn't afford' and [his] mother died in May, and his father is critically ill."
*Source:* <u>CBS-2 [Chicago, IL]</u> [2005-12-05]

**2005-11-24**

### Mental Anguish of War

STATESIDE INCIDENT: 1 suicide. A 23-year old who had joined the Illinois National Guard after Sept. 11. As a Specialist, he served in

Iraq from March 2004, patrolling and securing the roads around the Baghdad Airport. "...on Thanksgiving morning, in the corrugated metal pole barn that housed his family's electrical business, [the Army Specialist] put a handgun to his head and pulled the trigger. The bullet only grazed his forehead. So he put the gun in his mouth and pulled the trigger again."
Source: McClatchy Newspapers [2007-02-05]

2005-11-11

### Soldier Who Died from Attack had Recently Returned from Iraq Tour

STATESIDE INCIDENT: recently returned vet murdered in drunken fight. A 21-year old recently returned Iraq veteran died of injuries received in a beating -- by a fellow Fort Carson, CO soldier awaiting his impending deployment to Iraq. The victim and a friend had driven at 4am to an apartment complex where the fight occurred. Alcohol was involved.
Source: Associated Press [CO] [2005-11-14]

2005-11-11

### Trial Starts in Slaying of Soldier

STATESIDE INCIDENT: 1 murder, 1 aggravated assault. A 22-year old Fort Carson-based private, who'd served in Iraq with the 3rd Heavy Brigade Combat Team and was training in the hopes of becoming a Green Beret, administered what he called 'Kentucky justice' to a fellow service member: "[striking] a fellow soldier with a fireplace poker, causing him to collapse and die, according to prosecutors." After the incident, he bragged about it to others saying, "This is how we do it in Kentucky.'" The defendant and victim didn't know each other prior to the incident (although the victim was also an Iraq veteran). Apparently, the victim had "made derogatory comments toward [the defendant, his wife, and a friend] while they were smoking on their patio that night" and that's what set him off. After hitting the victim, his friend was also struck by the defendant.
Source: Colorado Springs Gazette [2006-04-05]

2005-11-08

### After Soldier's Suicide, his Family Calls for More Counseling

STATESIDE INCIDENT: 1 suicide. A 20-year old marine lance corporal -- following 9 months combat duty in Iraq -- killed himself 6 weeks after returning home to his family in Oregon. The soldier had gone through the routine 24-hour debriefing process. His family didn't realize he was having any serious problems, but now believes he was struggling with having seen a friend die in combat. They are now pushing for counseling to be mandatory for all soldiers returning from combat. The victim's father said "they teach the soldiers how to fight, but they don't teach them how to live when they come home."
Source: KTVL - Medford/Grants Pass/Klamath Falls, OR [2005-12-05]

2005-11-00

### Soldier fights many battles in "Army of One"

STATESIDE REPORT: Self-reported Iraq veteran suffering from PTSD and "struggling to maintain his diminishing sense of reason." He "lost his father to the Gulf War" when he was 8 years old. He enlisted in the US Army after 9/11 and served in Iraq only to return home afflicted with PTSD.
Source: Lawrence Journal-World, Lawrence, KS [2005-11-13]

2005-10-21

### Fort Hood Observes Domestic Violence Stand Down Day Friday

STATESIDE INCIDENT: Domestic Violence Stand Down Day at Fort Hood. Usually 'stand down' days are a result of escalating problems. The article doesn't give specifics, saying only: "In an effort to break the cycle of domestic violence, Fort Hood Commander Lt. Gen. Thomas Metz has designated Friday as Domestic Violence Prevention Stand Down Day on post. A series of events and training sessions throughout the day is aimed at increasing awareness and to reinforce the post's policy of domestic violence prevention and protection of abuse victims."
Source: KWTX [2005-10-00]

2005-10-17

### Guard Soldier Arrested on Desertion Charge Allowed to Go Home

STATESIDE INCIDENT: 1 charge desertion by suicidal vet, dropped. A 37-year old suicidal Vermont National Guard soldier, arrested on Oct. 3rd for desertion following duty in Kuwait near the border of Iraq, was allowed to return home. Although not violent per se, the soldier's wife had noted that he was suicidal after he'd checked himself into the hospital. His family has specifically stated that he was suffering from PTSD. Following a medical evaluation at his Fort Knox, KY base, a Guard spokesperson said "based on that evaluation, he will be discharged from the military."
Source: Associated Press [2005-10-19]

2005-10-08

### The V.A.'s bad review

STATESIDE INCIDENT: 1 suicide. A 57-year old former Vietnam veteran who served "with the 4th Infantry Division in 1969 and 1970," and was diagnosed with PTSD following the war committed suicide. "At his side were his gun and Purple Heart '[and] a folder of information on how the V.A. planned to review veterans who received PTSD checks to make sure those veterans really deserved the money.' [He] was a member of AMVETS, a service organization for veterans, whose issues were close to his heart. He was also one veteran who sent a clear message back to the V.A. 'The evidence indicated that he committed suicide because he was frustrated and afraid that the V.A. was going to take his benefits away,'" said the cabinet secretary of the state's Department of Veterans Services. [Although this incident is not of an OEF/OIF veteran, the suicide is likely linked to the strains on the system caused by the wars in the Middle East.]
Source: Salon [2005-10-26]

2005-10-07

### Iraq Vet 'Needs Help'

STATESIDE INCIDENT: 1 charge discharging firearm in a municipality after 3-hour police standoff. A 29-year old Army veteran who'd signed up for military service 2 days after the September 11th attacks was arrested in El Paso, TX, after a three-hour standoff in which he fired a 9-millimeter handgun in his apartment. His family said he's suffering from PTSD and that he's fallen through the cracks of the Army mental health system since he returned two years ago to Fort Bliss, TX. The Army medic had received national attention when photographed carrying a terrified, half-naked Iraqi child to safety in March of 2003, becoming a potent symbol of American heroism. His sister says that at first he didn't like the fame it earned him; now, he's hoping "that picture can be associated with post-traumatic stress."
Source: El Paso Times [2005-10-08]

2005-
10-07

### Spc. indicted in ex-girlfriend's death

STATESIDE INCIDENT: 1 charge premeditated murder, communicating threats and obstruction of justice. A 21-year old Army veteran who'd only seven months prior returned from Afghanistan "met to discuss child custody, strangled [the victim, a former girlfriend and their 2-year old child's mother, as well as an Iraqi veteran herself], threw her out of the car and ran her over three times. Honolulu police previously said they had statements [from the defendant that he] drove [the victim?s] rental car back to a spot near Schofield Barracks, and that he returned with a friend hours later and showed where the body was located." Regarding his combat service experience, a witness at the trial was asked, "Did he tell you he got hit a lot (by attackers?),' [the lawyer] asked. "[Yes,] he had, and that before the deployment and marriage to[his new wife], he was a "goofy, cool-type person." Afterward he was serious and wasn't the same person."
*Source: Army Times [2006-04-25]*

2005-
10-04

### Former Marine, Wife Plead Not Guilty in Baby's Death

STATESIDE INCIDENT: 1 murder and assault on a child under the age of 8 resulting in death. A 24-year old two-time Iraq veteran and Camp Pendleton, CA marine together with his wife were charged with the death of their 7 month old son. He was in cardiac arrest when his parents brought him in to the base hospital; court documents reflect doctors were told the boy had fallen out of a baby bouncer. Doctors found brain swelling, multiple skull fractures, bruises on his head and torso, and lacerations to his liver, spleen and kidneys. There was a history of violence in this family; police were called out to the apartment 4 times prior on domestic violence calls. The marine "is on probation for his guilty plea to 2003 spousal abuse charge for an incident in which he admitted in court documents that he "caused injury to my wife." The charge was a misdemeanor. He was to finish 16 weeks of military domestic violence classes, but according to court documents, was deployed to Iraq before completing the course."
*Source: North County Times [CA] [2005-12-27]*

2005-
09-19

### Soldiers Arrested in Farmer Beating

STATESIDE INCIDENT: 2 charges of theft, burglary, and assault. Attempting to steal hogs from an Iowa farm, two recently returned (and soon to be redeployed) Iraqi veterans -- one 21, the other 23 years old -- based out of Fort Riley, SD and part of Company-B of the 101st Forward Support Battalion of the First Brigade, First Infantry Division severly beat two 54 year old farmers who'd caught them in the act. After beating them, the soldiers tied them to a fence; the victims were being treated for injuries that included a broken arm, skull fractures, cuts, broken facial bones and bruised eyes.
*Source: Associated Press [2005-09-00]*

2005-
09-16

### Fort Campbell Soldier Arrested; Charged with Kidnapping, Robbery and Rape

STATESIDE INCIDENT: 1 kidnapping, robbery, and rape. A 25-year old Army Sergeant based at Fort Campbell, TN kidnapped his former girlfriend at gunpoint, forced her to drive to an ATM to withdraw money, and then returned to her home to rape her. After being placed under house arrest, he stole a vehicle and left the post. He was later arrested.
*Source: WTVF - Nashville, TN [2005-09-20]*

2005-
09-16

### General's Family Rules Out Suicide

STATESIDE INCIDENT: 1 suicide. A 53-year old retired brigadier general who'd served in Grenada, Panama, and Iraq committed suicide by shooting himself with a 9mm pistol. When police arrived on the scene, the victim's wife told them he'd been drunk and abusive, although he showed no signs he was thinking about taking his life. "He loaded two pistols, a Beretta and a .380-caliber Walter, and placed them in the bedroom for his personal safety. [?] He was argumentative and thoroughly intoxicated " the level of alcohol later found in his blood, 0.24, was the equivalent of a dozen beers." His wife witnessed the shooting. She had been arguing with her husband and said he was hurting her by his drinking. "I wanted him to stop drinking and come to bed. That's when he said, 'Hurt? I'll show you hurt.'" He pressed the gun to his temple."
*Source: Express-News [San Antonio, TX] [2006-01-01]*

