# denverpost.com

Home | News | Politics | Sports | Business | Entertainment | Lifestyle | Opinion | Outdoors | Travel

Books | Fine Arts | Dining | Calendar | Columnists | ColoradoSunday | Comics | Crossword | Games | Movies | Movie Times | Music | Photos | Podcasts

Search

Home > Denver & the West

denver & the west

## Ex-GI diagnosed with PTSD dies in collision

Print   Email   Share

By Erin Emery
Denver Post Staff Writer
Article Last Updated: 02/11/2007 01:53:07 AM MST



Jessica Rich (the Denver Post)

**Colorado Springs** - A woman killed late Thursday while driving south in the northbound lanes of Interstate 25 was a former soldier who had served in Iraq and was troubled with symptoms of post-traumatic stress disorder.

Jessica Rich, 24, who served in the Army Reserve, was killed at 10:25 p.m. Thursday when her 1996 Volkswagen Jetta smashed head-on into a 2003 Chevy Suburban. Four people in the Suburban were taken to Colorado Springs hospitals, although none of their injuries was life-threatening. They were on their way from Hobbs, N.M., to Denver.

Rich, a heavy-equipment operator in the 52nd Engineering Battalion, was featured in a December 2004 story in The Denver Post about soldiers who had spent months in the medical hold unit at Fort Carson.

Rich was medically evacuated from Iraq in January 2004 after serving nine months. Doctors diagnosed lower-back pain and PTSD.

According to friends, Rich was medically discharged from the Army in the spring of 2005.

Makayla Crenshaw, 24, a friend who had known Rich for six years and was in the same unit when they served in Iraq, said that when she talked to her friend two months ago, Rich said she was preparing to enter a treatment facility for PTSD.

"She was trying to get her life straightened back out again," Crenshaw said.

Rich was the mother of a 7-year-old son who lives with his father in New Mexico.

Crenshaw said Rich couldn't shake some of the memories from war, including witnessing the suicide of a fellow soldier in Iraq.

"She was having nightmares still, up until this point - flashbacks and anxiety and everything, the whole bucket of fun," Crenshaw said. "She said it was really hard to get over because she couldn't get any help from anybody."

Crenshaw said she believed Rich had struggled with personal issues before she joined the Army.

"I think a lot of her issues probably were worsened by the war, but I don't think that they started there,"

Crenshaw said. "I think she probably had a lot of issues before she even joined.

"I didn't see it ending like this."

Alan Hartmann, who was in the medical hold unit with Rich at Fort Carson, said, "I know she was struggling."

Colorado Springs police Lt. Rafael Cintron said Friday that police had not determined whether drugs or alcohol were involved.

*Staff writer Erin Emery can be reached at 719-522-1360 or eemery@denverpost.com.*

Print   Email   Return to Top   Share   » Subscribe

**ARTICLE COMMENTS**   Login | Sign Up

Add A Comment   If you're not registered with our site, you will be asked to do so. It's quick (it takes about 30 seconds) and we only require your email and first and last name. You are responsible for the content you post. Comments that include profanity, personal attacks or any other inappropriate material are prohibited. By using our site you agree to our ground rules and our terms of use.

### More Denver & The West headlines

- Dogs rescued from pond in Greeley
- 5 shot, 1 dead, at Springs church
- More mountain snow on the way
- 2 die in Colo Christian missionary training center shooting
- Keeping up: U spk txt?
- Quarry proposal worries officials
- Wanted: convention surveillance
- Dog on death row unleashes a protest
- Fort Collins to light menorah
- CSU team forecasts 13 Atlantic hurricanes
- Arvada man dies in I-76 rollover
- Man's body found in South Platte River
- Many ready to again embrace old path to prosperity

- Dogs rescued from pond in Greeley
- At least 4 shot at Colorado Springs church
- Two killed in shooting at Arvada missionary dorm
- Neighbors watch and worry in Westwood
- 2 held in shooting death of Auralia
- Colorado mining divided over molybdenum
- Avalanche, accidents and "sheets" of road ice
- Warm welcome for Clinton office
- Manzanares' widow to sue Jeffco
- 2 arrested; stolen car had personal info on patients
- Kansan indicted in burglaries at six airports
- Divided town weighs promise of jobs vs. peace and quiet

**Denver & the West**   Aurora | Boulder | Denver   RSS
- Dogs rescued from pond in Greeley
- Dogs rescued from pond in Greeley
- 5 shot, 1 dead, at Springs church

**Sports**   Broncos | Nuggets | Avs | Preps   RSS
- Broncos thump Chiefs 41-7
- CU women upset No. 20 Vandy
- Hawkins won't be back with Rockies

**Business**   Al Lewis | Tech | More   RSS
- Wachovia trying to fit in

**Entertainment**   Husted | Movies | Music | TV   RSS
- Sounds of the Season: Pop Music
- Ovation Awards: Your Readers Choice ballot
- "Ragtime" leads Ovation Award nominees

**Opinion**   Columnists | Letters | Cartoon   RSS
- Editorial: Preserving access to health services
- Editorial: A wise investment in state's 2-year schools
- Dan Haley: Taking off the chains

**Watercooler**   Arcade | Crossword | Sudoku   RSS
- Former MLB pitcher peddles a better cup