

# Moreno Valley

## Marine fatally struck on I-15 identified

10:00 PM PDT on Friday, April 7, 2006

**By ROCKY SALMON**
**The Press-Enterprise**

Lance Cpl. Eric Ryan Grossman died when he was struck by a minivan while standing in the middle of Interstate 15 in Temecula early Thursday, authorities announced Friday.

The Camp Pendleton Marine had served seven months in Iraq and returned April 1. He would have celebrated his 23rd birthday Wednesday.

California Highway Patrol officials said Grossman was out drinking with friends when the car he was riding pulled onto southbound I-15 around 3 a.m. Grossman opened the door, the driver pulled over and Grossman jumped out, officials said.

The Marine ran against traffic along the shoulder of the southbound highway then got into the middle of the highway. The minivan's driver slammed the brake but could not stop in time, CHP said. Grossman, whose home was listed as Orange, was pronounced dead at the scene at 3:08 a.m.

Camp Pendleton officials said Grossman joined the Marines in February 2003 and was on the infantry assault team. He received a number of awards, including: Marine Corps Good Conduct Award, Combat Action Ribbon, Iraq Campaign Medal, Sea Service Deployment Ribbon, National Defense Service Medal, Global War on Terrorism Expeditionary Medal and Global War on Terrorism Service Medal.