## After Soldier's Suicide, his Family Calls for More Counseling

December 5, 2005 - 9:06AM
When soldiers return home from overseas, they go through a debriefing process, but one Springfield family says the military doesn't to enough for soldiers returning to civilian life; Chris Forcum, a 20-year-old marine, killed himself six weeks after returning home from Iraq.

Forcum's family says they thought he was okay, but now that they know he wasn't, and they want counseling to be mandatory for soldiers returning from combat.

Kennith Frisbie, Chris's uncle, said the soldiers in Chris' unit had less than a 24-hour debriefing. He added that they need a smoother transition back into society and that it wasn't properly taken care of.

Glen Forcum, Chris's father, said they teach the soldiers how to fight, but they don't teach them how to live when they come home.

Chris spent eight months fighting in Iraq. His father believes his death may be the result of seeing a friend die in combat.

Eugene has a Veteran's Center and a Community Reintegration Service Center available to veterans, but apparently not every soldier realizes those services are available.