# TheDenverChannel.com

## Army: Back From Iraq, Colorado Soldier Kills Himself, Wife

*Shootings Under Investigation*

POSTED: 3:58 pm MDT August 4, 2005
UPDATED: 4:44 pm MDT August 4, 2005

**FORT COLLINS, Colo.** -- A Colorado soldier who just returned from duty in Iraq fatally shot his wife and then himself, according to a Fort Carson spokesman.

Pfc. Stephen S. Sherwood, 2nd Brigade Combat Team, was with his wife at their home near Fort Collins when the shooting occurred Wednesday afternoon.

The Larimer County SWAT unit was called to the home at 335 Bradley Drive around 3:45 p.m. after a report of shots being fired.

The couple's 8-month-old child was in the care of a neighbor, who reported hearing the gunshots, said Eloise Campanella, a spokeswoman for the Larimer County sheriff.

Officers entered the home shortly before 9 p.m. and found the bodies of Stephen Sherwood, 36, and his wife, Sara, 30. Investigators do not have a motive for the shootings.

Sherwood was a member of the 2nd Battalion, 17th Field Artillery based out of Fort Carson, but had a home near Fort Collins.

Sherwood had returned from Iraq on July 25 after spending nearly a year there and was on leave at the time of the shootings, said Dee McNutt, an Army spokeswoman.

Sherwood enlisted in the Army in January 2004, according to McNutt.

The 2nd Brigade Combat Team, which had previously been based in South Korea, lost 68 soldiers during its tour in Iraq.

He was at least the second Fort Carson-based soldier to commit suicide shortly after serving in Iraq.

Chief Warrant Officer William Howell, a Green Beret, shot himself to death in March 2004 in a confrontatioin with police outside his home in Monument, just north of Colorado Springs. He had returned from Iraq three weeks earlier.

*Copyright 2005 by TheDenverChannel.com. The Associated Press contributed to this report. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*