

# Army Sgt. Thomas J. Sweet II

**Died:**
November 27, 2003

**23, of Bismarck, North Dakota; assigned to 1st Battalion, 5th Field Artillery Regiment, 1st Infantry Division, based in Fort Riley, Kan.; died of non-combat related injuries Nov. 27 in Junction City, Iraq.**





When Thomas J. Sweet II died on Thanksgiving Day, he had just received word that he was being promoted to sergeant, his mother said. "I was so proud of him," Liz Sweet said. "I loved him dearly for his compassion. He definitely won't be nominated for sainthood, but he was a compassionate, loving person." The 23-year-old soldier from Bismarck, N.D., died Nov. 27 in his barracks from a gunshot wound to the head. "He was a good guy, quiet, he worked pretty hard," said Sgt. Dennis Robinson, who served alongside Sweet in Iraq. "He would make jokes about the hard times, everyday stress. He would make it fun."

— *Associated Press*



Return to Honor the Fallen main page



Use of this site signifies your agreement to the Terms of Service (Updated 10 January 2003)