GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
MELISSA W. KASNITZ (CA SBN 162679)
MKasnitz@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **DECLARATION OF [SISTER 1] IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Complaint Filed July 23, 2007 |

1 | **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2 | ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
3 | HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
4 | STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
5 | PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
6 | MORRISON & FOERSTER LLP
425 Market Street
7 | San Francisco, California 94105-2482
Telephone: 415.268.7000
8 | Facsimile: 415.268.7522

9 | WILLIAM D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
10 | MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
11 | Sacramento, California 95814
Telephone: 916.448.3200
12 | Facsimile: 916.448.3222

MANUAL FILING NOTIFICATION — CASE NO. C-07-3758-SC

sf-2435714

# MANUAL FILING NOTIFICATION

Regarding: **DECLARATION OF [SISTER 1] IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

Dated: December 11, 2007        GORDON P. ERSPAMER
                                ARTURO J. GONZALEZ
                                HEATHER A. MOSER
                                WILLIAM D. JANICKI
                                STACEY M. SPRENKEL
                                PAUL J. TAIRA
                                MORRISON & FOERSTER LLP


                                By:    /s/ William D. Janicki
                                       William D. Janicki

                                Attorneys for Plaintiffs