1   GORDON P. ERSPAMER (CA SBN 83364)
    GErspamer@mofo.com
2   MORRISON & FOERSTER LLP
    101 Ygnacio Valley Road, Suite 450
3   P.O. Box 8130
    Walnut Creek, California 94596-8130
4   Telephone: 925.295.3300
    Facsimile: 925.946.9912
5
    SIDNEY M. WOLINSKY (CA SBN 33716)
6   SWolinsky@dralegal.org
    MELISSA W. KASNITZ (CA SBN 162679)
7   MKasnitz@dralegal.org
    JENNIFER WEISER BEZOZA (CA SBN 247548)
8   JBezoza@dralegal.org
    KATRINA KASEY CORBIT (CA SBN 237931)
9   KCorbit@dralegal.org
    DISABILITY RIGHTS ADVOCATES
10  2001 Center Street, Third Floor
    Berkeley, California 94704-1204
11  Telephone: 510.665.8644
    Facsimile: 510.665.8511
12
    [see next page for additional counsel for Plaintiffs]
13
    Attorneys for Plaintiff(s)
14  VETERANS FOR COMMON SENSE, and
    VETERANS UNITED FOR TRUTH, INC.
15
                    UNITED STATES DISTRICT COURT
16
                 NORTHERN DISTRICT OF CALIFORNIA
17
                      SAN FRANCISCO DIVISION
18

| 19 | VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., | Case No.       C-07-3758-SC |
|----|---|---|
| 20 | Plaintiffs, | **CLASS ACTION** |
| 21 | v. | **DECLARATION OF [MOTHER 1] IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| 22 | GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, | |
| 23 | Defendants. | Complaint Filed July 23, 2007 |
| 24 | | |

25                    __MANUAL FILING NOTIFICATION__

26

27

28

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
5  PAUL J. TAIRA (CA SBN 244427)
   PTaira@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  WILLIAM D. JANICKI (CA SBN 215960)
   WJanicki@mofo.com
10 MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
11 Sacramento, California 95814
   Telephone: 916.448.3200
12 Facsimile: 916.448.3222

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## MANUAL FILING NOTIFICATION

Regarding: **DECLARATION OF [MOTHER 1] IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

Dated: December 11, 2007            GORDON P. ERSPAMER
                                    ARTURO J. GONZALEZ
                                    HEATHER A. MOSER
                                    WILLIAM D. JANICKI
                                    STACEY M. SPRENKEL
                                    PAUL J. TAIRA
                                    MORRISON & FOERSTER LLP


                                    By:   /s/ William D. Janicki
                                          William D. Janicki

                                    Attorneys for Plaintiffs