UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

  C-07-3758         SAMUEL CONTI               DATE 12/14/07
Case Number            Judge

Title: VETERANS FOR COMMON SENSE, et al. vs R. JAMES NICHOLSON, et al.

Attorneys: HEATHER MOSER, SID WOLINSKY      DANIEL BENSING
           MELISSA KASNITZ

Deputy Clerk: T. De Martini    Court Reporter: Sylvia Russo

Court   Pltf's   Deft's
( )     ( )      (XXX)   1. Motion to Dismiss

( )     ( )      (XXX)   2. Motion for Protective Order to Stay
                            Discovery - **GRANTED**

( )     (XXX)    ( )     3. Motion to Strike Declaration of Thomas Bowman

( )     ( )      ( )     4.

( )     ( )      ( )     5.

(**XXX**)Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar (**XXX**)Submitted

Order to be Prepared by:( )Pltf ( )Deft (XXX)Court

Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to_____for Court/Jury Trial

Case Continued to_____for Further Status Conference

Case Continued to_____ for _____

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____Answer_____Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING:   Case stayed pending ruling on Defendant's

Motion to Dismiss._____