IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VETERANS FOR COMMON SENSE and
VETERANS UNITED FOR TRUTH, INC.,

           Plaintiff(s),

  v.

GORDAN H. MANSFIELD, Acting Secretary of
Veterans Affairs, et al.,

           Defendant(s).

_____/

No.  C-07-3758-SC

Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court hereby sets the following briefing schedule for Plaintiffs' Motion For Protective Order Restricting Disclosure of Confidential and Private Information and Prohibiting Retaliation:  Defendants' Opposition shall be electronically filed no later than 12:00 p.m. on Wednesday, January 30.  Plaintiffs' Reply shall be filed by 12:00 p.m. on Wednesday, February 6, and the hearing for the Motion for Protective Order is scheduled for Friday, February 22, at 10:00 a..m. in Courtroom # 1 on the 17th floor.  This briefing schedule and hearing date correspond with the briefing schedule and hearing date set by the Court for Plaintiffs' Motion for Protective Order.

The Case Management Conference set for 1/25/08 is off calendar.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    January 11, 2008                        FOR THE COURT,

                                           Richard W. Wieking, Clerk

                                           By: T. De Martini
                                             Courtroom Deputy Clerk

United States District Court

For the Northern District of California