PETER D. KEISLER
Assistant Attorney General
SCOTT N. SCHOOLS
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director
DANIEL BENSING D.C. Bar No. 334268
STEVEN Y. BRESSLER D.C. Bar No. 482492
KYLE R. FREENY California Bar No. 247857
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

  P.O. Box 883
  Washington, D.C. 20044
  Telephone: (202) 305-0693
  Facsimile: (202) 616-8460
  Email: Daniel.Bensing@USDOJ.gov

Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America, Hon. Peter D. Keisler, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH,<br><br>    Plaintiffs,<br><br>  v.<br><br>Hon. JAMES B. PEAKE, Secretary of Veterans Affairs, *et al.*,<br><br>    Defendants. | No. C 07-3758-SC<br><br>**MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS WILLIAM P. GREENE, JR. AND MICHAEL B. MUKASEY**<br><br>Date: February 22, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1, 17th Floor |

    Defendants hereby move to dismiss all claims against two defendants, William P. Greene, Jr., the Chief Judge of the United States Court of Appeals for Veterans Claims (CAVC) and Michael P. Mukasey, the Attorney General of the United States.[1] The Basis for this motion is set

---

[1] By Operation of Fed. R. Civil P. 25, Attorney General Mukasey is substituted as defendant for former Attorney General Alberto Gonzales.

forth in the attached Memorandum of Points and Authorities.

Dated January 18, 2008

Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

SCOTT N. SCHOOLS
Interim United States Attorney

RICHARD LEPLEY
Assistant Branch Director

　　　　　　　**/s/ Daniel Bensing**
DANIEL BENSING D.C. Bar # 334268
STEVEN Y. BRESSLER D.C. Bar #482492
KYLE R. FREENY California Bar #247857
Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 883
Washington, D.C. 20044
(202) 305-0693 (telephone)

Counsel for Defendants