JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director
DANIEL BENSING D.C. Bar No. 334268
STEVEN Y. BRESSLER D.C. Bar No. 482492
KYLE R. FREENY California Bar No. 247857
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-5108
Facsimile:  (202) 616-8460
Email: Kyle.Freeny@USDOJ.gov

Attorneys for Defendants Hon. James B. Peake,[1] the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America, Hon. Michael B. Mukasey, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH,<br><br>   Plaintiffs,<br><br>   v.<br><br>Hon. JAMES B. PEAKE, Secretary of Veterans Affairs, *et al.*,<br><br>   Defendants. | No. C 07-3758-SC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' COMPLAINT**<br><br>[Civil Local Rule 6-1(a)] |

---

[1] Hon. James B. Peake should be substituted for his predecessor, Acting Secretary Gordon Mansfield, as defendant in this action pursuant to Fed. R. Civ. Proc. 25(d)(1).

1  COME NOW THE PARTIES, by and through their undersigned counsel, and HEREBY STIPULATE AND AGREE, pursuant to Civil Local Rule 6-1(a), that defendants' time to answer Plaintiffs' Complaint shall be extended from January 25, 2008, to February 1, 2008. Accordingly, Defendants' Answer to Plaintiffs' Complaint shall now be filed and served no later than February 1, 2008.  Entry into this stipulation does not alter any hearing date or other deadline fixed by Court order.

**IT IS SO AGREED AND STIPULATED.**

Dated: January 23, 2008

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director

By:   /s/ Kyle R. Freeny
KYLE R. FREENY
DANIEL BENSING
STEVEN Y. BRESSLER
Attorneys, U.S. Department of Justice

Counsel for Defendants

Dated:  January 23, 2008

ARTURO J. GONZALES
HEATHER A. MOSER
BILL D. JANICKI
STACEY SPRENKEL
Morrison & Foerster, LLP

By:   /s/ Gordon P. Erspamer
GORDON P. ERSPAMER

Counsel for Plaintiffs

I, Kyle R. Freeny, as the electronic filer, attest pursuant to General Order 45, Section X, that Gordon P. Erspamer, whose name appears above, has concurred in this filing.

Dated: January 23, 2008

  /s/ Kyle R. Freeny
KYLE R. FREENY
Counsel for Defendants