JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director
DANIEL BENSING D.C. Bar No. 334268
STEVEN Y. BRESSLER D.C. Bar No. 482492
KYLE R. FREENY California Bar No. 247857
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-5108
Facsimile:  (202) 616-8460
Email: Kyle.Freeny@USDOJ.gov

Attorneys for Defendants Hon. James B. Peake,[1] the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America, Hon. Michael B. Mukasey, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, ) | No. C 07-3758-SC |
| ) | |
| Plaintiffs, ) | **STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFFS' COMPLAINT** |
| ) | |
| v. ) | |
| ) | [Civil Local Rule 6-1(a)] |
| Hon. JAMES B. PEAKE, Secretary of Veterans Affairs, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

[1]Hon. James B. Peake should be substituted for his predecessor, Acting Secretary Gordon Mansfield, as defendant in this action pursuant to Fed. R. Civ. Proc. 25(d)(1).

1    COME NOW THE PARTIES, by and through their undersigned counsel, and HEREBY

2    STIPULATE AND AGREE, pursuant to Civil Local Rule 6-1(a), that defendants' time to answer

3    Plaintiffs' Complaint shall be extended from January 25, 2008, to February 1, 2008.

4    Accordingly, Defendants' Answer to Plaintiffs' Complaint shall now be filed and served no later

5    than February 1, 2008.  Entry into this stipulation does not alter any hearing date or other

6    deadline fixed by Court order.

7

8    **IT IS SO AGREED AND STIPULATED.**

9    Dated: January 23, 2008              JEFFREY S. BUCHOLTZ
                                          Acting Assistant Attorney General
10                                        SCOTT N. SCHOOLS
                                          Interim United States Attorney
11                                        RICHARD LEPLEY
                                          Assistant Branch Director
12
                                   By:   **/s/ Kyle R. Freeny**
13                                        KYLE R. FREENY
                                          DANIEL BENSING
14                                        STEVEN Y. BRESSLER
                                          Attorneys, U.S. Department of Justice
15
                                          Counsel for Defendants
16

17   Dated:  January 23, 2008             ARTURO J. GONZALES
                                          HEATHER A. MOSER
18                                        BILL D. JANICKI
                                          STACEY SPRENKEL
19                                        Morrison & Foerster, LLP

20                                 By:   **/s/ Gordon P. Erspamer**
                                          GORDON P. ERSPAMER
21
                                          Counsel for Plaintiffs
22

23       I, Kyle R. Freeny, as the electronic filer, attest pursuant to General Order 45, Section X,

24   that Gordon P. Erspamer, whose name appears above, has concurred in this filing.

25   Dated: January 23, 2008              **/s/ Kyle R. Freeny**
                                          KYLE R. FREENY
26                                        Counsel for Defendants

27

28

Case No. C 07-3758-SC
Stipulation Extending Time for Defendants to Answer Plaintiffs' Complaint                2

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA