JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
RICHARD LEPLEY
Assistant Branch Director
DANIEL BENSING D.C. Bar No. 334268
STEVEN Y. BRESSLER D.C. Bar No. 482492
KYLE R. FREENY California Bar No. 247857
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-5108
Facsimile: (202) 616-8460
Email: Kyle.Freeny@USDOJ.gov

Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America, Hon. Peter D. Keisler, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, <br><br> Plaintiffs, <br><br> v. <br><br> Hon. JAMES B. PEAKE, Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | No. C 07-3758-SC <br><br> **NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER TO STAY DISCOVERY FROM THE U.S. COURT OF APPEALS FOR VETERANS CLAIMS** <br><br> Date: February 29, 2008 <br> Time: 10:00 a.m. <br> Courtroom: 1 |

Pursuant to Federal Rule of Civil Procedure 26(c), defendant William P. Greene, Jr., Chief Judge of the U.S. Court of Appeals for Veterans Claims, hereby moves for a protective order staying discovery from the U.S. Court of Appeals for Veterans Claims until this Court rules on defendants' pending motion to dismiss claims against William P. Greene, Jr. The basis for

1 | this motion is set forth in the attached Memorandum of Points and Authorities. A Proposed
2 | Order is included.
3 |
4 | Dated: January 25, 2008          Respectfully Submitted,
5 |
                             JEFFREY S. BUCHOLTZ
                             Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

RICHARD LEPLEY
Assistant Branch Director

 /s/ Kyle R. Freeny
KYLE R. FREENY California Bar #247857
DANIEL BENSING D.C. Bar # 334268
STEVEN Y. BRESSLER D.C. Bar #482492
Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 883
Washington, D.C. 20044
(202) 514-5108 (telephone)

Counsel for Defendants

Case No. C 07-3758-SC
Notice of Motion and Motion for Protective Order to Stay Discovery from the U.S. Court of Appeals
for Veterans Claims       2