JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
RICHARD LEPLEY
Assistant Branch Director
DANIEL BENSING D.C. Bar No. 334268
STEVEN Y. BRESSLER D.C. Bar No. 482492
KYLE R. FREENY California Bar No. 247857
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-5108
Facsimile:  (202) 616-8460
Email: Kyle.Freeny@USDOJ.gov

Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America, Hon. Peter D. Keisler, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH,<br><br>Plaintiffs,<br><br>v.<br><br>Hon. JAMES B. PEAKE, Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | No. C 07-3758-SC<br><br>**DISCOVERY CERTIFICATION** |

     I certify that on January 25, 2008, I spoke by telephone with counsel for plaintiffs, Gordon Erspamer, to discuss defendant's interest in seeking a stay of discovery from the U.S. Court of Appeals for Veterans Claims (CAVC) pending a ruling on defendants' Motion to Dismiss Claims Against Defendants William P. Greene, Jr. and Michael B. Mukasey.  I

Case No. C 07-3758-SC
Discovery Certification for Defendant's Motion for Protective Order to Stay Discovery from the U.S. Court of Appeals for Veterans Claims

1

explained to plaintiffs' counsel that defendants objected to discovery from the CAVC at least until this Court could rule on the pending dispositive motion to dismiss claims against Chief Judge Greene. I expressed defendant's intent to file a motion for stay of discovery from the CAVC if plaintiffs could not consent to such a stay. Mr. Erspamer informed me that plaintiffs could not consent to a stay of discovery from the CAVC.

Dated: January 25, 2008

Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

RICHARD LEPLEY
Assistant Branch Director

 /s/ Kyle R. Freeny
KYLE R. FREENY California Bar #247857
DANIEL BENSING D.C. Bar #334268
STEVEN Y. BRESSLER D.C. Bar #482492
Attorneys
U.S. Department of Justice, Civil Division
P.O. Box 883
Washington, D.C. 20044
(202) 514-5108 (telephone)

Counsel for Defendants

Case No. C 07-3758-SC
Discovery Certification for Defendant's Motion for Protective Order to Stay Discovery from the
U.S. Court of Appeals for Veterans Claims                                                      2