JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
RICHARD LEPLEY
Assistant Branch Director
DANIEL BENSING D.C. Bar No. 334268
STEVEN Y. BRESSLER D.C. Bar No. 482492
KYLE R. FREENY California Bar No. 247857
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-5108
Facsimile:  (202) 616-8460
Email: Kyle.Freeny@USDOJ.gov

Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon.
James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman,
Ulrike Willimon, the United States of America, Hon. Peter D. Keisler, and Hon. William P.
Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, <br><br> Plaintiffs, <br><br> v. <br><br> Hon. JAMES B. PEAKE, Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | No. C 07-3758-SC <br><br><br> **[PROPOSED] ORDER** |

UPON CONSIDERATION of defendant's Motion for Protective Order to Stay Discovery

from the U.S. Court of Appeals for Veterans Claims, any Opposition thereto and the whole

record herein, it is hereby

ORDERED that defendant's Motion for Protective Order to Stay Discovery from the U.S.

Court of Appeals for Veterans Claims is GRANTED; and it is

1          FURTHER ORDERED that all discovery from the U.S. Court of Appeals for Veterans

2   Claims in this action shall be stayed until further order of this Court after a ruling on defendants'

3   Motion to Dismiss Claims Against Defendants William P. Greene, Jr. and Michael B. Mukasey.

4

5

6

7

8

9

10   Date: _____       _____

11                     UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-3758-SC
Proposed Order on Motion for Protective Order to Stay Discovery from the U.S. Court of Appeals for Veterans
Claims          2