1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

VETERANS FOR COMMON SENSE and
VETERANS UNITED FOR TRUTH,

      Plaintiffs,

  v.

JAMES B. PEAKE, Secretary of Veterans
Affairs, *et al.*,

      Defendants.

No. C 07-3758-SC

**[PROPOSED] ORDER**

12  Upon consideration of plaintiffs' Motion for Preliminary Injunction, it is ORDERED that

13 plaintiffs' Motion is DENIED.

14

15 Date: _____

16                                                         Hon. SAMUEL CONTI
                                                      Senior United States District Judge

17
18
19
20
21
22
23
24
25
26
27
28