1 GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
2 MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
3 P.O. Box 8130
Walnut Creek, California 94596-8130
4 Telephone: 925.295.3300
Facsimile: 925.946.9912
5
SIDNEY M. WOLINSKY (CA SBN 33716)
6 SWolinsky@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
7 JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
8 KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
9 2001 Center Street, Third Floor
Berkeley, California 94704-1204
10 Telephone: 510.665.8644
Facsimile: 510.665.8511

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiffs
VETERANS FOR COMMON SENSE and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | Case No.   C-07-3758-SC<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS WILLIAM P. GREENE, JR. AND MICHAEL B. MUKASEY**<br><br>Complaint Filed July 23, 2007 |

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
5  PAUL J. TAIRA (CA SBN 244427)
   PTaira@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  BILL D. JANICKI (CA SBN 215960)
   WJanicki@mofo.com
10 MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
11 Sacramento, California 95814
   Telephone: 916.448.3200
12 Facsimile: 916.448.3222

1    WHEREAS on January 18, 2008, Defendants filed a Motion to Dismiss Claims Against Defendants William P. Greene, Jr. and Michael B. Mukasey;

2    WHEREAS the date for Plaintiffs' response to the Motion to Dismiss is February 1, 2008;

3    WHEREAS Plaintiffs anticipate that they will require one extra week to file their memorandum in opposition to the Motion to Dismiss as a result the recent health issues experienced by the attorney primarily responsible for drafting the opposition, Heather Moser, in addition to the numerous other filings due during the same time period;

4    WHEREAS Plaintiffs are evaluating whether they wish to pursue these claims and require an additional week in which to do so;

5    WHEREAS Defendants anticipate that they will require a week to file their reply brief in support of the Motion to Dismiss, as allowed under the Civil Local Rules for the Northern District of California; and

6    WHEREAS the parties have agreed to a mutual extension of time for the opposition to the Motion to Dismiss and the reply in support of the Motion to Dismiss;

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, as follows:

1. Plaintiffs' memorandum in opposition to Defendants' Motion to Dismiss Claims Against Defendants William P. Greene, Jr. and Michael B. Mukasey shall be due on February 8, 2008.

2. Defendants' reply memorandum of points and authorities in support of the motion for a protective order to stay discovery shall be due on February 15, 2008.

3. The hearing date will be moved to February 29, 2008, the same date currently set for the hearing on Defendants' Motion for Protective Order to Stay Discovery from the U.S. Court of Appeals for Veterans Claims.

Case No. C-07-3758-SC
STIPULATED REQUEST TO EXTEND TIME FOR OPPOSITION TO MOTION TO DISMISS GREENE AND MUKASEY
sf-2460591

1

| | |
|---|---|
| Dated: January 31, 2008 | GORDON P. ERSPAMER<br>ARTURO J. GONZALEZ<br>HEATHER A. MOSER<br>BILL D. JANICKI<br>STACEY M. SPRENKEL<br>PAUL J. TAIRA<br>MORRISON & FOERSTER LLP |

By:    /s/ Heather A. Moser
       Heather A. Moser

Attorneys for Plaintiffs

| | |
|---|---|
| Dated: January 31, 2008 | PETER D. KEISLER<br>SCOTT N. SCHOOLS<br>RICHARD LEPLEY<br>DANIEL BENSING<br>STEVEN Y. BRESSLER<br>KYLE R. FREENY<br>UNITED STATES DEPARTMENT<br>OF JUSTICE |

By:    /s/ Daniel Bensing
       Daniel Bensing

Attorneys for Defendants

I, Heather A. Moser, am the ECF User whose ID and password are being used to file this Stipulated Request to Extend Time for Opposition to Motion for Protective Order to Stay Discovery and Reply Memorandum in Support of Motion for Protective Order to Stay Discovery. In compliance with General Order 45, X.B., I hereby attest that Daniel Bensing has concurred in this filing.

| | |
|---|---|
| Dated: January 31, 2008 | MORRISON & FOERSTER LLP |

By:    /s/ Heather A. Moser
       Heather A. Moser

Attorneys for Plaintiffs

Case No. C-07-3758-SC
STIPULATED REQUEST TO EXTEND TIME FOR OPPOSITION TO MOTION TO DISMISS GREENE AND MUKASEY
sf-2460591

2

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
3
4
   DATED:
5  _____
   THE HONORABLE SAMUEL CONTI
6  UNITED STATES DISTRICT COURT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C-07-3758-SC
STIPULATED REQUEST TO EXTEND TIME FOR OPPOSITION TO MOTION TO DISMISS GREENE AND MUKASEY
sf-2460591

3