1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
3  P.O. Box 8130
   Walnut Creek, California 94596-8130
4  Telephone: 925.295.3300
   Facsimile: 925.946.9912
5
   SIDNEY M. WOLINSKY (CA SBN 33716)
6  SWolinsky@dralegal.org
   JENNIFER WEISER BEZOZA (CA SBN 247548)
7  JBezoza@dralegal.org
   KATRINA KASEY CORBIT (CA SBN 237931)
8  KCorbit@dralegal.org
   DISABILITY RIGHTS ADVOCATES
9  2001 Center Street, Third Floor
   Berkeley, California 94704-1204
10 Telephone: 510.665.8644
   Facsimile: 510.665.8511
11
   [see next page for additional counsel for Plaintiffs]
12
   Attorneys for Plaintiffs
13 VETERANS FOR COMMON SENSE and
   VETERANS UNITED FOR TRUTH, INC.
14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18 VETERANS FOR COMMON SENSE, and          Case No.    C-07-3758-SC
   VETERANS UNITED FOR TRUTH, INC.,
19                                          CLASS ACTION
                 Plaintiffs,
20                                          STIPULATED REQUEST TO
         v.                                 EXTEND TIME FOR OPPOSITION
21                                          TO DEFENDANTS' MOTION TO
   JAMES B. PEAKE, M.D., Secretary of Veterans   DISMISS CLAIMS AGAINST
22 Affairs, et al.,                         DEFENDANTS WILLIAM P.
                                            GREENE, JR. AND MICHAEL B.
23               Defendants.                MUKASEY

24                                          Complaint Filed July 23, 2007

25
26
27
28
   Case No. C-07-3758-SC
   STIPULATED REQUEST TO EXTEND TIME FOR OPPOSITION TO MOTION TO DISMISS GREENE AND MUKASEY
   sf-2460591

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
4  STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
5  PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
6  MORRISON & FOERSTER LLP
425 Market Street
7  San Francisco, California 94105-2482
Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
10  MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
11  Sacramento, California 95814
Telephone: 916.448.3200
12  Facsimile: 916.448.3222

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-07-3758-SC
STIPULATED REQUEST TO EXTEND TIME FOR OPPOSITION TO MOTION TO DISMISS GREENE AND MUKASEY
sf-2460591

1  WHEREAS on January 18, 2008, Defendants filed a Motion to Dismiss Claims Against
2  Defendants William P. Greene, Jr. and Michael B. Mukasey;
3  WHEREAS the date for Plaintiffs' response to the Motion to Dismiss is February 1, 2008;
4  WHEREAS Plaintiffs anticipate that they will require one extra week to file their
5  memorandum in opposition to the Motion to Dismiss as a result the recent health issues experienced
6  by the attorney primarily responsible for drafting the opposition, Heather Moser, in addition to the
7  numerous other filings due during the same time period;
8  WHEREAS Plaintiffs are evaluating whether they wish to pursue these claims and require an
9  additional week in which to do so;
10  WHEREAS Defendants anticipate that they will require a week to file their reply brief in
11  support of the Motion to Dismiss, as allowed under the Civil Local Rules for the Northern District of
12  California; and
13  WHEREAS the parties have agreed to a mutual extension of time for the opposition to the
14  Motion to Dismiss and the reply in support of the Motion to Dismiss;
15  IT IS HEREBY STIPULATED by and between the parties to this action, through their
16  counsel of record, as follows:
17  1.  Plaintiffs' memorandum in opposition to Defendants' Motion to Dismiss Claims
18  Against Defendants William P. Greene, Jr. and Michael B. Mukasey shall be due on February 8,
19  2008.
20  2.  Defendants' reply memorandum of points and authorities in support of the motion for
21  a protective order to stay discovery shall be due on February 15, 2008.
22  3.  The hearing date will be moved to February 29, 2008, the same date currently set for
23  the hearing on Defendants' Motion for Protective Order to Stay Discovery from the U.S. Court of
24  Appeals for Veterans Claims.

*The Motions set for Feb 22/08 are hereby continued to Mar 7, 08, together with any other motions to be filed.*

Case No. C-07-3758-SC
STIPULATED REQUEST TO EXTEND TIME FOR OPPOSITION TO MOTION TO DISMISS GREENE AND MUKASEY
sf-2460591

1

*USDJ — 2-1-08*

| | | |
|---|---|---|
| 1 | Dated: January 31, 2008 | GORDON P. ERSPAMER |
| 2 | | ARTURO J. GONZALEZ |
| | | HEATHER A. MOSER |
| 3 | | BILL D. JANICKI |
| | | STACEY M. SPRENKEL |
| 4 | | PAUL J. TAIRA |
| | | MORRISON & FOERSTER LLP |

By:   /s/ Heather A. Moser
        Heather A. Moser

Attorneys for Plaintiffs

Dated: January 31, 2008

PETER D. KEISLER
SCOTT N. SCHOOLS
RICHARD LEPLEY
DANIEL BENSING
STEVEN Y. BRESSLER
KYLE R. FREENY
UNITED STATES DEPARTMENT
OF JUSTICE

By:   /s/ Daniel Bensing
        Daniel Bensing

Attorneys for Defendants

I, Heather A. Moser, am the ECF User whose ID and password are being used to file this Stipulated Request to Extend Time for Opposition to Motion for Protective Order to Stay Discovery and Reply Memorandum in Support of Motion for Protective Order to Stay Discovery. In compliance with General Order 45, X.B., I hereby attest that Daniel Bensing has concurred in this filing.

Dated: January 31, 2008         MORRISON & FOERSTER LLP

By:   /s/ Heather A. Moser
        Heather A. Moser

Attorneys for Plaintiffs