1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
3  P.O. Box 8130
   Walnut Creek, California 94596-8130
4  Telephone: 925.295.3300
   Facsimile: 925.946.9912
5
   SIDNEY M. WOLINSKY (CA SBN 33716)
6  SWolinsky@dralegal.org
   JENNIFER WEISER BEZOZA (CA SBN 247548)
7  JBezoza@dralegal.org
   KATRINA KASEY CORBIT (CA SBN 237931)
8  KCorbit@dralegal.org
   DISABILITY RIGHTS ADVOCATES
9  2001 Center Street, Third Floor
   Berkeley, California 94704-1204
10 Telephone: 510.665.8644
   Facsimile: 510.665.8511
11
   **[see next page for additional counsel for Plaintiffs]**
12
   Attorneys for Plaintiffs
13 VETERANS FOR COMMON SENSE and
   VETERANS UNITED FOR TRUTH, INC.
14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17              SAN FRANCISCO DIVISION

18 VETERANS FOR COMMON SENSE, and          Case No.       C-07-3758-SC
   VETERANS UNITED FOR TRUTH, INC.,
19                                          **STIPULATED REQUEST TO**
                Plaintiffs,                 **EXTEND TIME FOR REPLY**
20                                          **MEMORANDUM IN SUPPORT OF**
         v.                                 **MOTION FOR PRELIMINARY**
21                                          **INJUNCTION**
   JAMES B. PEAKE, M.D., Secretary of Veterans
22 Affairs, *et al.*,                       Complaint Filed July 23, 2007
23              Defendants.
24
25
26
27
28

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
5  PAUL J. TAIRA (CA SBN 244427)
   PTaira@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  BILL D. JANICKI (CA SBN 215960)
   WJanicki@mofo.com
10 MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
11 Sacramento, California 95814
   Telephone: 916.448.3200
12 Facsimile: 916.448.3222

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS on December 11, 2008, Plaintiffs filed a Motion for Preliminary Injunction

2    ("MPI") pursuant to Federal Rule of Civil Procedure 65(a) and Northern District Civil Local Rule

3    65-2;

4    WHEREAS, pursuant to the Court's Order dated January 10, 2008, the due date for

5    Defendants' reply brief in support of the MPI is Wednesday, February 6, 2008;

6    WHEREAS the Court issued an Order on February 1, 2008, moving the hearing date on the

7    MPI to March 7, 2008;

8    WHEREAS Defendants had agreed to produce documents relevant to the issues set forth in

9    the MPI by February 2, 2008;

10    WHEREAS Defendants contacted Plaintiffs on February 1, 2008, seeking a three-day

11    extension to produce these documents, and agreeing to a reciprocal extension for Plaintiffs so that

12    there is sufficient time to review the produced documents in advance of the filing deadline for the

13    reply brief; and

14    WHEREAS the parties have agreed to a mutual extension of time for Defendants to produce

15    documents potentially relevant to the MPI, and for Plaintiffs to file the reply brief in support of the

16    MPI;

17    IT IS HEREBY STIPULATED by and between the parties to this action, through their

18    counsel of record, as follows:

19    1.    Plaintiffs' reply memorandum of points and authorities in support of the motion for a

20    preliminary injunction shall be due on February 11, 2008.

21    2.    The hearing date will not change from the March 7, 2008 date set by the Court in its

22    order dated February 1, 2008.

23

24

25

26

27

28

Case No. C-07-3758-SC
Stipulated Request to Extend Time
sf-2462063

1

1   Dated:  February 5, 2008                GORDON P. ERSPAMER
                                            ARTURO J. GONZALEZ
2                                           HEATHER A. MOSER
                                            BILL D. JANICKI
3                                           STACEY M. SPRENKEL
                                            MORRISON & FOERSTER LLP
4

5
                                    By:    /s/ Heather A. Moser
6                                          Heather A. Moser

7                                   Attorneys for Plaintiffs

8
    Dated: February 5, 2008                 PETER D. KEISLER
9                                           SCOTT N. SCHOOLS
                                            RICHARD LEPLEY
10                                          DANIEL BENSING
                                            STEVEN Y. BRESSLER
11                                          KYLE R. FREENY
                                            UNITED STATES DEPARTMENT
12                                          OF JUSTICE

13
                                    By:    /s/ Kyle R. Freeny
14                                         Kyle R. Freeny

15                                  Attorneys for Defendants
16

17          I, Heather Moser, am the ECF User whose ID and password are being used to file this

18  Stipulated Request to Extend Time for Reply Memorandum in Support of Motion for Preliminary

19  Injunction.  In compliance with General Order 45, X.B., I hereby attest that Kyle R. Freeny has

20  concurred in this filing.

21

22  Dated:  February 5, 2008                MORRISON & FOERSTER LLP

23

24                                  By:    /s/ Heather A. Moser
                                           Heather A. Moser
25
                                    Attorneys for Plaintiffs
26

27

28
    Case No. C-07-3758-SC                                                          2
    Stipulated Request to Extend Time
    sf-2462063

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4    DATED: _____

5                                                    _____

                                                     THE HONORABLE SAMUEL CONTI

6                                                    UNITED STATES DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28