GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

[see next page for additional counsel for Plaintiffs]

Attorneys for Plaintiffs
VETERANS FOR COMMON SENSE and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | Case No.    C-07-3758-SC<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed July 23, 2007 |

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
5  PAUL J. TAIRA (CA SBN 244427)
   PTaira@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  BILL D. JANICKI (CA SBN 215960)
   WJanicki@mofo.com
10 MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
11 Sacramento, California 95814
   Telephone: 916.448.3200
12 Facsimile: 916.448.3222

Case No. C-07-3758-SC
Stipulated Request to Extend Time
sf-2462063

1  WHEREAS on December 11, 2008, Plaintiffs filed a Motion for Preliminary Injunction ("MPI") pursuant to Federal Rule of Civil Procedure 65(a) and Northern District Civil Local Rule 65-2;

  WHEREAS, pursuant to the Court's Order dated January 10, 2008, the due date for Defendants' reply brief in support of the MPI is Wednesday, February 6, 2008;

  WHEREAS the Court issued an Order on February 1, 2008, moving the hearing date on the MPI to March 7, 2008;

  WHEREAS Defendants had agreed to produce documents relevant to the issues set forth in the MPI by February 2, 2008;

  WHEREAS Defendants contacted Plaintiffs on February 1, 2008, seeking a three-day extension to produce these documents, and agreeing to a reciprocal extension for Plaintiffs so that there is sufficient time to review the produced documents in advance of the filing deadline for the reply brief; and

  WHEREAS the parties have agreed to a mutual extension of time for Defendants to produce documents potentially relevant to the MPI, and for Plaintiffs to file the reply brief in support of the MPI;

  IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, as follows:

  1.  Plaintiffs' reply memorandum of points and authorities in support of the motion for a preliminary injunction shall be due on February 11, 2008.

  2.  The hearing date will not change from the March 7, 2008 date set by the Court in its order dated February 1, 2008.

Case No. C-07-3758-SC
Stipulated Request to Extend Time
sf-2462063

1

| | | |
|---|---|---|
| 1 | Dated: February 5, 2008 | GORDON P. ERSPAMER |
| 2 | | ARTURO J. GONZALEZ |
| | | HEATHER A. MOSER |
| 3 | | BILL D. JANICKI |
| | | STACEY M. SPRENKEL |
| 4 | | MORRISON & FOERSTER LLP |

By: /s/ Heather A. Moser
Heather A. Moser

Attorneys for Plaintiffs

Dated: February 5, 2008

PETER D. KEISLER
SCOTT N. SCHOOLS
RICHARD LEPLEY
DANIEL BENSING
STEVEN Y. BRESSLER
KYLE R. FREENY
UNITED STATES DEPARTMENT
OF JUSTICE

By: /s/ Kyle R. Freeny
Kyle R. Freeny

Attorneys for Defendants

I, Heather Moser, am the ECF User whose ID and password are being used to file this Stipulated Request to Extend Time for Reply Memorandum in Support of Motion for Preliminary Injunction. In compliance with General Order 45, X.B., I hereby attest that Kyle R. Freeny has concurred in this filing.

Dated: February 5, 2008            MORRISON & FOERSTER LLP

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti, 2/5/08]*

By: /s/ Heather A. Moser
Heather A. Moser

Attorneys for Plaintiffs