# EXHIBIT
# 4

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

December 11, 2007

Writer's Direct Contact
415.268.7091
HMoser@mofo.com

*Via Facsimile and E-Mail*

Mr. Daniel Bensing, Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC  20530

Re:     *Veterans for Common Sense v. Mansfield*
         N.D. Cal. No. C-07-3758

Dear Mr. Bensing:

This is to address the status of Defendants' document productions in response to Plaintiffs' outstanding requests.  We realize that you have filed a motion to stay discovery pending the hearing on your motion to dismiss.  At this point, no stay order has ever been issued, and we believe that Defendants' document production is overdue.  This is to put you on notice that, unless your motion to dismiss is granted without leave to amend, which we regard as an extremely unlikely outcome, Plaintiffs shall expect Defendants to commence their document production immediately so that we can begin depositions in earnest in early 2008.  Please consider this an attempt to meet and confer regarding the long-outstanding document requests, and signal to you our intent to move to compel production if a negotiated resolution is not forthcoming.  Please call me if you have any questions.

Sincerely,

Heather A. Moser

sf-2436755