# EXHIBIT 5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Case Number: C-07-3758     Judge: SAMUEL CONTI     DATE: 12/14/07

Title: VETERANS FOR COMMON SENSE, et al. vs R. JAMES NICHOLSON, et al.

Attorneys: HEATHER MOSER, SID WOLINSKY     DANIEL BENSING
           MELISSA KASNITZ

Deputy Clerk: T. De Martini     Court Reporter: Sylvia Russo

| Court | Pltf's | Deft's | |
|---|---|---|---|
| ( ) | ( ) | (XXX) | 1. Motion to Dismiss |
| ( ) | ( ) | (XXX) | 2. Motion for Protective Order to Stay Discovery - **GRANTED** |
| ( ) | (XXX) | ( ) | 3. Motion to Strike Declaration of Thomas Bowman |
| ( ) | ( ) | ( ) | 4. |
| ( ) | ( ) | ( ) | 5. |

(**XXX**)Motion(s): ( )Granted ( )Denied ( )Withdrawn

( )Granted/Denied ( )Off Calendar (**XXX**)Submitted

Order to be Prepared by:( )Pltf ( )Deft (XXX)Court

Discovery Cutoff: _____ Pretrial Statements Due _____

Case Continued to _____ for Pretrial Conference

Case Continued to _____ for Court/Jury Trial

Case Continued to _____ for Further Status Conference

Case Continued to _____ for _____

CASE REFERRED TO U.S. MAGISTRATE _____

for _____

Opening Briefs _____ Answer _____ Reply _____

Deemed Submitted on _____

ORDERED AFTER HEARING: Case stayed pending ruling on Defendant's Motion to Dismiss.