GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

[see next page for additional counsel for Plaintiffs]

Attorneys for Plaintiffs
VETERANS FOR COMMON SENSE and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC., <br><br>Plaintiffs, <br><br>v. <br><br>JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, <br><br>Defendants. | Case No.   C-07-3758-SC <br><br>**CLASS ACTION** <br><br>**ERRATA TO PLAINTIFFS' REPLY AND THE DECLARATION OF WILLIAM JANICKI IN SUPPORT OF MOTION FOR PROTECTIVE ORDER RESTRICTING DISCLOSURE OF CONFIDENTIAL AND PRIVATE INFORMATION AND PROHIBITING RETALIATION** <br><br>Date:   February 22, 2008 <br>Time:   10:00 a.m. <br>Place:  Courtroom 1, 17th Floor <br>Judge:  Hon. Samuel Conti <br><br>Complaint Filed: July 23, 2007 |

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone:  916.448.3200
Facsimile:  916.448.3222

PLEASE TAKE NOTICE THAT the following correction has been made to the hearing date listed on Plaintiffs' Reply and the Declaration of William D. Janicki in Support of Motion for Protective Order Restricting Disclosure of Confidential and Private Information and Prohibiting Retaliation:

| Incorrect Date | Corrected Date |
| --- | --- |
| March 7, 2008 | February 22, 2008 |

Dated: February 6, 2008

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
PAUL J. TAIRA
MORRISON & FOERSTER LLP


By   /s/ William D. Janicki
       William D. Janicki
       wjanicki@mofo.com

Attorneys for Plaintiffs

ERRATA TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER
MASTER FILE NO. C-07-3758-SC
sf-2463652

3