1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
3  P.O. Box 8130
   Walnut Creek, California 94596-8130
4  Telephone: 925.295.3300
   Facsimile: 925.946.9912

5

6  SIDNEY M. WOLINSKY (CA SBN 33716)
   SWolinsky@dralegal.org
7  JENNIFER WEISER BEZOZA (CA SBN 247548)
   JBezoza@dralegal.org
8  KATRINA KASEY CORBIT (CA SBN 237931)
   KCorbit@dralegal.org
9  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
10 Berkeley, California 94704-1204
   Telephone: 510.665.8644
11 Facsimile: 510.665.8511

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REPLY** <br><br> **(Fed. R. Civ. P. 65(a); Civil L.R. 65-2)** <br><br> Date:__ March 7, 2008 <br> Time:   10:00 a.m. <br> Ctrm:   1, 17th Floor <br><br> Complaint Filed July 23, 2007 |

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
4  STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
5  PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
6  MORRISON & FOERSTER LLP
425 Market Street
7  San Francisco, California 94105-2482
Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  WILLIAM D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
10 MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
11 Sacramento, California 95814
Telephone: 916.448.3200
12 Facsimile: 916.448.3222

REQ. FOR JUDICIAL NOTICE IN SUPP. OF PLS.' MOT. FOR PRELIM. INJ. REPLY — CASE NO. C-07-3758-SC
sf-2460580

1    Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial notice of certain documents cited in Plaintiffs' Motion for Preliminary Injunction, which are listed below.

Federal Rule of Evidence 201 allows the court to take judicial notice, at any stage of the proceeding, of facts that are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Judicial notice is mandatory where a party requests it and supplies the Court with the necessary information. Fed. R. Evid. 201(d).

Newspaper articles which make note of facts "which would be generally known in [this jurisdiction] and which would be capable of sufficiently accurate and ready determination" are the proper subject of judicial notice. *Ritter v. Hughes Aircraft Co.*, 58 F.3d 454, 458-59 (9th Cir. 1995) (taking judicial notice of facts in newspaper articles); *see also Ieradi v. Mylan Labs., Inc.*, 230 F.3d 594, 598 n.2 (3rd Cir. 2000) (taking judicial notice of newspaper article).

Scientific studies are also the proper subject of judicial notice. *See Brown v. Bd. of Educ.*, 347 U.S. 483, 495 n.11 (1954) (taking judicial notice of scientific studies). Similarly, records of congressional testimony "are the types of documents for which the accuracy cannot reasonably be questioned. *321 Studios v. Metro Goldwyn Mayer Studios, Inc.*, 307 F. Supp. 2d 1085, 1107 (N.D. Cal. 2004).

Accordingly, Plaintiffs request the Court take judicial notice of the following:

1.    Kelly McBride, *Suicide of Marine veteran, student affects many at UWGB*, Green Bay Press-Gazette, Feb. 7, 2008, a true and correct copy of which is attached hereto as Exhibit A.

2.    Lynn Proctor Windle, *Man found hanged at local motel*, Star Community Newspapers, Jan. 25, 2008, a true and correct copy of which is attached hereto as Exhibit B.

3.    Office of Disease Prevention and Epidemiology, Oregon Department of Human Services, Violent Deaths in Oregon: 2005 (2007), a true and correct copy of which is attached hereto as Exhibit C.

Case No. C-07-3758-SC
REQ. FOR JUDICIAL NOTICE IN SUPP. OF PLS.' MOT. FOR PRELIM. INJ. REPLY — CASE NO. C-07-3758-SC
sf-2460580

1

4. *Stopping Suicides: Mental Health Challenges Within the U.S. Department of Veterans Affairs*, 110th Cong. (2007) (Testimony of Mike and Kim Bowman), a true and correct copy of which is attached hereto as Exhibit D.

5. Desai et al, *Mental Health Service Delivery and Suicide Risk: The Role of Individual Patient and Facility Factors*, 162:2 American Journal of Psychiatry 311, (2005), a true and correct copy of which is attached hereto as Exhibit E.

## CONCLUSION

Therefore, Plaintiffs respectfully request the Court take judicial notice of the attached documents.

Dated: February 11, 2008

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
PAUL J. TAIRA
MORRISON & FOERSTER LLP


By:   /s/ Stacey Sprenkel
      Stacey Sprenkel

      Attorneys for Plaintiffs

Case No. C-07-3758-SC
REQ. FOR JUDICIAL NOTICE IN SUPP. OF PLS.' MOT. FOR PRELIM. INJ. REPLY — CASE NO. C-07-3758-SC
sf-2460580

2