

Print Page

## Man found hanged at local motel

**By Lynn Proctor Windle, Staff Writer**
(Created: Friday, January 25, 2008 6:45 PM CST)

A man was found hanged early Thursday morning at the LaQuinta Inn located in the 1800 block of U.S. 75.

Police are withholding identification of the victim pending notification of relatives.

A witness who described himself as an acquaintance of the victim said he found the body at about 5 a.m.

The witness, Pat Ahrens, owner of a Plano landscape service, said that he met the man whom he identified only as Chris, at the Veterans Administration Hospital in Dallas over the weekend. Both were patients there, he said.

Ahrens said the victim was released from the hospital on Wednesday morning. With no transportation, the victim called Ahrens asking for a ride to his home in Hillsboro. Ahrens said that when he realized he would be unable to drive the man home that evening, he put him up for the night in the motel. Ahrens said the man appeared depressed.

Ahrens said he returned early the next morning to find the man hanging from the second-story balcony outside the building. Athens said he first called a friend and then called 911.

Police said no cause of death has been determined and an investigation is ongoing.

Contact Lynn Proctor Windle at lwindle@acnpapers.com.

Copyright © 2008 Star Community Newspapers
624 Krona Drive Suite 170, Plano, Texas 75074 - Contact Star Community Newspapers at 972-398-4200