PERSONAL IDENTIFYING INFORMATION – ATTORNEYS' EYES ONLY

GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., | Case No.    C-07-3758-SC |
| Plaintiffs, | **CLASS ACTION** |
| v. | **REPLY DECLARATION OF ███████ IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, | Complaint Filed July 23, 2007 |
| Defendants. | |

PERSONAL IDENTIFYING INFORMATION – ATTORNEYS' EYES ONLY

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

1    I, ███████ make this declaration in support of Plaintiffs' Motion for Preliminary

2    Injunction. This declaration is based upon my personal knowledge and my review of VA medical

3    records. If called to testify, I could and would testify as follows:

4        1.    My son, ███████ enlisted in the Army in 2001, and served in Iraq from

5    ███████. Beginning in the summer of ███, ███ sought counseling from the VA

6    and private counselors for flashbacks, sleeplessness, and anxiety. Although the VA scheduled for

7    multiple appointments for him, several were cancelled by the VA. The few that did happen left him

8    feeling worse than before he went in. In fact, a VA doctor diagnosed ███ with Drug Induced

9    Psychosis—after a drug test showed no drugs in his system. After twelve frustrating months, he

10   stopped going and tried to cope with his symptoms on his own. On ███ 2007, I found him dead

11   in his room after he took his own life. He was 24 years old.

**Personal Background**

12

13       2.    I was born Los Angeles, and am 55 years old. I currently live in ███████

14   ███, where I am an assistant to one of the city's top realtors. I have no other children.

15       3.    I raised ███ as a single parent. I was able to put him through private school for much

16   of his education, but was not able to afford private high school. When ███ entered public high

17   school, he found that he was far ahead of the class. ███ graduated high school when he was fifteen.

18       4.    ███ was an extremely talented young man. He scored in the "near-genius" range on

19   an IQ test. He played multiple instruments, including piano, bass guitar, and saxophone. From age

20   fifteen to seventeen, he was taking college courses in web design at Rio Hondo Community College.

**Military Service**

21

22       5.    ███ enlisted in the Army in 2001. He planned to work in the military and go to

23   school. He was stationed at Fort Campbell in Kentucky, and took computer science courses.

24   However, his Army schedule made it very difficult for him to attend classes.

25       6.    In ███████ ███ was deployed to Iraq with the ███████. He

26   served on the front lines. For the first three months he was in Iraq, it was impossible for me to

27   contact him. When our communication became easier, he rarely spoke about what he was doing. I

28   am not sure whether he was not allowed to, or whether he just didn't want to. He did mention Mosul

1    several times, and I believe he was there.  He also told me that many of his friends did not make it

2    back.  He felt very guilty that he survived and they did not.  He returned to Ft. Campbell in

3    ██████████

4        7.    He was awarded the National Defense Service Medal, the Army Service Ribbon, the

5    Overseas Service Bar, and the Combat Infantryman Badge.

6                              **Return to Civilian Life**

7        8.    In ████████████, ████ was discharged from the Army.  He was 21.  He spent some

8    time in Tennessee, then returned to Los Angeles and tried to move on with his life.  He resumed his

9    studies, taking courses towards a bachelor's degree at DeVry University, focusing on web design.  In

10   late ████, ████ started calling me, telling me he thought someone was stalking him, and that he was

11   losing his mind.  He would call me in the night, panic-stricken.  In the spring of ████, he asked if he

12   could come live with me in ████████

13       9.    In ████████ ████ moved in with me.  He continued his studies at DeVry, taking

14   courses online until December, 2005.  He took more classes online, first full time, then part-time,

15   through the University of Phoenix, from April, 2006 to April, 2007.  In August, 2006, my mother,

16   who had been living with us, passed away.  With less company at home, ████ decided to get a job as

17   a web programmer.  He worked full time, always arrived on time, and, according to his supervisors,

18   did very good work.  He told me that he was just trying to return to a normal life.

