Case 3:07-cv-03758-SC    Document 125-3    Filed 02/11/2008    Page 1 of 7
Downloaded from jech.bmj.com on 1 February 2008

# RESEARCH REPORT

# Suicide among male veterans: a prospective population-based study

Mark S Kaplan, Nathalie Huguet, Bentson H McFarland, Jason T Newsom

J Epidemiol Community Health 2007;61:619–624. doi: 10.1136/jech.2006.054346

**Objectives:** To assess the risk of mortality from suicide among male veteran participants in a large population-based health survey.
**Design and setting:** A prospective follow-up study in the US. Data were obtained from the US National Health Interview Surveys 1986–94 and linked to the Multiple Cause of Death file (1986–97) through the National Death Index.
**Participants:** The sample comprised 320 890 men, aged ≥18 years at baseline. The participants were followed up with respect to mortality for 12 years.
**Results:** Cox proportional hazards analysis showed that veterans who were white, those with ≥12 years of education and those with activity limitations (after adjusting for medical and psychiatric morbidity) were at a greater risk for completing suicide. Veterans were twice as likely (adjusted hazard ratio 2.04, 95% CI 1.10 to 3.80) to die of suicide compared with non-veterans in the general population. The risk of death from "natural" causes (diseases) and the risk of death from "external" causes did not differ between the veterans and the non-veterans. Interestingly, male veterans who were overweight had a significantly lower risk of completing suicide than those who were of normal weight.
**Conclusions:** Veterans in the general US population, whether or not they are affiliated with the Department of Veterans Affairs (VA), are at an increased risk of suicide. With a projected rise in the incidence of functional impairment and psychiatric morbidity among veterans of the conflicts in Afghanistan and Iraq, clinical and community interventions that are directed towards patients in both VA and non-VA healthcare facilities are needed.

See end of article for authors' affiliations

Correspondence to:
Dr M S Kaplan, School of Community Health, Portland State University, PO Box 751, Portland, OR 97207-0751, USA;
kaplanm@pdx.edu

Accepted 22 November 2006

Suicide is a major cause of death in the US; approximately 30 000 people commit suicide every year, and nearly 650 000 people are seen in emergency departments after they have attempted suicide.[1] The suicide rate for men (17.6/100 000 in 2003) is four times that for women (4.3/100 000 in 2003).[2] Compared with the general adult population, US veterans may have an increased risk of suicide.[3] Studies conducted among US veterans have focused on samples derived from patient populations in the Department of Veterans Affairs (VA) system.[1 4–7] Risk factors for suicide common in patients of VA include the male sex, the elderly, those with diminished social support, medical and psychiatric conditions associated with suicide, and the availability and knowledge of firearms.[4] Equally important is that much of the research on suicide has been based on Vietnam-era veterans.[3 7 8] Many studies have also focused on suicidal ideation and attempts (morbidity) of veterans, rather than on mortality from suicide.[9–11]

The reliance on VA clinical samples is particularly limiting from a population-based perspective because three-quarters of veterans do not receive healthcare through VA facilities.[12] Consequently, little is known about the risk factors for suicide among veterans in the general US population. Estimates of the risk of suicide may be biased, to the extent that the characteristics of veterans who use the VA system differ from those of the larger population of veterans. In light of the high incidence of physical and mental disabilities among veterans of the conflicts in Iraq and Afghanistan,[13–15] it is important to examine the risk of suicide among veterans in the general population.

The purpose of this paper was to examine risk factors for suicide among veterans in the general population. In pursuing this goal, we used a large, nationally representative, prospective dataset (with 653 deaths from suicide during the follow-up period) to: (1) assess the relative risk of suicide for male veterans in the general population; (2) compare male veteran suicide decedents with those who died of natural and external causes; and (3) examine the effects of baseline sociodemographic circumstances and health status on the subsequent risk of suicide.

## METHODS
### Data sources
This study used data from the 1986–94 National Health Interview Survey (NHIS).[16] In the NHIS, which was conducted by the National Center for Health Statistics, people from the 50 states and the District of Columbia who were not institutionalized were sampled. NHIS uses a multistage probability sampling design. In the first stage, 198 primary sampling units were selected out of 1900 geographical areas (a county, a small group of contiguous counties, or a metropolitan statistical area). The second stage sampled households within each geographical area. Personal (face-to-face) household interviews were conducted, with response rates ranging from 94% to 98%.

The total sample of male veterans for the combined NHIS used in the analyses was 104 026. The demographic profile for the NHIS veteran sample closely matched that of other surveys, including the National Survey of Veterans[12] and the Current Population Survey for September 1989.[17]

The NHIS 1986–94 data file was linked to the Multiple Cause of Death file (1986–97) through the National Death Index (NDI).

