1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
3  P.O. Box 8130
   Walnut Creek, California 94596-8130
4  Telephone: 925.295.3300
   Facsimile: 925.946.9912
5
6  SIDNEY M. WOLINSKY (CA SBN 33716)
   SWolinsky@dralegal.org
7  JENNIFER WEISER BEZOZA (CA SBN 247548)
   JBezoza@dralegal.org
8  KATRINA KASEY CORBIT (CA SBN 237931)
   KCorbit@dralegal.org
9  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
10 Berkeley, California 94704-1204
   Telephone: 510.665.8644
11 Facsimile: 510.665.8511

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | Case No.    C-07-3758-SC<br><br>**CLASS ACTION**<br><br>**EXHIBIT C TO REPLY EXPERT DECLARATION OF ARTHUR BLANK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REPLY**<br><br>Date:    March 7, 2008<br>Time:    10:00 a.m.<br>Ctrm:    1, 17th Floor<br><br>Complaint Filed July 23, 2007 |

## MANUAL FILING NOTIFICATION

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

## MANUAL FILING NOTIFICATION

Regarding: **EXHIBIT C TO REPLY EXPERT DECLARATION OF ARTHUR BLANK IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[X] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

Dated: February 11, 2008        GORDON P. ERSPAMER
                                ARTURO J. GONZALEZ
                                HEATHER A. MOSER
                                WILLIAM D. JANICKI
                                STACEY M. SPRENKEL
                                PAUL J. TAIRA
                                MORRISON & FOERSTER LLP


                                By:    /s/ Stacey Sprenkel
                                       Stacey Sprenkel

                                Attorneys for Plaintiffs