CURRICULUM VITAE

**ARTHUR S. BLANK, JR., M.D.**

4401 East-West Highway Suite 202          Fax 301-469-2470
Bethesda MD 20814-4521                    e-mail asbjrmd@aol.com
Telephone 301-951-5611                    www.arthurblankjrmd.com

___

**EDUCATION**
- Psychoanalytic Studies and Training, Washington Psychoanalytic Institute, Washington DC, 1997-present

- Psychiatry Residency, Yale University School of Medicine, New Haven CT, 1962-65

- Rotating Internship, United States Public Health Service Hospital, New York NY, 1961-62

- Doctor of Medicine, Case Western Reserve University School of Medicine, Cleveland OH, 1961

- Bachelor of Arts, cum laude, Allegheny College, Meadville PA, 1957

**PRESENT POSITION**
- Full-time private practice, psychoanalysis, psychotherapy and psychiatry, Bethesda MD, 1998-present

**FORMER POSITIONS**
- 1994-1997: Senior Psychiatrist, PTSD Team, Psychiatry Service, VA Medical Center, Minneapolis MN. Multidisciplinary specialty team, inpatient, outpatient, and day treatment. Supervised and consulted on diagnosis, case analysis, treatment planning and psychotherapy. Provided individual and group psychotherapy, and medication management. Engaged in teaching and research.

- National Director, Vet Centers, (Readjustment Counseling Centers for veterans of Viet Nam, Lebanon, Grenada, Panama, Persian Gulf and Somalia), Department of Veterans Affairs Headquarters, Washington DC. Chief executive official for 202 centers located in 50 states, Puerto Rico, the Virgin Islands, and Guam with total staff of 900 persons, annual budget of $60 million, 1982-1994

- Outpatient supervising psychiatrist, 1972-1975; Director, In-patient Psychotherapy and Assistant Director of Education, 1975-1982, Psychiatry Service, VA Medical Center, West Haven CT

- Assistant Clinical Director, 1967-1969; Clinical Director, 1961-1971; Director of Psychotherapy, 1971-1972, Yale Psychiatric Institute, New Haven CT

- Outpatient Psychiatrist, 1966; Director, Psychiatric Inpatient Service, 1967, Walson Army Hospital, Fort Dix NJ

- Psychiatrist, U.S. Army 93rd Evacuation Hospital, Long Binh (1965-66) and 3rd Field Hospital, Saigon, (1966), Viet Nam

| | |
|---|---|
| **OTHER PROFESSIONAL ACTIVITIES** | • Forensic psychiatric evaluations and expert witness testimony, USA and United Kingdom, 1966-present |
| | • Psychiatric evaluations and consultation, 1967-present |
| | • Private practice, psychiatry and psychoanalytic psychotherapy, 1972-1982, New Haven CT |
| **ACADEMIC APPOINTMENTS** | • Clinical Professor of Psychiatry, George Washington University, Washington DC, 2000-present |
| | • Adjunct Professor of Psychiatry, 1998-present, Clinical Professor, 1991-1998, Uniformed Services University of Health Sciences (USUHS), Bethesda MD |
| | • Clinical Professor of Psychiatry, Georgetown University, Washington DC, 1993-1994 |
| | • Lecturer, 1984-2005<br>Associate Clinical Professor, 1975-1984<br>Assistant Clinical Professor, 1972-1975<br>Assistant Professor, 1967-1972<br>Department of Psychiatry, Yale University School of Medicine, New Haven CT |
| **MEMBERSHIPS** | • Affiliate member, American Psychoanalytic Association, 1997-present<br>• Life Member, American Psychiatric Association<br>• International Association for Relational Psychoanalysis and Psychotherapy, 2002-present<br>• International Association for Psychoanalytic Self Psychology, 2004-present<br>• United States Chapter of the International Society for the Psychological Treatments of Schizophrenias and Other Psychoses, 2004-present<br>• International Society for Traumatic Stress Studies 1985-present<br>• Washington DC Psychiatric Society, 1992-94, 1997-present<br>• Affiliate member, Maryland Psychiatric Society, 1992-94, 1997-present<br>• Psychoanalytic Foundation of Minnesota, 1994-1997<br>• Minnesota Psychiatric Society, 1994-97<br>• Minnesota Society for Clinical Hypnosis, 1994-97<br>• Washington DC Society of Clinical Hypnosis 1992-94, 2004-present<br>• Connecticut Psychiatric Society, 1964-1992 |
| **AWARDS, HONORS, AND LISTINGS** | • Global Register's Who's Who in Executives and Professionals, 2006-2007<br>• Cambridge Who's Who, 2007<br>• Global Register's Who's Who, 2005<br>• Listed in "Guide to America's Top Psychiatrists," Consumers Research Council of America, Washington DC, 2004-2005 and 2006-2007<br>• Award for Excellence in Teaching, Modern Perspectives on Psychotherapy Program, Washington Psychoanalytic Society, June 2004<br>• Academic Keys Who's Who in Medical Sciences Education, 2004<br>• International Who's Who in Medicine, 1995-1996 |

- Alumni Gold Citation, Allegheny College, Meadville PA, 1995
- The William C. Porter Award and Lecture, for achievement in psychiatry, Association of Military Surgeons of the United States (AMSUS), 17 November, 1993
- Who's Who in the East, 1990-94
- Commendation, Chief Medical Director, Veterans Administration, 1985
- Meritorious Service Award, Administrator, Veterans Administration, 1980
- Phi Beta Kappa, 1957

