MILITARY MEDICINE, 172, 11:1144, 2007

# Specific Symptoms Predict Suicidal Ideation in Vietnam Combat Veterans with Chronic Post-Traumatic Stress Disorder

*Guarantor:* Ella C. Nye, PhD
*Contributors:* Jordan B. Bell, PhD*; Ella C. Nye, PhD†

Previous research documented the elevated risk of suicide and suicidal ideation among Vietnam veterans with post-traumatic stress disorder (PTSD). The aim of the current study was to examine which Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, PTSD symptom clusters are most associated with suicidal ideation in this population. Fifty Vietnam combat veterans enrolled in treatment for PTSD responded to the Beck Scale for Suicide Ideation and were interviewed with the Clinician-Administered PTSD Scale. In linear regression analysis, it was found that the reexperiencing symptom cluster was significantly associated with suicidal ideation but the other two symptom clusters (avoidance/numbing and increased arousal) were not. Furthermore, scores on a measure of severity of combat exposure were not found to be significantly related to PTSD symptoms or suicidal ideation. The results of this study suggest the importance of reexperiencing symptoms for predicting which individuals with combat-related PTSD are most at risk for suicidal ideation and behavior.

## Introduction

Chronic post-traumatic stress disorder (PTSD) among combat veterans is one of the greatest challenges faced by the Veterans Affairs health care system, as well as the larger mental health treatment community. Additionally problematic are the significant suicidal ideation experienced by many combat veterans with PTSD and the increased risk for suicidal behavior in this population. Previous research documented the elevated risk of suicide among Vietnam veterans with PTSD, relative to both the general population[1,2] and Vietnam veterans without PTSD.[3-5] Although previous work investigated differing patterns of symptoms in PTSD[6,7] and sought to find effective predictors of suicidal behavior,[8-10] little research has been conducted to inform clinicians and researchers of specific Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition (DSM-IV), PTSD symptoms or symptom clusters that best predict suicidal ideation among combat veterans with PTSD.

Predicting which individuals are at actual risk of attempting or completing suicide remains a notoriously challenging task, in large part because of the low base rate of this behavior. Within the population of combat veterans with PTSD, however, the understanding, prediction, and management of suicidal ideation represent an important area for research. Suicidal ideation is associated with high levels of subjective distress in this population and serves as a crucial focus for treatment for a significant proportion of individuals with combat-related PTSD. In terms of systemic impact, PTSD patients who exhibit a chronic pattern of suicidal ideation utilize a disproportionate amount of the finite clinical resources of any hospital or clinic and introduce resource allocation stress into systems, which can lead to wide-ranging consequences for the entire treatment-seeking veteran population. An improved understanding of how to manage most effectively suicidal ideation in combat veterans with PTSD would likely reduce resource demand in these systems. Specific knowledge of the best predictors of suicidal ideation in veterans with chronic PTSD is vitally needed to improve the management and care of these patients.

Earlier studies examining PTSD did not explore the possible specificity of particular PTSD symptoms in predicting suicidal ideation and behaviors. It is not known, for example, whether veterans with high levels of suicidal ideation exhibit standout elevations in a distinct cluster of symptoms. Such knowledge could ultimately prove to be indispensable for identifying which patients with PTSD are most at risk for suicide, just as hopelessness symptoms have been found to have particularly strong predictive power for eventual suicide in the general patient population.[11-14] Such findings could spur screening-informed, targeted interventions intended for individuals most at risk for suicidal behavior. In an effort to contribute to this approach to the identification of veterans with PTSD who are most at risk for suicidality, the aim of the current exploratory study was to examine the relationships among DSM-IV PTSD symptom clusters and active suicidal ideation in a sample of Vietnam combat veterans with chronic PTSD.

## Methods

### Subjects

As part of a larger study, 50 male Vietnam combat veterans enrolled in the New Mexico Veterans Affairs Healthcare System PTSD/Trauma Clinic were recruited for participation in the study through the use of posted flyers and through referral by patients' providers (Table I). Vietnam veterans who were eligible for the study were those who possessed a medical chart diagnosis of chronic PTSD secondary to combat trauma. Exclusion criteria for the larger study included evidence or report of current psychotic symptoms, chart diagnosis of a psychotic disorder, or indications of significant cognitive impairment associated with neurological dysfunction or disease. Diagnostic interviews were conducted with all participants, by using the Structured Clinical Interview for DSM-IV.[15]

### Materials

PTSD symptoms were assessed by using the Clinician-Administered PTSD Scale (CAPS).[16] This structured interview instru-

*Edith Nourse Rogers Memorial VA Medical Center, Psychology Service, Bedford, MA 01730-1198.
†New Mexico Veterans Affairs Health Care System, Behavioral Health Care Line, PTSD/Trauma Clinic, Albuquerque, NM 87106.

