1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
3  P.O. Box 8130
   Walnut Creek, California 94596-8130
4  Telephone: 925.295.3300
   Facsimile: 925.946.9912

5
   SIDNEY M. WOLINSKY (CA SBN 33716)
6  SWolinsky@dralegal.org
   JENNIFER WEISER BEZOZA (CA SBN 247548)
7  JBezoza@dralegal.org
   KATRINA KASEY CORBIT (CA SBN 237931)
8  KCorbit@dralegal.org
   DISABILITY RIGHTS ADVOCATES
9  2001 Center Street, Third Floor
   Berkeley, California 94704-1204
10 Telephone: 510.665.8644
   Facsimile: 510.665.8511

11
   **[see next page for additional counsel for Plaintiffs]**
12
   Attorneys for Plaintiffs
13 VETERANS FOR COMMON SENSE and
   VETERANS UNITED FOR TRUTH, INC.

14
                        UNITED STATES DISTRICT COURT
15
                       NORTHERN DISTRICT OF CALIFORNIA
16
                            SAN FRANCISCO DIVISION
17

| | |
|---|---|
| 18  VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., | Case No.    C-07-3758-SC |
| 19              Plaintiffs, | **CLASS ACTION** |
| 20       v. | **DECLARATION OF HEATHER A. MOSER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REPLY** |
| 21  JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, | |
| 22              Defendants. | **(Fed. R. Civ. P. 65(a); Civil L.R. 65-2)** |
| 23 | Date:   March 7, 2008<br>Time:   10:00 a.m.<br>Ctrm:   1, 17th Floor |
| 24 | |
| 25 | Complaint Filed July 23, 2007 |

26
27
28

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

**DECLARATION OF HEATHER A. MOSER**

I, Heather A. Moser, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an associate at the law firm of Morrison & Foerster LLP, counsel for Plaintiffs VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction Reply, filed herewith. I have personal knowledge of the matters set forth herein and could and would competently testify thereto if called as a witness in this matter.

2. On October 19, 2007, Plaintiffs served their First Amended First Set of Requests for Production of Documents to All Defendants.

3. On November 2, 2007, Plaintiffs served their first Notice of Deposition of Defendant Witnesses.

4. On November 9, 2007, Defendants filed their first Motion for Protective Order to Stay Discovery.

5. The deadline for responding to Plaintiffs' First Amended Set of Requests for Production of Documents passed on November 21, 2007.

6. On November 16, 2007, Plaintiffs served their Second Set of Requests for Production of Documents to All Defendants.

7. On November 16, 2007, Plaintiffs served their Notice of Deposition Pursuant to Fed. R. Civ. Proc. 30(b)(6).

8. On November 21, 2007, Defendants filed their second Motion for Protective Order to Halt Rule 30(b)(6) Deposition and Bar Additional Document Requests.

9. The deadline for responding to Plaintiff's Second Amended Set of Requests for Production of Documents passed on December 19, 2007.

10. On December 11, 2007, I attempted to begin the meet-and-confer process with Defendants by letter regarding the outstanding document requests.

11. During oral argument on Defendants' Motion to Dismiss on December 14, 2007, the Court granted Defendants' motion to stay pending a decision on the motion to dismiss.

1    12.    On January 10, 2008, the Court issued an Order Denying in Part and Granting in Part Defendants' Motion to Dismiss, and finding Defendants' two Motions to Stay moot.

13.    On January 15, 2008, Defendants contacted Plaintiffs regarding discovery and the need to meet and confer regarding the outstanding discovery responses.

14.    On January 16, 2008, Plaintiffs sent a response listing thirteen high priority document requests aimed at obtaining the documents most relevant to the pending preliminary injunction motion.

15.    On February 5, 2008, Defendants produced less than 2,000 pages in response to only three of the thirteen high priority requests, Requests for Production 35, 73, and 102. Most documents appear to be documents otherwise available in the public domain and defense counsel has not indicated that any of them are eligible for confidentiality protection under the terms of the proposed protective order.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 11th day of February, 2008, at San Francisco, California.

                                             /s/ Heather A. Moser
                                                   Heather A. Moser

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.