RECEIVED
JAN 2 1 2008
SF FAX CENTER



# The University of Georgia

College of Public Health
Health Administration Biostatistics and Epidemiology

## Facsimile Cover Sheet

| To: | Stacey Sprenkel/29J |
|---|---|
| Company: | Morrison + Foerster LLP |
| Phone: | (415) 268-6040 |
| Fax: | (415) 268-7522 |
| From: | Stephen L. Rathbun |
| | Department of Epidemiology and Biostatistics |
| Phone: | (706) 542-6302 |
| Fax: | (706) 583-0695 |
| Date: | 1/19/2008 |
| Pages: | 7 |

N132 Paul D. Coverdell Center for Biomedical and Health Sciences • Athens, Georgia 30602-7397
Telephone (706) 542-7480 • Fax (706) 583-0695
An Equal Opportunity/Affirmative Action Institution

1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
3  P.O. Box 8130
   Walnut Creek, California 94596-8130
4  Telephone: 925.295.3300
   Facsimile: 925.946.9912
5
   SIDNEY M. WOLINSKY (CA SBN 33716)
6  SWolinsky@dralegal.org
   MELISSA W. KASNITZ (CA SBN 162679)
7  MKasnitz@dralegal.org
   JENNIFER WEISER BEZOZA (CA SBN 247548)
8  JBezoza@dralegal.org
   KATRINA KASEY CORBIT (CA SBN 237931)
9  KCorbit@dralegal.org
   DISABILITY RIGHTS ADVOCATES
10 2001 Center Street, Third Floor
   Berkeley, California 94704-1204
11 Telephone: 510.665.8644
   Facsimile: 510.665.8511
12
   [see next page for additional counsel for Plaintiffs]
13
   Attorneys for Plaintiff(s)
14 VETERANS FOR COMMON SENSE, and
   VETERANS UNITED FOR TRUTH, INC.

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                    SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **DECLARATION OF STEPHEN L. RATHBUN, PH.D., REGARDING STATISTICAL ANALYSIS OF VETERAN SUICIDE RATES CONDUCTED FOR CBS NEWS** <br><br> Date: February 22, 2008 <br> Time: 10:00 a.m. <br> Ctrm: 1, 17th Floor <br><br> Complaint Filed July 23, 2007 |

RATHBUN DECL. RE. VETERAN SUICIDE RATES — CASE NO. C-07-3758-SC
sf-2453810

1 | **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2 | ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
3 | HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
4 | STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
5 | PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
6 | MORRISON & FOERSTER LLP
425 Market Street
7 | San Francisco, California 94105-2482
Telephone: 415.268.7000
8 | Facsimile: 415.268.7522

9 | BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
10 | MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
11 | Sacramento, California 95814
Telephone: 916.448.3200
12 | Facsimile: 916.448.3222

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RATHBUN DECL. RE. VETERAN SUICIDE RATES — CASE NO. C-07-3758-SC
sf-2453810

# DECLARATION OF STEPHEN L. RATHBUN, PH.D.

I, Stephen L. Rathbun, Ph.D., declare:

## INTRODUCTION

1. I make this declaration regarding a statistical analysis of the rate of suicide among veterans as evidence relevant to Plaintiffs' Motion for a Preliminary Injunction. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. I have no relationship with any of the parties in this action, and was contacted by Plaintiffs' counsel only after a TV news program aired recently about work I had done for a story on veteran suicides. I had no relationship with CBS News prior to conducting this statistical analysis for CBS News. I have no history of working with veterans groups or involvement with advocacy related to veterans' issues. I was not paid by CBS News or Plaintiffs for any work that I have done. I was contacted by the VA, and was asked to provide information about the study I had conducted. I provided the VA with that information. I recently agreed to cooperate with Plaintiffs in providing this declaration. I have also been contacted by and spoken with an attorney for Defendants from the Department of Justice.

## BACKGROUND

3. I graduated from Florida State University with a B.S. in Biology in 1976. I received a M.S. in Biology from Florida State University in 1980, and a M.S. in Statistics from Iowa State University in 1987. I received a Ph.D. in Statistics from Iowa State University in 1990, where I wrote a graduate thesis titled "Estimation and Statistical Inference for Space-Time Point Processes." I served as Assistant Professor of Statistics at the University of Georgia from 1990 until 1996, when I became Associate Professor of Statistics, a position I held until 2001. From 2001 until 2005, I was Associate Professor of Statistics at Pennsylvania State University. Currently I am the Interim Head of Epidemiology & Biostatistics, and am Associate Professor of Biostatistics at the University of Georgia located in Athens, Georgia. I am currently a member of the Biometric Society and the American Statistical Association.

