GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br>Plaintiffs, <br><br>v. <br><br>JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, <br><br>Defendants. | Case No.    C-07-3758-SC <br><br>**CLASS ACTION** <br><br>**DECLARATION OF STACEY M. SPRENKEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REPLY** <br><br>(Fed. R. Civ. P. 65(a); Civil L.R. 65-2) <br><br>Date:    March 7, 2008 <br>Time:    10:00 a.m. <br>Ctrm:    1, 17th Floor <br><br>Complaint Filed July 23, 2007 |

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

**DECLARATION OF STACEY M. SPRENKEL**

I, Stacey M. Sprenkel, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an associate at the law firm of Morrison & Foerster LLP, counsel for Plaintiffs VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC. I make this declaration in support of Plaintiffs' Reply in Support of Preliminary Injunction, filed herewith. I have personal knowledge of the matters set forth herein and could and would competently testify thereto if called as a witness in this matter.

2. Attached as Exhibit A is a true and correct copy of Department of Veterans Affairs, Office of Inspector General Report No. 04-03100-90 (Feb. 26, 2007), *Review of VA Central Incident Response Capability Contract Planning, Award and Administration*.

3. Attached as Exhibit B is a true and correct copy of excerpts of U.S. House of Representatives Report No. 105-626, 105th Congress, 2d Session (July 15, 1998).

4. Attached as Exhibit C is a true and correct copy of excerpts of U.S. House of Representatives, Subcommittee on Health, Committee on Veterans' Affairs Transcript, *Hearing on War-Related Illnesses and on the VA's Sexual Trauma Counseling Program*, 105th Cong. (Apr. 23, 1998), *available at*: http://commdocs.house.gov/committees/vets/hvr042398.000/hvr042398_0HTM.

5. Attached as Exhibit D is a true and correct copy of the Committee on Veterans' Affairs, U.S. Senate Report No. 100-418, 100th Congress, Second Session (1988), *Veterans' Administration Adjudication Procedure and Judicial Review Act*.

6. Attached as Exhibit E is a true and correct copy of excerpts of U.S. House of Representatives Enrolled Bill 4986, 110th Congress, Second Session, enacted January 28, 2008.

7. Attached as Exhibit F is a true and correct copy of excerpts of Committee on Veterans' Affairs, U.S. Senate, *Hearing on Pending Health Care Legislation*, 110th Cong., First Session (May 23, 2007).

8. The following documents are admissions by Defendant Department of Veterans' Affairs ("VA"), a party to this case. Admissions by a party-opponent are admissible non-hearsay under Federal Rule of Evidence 801(d)(2).

9. Attached as Exhibit G is a true and correct copy of *Disability Claim Surge Strains VA*, Associated Press (Sept. 19, 2007), *available at*:

http://www.military.com/NewsContent/0,13319,149682,00.html?ESRC=topstories.RSS.

10. Attached as Exhibit H is a true and correct copy of U.S. Department of Veterans Affairs, *Information for Veterans Who Served in Iraq and Afghanistan and Their Families*, Iraqi Freedom Review, Vol. 5, No. 1 (Oct. 2007) *available at*:

http://www1.va.gov/environagents/docs/OIF_OEF_Review_Oct_2007.pdf.

11. Attached as Exhibit I is a true and correct copy of excerpts of the U.S. House of Representatives Committee on Veterans' Affairs Hearing, *Stopping Suicides: Mental Health Challenges Within the U.S. Department of Veterans Affairs: Hearing Before the U.S. House Committee on Veterans' Affairs*, 110th Cong., (Dec. 12, 2007), Statement of Ira Katz, M.D., Ph.D., Deputy Chief Patient Care Services Officer for Mental Health, Department of Veterans Affairs, *available at*: http://veterans.house.gov/hearings/Testimony.aspx?TID=11145.

12. Attached as Exhibit J is a true and correct copy of Department of Veterans Affairs Office O Inspector General Report No. 07-00616 (Sept. 10, 2007), *Audit of the Veterans Health Administration's Outpatient Waiting Times*.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 11th day of February, 2008, at San Francisco, California.

                /s/ Stacey Sprenkel
                  Stacey Sprenkel