```
[110th CONGRESS House Bills]
[From the U.S. Government Printing Office via GPO Access]
[DOCID: h4986enr.txt]
[Enrolled Bill]
        H.R.4986
```

One Hundred Tenth Congress

of the

United States of America

AT THE SECOND SESSION

Begun and held at the City of Washington on Thursday,
the third day of January, two thousand and eight

An Act

To provide for the enactment of the National Defense Authorization Act for Fiscal Year 2008, as previously enrolled, with certain modifications to address the foreign sovereign immunities provisions of title 28, United States Code, with respect to the attachment of property in certain judgments against Iraq, the lapse of statutory authorities for the payment of bonuses, special pays, and similar benefits for members of the uniformed services, and for other purposes.

   Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,

SECTION 1. SHORT TITLE; TREATMENT OF EXPLANATORY STATEMENT.

    (a) Short Title.--This Act may be cited as the ``National Defense Authorization Act for Fiscal Year 2008''.
    (b) Explanatory Statement.--The Joint Explanatory Statement submitted by the Committee of Conference for the conference report to accompany H.R. 1585 of the 110th Congress (Report 110-477) shall be deemed to be part of the legislative history of this Act and shall have the same effect with respect to the implementation of this Act as it would have had with respect to the implementation of H.R. 1585, if such bill had been enacted.

SEC. 2. ORGANIZATION OF ACT INTO DIVISIONS; TABLE OF CONTENTS.

    (a) Divisions.--This Act is organized into three divisions as follows:
            (1) Division A--Department of Defense Authorizations.
            (2) Division B--Military Construction Authorizations.
            (3) Division C--Department of Energy National Security Authorizations and Other Authorizations.
    (b) Table of Contents.--The table of contents for this Act is as follows:
Sec. 1. Short title; treatment of explanatory statement.

```
            (D) could reasonably be expected to receive ongoing
        services after the end of the pilot program under this section
        under another program of the Federal Government or through
        other means, as determined by the Secretary.

SEC. 1706. PROVISION OF AGE-APPROPRIATE NURSING HOME CARE.

    (a) Finding.--Congress finds that young veterans who are injured or
disabled through military service and require long-term care should
have access to age-appropriate nursing home care.
    (b) Requirement to Provide Age-Appropriate Nursing Home Care.--
Section 1710A of title 38, United States Code, is amended--
        (1) by redesignating subsection (c) as subsection (d); and
        (2) by inserting after subsection (b) the following new
    subsection (c):
    ``(c) The Secretary shall ensure that nursing home care provided
under subsection (a) is provided in an age-appropriate manner.''.

SEC. 1707. EXTENSION OF PERIOD OF ELIGIBILITY FOR HEALTH CARE FOR
            VETERANS OF COMBAT SERVICE DURING CERTAIN PERIODS OF
            HOSTILITIES AND WAR.

    Subparagraph (C) of section 1710(e)(3) of title 38, United States
Code, is amended to read as follows:
        ``(C) in the case of care for a veteran described in paragraph
    (1)(D) who--
            ``(i) is discharged or released from the active military,
        naval, or air service after the date that is five years before
        the date of the enactment of the National Defense Authorization
        Act for Fiscal Year 2008, after a period of five years
        beginning on the date of such discharge or release; or
            ``(ii) is so discharged or released more than five years
        before the date of the enactment of that Act and who did not
        enroll in the patient enrollment system under section 1705 of
        this title before such date, after a period of three years
        beginning on the date of the enactment of that Act; and''.

SEC. 1708. SERVICE-CONNECTION AND ASSESSMENTS FOR MENTAL HEALTH
            CONDITIONS IN VETERANS.

    (a) Presumption of Service-Connection for Mental Illness in Persian
Gulf War Veterans.--
        (1) In general.--Section 1702 of title 38, United States Code,
    is amended--
            (A) by inserting ``(a) Psychosis.--'' before ``For the
        purposes''; and
            (B) by adding at the end the following new subsection:
    ``(b) Mental Illness.--For purposes of this chapter, any veteran of
the Persian Gulf War who develops an active mental illness (other than
psychosis) shall be deemed to have incurred such disability in the
active military, naval, or air service if such veteran develops such
disability--
        ``(1) within two years after discharge or release from the
    active military, naval, or air service; and
        ``(2) before the end of the two-year period beginning on the
    last day of the Persian Gulf War.''.
        (2) Heading amendment.--The heading of such section is amended
```