# OPERATIONS ENDURING FREEDOM/ IRAQI FREEDOM REVIEW

GLOBAL WAR ON TERROR

## *Information for Veterans Who Served in Iraq and Afghanistan and Their Families*

**Vol. 5, No. 1**                                                                                    **October 2007**

## VA MEDICAL CENTERS EXTENDING HOURS
### Change Benefits New Combat Veterans, Older Vets

In order to provide more health care for more veterans, especially mental health services, former Secretary of Veterans Affairs Jim Nicholson directed the 153 medical centers of the Department of Veterans Affairs (VA) to keep their doors open longer. "Illness doesn't follow a 9-to-5 schedule," Nicholson said. "I'm directing our medical centers to provide extended hours to ensure we're there for the veterans who have earned our care."

Although the extra hours apply to many hospital-based programs and services, Nicholson said his decision was based upon a desire to ensure VA's more than 9,000 mental health professionals are available when veterans need them. VA operates the largest integrated health care system in the country and the nation's largest mental health program. About 5 million veterans are expected to seek health care from VA's nationwide system this year, accounting for about 800,000 hospitalizations and 60 million outpatient visits.

## ABOUT THE OEF/OIF/GWOT REVIEW

Welcome to the eighth issue of the "Operations Iraqi Freedom/Enduring Freedom Review" newsletter. Earlier issues are dated December 2003, June 2004, February 2005, September 2005, February 2006, April 2007, and July 2007. VA's Environmental Agents Service (EAS) publishes the "Review" to provide information about the concerns of combat veterans, specifically the Global War on Terror Heroes, who served in Operations Iraqi Freedom (primarily in Iraq), and Operation Enduring Freedom in Afghanistan, their families, and others interested in possible long-term health consequences of military service in Southwest Asia. The "Review" describes actions by VA and others to respond to these concerns. For past and current issues of the "Review" and additional information, see our web site at **www.va.gov/EnvironAgents**.

Beginning with Volume 4, Number 1 of the Review, audio files of news items (pod casts) will be available at our web site at **www.va.gov/EnvironAgents;** click on "Operation OEF/OIF".

We encourage your comments or questions concerning the content of the "Review." Please send suggestions and ideas

for future issues of the newsletter to: Environmental Agents Service (131), VA Central Office, 810 Vermont Avenue, N.W., Washington, DC 20420.

Requests for additional copies of this and/or future issues also should be sent to the above address. A limited supply of the prior issues is available. Please specify the quantity and issue date requested.

## VA RESEARCHERS DEVELOP NEW PROSTHETIC ANKLE
### Nicholson: "Once Again, VA Leads in Medical Innovation"

Veterans with lower-leg amputations can look forward to having a prosthetic ankle-foot that matches their natural ease of motion, thanks to research funded by the Department of Veterans Affairs (VA) and conducted by researchers from the Department and two of the nation's top universities.

"Veterans are entitled to the best this nation has to offer, and at VA, we're constantly redefining the meaning of best," said former Secretary of Veterans Affairs Jim Nicholson. "This new ankle-foot prosthetic is another example of VA's medical innovations for veterans that will benefit all Americans."

*(Continued on page 2)*

### ALSO IN THIS ISSUE

VA Brings Mental Health Programs to Primary Care Settings .................2
VA's Suicide Hotline Begins Operations .................................................2
VA Secretary Praises Tampa Pain Center .............................................3
What's New? ..........................................................................................3
One-Stop Career Centers.......................................................................3
Troops to Teachers.................................................................................3
Transition Assistance Program for Veterans (TAP) ................................4
FAFSA4caster Early Eligibility Indicator .................................................4
HireVetsFirst: Department of Labor's Transition Program.......................4
**2007 NATIONAL** HireVetsFirst **JOB FAIRS**...................5
Employment Services for Veterans .........................................................9
Small Business Administration's Patriot Express Loans..........................9
VA Home Loan Guaranty.........................................................................9
Education Benefits for Returning OEF/OIF Veterans ..............................9
How to Apply for Disability Compensation from VA ...............................10
Disability Compensation Rates for 2007 ..............................................10
Address Changes..................................................................................11
Where to Get Help.................................................................................12

Researchers say the new ankle-foot prosthetic is the first in a new family of artificial limbs. It will replicate natural motion by propelling people forward using tendon-like springs powered by an electric motor.

Through VA-funded research, the Center for Restorative and Regenerative Medicine, a partnership between the Providence VA Medical Center in Rhode Island, Brown University and Massachusetts Institute of Technology, developed the new prosthesis. The center's goal is to restore natural function to amputees.

VA expects to spend more than $1.2 billion this year on prosthetics and sensory aids, which includes glasses and hearing aids. The Department operates about 60 orthotic-prosthetic labs across the country that fabricate, fit and repair artificial limbs or oversee limbs provided by commercial vendors.

## VA BRINGS MENTAL HEALTH PROGRAMS TO PRIMARY CARE SETTINGS
### VA Leading the Way in Increasing Access

Addressing a special mental health forum with the top clinicians and researchers from the Department of Veterans Affairs (VA), former Secretary of Veterans Affairs Jim Nicholson announced plans to begin locating some of the Department's mental health programs closer to places where primary care is provided.

"Given the reluctance of some veterans to talk about emotional problems, increasing our mental health presence in primary care settings will give veterans a familiar venue in which to receive care -- without actually going to an identified mental health clinic," Nicholson said.

Nicholson described VA as "a long-standing leader in mental health," with $3 billion devoted this year to mental health services. The Department has the nation's largest mental health program and is internationally recognized for research and treatment for post-traumatic stress disorder (PTSD).

