1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

SAN FRANCISCO DIVISION

14

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., | Case No.    C-07-3758-SC |
| Plaintiffs, | **CLASS ACTION** |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS'MOTION FOR PRELIMINARY INJUNCTION** |
| JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, | **(Fed. R. Civ. P. 65(a); Civil L.R. 65-2)** |
| Defendants. | Date:__ March 7, 2008<br>Time:    10:00 a.m.<br>Ctrm:    1, 17th Floor |
| | Complaint Filed July 23, 2007 |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLS.' MOT. FOR PRELIM. INJ. — CASE NO. C-07-3758-SC
sf-2464002

1    The Court, having reviewed the papers filed in support of and in opposition to Plaintiffs'

2  Motion for Preliminary Injunction, and having heard oral argument thereon, hereby finds and orders

3  as follows:

4    1.    Plaintiffs are likely to prevail on the merits of the claims involved in their request for a

5  preliminary injunction;

6    2.    The balance of hardships tips decidedly in favor of Plaintiffs;

7    3.    Veterans suffering from PTSD are likely to suffer irreparable injury if the preliminary

8  injunction is denied; and

9    4.    Consideration of the public interest weighs heavily in favor of granting the Plaintiffs'

10  Motion for Preliminary Injunction.

11    THEREFORE, the Court grants Plaintiffs' Motion for a Preliminary Injunction pursuant to

12  Rule 65 of the Federal Rules of Civil Procedure and, pending trial on the merits, enjoins Defendants,

13  and each of them, and every person acting in concert with them from doing any of the following:

14    1.    For any veteran who has sought mental health care for post traumatic stress disorder or

15  traumatic brain injury, from failing or refusing to provide all necessary health care for any disease or

16  condition which is the subject of an existing claim for service-connection, or where a potential claim

17  for service-connection exists;

18    2.    Failing or refusing to provide an immediate thorough evaluation and mental health

19  care to any veteran who is eligible for medical care under the Five-Year Statute or is otherwise

20  eligible for VA medical care and seeks medical treatment at any VA facility and who self-reports

21  suicidal intentions, or has been the subject of a documented suicide attempt or threat since leaving

22  military service, or who is found by a VA physician or other medical professional to be at risk for

23  suicide, or who demonstrates a risk of suicide applying professionally accepted standards of suicidal

24  risk or ideation.

25    It is so ORDERED.

26

27    Dated                    HONORABLE SAMUEL CONTI
                               Senior United States District Judge

28