1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  MORRISON & FOERSTER LLP
   101 Ygnacio Valley Road, Suite 450
3  P.O. Box 8130
   Walnut Creek, California 94596-8130
4  Telephone: 925.295.3300
   Facsimile: 925.946.9912
5
   SIDNEY M. WOLINSKY (CA SBN 33716)
6  SWolinsky@dralegal.org
   JENNIFER WEISER BEZOZA (CA SBN 247548)
7  JBezoza@dralegal.org
   KATRINA KASEY CORBIT (CA SBN 237931)
8  KCorbit@dralegal.org
   DISABILITY RIGHTS ADVOCATES
9  2001 Center Street, Third Floor
   Berkeley, California 94704-1204
10 Telephone: 510.665.8644
   Facsimile: 510.665.8511
11
   **[see next page for additional counsel for Plaintiffs]**
12
   Attorneys for Plaintiff(s)
13 VETERANS FOR COMMON SENSE, and
   VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **CERTIFICATE OF SERVICE** <br><br> Complaint Filed July 23, 2007 |

CERTIFICATE OF SERVICE — CASE NO. C-07-3758-SC

sf-2436250

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
5  PAUL J. TAIRA (CA SBN 244427)
   PTaira@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  BILL D. JANICKI (CA SBN 215960)
   WJanicki@mofo.com
10 MORRISON & FOERSTER LLP
   400 Capitol Mall, Suite 2600
11 Sacramento, California 95814
   Telephone: 916.448.3200
12 Facsimile: 916.448.3222

CERTIFICATE OF SERVICE — CASE NO. C-07-3758-SC

sf-2436250

**PROOF BY PERSONAL SERVICE**
(Fed. R. Civ. Proc. rule 5(b))

I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California, 94105; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster's business practice the document(s) described below will be taken from Morrison & Foerster's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster's mailroom.

I further declare that on the date hereof I served a copy of:

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE REPLY DECLARATION OF MOTHER CONTAINING PERSONAL IDENTIFYING INFORMATION UNDER SEAL**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE REPLY DECLARATION OF MOTHER CONTAINING PERSONAL IDENTIFYING INFORMATION UNDER SEAL**

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REPLY**

**DECLARATION OF [MOTHER 2] IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REPLY**

**DECLARATION OF HEATHER A. MOSER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REPLY**

**REPLY EXPERT DECLARATION OF CHAD PETERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

**REPLY EXPERT DECLARATION OF ARTHUR BLANK IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

**DECLARATION OF STEPHEN L. RATHBUN, PH.D., REGARDING STATISTICAL ANALYSIS OF VETERAN SUICIDE RATES CONDUCTED FOR CBS NEWS**

**DECLARATION OF STACEY M. SPRENKEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REPLY**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, 425 Market

CERTIFICATE OF SERVICE — CASE NO. C-07-3758-SC                                                                 1

sf-2436250

Street, San Francisco, California, 94105, in accordance with Morrison & Foerster's ordinary business practices:

>Scott N. Schools, Esq.
>U.S. Attorney's Office
>450 Golden Gate Avenue, 11th Floor
>San Francisco, CA  94102

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 12th day of February, 2008.

| Jill Haskins | /s/ Jill Haskins |
| :---: | :---: |
| (typed) | (signature) |

Certificate of Service — Case No. C-07-3758-SC

sf-2436250

2

**PROOF OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. Rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE REPLY DECLARATION OF MOTHER CONTAINING PERSONAL IDENTIFYING INFORMATION UNDER SEAL**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE REPLY DECLARATION OF MOTHER CONTAINING PERSONAL IDENTIFYING INFORMATION UNDER SEAL**

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REPLY**

**DECLARATION OF [MOTHER 2] IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REPLY**

**DECLARATION OF HEATHER A. MOSER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REPLY**

**REPLY EXPERT DECLARATION OF CHAD PETERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

**REPLY EXPERT DECLARATION OF ARTHUR BLANK IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

**DECLARATION OF STEPHEN L. RATHBUN, PH.D., REGARDING STATISTICAL ANALYSIS OF VETERAN SUICIDE RATES CONDUCTED FOR CBS NEWS**

**DECLARATION OF STACEY M. SPRENKEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION REPLY**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows for collection by UPS at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482, in accordance with Morrison & Foerster's ordinary business practice.

CERTIFICATE OF SERVICE — CASE NO. C-07-3758-SC    3
sf-2436250

1  Mr. Daniel Bensing, Senior Counsel
   Mr. Steven Y Bressler, Trial Attorney
2  U.S. Department of Justice
   Civil Division, Federal Programs Branch
3  20 Massachusetts Ave., NW
   Washington, DC  20530
4

5  I declare under penalty of perjury that the above is true and correct.

6  Executed at San Francisco, California, this 12th day of February, 2008.

7

8

9
   _____        _____
10        Jill Haskins                       /s/ Jill Haskins
            (typed)                            (signature)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE — CASE NO. C-07-3758-SC                                    4

sf-2436250