UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-3758              SAMUEL CONTI              DATE February 11, 2008
Case Number            Judge

Title: VETERANS FOR COMMON SENSE vs R. JAMES NICHOLSON, et al.

Attorneys: GORDON ERSPAMER         DANIEL BENSING
           HEATHER MOSER           KYLE FREENY
           SIDNEY WOLINSKY

Deputy Clerk: T. De Martini    Court Reporter: None

Court  Pltf's  Deft's
(XXX)  ( )    ( )    1. Telephonic Status Conference - Held

( )    ( )    ( )    2.

( )    ( )    ( )    3.

( )    ( )    ( )    4.

( )    ( )    ( )    5.

(   )Motion(s): (   )Granted (   )Denied (   )Withdrawn

(   )Granted/Denied (   )Off Calendar (   )Submitted

Order to be Prepared by:(   )Pltf (   )Deft (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to 3/3/08 @ 10:00 A.M. for Plaintiff's Motion for Preliminary Injunction

ORDERED AFTER HEARING: Plaintiff's Witness List to be filed by 2/14/08, Defendant's Witness List to be filed by 2/18/08. The parties may present a short opening statement not to exceed 30 minutes.

cc: