GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
MORRISON & FOERSTER LLP
101 Ygnacio Valley Road, Suite 450
P.O. Box 8130
Walnut Creek, California 94596-8130
Telephone: 925.295.3300
Facsimile: 925.946.9912

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br>Plaintiffs, <br><br>v. <br><br>JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, <br><br>Defendants. | Case No.   C-07-3758-SC <br><br>**CLASS ACTION** <br><br>**DECLARATION OF MOTHER 2** <br><br>Date:   March 7, 2008 <br>Time:  10:00 a.m. <br>Ctrm:  1, 17th Floor <br><br>Complaint Filed July 23, 2007 |

**MANUAL FILING NOTIFICATION**

Manual Filing Notification — Case No. C-07-3758-SC

sf-2466627

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
4  STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
5  PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
6  MORRISON & FOERSTER LLP
425 Market Street
7  San Francisco, California 94105-2482
Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
10 MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
11 Sacramento, California 95814
Telephone: 916.448.3200
12 Facsimile: 916.448.3222

MANUAL FILING NOTIFICATION — CASE NO. C-07-3758-SC

sf-2466627

**MANUAL FILING NOTIFICATION**

Regarding: **DECLARATION OF MOTHER 2**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

_____

Dated: February 12, 2008
    GORDON P. ERSPAMER
    ARTURO J. GONZALEZ
    HEATHER A. MOSER
    WILLIAM D. JANICKI
    STACEY M. SPRENKEL
    PAUL J. TAIRA
    MORRISON & FOERSTER LLP

By:   /s/ Stacey Sprenkel
     Stacey Sprenkel

Attorneys for Plaintiffs