UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES**

| C-07-3758 | SAMUEL CONTI | DATE February 11, 2008 |
|---|---|---|
| Case Number | Judge | |

Title: VETERANS FOR COMMON SENSE vs R. JAMES NICHOLSON, et al.

Attorneys:  GORDON ERSPAMER        DANIEL BENSING
            HEATHER MOSER,         KYLE FREENY
            SID WOLINSKY

Deputy Clerk: T. De Martini    Court Reporter: None

Court  Pltf's  Deft's
(XXX)  ( )    ( )    1. Telephonic Status Conference - Held

( )    ( )    ( )    2._____

( )    ( )    ( )    3._____

( )    ( )    ( )    4._____

( )    ( )    ( )    5._____

(  )Motion(s): ( )Granted ( )Denied ( )Withdrawn

(  )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to 3/3/08 @ 10:00 A.M. for Plaintiff's Motion for Preliminary Injunction

ORDERED AFTER HEARING: Plaintiff's Witness List to be filed by 2/14/08, Defendant's Witness List to be filed by 2/19/08. The parties may present a short opening statement ot to exceed 30 minutes.