1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3          SAN FRANCISCO

4    VETERANS FOR COMMON SENSE and      )
     VETERANS UNITED FOR TRUTH,         )          No. C 07-3758-SC
5                                       )
            Plaintiffs,                 )
6                                       )
     v.                                 )          **[PROPOSED] ORDER**
7                                       )
     Hon. JAMES PEAKE, Secretary of Veterans )
8    Affairs, *et al.*,                 )
                                        )
9            Defendants.                )
                                        )
10   _____ )

11          Upon consideration of plaintiffs' Administration Motion to File Reply Declaration of

12   Mother Containing Personal Identifying Information Under Seal and defendants' response

13   thereto, it is hereby ORDERED that:

14          1.  Plaintiffs' motion is GRANTED only to the extent that it seeks leave to file the Reply

15   Declaration of Mother 2 under seal to protect the information from public disclosure;

16          2.  Plaintiffs' motion is DENIED in all other relevant aspects; and

17          3.  The Clerk shall maintain the unredacted version of Reply Declaration of Mother 2

18   under seal.  Only the redacted version shall be placed on the public docket.  Redacted personal

19   identifying information contained the in Reply Declaration of Mother 2 may be disclosed only to

20   (a) the Court and its personnel, including court reporters; (b) the attorneys of record for the

21   parties and persons in the employ of such attorneys who have a need for access to the redacted

22   information in the performance of their duties; (c) the parties and their employees; and (d) fact

23   witnesses to whom disclosure is reasonably necessary in connection with litigating this action.

24

25

     Date: _____                    _____
26                                       Hon. SAMUEL CONTI
                                         Senior United States District Judge
27

28