1 | JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
2 | JOSEPH P. RUSSONIELLO California Bar No. 44332
United States Attorney
3 | RICHARD LEPLEY
Assistant Branch Director
4 | DANIEL BENSING D.C. Bar No. 334268
STEVEN Y. BRESSLER D.C. Bar No. 482492
5 | KYLE R. FREENY California Bar No. 247857
JAMES J. SCHWARTZ D.C. Bar No. 468625
6 | Attorneys
United States Department of Justice
7 | Civil Division, Federal Programs Branch

8 |   P.O. Box 883
    Washington, D.C.  20044
9 |   Telephone:  (202) 616-8267
    Facsimile:  (202) 616-8202
10 |   Email: James.Schwartz@USDOJ.gov

11 | Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon.
James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman,
12 | Ulrike Willimon, the United States of America, Hon. Michael B. Mukasey, and Hon. William P.
Greene, Jr.

13 |

UNITED STATES DISTRICT COURT

14 |

NORTHERN DISTRICT OF CALIFORNIA

15 |

SAN FRANCISCO

16 |

17 | VETERANS FOR COMMON SENSE and )
VETERANS UNITED FOR TRUTH,        )        No. C 07-3758-SC
18 |                                                       )
                    Plaintiffs,                  )        **NOTICE OF APPEARANCE**
19 |                                                       )
          v.                                        )
20 |                                                       )
Hon. JAMES B. PEAKE, Secretary of      )
21 | Veterans Affairs, *et al.*,                   )
                                                         )
22 |                    Defendants.              )
                                                         )
23 | _____ )

24 |         PLEASE TAKE NOTICE that James J. Schwartz, Trial Attorney, in good standing with

25 | the District of Columbia Bar and an attorney with the United States Department of Justice, Civil

26 | Division, hereby enters his appearance as co-counsel for defendants Hon. James B. Peake, the

27 | U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Bradley G.

28 | Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America, Hon. Michael

1

1   B. Mukasey, and Hon. William P. Greene, Jr.

2

3   Dated: February 15, 2008                    Respectfully Submitted,

4
                                                JEFFREY S. BUCHOLTZ
5                                               Acting Assistant Attorney General

6                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney
7
                                                RICHARD LEPLEY
8                                               Assistant Branch Director

9
                                                  /s/ **James J. Schwartz**
10                                              JAMES J. SCHWARTZ D.C. Bar # 468625
                                                Trial Attorney
11                                              U.S. Department of Justice
                                                Civil Division, Federal Programs Branch
12                                              P.O. Box 883
                                                Washington, D.C. 20044
13                                              (202) 616-8267 (telephone)
                                                (202) 616-8202 (fax)
14
                                                Attorneys for Defendants
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                                    2