United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES B. PEAKE, Secretary of Veterans Affairs, <u>et al.</u>, <br> Defendants. | No. C-07-3758 SC <br><br> ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE REPLY DECLARATION OF MOTHER CONTAINING PERSONAL IDENTIFYING INFORMATION UNDER SEAL AND LIMITING WITNESSES FOR PRELIMINARY <u>INJUNCTION HEARING</u> |

**I.   MOTION TO SEAL**

Plaintiffs have filed a Motion for Preliminary Injunction. See Docket No. 88. The Court has scheduled a hearing on this Motion for Monday, March 3, 2008. See Docket No. 135. In support of their Motion, Plaintiffs have filed an Administrative Motion to File Reply Declaration of Mother Containing Personal Identifying Information Under Seal. See Docket No. 120. It is hereby ORDERED that:

The unredacted Reply Declaration of Mother shall be filed under seal to protect the information from public disclosure. A redacted version shall be filed on the public docket.

Plaintiffs' Motion is DENIED in all other respects.

## II. WITNESSES FOR HEARING

As requested by the Court, both parties have submitted lists of possible witnesses for the March 3 hearing. After reviewing the lists, the Court hereby limits Plaintiffs' witnesses to those who are named; the anonymous witnesses (Mother 1, Mother 3, Father 2, Father 3, and Wife 1) will not be necessary to resolving the issues that will be before the Court at the hearing. The parties may, however, refer to any affidavits submitted by these witnesses.

## III. CONCLUSION

For the foregoing reasons, Plaintiffs' Administrative Motion to File Reply Declaration of Mother Containing Personal Identifying Information Under Seal is GRANTED IN PART AND DENIED IN PART. In addition, Plaintiffs' witnesses for the March 3 hearing are to conform to the above-stated parameters.

IT IS SO ORDERED.

Dated: February 21, 2008

_____
UNITED STATES DISTRICT JUDGE

-2-