IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Veterans for Common Sense et al.,

        Plaintiff(s),　　　　　　　　　　　　　No. C-07-3758-SC

 v.

R. James Nicholson, et al.,　　　　　　　　　　Clerk's Notice

        Defendant(s).
_____/

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the **Preliminary Injunction Hearing will begin on March 3, 2008 at 9:30 A.M.** before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:　　February 25, 2008　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By: T. De Martini
　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk