1 | GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
2 | ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
3 | HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
4 | STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
5 | PAUL J. TAIRA (CA SBN 244427)
PTaira@mofo.com
6 | MORRISON & FOERSTER LLP
425 Market Street
7 | San Francisco, California 94105-2482
Telephone: 415.268.7000
8 | Facsimile: 415.268.7522

9 | **[see next page for additional counsel for Plaintiffs]**

10 | Attorneys for Plaintiffs
VETERANS FOR COMMON SENSE and
11 | VETERANS UNITED FOR TRUTH, INC.

12  UNITED STATES DISTRICT COURT

13  NORTHERN DISTRICT OF CALIFORNIA

14  SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC., | Case No.   C-07-3758-SC |
| 16 | **CLASS ACTION** |
| 17  Plaintiffs, | **ADMINISTRATIVE MOTION FOR ADEQUATE TIME TO RESPOND TO NEW LEGAL ARGUMENT RAISED ON REPLY** |
| v. | |
| 18  JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, | |
| 19 | |
| 20  Defendants. | Place: Courtroom 1, 17th Floor<br>Judge: Hon. Samuel Conti |
| 21 | |
| 22 | Complaint Filed July 23, 2007 |

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

1    Pursuant to Northern District Civil Local Rule 7-11, Plaintiffs hereby move the Court for an order for adequate time to respond to a new legal argument raised by Defendants in their Reply Memorandum in Support of Motion to Dismiss Claims Against Defendants William P. Greene, Jr. and Michael B. Mukasey.

For the second time, Defendants raise a new legal argument on reply.  Defendants' first motion to dismiss raised a sovereign immunity issue with respect to Defendant Greene in the last paragraph of their reply brief in support of their motion to dismiss.  Motion to Dismiss Order, at 41.  Because the issue was raised on reply, the Court did not rule on the issues but instead allowed Defendants to refile their motion to dismiss Defendant Greene. *Id*.  Defendants based their refiled motion on the sovereign immunity argument raised in the previous reply brief.  Plaintiffs filed a timely response to that sovereign immunity issue.  In their reply on the second motion to dismiss,[1] Defendants once again raise a new legal argument in the last section of their reply that Plaintiffs were not afforded the opportunity to address in their briefing.

Defendants' new legal argument in their reply, judicial immunity, was neither raised in the initial reply argument to dismiss Greene or the second opening brief.  Most importantly, the relevant judicial immunity cases cited in the reply were not cited in either previous brief.  Judicial immunity is a defense wholly distinct from sovereign immunity.  The Court cannot allow Defendants to file seriatim motions until Defendants are satisfied that they have exhausted legal research avenues.  That holds particularly true when the new legal arguments are raised on reply, depriving Plaintiffs of the opportunity to address them before the Court.  It is axiomatic that "reply papers may only address issues raised in the moving papers.  It is improper to introduce new facts or a different legal argument in the reply brief."  Matthew Bender Practice Guide: Federal Pretrial Civil Procedure in California, 26.50[1] (citing *Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 894-95 (1990) and *United States ex rel. Giles v. Sardie*, 191 F. Supp. 2d 1117,

---

[1] Defendants submitted their reply brief past the court-mandated deadline. The February 29, 2008 hearing for the Motion to Dismiss Greene was rescheduled for March 3, 2008.  However, Defendants were aware of the Court clerk's view that the briefing schedules remained unchanged unless expressly noted in the order, which they were not. As a result, Defendants' reply brief was due Friday, February 15, 2008; it was not filed until four days later, on Tuesday, February 19.

ADMINISTRATIVE MOTION FOR ADEQUATE TIME TO RESPOND TO NEW LEGAL ARGUMENT RAISED ON REPLY
CASE NO. C-07-3758-SC
sf-2470780

1

1127 (C.D. Cal. 2000)); N.D. Cal. Civ. R. 7-4(a)(3) (requiring moving papers to contain a "statement of the issues to be decided").

Plaintiffs respectfully request that the Court refuse to consider the newly raised judicial immunity argument in ruling on Defendants' motion to dismiss. Even if the Court is inclined to address the new issue improperly raised on reply, it is a potentially complicated area of law. Plaintiffs would be prejudiced without an opportunity to fully research and brief that issue for the Court. Accordingly, Plaintiffs respectfully request that the hearing on the Motion to Dismiss Greene be rescheduled for April 11, 2008, with Plaintiffs' brief on that issue due on March 21, and no opportunity for reply. Plaintiffs attempted to reach a stipulation with defense counsel on the foregoing terms, but were unsuccessful. Declaration of Heather A. Moser, ¶ 2, Exs. A-B.

Dated: February 25, 2008

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
PAUL J. TAIRA
MORRISON & FOERSTER LLP


By: /s/ Heather A. Moser
Heather A. Moser (HMoser@mofo.com)

Attorneys for Plaintiffs

ADMINISTRATIVE MOTION FOR ADEQUATE TIME TO RESPOND TO NEW LEGAL ARGUMENT RAISED ON REPLY
CASE NO. C-07-3758-SC
sf-2470780

2