1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
5  PAUL J. TAIRA (CA SBN 244427)
   PTaira@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  [see next page for additional counsel for Plaintiffs]

10 Attorneys for Plaintiffs
   VETERANS FOR COMMON SENSE and
11 VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **CLASS ACTION** <br><br> **DECLARATION OF HEATHER A. MOSER IN SUPPORT OF ADMINISTRATIVE MOTION FOR ADEQUATE TIME TO RESPOND TO NEW LEGAL ARGUMENT RAISED ON REPLY** <br><br> Place:  Courtroom 1, 17th Floor <br> Judge:  Hon. Samuel Conti <br><br> Complaint Filed July 23, 2007 |

MOSER DECL. ISO PLS' ADMINISTRATIVE MOTION FOR ADEQUATE TIME TO RESPOND TO NEW LEGAL ARGUMENT RAISED ON REPLY
sf-2472499

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

I, HEATHER A. MOSER, declare:

1. I am an associate at Morrison & Foerster LLP, counsel of record for Plaintiffs in this action. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts:

2. As required by Northern District Civil Local Rule 7-11(a), on February 22, 2008, Plaintiffs offered to enter into a stipulation with Defendants before filing this Administrative Motion. A true and correct copy of my letter to Defendants is attached hereto as Exhibit A. On February 25, 2008, Defendants declined to stipulate on the terms set forth in my letter. A true and correct copy of Defendants' letter declining to enter into a stipulation is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 25th day of February, 2008 at San Francisco, California.

          /s/ Heather A. Moser
          Heather A. Moser

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

MOSER DECL. ISO PLS' ADMINISTRATIVE MOTION FOR ADEQUATE TIME TO RESPOND TO NEW LEGAL ARGUMENT RAISED ON REPLY
sf-2472499

1