1
2
3
4
5
6
7
8
9
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 14  VETERANS FOR COMMON SENSE, and<br>VETERANS UNITED FOR TRUTH, INC.,<br>15<br>          Plaintiffs,<br>16<br>     v.<br>17<br>GORDON H. MANSFIELD, Acting Secretary of<br>18  Veterans Affairs, *et al.*,<br>19<br>          Defendants.<br>20<br>21 | Case No.    C-07-3758-SC<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING<br>PLAINTIFFS' ADMINISTRATIVE<br>MOTION FOR ADEQUATE TIME<br>TO RESPOND TO NEW LEGAL<br>ARGUMENT RAISED ON REPLY**<br><br><br>Complaint Filed July 23, 2007 |

22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLS.' ADMINISTRATIVE MOT. FOR ADEQUATE TIME TO RES. TO NEW LEGAL ARGUMENT RAISED ON REPLY
— CASE NO. C-07-3758-SC
sf-2470810

IT IS HEREBY ORDERED that:

1. The hearing on Motion to Dismiss Defendant Greene is rescheduled for April 11, 2008;

2. The argument contained in Defendants' Reply filed February 19, 2008 will be considered Defendants' brief on the issue of judicial immunity;

3. Plaintiffs' Opposition to Defendants' Motion to Dismiss Greene to be filed on March 21, 2008.

|  |  |
|---|---|
| Dated | HONORABLE SAMUEL CONTI<br>Senior United States District Judge |