1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  JOSEPH P. RUSSONIELLO
   Interim United States Attorney
3  RICHARD LEPLEY
   Assistant Branch Director
4  DANIEL BENSING D.C. Bar No. 334268
   JAMES SCHWARTZ D.C. Bar No. 468625
5  KYLE R. FREENY California Bar No. 247857
   Attorneys
6  United States Department of Justice
   Civil Division, Federal Programs Branch
7
   P.O. Box 883
8  Washington, D.C.  20044
   Telephone:  (202) 305-0693
9  Facsimile:  (202) 616-8460
   Email: Daniel.Bensing@USDOJ.gov
10
   Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon.
11 James P. Terry, Hon. Daniel L. Cooper, Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike
   Willimon, the United States of America, Hon. Michael B. Mukasey, and Hon. William P.
12 Greene, Jr.

13                         UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15                                  SAN FRANCISCO

16
   VETERANS FOR COMMON SENSE and     )
17 VETERANS UNITED FOR TRUTH,        )   No. C 07-3758-SC
                                     )
18          Plaintiffs,              )   **DEFENDANTS' RESPONSE TO**
                                     )   **PLAINTIFFS' ADMINISTRATIVE**
19     v.                            )   **MOTION TO FILE SUR-REPLY BRIEF**
                                     )   **ON CHIEF JUDGE GREENE'S MOTION**
20 Hon. JAMES B. PEAKE, Secretary of )   **TO DISMISS**
   Veterans Affairs, *et al.*,       )
21                                   )
            Defendants.              )
22                                   )
   _____ )
23

24      For the reasons set forth in defendants' February 25, 2008 letter to plaintiffs (Exhibit B to

25 the Moser Declaration supporting plaintiffs' motion), and adopted herein by reference,

26 defendants' Reply Memorandum in Support of Chief Judge Greene's Motion to Dismiss, D.E.

27 140, did not raise a new legal argument and hence there is no justification for permitting

28 plaintiffs to file a Sur-Reply. Defendants' Reply addressed a new argument raised by plaintiffs in

their Opposition that could not have been anticipated from plaintiffs' long but vague complaint.

Nevertheless, in the interest of avoiding an unnecessary dispute, or a future argument by plaintiffs that they were prejudiced in the briefing on this motion, defendants do not object to permitting plaintiffs to file a Sur-Reply and continuing the hearing subject to three modest conditions, all of which were stated in defendants' February 25 letter. First, defendants ask for an opportunity to file a Response to plaintiffs' Sur-Reply by April 4, 2008, two weeks after plaintiffs' proposed filing of their Sur-Reply on March 21, 2008. The Court can then set the matter for hearing on any Friday in April that is convenient. Second, any Sur-Reply should be strictly limited to the alleged new issue of judicial immunity.

Third, defendants have moved for a Protective Order to Stay Discovery against Chief Judge Greene (or the Court of Appeals for Veterans Claims) pending a ruling on Chief Judge Greene's Motion to Dismiss, D.E. 99, which is also set for a hearing on March 7, 2008. While defendants are willing to accommodate plaintiffs' request for four weeks to file a Sur-Reply, defendants should not be required to respond to discovery in the interim. Therefore, defendants ask that the Motion for Protective Order to Stay Discovery also be continued to whatever date the Court sets for the hearing on Chief Judge Greene's Motion to Dismiss and Judge Greene not be required to respond to any discovery pending a hearing on that motion.[1]

---

[1] Plaintiffs' footnote 1 asserts that defendants' Reply in support of the Motion to Dismiss, D.E. 140, was untimely when it was filed on February 19, 2008. Plaintiffs's assertion is premised on a misreading of this Court's Orders of January 10 and February 1 as they operate in conjunction with the Local Rules. The Court's January 10, 2008 Order, D.E. 93, set plaintiffs' Motion for Preliminary Injunction for a hearing on February 22, 2007, but established a special briefing schedule, different than that set in the Local Rules, for that motion. Subsequently, defendants filed the Motion to Dismiss Chief Judge Greene on January 18, 2008, resulting in a hearing date for that motion of February 22. In reviewing an agreed stipulation to extend the hearing on that Motion to Dismiss by one week, to February 29, D.E. 108, the Court instead continued all motions set for February 22 to March 7, D.E. 109. That Order did not change the special briefing schedule for plaintiffs' Motion for Preliminary Injunction, but as there was never a special briefing schedule for the Motion to Dismiss, the operation of Local Rule 7-7(d) did extend the time for filing defendants' Reply – from February 8 to February 22. Therefore, defendants' Reply was timely when it was filed on February 19, 2008.

Defendants' Response to Plaintiffs' Motion to File Sur-Reply ( No. C 07-3758-SC)           2

Unless these reasonable conditions are placed on plaintiffs' motion, defendants object to plaintiffs' attempt to forestall the dismissal of Chief Judge Greene from this lawsuit.

Dated February 27, 2008					Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director

**/s/ Daniel Bensing**
DANIEL BENSING D.C. Bar # 334268
JAMES SCHWARTZ D.C. Bar # 468625
KYLE R. FREENY California Bar #247857
Attorneys, U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044

Counsel for Defendants