1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  JOSEPH P. RUSSONIELLO
   Interim United States Attorney
3  RICHARD LEPLEY
   Assistant Branch Director
4  DANIEL BENSING D.C. Bar No. 334268
   JAMES SCHWARTZ D.C. Bar No. 468625
5  KYLE R. FREENY California Bar No. 247857
   Attorneys
6  United States Department of Justice
   Civil Division, Federal Programs Branch
7
   P.O. Box 883
8  Washington, D.C.  20044
   Telephone:  (202) 305-0693
9  Facsimile:  (202) 616-8460
   Email: Daniel.Bensing@USDOJ.gov
10
   Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon.
11 James P. Terry, Hon. Daniel L. Cooper, Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike
   Willimon, the United States of America, Hon. Michael B. Mukasey, and Hon. William P.
12 Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, | No. C 07-3758-SC |
| Plaintiffs, | **PROPOSED ORDER CONTINUING HEARING ON CHIEF JUDGE GREENE'S MOTION TO DISMISS AND ON MOTION FOR PROTECTIVE ORDER** |
| v. | |
| Hon. JAMES B. PEAKE, Secretary of Veterans Affairs, *et al.*, | |
| Defendants. | |

UPON CONSIDERATION of plaintiffs' Administrative Motion for Adequate Time to Respond to New Legal Argument Raised on Reply, defendants' Response thereto and the who record herein, it is hereby

ORDERED that, on or before March 28, 2008 plaintiffs may file a Sur-Reply to defendants' Reply Memorandum in support of Chief Judge Greene's Motion to Dismiss, D.E.

1  140, provided however that such Sur-Reply shall be limited to addressing the issue of judicial
2  immunity; and it is
3      FURTHER ORDERED that defendants may file a Response to plaintiffs' Sur-Reply by
4  April 4, 2008 and it is
5      FURTHER ORDERED that the hearing on Chief Judge Greene's Motion to Dismiss shall
6  be continued to April ___, 2008; and it is
7      FURTHER ORDERED that the hearing on the Motion for Protective Order to Stay
8  Discovery from the U.S. Court of Appeals for Veterans Claims shall be continued to the same
9  date as the hearing on Chief Judge Greene's Motion to Dismiss and Chief Judge Greene shall not
10 be required to respond to any discovery prior to that hearing.

_____       _____
        Date                                                       SAMUEL CONTI
                                                        Senior United States District Judge