**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

February 28, 2008

Writer's Direct Contact
415.268.7091
HMoser@mofo.com

Honorable Samuel Conti
USDC, Northern District
450 Golden Gate Avenue
Courtroom 1, 17th Floor
San Francisco, CA 94102

Re: *VCS v. Peake*, Case No. 07-03758
Northern District of California

Dear Judge Conti:

Per your chambers' request, below is a list of materials Plaintiffs intend to bring with them for purposes of the upcoming Preliminary Injunction hearing. Plaintiffs will present a copy of this letter, signed by your honor, to coordinate the passage of these materials through building security.

- 3 laptop computers
- Boxes containing exhibits
- Boxes containing binders of case materials
- A box containing books and attorney reference materials
- A box containing office supplies
- A flat of bottled water
- Demonstrative exhibits on large foam core boards.

Respectfully submitted,

Heather A. Moser

cc: All counsel

_____          _____
       Dated                              HONORABLE SAMUEL CONTI
                                          Senior United States District Judge

sf-2473968