United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JAMES B. PEAKE, Secretary of Veterans Affairs, et al.,<br><br>　　　　Defendants. | No. C-07-3758 SC<br><br>ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ADEQUATE TIME TO RESPOND TO NEW LEGAL ARGUMENT RAISED ON REPLY AND GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER TO STAY DISCOVERY FROM THE U.S. COURT OF APPEALS FOR VETERANS CLAIMS |

　　This matter comes before the Court on Plaintiffs' Administrative Motion for Adequate Time to Respond to New Legal Argument Raised on Reply, Docket No. 146, and on Defendants' Motion for a Protective Order to Stay Discovery From The U.S. Court of Appeals for Veterans Claims. Docket No. 99.  The Court hereby GRANTS both Motions and ORDERS the following:

　　- The hearing date for Defendants' Motion to Dismiss Claims Against Defendant William P. Greene, which was previously set for Friday, March 7, 2008, is hereby rescheduled for Friday, April 25, 2008, at 10:00 a.m. in courtroom # 1 on the 17th floor.

　　- Plaintiffs may file a surreply no later than 12:00 p.m. on Friday, March 21, 2008.  Defendants may file a response no later than Friday, April 4, 2008, at 12:00 p.m.  Each party's brief

shall not exceed 5 pages and shall be limited to the issue of judicial immunity.

   - Pending the Court's decision on the Motion to Dismiss Claims Against Defendant William P. Greene, the Court GRANTS Defendants' Motion for a Protective Order to Stay Discovery From the U.S. Court of Appeals for Veterans Claims.

   IT IS SO ORDERED.

   Dated: February 29, 2008



UNITED STATES DISTRICT JUDGE

-2-