1    JEFFREY S. BUCHOLTZ
     Acting Assistant Attorney General
2    JOSEPH P. RUSSONIELLO
     Interim United States Attorney
3    RICHARD LEPLEY
     Assistant Branch Director
4    DANIEL BENSING D.C. Bar No. 334268
     JAMES SCHWARTZ D.C. Bar No. 468625
5    KYLE R. FREENY California Bar No. 247857
     Attorneys
6    United States Department of Justice
     Civil Division, Federal Programs Branch
7
      P.O. Box 883
8     Washington, D.C.  20044
      Telephone:  (202) 305-0693
9     Facsimile:  (202) 616-8460
      Email: Daniel.Bensing@USDOJ.gov
10
     Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon.
11   James P. Terry, Hon. Daniel L. Cooper, Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike
     Willimon, the United States of America, Hon. Michael B. Mukasey, and Hon. William P.
12   Greene, Jr.

13                         UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15                                SAN FRANCISCO

16
     VETERANS FOR COMMON SENSE and          )
17   VETERANS UNITED FOR TRUTH,             )    No. C 07-3758-SC
                                            )
18            Plaintiffs,                    )    **DEFENDANTS' EVIDENTIARY**
                                            )    **OBJECTIONS TO PLAINTIFFS'**
19      v.                                   )    **EXHIBITS AND DOCUMENTS FOR**
                                            )    **JUDICIAL NOTICE**
20   Hon. JAMES B. PEAKE, Secretary of       )
     Veterans Affairs, *et al.*,            )
21                                          )
              Defendants.                    )
22                                          )
                                            )
23   _____)

24   _____      **Introduction**

25          Defendants assert the following objections under the Federal Rules of Evidence to

26   plaintiffs' exhibits, or documents for which plaintiffs requested judicial notice (other than

27   exhibits that plaintiffs' designate specifically for the March 3, 2007 evidentiary hearing).

28   Defendants reserve the right to assert an objection on grounds of relevance.

1    **Exhibits to December 11, 2007 Sprenkel Declaration**

2    <u>Prepared Statement of Alvy A. Chapman submitted to the Senate Committee on Veterans

3    Affairs, dated July 19, 2007 (Exhibit F)</u>  Defendants do not dispute that this statement was

4    submitted to the Senate Committee on Veterans Affairs.  However the factual assertions of the

5    article are inadmissible hearsay.

6    **Request for Judicial Notice – December 11, 2007**

7    <u>Orlando Sentinel article of October 29, 2007 (Exhibit C)</u>.  Defendants do not dispute that

8    this news article was published by the Orlando Sentinel on October 29, 2007.  However the

9    factual assertions of the article are inadmissible hearsay.

10    <u>Stacy Bannerman article of November 20, 2007 (Exhibit D)</u>   Defendants do not dispute

11    that Ms. Bannerman published this article on or about November 20, 2007.  However the factual

12    assertions of the article are inadmissible hearsay.

13    <u>CBS New report (*Veteran Suicide: Methodology*) of November 13, 2007 (Exhibit E)</u>

14    Defendants do not dispute that this news article was reported by CBS News on November 13,

15    2007.  However the factual assertions of the article are inadmissible hearsay.

16    <u>CBS New report (Transcript of *Suicide Epidemic Among Veterans*) of November 13,

17    2007 (Exhibit F)</u>  Defendants do not dispute that this news article was reported by CBS News on

18    November 13, 2007.  However the factual assertions of the article are inadmissible hearsay.

19    <u>CBS New report (Transcript of *VA struggles With Vets' Mental Health*) of November 14,

20    2007 (Exhibit G)</u>  Defendants do not dispute that this news article was reported by CBS News on

21    October 29, 2007.  However the factual assertions of the article are inadmissible hearsay.

22    <u>San Francisco Chronicle article of December 9, 2007 (Exhibit H)</u>  Defendants do not

23    dispute that this news article was published by the San Francisco Chronicle on December 9,

24    2007.  However the factual assertions of the article are inadmissible hearsay.

25    <u>Colorado Springs Independent article of April 12, 2007 (Exhibit I)</u>  Defendants do not

26    dispute that this news article was published by the Colorado Springs Independent on April 12,

27    2007.  However the factual assertions of the article are inadmissible hearsay.

28

1

2    **Exhibits to February 11, 2008 Sprenkel Declaration**

3        <u>Associated Press article of September 19, 2007 (Exhibit G)</u>    Defendants do not dispute

4    that this news article was posted online by Associated Press on September 19, 2007 or that it was

5    included in a House Report.  However the factual assertions of the article are inadmissible

6    hearsay.

7    **Requests for Judicial Notice – February 11, 2008**

8        <u>Green Bay Press-Gazette article of February 7, 2008 (Exhibit A)</u>  Defendants do not

9    dispute that this news article was published by the Green Bay Press-Gazette on February 7, 2008.

10   However the factual assertions of the article are inadmissible hearsay.

11       <u>Star Community Newspapers Article of January 25, 2008 (Exhibit B)</u>  Defendants do not

12   dispute that this news article was published by the Star Community Newspapers on January 25,

13   2008.  However the factual assertions of the article are inadmissible hearsay.

14       <u>Prepared Statement of Mike and Kim Bowman before the House Committee on Veterans</u>

15   <u>Affairs (D)</u>.  Defendants do not dispute that this statement was submitted to the Senate

16   Committee on Veterans Affairs.  However the factual assertions of the article are inadmissible

17   hearsay.

18

19

20

21

22

23

24

25

26

27

28

1

2    **Attachments to the Declaration of February 4, 2008 Reply Declaration of Arthur Blank**

3        Washington Post article of January 31, 2008 (Exhibit I)  Defendants do not dispute that

4    this news article was published by the Washington Post on January 31, 2008.  However the

5    factual assertions of the article are inadmissible hearsay.

6

7

8

9    Dated February 29, 2008                    Respectfully Submitted,

10                                               JEFFREY S. BUCHOLTZ
                                                 Acting Assistant Attorney General
11                                               JOSEPH P. RUSSONIELLO
                                                 Interim United States Attorney
12                                               RICHARD LEPLEY
                                                 Assistant Branch Director
13
                                                 **/s/ Daniel Bensing**
14                                               DANIEL BENSING D.C. Bar # 334268
                                                 JAMES SCHWARTZ D.C. Bar # 468625
15                                               KYLE R. FREENY California Bar #247857
                                                 Attorneys, U.S. Department of Justice
16                                               P.O. Box 883
                                                 Washington, D.C. 20044
17
                                                 Counsel for Defendants
18

19

20

21

22

23

24

25

26

27

28