**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

February 26, 2008

Writer's Direct Contact
415.268.7091
HMoser@mofo.com

*Via Facsimile and E-Mail*

Mr. Daniel Bensing, Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20530

Re: *Veterans for Common Sense v. Peake*
N.D. Cal. No. C-07-3758

Dear Mr. Bensing:

In light of the Court's order yesterday, I am writing to work out the logistics of the witness scheduling and document production. We anticipate the following order for the testimony in our case in chief:

Dr. Arthur Blank

Dr. Gerald Cross

Dr. Antonette Zeiss

Dr. Stephen Rathbun

Dr. Chad Peterson

Mr. Tony A. Guagliardo

Mr. W. Paul Kearns

Dr. Ira Katz

Plaintiffs reserve the right to call Dr. Kussman after the close of Dr. Cross's testimony, in light of the Court's ruling. While it is difficult to know exactly when the witnesses will testify (much will depend on your cross), we do anticipate that Dr. Cross will testify on Monday afternoon. Thus, you should have him available at that time. For the other

sf-2472729

MORRISON | FOERSTER

Mr. Daniel Bensing
February 26, 2008
Page Two

witnesses, we will confer with you on a daily basis to advise you of the next day's witnesses. We would expect that you would do the same. With respect to the documents the Court ordered Defendants to produce, Plaintiffs would like production no later than noon PST on Thursday, February 28, 2008.

Sincerely,

Heather A. Moser

sf-2472729