GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br>Plaintiffs,<br><br>v.<br><br>JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | Case No.   C-07-3758-SC <br><br>**CLASS ACTION** <br><br>**NOTICE OF PROOFS OF SERVICE OF SUBPOENAS IN A CIVIL CASE** <br><br>Complaint Filed July 23, 2007 |

NOT OF PROOFS OF SERVICE OF SUBPOENAS — CASE NO. C-07-3758-SC

wc-136339

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

BILL D. JANICKI (CA SBN 215960)
WJanicki@mofo.com
MORRISON & FOERSTER LLP
400 Capitol Mall, Suite 2600
Sacramento, California 95814
Telephone: 916.448.3200
Facsimile: 916.448.3222

NOT OF PROOFS OF SERVICE OF SUBPOENAS — CASE NO. C-07-3758-SC

wc-136339

PLEASE TAKE NOTICE that the following persons were served with a Subpoena in a Civil Case, and Affidavits of Process Server are attached hereto as Exhibits A through E.

1. Tony Guagliardo, Director of Business Policy, Department of Veterans Affairs;

2. Antonette M. Zeiss, M.D., Deputy Chief Consultant, Mental Health Services, Department of Veterans Affairs;

3. Dr. Gerald Cross, Principal Deputy Under Secretary for Health, Veterans Health Administration, Department of Veterans Affairs;

4. Ira Katz, M.D., Deputy Chief Patient Care Services Officer for Mental Health, Department of Veterans Affairs; and

5. W. Paul Kearns, III, Chief Financial Officer of the VHA, Department of Veterans Affairs.

Dated: February 29, 2008

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
BILL D. JANICKI
STACEY M. SPRENKEL
PAUL J. TAIRA
MORRISON & FOERSTER LLP

By:  /s/ Gordon P. Erspamer
Gordon P. Erspamer
[gerspamer@mofo.com]

Attorneys for Plaintiffs