```
                    CIVIL TRIAL MINUTES
                NORTHERN DISTRICT OF CALIFORNIA

                       March 3, 2008
```

Before:  Judge Samuel Conti

        T. De Martini            Courtroom Deputy Clerk

        Belle Ball, Debra Pas       Court Reporter

CASE NO. C-07-3758-SC

VETERANS FOR COMMON SENSE, et al.   v. JAMES B. PEAKE, M.D., et al.

Plaintiff's Motion for Preliminary Injunction Began 3/3/08

Further Hearing 3/4/08 @ 9:00 A.M.

Trial Motions Heard:                               Disposition

1) _____          _____

2) _____          _____

3) _____          _____

Other:

Plaintiff's Witnesses: Dr. Arthur Blank, Dr. Gerald Cross,

_____

_____

_____

Verdict:

_____

_____

_____

Disposition of Exhibits: