```
                    CIVIL TRIAL MINUTES
                 NORTHERN DISTRICT OF CALIFORNIA

                      March 4, 2008
```

Before: Judge Samuel Conti

T. De Martini                    Courtroom Deputy Clerk

Belle Ball, Debra Pas            Court Reporter

CASE NO. C-07-3758-SC

VETERANS FOR COMMON SENSE, et al.   v. JAMES B. PEAKE, M.D., et al.

Plaintiff's Motion for Preliminary Injunction Began 3/3/08

Further Hearing 3/5/08 @ 9:00 A.M.

Trial Motions Heard:                                  Disposition

1) _____            _____

2) _____            _____

3) _____            _____

Other:

Plaintiff's Witnesses: Dr. Gerald Cross, Dr. Stephen Rathbun,

Dr. Chad Peterson, Dr. Antonette Zeiss

Verdict:

Disposition of Exhibits: