AMENDED CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

March 5, 2008

Before:  Judge Samuel Conti

        T. De Martini                          Courtroom Deputy Clerk

        Belle Ball, Debra Pas                  Court Reporter

CASE NO. C-07-3758-SC

VETERANS FOR COMMON SENSE, et al.   v.  JAMES B. PEAKE, M.D., et al.

Plaintiff's Motion for Preliminary Injunction Began 3/3/08

Further Hearing 3/6/08 @ 9:00 A.M.

Defendant's Motion to Dismiss will be held on 3/12/08 at 10:00 A.M.

Court Trial on Injunction will be held on 4/21/08 at 9:00 A.M..

Plaintiffs have 3 days to present their case.

Pretrial statements are due 4/14/08.

Other:

Plaintiff's Witnesses: Dr. Antonette Zeiss, Plaintiffs Rest

Defendant's Witness: W. Paul Kearns, Dr. Jeff Murawsky,

Verdict:

Disposition of Exhibits: