```
                    CIVIL TRIAL MINUTES
                NORTHERN DISTRICT OF CALIFORNIA

                       March 6, 2008
```

Before: Judge Samuel Conti

T. De Martini                    Courtroom Deputy Clerk

Belle Ball, Debra Pas            Court Reporter

CASE NO. C-07-3758-SC

VETERANS FOR COMMON SENSE, et al.    v. JAMES B. PEAKE, M.D., et al.

Plaintiff's Motion for Preliminary Injunction Began 3/3/08

Further Hearing --------------

Other:

Defendant's Witnesses: Dr. Jeff Murawsky, Dr. Ira Katz

Defendants Rest

Plaintiffs document request due by noon on 3/10/08

Defendants response due by noon on 3/11/08

Verdict:

Disposition of Exhibits: