Final: _____
Interim for week ending: ____

## TITLE SHEET

| | |
|---|---|
| CASE NUMBER | C-07-3758-SC |
| CASE TITLE | VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al. |
| COURT REPORTERS | Belle Ball, Debra Pas |

| | |
|---|---|
| DEPUTY CLERK    T. De Martini | JUDGE  Samuel Conti |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| Gordon Erspamer | Daniel Bensing |
| Sidney Wolinsky | Kyle Freeny |
| Heather Moser | James Schwartz |
| Stacey Sprenkel | |
| Arturo Gonzalez, Katrina Corbit | |

FILED
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## LIST OF EXHIBITS AND WITNESSES

CASE NO.   C-07-3758-SC    VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al.

| Plaintiff No. | ID | EV | Defendant No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES March 3, 2008 | BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 9:30 A.M. | Plaintiffs Motion for preliminary injunction Began Court Ruling re Narrowing of the issues placed on the record | |
| | | | | | | 9:50 A.M. | Scheduling Matters discussed | |
| | | | | | | 9:56 A.M. | Plaintiffs' Opening Statement | |
| | | | | | | 10:29 A.M. | Defendants Opening Statement | |
| | | | | | | 11:00 A.M. | Recess | |
| | | | | | | 11:10 A.M. | Reconvene | |
| | | | | | | | Witness Dr. Arthur Blank - Sworn | π |
| | | | | | | | Direct by Wolinski | |
| | | | | | | 11:19 A.M. | Defendant Voir Dire by Schwartz re Expert | |
| | | | | | | 11:21 A.M. | Continued direct | |
| 84 | X | | | | | | Review by House Committee on Vet Affairs 10/06 | |
| 295 | X | | | | | | VA Location Map - Oversized exhibit | |

LIST OF EXHIBITS AND WITNESSES

| CASE NO. C-07-3758-SC   VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al. ||||||||
| Plaintiff ||| Defendant ||| DATE/TIME | EXHIBITS/WITNESSES  3/3/08   3/4/08 | BY |
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | 12:18 p.m. | Recess | |
| | | | | | | 1:30 p.m. | Reconvene | |
| | | | | | | | Continued Direct of Blank | |
| 295 | X | | | | | | VA Locations Map - oversized chart | |
| 12 | X | | | | | | Sample Clinical Appeals Process 5/23/01 | |
| | | | | | | 12:12 p.m. | Cross by Schwartz | |
| | | | | | | 2:21 p.m. | Redirect | |
| | | | | | | 2:23 p.m. | Witness Dr. Gerald Cross - Sworn | T |
| | | | | | | | Direct by Gonzalez | |
| 19 | X | | | | | | Report # 02-02129-95   5/14/03 | |
| 169 | X | | | | | | OIG Report # 07-00616-199 | |
| | | | | | | 3:20 p.m. | Recess | |
| | | | | | | 3:35 p.m. | Reconvene | |
| | | | | | | | Continued Direct of Cross | |
| 321 | X | | | | | | VHA Monthly Performance Review March 2007 | |
| 133 | X | | | | | | VA Report # 06-03706-126 | |
| 276 | X | | | | | | Suicide Rates by VISN and 95% CIs | |
| 275 | X | | | | | | 2002 Crude Suicide Rates by State, Veteran Uses | |
| | | | | | | 4:30 p.m. | Recess | |
| | | | | | | | March 4, 2008 | |
| | | | | | | 9:00 A.M. | Reconvene | |
| | | | | | | | Defendants Motion re: improper service | |
| | | | | | | | of Subpoenas - worked out by parties | |
| | | | | | | 9:16 A.M. | Continued Direct of Cross | T |
| 182 | X | | | | | | Overview of Mental Health Effects Serving in Afghanistan 10/8/07 | |
| 334 | X | | | | | | Chart re Positions (VA003-02163) | |
| 316 | X | | | | | | Physician Staff Levels 9/30/06 | |
| 319 | X | | | | | | Monthly Performance Review 10/07 | |
| 335 | X | | | | | | CBS FOIA: VA Patients | |

LIST OF EXHIBITS AND WITNESSES

CASE NO. C-07-3758-SC  VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al.

