1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11  VETERANS FOR COMMON SENSE, and          Case No.        C-07-3758-SC
    VETERANS UNITED FOR TRUTH, INC.,
12                                          **[PROPOSED] ORDER**
                    Plaintiffs,             **COMPELLING THE PRODUCTION**
13                                          **OF DOCUMENTS**
            v.
14
    JAMES B. PEAKE, M.D., Secretary of Veterans
15  Affairs, *et al.*,                      Complaint Filed July 23, 2007

16                  Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1     Having considered Plaintiffs' motion to compel production of documents submitted April 2,

2   2005, IT IS HEREBY ORDERED THAT:

3     Defendants shall produce all documents as set forth in this Court's March 13, 2008 Order

4   Establishing Discovery Obligations in Connection with April 21, 2008 Hearing forthwith, subject

5   only to claims of privilege and redaction of identifying information as necessary to comply with

6   38 U.S.C. § 7332.

7

8

9     **IT IS SO ORDERED.**

10

11     Dated:  April ____, 2008

12                                    _____

13                                         THE HONORABLE SAMUEL CONTI
                                          United States Senior District Judge

14

15

16

17   Proposed Order Submitted by:

18

19   SIDNEY M. WOLINSKY
     JENNIFER WEISER BEZOZA
     KATRINA KASEY CORBIT
20   DISABILITY RIGHTS ADVOCATES

21   GORDON P. ERSPAMER
     ARTURO J. GONZALEZ
22   HEATHER A. MOSER
     STACEY M. SPRENKEL
23   MORRISON & FOERSTER LLP

24

25   By:   /s/ Gordon P. Erspamer
                Gordon P. Erspamer
26              *Attorneys for Plaintiffs*

27

28