**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE:415.268.7000
FACSIMILE:415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

April 3, 2008

Writer's Direct Contact
925.295.3341
GErspamer@mofo.com

**E-filing and Hand Delivery**

Honorable Samuel Conti
USDC, Northern District
450 Golden Gate Avenue
Courtroom 1, 17th Floor
San Francisco, CA 94102

Re:     *VCS, et al. v. Peake, et al.*, Case No. 07-03758-SC
        Northern District of California

Dear Judge Conti:

Plaintiffs discovered an inadvertent omission in the letter filed with the Court yesterday,
April 2, 2008. The bottom portion of the document production chart was accidentally
deleted when it was copied into the letter. Along with this letter, Plaintiffs have filed a
revised version. We apologize for the error and any inconvenience this may have caused the
Court.

Respectfully submitted,

Gordon P. Erspamer

cc:     Daniel E. Bensing
        Stephen Y. Bressler
        Kyle R. Freeny

sf-2493413