UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | Case No.    C-07-3758-SC<br><br>**[PROPOSED] ORDER COMPELLING THE PRODUCTION OF DOCUMENTS**<br><br>Complaint Filed July 23, 2007 |

Having considered Plaintiffs' motion to compel production of documents submitted April 2, 2005, IT IS HEREBY ORDERED THAT:

Defendants shall produce all documents as set forth in this Court's March 13, 2008 Order Establishing Discovery Obligations in Connection with April 21, 2008 Hearing forthwith, subject only to claims of privilege and redaction of identifying information as necessary to comply with 38 U.S.C. § 7332.

**IT IS SO ORDERED.**

Dated: April ____, 2008

_____
THE HONORABLE SAMUEL CONTI
United States Senior District Judge

Proposed Order Submitted by:

SIDNEY M. WOLINSKY
JENNIFER WEISER BEZOZA
KATRINA KASEY CORBIT
DISABILITY RIGHTS ADVOCATES

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By: /s/ Gordon P. Erspamer
    Gordon P. Erspamer
    *Attorneys for Plaintiffs*