UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

```
C-07-3758            SAMUEL CONTI            DATE 4/7/08
Case Number          Judge
```

Title: VETERANS FOR COMMON SENSE  vs JAMES PEAKE, M.D. et al.

Attorneys:  SIDNEY WOLINSKY          RICHARD LEPLEY,
            HEATHER MOSSER           KYLE FREENY
            NATALIE NAUGLE           CHRIS Mc NAMEE

Deputy Clerk: T. De Martini    Court Reporter: Lydia Zinn

PROCEEDINGS

Plaintiff's Motion to Compel - Granted in Part and Denied in Part.


ORDERED AFTER HEARING

Plaintiff's Requests and Court Rulings

Request for suicide tracking data base - Defendant will turn over by Friday.

Request for STAR Report - Denied.

Request for Barriers and Facilitators Report - The report will be turned over by tomorrow.

Request for outpatient satisfaction survey - The Court ruled not relevant.

Request for Nicholson twelve point plan - This plan was not implemented and will not be turned over.

Request for electronic waiting list - The list will be turned over by Friday.

Request for Training Manuals - Denied.

Request for Policy & Procedure Suicide Report - The reports will be turned over by Friday including reports generated after 2005.

Defendant's Requests and Court Rulings

Motion for initial disclosures to be turned over this week - Granted.

Motion for withdrawal of Plaintiff's 3rd party subpoena to the Court of Veterans Appeals - Subpoena quashed.


cc: