United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC., ) ) ) ) Plaintiffs, ) ) v. ) ) JAMES B. PEAKE, Secretary of ) Veterans Affairs, et al., ) ) ) Defendants. ) ) ) | No. C-07-3758 SC  <u>DISCOVERY ORDER</u> |

Upon further review and consideration of the discovery issues raised by the parties in their most recent letters, see Docket Nos. 184, 185, the Court ORDERS that Defendants are not required to produce the suicide tracking database at this time.

IT IS SO ORDERED.

Dated: April 10, 2008

_[signature]_
UNITED STATES DISTRICT JUDGE