2005-
09-05

### Soldier Arrested, Bail Set in Fatal Double Shooting

STATESIDE INCIDENT: 2 murders. A 22-year old Fort Lewis, WA soldier was arrested and held on $2 million bond in connection with the shooting deaths of a fellow soldier and a woman shot multiple times as they sat in their car outside a tavern. Police suspected the crime was a botched burglary attempt. "[He] came back from a tour in Afghanistan with an obsession for guns, [a witness] said, and went out and bought a 9 mm pistol. He shot it at the range and talked about wanting to use it to shoot at more than targets, [a witness] said. The night of the killings, [he] was excited as he described in graphic detail shooting the two victims."
*Source: The News Tribune [Tacoma, WA] [2006-03-15]*

2005-
09-00

### Iraq War Veteran Who Received Purple Heart Says Army Is Making Him Repay Money

STATESIDE REPORT: Self-reported coping w/PTSD. A 23-year old Army infantryman and Purple Heart recipient reported his PTSD diagnosis in a media interview when describing the military's moves to have him return a portion of his sign-up bonus because his combat injuries prevented him from fulfilling his enlistment contract. Although honorably discharged, and even 'considered for the Bronze Star for bravery in combat' at one point, the government is seeking to have $6,000 of a $20,000 sign-up bonus returned; they've already "repossessed his final paycheck of $2,200." He'd arrived in Iraq in September 2003, and by April of the next year he was "'providing security for the Marines as they were pulling out (of Fallujah) when they just got ambushed,' [he] said. 'My platoon leader lost his leg and his gunner lost his right hand.'" He was wounded in the incident, the "shrapnel is still in his neck." Upon returning home he had insomnia at first, then flashbacks, nightmares, and cold sweats took over.
*Source: Fontana [CA] Herald News [2006-03-26]*

2005-
08-28

### The Sad Reality of War

STATESIDE INCIDENT: 1 charge public intoxication. A 21-year old Marine was arrested after local "residents reported the unclothed man banging on doors. The man was outside shivering in the cold when deputies arrived on the scene at 6:30 a.m. The subject, whose demeanor oscillated between a stony stare and delusional ranting about Iraq, showed deputies multiple pink scars on his inner wrist. The young man told deputies he cut himself in Iraq every time a friend died or he had to kill someone. Friends of the Marine who arrived during the arrest said the soldier has been having a difficult time adjusting to life since his return from war."

*Source: Goleta Valley Voice [CA] [2005-08-00]*

**2005-08-27**

**Soldier's Ma Pleads for Son's Case**

STATESIDE INCIDENT: 1 murder. A 23-year old Army specialist and Afghanistan combat engineer "(assigned to Echo Company, 1st Battalion of the 12th Calvary Regiment, 1st Calvary Division) was charged with first-degree murder by a court in Hamilton, Texas after he stabbed a white male in the lung in an apparent gang brawl." The suspect says he retrieved his blade and stabbed the victim (who died 4 days later) in self-defense.
*Source: Philippine News Online [2005-11-02]*

**2005-08-12**

**Police: Decorated Marine Opened Fire on Noisy Crowd**

STATESIDE INCIDENT: 2 injuries. A soldier named 'Marine of the Year' for his Iraq service was arrested after firing upon a 15-year old girl and 20-year old man leaving a Massachusetts night club. The soldier's wife told police that her husband had been drinking and they'd been arguing shortly before the shooting. The couple have two children. The soldier was being held on $100,000 bail.
*Source: The Boston Globe/Associated Press [2005-08-14]*

**2005-08-12**

**Soldier is Found Guilty in Baumholder Crime Spree**

FOREIGN INCIDENT: robbery by force and violence, Wrongful use/possession of illegal substances, conspiracy to commit robbery, accessory after the fact, AWOL. A 23-year old combat engineer attached to the 40th Engineer Battalion who'd completed one 15-month tour in Iraq and "re-enlisted, wanting to be with his unit as it was set to go to Iraq again," took part in a two-month crime spree with at least 9 other soldiers. Among other things, he "went to Holland on drug runs while other soldiers were preparing to deploy." Following his Iraq combat duty, he was under a lot of additional personal strain as he "found out he was a new father, his parents were getting a divorce and he was no longer with his girlfriend."
*Source: Stars and Stripes - European Edition [2006-04-07]*

**2005-08-03**

**Carson Soldier Kills Wife, Himself**

STATESIDE INCIDENT: 1 murder, 1 suicide. A 35-year old Fort Carson, CO 2nd Brigade Combat Team soldier who 9 days earlier had arrived stateside after being sent into combat in Iraq for a year from a South Korea base, shot his wife five times in the head and neck with a pistol before killing himself with a shotgun blast to the head. The couple were the parents of a toddler; neighbors said the soldier had signed up with the Army in Jan. 2004 for access to health benefits because his wife was expecting a baby.
*Source: Colorado Springs Gazette/The Denver Channel [AP contributed] [2005-08-05]*

**2005-08-02**

**Iraq Veteran Arrested in Killing**

STATESIDE INCIDENT: 1 murder, 1 injury. A 20-year old Iraqi veteran (who'd served in the 4th Infantry Division from Fort Hood, TX and sought treatment for PTSD after his return), was arrested for the shooting death of a man and woman in a Las Vegas alley. The returning soldier was on a 1 am beer run to a 7-Eleven, wearing a black coat with an assault rifle tucked under his arm. The couple had apparently yelled at him to get out of an alley. After firing on them, the young soldier fled the scene and returned to his apartment for more ammunition.
*Source: Las Vegas Review-Journal [2005-08-02]*

**2005-08-01**

**2 Iraq Veterans Stationed at Fort Hood Kill Themselves**

STATESIDE INCIDENT: 1 suicide. A 22-year old Fort Hood Army radio operator-maintainer who?d signed up with the military as a teen, ?was found dead in his apartment by Killeen police, who were alerted after members of his unit tried to contact him when he failed to report to work. ? [T]he cause of death was listed as asphyxiation.? After spending a year deployed in Iraq beginning in March 2004 attached to the 1st Cavalry Division, he was scheduled to return to the combat zone later that fall.
*Source: Associated Press [2005-08-04]*

**2005-07-30**

**2 Iraq Veterans Stationed at Fort Hood Kill Themselves**

STATESIDE INCIDENT: 1 suicide. A 24-year old Fort Hood [Killeen, TX] Army soldier died ?from a self-inflicted gunshot wound. He had been airlifted from his home to a Temple hospital for emergency surgery, but he died while doctors tried to save his life. ? [He?d] served in Iraq from April 2003 to March 2004, and ? was scheduled to redeploy when the division return[ed] to the war zone [later that] fall.?
*Source: Associated Press [2005-08-04]*

**2005-07-28**

**Marine's Military Background is Explored**

STATESIDE INCIDENT: 1 murder, 1 suicide. A 20-year old Marine based out of Camp Lejeune, NC and mysteriously, but honorably, discharged in February, killed his newly-enlisted 18-year old girlfriend with a shot to the back and then turned the shotgun on himself in Washington State.
*Source: Bellingham Herald [WA] [2005-08-03]*

Total records: 184
Page 3 of 6
1 2 3 4 5 6

Home | Insert | Search | Show all | Top

tl_ptsd

Powered by: DaDaBIK



COLLABORATIVE
JOURNALISM    | ... timelines

Search

Home    About Us    Contact Us



## PTSD Timeline

Welcome to the **PTSD Timeline**, a first-of-its kind database of reported OEF/OIF combat posttraumatic stress-related incidents.

Created, collected, fact-checked, updated, and maintained by members of the ePluribus Media community including ilona, JeninRI, standingup, leftylimblog, kfred, Cho, the PTSD Timeline is our attempt to record what some of our troops are experiencing after their return from war. If you have an incident you wish to add please contact us at: **timelines@epluribusmedia.org**. If you can support this work, please consider donating to our effort.

A **spreadsheet-ready** CSV download of our PTSD data is available for a small donation here. Once your donation is processed you will receive an email with download instructions. Please make sure our response email does not end up in your 'Spam' or 'JunkMail' folder!

Related ePluribus Media articles

Blaming the Veteran: The Politics of PTSD by D.E. Ford with Jeff Huber and Ilona Meagher
Part I - Stacking the Deck
Part II - Ration and Redefine
Part III: Malign & Slime

In the Aftermath: A Review of Moving a Nation to Care: Post-Traumatic Stress Disorder and America's Returning Troops by Aaron Barlow

The Stories They Tell: Iraq War Vets Bear Witness A review of Tish Wood's What They Asked of Us by Cho and Ilona Meagher

Corroding Effect a review of Penny Coleman's Flashback by Cho and Ilona Meagher

PTSD Combat blog Ilona Meagher's blog of resources, contacts, and help

◀ Timelines Home | Search

**184 Records Found - Ordered by DATE - Newest to Oldest**

**Page 4 of 6    |    1 2 3 4 5 6**

---

| 2005-07-26 | **Iraq Vet Gets New Combat Action Badge, Commits Suicide in Tacoma 11 Days Later** |
|---|---|
| | STATESIDE INCIDENT: 1 suicide. A 23-year old Iraq combat vet, only 11 days earlier decorated with the Army's Combat Action Badge, shot himself in Tacoma, WA. Army Chief of Staff Gen. Peter Schoomaker himself had awarded this badge following the soldier's 15 months of combat duty; he also received a purple heart and bronze star. A family member said, "The stress of having to kill while in battle really got to him." (Additional information culled from Seattle Weekly: Home Front Casualities at http://tinyurl.com/7esr9)<br>*Source:* New Tribune [Tacoma, WA] [2005-08-07] |
| 2005-07-14 | **Iraq Vet hangs himself in basement 4 months after returning home** |
| | STATESIDE INCIDENT: 1 suicide. A 23-year old Army Spc in the 308th Quartermaster Army Reserve, based in Mt. Pleasant, Iowa hung himself in his basement 4 months after returning from Iraq. His mother reported his haunting memory about an insurgent who executed an Iraqi child in full view of him and other members of his unit. She says he had a lot of nightmares and flashbacks, and his girlfriend reported his waking "up in night sweats, and she had to take him out for a walk at three in the morning." Her son "knew he needed help, but he didn't want to go to the VA." His mother further added that "she really got worried three days before her son died. "He called me at work towards the end of the day," she says. "He was at the mall. He was crying. He was really disoriented. He didn't know what was happening. He was afraid."<br>*Source:* The Progressive [2005-07-18] |
| 2005-07-13 | **Man, Woman Charged With Manslaughter In Soldier's Overdose Death** |