19       10.   Unfortunately, it was immediately clear after ████ moved in that life was not normal

20   for him.  I would frequently hear him still up at 1:00 a.m. in the morning, and he would drink

21   approximately twelve beers almost every night just to fall asleep.  He would never go into the yard,

22   and always kept the blinds down and the doors locked.  I regularly noticed him trembling, something

23   I had never seen before he served in Iraq.  He was jumpy, and sometimes thought people were in his

24   room when there was no one there.  He told me he was sometimes awake for days at a time.  When

25   he did sleep, he would wake from nightmares looking for his rifle.

26                                 **Treatment**

27       11.   As soon as he arrived in ████████, we filled out the paperwork to get treatment at

28   the VA.  We both knew something was wrong, but didn't know exactly what.  We started going to

1    the VA in ███ in ██████ I had to take off work to drive him an hour each way to his

2    appointments. The person who interviewed ███ was arrogant, and talked down to us. He then

3    diagnosed ███ with a "Drug Induced Psychosis," presumably because ███ had admitted to some

4    drug use several months earlier. Although repeated drug tests confirmed that ███ had no drugs in

5    his system, VA refused to reconsider their diagnosis, or change his treatment to fit the actual

6    problems he was experiencing.

7         12.    The first few appointments at VA were primarily diagnostic interviews, as opposed to

8    counseling sessions. Over the course of these initial meetings, ███ felt continually insulted, and

9    developed a distrust of psychiatrists. He said he was offended that they would assert that he had a

10   drug-induced psychosis when he was not on drugs. ███ admitted that he heard voices, and they

11   prescribed an anti-hallucinogenic—Risperidone. He took this for a while, but found that it was

12   ineffective, and the side effects were worse than the initial problem.

13        13.    In the summer of ███, ███ experienced a violent flashback, and pulled a knife on

14   me. As a result, he was placed on probation and ordered into counseling. The counseling was

15   through a private company, and started in ██████ The counselor told me that he was

16   suffering from Post Traumatic Stress Disorder. I am not sure if this therapist gave a formal written

17   diagnosis, but I know he disagreed with the VA's diagnosis and treatment.

18        14.    The private counseling sessions were infrequent—about every two months. ███ went

19   six or seven times, and seemed to benefit from the sessions, but then his therapist left that practice.

20   After that, ███ tried to schedule further sessions. However, he would arrive, and then be told that

21   his appointment was not on the books, or that his counselor was not there that day. After a few

22   cancelled appointments, his probation officer said he could stop attending this counseling.

23        15.    The ███ appointments were very difficult. It was hard for me to take time off to

24   drive him, and ███ expressed dissatisfaction to me with the treatment he was getting. He went

25   several times to the Vet Center in ██████ where he was able to speak with a counselor via

26   satellite. However, he never formed a bond with this counselor, and he often stated that the treatment

27   the VA was offering was inadequate, and became distrustful of psychiatrists. Because the VA was

28   not helping him, he stopped going, and tried to cope on his own.

16.    ████s last appointment with the VA was around ████████  His last appointment with his private counselor was in ████████████ . After that, he continued to work, but his symptoms persisted. I never thought he was suicidal. As far as I know, he didn't tell anyone he was considering taking his own life. He did call his friends to touch base. On ██████████, I entered ████████ room, and found him hanging in his closet. There was no way to revive him.

**Conclusion**

17.    If ██████ had gone to the VA bleeding from the neck, they would have immediately recognized a life threatening condition, and treated him for it. He came to them with symptoms no less dire, but easier to ignore. As a result, his problems got worse, and eventually cost my son his life.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on _____ at _____.

_____

Case No. C-07-3758-SC
DECL. OF ████████████████ IN SUPT. OF PLS. MOT. FOR PRELIM. INJ.

4

16.    Kyle's last appointment with the VA was around July, 2006. His last appointment with his private counselor was in February, 2007. After that, he continued to work, but his symptoms persisted. I never thought he was suicidal. As far as I know, he didn't tell anyone he was considering taking his own life. He did call his friends to touch base. On July 22, 2007, I entered Kyle's room, and found him hanging in his closet. There was no way to revive him.

### Conclusion

17.    If Kyle had gone to the VA bleeding from the neck, they would have immediately recognized a life threatening condition, and treated him for it. He came to them with symptoms no less dire, but easier to ignore. As a result, his problems got worse, and eventually cost my son his life.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on _3-7-08_ at _12:19 PM_.