**Abbreviations:** BMI, body mass index; HR, hazard ratio; ICD-9, International Classification of Diseases, ninth revision; NHIS, National Health Interview Survey; NHIS-NDI, National Health Interview Survey-National Death Index; VA, Veterans Affairs

Downloaded from jech.bmj.com on 1 February 2008

NHIS participants aged ≥18 years were matched from the date of interview through December 1997 using 12 weighted criteria: social security number, first and last names, middle initial, race, sex, marital status, birth date (day, month and year), and state of birth and residence.[18] We used the recommended National Center for Health Statistics scoring cut-off, which corresponds to an estimate of 97% correctly classified deaths.[19]

### Measures

The main outcome variable was death by suicide. Suicide cases were identified using the International classification of diseases, ninth revision, clinical modification (ICD-9 E950–E959). Respondents were identified as veterans if they answered in the affirmative to "did you ever serve on active duty in the Armed Forces of the United States?" Covariates, from the baseline interview, included age (18–44, 45–64, or ≥65 years), marital status (married, widow/divorced/separated, or single), living arrangement (alone or with others), race (white or non-white), education (<12 or ≥12 years), employment status (employed, unemployed, or not in the labour force—that is, retired, disabled or not looking for a job), region of residence (northeast, midwest, south, or west), place of residence (rural or urban), body mass index (BMI), number of chronic non-psychiatric medical conditions (ICD-9 001–289 and 320–779), number of psychiatric conditions (ICD-9 290–316), self-rated health, and activity limitations. In the analyses, a dichotomous variable was constructed from self-rated health, with "good health" (excellent, very good, or good) opposed to "poor health" (fair or poor). Following Adams et al,[20] activity limitations were ascertained with the question: "does any health problem now keep you from working at a job or business, keeping house, going to school, or something else?", with the reply options (1) "unable to perform major activities", (2) "limited in kind/amount of major activities", (3) "limited in other activities" and (4) "not limited". The first three categories were collapsed and henceforth are referred to as "limited".

### Statistical analyses

The Cox proportional hazards model was used to estimate the relative hazard of suicide adjusting for demographic characteristics, socioeconomic factors and health. Cox regression coefficients (b) measure the impact of predictors on time to death.[21] All the variables were entered simultaneously into the Cox model. Time to death was measured from the month of the interview to the month of suicide completion. The reference group consisted of individuals who were censored at the time of their death due to other causes or, if they survived through the entire period, in December 1997.

In addition, competing risk analyses were performed to compare the relative risk of suicide to other causes of death among veterans versus non-veterans. This procedure allowed us to compare coefficients from two Cox proportional hazards models ($b_1$ and $b_2$) using the Wald $\chi^2$ statistic with the following formula[22]:

$$\chi^2 = \frac{(b_1 - b_2)^2}{[s.e.(b_1)]^2 + [s.e.(b_2)]^2}$$

Analyses were weighted to adjust for differential response rates and variation in probabilities of selection into the sample. The Taylor series linearisation procedure using SUDAAN (Release 9.0.1; Research Triangle Institute, Research Triangle Park, North Carolina, USA.) was used to adjust significance tests for the complex sample design. Because there were too few female veterans in the sample who completed suicide (n = 6), we did not include women in the analyses. However, separate analyses with both men and women showed that the results were virtually identical to those in the model with men only (data not shown).

### RESULTS

Table 1 shows the baseline characteristics of the veterans and non-veterans in the NHIS-NDI. Veterans were proportionally more likely than were non-veterans to be older, white, married and overweight.

Veterans represented 15.7% of the NHIS sample but accounted for 31.1% of the suicide decedents. Figure 1 shows that over time veterans were twice as likely (adjusted HR 2.13, 95% CI 1.14 to 3.99) to die of suicide compared with male non-veterans in the general population. Conversely, the risk of death from natural (diseases) and the risk of death from external (accidents and homicides) causes did not differ between the veterans and the non-veterans after we adjusted for confounding factors.

Table 2 provides descriptive information on the predictor variables for those who committed suicide. At baseline, veteran suicide decedents were significantly (p<0.05) more likely than were non-veteran decedents to be older, white, and high-school graduates, and less likely to never be married. Veteran suicide decedents had more activity limitations at baseline than non-veteran decedents. Furthermore, at the time of death, veterans were more likely to have committed suicide using a firearm than their non-veteran counterparts.

Table 3 shows the predictors of suicide risk among veterans. The results indicate that whites, those with >12 years of education and those with activity limitations (after adjusting for medical and psychiatric morbidity) were at a greater risk for suicide completion. An interesting result was that relative to those with normal weight (BMI 20.0–24.9 kg/m$^2$), overweight (BMI 25.0–29.9 kg/m$^2$) male veterans were at lower risk of completing suicide.