**MILITARY**
- Captain, U.S. Army Medical Corps, 1965-1967

**EDITORIAL AND REVIEW**
- Reviewer, <u>American Journal of Psychiatry</u>, 1981-1994
- Reviewer, <u>Journal of Traumatic Stress</u>, 1985-2001
- Ad hoc Reviewer, <u>Psychiatric Services</u>, 1981-1994
- Editorial Board, <u>Journal of Traumatic Stress</u>, 1986-1991
- Editorial Board, Brunner-Mazel Psychosocial Stress Series, 1986-1993

**BOARDS, COMMITTEES, AND OTHER APPOINTMENTS**
- Board of Directors and Chairperson, Community Affairs Committee, Washington Psychoanalytic Foundation, 2000-2004

- International Society for Traumatic Stress Studies:
    - Board of Directors, 1985-1991 (founding member), 1993-1998
    - Editor, Society newsletter, <u>Stress Points</u>, 1995-1998
    - Nominating Committee, 1997, 1999
    - Affiliations Task Force, 1997
    - International Advisory Committee, Second World Conference, Jerusalem, Israel, 1996
    - Secretary, 1995, Vice President, 1994, Treasurer, 1993
    - Chairperson, Governance and By-Laws Committee, 1990, 1991
    - Program Committee, 1991, 1995
    - Public Policy Committee, 1989, 1990
    - President's Task Force on PTSD Curriculum Development (Psychiatry), 1989

- Board of Directors, Psychoanalytic Foundation of Minnesota, 1996-1997

- Sub-committee on Post-Traumatic Stress Disorder (Jonathan Davidson, M.D. and Edna Foa, Ph.D., Co-Chairpersons), <u>Diagnostic and Statistical Manual</u>, <u>Fourth Edition (DSM-IV)</u>, American Psychiatric Association, 1988-1993

- Public Information Committee, Ralph Wittenberg, M.D., Chairperson, Washington Psychiatric Foundation, Washington DC, 1992-1993

- Secretary, Washington Chapter, American Society of Psychoanalytic Physicians, 1993

- Ad Hoc Task Force to Implement Women Veterans Health Services, Susan Mather, M.D., Chairperson, Department of Veterans Affairs Headquarters, Washington DC, 1992

- Advisory Committee, Friends of Vietnam Veterans Memorial, Inc., Washington, DC, 1986-1990

3

- Corresponding Task Force on Victimization (Martin Symonds, Chairperson), Council on National Affairs, American Psychiatric Association, 1986-1989

- Subcommittee on Post Traumatic Stress Disorder, (Robert Spitzer, M.D., Chairperson) <u>Diagnostic and Statistical Manual, 3rd Edition, Revised (DSM III-R)</u>, American Psychiatric Association, 1984-1986

- Chairperson, Panel on Occupational and Social Re-integration, VA and Uniformed Services Conference on Follow-up Care for Returning Prisoners of War, San Diego, California, March 1985

- Scientific Committee on the Mental Health Needs of Victims of Personal Violence, Yael Danieli, PhD., Chairperson, World Federation of Mental Health, 1983-1985

- Consultant and faculty member for staff training, Vietnam Era Vet Centers, VA Headquarters, Washington, DC, 1979-1981

- Resident Selection Committee, Stephen Fleck, M.D., Chairperson, Yale University Department of Psychiatry, 1972-1976

**RESEARCH**

- Participating Investigator, Department of Veterans Affairs Co-operative Study #420, <u>Group Treatment of PTSD</u>, VA Medical Center, Minneapolis MN, Co-principal Investigators Matthew Friedman, M.D. and Paula Schnurr, Ph.D., 1996-1997

- Site Co-ordinator, Pfizer Inc. Multi-Site Study of Sertraline Treatment of PTSD, VA Medical Center, Minneapolis MN, 1994

- Technical Advisory Group, National Vietnam Veterans Readjustment Study, VA Headquarters, Washington DC, 1987-1992

- General Department of Veterans Affairs supervisor for development and initiation of the National Vietnam Veterans Readjustment Study (Research Triangle Institute), VA Headquarters, Washington DC, 1983-1986

**TEACHING AND CONSULTING ACTIVITIES**

- Psychotherapy Supervision, Department of Psychiatry, George Washington University, 2000-present

- Independent Studies Seminar on Trauma, Marshall Alcorn, Ph.D., Department of English, George Washington University, April and May 2006

- Discussion group leader, "<u>New Directions: Writing and Critical Thinking with a Psychoanalytic Perspective</u>", "Desire, Lust, and Sensuality in the Transference" (April 2006), "Impasses" (April 2005), "Psychoanalysis and the Body" (February 2003), "Klein" (April 2003), "Dreams" (April 2002, "Trauma" (October 1999)

- Clinical Case Conference, Modern Perspectives on Psychotherapy Program, Washington Psychoanalytic Society, Washington DC, December 2003

- Psychoanalysis and psychotherapy peer supervision group, Bethesda MD, 2003-present

4

- Faculty, Modern Perspectives on Psychotherapy Program, Washington Psychoanalytic Society, 2003-present

- PTSD Study Group, David Goldstein, M.D., (Georgetown University Department of Psychiatry), Chairperson, Washington DC, 2001-present

- Psychotherapy of trauma disorders peer supervision group, Bethesda MD, 1998-1999