Presented in part at the 21st Annual Meeting of the International Society for Traumatic Stress Studies, November 2-5, 2005, Toronto, Canada.
This manuscript was received for review in January 2007. The revised manuscript was accepted for publication in July 2007.

TABLE I
DESCRIPTIVE DATA FOR SAMPLE ($N = 50$)

| | |
|---|---|
| Age (years), mean ± SD | 57.7 ± 3.8 |
| Ethnicity (%) | |
|   Caucasian | 54 |
|   Hispanic | 32 |
|   African American | 4 |
|   Native American | 2 |
|   Other | 8 |
| Education (years), mean ± SD | 13.3 ± 2.0 |
| Marital status (%) | |
|   Married | 63 |
|   Divorced | 29 |
|   Never married | 6 |
|   Widower | 2 |
| Employment status (%) | |
|   Full-time | 25 |
|   Part-time | 10 |
|   Unemployed | 65 |
| Comorbid axis I diagnoses | |
|   No. of diagnoses, mean ± SD | 3.3 ± 1.5 |
|   Depression (%) | 90 |
|   Dysthymia (%) | 19 |
|   Panic disorder (%) | 40 |
|   Any anxiety disorder (%) | 52 |
|   Alcohol dependence (%) | 69 |
|   Substance dependence (%) | 21 |

ment is specifically designed to rate current and lifetime frequency and intensity of the 17 cardinal symptoms of PTSD outlined in the DSM-IV, along with several associated features. The CAPS also produces total aggregate scores for the three symptom clusters described in the DSM-IV, that is, cluster B (reexperiencing symptoms), cluster C (avoidance/numbing), and cluster D (hyperarousal). For this study, only ratings of current symptoms were used. The CAPS has been argued to address the validity and reliability questions regarding both clinical judgment and self-report instruments and also provides detailed specific evaluation of particular PTSD symptoms.

Suicidal ideation and behaviors were measured with the Beck Scale for Suicide Ideation (BSS).[17] The BSS is a 21-item instrument that assesses severity of suicidal ideation within the past week and history of suicide attempts. The BSS consists of three factors, that is, active suicidal desire, passive suicidal desire, and preparation.

Degree of combat exposure was measured with the Combat Exposure Scale (CES).[18] This instrument consists of a seven-item scale developed to assess exposure to potentially traumatic, combat-related events. All three of these widely used measures have demonstrated adequate to excellent psychometric properties.[12,18,19]

## Results

Data were analyzed by using SPSS statistical software (SPSS, Chicago, Illinois). The BSS mean total score was 7.72 (SD, 8.55), and scores ranged from 0 to 33. On the BSS query of suicide attempts, 76% of participants reported never having attempted suicide, 14% reported one previous attempt, and 10% reported two or more previous attempts. The CAPS mean total score was 67.5 (SD, 13.73), and scores ranged from 0 to 116. Seven participants reported symptoms at levels that did not meet the criteria for a current diagnosis of PTSD. The CES mean score ($n = 44$) was 25.09 (SD, 7.79), indicating high levels of self-reported combat exposure. A total of 20.5% of the sample reported heavy combat exposure, 34.1% moderate/heavy exposure, 29.5% moderate exposure, 13.6% light/moderate exposure, and 2% light exposure.

The ideal approach to investigating the relationships among the 17 DSM-IV PTSD symptoms and suicidal ideation, while accounting for demographic, psychiatric, and combat exposure variables, would be to include all such variables in a regression format. Given the limited power attributable to this study's small sample size, however, the inclusion of numerous predictors would violate assumptions and risk overfitting of the data to a model. The major question posed by this study was as follows: which PTSD symptom clusters are most associated with suicidal ideation? Therefore, it was decided that the analysis would include no covariates and just three predictors, namely, the CAPS current severity (frequency plus intensity) scores for clusters B, C, and D (reexperiencing symptoms, avoidance/numbing, and hyperarousal symptoms, respectively). These three variables were regressed with respect to the major dependent variable of interest, the BSS score.