RATHBUN DECL. IN SUPP. OF PLS.' MOT. FOR PRELIM. INJ. — CASE NO. C-07-3758-SC     1
sf-2453810

4. My research has focused on the application of geospatial statistical methods to ecology and the environmental sciences, with emphasis on geostatistical data and spatial point patterns. Geostatistics involves data that may be collected at any sample of locations in a region of interest. Such data may include the concentrations of chemical contaminants or counts of numbers of individual organisms or species. I have developed methods for geostatistical analysis in left-censored spatial data. I have conducted research which considers multivariate geostatistical methods for modeling the interactions among multiple variables. The spacial point pattern formed by individual organisms results from past patterns of birth, growth and survivorship. My research has focused on the methods for modeling the effects of partially observed environmental variables on spatial point patterns, and on the development of spatiotemporal point process models.

## ASSIGNMENT

5. I was contacted by CBS News during the fall of 2007, and was asked to perform an independent calculation of the rates of suicide among veterans within the United States for the years 2004-2005. My assignment was to determine what format I would need raw data in to perform this calculation. CBS News then would gather the necessary data. My assignment was then to tabulate, organize and aggregate the data into a standard, usable form. CBS News advised me regarding what criteria to control for. My analysis was to be based purely on numbers.

## METHODOLOGY

6. CBS News obtained cross-classified resident suicide data from 40 states, most of which was obtained under strict confidentiality agreements. CBS News also obtained data from the Department of Veterans Affairs, as well as general population numbers from the U.S. Census Bureau. I analyzed all of this data. "Cross-classified" data is the type of format necessary to run adjusted rates of suicide. Using standard statistical techniques, I adjusted the rates of suicide for age and gender. The criteria and methodology were decided on in advance of the data gathering. My results are presented as a range of numbers, reflecting the fact that I conducted my analysis in two different ways. The smaller number in each range of numbers reflects the analysis conducted without

including any individuals whose status as a veteran was unclear. This unclear status was often due to the fact that the veteran suicide data gathered from some states may have included active-duty suicides. The lower number in each range, therefore, most likely underestimates the true number of veteran suicides. The higher number in each range reflects the second analysis I conducted which included all of those individuals with unclear status, and therefore includes some active-duty suicides.

## FINDINGS

7. My findings were reported by CBS News in a national television broadcast on November 13, 2007. A true and correct copy of the transcript of that broadcast is attached hereto as Exhibit A. My findings are also summarized on the CBS News website at http://www.cbsnews.com/stories/2007/11/13/cbsnews_investigates/main3498625.shtml, a true and correct copy of which is attached hereto as Exhibit B.

8. My findings for 2004 revealed that there were 17.5 to 21.8 veteran suicides per 100,000, whereas among non-veterans for the same time period there were 9.4 per 100,000. This means that veterans were approximately 1.8 to 2.3 times as likely as non-veterans to commit suicide. The male rates for that time period were 30.6 to 38.3 per 100,000 for veterans and 18.3 per 100,000 for non-veterans. The female rates for that time period were 10.0 to 12.5 per 100,000 for veterans and 4.8 per 100,000 for non-veterans.

9. My findings for 2005 revealed that there were 18.7 to 20.8 veteran suicides per 100,000, whereas among non-veterans for the same time period there were 8.9 per 100,000. This means that veterans were more than twice as likely as non-veterans to commit suicide. The male rates for that time period were 31.5 to 35.3 per 100,000 for veterans and 17.6 per 100,000 for non-veterans. The female rates for that time period were 11.1 to 12.3 per 100,000 for veterans and 4.5 per 100,000 for non-veterans.

10. One age group stood out. Veterans aged 20 through 24 had the highest suicide rate among all veterans. The suicide rate for non-veterans in that age group is 8.3 per 100,000 while the rate for veterans was found to be between 22.9 and 31.9 per 100,000. Veterans aged 20 through 24 had a suicide rate of 300% to 400% of that of non-veterans.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 19, 2008 at Athens, Georgia.

Stephen L. Rathbun, Ph.D.