"The wounds of war are not always the result of explosions and rocket fire," he added. "They can sometimes be unseen and cloaked in silence. If left untreated, they can be just as lethal."

"We let veterans know that mental health issues and other military-related readjustment problems are not their fault — that we can help them — and that they can get better," he added.

Acknowledging that VA officials expect to see increasing numbers of newly returned combat veterans with PTSD and other mental health issues, Nicholson said mental health care is currently provided at each of VA's 153 medical centers and 882 outpatient clinics.

Nicholson also announced plans to begin a series of regional conferences related to providing mental health care to veterans with "our partners at the state, local and community levels."

Recent expansion of the Department's mental health services include:
- Greater availability of "telemental health" programs, which treated about 20,000 patients last year;
- Integrating mental health services into geriatric programs;
- Adding psychologists and social workers to the staffs of VA's polytrauma centers;
- Increasing the number of Vet Centers from 209 to 232, and
- Hiring 100 new combat veterans to run outreach programs to their former comrades.

"As the newest generation of combat veterans returns home, we want to ensure that we are providing them the very best in mental health care and treatment possible. They deserve nothing less," Nicholson said.

## VA'S SUICIDE HOTLINE BEGINS OPERATIONS
### "Help a Phone Call Away"

To ensure veterans with emotional crises have round-the-clock access to trained professionals, the Department of Veterans Affairs (VA) has begun operation of a national suicide prevention hot line for veterans and their families.

"Veterans need to know these VA professionals are literally a phone call away," said former Secretary of Veterans Affairs Jim Nicholson said. "All service members who experience the stresses of combat can have wounds on their minds as well as their bodies. Veterans should see mental health services as another benefit they have earned, which the men and women of VA are honored to provide."

The toll-free hot line number is **1-800-273-TALK (8255)**. VA's hot line will be staffed by mental health professionals in Canandaigua, N.Y. They will take toll-free calls from across the country and work closely with local VA mental health providers to help callers.

To operate the national hot line, VA is partnering with the Substance Abuse and Mental Health Services Administration of the Department of Health and Human Services (HHS).

"The hot line will put veterans in touch — any time of the day or night, any day of the week, from anywhere in the country — with trained, caring professionals who can help," added Nicholson. "This is another example of the VA's commitment to provide world-class health care for our nation's veterans, especially combat veterans newly returned from Iraq and Afghanistan."

The suicide hot line is among several enhancements to mental health care that Nicholson has announced this year. In mid July, the Department's top mental health professionals convened in the Washington, D.C., area to review the services provided to veterans of the Global War on Terror.

## VA SECRETARY PRAISES TAMPA PAIN CENTER
### Local Facility Model for VA and Rest of Nation

During a recent visit, former Secretary of Veterans Affairs Jim Nicholson praised the VA's acclaimed Chronic Pain Rehabilitation Program at the James A. Haley Veterans' Hospital as a shining example of VA's world-class health care.

"The program at the Tampa VA Medical Center is the largest and most comprehensive pain center in the VA system," Nicholson said. "We're meeting the challenges of treating wounded servicemembers returning from combat in Iraq and Afghanistan, while providing top-notch care to older veterans with chronic medical problems."

Nicholson noted the Tampa pain program was one of six facilities – and the only VA facility -- earlier this year to receive the American Pain Society's first "Clinical Centers of Excellence in Pain Management Awards," honoring the nation's outstanding pain care centers.

The Society recognized programs that help pain patients enhance overall functionality and quality of life through integrated care across medical disciplines. Patients in the VA pain program have, on average, a 50 percent reduction in pain during treatment. More than half of polytrauma patients leave the facility free of prescribed pain medications, while others have substantially reduced dosages.

The Tampa VA Medical Center hosts one of VA's major polytrauma centers that receive the most severely wounded veterans of combat in Iraq and Afghanistan. Pain management for these patients is particularly challenging because many have cognitive impairment and multiple complex injuries. Patients often arrive on high doses of narcotics, which can interfere with their rehabilitation.

In its recognizing the Tampa center, the American Pain Society highlighted programs that reach beyond drugs to other approaches such as cognitive behavioral and physical therapy to treat the whole person, not just the pain. According to the Society, the Tampa facility had demonstrated that integrated, multidisciplinary pain care yields the best medical, psychological and social outcomes.

The Tampa pain center's core team includes doctors and nurses from a variety of disciplines, pain psychologists, a registered dietician, rehabilitation therapists and a social worker, with occasional assistance from a chiropractor, acupuncturist and pharmacist.

During 17 years of operation, Tampa's Chronic Pain Rehabilitation Program has developed national models for managing chronic pain. The facility has devised a pain assessment questionnaire that is used by more than 800 clinicians and researchers in 36 countries.

## WHAT'S NEW?

The Review continues its most recent feature, "What's New?", highlighting new programs, benefits, and services provided by VA and other agencies. Information from the July issue is provided for reference due to the interest voiced by readers.

Featured in this issue is a listing of Veteran Only Job Fairs coordinated by the US Department of Labor HireVetsFirst program. There is at least one Job Fair in each state during the month of November in honor of Veterans Day. Information provided includes a state by state listing, locations, and points of contact. Additional assistance is available on the internet at **www.hirevetsfirst.gov**.

New Programs in the October issue include:
- **One-Stop Career Centers**
- **Transition Assistance Program for Veterans (TAP)**
- **Troops to Teachers**
- **FAFSA4CASTER Early Eligibility Indicator**

## ONE-STOP CAREER CENTERS

Veterans can find the services they need at a convenient One-Stop Career Center where they can work with a Veterans' Employment Specialist to find jobs, acquire skills and education, plan careers, attend workshops, and take advantage of other resources. Information for the One-Stop Career Center near you is available on the internet at **www.hirevetsfirst.gov/onestop_vet.asp**   or by telephone toll free at **1-877-US2-JOBS**.