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES 3/4/08 | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | 9:59 A.M. | Cross of Dr. Gerald Cross by Bensing | |
| | | | 501 | X | X | | VA Healthcare Inspection 5/10/07 | |
| | | | 535 | X | X | | Nursing Home Resident Rights & Responsibilities | |
| | | | 524 | X | X | | VA FY 2009 Budget Submission | |
| | | | 526 | X | X | | Medical Budget Overview 2005-2008 | |
| | | | | | | 10:40 A.M. | Recess | |
| | | | | | | 10:55 A.M. | Reconvene | |
| 319 | X | X | | | | | VHA Monthly Performance Review Oct FY 2007 | |
| | | | 527 | X | X | | Chart of Joint Commission Management Status tracker 2008 | |
| | | | 528 | X | X | | Chart of VHA Executive Summary: Patient Access | |
| | | | 529 | X | X | | Chart of VHA Executive Summary Mental Health Patient Access | |
| | | | 513 | X | X | | VA Memorandum - Mental Health Initiatives 6/1/07 | |
| 84 | X | | | | | | Review of Capacity of Dept of Veterans Affairs 10/06 | |
| | | | 508 | X | | | Chart of Most Common Mental Health Diagnoses | |
| | | | | | | 11:26 A.M. | Redirect | |
| 169 | X | | | | | | OIG Report 07-0616-199 | |
| | | | | | | 11:44 A.M. | Witness Dr. Stephen Rathbun - Sworn | T |
| | | | | | | | Direct by Sprenkel | |
| 254 | X | | | | | | Declaration of Stephen Rathbun | |
| | | | | | | | Rathbun offered as an expert | |
| | | | | | | 11:46 A.M. | Voi Dire by Defendant | |
| | | | | | | 11:48 A.M. | No objection by Defendant | |
| 29 | X | | | | | | Estimate for Rates for the 13 NVDRS States 9/30/04 | |
| 329 | X | | 329 | X | | | Sex-Age adjusted Suicide Rates FY01-FY05 | |
| | | | | | | 12:04 p.m. | Cross by Freeny | |
| | | | | | | 12:06 p.m. | Redirect | |
| | | | | | | 12:08 p.m. | Recess | |
| | | | | | | 1:30 p.m. | Reconvene | |
| | | | | | | | Witness Dr. Chad Peterson - Sworn | T |

LIST OF EXHIBITS AND WITNESSES

Page 4

| CASE NO. C-07-3758-SC | | | VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al. | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff | | | Defendant | | | | EXHIBITS/WITNESSES 3/4/08 | BY |
| No. | ID | EV | No. | ID | EV | DATE/TIME | | |
| | | | | | | 1:30 p.m. | Direct of Dr. Chad Peterson by Wolinsky | |
| | | | | | | | offered as an expert no voir dire by Defendant | |
| 40 | X | | | | | | Gerard Gellucci MS.ed Impact of the Wait for Initial Appointment | |
| | | | | | | 3:00 p.m. | Recess | |
| | | | | | | 3:15 p.m. | Reconvene | |
| | | | | | | | Continued Direct of Peterson | |
| | | | | | | 3:30 p.m. | Cross by Schwartz | |
| | | | | | | 3:44 p.m. | Redirect | |
| | | | | | | 3:49 p.m. | Witness Dr. Antonette Zeiss - Sworn | T |
| | | | | | | | Direct by Erspamer | |
| 246 | X | | | | | | Professional Profile of Dr. Antonette Zeiss 1/30/08 | |
| 245 | X | | | | | | Declaration of Zeiss 1/30/08 | |
| 351 | X | | | | | | Selected VHA Statistics FY 2006-2007 | |
| | | | | | | 4:35 | Recess | |
| | | | | | | | March 5, 2008 | |
| | | | | | | 9:00 Am | Reconvene | |
| | | | | | | | Continued Direct of Zeiss | |
| 133 | X | X | | | | | Dept VA Affairs Report 06-03706-126   5/10/07 | |
| 13 | X | | | | | | VHA Directive 2001-033   5/23/01 | |
| 345 | X | X | | | | | VA 1-800-273 Talk Hotline Experience 1/1/08 | |
| 85 | X | | | | | | Dept VA Affairs "VHA Outpatient Scheduling Process & Procedures" | |
| 352 | X | X | | | | | Mental Health Initiatives New Positions | |
| | | | | | | 11:00 Am | Recess | |
| | | | | | | 11:15 Am | Reconvene | |
| 354 | V | | | | | | Testimony by Dr Alfonso Batres | |
| | | | | | | 11:22 Am | Cross by Schwartz | |
| | | | 508 | X | X | | Chart of Most Common Mental Health Dx's 2006 | |
| | | | 511 | X | X | | Outpatient Mental Health Encounters of Uniques 2005-2006 | |
| | | | | | | 12:00 pm | Recess | |