STATESIDE INCIDENT: 1 overdose. A 22-year old FL Army veteran just returned from Iraq was found dead in his home of an overdose; initially, police arrested his estranged wife at the cemetary minutes after burial on suspicions of giving Xanax, an anti-depression drug to him. She was later released following the Medical Examiner's findings showing oxycodone was responsible for the death of the Iraq and Afghanistan vet. Two others are now in custody.
Source: WJXT - Jacksonville, FL [2005-10-03]

| 2005-07-12 | Soldier Charged in Wife's Death |

STATESIDE INCIDENT: 1 murder. A 19-year old Iraqi infantryman based out of Fort Lewis, WA who'd seen action in Mosul and had suffered head injuries after being thrown from a vehicle by a bomb explosion in March for which he received a Purple Heart, stabbed his 18-year old wife to death on base. He had been receiving counseling for behavioral problems.
Source: The Seattle Times [2005-07-15]

| 2005-07-09 | Special Forces Suicides Raise Questions |

STATESIDE INCIDENT: 1 suicide. A 23-year old Iraq veteran attached to the 10th Special Forces Group based at Fort Carson, CO hanged himself in the post barracks about a month after returning from Iraq.
Source: Associated Press [2005-10-05]

| 2005-07-09 | Officials: Marine Arranged Shooting to Avoid Service |

STATESIDE INCIDENT: 1 charge filing false police report. A 19-year old Marine who "feared returning to Iraq persuaded his cousin to shoot him in the leg, then told police he was hit by random gang gunfire." The incident occurred a month after returning to Camp Pendleton following a six-month deployment, one month of which included service in Iraq; he'd also served in Indonesia following the tsunami. Nightmares followed him home, his father said, adding, "Whatever he experienced changed him totally." The Marine has been returned to Camp Pendleton.
Source: USA Today [2005-07-15]

| 2005-07-04 | A Look at Post-Traumatic Stress Disorder |

STATESIDE INCIDENT: 1 domestic assault, violation of restraining order. A 22-year old Iowa Army National Guard Reservist who was deployed to Iraq for a year returned stateside with PTSD. He?d witnessed the death of two friends in combat, and has been wracked with nightmares and uncontrollable rage, unable to hold down a job since his return. ?Last September he was charged with assaulting his ex-girlfriend and spent 30 days in jail for violating a restraining order. Just about two weeks ago he was arrested again. This time for hitting his current girlfriend. He says he blacked out both times.? After receiving help from a former Vietnam veteran who?d recognized the warning signs, he is now receiving counseling, medication, and support through the VA. The soldier is speaking out, hoping to help other returning veterans dealing with PTSD.
Source: CNN - Anderson Cooper 360 Degrees transcript [2005-12-13]

| 2005-06-29 | Investigation Begins into Death at Fort Riley |

STATESIDE INCIDENT: 1 possible suicide (death from natural causes?). A Fort Riley, KS soldier was found dead in his quarters; no foul play is expected. The soldier was assigned to the 82nd Medical Company of the 541st Maintenance Battalion, and had served two stints in Iraq.
Source: FOX 4 News - Kansas City, MO [2005-06-30]

| 2005-06-20 | Soldier Shaken by Death of Brother Ends Own Life |

STATESIDE INCIDENT: 1 suicide. A 19-year old Iowa Army National Guardsman who was distraught at the news of his 22-year old brother's death in Iraq, stepped in front of a highway pickup truck killing himself instantly. He'd been the family's spokesman after the news of the combat zone death -- his brother will be "the first Iowan killed in Iraq to be buried at Arlington National Cemetery outside Washington, D.C." The younger brother was set to be deployed to Iraq himself later in the year.
Source: Des Moines [IA] Register [2005-06-23]

| 2005-06-15 | Questions Arise in Case of Deserter |

STATESIDE INCIDENT: 1 charge credit card fraud, numerous traffic violations, desertion. A 21-year old Marine who'd deserted his base at Camp Lejeune following his return from Iraq was arrested on credit card fraud. The defendant was found to have numerous traffic violations and was wanted on desertion charges. "[He] served in Iraq during the early part of the American-led war that began March 19, 2003 [and] was awarded the Combat Action Ribbon, the Sea Service Deployment Ribbon, the Defense Service Medal and a Presidential Unit Commendation. [He] had joined the Marines soon after graduating from the Full Gospel Bible School in Bay Minette."

Source: Press-Register [Alabama] [2005-07-02]

| 2005-06-04 | Soldier's Journey Ends in Anguish |

COMBAT ZONE INCIDENT: 1 suicide. A 44-year old Army colonel and leading scholar of military ethics (whose dissertation had been on the meaning of honor) committed suicide in a military base trailer near Baghdad airport. Shooting himself once in the head with his service pistol, he became the highest-ranking officer to die in Iraq (at the time). A West Point professor, he'd volunteered for war duty in order to improve his teaching abilities. While in Iraq in charge of training Iraqi police, the Colonel had uncovered possible corruption by US contractors; an investigation followed. "In e-mails to his family, [he] seemed especially upset by one conclusion he had reached: that traditional military values such as duty, honor, and country had been replaced by profit motives in Iraq." In a letter found in his trailer, one question loomed large for him: "How is honor possible in a war like the one in Iraq?"
Source: Los Angeles Times [2005-12-04]

| 2005-06-03 | Husband Violent Only Once Before, Wife Tells Court at Naples |

STATESIDE INCIDENT: 2 counts of assault consummated by a battery. A 34-year old Naval Petty Officer 1st Class "pushed [his wife], pulled her hair and choked her, causing her to temporarily black out," 4 months after returning from Iraq where he served as a bomb dog handler from October 2004 to February 2005. His wife, a Petty Officer 2nd Class testified in court, "Looking into his eyes was like

looking at somebody else. -- It was like he was a possessed person or demon. His eyes were like, I don't know, like evil. -- To me, he was a time bomb waiting to explode." After she'd been choked, she passed out; when she came to, "she saw her husband standing several feet from her, biting his fingernails and crying. When she asked him what had happened, he embraced her, repeatedly saying that he was sorry." She testified, "that her husband returned from Iraq a different man. He was withdrawn and detached from their relationship. He wouldn't eat and showed little interest in his job, which he loved. And, he started talking in his sleep."
*Source: Stars and Stripes [2006-02-08]*

**2005-06-00**

PTSD Among Iraq Vets

STATESIDE REPORTS: Self-reported "22-year old Iraq war veteran" returned in April 2004 from a year's duty in Iraq as a fuel truck driver attached to the Army's 4th Infantry Division with her National Guard unit." Her PTSD symptoms showed when she "huddled in the doorway of a building, crying hysterically as fireworks exploded overhead" during a New Year's Eve celebration. "First she hit the ground, then her alarmed friends led her to shelter until she could pull herself together." She said, "What is considered a bizarre (reaction) in every day life is what keeps you alive in Iraq." Her first traumatic experience "in October 2003 when her base in Baqubah came under attack to which she traces her depression." She dropped "most of her classes in school, is on Zoloft and takes sleeping pills. Her medication is not working and she "is unable to get in to see a [VA] psychiatrist because they are so backed up."
*Source: United Press International [2005-06-10]*

**2005-05-23**

Family questions Army ruling that soldier committed suicide

COMBAT ZONE INCIDENT: 1 suicide. A 21-year-old Army specialist with Virginia National Guard's 3rd Battalion, 116th Infantry Regiment, 29th Infantry Division, based in Manassas, Va., died in Afghanistan from a self-inflicted gunshot wound to the head according to an investigative report issued by the U.S. Army Criminal Investigation Command in Virginia. His mother and other family members would not agree with the ruling. She said that "the Army has told her many conflicting things about her son?s death, starting from the day he died. On that day, the military issued a brief statement saying the soldier died from 'non-combat related injuries.' It's just gone back and forth so many times it's become very difficult for our family to have to endure all these things."
*Source: Associated Press [Marinette/Menominee Eagle Herald] [2006-08-10]*

**2005-05-09**

Searchers Find Blind, Suicidal Iraq Veteran Alive

STATESIDE INCIDENT: 1 attempted suicide, aggravated assault, other charges. A 22-year old blind, severely injured Iraq veteran was rescued after being dropped off at a PA bike trail along the Youghiogheny River and disappearing a day after threatening suicide. After losing his eyesight, left leg, and part of his hearing while defusing a bomb in a dusty Baghdad lot, the Army soldier came back to a hometown parade and a community that hailed him as a hero. But, he suffered from depression and had a couple of run-ins with police -- including a fight with 3 patrons and 2 police officers in a Uniontown bar resulting in his facing trial on aggravated assault and other charges.
*Source: Pittsburgh Post-Gazette [2005-05-11]*