### DISCUSSION

Using prospective (NHIS-NDI) population-based health and mortality data, we examined risk of suicide among male veterans of military service. The results revealed that male veterans are at increased risk of suicide relative to non-veterans. Contrary to studies conducted in the UK,[23] [24] the findings showed that veterans were at greater risk of dying from suicide compared with a non-veteran cohort. The results of this study are particularly noteworthy because they were derived from a sample representative of all veterans in the US general population, whether or not they sought care in the VA system. Conversely, nearly all previous studies have examined suicide in VA-based samples and such studies may over- or underestimate risk of suicide because the VA serves only a fraction of veterans.[12]

A surprising finding was that veterans who were overweight had a lower risk for suicide. This finding is consistent with a recent longitudinal study. In a 31-year analysis of more than one million Swedish male military conscripts, Magnusson et al[25] concluded that the risk of suicide decreased with increasing BMI. Other studies that examined the association between overweight and obesity and depression—a critical psychiatric condition preceding suicide—yielded conflicting results.[26–29] According to Magnusson and colleagues, rather than directly reducing the risk of suicidal behaviour, a growing body of research suggests that raised BMI may be negatively associated with depression and suicidal behaviour through biological pathways. Two recent studies suggest that insulin resistance influences free fatty acids in the blood, tryptophan metabolism and serotonin levels in the brain.[30] [31] Serotonin deficiency in turn is implicated in suicidal behaviour.[32]

Case 3:07-cv-03758-SC    Document 125-3    Filed 02/11/2008    Page 3 of 7
Downloaded from jech.bmj.com on 1 February 2008

Suicide among male veterans                                                                                   621

| | Veterans (n = 104 026) %* | Non-veterans (n = 216 864) %* |
|---|---|---|
| **Table 1** Characteristics of male veterans and non-veterans in the NHIS-NDI, National Health Interview Survey–National Death Index | | |
| **Sex** | | |
| Female | 4.77 | 62.48 |
| Male | 95.23 | 37.52 |
| **Age (years)** | | |
| 18–44 | 24.82 | 70.28 |
| 45–64 | 44.98 | 20.40 |
| ≥65 | 30.20 | 9.32 |
| **Race/ethnicity** | | |
| White | 85.72 | 73.50 |
| Non-white | 14.28 | 22.65 |
| **Marital status** | | |
| Married | 79.15 | 63.63 |
| Widowed/divorced/separated | 13.49 | 8.79 |
| Never married | 7.36 | 21.20 |
| **Living arrangements** | | |
| With others | 87.43 | 87.65 |
| Alone | 12.57 | 12.35 |
| **Education** | | |
| <12 years | 17.41 | 22.51 |
| ≥12 years | 82.59 | 77.49 |
| **Employment status** | | |
| Employed | 62.13 | 77.34 |
| Unemployed | 2.47 | 3.74 |
| Not in labour force | 35.40 | 18.92 |
| **Region of residence** | | |
| Northeast | 19.72 | 20.51 |
| Midwest | 25.36 | 25.08 |
| South | 33.17 | 32.55 |
| West | 21.76 | 21.86 |
| **Place of residence** | | |
| Rural | 25.00 | 23.40 |
| Urban | 75.00 | 77.33 |
| **Self-rated health** | | |
| Good | 93.70 | 96.14 |
| Poor | 6.30 | 3.86 |
| **Body mass index** | | |
| Underweight (0.0–19.9 kg/m$^2$) | 2.50 | 4.46 |
| Normal weight (20.0–24.9 kg/m$^2$) | 34.25 | 40.80 |
| Overweight (25.0–29.9 kg/m$^2$) | 46.99 | 40.41 |
| Obese (≥30.0 kg/m$^2$) | 16.26 | 14.33 |
| Has at least one chronic non-psychiatric condition | 51.75 | 38.02 |
| Has at least one psychiatric condition | 1.53 | 2.03 |
| **Activity limitations** | | |
| Not limited | 76.30 | 85.03 |
| Limited | 23.70 | 14.97 |
| **Military service era** | | |
| World War I | 0.32 | — |
| World War II | 28.01 | — |
| Korean conflict | 15.95 | — |
| Vietnam era | 29.02 | — |
| Post-Vietnam | 9.91 | — |
| Other service | 16.79 | — |

—, not applicable.
*Weighted percentages.



**Figure 1** Comparison of cause-specific risk of mortality among veterans versus non-veterans. Risk adjusted for age, marital status, living arrangement, race, education, family income, employment status, region, interval since last visit to doctor, self-rated health, and body mass index. Reference group was non-veterans. Error bars indicate 95% CI. For each model, survivors and decedents from other causes of death were considered censored. International classification of diseases, ninth revision codes appear in parentheses. *Significant difference (p<0.05) between suicide and other causes of death using competing risk comparisons.