- Psychotherapy Peer Consultation Group, Minnesota Psychoanalytic Foundation, Minneapolis MN, 1996-1997

- Program Chair, "PTSD From Trauma Across the Life Cycle", Nationwide Teleconference, Department of Veterans Affairs, Minneapolis MN, September 1996

- Lecture on Trauma Disorders, Third Annual Alumni Day, Yale University Department of Psychiatry, New Haven CT, October, 1996

- Consultation to the Presidential Advisory Committee on Persian Gulf War Veterans' Illnesses, Washington DC. June 1996

- Visiting Lecturer, Allegheny College, Meadville PA, February, 1996

- Consultant to Theatre In the Round, Minneapolis MN, December, 1995

- Clinical Supervision, Psychiatry Service, VA Medical Center, Minneapolis MN, 1994-1997

- Lectures on PTSD, Psychiatric residents and medical students, School of Medicine, University of Minnesota, Minneapolis, MN, 1994-1997

- Seminar on diagnosis and treatment of Post-Traumatic Stress Disorder, for Regional Psychiatrists, United States Department of State, Washington DC, April 1994

- Psychotherapy Study Group, Psychiatry Service, VA Medical Center, Minneapolis MN, 1994-1997

- PGY3 Course on Trauma Disorders (with Bonnie Green, Ph.D, Janice Krupnick, Ph.D and Stefan Pasternack, M.D.) Department of Psychiatry, Georgetown University School of Medicine, Washington DC, 1992-1993

- Trauma Study Group, Department of Psychiatry, Georgetown University School of Medicine, 1992-1993

- Consultation, United States Holocaust Museum, Washington DC, 1992-1993

5

- Faculty Small Group Leader, Senior Medical Students Course on Battle Fatigue, Uniformed Services University of the Health Sciences, (USUHS), Bethesda MD, 1991-1993

- "Case Evaluation and Consultation for Differential Diagnosis and Clinical Risk in PTSD with Co-Morbidity," VA Readjustment Counseling Service Training Conferences Indianapolis IN, March 1992 and Cocoa Beach FL, June 1992

- Workshop: "Healing the Wounds of Violence" (with Christine Courtois, Ph.D.), Taylor Manor Hospital and Howard County Mental Health Association, Ellicott City MD, November 1991

- Lectures on PTSD: I-History, Epidemiology, and Etiology, II-Diagnosis and Differential Diagnosis, III-Treatment; Psychiatry Section, US Military Medical-Surgical Congress Seventh Medical Command (Europe) and Uniformed Services University of the Health Sciences; Willingen, Germany, September 1991

- Invited Discussant, Problem Case Conference, Psychiatry Service, VA Medical Center, Washington DC, June 1991

- Clinical Case Seminars, VA Readjustment Counseling Service Regional Training Conferences: Minneapolis MN, September 1993; Northport NY, August 1993; Virginia Beach VA, April 1993; Cocoa Beach FL, June 1992; Indianapolis IN, March 1992; Palo Alto Ca, February 1992; Northport NY, November 1991; Williamsburg VA, June 1991; Cocoa Beach FL, December 1990; Baltimore MD, June 1990; Clearwater Beach FL, January 1990; Austin TX, December1989; San Diego CA, November 1989; Austin TX, June 1989; Cocoa Beach FL, June 1988; Denver CO, April 1988; Indianapolis IN, March 1988; Denver CO, February 1988; San Diego CA, January 1988; El Paso TX, December 1987; Milwaukee WI, March 1987; San Diego CA, December 1984; Denver CO, April 1983

- Working Group on US-Armenian Cooperation on Post-Earthquake Trauma, Office of Human Rights and Humanitarian Affairs, United States State Department, 1991-1992

- Chair, Discussion Group, "The War In the Persian Gulf," <u>Continuing Education Course: Psychological Trauma in Times of War and Peace</u>, Harvard Medical School, Boston MA, June 1991

- "Diagnosis and Treatment of Acute Stress Reactions in Psychiatric Patients," (with W. Blackmon, M.D., S. Sonnenberg, M.D., R. Strange, M.D., and R. Ursano, M.D.) Department of Psychiatry, U.S. Navy National Medical Center, Bethesda MD, February 1991

- "Treatment of Acute Stress Reactions and Acute PTSD," TV Satellite Program for all Department of Veterans Affairs Medical Facilities, VA Regional Medical Education Center, Northport NY, February 1991

- "Clinical Perspectives on Persian Gulf War Psychiatric Evacuees," "Diagnosis and Differential Diagnosis of Acute Stress Reaction," and "Treatment of Acute Stress Reaction and Acute PTSD," Conferences on Interventions in Traumatic Stress, Department of Veterans Affairs/Department of Defense Persian Gulf War Contingency Plan for VA Mental Health Professionals, DVA – Office of Emergency Preparedness, Indianapolis IN, December 1991, and Northport NY, February 1991

- Consultation to USA Give, National Help-line for Persian Gulf Hostage Families, Leslie Kern, Ph.D., Director, Columbus OH, August-November 1990

- Consultation on psychological services for war veterans, to Chairman and Members of the Afghanistan War Veterans Committee of the Supreme Soviet, Moscow, U.S.S.R., May 1990

- Clinical consultation concerning earthquake survivors, from the Uniformed Services University of the Health Sciences (USUHS), Bethesda MD, via U.S.- U.S.S.R. video satellite, to staff at the Republic Psychiatric Hospital, Yerevan, Armenia, June 1989 (National Aeronautics and Space Administration Space Bridge)