Table II shows the model summary from the simultaneous regression analysis. The analysis of variance from the omnibus regression equation revealed a statistically significant result [$F(3,49) = 3.136$, $p = 0.034$]. Reexperiencing symptoms (cluster B of the CAPS) significantly predicted greater severity of suicidal ideation on the BSS ($p = 0.023$), whereas avoidance/numbing (cluster C) and hyperarousal (cluster D) symptom clusters did not. The overall model accounted for only 17% of the total variance in BSS. However, subsequent analysis revealed that the effect size for the relationship between cluster B and BSS scores was in the large range (Cohen's $d = 0.8651$).

Post hoc correlation analyses were conducted to further investigate the associations among crucial study variables. The correlational analyses included the following variables: age, dichotomous Structured Clinical Interview for DSM-IV psychiatric disorder classifications, CES total scores, CAPS severity scores for each of the 17 PTSD symptoms, and BSS total scores.

A critical conceptual question involved the possible variance contributed by severity of combat exposure in a regression anal-

TABLE II
SIMULTANEOUS REGRESSION ANALYSIS OF CAPS CLUSTER SCORES AND BSS SCORES

| Model | $B$ | SE for $B$ | $\beta$ | Partial $r$ | $t$ | $p$ |
|---|---|---|---|---|---|---|
| Cluster B | 0.332 | 0.141 | 0.383 | 0.329 | 2.359 | 0.023 |
| Cluster C | −0.080 | 0.112 | −0.129 | −0.105 | −0.716 | 0.477 |
| Cluster D | 0.118 | 0.166 | 0.135 | 0.104 | 0.710 | 0.481 |

ysis. Severity of combat exposure has been considered in the literature to function as a significant covariate with PTSD symptoms and severity.[20] Similarly, in this study, it was considered probable that severity of combat exposure could serve as an important third variable and intercede in the relationship between PTSD symptoms and suicidal ideation. However, correlational analyses showed that CES scores had very little association with BSS scores ($r = -0.034$, $p = 0.826$) or with CAPS B ($r = 0.009$, $p = 0.954$), CAPS C ($r = 0.065$, $p = 0.674$), or CAPS D ($r = 0.087$, $p = 0.573$) severity scores. Furthermore, in an exploratory correlational analysis of the subgroup that completed the CES ($n = 44$), which excluded the six participants who did not meet current criteria for PTSD ($n = 38$), the association between BSS and CES scores remained weak and nonsignificant ($r = -0.134$, $p = 0.423$). With inclusion of all participants, irrespective of current PTSD diagnosis, who had completed the CES but exclusion of the seven participants who fell into either the light or light/moderate range on the CES ($n = 37$), the BSS/CES association remained nonsignificant ($r = 0.027$, $p = 0.875$). This weak and nonsignificant association was also found when we removed from analyses both those not meeting the criteria for PTSD on the CAPS and those with only light or light/moderate CES scores ($n = 33$; $r = 0.009$, $p = 0.960$). In all of these permutations, the associative relationship between BSS and CES scores remained low and did not approach statistical significance.

Similarly, with the exception of the expected significant correlation between CAPS B severity and BSS scores ($r = 0.397$, $p = 0.004$), no significant or even strongly trending correlations were found between suicidal ideation and the other study variables (e.g., demographic variables). Table III displays the intercorrelations among demographic and clinical variables.

## Discussion

The results of this study suggest the utility of specific PTSD symptom clusters as predictors of suicidal ideation among Vietnam combat veterans with PTSD. Of note, reexperiencing symptoms had the strongest association with current suicidal ideation, with greater current severity of reexperiencing symptoms being associated with higher scores of suicidal ideation within the past week. Three major possibilities for the findings warrant mention.

Firstly, the results suggest the considerable distress produced by reexperiencing symptoms in PTSD. This significant relationship is consistent with theoretical models that identify intrusive traumatic memory as the primary driver of distress in PTSD.[21] Reported links between dissociative experiences and PTSD severity are also congruent with the results.[22] It may be that intrusive PTSD symptoms produce higher levels of subjective distress, which, when heightened enough, activate a flight from intolerable stress through thoughts of self-destruction.

Another possibility that this association calls to mind is the common co-occurrence of dissociation and suicidality in states such as borderline personality disorder.[23] There might exist a shared vulnerability to developing either of these syndromes, with the two perhaps driven by a common element. Therefore, it may be the case that one variable (intrusive symptoms) is not driving the other (suicidal ideation) but both are produced by an unknown third variable.