## TROOPS TO TEACHERS

Troops-to-Teachers provides referral assistance and placement services to military personnel interested in beginning a second career in public education as a teacher. The Defense Activity for Non-Traditional Education Support (DANTES) Troops-to-Teachers office will help applicants identify teacher certification requirements, programs leading to certification and employment opportunities. DANTES is available on the internet at **www.ProudToServeAgain. Com** or can be e-mailed at **dantes@navy.mil**. For more information about Troops-to-Teachers, write or call:

DANTES Troops to Teachers
6490 Saufley Field Road
Pensacola, FL 32509-5243
Telephone **850-452-1241** or toll free at **1-800-231-6242**.

## TRANSITION ASSISTANCE PROGRAM FOR VETERANS (TAP)

The US Department of Labor's Transition Assistance Program for Veterans (TAP) website provides career information for active duty service members, National Guard, Reserves, and spouses of service members separating or retiring from the military.

The website (**www.dol.gov/vets/programs/tap/main.htm**) provides tools and information to use during transition from military life to civilian life.    Those interested in more information may either visit the website listed above or contact **1-877-USA-JOBS**, and ask to speak with a Veterans Representative.

## FAFSA4CASTER EARLY ELIGIBILITY INDICATOR

(This information is provided by the Department of Education)

### What Is the Purpose of FAFSA4caster?

FAFSA4caster is a free online tool to provide students with early estimates of their eligibility for federal student aid. The tool, essentially a simpler form of the *Free Application for Federal Student Aid* (FAFSA), instantly calculates an estimated Expected Family Contribution (EFC), an estimated award amount for the Federal Pell Grant program, and sample award packages. Having such information helps families plan ahead for college. FAFSA4caster then pre-populates certain data on the student's official FAFSA, expediting the application process.

### Who Should Use FAFSA4caster?

FAFSA4caster is for anyone who is not yet ready to file an official FAFSA, which the student must fill out to receive federal student aid.

### How Do You Use FAFSA4caster?

FAFSA4caster is accessible at **www.FederalStudentAid. ed.gov./**  It is divided into three sections: "Getting Started"; "Using the FAFSA4caster"; and "What's Next." The student logs on to FAFSA4caster by providing basic identifiers such as name, Social Security number and date of birth and by creating a password. Then the student answers financial and other questions that are used in determining federal student aid eligibility. Note that no signatures are required to submit FAFSA4caster because it is not the official federal student aid application.

### What Information Does FAFSA4caster Provide?

When the student clicks on the "Submit My FAFSA4caster Now" button, the tool displays an estimated Expected Family Contribution (EFC) and invites the student to see what college might cost for him or her based on average costs for categories of schools. Then it shows the types of federal student aid that might help cover that cost, listing the student's estimated award amount for the Federal Pell Grant program and providing examples of award packages with in-state and out-of-state costs. Finally, FAFSA4caster shows any estimated financial need that remains after the estimated aid amounts and EFC are taken into account.

**Note:** *The EFC and award amounts provided by FAFSA4caster are estimates. FAFSA4caster explains that the student also might receive aid from the state or other entities, and it encourages the student to research scholarships and other nonfederal aid.*

### What Happens After Using FAFSA4caster?

FAFSA4caster is not an aid application. The student still must fill out an official FAFSA for the year the student plans to go to college. Let's use an imaginary student called "Jane" as an example.  "Jane" fills out FAFSA4caster in spring of 11th grade. "Jane"'s name and date of birth are provided to the Social Security Administration; if they match the Social Security number he provided, then a personal identification number called a Federal Student Aid PIN is generated and held in a database for "Jane".  In November of "Jane"'s senior year, he receives his Federal Student Aid PIN, either via e-mail if he provided a valid e-mail address on FAFSA4caster, or via postal mail if sshe did not. Then in January or February, "Jane" receives a notice reminding her to fill out the FAFSA. "Jane" accesses the FAFSA using his PIN to identify himself (and again at the end of the FAFSA, to sign electronically). Data from "Jane"'s FAFSA4caster will automatically appear on the FAFSA, and she can update or correct items as necessary. Additional questions on the FAFSA help determine "Jane"'s eligibility for aid from states and schools.

## HIREVETSFIRST: DEPARTMENT OF LABOR'S TRANSITION PROGRAM

The US Department of Labor (DOL) makes many programs and opportunities available to qualified veterans, reservists, and service members. These include educational opportunities, career counseling and placement assistance, as well as information resources, at DOL, VA, and other locations.

Veterans' Employment and Training Service (VETS) is the US DOL agency responsible for helping veterans make the transition from the military to good civilian jobs and for protecting their employment rights and benefits.  Opportunities offered by the US DOL, both through VETS and other programs, will be featured in this and upcoming issues of the Review. Facts regarding current programs maybe obtained at the US DOL web site at **www.dol.gov/vets/programs/ fact/Employment_Services_fs01.htm.** Location-specific office information is available on the Internet at **www.dol. gov/dol/location.htm**.