LIST OF EXHIBITS AND WITNESSES

Page 5

| CASE NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES 3/5/08 | BY |
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | 1:35 p.m. | Reconvene | |
| | | | | | | | Witness W. Paul Kearns - Sworn | A |
| | | | | | | | Direct by Freeny | |
| | | | 518 | X | X | | VA Memorandum Mental Health Budget 05-09  4/6/05 | |
| | | | 520 | X | | | | |
| | | | 519 | X | X | | FY 2007 Mental Health Initiative | |
| | | | 520 | X | X | | VA FY 2005 Budget Submission | |
| | | | 521 | X | X | | VA FY 2006 Budget Submission | |
| | | | 522 | X | X | | VA FY 2007 Budget Submission | |
| | | | 523 | X | X | | VA FY 2008 Budget Submission | |
| | | | 524 | X | X | | VA FY 2009 Budget Submission | |
| | | | 525 | X | X | | Chart of total Mental Health Spending | |
| | | | | | | 1:57 p.m. | Cross by Moser | |
| 88 | X | X | | | | | GAO Report Spending for Mental Health Strategies | |
| 244 | X | | | | | | Declaration of W. Paul Kearns III | |
| 525 | X | | 525 | X | X | | Chart of total mental health spending | |
| 305 | X | X | | | | | VHA Next 30-45 days | |
| 228 | X | X | | | | | Public Law 110-161 Consolidated Appropriations Act 2008 | |
| 112 | X | X | | | | | Public Law 110-5 Full Year Continuing Appropriation 2/15/07 | |
| 143 | X | X | | | | | Public Law 110-28 U.S. Troops Readiness | |
| 56 | X | X | | | | | Public Law 109-114 Military Quality of Life | |
| 71 | X | X | | | | | Public Law 109-234 Emergency Supplemental Appropriations | |
| 57 | X | X | | | | | Public Law 109-148 Department of Defense | |
| 33 | X | X | | | | | Public Law 108-447 Consolidated Appropriations | |
| 30 | X | X | | | | | Public Law 108-324 Military Construction Appropriations | |
| 52 | X | X | | | | | Public Law 109-54 Department of the interior | |
| | | | | | | 2:27 p.m. | Redirect | |
| | | | | | | 2:29 p.m. | Continued cross of Dr. Zeiss | T |
| | | | 512 | X | X | | Specialized Post Traumatic Stress Disorder Operations | |

CASE NO. C-07-3758-SC    VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al.

3/5/08

| Plaintiff No. | ID | EV | Defendant No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| | | | 514 | X | X | | Mental Health percent of OEF/OFF Veterans Waiting | |
| | | | 515 | X | X | | Wait time for MH Outpatient Appts 12/07 established patient | |
| | | | 516 | X | X | | Wait time for MH Outpatient Appts 12/07 new patients | |
| | | | | | | 2:58 p.m. | Redirect of Zeiss | |
| | | | | | | 3:04 p.m. | Recess | |
| | | | | | | 3:16 p.m. | Reconvene | |
| 359 | X | | | | | | VHA Schedulers Training | |
| 245 | X | | | | | | Declaration of Antonett Zeiss | |
| | | | | | | 3:26 p.m. | Future hearings discussed. | |
| | | | | | | | Defendants Motion to Dismiss set to be heard Wednesday March 12, 2008 at 10:00 A.M. | |
| | | | | | | | 4/21/08 Trial on Injunction plaintiff has 3 days. | |
| | | | | | | | pretrial statements due 4/14/08 | |
| | | | | | | | Pending Motions to Compel Plaintiffs Rest | |
| | | | | | | 3:40 p.m. | Witness Dr. Jeff Murawsky - Sworn | Δ |
| | | | | | | | Direct by Freeny | |
| | | | 532 | X | X | | VHA Directive 2007-033 1601A.01 Intake Registration | |
| | | | 533 | X | X | | VHA Directive 2007-033 Telephone Service for Clinical Care | |
| | | | 530 | V | X | | VHA Directive Standards for Nomenclature & Operation in Emergency Facility | |
| | | | 534 | X | X | | VHA Handbook Patient Advocacy Program | |
| | | | 536 | X | X | | VHA Directive 2006-057 VHA Clinical Appeals | |
| | | | 537 | X | X | | VA Policy Memorandum, Clinical Appeals Process | |
| | | | | | | 4:12 p.m. | Cross by Gonzalez | |
| | | | | | | 4:34 p.m. | Recess | |