**2005-05-00**

Soldier Who Went AWOL Surrenders

STATESIDE INCIDENT: 1 AWOL. A 20-year old Pfc. who?d spent 9 months absent without leave following a year in Iraq, surrendered to Ft. Hood?s 1st Calvary Division. Before he went AWOL, he?d been interviewed by the DFW Star-Telegram; he stated at the time that ? he was suicidal, having anxiety attacks and nightmares, and exploding in rage at the slightest provocation because of what he experienced on the combat deployment in Iraq.? He?d ?served with a scout unit in Baghdad, honorably and with commendations, according to his records and a fellow soldier quoted in the story. Hounshell went AWOL, he said, because he believed that his unit's leaders were indifferent to his adjustment problems.? He turned himself in ahead of a federal warrant being issued for his arrest.
*Source: Dallas/Fort Worth Star-Telegram [2006-02-11]*

**2005-04-17**

Veteran's memorial website

STATESIDE INCIDENT: 1 suicide. A 30-year old Delaware Air National Guard crew chief committed suicide six days after returning from Uzbekistan. "He was given full military honors at his funeral where he was awarded The Delaware National Guard Medal for services rendered during Operation Iraqi/Enduring Freedom."
*Source: Memory-of Memorial Website [2005-08-21]*

**2005-04-06**

Former Marine Pleads Guilty in Man's Death

STATESIDE INCIDENT: 1 second-degree murder. A 45-year old Marine who'd served in Iraq was sentenced "to a minimum of 13 years and one month and a maximum of 16 years and six months for the 'murder in the shooting death of a family friend who he believed had sexually abused his stepson.' On the day of the incident, the former veteran had heard that his friend, who'd served overseas with him, had acted inappropriately with his stepson. He "called a cab from his 'home, grabbed his shotgun and went to his friend's house" where a cookout was being held 'walked in a room where [he] was sitting, raised his shotgun and shot [him] in his own house' turned and ran out and went back [home]." He called local police afterwards. In the months following the incident, the former Marine's now 8 year old stepson had tried to commit suicide.
*Source: Winston Salem-Journal [2006-03-29]*

**2005-04-01**

Former U.S. Soldier Gets Life Without Parole for Double Murder

STATESIDE INCIDENT: 2 murders. A 30-year old former Kosovo and Iraq war veteran stabbed to death his ex-girlfriend and her sister while they were "baby-sitting at a friend's apartment." At his sentencing for two counts each of first- and second-degree murder, the judge said, "'You continue to remain defiant and without remorse. You do not deserve mercy from this court or from any other court of mankind.' U.S. Army officials said [he] served as an infantryman at Fort Drum, New York, from July 1999 until February 2005. He was deployed to Kosovo from November 2001 until May 2002 and later [served in] Iraq."
*Source: Associated Press [2006-03-27]*

**2005-03-28**

Mentally Unfit, Forced To Fight

COMBAT ZONE INCIDENT: 1 suicide. A 19-year old soldier serving in Ar Ramadi, Iraq with the Army's 1st Battalion, 506th Infantry Regiment, 2nd Infantry Division, based at Camp Greaves, Korea, committed suicide by balancing the butt of his rifle on a cot, putting

his mouth over the muzzle and firing. The Army Pfc. from Anaheim, California, "had talked to fellow soldiers about a dream in which he tried to kill his sergeant before taking his own life, and of kidnapping, raping and killing Iraqi children. Three times, a soldier recounted in a sworn statement, Lee had pointed his gun at himself and depressed the trigger, stopping just before a round fired. ? After the suicide, combat stress team of psychological experts arrived at the outpost. They came not only because of the suicide, but because the flow of American blood in Ramadi was high." The Army private had specifically requested an assignment in Korea so he could see his father's homeland and was stationed there before deployment to Iraq.
*Source: The Hartford Courant [2006-05-14]*

| | |
|---|---|
| 2005-03-00 | **From Hero To Homeless** |

STATESIDE REPORT: Self-reported coping w/PTSD. 25-year old soldier with the Army's 3rd Infantry Division reported his PTSD in a media interview. "The physical war is over. The mental war has just begun." He had hit rock bottom and reached his breaking point during which time he had been found "on the street and in shelters across the country." After returning from Iraq, he was "[u] nemployed, married with three kids, [and] couldn't get a job. ... He started living out of the back of his jeep when most of his clothes and all of his military medals were stolen at a homeless shelter."
*Source: CBS News [2005-03-25]*

| | |
|---|---|
| 2005-02-28 | **Veteran's memorial website** |

STATESIDE INCIDENT: 1 suicide. A 26-year old Marine who?d personally been reenlisted by the Secretary of the Navy, Gordon R. England, at the peak of Mount Suribachi above Iwo Jima the year before, committed suicide. At the time of his reenlistment, the intelligence clerk in the 3rd Materiel Readiness Battalion said, "The experience was definitely a chance of a lifetime and a great feeling; Not many Marines or Sailors can say they were re-enlisted on top of Mount Suribachi by the Secretary of the Navy. Also, knowing who and what I was representing at such a level was a good feeling in itself. It was definitely an honor to be in that position."
*Source: Memory-of Memorial Website [2005-04-20]*

| | |
|---|---|
| 2005-02-11 | **Vietnam, Iraq Wars Cited For Minister's Suicide** |

STATESIDE INCIDENT: 1 suicide. A 62-year old decorated Vietnam war veteran and minister who'd lost both legs to a landmine, shot himself in his WA church office after calling 911. He'd left a suicide note apologizing to his wife and kids for not being stronger. "35 Marines died today in Iraq, only slightly more noticed than my legs," the former second lieutenant and Purple Heart/Bronze Star recipient. His wife said he was anxious about the soldiers coming home. Six months following the Iraq war, he'd given a sermon about having faith in what the government was doing; half a year later he offered a different view -- one that divided parishioners in the conservative farming town. He told the congregation he was no longer sure the country was doing the right thing. His daughter said: "I underestimated the power of the war to take his life and I really feel that though my dad's been in Wenatchee, the war in Iraq killed him."
*Source: Seattle Post-Intelligencer [2005-02-22]*

| | |
|---|---|
| 2005-02-03 | **At Fort Bragg, Another Violent Suicide** |

STATESIDE INCIDENT: 1 suicide. 2 attempted murder. A 34-year old Special Forces soldier who?d served in Afghanistan shot himself ? at his ex-wife's home near the North Carolina base. He first shot her boyfriend several times, then shot her in the arm.? He?d served in combat in Afghanistan from September 2002 to March 2003.
*Source: United Press International [2005-02-11]*

| | |
|---|---|
| 2005-01-20 | **Former California Marine Arrested in Kidnapping of Wal-Mart Clerk** |

STATESIDE INCIDENT: 1 aggravated kidnapping/murder. A 24-year old former Marine who'd served in Iraq in 2003 yet received a bad conduct discharge for allegedly using marijuana, abducted a 19-year old Texas Wal-Mart clerk after she'd gotten off from work later shooting and killing her. "Police said she was killed at the hands of a man who went on a multistate crime spree before he turned up Friday at an Arizona hospital with a gunshot wound. [He] kept heading west as he continued his crime spree, attempting a robbery at an Arizona RV park, but was foiled by a store worker who fired the shot that landed [him] in the Arizona hospital where he was treated and then taken into custody." Prior to this incident, the defendant had been arrested for possession of cocaine and was involved in another armed robbery. "Something happened to my son," the suspect's mother told Dallas television station KDFW, saying he had trouble adjusting to civilian life after serving in Iraq. "Some of the things that he endured I may never know. But it changed who he is and for that I'm sorry."
*Source: Associated Press [2005-01-21]*

| | |
|---|---|
| 2005-01-16 | **Soldier OKs Manslaughter Plea in Woman?s Fatal Shooting** |

STATESIDE INCIDENT: 1 unintentional murder (plead guilty to 1st degree manslaughter). A 25-year old Army soldier recovering from injuries received in combat in Iraq unintentionally killed a woman living at the house he was visiting. The victim had been hit by a bullet that went through a wall of the house; the soldier apparently shooting at a poster on the other side.
*Source: The News Tribune [Tacoma, WA] [2005-11-16]*

| | |
|---|---|
| 2005-01-09 | **Cop, Gunman Dead** |

STATESIDE INCIDENT: 1 murder, 1 suicide (by police fire). A 19-year old combat veteran and Marine who'd told family members he didn't want to return to Iraq fired on Modesto police officers in an apparent premeditated ambush. Before being shot and killed himself, he'd shot dead one and critically injured another police officer in the 3-hour gun battle. The Camp Pendleton, CA-based Marine had served in Fallujah and returned stateside only 4 months prior. On the day of the incident, he'd told fellow soldiers at his base that he was going out for something to eat and never returned. In the police shoot-out, officers estimated that the Marine, using an SKS assault rifle similar to the weapon he was trained to use in the military, had fired more than 60 rounds before his gun went silent.
*Source: Modesto Bee [CA] [2005-01-12]*

| | |
|---|---|
| 2005-00-00 | **Life After War** |

STATESIDE REPORT. Self-reported coping w/PTSD. Sgt copes with recurring memories of bloody body parts on the road, being eye-to-

eye with a suicide bomber sent him to resources at Ft. Irwin shortly after return. He still dislikes crowds and has some nightmares.
He still might swerve across four lanes to avoid potential IEDs in garbage bags or the like.
*Source: Desert Dispatch, Barstow, FL [2006-08-03]*

2004-
12-26

**MP from 29 Palms shot after killing prostitute**

STATESIDE INCIDENT: 1 murder. A 22-year old Twentynine Palms Marine decorated for former combat duty and a military police
officer "was shot and killed by a police officer early Sunday morning after allegedly murdering a trans-gender prostitute. . [P]olice
believe [he] picked up a transgender prostitute he thought was a female, but was actually a male." A citizen reported the crime, and
the Marine fled the area. A high-speed helicopter police pursuit ensued. "When [he] stopped his car, he got out but refused to
comply with officers' orders. They fired a non-lethal weapon (such as a gun with bean-bag bullets) at him, but that failed to stop
[him]." He was said to have run towards the officers with a drawn handgun; an officer shot him (although other reports state there
was confusion over if the suspect or the officer fired the shot that killed the Marine.
*Source: Hi-Desert Star [Yucca Valey, CA] [2004-12-28]*