Our results also show that activity limitation is an important risk factor for suicide among veterans. Healthcare providers are well positioned to intervene with at-risk veterans who have physical and/or mental disabilities. Primary care physicians, as gatekeepers of the healthcare system, along with other specialists, have important roles in the assessment and management of depression and suicidality among veterans in clinical settings.[33]

Another important finding was the higher probability that US veterans used firearms as a mode of suicide compared with non-veterans. Supplementary analyses with data from the National Mortality Followback Survey (NMFS)[34] showed that veteran suicide decedents were 58% (OR 1.58, 95% CI 1.08 to 2.33) more likely than non-veterans to use firearms than other suicide methods, after adjusting for sex, age, marital status, race, education, region, metropolitan status, psychiatric visit in the last year of life, number of half-days in bed for illness or injury in the last year of life, and alcohol use (data not shown). Furthermore, an analysis of veteran suicide decedents in the NMFS revealed that those who owned guns were 21.1 times more likely to use firearms than were those who did not own guns (OR 21.10, 95% CI 9.12 to 48.83), after adjusting for sex, age, marital status, race, education, region, and metropolitan status. Other data show that military personnel on active duty are more likely to own and use firearms to commit suicide than the non-military population.[35] According to recent data from the Behavioral Risk Factor Surveillance System,[36] veterans are substantially more likely to own guns than are individuals in the general population (45.7% vs 32.3%, p<0.001).

Although there is a debate among suicidologists and policy makers about the association between the availability of firearms and risk of suicide, the preponderance of evidence suggests that a gun in the house, even if unloaded, increases the risk for suicide in adults.[37] Case–control studies on the prevalence of guns and risk of suicide have shown significant increases in suicides in homes with guns, even when adjustments were made for other factors, such as education, arrests,

Case 3:07-cv-03758-SC    Document 125-3    Filed 02/11/2008    Page 4 of 7
Downloaded from jech.bmj.com on 1 February 2008

**Table 2** Characteristics of male veteran and non-veteran suicide decedents in the National Health Interview Survey-National Death Index

| | Veteran suicide (n = 197) | Non-veteran suicide (n = 311) | |
|---|---|---|---|
| | N (%)§ | n (%)§ | p Value |
| **Age (years)** | | | |
| 18–44 | 45 (22.38) | 230 (69.65) | |
| 45–64 | 76 (37.23) | 35 (11.72) | ‡ |
| ≥65 | 76 (40.39) | 46 (18.63) | † |
| **Race/ethnicity** | | | |
| White | 175 (95.53) | 248 (72.35) | ‡ |
| Non-white | 21 (4.47) | 60 (27.65) | |
| **Marital status** | | | |
| Married | 139 (72.09) | 155 (50.86) | |
| Widowed/divorced/separated | 45 (18.73) | 40 (8.40) | |
| Never married | 13 (9.19) | 116 (40.74) | * |
| **Living arrangements** | | | |
| With others | 152 (75.71) | 258 (88.12) | |
| Alone | 45 (24.29) | 53 (11.88) | |
| **Education (years)** | | | |
| <12 | 52 (12.30) | 91 (26.11) | |
| ≥12 | 145 (87.70) | 217 (73.89) | * |
| **Employment status** | | | |
| Employed | 96 (52.92) | 214 (68.41) | |
| Unemployed | 6 (1.88) | 17 (6.28) | |
| Not in labour force | 95 (45.19) | 80 (25.31) | |
| **Region of residence** | | | |
| Northeast | 26 (12.14) | 52 (11.46) | |
| Midwest | 42 (17.92) | 81 (33.14) | |
| South | 86 (42.63) | 107 (29.89) | |
| West | 43 (27.31) | 71 (25.51) | |
| **Place of residence** | | | |
| Rural | 62 (43.43) | 90 (76.96) | |
| Urban | 135 (56.57) | 221 (23.04) | |
| **Self-rated health** | | | |
| Good | 142 (90.92) | 269 (90.08) | |
| Poor | 24 (9.08) | 17 (9.92) | |
| **Body mass index** | | | |
| Underweight (0.0–19.9 kg/m$^2$) | 13 (8.70) | 27 (13.25) | |
| Normal weight (20.0–24.9 kg/m$^2$) | 88 (51.77) | 135 (44.41) | |
| Overweight (25.0–29.9 kg/m$^2$) | 71 (30.32) | 109 (31.33) | |
| Obese (≥ 30.0 kg/m$^2$) | 22 (9.21) | 27 (11.02) | |
| Has at least one chronic non-psychiatric condition | 115 (68.53) | 137 (50.95) | |
| Has at least one psychiatric condition | 7 (3.03) | 16 (1.61) | |
| **Activity limitations** | | | |
| Not limited | 134 (45.99) | 238 (76.88) | |
| Limited | 63 (50.98) | 73 (23.12) | * |
| **Suicide method** | | | |
| Firearm (ICD-9 E955.0–E955.4) | 152 (83.51) | 185 (55.11) | † |
| Non-firearm (ICD-9 E950.0–E953.0 and E955.5–E959.0) | 45 (16.49) | 126 (44.89) | |
| **Military service era** | | | |
| World War I | 1 (0.23) | — | |
| World War II | 88 (47.06) | — | |
| Korean conflict | 21 (5.29) | — | |
| Vietnam era | 43 (25.77) | — | |
| Post-Vietnam | 14 (7.53) | — | |
| Other service | 25 (14.12) | — | |

—, not applicable.
ICD-9, International classification of diseases, ninth revision, clinical modification.
*p<.05; †p<0.01; ‡p<0.001.
§Unweighted N and weighted percentage with bivariate logistic tests.