- Director, Continuing Medical Education Course #27, The Treatment of Post-traumatic Stress Disorder, American Psychiatric Association Annual Meeting, San Francisco CA, May 1989

- Invited Discussant, Problem Case Conference, Psychiatry Service, VA Medical Center, Washington DC, November 1988

- Clinical Case Conference, Center for Stress Recovery, VA Medical Center, Cleveland OH, March 1984

- Intensive Psychotherapy Peer Supervision Group, Yale Department of Psychiatry, 1972-1982

- Lectures on War Stress, Readjustment Counseling, and Treatment of PTSD, and Other Topics, VA Readjustment Counseling Service Regional Training Conferences: Northport NY, January 1981; Long Beach CA, January 1980; White Haven PA, March 1980; and St. Louis MO, September 1979

- Course, Psychodynamic Psychotherapy, for psychiatric residents and psychology fellows, VA Medical Center, West Haven CT, 1975-1982; total participants approximately 75

- Individual supervision of psychiatric residents and clinical psychology and social work trainees, Yale Psychiatric Institute, 1967-1972; VA Medical Center, West Haven CT, and Yale New Haven Hospital, New Haven CT, 1972-1982. Total individuals supervised approximately 180

- Seminar: Psychotherapy of Schizophrenia, for residents and trainees, Yale Psychiatric Institute, 1967-1972; total participants approximately 40

- Basic Psychiatry Course (medical students), Yale University School of Medicine, 1968-1970

**PUBLICATIONS**
- Blank, A., "Hindsight is Not Always 20/20," Editorial, <u>Clinical Psychiatry News</u>, 34:22, October 2006

- Green, B.L., Blank, A., Williams, W.S., Weinfurt, K., and Price, D.B., "Survey Studies Veterans Reactions to Gulf War," <u>Vet Center Voice</u> 22: 22-23, 2001

- Kudler, H.S., Krupnick, J.L., Blank, A.S., "Psychodynamic Therapy," Chapter 9 (pp. 176-198) in Foa, E.B., et al., eds. <u>Effective Treatments for PTSD</u>, New York, Guilford Publications, 2000

- Engdahl, B., Dikel, T.N., Eberly, R., and Blank, A., "Comorbidity and Course of Psychiatric Disorders in a Community Sample of Former Prisoners of War, <u>American Journal of Psychiatry</u>, 155: 1740-1745, 1998

- Engdahl, B., Dikel, T.N., Eberly, R., and Blank, A., "Post-Traumatic Stress Disorder in a Community Sample of Former Prisoners of War: A Normative Response to Severe Trauma," <u>American Journal of Psychiatry</u>, 154: 1576-1581, 1997

- Blank, A.S., and Lehmann, L.S., "Preparation for Psychiatric Casualties in the Department of Veterans Affairs Medical System, "Chapter in Ursano, R., and Norwood, A. (editors): <u>Those Left Behind and Those Who Returned: Psychological Responses to War in Families, Children and Soldiers,</u> American Psychiatric Press, Washington DC, 1996

- Davidson, J., Foa, E.B., Blank, A.S., et al., "Post-Traumatic Stress Disorder," Chapter 19 in <u>DSM-IV Sourcebook, Volume II</u>, ed by Widiger, T., Frances, A.J., Pincus, H.A. et al., Washington DC, American Psychiatric Press

- McCarroll, J.E., Blank, A.S., and Hill, K., "Working with Traumatic Material: Effects on Holocaust Memorial Museum Staff," American Journal of Orthopsychiatry, 65:66-75. 1995

- Blank, A.S., "Trauma Disorders and a Psychology of External Experience—The William C. Porter Award Lecture," <u>Military Medicine</u>, 159: A11-A16, 1994

- Blank, A.S., "Clinical Detection, Diagnosis, and Differential Diagnosis of Post Traumatic Stress Disorder," Chapter in Tomb, D.A. (ed) <u>Psychiatric Clinics of North America: PTSD</u>, W.B. Saunders Co., Philadelphia PA, June 1994

- Blank, A.S., "Vet Centers: A New Paradigm in Delivery of Services for Victims and Survivors of Traumatic Stress," Chapter 77 in Wilson, J.P., and Raphael, Beverly (editors), <u>The International Handbook of Traumatic Stress,</u> Plenum Press, New York, 1993

- Blank, A.S., "The Longitudinal Course of Post-Traumatic Stress Disorder" (A DSM IV Position Paper), in Davidson, J.R.T., and Foa, E.B., (eds.) <u>Post Traumatic Stress Disorder in Review: DSM IV and Beyond</u>, American Psychiatric Press, Washington DC, 1993

- Sonnenberg, S.M., Blank, A.S. and Talbot, J.A., (editors), <u>The Trauma of War</u>, American Psychiatric Press, Washington DC, 1985

- Lipkin, J.O., Blank, A.S., and Scurfield, R.M., "Forensic Assessment of Post-Traumatic Stress Disorder in Viet Nam Era Veterans," pp. 417-438, Chapter 21, in Sonenberg <u>et al</u>, <u>op</u>. <u>cit</u>.

- Scurfield, R.M. and Blank, A.S., "A Guide to Obtaining a Military History from Viet Nam Veterans," pp. 263-292, Chapter 13 in Sonenberg <u>et al</u>, <u>op</u>. <u>cit</u>.