In this vein, it is remarkable that higher levels of suicidal ideation have been found to be associated with the experience of war zone violence and with functioning as an agent of death,[2,10] factors that are also relevant to the presence and severity of PTSD. If an individual is somehow uniquely vulnerable to developing the reexperiencing symptoms of PTSD from such events, then the person may be simultaneously vulnerable to suicidal ideation. It is noteworthy that higher levels of reexperiencing symptoms have been found to be significantly correlated with higher levels of exposure to atrocities.[20,24] If the association between intrusive symptoms and suicidal ideation is ultimately understood as the expression of a shared diathesis (i.e., a third variable), then this propensity may be especially prone to being activated by exposure to events such as atrocities and/or human depravity.

In terms of the clinical relevance of the findings, reexperiencing symptoms, in comparison with avoidance/numbing and hyperarousal symptoms, are posited by several authors to function as the principal symptom cluster of PTSD associated with the disorder's most commonly observed dysfunctional behaviors. On the basis of the current study's results, those with higher levels of reexperiencing symptoms may be at greater risk for increases in suicidal ideation. Evidence in patients' clinical presentation of heightened intrusive symptoms could thus serve as a signal for clinicians to inquire about patients' current thoughts of

TABLE III
INTERCORRELATIONS AMONG DEMOGRAPHIC AND CLINICAL VARIABLES

| Variable | Pearson Correlation Coefficient for Variable | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1. Age | | | | | | | | | | |
| 2. Ethnicity | 0.06 | | | | | | | | | |
| 3. Education | 0.25 | -0.08 | | | | | | | | |
| 4. Marital status | 0.11 | 0.16 | 0.01 | | | | | | | |
| 5. Proportion with service connection for PTSD | 0.26 | 0.13 | 0.13 | 0.47[a] | | | | | | |
| 6. CAPS B total | 0.06 | 0.16 | -0.20 | 0.05 | 0.15 | | | | | |
| 7. CAPS C total | -0.09 | -0.01 | -0.37[a] | -0.03 | 0.07 | 0.46[a] | | | | |
| 8. CAPS D total | -0.07 | 0.02 | -0.43[a] | 0.07 | -0.04 | 0.54[a] | 0.65[a] | | | |
| 9. BSS score | -0.16 | 0.06 | 0.06 | 0.21 | 0.19 | 0.40[a] | 0.14 | 0.26 | | |
| 10. CES score | 0.06 | 0.21 | -0.17 | -0.08 | 0.09 | 0.01 | 0.07 | 0.09 | -0.03 | |

[a] $p < 0.01$.

suicide, given the potential link between ideation and possible suicidal attempts. Targeting intrusive symptoms with atypical antipsychotic agents may thus be advisable for preventing suicidal behaviors in PTSD, in light of the recent literature suggesting the focal effects these medications have on reexperiencing symptoms. If sufficient protections are in place for attempting such interventions (e.g., pharmacotherapy in a secure psychiatric inpatient setting), then exposure-based treatments that directly focus on reducing intrusive symptoms could be coupled with pharmacotherapy to lower the risk of suicidal behavior. Because a strong association has also been found between intrusive symptoms and the presence of comorbid alcohol use disorders,[25] simultaneous alcohol use may serve as an additional warning sign for suicidal behaviors. How variables such as intrusive memories, combat and/or atrocity exposure, and psychiatric comorbidities interact in PTSD remain important directions for future research.

Several limitations to the current study are important to note. The sample size was small and statistical power limited. Low power limited our ability to investigate other levels of analysis and the role of additional variables in predicting, mediating, or moderating levels of suicidal ideation in PTSD. In addition, the sample was confined to a highly specific population, namely, Vietnam combat veterans with chronic PTSD who were enrolled in mental health treatment, and the findings from this study may not be generalizable to other populations exhibiting traumatic symptoms. Although psychiatric comorbidity was explored, specific symptoms relative to other AXIS I diagnoses were not. Finally, the data do not address causal relationships, and the interpretations offered are speculative.

Prediction of suicidality among Vietnam veterans with PTSD continues to be an important and challenging issue with which clinicians struggle. This study's results provide preliminary support for the role of reexperiencing symptoms of PTSD as markers for increased risk and severity of suicidal ideation and suggest that additional investigation in this area is merited.

## Acknowledgments

This research was supported by a Veterans Affairs Veterans Integrated Service Network 18 New Investigator Pilot Grant Program grant (Grant 0002 to E.C.N.).