# ★ ★ ★ 2007 NATIONAL HireVetsFirst JOB FAIRS

| State | Date | Time | Location | City | Point of Contact | Phone Number |
|---|---|---|---|---|---|---|
| Alabama | 11/13/2007 | 0800-1500 | Embassy Suites 700 Monroe St. | Huntsville | Terris Tatum | (256) 851-0537 ext. 254 |
| Alaska | 11/8/2007 | 1100-1600 | Muldoon Job Center 1251 Muldoon Rd | Anchorage | Nancy Heckman | (907) 269-4774 |
| Arkansas | 10/30/2007 | 1000-1600 | State House Convention Ctr. | Little Rock | Rex Platt | (501) 682-1544 |
| Arizona | 11/2/2007 | 1000-1400 | Maryvale Community Center Phoenix | | Michael G. Guitugua, AZ State Veterans Coordinator | (520) 628-6810 x 233 |
| | 11/3/2007 | 1000-1400 | Bradshaw Mountain HS (east) 6000 Longlook | Prescott Valley | James Ramm | (928) 445-5100 ext. 236 |
| | 11/7/2007 | | Tucson VA Medical Center | Tucson | Michael G. Guitugua, | (520) 628-6810 x 233 |
| California | 11/9/2007 | 1000-1400 | Courtyard Hotel 600 E. Esplanade Dr. | Oxnard | Daniel Venegas | (805) 382-863 |
| | 11/8/2007 | 1100-1500 | Military.com  Job Fair Radisson Hotel @ LAX | Los Angeles | Michael Gross | (877) 561-5627 |
| | 11/13/2007 | 1000-1400 | Long Beach Convention Center | Long Beach | Michael Kane | (323) 242-6704 |
| Colorado | 11/6/2007 | 1000-1400 | Police Protective Services 2105 Decatur St. | Denver | Tim Amthor State Veterans Coordinator | (303) 318-8821 |
| | 11/9/2007 | 0800-1500 | Downtown Municipal Center | Colorado Springs | Tim Amthor | (303) 318-8821 |
| Connecticut | TBD | | Connecticut Work Center 2 Lafayette Square | Bridgeport | Andy James | (203) 455-2711 |
| Delaware | 11/15/2007 | 1000-1500 | Dover Downs Hotel 1131 N Dupont Hwy | Dover | Albert Barclift | (302) 761-8093 |
| District of Columbia | 11/8/2007 | 1000-1500 | MOAA Career Fair Washington Convention Center | District of Columbia. | Dick Crampton – MOAA | (703) 838-6622 x-107 |
| Florida | 11/3/2007 | 0900-1400 | Comfort Inn and Conference Center 8700 Navarre Parkway | Navarre | Bill Neal | (850) 595-5200 ext. 103 |
| | 11/14/2007 | 1100-1500 | Recruit Military/MOAA Raymond James Stadium | Tampa | Larry Slagel | (513) 683-5020 |
| Georgia | 11/07-08/2007 | 0900-1300 | VFW Post  665 1814 Victory Dr. | Columbus | Walt Pollock | (706) 649-7423 |
| | 11/8/2007 | 1100-1500 | Recruit Military Job Fair Georgia Int. Convention Ctr. | Atlanta | Larry Slagel | (513) 683-5020 |
| Hawaii | 11/8/2007 | 0900-1400 | DAV Hall Keehi Lagoon | Oahu | Norma McDonald | (808) 586-9065 |
| Idaho | 11/6/2007 | 1500-1900 | Ramada Inn 133 West Burnside Ave | Pocatello/ Chubbuck | Ron Tapia | (208) 236-6710 x- 3708 |
| | 11/7/2007 | 1000-1400 | Idaho– N. G. Armory 5453 East Seltice Way | Post Falls/ Coeur d'Alene | Robert Shoeman | (208) 769-1558 x-3993 |
| | 11/8/2007 | 1200-2000 | Nampa Civic Center 311 3rd Street South | Boise/ Nampa | David Hoag | (208) 332-3575 x- 3272 |
| Iowa | 11/7/2007 | 1300 – 1500 | Iowa Workforce Development 430 E. Grand Avenue | Des Moines | Doug Bryson Iowa Workforce Development | (515) 281-9629 |

| State | Date | Time | Location | City | Point of Contact | Phone Number |
|-------|------|------|----------|------|------------------|--------------|
| Illinois | 11/8/2007 | 1000 – 1400 | American Legion – Post #365 1022 Vandalia | Collinsville | Gregory Haynes Manager, Veterans Programs Gregory.haynes@illinios.gov | (312) 793-8961 |
| | 11/8/2007 | 1000 – 1400 | American Legion 4501 S. Airport Rd. | Bartonville | Gregory Haynes | (312) 793-8961 |
| | 11/8/2007 | 1000 – 1400 | Richard J Daley College 7500 S Pulaski Rd. | Chicago | Gregory Haynes | (312) 793-8961 |
| | 11/8/2007 | 1000 – 1400 | Illinois Veterans Home 1707 North 12th St. | Quincy | Gregory Haynes | (312) 793-8961 |
| | 11/8/2007 | 1000 – 1400 | Camp Lincoln Illinois National Guard Armory 1301 N. Mac Arthur Blvd. | Springfield | Gregory Haynes | (312) 793-8961 |
| | 11/8/2007 | 1000 – 1400 | Richland Community College #1 College Park | Decatur | Gregory Haynes | (312) 793-8961 |
| | 11/8/2007 | 1000 – 1400 | IDES 407 North Franklin Street | Danville | Gregory Haynes | (312) 793-8961 |
| Indiana | 11/7/2007 | 1000 – 1500 | Valle Vista Golf Club and Conference Center 755 E. Main Street | Greenwood | Tony Cross State Veterans Coordinator | (317) 232-0647 |
| Kansas | 11/6/2007 | 0900-1500 | Central Community Church 6100 W. Maple | Wichita | Wayne Meyers State Veterans Coordinator | (785) 296-5202 |
| Kentucky | 11/7/2007 | 1300-1600 | Receptions Conference Center 1379 Donaldson Road | Erlanger | Ken Wocher | ( 859) 292-6666 x-273 |
| Louisiana | 11/5/2007 | 0900-1200 | American Legion Post 307 5518 Canal Street | New Orleans | Hal Brown | (504) 599-0339 |
| Maine | 10/25/07 | 0900-1600 | Atrium Inn and Convention Center | Brunswick | Larz Nelson | (207) 624-5720 |
| Maryland | 11/1/2007 | 1100-1500 | Recruit Military M & T (Raven) Stadium | Baltimore | Larry Slagel | ( 513) 683-5020 |
| | 11/14/2007 | 1000-1400 | American Legion Post 136 6900 Greenbelt Road | Greenbelt | Harry Brooks | (301) 618-8435 |
| | 11/15/2007 | 1000-1400 | Pikesville Armory Reisterstown Road | Pikesville | Harry Rutledge | (410) 767-2126 |
| Massachusetts | 11/7/2007 | 1000-1300 | Sheraton Four Points Hotel 407 Squire Road | Revere | Alex Lawn | (978) 825-7221 |
| | 11/7/2007 | 1000-1400 | Norwood ETR 275 Prospect St | Newton | Jake O'Hare | (617) 928-0530 |
| | 11/7/2007 | 0900-1500 | Career Center of Lowell 18 John St | Lowell | Tina Macy | (978) 805-4710 |
| | 11/8/2007 | 1000-1400 | Quincy Career Center 152 Parking Way | Quincy | Michael Caro | (617) 745-4000 |
| | 11/14/2007 | 0830-1300 | Greater New Bedford Career Ctr. 618 Acushnet Ave | New Bedford | Beth Costa | (508) 990-4121 |
| | 11/14/2007 | 0900-1100 | Franklin Hampshire Career Center One Arch Place | Greenfield | Deborah Radway | (413) 774-4361 |
| | 11/15/2007 | 1000-1400 | Attleboro Career Center 860 South Street | Attleboro | Kristine Libertucci | (978) 534-1481 ext. 135 |
| | 11/15/2007 | 1000-1500 | Leominister 67 Mechanic Street | Fitchburg | Linda King | (508) 222-9050 ext. 303 |