LIST OF EXHIBITS AND WITNESSES

Page 7

CASE NO. C-07-3758-SC    VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al.

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES 3/6/08 | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | 9:00 A.M | Housekeeping matters discussed discussion of what form a preliminary injunction would take if issued. Plaintiff to submit outline for form of injunction | |
| | | | | | | 9:41 A.M. | Defendant to objection Parties Plaintiff to submit injunctive Matters to be considered by the Court on Monday. Briefs due Monday by noon as to Motion to dismiss and protective order | |
| | | | | | | 9:47 A.M. | Continued Cross of Muransky by Gonzalez | |
| | | | 537 | V | | | | |
| | | | 534 | X | | | | |
| | | | | | | 10:28 A.M | Redirect by Freeny | |
| | | | | | | 10:30 A.M. | Recross | |
| | | | | | | 10:32 A.M. | Re-redirect | |
| | | | | | | 10:33 A.M. | Witness Dr. IRA Katz - Sworn Direct by Schwartz | Δ |
| | | | | | | 11:00 A.M. | Recess | |
| | | | | | | 11:15 A.M. | Reconvene | |
| | | | 517 | X | X | | VA Suicide Risk Assessment Guide | |
| | | | | | | 11:40 A.M. | Cross by Erspamer | |
| 312 | V | | | | | | Assessing and Treating Suicidal Ideation in Primary Care | |
| | | | | | | 12:05 p.m. | Recess | |
| | | | | | | 1:30 pm | Reconvene | |
| 312 | | X | | | | | Assessing + Treating Suicidal Ideation in Primary Care | |
| 201 | | V | | | | | Suicide Mortality Among Individuals | |
| 329 | | Y | | | | | Sex-Age Adjusted Suicide Rate | |
| 331 | X | X | | | | | Study of Veterans Using VHA | |

CASE NO. C-07-3758-SC   VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al.

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES 3/6/08 | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| 276 | X | | | | | | Suicide Rates by VISN and 95% CIs | |
| 94 | X | | | | | | Mayur Desai, et al Time Trends and Predictors | |
| 22 | X | X | | | | | VA/DoD Clinical Practice Guidelines | |
| | | | | | | 2:47pm | Defendant Rests | |
| 169 | | X | | | | | Dept Vet Affairs Audit of the Veterans Health Administration | |
| 321 | | X | | | | | VHA Monthly Performance Review March 2007 | |
| 182 | | X | | | | | Overview of the Mental Health Effects of Service in Afghanistan | |
| 316 | | X | | | | | VHA Physician Staff Levels on Board Staff 9/30/06 | |
| 335 | | X | | | | | CBS FOIA VA Patients | |
| 357 | | X | | | | | Selected VHA Statistics 2006-2007 | |
| 85 | | X | | | | | Dept Vet Affairs VHA Outpatient Scheduling Processes & Procedures | |
| 359 | | X | | | | | VHA Schedulers training | |
| | | | | | | | Document production list from Plaintiff due Monday Noon. 3/10/08 | |
| | | | | | | | Defendants to submit their counter list Tuesday Noon 3/11/08 | |
| | | | | | | 2:56pm | Recess Protective Order hand to parties | |
| | | | | | | 3:00p.m. | Recess | |