2004-
12-14

**Man Gets 15-30 Months in Prison for Staged Shooting of Soldier**

STATESIDE INCIDENT: 1 aggravated assault, conspiracy, and a weapons violation. A 24-year old Fort Bragg, NC supply specialist who'd
spent 7 months in Iraq was distraught about having to return to combat duty and wanted to stay with his family. With the help of his
wife and a civilian (the wife's cousin), he drove to a wooded area in northwest Philadelphia, where the civilian shot the soldier once
in the back of the leg with the wife's .22-caliber pistol. The combat veteran had seen some of his friends KIA in Iraq and was worried
about returning.
*Source: Associated Press [2005-09-17]*

2004-
12-06

**Over My Dead Body**

STATESIDE INCIDENT: 1 suicide. A 25-year old Iraqi vet based out of Fort Riley, KS, husband and father of two, abruptly left his family
and went AWOL -- only to return to base after his wife begged him to. Hours after telling her he would not go back to Iraq, and that
she'd be better off without him, he was found hanging in his barracks. Consumed by nightmares, he'd told his stepfather that he'd
had to kill during his service, and that he was torn up about it. He and his wife argued about not understanding what he went
through -- the police stepping in twice before his suicide. He was being treated by a psychiatrist for PTSD at the time of his death.
*Source: St. Petersburg Times [2005-02-13]*

2004-
12-00

**Soldier Charged In Son's Shaken Death Must Pay For Funeral**

STATESIDE INCIDENT: 1 involuntary manslaughter, child abuse. A 25-year old Iraq veteran and former Army sergeant pled no contest
to the charge of involuntary manslaughter of his 3-year old son. ?A violent shaking in 2002 left [his son] blind. He never walked or
talked? again. ?[He?d] told a social worker at a hospital in 2002 that he might have picked the baby up too hard and noticed [his son?
s] head flop back and forth?? In 2004, he was convicted of child abuse, put on probation, and yet was allowed to continue his military
career. ?Military officials have admitted that [he] should have been kicked out after his child-abuse conviction in March 2004.
Federal law and military policy ban soldiers convicted of domestic violence?from being sent overseas, because they can't legally carry
a gun.? In the end, he was sentenced to an additional year of probation and ordered to reimburse his son?s $1000 funeral expenses
paid by the victim?s grandmother. In his ruling the judge said: ?Some people will look at your defendant as a baby killer; others will
say he is the authentic American hero; [a]t this point ... it appears to not be in the interest of justice to put him in prison."
*Source: News & Observer [2006-01-20]*

2004-
12-00

**The War Within: Female Soldier's Struggle with Posttraumatic Stress**

STATESIDE REPORT: Self-reported coping w/PTSD. A 30-year old Purple Heart recipient and "staff sergeant in the U.S. Army Reserves,
[who'd] served in Iraq for a year," reported her PTSD diagnosis in a media interview. "[H]er unit was a transportation company, 'one
of the deadliest jobs in the Army right now.'" A truck she was riding in "was hit by an IED. Her flak jacket protected her chest but not
her right arm, which was hit with multiple shrapnel wounds. She had two surgeries and underwent physical therapy. But after a
recuperation period in the States, during which she demonstrated she could fire a gun again, the Army shipped her back to Iraq."
After she came home for good, she "took a vacation but found herself looking into every car, to see what was inside. She became
unnerved at social gatherings or in crowds. She was defensive and angry with her family. "People were saying, 'You're so mean. Why
are you so mean?' she says. "I was like, I don't know." Eight months after getting home, she finally sought help and began counseling.
"[S]he stays busy with her full-time job and school schedule. 'I literally make myself so exhausted that I have to sleep,'"
*Source: Lancaster [PA] New Era [2006-04-27]*

2004-
11-05

**Wounds Unseen Prove Just as Deadly to Troops**

STATESIDE INCIDENT: 1 suicide. An Army Captain fatally shot himself in the chest a year after returning from Iraq. Before his return
home to Fort Sill, OK, "he expressed concerns about emotional conflicts to a doctor in Germany. The doctor referred him to a
counselor. But on-post counselors were so understaffed that they couldn't see him before he left five days later." At Fort Sill, the
Captain sought medical help but was discouraged that appointments were sometimes a month away. The family contacted Tricare, a
program that lets military families use civilian medical care, and were told the only outside therapy available was "family therapy."
They took it." A week prior to his death, he'd received an off-post PTSD diagnosis. The victim's wife, who also served in the Army,
testified in July before the Senate Veterans Affairs Committee. "We were both officers. These were things we should have known but
didn't. We hadn't been made aware of what to look for," his wife said in a phone interview. "There had been no debriefings for family
members or forced evaluations in Germany. The post-deployment evaluation was more a check-of-the-box and move on."
*Source: The Dallas Morning News [2005-12-04]*

2004-
10-14

**Fort Riley Soldier Arrested in Killing**

STATESIDE INCIDENT: 1 murder. A 22-year old Fort Riley, KS soldier was arrested for the murder of a Chicago store manager in an
armed robbery. The Army Specialist was attached to the 1st Battalion, 34th Armor, 1st Brigade, 1st Infantry Division. He'd returned
to the United States a mere one month earlier after serving a year in Operation Iraqi Freedom.
*Source: Topeka Capital-Journal [2004-10-19]*

**Total records: 184**
**Page 4 of 6**
1 2 3 4 5 6

Home | Insert | Search | Show all | Top

tl_ptsd ▼

**Powered by: DaDaBIK**



tc1m



COLLABORATIVE
JOURNALISM          | ... timelines

Home     About Us     Contact Us

Search

## PTSD Timeline

Welcome to the **PTSD Timeline**, a first-of-its kind database of reported OEF/OIF combat posttraumatic stress-related incidents.

Created, collected, fact-checked, updated, and maintained by members of the ePluribus Media community including ilona, JeninRI, standingup, leftylimblog, kfred, Cho, the PTSD Timeline is our attempt to record what some of our troops are experiencing after their return from war. If you have an incident you wish to add please contact us at: **timelines@epluribusmedia.org.** If you can support this work, please consider donating to our effort.

A **spreadsheet-ready** CSV download of our PTSD data is available for a small donation here. Once your donation is processed you will receive an email with download instructions. Please make sure our response email does not end up in your 'Spam' or 'JunkMail' folder!

Related ePluribus Media articles

Blaming the Veteran: The Politics of PTSD by D.E. Ford with Jeff Huber and Ilona Meagher
Part I - Stacking the Deck
Part II - Ration and Redefine
Part III: Malign & Slime

In the Aftermath: A Review of Moving a Nation to Care: Post-Traumatic Stress Disorder and America's Returning Troops by Aaron Barlow

The Stories They Tell: Iraq War Vets Bear Witness A review of Tish Wood's *What They Asked of Us* by Cho and Ilona Meagher

Corroding Effect a review of Penny Coleman's *Flashback* by Cho and Ilona Meagher

PTSD Combat blog Ilona Meagher's blog of resources, contacts, and help

◀ Timelines Home  |  Search

**184 Records Found - Ordered by DATE - Newest to Oldest**

**Page 5 of 6    |    1 2 3 4 5 6**

---

2004-10-09

**Soldier Just Back From Iraq Hangs Himself In Jail**

**STATESIDE INCIDENT: 1 domestic assault, 1 suicide.** A 37-year old Fort Eustis, VA soldier (returned only the month earlier) from Iraq hanged himself in jail over the weekend. "Police say [he] hanged himself with a bedsheet early Saturday in the Virginia Peninsula Regional Jail in James City, about 12 hours after being arrested on a charge of assaulting his wife at their York County home. ... [I]n the four weeks since his return, deputies responded to about six complaints against McKeehan by his wife and a neighbor."
*Source:* Associated Press [2004-10-12]

2004-09-24

**Kingston GI Brought Home Hidden Injuries**

**STATESIDE INCIDENT: 1 suicide.** A 23-year old Army communications specialist who'd served a 10 month tour in Afghanistan committed suicide 3 weeks after his return home to his family. Only after his suicide did his mother find out he'd sleep for 18 hours a day at his base in Fort Bragg, that he had nightmares, lost weight, and that his personality had changed. When he left the base, he didn't tell his parents any of this; two days after returning home, he kept a VA hospital appointment related to back pain problems. A day later, he told his parents he was going to visit a friend. 19 days later they found him dead in his car following a cross-county odyssey; he'd stabbed himself once in the heart.
*Source:* Rockford Register Star [IL]/Daily Chronicle [2006-04-16]

2004-09-13

**Killers On and Off the Battlefield?**

**STATESIDE INCIDENT: 2 murders.** Two 23-year old infantry battalion sergeants were arrested for the shooting, premeditated murder,

deaths of two fellow soldiers over fears they would be turned in to civilian or military investigators for a Kansas farm drug operation. All soldiers were attached to the 1st Battalion, 34th Armor, 1st Brigade, 1st Infantry Division, 2/3 of which had recently returned to Fort Riley from their second tour of duty in Iraq (where 4 others had been court-martialed for the deaths of Iraqi civilians).
*Source: Chicago Sun Times [2005-02-12]*

| 2004-09-13 | Killers On and Off the Battlefield? |

STATESIDE INCIDENT: 2 murders. Two 23-year old infantry battalion sergeants were arrested for the shooting, premeditated murder, deaths of two fellow soldiers over fears they would be turned in to civilian or military investigators for a Kansas farm drug operation. All soldiers were attached to the 1st Battalion, 34th Armor, 1st Brigade, 1st Infantry Division, 2/3 of which had recently returned to Fort Riley from their second tour of duty in Iraq (where 4 others had been court-martialed for the deaths of Iraqi civilians).
*Source: Chicago Sun Times [2005-02-12]*

| 2004-08-28 | Soldier Kills Himself After Arrest on Child-sex Charge |

STATESIDE INCIDENT: 1 suicide, sexual assault on a child, enticement of a child, and possession of an illegal weapon. A 40-year old Army Special Forces soldier and Iraq vet based out of Fort Carson, CO committed suicide a week following his arrest "in an Internet sting after allegedly trying to arrange sex with a teen-age girl...[He] was also under investigation by the Army in the theft of government cash in Iraq."
*Source: Associated Press [2004-09-03]*

| 2004-08-18 | Death Rocks Counselors Who Work With Soldiers Returning from War |