Downloaded from jech.bmj.com on 1 February 2008

Suicide among male veterans    623

| | Adjusted HR (95% CI)§ |
|---|---|
| **Age (years)** | |
| 18–44 | 1.00 |
| 45–64 | 0.90 (0.31 to 2.65) |
| ≥65 | 1.46 (0.51 to 4.15) |
| **Race/ethnicity** | |
| White | 3.23 (1.75 to 5.88)‡ |
| Non-white | 1.00 |
| **Marital status** | |
| Married | 1.00 |
| Widowed/divorced/separated | 0.58 (0.03 to 10.77) |
| Never married | 0.72 (0.02 to 26.41) |
| **Living arrangements** | |
| With others | 1.00 |
| Alone | 3.48 (0.14 to 87.97) |
| **Education (years)** | |
| <12 | 1.00 |
| ≥12 | 2.67 (1.38 to 5.17)† |
| **Employment status** | |
| Employed | 1.00 |
| Unemployed | 0.56 (0.10 to 3.10) |
| Not in labour force | 1.03 (0.44 to 2.41) |
| **Region of residence** | |
| Northeast | 1.00 |
| Midwest | 1.02 (0.24 to 4.43) |
| South | 2.02 (0.46 to 8.78) |
| West | 1.87 (0.40 to 8.63) |
| **Place of residence** | |
| Rural | 1.00 |
| Urban | 0.44 (0.17 to 1.18) |
| **Self-rated health** | |
| Good | 1.00 |
| Poor | 0.54 (0.15 to 1.98) |
| **Body mass index** | |
| Underweight (0.0–19.9 kg/m$^2$) | 2.44 (0.46 to 12.84) |
| Normal weight (20.0–24.9 kg/m$^2$) | 1.00 |
| Overweight (25.0–29.9 kg/m$^2$) | 0.45 (0.22 to 0.92)* |
| Obese (≥30.0 kg/m$^2$) | 0.41 (0.14 to 1.17) |
| Number of chronic non-psychiatric conditions | 1.08 (0.68 to 1.72) |
| Number of psychiatric conditions | 0.41 (0.14 to 1.26) |
| **Activity limitations** | |
| Not limited | 1.00 |
| Limited | 4.44 (1.33 to 14.80)* |

Table 3  Risk factors for suicide among male veterans in the National Health Interview Survey-National Death Index 1986–97

*p<0.05. †p<0.01. ‡p<0.001.
§Model comparing suicide death to alive or other cause of death.

**Policy implications**

With the projected rise in functional impairments and psychiatric morbidity among veterans of the conflicts in Afghanistan and Iraq, clinical and community interventions directed towards patients in both Veterans Affairs and non-Veterans Affairs healthcare facilities are needed.

which true suicides are undercounted." Fuse concluded that errors in collective suicide statistics are usually random and should not bias the present findings. Second, a further constraint of the NHIS-NDI design was the absence of time-varying covariates. However, most suicides occurred shortly after the interview (ie, 75% died within 3 years) so there was a limited opportunity for baseline measures to change (eg, marital status). Third, data were unavailable on important measures such as suicide attempts, source of healthcare coverage, or combat experience—all of which are associated with suicide risk. Fourth, psychiatric conditions are critical risk factors in suicide. One would expect over 90% of suicide decedents to have psychiatric illness.[1][42] However, little information about baseline psychiatric morbidity was available in the NHIS. Therefore, we were unable to examine the role of well-established risk factors such as major depressive disorders or post-traumatic stress disorder because of the small number of suicide decedents and because major depressive disorders and post-traumatic stress disorder were not available as separate psychiatric conditions in the NHIS-NDI dataset. Finally, we could not address cohort and period effects associated with suicide rates. For example, there have been major developments in suicide prevention since the NHIS was conducted, particularly the enormous changes in rates of antidepressant prescriptions and reduced suicide rates in the last 10 years.

Despite these limitations, the results have substantial clinical and public health implications. Clinicians outside the VA system need to be alert for signs of suicidal intent among veterans, as well as their access to firearms. Similarly,

**What is already known**

- Veteran suicide decedents are more likely to be men, older, to have diminished social support, medical and psychiatric conditions, and the availability and knowledge of firearms.
- Most, if not all, previous studies on veteran suicide focused on patients of the US Department of Veterans Affairs and/or on those who served during the Vietnam War era.
- Little is known about the risk of suicide among veterans in the general population.

**What this paper adds**

- Compared with non-veterans in the general population, male veterans are more likely to die of suicide but are not more likely to die of external causes or diseases.
- Impaired functional status increased the risk for mortality from suicide among male veterans.

and drug misuse.[38] Because veterans are familiar with and have greater access to firearms, healthcare providers need to be more attentive to the critical role that firearms play in suicidal behaviour among veterans. Unfortunately, some doctors find it difficult to ask patients directly about suicide.[39] Kaplan et al [40] also found that only half of the primary care physicians who identified patients as suicidal would inquire about their access to firearms.