- Blank, A.S., "The Unconscious Flashback to the War: Clinical Mystery, Legal Defense, and Community Problem," pp. 293-305, Chapter 14 in Sonenberg <u>et al</u>, <u>op</u>. <u>cit</u>.

- Blank, A.S., "The Veterans Administration's Viet Nam Veterans Outreach and Counseling Centers," pp. 227-234, Chapter 11, in Sonnenberg, <u>et al</u>, <u>op</u>. <u>cit</u>.

- Blank, A.S., "Irrational Reactions to PTSD and Viet Nam Veterans," pp. 69- 95, Chapter 5 in Sonnenberg, <u>et al</u>, <u>op</u>. <u>cit</u>.

- Blank, A., "Psychological Treatment of War Veterans: A Challenge for Mental Health Professionals," 6:91-96, <u>Medical Hypnoanalysis</u>, 1985

- Blank, A.S., "Occupational and Social Reintegration," Chapter 13 in <u>Proceedings: Conference on Follow-up Care for Returning Prisoners of War</u>, Veterans Administration, (Department of Veterans Affairs) Washington DC, 1985

- Lipkin, J.O., Scurfield, R.M., and Blank, A.S., "Post-Traumatic Stress Disorder in Viet Nam Veterans: Assessment in a Forensic Setting," 1:51-67, <u>Behavioral Sciences and the Law</u>, 1983

- Lipkin, J.O., Blank, A.S., Parson, E.R., and Smith, J.R., "Viet Nam Veterans and Post-Traumatic Disorder," <u>Hospital and Community Psychiatry</u>, 33:908-912, 1982

- Blank, A.S., "Apocalypse Terminable and Interminable," <u>Hospital and Community Psychiatry</u>, 33:913-918, 1982

- Blank, A.S., "Stresses of War: The Example of Viet Nam," Chapter 38 in Goldberger, L., and Breznitz, S., <u>The Handbook of Stress</u>, New York, Free Press, 1981

**PRESENTATIONS**         (85 total, including 75 invited)

- "Working With Trauma in the Analytic Setting," with David Cooper, Ph.D., Division 59, American Psychological Association (Maryland), Baltimore MD, November 12, 2006

9

- "Representing Combat Veterans in the Criminal Justice System," Symposium, The Public Defender Service, District of Columbia, University of District of Columbia School of Law, Washington DC, May 2005

- "History of the Psychoanalytic Study of the Effects of Extreme Trauma," Scientific Meeting, Washington Psychoanalytic Society, November 2001

- Discussion of "A Psychology of External Experience," New Directions Faculty Retreat in Writing (Washington Psychoanalytic Society), September 3, 2001

- Staff seminar on PTSD and Addiction Disorders, Combined Addiction Treatment Service, Fairfax Hospital, Fairfax VA, February 2001

- "History and Current Treatment Programs for War Veterans in the United States," Dutch Veterans Institute Seminars for representatives of Netherlands military and civilian institutions, Utrecht, Netherlands, May 1999

- "Dilemmas of Language and Ethics in Contempory Trauma Work," Symposium chair and discussant, with Stevan Weine and David Kopacz, International Society for Traumatic Stress Studies Annual Meeting, Washington DC, November 1998

- Professional Workshop: "Meet the Editors," International Society for Traumatic Stress Studies Annual Meeting, Washington DC, November 1998

- Principles of the Diagnosis and Treatment of Trauma Disorders," Grand Rounds, St Elizabeth's Hospital, Washington DC, April 1998

- "Detection of Trauma Disorders in Substance Abuse Patients," Combined Addiction Treatment Service (CATS), Fairfax Hospital, Fairfax VA, December 1997

- "Review of the Psychoanalytic Psychotherapy of PTSD, With An Emphasis on Method," in Discussion Group, "Practice Guidelines for PTSD, Chairperson Harold Kudler M.D., 13th Annual Meeting, International Society for Traumatic Stress Studies, Montreal, Canada, November 1997

- "Group Therapy for War Nightmares," Symposium Chairperson and paper, "War Nightmares: Structured Group Therapy and Study," International Society for Traumatic Stress Studies Annual Meeting, San Francisco CA, November 1996

- "PTSD Day Treatment Programs," Discussion Group Chairperson, and presentation, International Society for Traumatic Stress Studies Annual Meeting, San Francisco CA, November 1996


- Discussant, Workshop: "Video Dialogue: The Debate Within," Lyndra Bills, M.D., Chairperson, International Society for Traumatic Stress Studies Annual Meeting, San Francisco CA, November, 1996

- Lecture, "What Every Psychiatrist Needs to Know About the Clinical Diagnosis and Treatment of PTSD," Annual Meeting Ohio State Psychiatric Association, Cincinnati OH, October 1996

- Discussant, Symposium: "The Long-term Psychological Adjustment of World War II Survivors and their Spouses in the Netherlands," Prof. Henk M. Van der Ploeg, Chairperson, International Society for Traumatic Stress Studies, Boston MA, November 1995

- "The Trauma Disorders: A Tour of the Horizon," Grand Rounds, Psychiatry Service, VA Medical Center, Minneapolis MN, September 1995

- "Viet Nam: Trauma and Transformation," Keynote Lecture, Fourth European Conference on Traumatic Stress, European, French, and International Societies for Traumatic Stress Studies, Paris France, May 1995

- "A Biopsychosocial Review of the Pharmacotherapy of PTSD," Fourth European Conference on Traumatic Stress, European, French, and International Societies for Traumatic Stress Studies, Paris France, May 1995