## References

1. Freeman TW, Roca V, Moore WM: A comparison of chronic posttraumatic stress disorder (PTSD) patients with and without suicide attempts. J Nerv Ment Dis 2000; 188: 460–3.
2. Hendin H, Haas AP: Suicide and guilt as manifestations of PTSD in Vietnam combat veterans. Am J Psychiatry 1991; 148: 586–91.
3. Begic D, Jokic-Begic N: Aggressive behavior in combat veterans with post-traumatic stress disorder. Milit Med 2001; 166: 671–6.
4. Bullman TA, Kang HK: Posttraumatic stress disorder and the risk of traumatic deaths among Vietnam veterans. J Nerv Ment Dis 1994; 182: 604–10.
5. Farberow NL, Kang HK, Bullman TA: Combat experience and postservice psychosocial status as predictors of suicide in Vietnam veterans. J Nerv Ment Dis 1990; 178: 32–7.
6. Freidman MJ, Schnurr PO, McDonagh DA: Posttraumatic stress disorder in the military veteran. Psychiatr Clin North Am 1994; 17: 265–77.
7. Alarcon RD, Glober SG, Deering CG: A cascade model: an alternative to comorbidity in the pathogenesis of posttraumatic stress disorder. Psychiatry 1999; 62: 114–24.
8. Fontana A, Rosenheck R: An etiological model of attempted suicide among Vietnam theater veterans. J Nerv Ment Dis 1995; 183: 377–83.
9. Price RK, Risk NK, Haden AH, Lewis CE, Spitznagel EL: Post-traumatic stress disorder, drug dependence, and suicidality among male Vietnam veterans with a history of heavy drug use. Drug Alcohol Depend 2004; 76(Suppl): S31–43.
10. Hartl TL, Rosen C, Drescher K, Lee TT, Gusman F: Predicting high-risk behaviors in veterans with posttraumatic stress disorder. J Nerv Ment Dis 2005; 193: 464–72.
11. Beck AT, Brown G, Berchick RJ: Relationship between hopelessness and ultimate suicide: a replication with psychiatric outpatients. Am J Psychiatry 1990; 147: 190–5.
12. Beck AT, Brown G, Steer RA: Prediction of eventual suicide in psychiatric inpatients by clinical ratings of hopelessness. J Consult Clin Psychol 1989; 57: 309–10.
13. Beck AT, Steer RA, Kovacs M: Hopelessness and eventual suicide: a 10-year prospective study of patients hospitalized with suicidal ideation. Am J Psychiatry 1985; 142: 559–63.
14. Beck AT, Steer RA, McElroy MG: Relationships of hopelessness, depression and previous suicide attempts to suicidal ideation in alcoholics. J Stud Alcohol 1982; 43: 1042–6.
15. First MB, Spitzer RL, Gibbon M, Williams JBW: Structured Clinical Interview for DSM-IV Axis I Disorders, Clinical Version (SCID-CV). Washington, DC, Psychiatric Press, Inc., 1996.
16. Blake DD, Weathers FW, Nagy LM, et al: The development of a clinician-administered PTSD scale. J Trauma Stress 1995; 8: 75–90.
17. Beck AT, Steer RA: Beck Scale for Suicide Ideation Manual. San Antonio, TX, Psychological Corp, 1993.
18. Keane TM, Fairbank JA, Caddell JM, Zimmering RT, Taylor KL, Mora CA: Clinical evaluation of a measure to assess combat exposure. Psychol Assess 1989; 1: 53–5.
19. Beck AT, Steer RA, Ranieri WF: Scale for Suicide Ideation: psychometric properties of a self-report version. J Clin Psychol 1988; 44: 499–505.
20. Yehuda R, Southwick SM, Giller EL: Exposure to atrocities and severity of chronic posttraumatic stress disorder in Vietnam combat veterans. Am J Psychiatry 1992; 149: 333–6.
21. McCleery JM, Harvey AG: Integration of psychological and biological approaches to trauma memory: implications for pharmacological prevention of PTSD. J Trauma Stress 2004; 17: 485–96.
22. Ozer EJ, Best SR, Lipsey TL, Weiss DS: Predictors of posttraumatic stress disorder and symptoms in adults: a meta-analysis. Psychol Bull 2003; 129: 52–73.
23. De Zulueta F: Borderline personality disorder as seen from an attachment perspective: a review. Crim Behav Ment Health 1999; 9: 237–53.
24. Beckham JC, Feldman ME, Kirby AC: Atrocities exposure in Vietnam combat veterans with chronic posttraumatic stress disorder: relationship to combat exposure, symptom severity, guilt and interpersonal violence. J Trauma Stress 1998; 11: 777–85.
25. Read JP, Brown PJ, Kahler CW: Substance use and posttraumatic stress disorders: symptom interplay and effects on outcome. Addict Behav 2004; 29: 1665–72.

Copyright of Military Medicine is the property of Association of Military Surgeons of the United States and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.