| State | Date | Time | Location | City | Point of Contact | Phone Number |
|---|---|---|---|---|---|---|
| Massachusetts | 11/16/2007 | 0900-1300 | Fall River Career Center 446 N. Main St | Fall River | Stan Lukas | (508) 730-5013 |
| | 11/16/2007 | 0900-1300 | Valley Works Career Center 80 Merrimac | Haverhill | Tom Hargraves | (978) 469-7811 |
| Michigan | 11/7/2007 | 0900 – 1500 | Delta College 1961 Delta Road | University Center | Yves Hamel Michigan Department of Labor and Economic Growth | (517) 243-2515 |
| Minnesota | 11/6/2007 | 1100 – 1630 | Eagle Brown Heritage Center 6155 Earle Brown Drive | Brooklyn Center | Gary Quernemoen Local Veterans' Employment Representative | (763) 785-6465 |
| Mississippi | 10/23/2007 | 0900-1400 | Desoto County Civic Center | Southaven | Joe Bucker | (601) 321-6154 |
| Missouri | 11/6/2007 | 0900 – 1500 | Cowan Civic Center | Fort Leonard Wood | Rodney Henry State Veterans Coordinator | (573) 526-9762 |
| Montana | 11/9/2007 | 0900-1500 | Willis Cruse House | Helena | Rick Danielson | (406) 449-7666 |
| Nebraska | 11/8/2007 | 0900 – 1630 | Nebraska Workforce Development 1050 N Street | Lincoln | Cee Cee Coatney State Veterans Coordinator | (402) 471-1932 |
| Nevada | 11/5/2007 | 1100-1500 | Military.com Job Fair Palace Station Hotel 2411 W. Sahara | Las Vegas | Michael Gross | (877) 561-5627 |
| New Hampshire | 11/7/2007 | 1000-1500 | Army National Guard Center 350 Meadow Street | Littleton | Ralph Hodgman | (603) 444-2971 |
| | 11/8/2007 | 1000-1500 | Army Reserve Center Route 108 | Somerworth | Allan Enario | (603) 742-3600 |
| | 11/13/2007 | 1000-1500 | American Legion Post 4 797 Court Street | Keene | Dwight Albrecht | (603) 352-1904 |
| | 11/15/2007 | 1400-1900 | National Guard Armory 771 Canal Street | Manchester | Ronald Stowell | (603) 627-7841 |
| New Jersey | 11/6/2007 | 1100 – 1500 | New York Times – Hire a Hero Javits Center | New York City | Doug Latino New York Times | (212) 556-1488 |
| New Mexico | 11/07-11/09/2007 | 0900-1500 | New Mexico – Virtual Job Fair | | Christian Zafra | (505) 841-9529 |
| New York | 11/6/2007 | 1100 – 1500 | New York Times – Hire a Hero Javits Center | New York City | Doug Latino – New York Times | (212) 556-1488 |
| North Carolina | 11/5/2007 | | VFW Post 2087 2605 S Elm-Eugene St. | Greensboro | Archie Barrow | (336) 334-5777 x-263 |
| | 11/7/2007 | | Durham Marriott at Civic Center 201 Foster St. | Durham | Linzie Atkins | (919) 560-6880 x-217 |
| | 11/7/2007 | | National Guard Armory 102 Spaulding Road | Marion | Tom Lamb | (828) 652-7131 |
| | 11/10/2007 | | Joblink Career Center 717 Market Street | Wilmington | Dan Peninger | (910) 251-5777 |
| North Dakota | 11/15/2007 | 1700-1930 | Job Service North Dakota 1601 East Century Ave | Bismarck | Wyman Roeder | (701) 328-5043 |