STATESIDE INCIDENT: 1 suicide. A 48-year old New Hampshire National Guardsman died of a self-inflicted gunshot wound a mere day after returning home from Iraq.
*Source: Union Leader [New Hampshire] [2004-08-29]*

| 2004-08-00 | Special Forces Suicides Raise Questions |

STATESIDE INCIDENT: 1 suicide. A 40-year old Special Forces Seargant based out of Fort Carson, CO shot himself six weeks after he returned from Iraq. He had recently been arrested for allegedly arranging to have sex with an undercover officer who had posed on the Internet as a 13-year old girl. He was married, and the father of two.
*Source: Associated Press [2005-10-11]*

| 2004-07-04 | Iraq Vet Sentenced For Slaying |

STATESIDE INCIDENT: 1 murder, using a firearm while committing a violent crime. A 24-year old member of the Army National Guard with an otherwise clean record, and following a year of combat duty in Iraq, shot to death a friend. The incident occurred only a few months after the vet's return home. The former school friends had argued and physically fought earlier in the evening; the soldier returned later, that meeting resulting in the victim being shot nine times with a 9mm pistol, hitting five times including twice in the back.
*Source: Associated Press [2005-10-01]*

| 2004-06-25 | Remorse ... prison |

STATESIDE INCIDENT: 1 charge involuntary manslaughter/murder. A 23-year old Marine who'd "returned from Iraq shortly before the attack and had post-traumatic stress disorder" was sentenced to "two to 15 years' imprisonment in the beating-death of a man outside a bar." Six other Central Michigan University football players were also facing trial for this incident in which the victim was beaten and died 19 days later. The former Marine involved received "a shorter sentence than two co-defendants because of his military service and lesser role in the beating."
*Source: The Morning Sun [Mt. Pleasant, MI] [2006-04-12]*

| 2004-06-22 | Parents Mourn Son's Suicide After Returning From Iraq Duty: "He's a Casualty of War" |

STATESIDE INCIDENT: 1 suicide. A 23-year old Marine Reserve who fought in the battle of Nasiriyah hung himself a year after returning home from military duty. In late May 2004, his parents had involuntarily committed him to a military veteran's hospital after he ignored pleas to seek help. The hospital discharged him after a few days. Three weeks later, he was dead -- the dog tags of two Iraqi prisoners he said he was forced to shoot unarmed, lay on his bed.
*Source: Democracy Now! [2004-08-11]*

| 2004-06-22 | Post-Traumatic Stress Disorder: Number of Cases on Rise |

STATESIDE INCIDENT: 1 suicide. A 36-year old Persian Gulf War combat veteran, who'd served in Saudi Arabia and Iraq, committed suicide following a 13 year struggle with PTSD. "But in the end, he shot and killed himself last year while sitting in his truck behind a sandwich shop not far from his northwest Las Vegas home. His mother blames the Army and the Veterans Administration for not giving him the proper care soon enough." Her son suffered with nightmares and flashbacks of combat incidents he experienced. She blames long waits, shuffling from one doctor to another, prescribing medications that did more harm than good, and monthly appointments with a physician's aide rather than weekly appointments with a psychiatrist for her son falling through the cracks. "[T] here should have been more focus from the VA's mental health professionals on her son's case. If it had been paying attention, she wonders, then why did the VA call her two months after he died to tell her he missed his meetings?"
*Source: Las Vegas Review Journal [2005-09-25]*

| 2004-06-02 | Soldier Arrested After Police Find Wife's Body in Van |

STATESIDE INCIDENT: 1 murder. A 39-year old former wounded Iraqi supply seargent in the Army Reserves based out of Portland, OR, after having just returned from Iraq a few months prior, was arrested for first degree murder and held on $250,000 bond. His wife's body was found in a van near their apartment - a fatal bullet shot through her throat. The couple's 7-year old daughter was in the custody of Child Protective Services.
*Source: Associated Press [2004-06-02]*

2004-
05-27

**Stretched Thin -- Concern Mounts Over Soldiers' Mental Health Care**

STATESIDE INCIDENT: 1 suicide. A 33-year old staff sergeant (based out of Fort Jackson, SC), state trooper, and Gulf War I vet returned from a year's deployment in Iraq afraid of seeking psychological help because of what it might mean for his career. His wife, nonetheless persuaded him to call an Army program that helps soldiers find treatment; but, he lied on the phone, answering 'no' when asked if he thought of harming himself. Just a few hours later, with his stepdaughter playing outside, the National Guardsman shot himself in the heart only 5 weeks after returning home as his wife rushed to try to knock the gun out of his hand.
*Source:* Associated Press [2004-12-28]

2004-
04-24

**A Bitter Homecoming**

STATESIDE INCIDENT: 1 charge aggravated assault, simple assault, possession of an instrument of crime and reckless endangerment. A 23-year old Iraqi combat veteran based out of Camp Lejeune, NC who'd served in al-Nasiriyah and Tikrit attached as a specialist to the 4th Marine Infantry Division, was arrested for firing a shot at a Philadelphia University District 'Ambassador' - one of 35 unarmed officers who pedal around school neighborhoods assisting students and watching out for disturbances. The incident occurred on a Friday night, and drinking may have been involved.
*Source:* City Paper [Philadelphia, PA] [2004-06-06]

2004-
04-21

**Fort Lewis Soldier Arrested for Allegedly Killing His Wife**

STATESIDE INCIDENT: 1 murder. A 31-year old Army sergeant based at Fort Lewis, WA, who'd returned just weeks earlier from Iraq, drowned his wife in the bathtub of an apartment they'd begun sharing. On April 10th, the woman had gone to authorities and told them her husband had pushed her and threatened to kill her; two days later she'd obtained a temporary restraining order. Apparently, they'd been fighting due to an affair he'd had with a fellow soldier in Iraq. The couple had a 9 year old son.
*Source:* KOMO News [Seattle/Tacoma, WA] [2004-04-21]

2004-
04-13

**Ft. Campbell Soldier Robs Iowa Bank**

STATESIDE INCIDENT: 1 charge armed robbery. A 38-year old Fort Campbell, KY soldier who told police officers he "just couldn't take it anymore" and wanted to be locked up walked into a southeast Iowa bank, fired a large caliber handgun into the air, and demanded cash. He had only recently returned from Iraq as a member of the U.S. Army's 101st Airborne Division (the division had lost 58 Fort Campbell soldiers in Iraq in 2003). After he left the bank, he climbed into his pickup truck and drove to the police department, where he turned himself in.
*Source:* Associated Press [2004-06-13]

2004-
04-01

**Soldier Gets 5-Year Sentence**

STATESIDE INCIDENT: 7 counts distribution of crack. A 37-year old Army sergeant who'd had an exemplary 17-yr military career serving in both Operation Desert Storm and in the Iraq war, "admitted to selling crack to undercover officers on seven separate occasions..." He had returned from Iraq a mere 2 mo. before beginning his downward spiral. He said his father was dying at the time, and he lost his fiance. He suffered the after-affects of his time in Iraq. 'I saw some very, very strange things. I lost some friends,' he said. [H]e began drinking and then borrowed money from his cousin to repair a faulty transmission on his Jeep. It was this renewed relationship which led him to take part in the distribution of the illegal drug to undercover officers. His Army colleagues described him as a 'patriot, father and religious man.' [H]e mentored troubled soldiers. 'He was consistently on the lookout for soldiers who were headed down the wrong track. He displays daily the Army values. ... I would gladly deploy to Iraq with him. I would put my life in his hands,' they said. Sadly, he'd 'rejoined the Army and was enjoying success when the crack investigation caught up."
*Source:* Press-Register [Mobile, Alabama] [2006-04-14]

2004-
04-00

**Wave of Mental Problems Follows GIs Home**

STATESIDE INCIDENT: 1 count felony child abuse. A soldier in the 82nd Airborne Division based at Fort Bragg, NC, was charged with felony child abuse in the severe beating of his 2-year old daughter. Authorities said alcohol did not appear to be a factor, the Fayetteville Observer reported. He had been in Iraq for a month earlier this year. It was not clear why his tour was so short.
*Source:* United Press International [2004-05-13]

2004-
03-21

**The War Comes Home: Rifleman Couldn't Take Any More**

STATESIDE INCIDENT: 1 suicide. A 22-year old Marine combat rifleman hanged himself with is own belt in his apartment, from his bathroom showerhead, two months after being honorably discharged. The ?young corporal -- who had served in Pakistan, Afghanistan, Somalia and Djibouti and had been part of the first Marine presence in Iraq last year?was struggling with guilt, said his father?At one point he told [him], 'You know, Dad, it's really hard -- very, very hard -- to see a man's face and kill him.'? Although he sought some counseling, he didn?t stick with it. His mother ?says her son's gone from military to civilian life was too quick,?There should have had more one-on-one talks with other vets. There should have been more realizing that you just can't kick loose these young boys after what they've experienced and seen.?
*Source:* Seattle Post-Intelligencer [2004-08-13]