This study has several potential limitations. The first limitation concerns the reliability of suicide data derived from death certificates. In this regard, Fuse[41] reported that "there is general agreement that suicides are likely under-reported for such reasons as the beyond-a-reasonable-doubt criterion used and for some socio-cultural reasons that may bias the reporting. There is not, however, much agreement as to the degree to

Downloaded from jech.bmj.com on 1 February 2008

healthcare facilities that serve veterans outside the VA system should also recognise the increased risk of suicide in this population. With the projected rise in functional impairments[13] and psychiatric morbidity[14 15] among veterans of the conflicts in Afghanistan and Iraq, clinical and community interventions directed towards patients in both VA and non-VA healthcare facilities are needed.

## ACKNOWLEDGEMENTS
Data for this study were made available through the Inter-University Consortium for Political and Social Research and the National Center for Health Statistics.

. . . . . . . . . . . . . . . . . . . . . . .

### Authors' affiliations
**Mark S Kaplan, Nathalie Huguet,** School of Community Health, Portland State University, Portland, Oregon, USA
**Bentson H McFarland,** Department of Psychiatry, Oregon Health & Science University, Portland, Oregon, USA
**Jason T Newsom,** Institute on Aging, Portland State University, Portland, Oregon, USA

Funding: This research was undertaken with a grant from the National Institute of Mental Health (MH070520).

Competing interests: None.