- "Readjustment Services for War Veterans in the United States," in Symposium: Follow Up and Long Term Assistance for Soldiers Who Served Under Stressful and Traumatic Circumstances," Lars Weisaeth, M.D. and Jos Weerts, M.D., Chairpersons, Fourth European Conference on Traumatic Stress, European, French, and International Societies for Traumatic Stress Studies, Paris France, May 1995

- "Vet Centers in the United States:, in "Symposium: Les Traumatismes psychiques de guerre (Psychic Traumas of War), Association Republicaine de Anciens Combattants (Republic Association of Veterans), Marseille France, March 1995

- "A Summary of Consultation to the United States Memorial Holocaust Museum Staff," Annual Meeting, International Society for Traumatic Stress Studies, Chicago IL, November 1994

- "Trauma Disorders and a Psychology of External Experience," The William C. Porter Award Lecture, 100th Annual Meeting, Association of Military Surgeons of the United States (AMSUS), San Antonio TX, November 15, 1993

- "Notes on Trauma Disorders and a Psychology of External Experience," and Chairperson, Symposium: "Symbolic Functions After Traumatic Stress," Third European Conference on Traumatic Stress, Bergen Norway, June 1993

- "Analysis of U.S. Government's Counseling Centers for Viet Nam Veterans," and Chairperson, Symposium: "Development of Integrated Trauma Responses," Third European Conference on Traumatic Stress, Bergen Norway, June 1993

- "Treatment of "PTSD and Study of the Diagnosis for DSM IV," Staff Conference, Center for Victims of Torture, Minneapolis, MN, September 1992

- "Clinical Overview of PTSD and Trauma Disorders," Grand Rounds (with Bonnie Green, Ph.D., and Stefan Pasternack, M.D.), Department of Psychiatry, Georgetown University School of Medicine, Washington DC, March 1992

- "Psychological Treatment of PTSD," Psychiatry Service Lecture, VA Medical Center, Washington DC, February 1992

- Discussant, Symposium, "Preparing for the Persian Gulf Aftermath: A National Programmatic Response," International Society for Traumatic Stress Studies Annual Meeting, Washington DC, October 1991

- "Secondary Victimization in Veterans of the Viet Nam War," in Symposium, "Multiple Victimization Across Trauma Groups," International Society for Traumatic Stress Studies Annual Meeting, Washington DC, October 1991

- "Utilization of Readjustment Counseling Services in Department of Veterans Affairs Vet Centers by Viet Nam Veterans," in Symposium, "Access Denied? Use of VA Services by Viet Nam Combat Veterans," International Society for Traumatic Stress Studies Annual Meeting, Washington DC, October 1991

- "PTSD and The Other Trauma Disorders: Update on Diagnosis and Treatment," Washington DC Chapter American Society of Psychoanalytic Physicians, Washington DC, June 1991

- "PTSD: Healing the Wounds," Twentieth Annual Overholser Day Convocation, St. Elizabeth's Hospital, Washington DC, June 1991

- "Treatment of Acute Stress Disorder," Symposium on Psychological Consequences of the Gulf War, George Washington University Medical School, Washington DC, March 1991

- "PTSD: The Disorder and Its Forensic Aspects," Chesapeake Bay (Washington-Baltimore) Chapter of American Academy of Psychiatry and the Law, Columbia MD, January 1991

- "The Impact of Impunity and Compensation on Rehabilitation," Workshop Chairperson, and presentation, "Issues of Impunity and Compensation for War Veterans," International Society for Traumatic Stress Studies Annual Meeting New Orleans, LA October 1990

- "Asking the Un-askable: Taking a Trauma History," Workshop Discussant, International Society for Traumatic Stress Studies Annual Meeting New Orleans, LA October 1990

- "Development of Treatment of PTSD in War Veterans in the United States," Department of Psychology, Lenin Political-Military Academy, Moscow U.S.S.R., May 1990

- "Fundamental Principles of Treatment of PTSD," Poster Session, Conference on Disaster Medicine, Ministry of Health, Moscow U.S.S.R., May 1990

- "In-patient, Partial Hospital, and Store-front Settings in the Treatment of Chronic PTSD," workshop with Robert Erickson and Harvey Hilbert, International Society for Traumatic Stress Studies and Harding Hospital, Columbus OH, April 1990

- Seminar on PTSD, Northern Virginia Psychiatric Group, Fairfax VA, January 1990

- "Post-Traumatic Stress Disorder," Grand Rounds, Department of Psychiatry, School of Medicine, George Washington University, Washington DC, November 1989

- "Detection, Diagnosis, and Differential Diagnosis of Post-Traumatic Stress Disorder," National Training Conference for VA Medical Center PTSD Clinical Teams, Baltimore MD, August 1989

- "Principles of Psychotherapeutic Treatment of Post-Traumatic Stress Disorder in War Veterans," in Symposium: "Psychobiological Aspects of Catastrophic Trauma," Department of Psychiatry, Yale University School of Medicine, New Haven CT, June 1989

- Workshop, "Overcoming Stigma in Survivors of Traumatic Stress," American Psychiatric Association Annual Meeting, San Francisco CA, May 1989

- Chairperson, Symposium, "PTSD in Viet Nam Veterans: From Stigma to Treatment," American Psychiatric Association Annual Meeting, San Francisco CA, May 1989