| State | Date | Time | Location | City | Point of Contact | Phone Number |
|---|---|---|---|---|---|---|
| Ohio | 11/8/2007 | 1000 – 1400 | Village of Woodlawn Community Center/National Guard Armory 10050 Woodlawn Blvd | Woodlawn | Bill Gaskins Disabled Veterans' Outreach Program Specialist | (513) 946-3306 |
| Oklahoma | 11/7/2007 | 0900-1400 | American Legion Post 12 6101 NW 50th | Oklahoma City | Sandy Payne | (405) 470-3200 |
| Oregon | 11/7/2007 | 0900-1400 | Lloyd Center – 2nd floor | Portland | John Concepcion | (503) 526-2748 |
| Pennsylvania | 11/8/2007 | | PA National Guard Armory Southampton Road & Roosevelt Blvd | Philadelphia | Christopher Schull | (215) 281-1044 |
| Puerto Rico | 11/16/2007 | 0900-1400 | Veterans Advocate Office Cancha Rafael G. Amalbert | Juncos/San Juan | Angel Mojica | (787) 754-5391 |
| Rhode Island | 11/13/07 | TBD | netWORKri, 1 Reservoir Ave | Providence | Joseph DesRoches | (401) 462-8912 |
| South Carolina | 11/7/2007 | 1000-1400 | Jamil Temple 200 Jamil Road | Columbia | Chena Melvin | (803) 737-9936 |
| South Dakota | 10/17/2007 | 0900-1400 | American Legion Post 1701 West Legion Dr | Sioux Falls | Bradley Friez | (605) 367-5344 x-220 |
| Tennessee | 11/7/2007 | 1000-1400 | 2200 Metro Center Blvd | Nashville | Ron Hammontree | (615)741-8892 |
| Texas | 11/15/2007 | 1100-1500 | Military.com Renaissance Dallas Richardson 600 E. Outlook Dr. | Dallas | Michael Gross | (877) 561-5627 |
| Utah | 11/9/2007 | 1400-1800 | South Towne Expo Center 9575 South State Street | Sandy | Pedro Alvalle pvalle@utah.gov | (801) 526-9758 |
| Vermont | 11/8/2007 | 1000-1500 | Career Resources Center Burlington | | Bradley Paige | (802) 652-0339 |
| Virginia | 11/8/2007 | 1000-1500 | Richmond Speedway | Richmond | Jerry Lindsay | (804) 786-5693 |
| Washington | 11/5/2007 | 0900-1300 | VFW Post 1263 416 Burnett Ave S | Renton | Lindvig Gregory | (253) 804-1132 |
| | 11/6/2007 | 1000-1400 | Worksource Vancouver 5411 E. Mill Plain Blvd, #15 | Vancouver | Nona Mallicoat/Holly Parkin | (360) 735-4975/5020 |
| | 11/7/2007 | 1000-1400 | SAFECO Jackson St. Center 306 23rd Ave. S  #200 | Seattle | William Charles | (206) 721-6011 |
| | 11/7/2007 | 1000-1400 | Worksource Central Basin 309 E. 5th St. | Moses Lake | Eileen Boyston | (509) 766-4111 |
| | 11/7/2007 | 1000-1400 | Worksource Whatcom/Northwest 101 Prospect St. | Bellingham | Thomas Noel | (360) 676-3203 |
| | 11/9/2007 | 0900-1400 | AMVETS Post #1 517 South Tyler | Tacoma | Sal Cantu | (253) 593-7351 |
| West Virginia | 11/9/2007 | | Charleston Marriott 200 Lee St E | Charleston | Ken Deal | (304) 558-7849 |
| Wisconsin | 11/6/2007 | 0900 - 1600 | Waukesha County Expo Center N1 W24848 Northview Rd | Waukesha | Bruce Markert State Veterans Coordinator | (608) 267-7277 |
| | 11/7/2007 | 0800 - 1200 | Waukesha County Expo Center N1 W24848 Northview Rd | Waukesha | Bruce Markert | (608) 267-7277 |
| Wyoming | 11/16/2007 | | 1510 E. Pershing Blvd | Cheyenne | Jerry Davis | (307) 777-3700 |

For more information about US DOL employment and training programs for veterans, contact the VETS office nearest you, listed in the phone book in the US Government under the Labor Department or visit: **www.dol.gov/vets/about-vets/contacts/main.htm**.

The following information is taken from DOL's current "VETS Fact Sheet 1" at **www.dol.gov/vets/programs/fact/Employment_Services_fs01.htm**. Updates will be posted in future issues.

## EMPLOYMENT SERVICES FOR VETERANS

The Department of Labor's VETS program offers employment and training services to eligible veterans through two principal programs: Disabled Veterans' Outreach Program (DVOP) and Local Veterans' Employment Representatives Program. Information is available on the Internet at: **www.dol.gov/vets/programs/fact/Employment_Services_fs01.htm#DVOP#DVOP**.

To contact a DVOP specialist, call or visit the nearest State Employment Service (sometimes known as Job Service) agency listed in the State Government section of your phone book.

## SMALL BUSINESS ADMINISTRATION'S PATRIOT EXPRESS LOANS

Patriot Express is open to veterans, Reservists and National Guard members, current spouses of eligible personnel, the surviving spouses of service members who die on active duty, or spouses of veterans who die from a service connected disability.

More information about the Small Business Administration (SBA) program is available at **www.sba.gov/patriotexpress**

or contact the SBA Answer Desk **1-800-U-ASK-SBA (1-800-827-5722)**.

Email may be sent to: **answerdesk@sba.gov**.

## VA HOME LOAN GUARANTY

A VA-guaranteed loan can be used to buy a home, a manu-factured home, a condominium, or a lot for a manufactured home; to build, repair, or improve a home (including energy efficient improvements); refinance an existing loan.