2004-
03-18

**Reservist Commits Suicide After Return**

STATESIDE INCIDENT: 1 suicide. A 6-times decorated executive officer of the Army Reserve's 909th Forward Surgical Team having returned from combat duty in Afghanistan shot and killed himself. He was upset that he couldn't afford to pay for an attorney to fight for the City of Columbus, OH promised promotion and raise offered him in September 2002 before he left to serve. When he returned, the higher-level job had been filled and he was forced to resume his old job, which pays $4,000 less per year.
*Source:* Associated Press [2004-03-19]

2004-
03-14

**Exclusive: Green Beret's Strange Suicide**

STATESIDE INCIDENT: 1 suicide. A 36-year old Army Special Forces Chief Warrant Officer and Iraq vet based out of Fort Carson, CO committed suicide a mere three weeks after returning home to his wife and three children. Earlier the day of the incident, he?d fallen asleep on the couch after feeding his 7-month old daughter. Later that evening, however, ?a 911 dispatcher received a call

from [his wife]: "My husband just hit me, and he's going downstairs to get his gun." [She] hung up and slipped out a door, but her husband cornered her between the garage and their truck parked in front of it. He took a .357-caliber revolver from his waistband and pointed it in her face. "You are going to watch this. You are going to watch this," [he] said to his wife -- meaning watch as he shot her in the face. Police were approaching through a neighbor's yard. [The wife] knocked his hand up and away. In the next moment, [he] put the gun to his temple and pulled the trigger.? While in Iraq, his Special Forces A-Team deployed in Samarra was under ? relatively constant and extreme duress, including frequent combat.?
*Source:* United Press International [2004-05-11]

2004-
03-07

### Marine Suicide in Kuwaiti Chapel

COMBAT ZONE INCIDENT: 1 suicide. An 18-year old Marine was found dead of a gunshot wound to the head while deployed in Kuwait. He was found in a chapel, military investigators listing it as a suicide.
*Source:* Associated Press [2006-02-15]

2004-
02-11

### Man Gets Life for Murder of Marine Girlfriend

STATESIDE INCIDENT: 1 murder. A 25-year old Marine from Camp Pendleton, CA "broke his Marine girlfriend's neck and left her to drown in a bathtub containing 10 inches of water." He apparently was upset that she'd been going out dancing with friends and without him -- even following them one time wielding a baseball bat. The couple met while on base and became an item while serving in Iraq.
*Source:* North County Times [San Diego, CA] [2005-09-30]

2004-
02-00

### US Soldier's Rape Sentence Cut Due to Iraq Stress

FOREIGN INCIDENT: 1 rape. A 27-year old US paratrooper "who raped a Nigerian woman in Italy was given a lighter sentence because the court deemed his tour of duty in Iraq had made him less sensitive to the suffering of others." He'd served a year in Iraq, and committed the rape just three days after leaving. The judges reduced his sentence explaining, "For about a year, [his] professional role ... was not just to kill and capture the enemy, but also to avoid unpredictable ambushes set using all kinds of methods." The prolonged psychological stress to which the accused was subjected and the lowered importance he ended up giving to the life and wellbeing of those around him can only have influenced the committing of the crimes." The soldier beat, handcuffed, raped his victim extensively, and then left her to walk the streets naked seeking help.
*Source:* Reuters [2006-03-07]

2004-
01-17

### Pentagon Counts the Psychological Cost of Iraq War as Survey Reveals Suicide Levels

STATESIDE INCIDENT: 1 suicide. A 28-year old Army Specialist who?d recently re-enlisted ?walked out of the 101st Airborne base at Fort Campbell, Kentucky, checked into a motel room, and put a Do Not Disturb sign on the door. The police discovered his body four days later, along with containers of household poison. Seeley was 28.? He?d come from a long line of veterans (his grandfather having fought in WWII, his father in Vietnam) and joined the Army himself in 2001 ? before September 11th ? after saying he needed ?a change.?
*Source:* The Guardian Unlimited [2004-03-29]

2004-
01-12

### Behind the Walls of Ward 54, 45-year old Army Spec commits suicide

STATESIDE INCIDENT: 1 suicide. A 43-year old Army Spc., who?d been evacuated from Iraq due to debilitating back pain, hung himself with the sash of his bathrobe while getting treatment for PTSD at Walter Reed Army Medical Center. ?[He?d served] with the 544th Military Police Company, a unit of the Puerto Rico National Guard, the kind of unit that saw dirty, face-to-face combat in Iraq. ? [A] doctor who treated him in Puerto Rico upon his return from Iraq [wrote:] "Clearly, the psychiatric symptoms are combat related ? Outcome will depend on adequacy and appropriateness of treatment." He was sent to Walter Reed, where he was put in the psychiatric ward (Ward 54) ?where the most troubled patients are supposed to have constant supervision. ? But less than a month after [arriving, he] was found dead, hanging in Ward 54. Army buddies who visited him in the days before his death said [he] was increasingly angry and despondent. ?He was real upset with the treatment he was getting. ? He said: 'These people are giving me the runaround ... These people think I'm crazy, and I'm not crazy ... I'm getting more crazy being up here.'"
*Source:* Salon [2005-02-18]

2004-
00-00

### Man is Charged in 3 Sex Assaults

STATESIDE INCIDENT: 9 felony counts including forcible rape, forcible sodomy, assault and unlawful use of a weapon. A 35-year old Fort Riley, KS Army soldier who'd recently returned from military duty in Iraq was charged with "cutting, choking, and sexually assaulting three Kansas City women," DNA testing confirming his involvement in one incident. The assaults were spread out from June, August, and November 2004 with at least two of the victims being prostitutes.
*Source:* Kansas City Star [2006-01-05]

2004-
00-00

### Iraq Vet and NJ Native Tells His Story

STATESIDE REPORT. Self-reported coping w/PTSD. National Guard Medic. A NJ native and National Guard member called up 10 days after 9/11 and then called up for Iraq in Nov 2003. ?A person?s humanity is the first thing to go in combat and it is not something that is easily regained.? He is in the process of going through a medical discharge. He has been diagnosed with PTSD and suffers from nightmares, insomnia, flashbacks, and panic attacks. He also has hearing loss from explosions and gunfire. While serving in Iraq he experienced patrolling for IEDs and witnessed an unintentional shooting of civilians.
*Source:* City Belt [Hudson, NJ] [2006-07-17]

2003-
12-01

### Adopted Paratrooper Originally from Honduras Dies in Iraq

COMBAT ZONE INCIDENT: 1 suicide. A 19-year old Army paratrooper with the 82nd Airborne Division, Battery B, 2nd Battalion, 319th Airborne Field Artillery Regiment who?d planned to attend college after his service was found dead of a non-hostile gunshot wound. Adopted as a young boy from a small Honduran village, he dreamed of returning to build and orphanage so that other kids might have a better life as he did. His family has vowed to make the dream come true, and has created a foundation in his honor.
*Source:* Hartford Courant [2003-12-20]

| 2003-12-02 | **Behind the Walls of Ward 54: 25-year old Army Spec discusses PTSD** |

COMBAT ZONE/STATESIDE REPORT: Self-reported hospitalised for PTSD. A 25-year old Army Spc., who?d ?served in Iraq with the 1st Brigade, 1st Armored Division, from May until December 2003? was evacuated from Iraq due to severe combat stress and admitted to a treatment program at Walter Reed?s outpatient clinic. He was not impressed with the counseling he received at the time saying, "They started asking me questions about my mom and my dad getting divorced. That was the last thing on my mind when I'm thinking about people getting fragged and burned bodies being pulled out of vehicles. ? They asked me if I missed my wife. Well, ? yeah, I missed my wife. That is not the ? problem here. Did you ever put your foot through a 5-year-old's skull?" He made two suicide attempts while at Walter Reed.
*Source: Salon [2005-02-18]*

| 2003-11-27 | **Iraq Vet Takes His Own Life on Thanksgiving Day** |

COMBAT ZONE INCIDENT: 1 suicide. A 23-year old Army Sgt. based out of Fort Riley, KS committed suicide while serving in Iraq with the 1st Battalion, 5th Field Artillery Regiment, 1st Infantry Division. The day this troop died of a gunshot wound to the head in his Junction City, Iraq barracks, "he had just received word that he was being promoted to sergeant, his mother said. "I was so proud of him," [his mother] said. "I loved him dearly for his compassion. He definitely won't be nominated for sainthood, but he was a compassionate, loving person."
*Source: Honor the Fallen Memorial Page by MilitaryCity, AP [2003-12-09]*

| 2003-10-23 | **Dad Says Soldier's Arrest Was a 'Mix-up'** |

STATESIDE INCIDENT: 1 charge AWOL. A 26-year old Army soldier based out of Fort Stewart, GA who'd returned from Iraq following wounds received in combat was arrested for not reporting back to his unit. He "was serving with the Army's 3rd Infantry, 1st Battalion-Mechanized Division near Baghdad when the armored vehicle he was in, a missile transporter known as a CAT, came under enemy fire. His leg was broken in two places when the vehicle overturned and he was pinned beneath the payload of weaponry. Three other soldiers in the vehicle were killed." The soldier's father said his son was "being chaptered out of the service for medical reasons and did not know he was supposed to return. 'They kept giving us the runaround,' [the father] said. '[He] thought he was out (of the Army), and I thought he was out.' [The father said his son's] experience of losing three friends, one of them his best friend since the day they joined the Army together, had deeply affected his son. 'It would affect anybody,' he said."
*Source: Palatka Daily News [FL] [2003-10-29]*

| 2003-10-23 | **Fort Stewart Iraq Vet Arrested on Desertion/AWOL Warrant** |

STATESIDE INCIDENT: 1 charge AWOL/desertion. A 19-year old Army soldier based out of Fort Stewart, GA who'd returned from a tour in Iraq "was found at the nearby home of a relative by deputies and also arrested on a desertion/absentee warrant. 'When deputies went to the residence, he allegedly fled into a wooded area behind it. Deputies chased him and then took him into custody.'" This soldier was one of 3 in the same unit who'd gone AWOL following their return from combat.
*Source: Palatka Daily News [FL] [2003-10-29]*

| 2003-10-01 | **Soldier Commits Suicide After Fatally Shooting Man Breaking Into His Vehicle** |