## REFERENCES
1  Goldsmith SK, Pellmar TC, Kleinman AM, et al. Reducing suicide: a national imperative. Washington, DC: National Academy Press, 2002, http://www.nap.edu/catalog/10398.html (accessed 26 Mar 2006).
2  Centers for Disease Control and Prevention, National Centers for Injury Prevention and Control. Web-based Injury Statistics Query and Reporting System (WISQARS) 2005. www.cdc.gov/ncipc/wisqars (accessed 26 Jan 2006).
3  Desai R, Dausey D, Rosenheck RA. Mental health service delivery and suicide risk: the role of individual patient and facility factors. Am J Psychiatry 2005;162:311–18.
4  Lambert MT, Fowler DR. Suicide risk factors among veterans: risk management in the changing culture of the Department of Veterans Affairs. J Ment Health Adm 1997;24:350–8.
5  Rosenheck R. Mental and substance use health services for veterans: experience with performance evaluation in the Department of Veterans Affairs. In: Institute of Medicine, eds. Improving the quality of health care for mental and substance-use conditions:Quality Chasm Series. Washington, DC: National Academy Press, 2006;382–448, http://darwin.nap.edu/books/0309100445/html (accessed 26 Mar 2006).
6  Thompson R, Kane VR, Sayers SL, et al. An assessment of suicide in an urban VA medical center. Psychiatry 2002;65:327–37.
7  Bullman TA, Kang HK. The risk of suicide among wounded Vietnam veterans. Am J Public Health 1996;86:662–7.
8  Boehmer TK, Flanders WD, McGeehin MA, et al. Postservice mortality in Vietnam veterans: 30-year follow-up. Arch Intern Med 2004;164:1908–16.
9  Brenda BB. Gender differences in predictors of suicidal thoughts and attempts among homeless veterans that abuse substance. Suicide Life Threat Behav 2005;35:106–16.
10  Reich J. The relationship of suicide attempts, borderline personality traits, and major depressive disorder in a veteran outpatient population. J Affect Disord 1998;49:151–6.
11  Fonatana A, Rosenheck R. Attempted suicide among Vietnam veterans: a model of etiology in a community sample. Am J Psychiatry 1995;152:102–9.
12  Department of Veterans Affairs. 2001 National Survey of Veterans final report. http://www.va.gov/vetdata/SurveyResults/index.htm (accessed 26 Jan 2006).
13  Gawande, A. Casualties of war—military care for the wounded from Iraq and Afghanistan. N Engl J Med 2004;351:2471–5.
14  Kang HK, Hyams KC. Mental health care needs among recent war veterans. N Engl J Med 2004;352:1289.
15  Hoge CW, Auchterlonie JL, Milliken CS. Mental health problems, use of mental health services, and attrition from military service after returning from deployment to Iraq or Afghanistan. JAMA 2006;295:1023–32.
16  US Department. of Health and Human Services, National Center for Health Statistics. National Health Interview Survey, 1986–1994 (computer file). 2nd ICPSR release. Washington, DC: US Department, of Health and Human Services, National Center for Health Statistics (producer), 1986–1995.Ann Arbor, MI:Inter-university Consortium for Political and Social Research (distributor), 1989–, 1996.
17  US Department. of Commerce, Bureau of the Census. Current population survey, September 1989: Veterans and cardiovascular disease risk factor supplements (Computer file), Washington, DC:US Department.of Commerce, Bureau of the Census (producer), 1989.Ann Arbor, MI:Inter-university Consortium for Political and Social Research (distributor), 1992.
18  Rogot E, Sorlie P, Johnson NJ. Probabilistic methods in matching census samples to the National Death Index. J Chronic Dis 1986;39:719–34.
19  National Center for Health Statistics. National Health Interview Survey. Data and documentation. Hyattsville, MD: Public Health Service, 2000.
20  Adams PF, Hendershot GE, Marano MA. Current estimates from the National Health Interview Survey, 1996. National Center for Health Statistics. Vital Health Stat 1999;10, 200:1–203.
21  Lee ET, Go OT. Survival analysis in public health research. Annu Rev Health 1997;18:105–34.
22  Lagakos SW. A covariate model for partially censored data subject to competing causes of failure. Appl Stat 1978;27:235–41.
23  Macfarlane GJ, Thomas, E, Cherry N. Mortality among UK Gulf War veterans. Lancet 2000;356:17–21.
24  Macfarlane GJ, Hotop M, Maconochi N, et al. Long-term mortality amongst Gulf War veterans: is there a relationship with experiences during deployment and subsequent morbidity? Int J Epidemiol 2005;34:1403–8.
25  Magnusson PK, Rasmussen F, Lawlor DA, et al. Association of body mass index with suicide mortality: a prospective cohort study of more than one million men. Am J Epidemiol 2006;163:1–8.
26  Simon GE, Von Korff M, Saunders K, et al. Association between obesity and psychiatric disorders in the US adult population. Arch Gen Psychiatry 2006;63:824–30.
27  Onyike CU, Crum RM, Lee HB, et al. Is obesity associated with major depression? Results from the Third National Health and Nutrition Examination Survey. Am J Epidemiol 2003;158:1139–47.
28  Roberts RE, Deleger S, Strawbridge WJ, et al. Prospective association between obesity and depression: evidence from the Alameda County study. Int J Obes Relat Metab Disord 2003;27:514–21.
29  Stunkard AJ, Faith MS, Allison KC. Depression and obesity. Biol Psychiatry 2003;54:330–7.
30  Golomb BA, Tenkanen L, Alikoski T, et al. Insulin sensitivity markers: predictors of accidents and suicides in Helsinki Heart Study screenees. J Clin Epidemiol 2002;55:767–73.
31  Lawlor DA, Smith GD, Ebrahim S. British Women's Heart and Health Study. Association of insulin resistance with depression: cross sectional findings from the British Women's Heart and Health Study, BMJ 2003;327:1383–4.
32  Lester D. The concentration of neurotransmitter metabolites in the cerebrospinal fluid of suicidal individuals: a meta-analysis. Pharmacopsychiatry 1995;28:45–50.
33  Goldman LS, Nielsen NH, Champion HC. Awareness, diagnosis, and treatment of depression. J Gen Intern Med 1999;14:569–80.
34  US Department. of Health and Human Services, National Center for Health Statistics. National mortality followback survey, 1993 computer file). ICPSR version. Hyattsville, MD: U, S.Dept.of Health and Human Services, National Center for Health Statistics (producer), 1999.Ann Arbor, MI:Inter-university Consortium for Political and Social Research (distributor), 2000.
35  Mahon MJ, Tobin JP, Cusack DA, et al. Suicide among regular-duty military personnel: a retrospective case-control study of occupation-specific risk factors for workplace suicide. Am J Psychiatry 2005;162:1688–96.
36  Centers for Disease Control, Prevention (CDC). Behavioral risk factor surveillance system survey data. Atlanta, GA: US Department of Health and Human Services, CDC, 2003.
37  Mann JJ. A current perspective of suicide and attempted suicide. Ann Intern Med 2002;136:302–11.
38  Wellford CF, Pepper JV, Petrie CV. Firearms and violence: a critical review. Washington, DC: National Academy Press, 2004, http://darwin.nap.edu/books/0309091241/html (accessed 26 Mar 2006).
39  Schulberg HC. Treating depression in primary care practice: applications of research findings. J Fam Pract 2001;50:535–7.
40  Kaplan MS, Adamek ME, Calderon A. Managing depressed and suicidal geriatric patients: differences among primary care physicians. Gerontologist 1999;39:417–25.
41  Fuse T. Suicide, individual and society. Toronto: Canadian Scholars' Press, 1997.
42  Gibbons RD, Hur K, Bhaumik DK, et al. The relationship between antidepressant medication use and rate of suicide. Arch Gen Psychiatry 2005;62:165–72.

only intends to be an opportunity to think about this issue on a concrete basis. Rather, we expected Hanewinkel et al to use more convincing arguments and challenge the central points of our criticisms, namely that the evidence for the efficacy of the smokefree class competition is not established beyond the short term, and that this approach raises serious ethical issues. The Cochrane review summarises the situation when it concludes that: "incentives and competitions do not appear to enhance long term cessation rates, with early success tending to dissipate when the rewards are no longer offered."[2] We can understand that this conclusion is difficult to accept for the stakeholders of this programme. Hanewinkel et al do not reject our assertion that the central principle of this competition is to apply negative peer pressure on smokers. Rather, they cite two studies, from Switzerland and Wales, suggesting that bullying and violence were not higher in participating classes than in control classes. However, the Swiss study compared classes that chose to participate with classes that chose not to. Thus it is not clear whether these results are attributable to the competition itself or to selection bias. No reference is given for the study in Wales, which apparently is not a randomised trial either.