- Chairperson, Institute: "The Unforgotten Warrior Project: Annual Update on Current Research and Treatment of Viet Nam Veterans with PTSD," International Society for Traumatic Stress Studies Annual Meeting, Dallas TX, October 1988

- "Viet Nam Vet Centers: A New Paradigm in Delivery of Services for Victims and Survivors of Traumatic Stress," International Society for Traumatic Stress Studies Annual Meeting, Dallas TX, October 1988

- "Countertransference and the Clinical Situation," Training Conference for VA Medical Center PTSD Treatment Teams, Las Vegas NV, September 1988

- "Treatment of Psychic Trauma in War Veterans," in Symposium; "Psychotherapy for Victims of Psychic Trauma," American Psychological Association Annual Meeting, Atlanta GA, August 1988

- Discussant, Symposium: "Programatic Treatment of Viet Nam Combat-Related Post-Traumatic Stress Disorder," American Psychological Association Annual Meeting, Atlanta GA, August 1988

- "Viet Nam Vet Centers: The Light At the End of the Tunnel," in Symposium: "VA Psychological Services for War Veterans: A Decade of Progress," American Psychological Association Annual Meeting, Atlanta GA, August 1988

- "Personality Disorders and Post-Traumatic Stress Disorder," VA Readjustment Counseling Service Training Conference, Northeast Region, Hyannis MA, May 1988

- "Barriers to Recovery from Trauma," in Corresponding Task Force Workshop: "Wounds of Victimization: Barriers to Recovery," American Psychiatric Association Annual Meeting, Montreal, Canada, May 1988

- Development of the Concept of PTSD, and Application to Forensic Evaluations," Seminar, Forensic Psychiatry Unit, District of Columbia Department of Corrections, Washington DC, January 1988

- Co-Chairperson, Institute: "Lessons from a War: A Historical Review of the Evolution of Understanding of Post-Traumatic Stress Reactions Among Viet Nam Veterans," and presentation, "Development of Veterans Administration Vet Centers," International Society for Traumatic Stress Studies Annual Meeting, Baltimore MD, October 1987

- "VA Readjustment Counseling as a New Paradigm," National Conference for Veterans Administration PTSD Inpatient Unit Staff, VA Regional Medical Education Center, Northport NY, September 1987

- "Vet Centers: Past, Present, and Future," VA Southeastern Region Conference on PTSD for VAMC Mental Health Staff and Vet Center Leaders, Orlando FL, March 1987

- "Certain Veteran Views of the Viet Nam War," Lecture in Course: "The Viet Nam Experience," Department of Anthropology, State University of New York at Stony Brook, November 1986

- Workshop: "Countertransference in the Treatment of PTSD," International Society for Traumatic Stress Studies Annual Meeting, Denver CO, September 1986

- "Treatment of Combat Veterans with Post Traumatic Stress Disorder," at Symposium: "Treating and Managing Post Traumatic Stress," National Institute of Mental Health, Division of Education and Service System Liaison, Washington DC, May 1986

- "Stories of the Crimson Parallax" International Society for Traumatic Stress Studies Annual Meeting, Atlanta GA, September 1985

14

- Invited address (Division 18) "Psychological Treatment of War Veterans: A Challenge for Mental Health Professionals" American Psychological Association Annual Meeting, Toronto, Canada, August 1985

- "PTSD in Viet Nam Veterans," Psychiatry Staff Conference, Taylor Manor Hospital, Ellicott City MD, April 1985

- "Lessons Learned from the Treatment of Combat Veterans" Services Research and Evaluation Assessment Colloquium: "The Aftermath of Crime: A Mental Health Crisis", National Institute of Mental Health Office of State and Community Liaison, Washington DC, March 1985

- "Lessons of the Viet Nam War: Perspectives of Veterans," Lecture in Course: "Impact of the Viet Nam War on American Culture," Department of Religion, (Professor Walter Capps), University of California at Santa Barbara, February 1984

- "Considerations on the Nature of Post-Traumatic Stress Disorder," Workshop on PTSD, Baltimore-Washington Psychoanalytic Institute, Washington DC, November 1984

- "Review of Post-Traumatic Stress Disorder and Current Key Issues In Research, Diagnosis, and Treatment," Annual Meeting of Society of Medical Consultants to the Armed Forces, Uniformed Services School of Health Sciences, Bethesda MD, November 1984

- Invited Keynote Address: "PTSD, Diamonds, and the Mind," 2nd National Conference on PTSD, Human Resources Initiatives, Inc., Baltimore MD, September 1984

- "Treatment of PTSD," Training Conference on PTSD, VA Medical Center Mental Health staff, VA Northeastern Regional Medical Educational Center, Northport NY, June 1984

- "Aspects of Inpatient Treatment of PTSD in Viet Nam Veterans," Conference on Inpatient PTSD Treatment, Psychiatry Service, VA Medical Center, Lyons NJ, December 1983

- "VA Vet Centers: Mission and Accomplishments," Jefferson Medical College—VA Medical Center Joint Annual Psychiatric Symposium, Coatesville PA, October 1983

- "Clinical Assessment of PTSD," Psychiatry Grand Rounds, VA Medical Center, Washington DC, October 1983

- "Diagnosis and Treatment of PTSD," Northeast VA Regional Medical Education Center (RMEC) Training Conference on PTSD, Northport NY, August 1983

- Discussant, Symposium on Traumatic Stress Disorder, American Psychological Association Annual Meeting, Washington DC, August 1982