You can apply by requesting your lender to obtain a certificate for you through VA's secure web site. For more information, including eligibility requirements, go to **www.homeloans.va.gov** or toll free at **1-888-244-6711**.

## EDUCATION BENEFITS FOR RETURNING OEF/OIF VETERANS

Requests for education benefits from OEF/OIF veterans are receiving priority review and processing at VA in order to expedite opportunities for these newest combat veterans. VA's Education Service provides education programs and benefits to qualified veterans, service members, Reservists and dependents.

Information about the following educational programs and the applications process is available on the Internet at **www.gibill.va.gov** or by calling **1-888-GIBILL1**.

### Montgomery GI Bill - Active Duty (MGIB-AD)

The MGIB program provides up to 36 months of education benefits to qualified veterans. This benefit may be used for degree and certificate programs, flight training, apprenticeship/on-the-job training and correspondence courses.

### Montgomery GI Bill - Selected Reserve (MGIB-SR)

The MGIB-SR program may be available to you if you are a member of the Selected Reserve. The Selected Reserve includes the Army Reserve, Navy Reserve, Air Force Reserve, Marine Corps Reserve and Coast Guard Reserve, and the Army National Guard and the Air National Guard. This benefit may be used for degree and certificate programs, flight training, apprenticeship/on-the-job training and correspondence courses.

### Reserve Educational Assistance Program (REAP)

REAP is a US Department of Defense education benefit program designed to provide educational assistance to members of the Reserve components who were called or ordered to active duty in response to a war or national emergency (contingency operation) as declared by the President or Congress. This program makes certain Reservists who were activated for at least 90 days after September 11, 2001, either eligible for education benefits or eligible for increased benefits.

### Survivors' and Dependents' Educational Assistance Program (DEA)

DEA provides education and training opportunities to the eligible dependents (usually children and spouses) of veterans who are permanently and totally disabled due to a service-related condition, or who died while on active duty or as a result of a service-related condition. The program offers up to forty-five months of education benefits. These benefits may be used for degree and certificate programs,

apprenticeship, and on-the-job training. If you are a spouse, you may take a correspondence course.

## Veterans Educational Assistance Program (VEAP)

VEAP is available if you first entered active duty between January 1, 1977, and June 30, 1985, and you elected to make contributions from your military pay to participate in this education benefit program. Your contributions are matched on a $2 for $1 basis by the Government. This benefit may be used for degree and certificate programs, flight training, apprenticeship/on-the-job training and correspondence courses. Remedial, deficiency, and refresher courses may be approved under certain circumstances.

## Federal Student Aid

Veterans may also be eligible for Federal Student Aid programs administered by the US Department of Education. For in-depth information about the Federal Student Aid programs, please visit the US Department of Education's website at **www.FederalStudentAid.ed.gov**.

Various Web sites do offer help filing the Free Application for Federal Student Aid (FAFSA) for a fee. These sites are **not** affiliated with, or endorsed by, the US Department of Education. The Department of Education urges you **not** to pay these sites for assistance that we provide for free. If you apply using *FAFSA on the Web* at **www.FAFSA.ed.gov**, you get online instructions for each question, and you can "chat" live online with a customer service representative. Another source of free help is our online guide, *Completing the FAFSA*, at **www.FederalStudentAid.ed.gov/completefafsa**.

Whether you apply online or use the paper FAFSA, you can get free help by calling the Federal Student Aid Information Center at the telephone numbers listed below or by contacting the financial aid administrator at your college. Federal Student Aid Information Center:

**1-800-4-FED-AID (1-800-433-3243)**
**(TTY 1-800-730-8913)**

Federal Student Aid also provides support for graduate school, mostly in the form of loans. Here are some other places you should consider looking for funding: your school, your state education agency (search online at **wdcrobcolp01.ed.gov/Programs/EROD/org_list.cfm?category_ID=SHE**; the reference section of your school or public library; the Internet (there is a free scholarship search at **www.FederalStudentAid.ed.gov**); foundations, religious organizations, community organizations, local businesses, and civic groups; organizations (including professional associations) related to your field of interest; ethnicity-based organizations; your employer; your state vocational rehabilitation agency (if appropriate); a list of

state agencies is at **www.ed.gov/about/offices/list/osers/rsa/index.html**.

## HOW TO APPLY FOR DISABILITY COMPENSATION FROM VA

Like other veterans, OEF/OIF War veterans with service connected illnesses or injuries are eligible for monthly payments, called disability compensation. The disability must have been incurred or aggravated during active military service. Furthermore, the military service of the veteran must have been terminated through separation or discharge under conditions that were other than dishonorable.

Disability compensation varies according to the degree of disability and the number of dependents. Benefits are not subject to Federal or state income tax. Receipt of military retirement pay, disability severance pay, and separation incentive payments, known as SSB and VSI (Special Separation Benefits and Voluntary Separation Incentives), also affects the amount of VA compensation paid.

Disability ratings range from 0 to 100 percent (in increments of 10 percent). For example, in 2007, a veteran with a disability rating of 10 percent receives $115 per month; a veteran with disability rating of 50 percent gets $712 per month; and a veteran who is totally disabled and evaluated at 100 percent receives $2,471 monthly.

| DISABILITY COMPENSATION RATES FOR 2007 | | |
|---|---|---|
| Percent Disabled | No Dependents | Veteran & Spouse |
| 10% | $115 | ------ |
| 20% | $225 | ------ |
| 30% | $348 | $389 |
| 40% | $501 | $556 |
| 50% | $712 | $781 |
| 60% | $901 | $984 |
| 70% | $1,135 | $1,232 |
| 80% | $1,319 | $1,430 |
| 90% | $1,483 | $1,608 |
| 100% | $2,471 | $2,610 |

Veterans with disability ratings between 30 and 100 percent also are eligible for monthly allowances for each dependent. (The amount depends on the disability rating).