STATESIDE INCIDENT: 1 murder, 1 suicide. A 21-year old Army soldier who'd "spent seven months in the Middle East as part of the 507th Maintenance Company, the same unit as Pfc. Jessica Lynch," with a clean military record, shot and killed a man who'd broken into his car parked outside a Tucson hotel. The soldier, who was on 20 days military leave from Fort Bliss at the time and was on his way home for a visit with his family in San Diego, 'shot him in the back and fled.' The soldier's body was later 'discovered near his Jeep on a rural road' which contained 'four rifles, one shotgun and two handguns'" all non-military-issued.
*Source: Arizona Daily Star [2010-03-20]*

| 2003-09-15 | **Report: Flagstaff Soldier Commits Suicide** |

COMBAT ZONE INCIDENT: 1 suicide. A 27-year old Flagstaff, Ariz. native, the "third woman to die in Iraq," committed suicide "two weeks after objecting to interrogation techniques being used on Iraqi prisoners. After reportedly saying she couldn't carry out the interrogations, she asked to be reassigned and was directed to monitor Iraqi guards and interpret for Iraqi civilians." She served with C Company, 311th Military Intelligence BN, 101st Airborne. Her death had been listed simply as a "non-hostile weapons discharge." Her parents were not told of her objections in Iraq and were kept in the dark about the circumstances surrounding her daughter's death. An Arizona Republic reporter investigated the incident, and the suicide came to light in 2006.
*Source: KTVK-TV and AZFamily [2006-11-01]*

Total records: 184
Page 5 of 6
1 2 3 4 5 6

tl_ptsd ▼

Powered by: DaDaBIK



COLLABORATIVE
JOURNALISM     |     ... timelines

Home     About Us     Contact Us



## PTSD Timeline

Welcome to the **PTSD Timeline**, a first-of-its kind database of reported OEF/OIF combat posttraumatic stress-related incidents.

Created, collected, fact-checked, updated, and maintained by members of the ePluribus Media community including ilona, JeninRI, standingup, leftylimblog, kfred, Cho, the PTSD Timeline is our attempt to record what some of our troops are experiencing after their return from war. If you have an incident you wish to add please contact us at: **timelines@epluribusmedia.org**. If you can support this work, please consider donating to our effort.

A **spreadsheet-ready** CSV download of our PTSD data is available for a small donation here. Once your donation is processed you will receive an email with download instructions. Please make sure our response email does not end up in your 'Spam' or 'JunkMail' folder!

Related ePluribus Media articles

Blaming the Veteran: The Politics of PTSD by D.E. Ford with Jeff Huber and Ilona Meagher
Part I - Stacking the Deck
Part II - Ration and Redefine
Part III: Malign & Slime

In the Aftermath: A Review of Moving a Nation to Care: Post-Traumatic Stress Disorder and America's Returning Troops by Aaron Barlow

The Stories They Tell: Iraq War Vets Bear Witness A review of Tish Wood's *What They Asked of Us* by Cho and Ilona Meagher

Corroding Effect a review of Penny Coleman's *Flashback* by Cho and Ilona Meagher

PTSD Combat blog Ilona Meagher's blog of resources, contacts, and help

◀ Timelines Home  |  Search

**184 Records Found - Ordered by DATE - Newest to Oldest**
**Page 6 of 6     |     1 2 3 4 5 6**

---

2003-07-14        **Army Knew Accused Iraq Vet Was Homicidal**

**STATESIDE INCIDENT: 1 murder.** Four Fort Benning, GA soldiers -- all 23-years old and having returned from Iraq a mere 72 hours earlier -- were charged with the murder of a fellow soldier following a drunken night at a strip club. "[The victim] was stabbed repeatedly, dragged into the woods and his body set on fire after the group got kicked out of [the] club." All soldiers involved in this incident served in the same company which was considered "the tip of the spear in the invasion into Iraq in March [2003]." Only 10 days earlier, one of the soldiers involved had attempted suicide on his way home; his medical records showed that he was having "homicidal/suicidal" thoughts. They took his weapon away, and required someone be with him at all times. "They diagnosed him with post-traumatic stress disorder and said that on his return to Fort Benning he immediately should be escorted to the base psychiatric unit." That was not to be. The soldier received one meeting with a counselor and released. Four days later he was a party to murder.

*Source:* United Press International [2003-12-12]

2003-07-04        **Army Gives Family 'No Answers' in Suicide**

**COMBAT ZONE/STATESIDE INCIDENT: 1 suicide.** A 36-year old Army Master Sgt., who?d been evacuated from Kuwait 2 weeks earlier following an overdose, hung himself while getting treatment for PTSD. ?He told doctors he was seeing the shattered face of a dead soldier in the mirror. They diagnosed him with post-traumatic stress disorder, sent him to a hospital in Germany and then to their premier treatment facility, Walter Reed Army Medical Center in Northwest Washington. By July 4 he was dead, hanging from a bed sheet in his room at Mologne House, a hotel for outpatients and families on the grounds of Walter Reed.? The soldier had served for 17 years in the Army, earning an OIF Bronze Star. His family is fighting to get his suicide listed as KIA.

*Source: Washington Post [2004-11-04]*

| | |
|---|---|
| 2003-07-03 | **Soldier's Suicide Shocks Pa. Town** |

COMBAT ZONE INCIDENT: 1 suicide. A 20-year old Army private first class based out of Fort Polk, LA committed suicide while serving in Iraq with the 502nd Military Intelligence Company, 2nd Armored Cavalry Regiment. "[A]n account published by the Gettysburg Times tells of a soldier 'who shot himself July 3 after calling the USA. The suicide took place in front of other troops waiting to use the telephone.'"

*Source: USA Today [2003-10-12]*

| | |
|---|---|
| 2003-07-00 | **Our sacrifices, Working through the trauma** |

STATESIDE REPORT: Self-reported 24-year veteran of the "1st Marine Expeditionary Unit as a Marine Corps medic with the unit" suffers from PTSD. He not only served in Operation Iraqi Freedom in 2003, but also served in Desert Storm/Desert Shield and in Afghanistan. "[He] said he never experienced symptoms of [PTSD] until after he served in the second Iraq war." He also suffers from insomnia, depression and paranoia. He takes anti-depressants daily, goes to a weekly support group for veterans with [PTSD] and sees a psychiatrist monthly. He said that the trauma in Iraq was nothing like he'd seen before. He had a very bad breakdown, which landed him in "the VA's treatment center in Topeka, Kan." He is taking "life one day at a time" and "will likely be taking medication the rest of his life."

*Source: The New Mexican [Santa Fe, NM] [2006-03-19]*

| | |
|---|---|
| 2003-06-16 | **Stress Epidemic Strikes American Forces in Iraq** |

COMBAT ZONE INCIDENT: 1 suicide. A 24-year old combat veteran intentionally overdosed while in Iraq the day after Father's Day. He had served in South Korea, Kuwait, and Iraq. In a letter to his mother prior to his suicide, he complained "of the conditions he was living in, without electricity, water to bathe in, as well as a fear that he would be killed by an Iraqi sniper." He was survived by a wife and two daughters.

*Source: Guardian Unlimited - The Observer [2004-01-25]*

| | |
|---|---|
| 2003-00-00 | **A veteran fights alone** |

STATESIDE INCIDENT: Reported case of PTSD. A Marine, diagnosed with PTSD and then given an other-than-honorable discharge ? nose-dived his [truck] into a deep ditch, trying to elude?phantom assassins.? State Police ?spotted [him] ?running frantically toward them,? one remarking, ?He looked exactly like my dad [a Vietnam War combat veteran w/PTSD] ?There was fear in his eyes?like he was still fighting the war in his mind.? He ?was among the first Marine ground combat troops to enter Iraq? in March 2003 and ? remembers innocent civilians cut down and?U.S. military trucks ?with pools of blood in them.?? His ex-wife said, ?He was not the same person,? after returning in July 2003. His brother said the former ?people person? became ?distant, angry and moody at the drop of a hat.? After the flashback incident, ?the Marine's base commander ? told [troopers] to arrest [him] because he likely was on drugs and making up the hallucinations.? They refused. ?[R]eturned to base under escort?[the Marine] was first diagnosed with [PTSD] and talked with a counselor.? He began self-medicating w/amphetamines and marijuana, and failed a drug test and today has no VA health care benefits.

*Source: Pioneer Press [Minneapolis-St. Paul, MN] [2007-07-15]*

| | |
|---|---|
| 2002-07-19 | **Fort Bragg - Army Special Operations Command Veteran Kills Wife/Self** |

STATESIDE INCIDENT: 1 murder, 1 suicide. A 30-year old former Afghanistan US Army Special Operations Command veteran shot and killed his wife, and then himself.

*Source: CNN Washington Bureau [2002-07-27]*

| | |
|---|---|
| 2002-06-29 | **Fort Bragg - Master Sergeant Kills Wife** |

STATESIDE INCIDENT: 1 murder. The wife of a 36-year old Fort Bragg, NC master sergeant was strangled to death one month after her husband returned from combat duty in Afghanistan.

*Source: CNN Washington Bureau [2002-07-27]*

| | |
|---|---|
| 2002-06-11 | **Fort Bragg - Special Forces Sergeant Kills Wife/Self** |

STATESIDE INCIDENT: 1 murder, 1 suicide. A 32-year old Special Forces sergeant stationed out of Fort Bragg, NC and just returned from duty in Afghanistan in mid-March, fatally shot his wife, and then killed himself.

*Source: CNN Washington Bureau [2002-07-27]*

---

Home | Insert | Search | Show all | Top

tl_ptsd

Powered by: DaDaBIK