For a programme of this importance (600 000 participants and millions of euros every year), conducted for so many years, the absence of an in-depth evaluation of its potential adverse effects is a serious shortcoming—in particular because negative peer pressure is applied on youthful smokers, who represent a more psychologically vulnerable group than non-smokers. As for the other points, non-voluntary cotinine tests were conducted in Switzerland until 2004, and we maintain that this competition lacks a sound basis in behaviour theory. Our hope is that this interesting exchange will raise renewed interest in the psychosocial and ethical issues in school prevention, and stimulate a commitment to seriously evaluate the positive and negative effects of the smokefree class competition.

**Jean-François Etter**
Institute of Social and Preventive Medicine, University of Geneva

**Paul Bouvier**
Child Health Service (Service de Santé de la Jeunesse), Department of Education, State of Geneva

Correspondence to: Jean-François Etter, Institute of social and preventive medicine, University of Geneva. CMU, case postale, CH-1211 Geneva 4, Switzerland; Jean-Francois.Etter@imsp.unige.ch

### References

1. **Etter JF**, Bouvier P. Some doubts about one of the largest smoking prevention programmes in Europe, the smokefree class competition. *J Epidemiol Community Health* 2006;**60**:757–9.
2. **Hey K**, Perera R. Competitions and incentives for smoking cessation. *Cochrane Database Syst Rev* 2005;**2**:CD004307.

## BOOK REVIEW

### Social injustice and public health

Edited by Barry S Levy, Victor W Sidel. Published by Oxford University Press, Oxford, 2006, £35.99 (hardback), pp 529. ISBN 0-19-517185-3

This edited collection is divided into four parts. Part I, consisting of only one chapter authored by the editors, provides a useful and necessary summary of the nature of social injustice and public health. This includes relevant definitions and useful reference material—for example, a copy of the Universal Declaration of Human Rights. Part II outlines the ways in which the health of specific population groups is affected by social injustice. The chapters in this section focus on both well-described populations—for example, those from lower socioeconomic groups, ethnic minorities and women—and more marginalised groups who generally receive less attention. The inclusion of chapters focusing on incarcerated people, homeless people and forced migrant populations from a public health perspective makes for a refreshing change.

Part III considers the process by which social injustice can affect health. Chapters focus on medical care, infectious diseases and occupational safety, among other issues. A real strength of the book comes in part IV, in which several perspectives on "what needs to be done" are outlined. This series of chapters attempts to make explicit links, obviously based on particular political viewpoints, between explanatory models of social injustice and health, to public health practice. This is the element that is often missing within the inequalities literature.

The collection of chapters fits together very well despite the large number of authors involved and the wide range of topics covered. A real strength of the book is that the chapters can be used as stand-alone texts, the understanding of which does not depend on having read previous sections. Generally, the chapters are well written, using good examples and a wide range of presentation styles (eg, graphs, tables and figures) to keep the reader engaged. The chapters provide good summary overviews of the topics under discussion and provide a good start for further reading. One potential criticism is the strong American focus; although most chapters do make attempts to draw upon international examples, the strong use of Americanised definitions and data is apparent. The book offers itself to several audiences, including both practitioners and students over a wide range of disciplines, including medicine, nursing, social services and law. This is perhaps the case, but more so in the US than for an international audience.

**Joy Adamson**

## CORRECTIONS

doi: 10.1136/jech.2006.054346corr1

M S Kaplan, N Huguet, B H McFarland, *et al*. Suicide among male veterans: a prospective population-based study (*J Epidemiol Community Health* 2007;**61**:619–24). In the second sentence of the Results section of the Abstract of this paper "(adjusted hazard ratio 2.04, 95% CI 1.10 to 3.80)" should be "(adjusted hazard ratio 2.13, 95% CI 1.14 to 3.99)".

doi: 10.1136/jech.2006.052670corr1

K Harkonmäki, K Korkeila, J Vahtera, *et al*. Childhood adversities as a predictor of disability retirement (*J Epidemiol Community Health* 2007;**61**:479–84). The author affiliation of Markku Koskenvuo was published incorrectly; it is actually University of Helsinki. We apologise for this error.

---

### Webcast: International Forum on Quality and Safety in Health Care

Plenary sessions at this year's International Forum on Quality and Safety in Health Care were filmed and broadcast live over the internet. The sessions are still available to view free, on demand and at your own convenience at http://barcelona.bmj.com. Each session is accompanied by a panel discussion.

The webcast includes the following, in either English or Spanish translation:

- **Donald M Berwick:** Can health care ever be safe?
- **Richard Smith:** What the quality movement can learn from other social movements
- **Lucian Leape and Linda Kenney:** When things go wrong: communicating about adverse events
- **John Prooi and Harry Molendijk:** Partnering for patient safety