- "Diagnosis and Treatment of PTSD," Workshop for VA Medical Center Chiefs of Psychiatry and Psychology, Eastern States, Philadelphia PA, September 1981

- "Operation Outreach for Viet Nam Veterans," Psychiatry Service, VA Medical Center, Bay Pines FL, March 1981

- Discussant, Colloquium on Aggression, American Psychoanalytic Association Mid-Winter Meeting, New York NY, December 1980

- "Clinical Sub-types of Stress Disorder," Institute on Hospital Community Psychiatry, American Psychiatric Association, Boston MA, September 1980

- "Psychological Sequellae of War Stress," American Psychological Association Annual Meeting, Montreal, September 1980

- Discussant, Symposium 60: "Psychological Problems of Viet Nam Veterans," American Psychiatric Association Annual Meeting, San Francisco CA, May 1980

- "Diagnosis and Treatment of PTSD," Workshop for VA Medical Center Chiefs of Psychiatry and Psychology, Western States, San Francisco CA, May 1980

- "Diagnosis and Treatment of Traumatic War Neurosis," Workshop for VA Medical Center Chiefs of Psychiatry and Psychology, Central and Mid-western States, Kansas City MO, December 1979

- "Traumatic War Neurosis: Retrospective Survey of Viet Nam Returnee Mental Hygiene Clinic Patients from 1964-1972," Psychiatry Service, VA Medical Center, West Haven CT, March 1973

- "Diagnostic Survey of 480 War-Zone Psychiatric Patients," First U.S. Army Symposium on Viet Nam Psychiatry, Walter Reed Army Medical Center, Washington DC, April 1967

**CONGRESSIONAL TESTIMONY**

- Committee on Veterans Affairs, U.S. Senate, Legislative Hearings, September 1993, August 1993, July 1991, June 1989 and June 1987; Oversight Hearings: Sexual Trauma and Abuse in Women Veterans, July 1992; July 1992; Post-Traumatic Stress Disorder, July 1988; Field Hearing, Honolulu HI, March 1987

- Committee on the Judiciary, U.S. House of Representatives, Subcommittee on Courts, Intellectual Property, and the Administration of Justice, April 1990

- Committee on Veterans Affairs, U.S. House of Representatives, Subcommittee on Hospitals and Health Care: May 1986; September 1985; March 1984; March 1983; April 1981; Field Hearing, Huntington IN, June1990; September 1989; Subcommittee on Oversight and Investigations, September 1993, September 1989, September 1983

16

- Appropriations Committee, U.S. House of Representatives, Subcommittee on HUD and Independent Agencies, March 1986

- Committee on Government Operations, U.S. House of Representatives, Subcommittee on Investigations and Individual Rights, January 1984

**MEDIA INTERVIEWS (PARTIAL LIST)**

- Salon.com, Mark Benjamin, December 2006
- PBS-TV, America's Investigative Reports, Erica Sashin, September 2006
- Washington Post, Rick Weiss, August 2006
- Associated Press, Dylan Lovin, July 2006
- Christian Science Monitor, Mark Sapenfield, July 2006
- Chicago Tribune, Mike Dorning, June 2006
- Chicago Tribune, May 2006
- USA Today, March 2006
- Hartford Courant, February 2006
- Yale Medicine, June 2005
- All Things Considered, National Public Radio, (Alix Spiegel) July 2003
- Star Tribune, Minneapolis MN, 1995, 1997
- Contra Costa Times (California), July 1996
- Channel 11 Evening News, Minneapolis MN, September 1994, April 1995
- Voice of America, June 1994
- Le Figaro Magazine (France), January 1993
- Asahi Shimbun (Tokyo), November 1992
- America's Defense Monitor, PBS-TV Network, November 1992
- USA Today, July 1991
- America's Defense Monitor, PBS-TV Network, May 1991
- Eyewitness/London Weekend Television (England), February 1990
- PBS Television Network, "For Veterans Only," October 1989
- West German Public Radio (Dr. Mathias Fink), October 1989
- CBS-TV News, Sixty Minutes, Documentary on PTSD and Viet Nam Veterans (Dan Rather), June 1988
- NBC-TV News, Network Documentary on the Homeless (Lucky Severson), January 1988
- Channel 5 (Fox Television), Documentary on Viet Nam Veterans Memorial, Washington DC, November 1987
- Good Morning America (David Hartman), CBS-TV Network November 1987
- New Jersey Public Television, October 1984
- Today Show, NBC-TV Network (Bill Kurtis), April 1984
- People New York, Channel 2 CBS-TV, New York NY, 1983
- Austrian National Television News, November 1982
- Nightline (Sam Donaldson), ABC-TV Network, July 1982
- Swedish National Television, Documentary on Viet Nam Veterans, May 1981
- Good Morning New York, Channel 7, ABC-TV, New York City, February 1981
- WYBC (Yale University Radio), with Seymour Hersh, New Haven CT, October 1967

17

| | |
|---|---|
| **CERTIFICATION, LICENSES** | ● Medical Licenses: Maryland #D43605, District of Columbia #19831, Virginia #0101056509 (Inactive)<br>● Certified in Psychiatry, American Board of Psychiatry and Neurology, Certificate #35110<br>● National Board of Medical Examiners, Certificate #069314<br>● Ohio State Medical Board, Certificate #25213<br>● Michigan Medical Basic Science Examination, #10728 |

March 1, 2007