A veteran who either is in need of regular aid and attendance of another person (including the veteran's spouse), or who is permanently housebound may be entitled to additional benefits. VA must make that determination before the veteran can get these benefits.

### Must Apply To Be Considered

Veterans must apply separately for disability compensation. It is not provided automatically; nor does participation in a health registry substitute for filing a claim. VA veterans service representatives (VSR) can provide the necessary application and assist veterans who need help in completing it. VSRs are located at all VA Regional Offices, in most VA medical centers, and at most VA clinics.

For help in locating a VSR near you, call the following toll-free telephone number: **1-800-827-1000**.

## Other Benefits

In addition to the compensation program described above, individual veterans may be eligible for the full range of other benefits offered by VA, including education and training, vocational rehabilitation, home loan guarantees, life insurance, pension, burial benefits, and more.

To learn more about VA's programs, OEF and OIF veterans and other interested parties can visit the VA home page **www.va.gov** or call **1-800-827-1000**. For additional information on other benefits programs, please check online at **www.vba.va.gov/benefit_facts/index.htm**.

### VETERANS DAY



The Department of Veterans Affairs is proud to be of service to those who have given so much of themselves.

## ADDRESS CHANGES

If this newsletter has your old address, please use this form to update our mailing list. Send the completed form to the OEF/OIF Review, Corporate Franchise Data Center, Austin Campus (200/397A), 1615 Woodward Street, Austin, TX 78772-0001. If you have access to the OEF/OIF Review via the VA Web site **www.va.gov/EnvironAgents** and wish to discontinue receiving a copy by mail, please complete the form provided and return it to the Austin Automation Center. If you are receiving more than one copy of the newsletter, please let us know. Write to the address above. Please provide your name, address, and last four digits of your Social Security number. Thank you.

Check or circle the sentence that describes your situation.

| Name of Newsletter _____ | |
| --- | --- |
| Check or circle the language that describes your situation. | |
| _____ | My address has changed, and I would like to continue to receive the newsletter. |
| _____ | I am receiving more than one copy, but I only want to get a single copy. |
| _____ | I don't need to get the newsletter by mail as I can read it at. **www.va.gov/EnvironAgents**, |
| _____ | Other |
| (explain) | _____ |

You may use this or other paper. Please indicate what publication that you are receiving, as this office puts out several national newsletters.

Please print your:

| First Name: | |
| --- | --- |
| Middle: | |
| Last: | |
| Last 4 SSN: | |
| New Street Address or P.O. Box: | |
| APO/FPO: ___ (Indicate which if applicable) | |
| City: | |
| State: | |
| Zip Code: | |

## WHERE TO GET HELP

*Due to a high volume of requests, this information has been updated as of October 2007 and repeated from earlier editions of the Review).*

Active duty military personnel with questions or concerns about service in Southwest Asia: Contact your commanding officer or call the Department of Defense (DoD) Deployment Health Clinical Center **(1-800-796-9699)** for information. DoD also offers the "Direct Veterans Hotline," with the toll-free number **1-800-497-6261**.

OIF and OEF veterans with concerns about their health should contact their nearest VA medical center. The telephone number can be found in your local telephone directory under Department of Veterans Affairs in the "US Government" listings. Medical care is available, and a Gulf War Registry examination is also available on request for OIF veterans.

OIF and OEF veterans in need of marital/family counseling or other social services should contact the nearest VA medical center or VA Vet Center, also listed in your phonebook under Department of Veterans Affairs in the "US Government" listings. For information about these programs, call **1-800-749-8387**.The Vet Centers welcome home and honor war veterans by providing quality readjustment services in a caring manner and by assisting them and their family members toward a successful post-war adjustment in their communities.

OIF and OEF veterans seeking disability compensation for illnesses incurred in or aggravated by military service can contact a Veterans

Benefits Counselor at the nearest VA regional office or health care facility at **1-800-827-1000**. You can also start a claim online at **www.va.gov**.

Additional information about the wide range of benefit programs administered by VA should contact a Veterans Service Representative at the nearest VA regional office or health care facility or visit **www.vba.va.gov**.

Representatives of veterans service organizations, like the American Legion **(1-800-433-3318)**, Veterans of Foreign Wars of the United States **(1-800-VFW-1899)**, and Disabled American Veterans **(1-877-426-2838)**, are very helpful to veterans seeking disability benefits. VA does not endorse or recommend any one group over another.

County Veterans Service Officers can also be of great help to many military veterans seeking benefits they earned through their service to the Nation.

For additional Federal benefit information, see VA's Federal Benefits for Veterans and Dependents booklet. It is updated annually to reflect changes in law and policies. It is available for purchase from the US Government Printing Office, Superintendent of Documents, Washington, DC 20402, Web site **bookstore.gpo.gov**. VA's World Wide Web pages are updated throughout the year to present the most current information. The VA home page **(www.va.gov)** contains links to selections on compensation and pension benefits, health care benefits and services, burial and memorial benefits, and more.

October 2007

OPERATIONS ENDURING FREEDOM/ IRAQI FREEDOM REVIEW
Information for Veterans Who Served in Iraq and Afghanistan and Their Families

First Class Mail
Postage and Fees
PAID
Permit No. 302
Fredericksburg, VA 22406

Department of Veterans Affairs
Central Office (131)
810 Vermont Avenue, N.W.
Washington, DC 20420

OFFICIAL BUSINESS
Penalty for private use $300
