# Exhibit A

Excerpts from William Feeley Deposition

17          A    No.

18          Q    -- for any director since you've

19    been -- since you've been on this -- on your

20    watch because of suicides that occurred in their

21    VISN?

22          A    No.

23          Q    And I mean by discipline an -- even

24    including a letter in their -- in their HR --

25          A    No.

Page   39

1           Q    -- file?

2                Have you ever raised -- raised that

3     subject with anyone as to whether there should

4     or should not be discipline of directors

5     within -- within their -- who -- within their --

6     their VISN there have been one or more suicides?

7           A    No.  I would have to be making a

8     determination that negligence did occur before I

9     would do that -- or culpability.

10          Q    And culpability would include

11    failure to follow policy?

12          A    Correct.

13          Q    And that would include failure to

14    follow policy regarding CBOCs, C-B-O-Cs, within

15    their VISN?

16          A    If they didn't have a mental health

17    provider in the VISN and they were supposed to

18    have one in a CBOC, yes, that could.

19          Q       I would like to talk to you about

20     to whom you report.  Do you report directly to

21     Dr. Cross?

22          A       Correct.

23          Q       What are Dr. Cross's duties and

24     responsibilities?

25          A       Dr. Cross is responsible for the

                                        Page   40

1     program offices at VA headquarters.

2          Q       Program offices?

3          A       Right.

4          Q       Okay.  What else does he -- what

5     else does Dr. -- does Dr. Cross --

6          A       That's --

7          Q       -- do?

8          A       -- his primary responsibility.

9          Q       And what are program offices,

10    please?

11          A       These are -- the -- headquarters is

12    a reflection of the departments that you would

13    see in a medical center, so on a national level,

14    there are departments like medicine, surgery,

15    mental health; they're labeled as patient care

16    services.  Infection control, emergency

17    preparedness.  The -- there are a host of

18    functions that he has primary responsibility

19    for.

20          Q       Let me -- let me go back to the

21    discipline of directors in VISNs over suicides.

22    You would -- you said there would only be

23    discipline if you had found negligence.  Is it

24    correct that -- that in your view there has

25    never been any negligence by any director

Page   41

1    arising out of suicides by veterans who are

2    under the care of a particular VISN?

3         A    If -- if you were to say to me in

4    the last two years --

5         Q    Since your watch.

6         A    Since --

7         Q    That's right.

8         A    -- I've been in --

9         Q    That's right.

10        A    -- the job --

11        Q    That's right.

12        A    -- I have not seen it.

13        Q    And before that?

14        A    Well, I wasn't in the job before

15    that, so -- on my watch I think was the

16    question.

17        Q    And -- and has there ever been

18    discipline of anyone within a VISN?  It would --

19    it would be up to the director within a -- a --

20        A    Correct.

21        Q    -- VISN to -- to discipline a

22    person below the director?

23          A        Correct.

24          Q        Has there ever been discipline of

25    anyone within a VISN arising out of a suicide by

                                          Page    42


1     a veteran?

2            A.      Don't know.  That's not rolled up,

3     although I -- my -- I -- I just don't know the

4     answer to that.

5            Q        And I just want to ask this further

6     question before I go back up above you -- above

7     you.  Is the operations of the VISNs -- the

8     management of those VISNs, vis-a-vis your

9     position, a decentralized one?  In other words,

10    do the VISNs have -- you mentioned the word

11    "autonomy."  Do they have certain autonomy in

12    the operations of their VISNs such that you can

13    see the -- see the management in VA as

14    decentralized among VISNs?

15           A        I -- I would answer that this way,

16    that it's a balance between creativity and

17    innovation at the field level, meaning from the

18    networks down, in standardization.  So there's a

19    fair amount of standardization in expectations,

20    in metrics that people need to meet.  There are

21    various organizational structures that people

22    have developed to meet those goals and

23    objectives, so they have a fair amount

24    of autonomy in how they do those alignments.

25          Q      But if -- but if the headquarters

Page    43

1     sends out a -- a statement to the directors of

2     policy of the -- of the VA, that's not something

3     they can decide whether they do or do not --

4          A      That's correct.

5          Q      -- want to follow?

6          A      That's correct.  That's what I

7     meant by standardization.

8          Q      And if you send out a directive

9     telling them what they should do, they can't

10    decide we will or we wouldn't?

11         A      That's correct.

12         Q      And if you send out an initiative

13    telling them this is what you want to happen,

14    can they say we will or we won't follow it?

15         A      No, they're to follow it.

16         Q      And if they don't follow it, do

17    they get disciplined?

18         A      That would happen, yes.

19         Q      Because their not following a -- an

20    initiative would be negligence on their part?

21         A      That's correct.  Well, it -- it

22    would certainly not be smart.

23         Q      You distinguish between not being

24    smart and -- and being negligent?

25         A      Well, there are some -- there's

Page    44

8        Q      Not the one-page suicide group --

9        A      Not the one page.

10        Q      Because the one page doesn't give

11   you the root causes?

12        A      Well, the one page doesn't give you

13   enough contact.

14        Q      In order to learn what happened?

15        A      That's exactly right.

16        Q      I don't think we've seen those, but

17   I don't -- I'm not -- I'm not that knowledgeable

18   about the production, but I don't think I've

19   zone those.  So who else reviews those

20   three-page assessments?

21        A      They're reviewed by Dr. cross and

22   Dr. Kussman, myself, Joe Williams, the

23   management team in VHA.  If we believe there's a

24   concern about quality, we might send the -- a

25   medical inspector in to look at the case.

Page 163

1        Q      So is your feeling is that you by

2   looking at these issue briefs involving suicide

3   one can learn what are the root causes for the

4   suicide among these veterans who are being seen

5   by VA; am I right?

6        A      I think you can -- you can come up

7   with some recurring themes.

8        Q      Have you come up with some

9   recurring themes?

10          A       I think one of the recurring

11      themes --

12          Q       You have come up with them?

13          A       I think one of the recurring themes

14      is we need to watch out for people who have' got

15      guns and we're actually talking a lot and

16      bringing that up with patients so if a patient

17      is at risk and has got guns we're asking those

18      guns to be given up and get a family member to

19      take those guns.  That's one of the biggest one

20      that I'm seeing and of course soldiers know how

21      to use guns.

22          Q       They have access to guns?

23          A       Yes.

24          Q       Any other current things you've

25      learned by all your readings of these issue

                                        Page 164


1       briefs involving suicide?

2           A       I -- I -- I think the lethal

3       combination of alcohol and any of the major

4       diagnosis we've talked about with depression,

5       PTSD and -- those are risk factors, so that's

6       why we have alcohol screening, depression

7       screening and PTSD screening trying to early

8       detect and discover when someone has got a set

9       of risk factors so we pay more attention to

10      them.

11          Q       All right.  Let me ask you about

16          Q     A gesture meaning attempted

17     suicide?

18          A     Attempted suicide, correct.

19          Q     And what type of report do you get

20     for attempted suicide?

21          A     Same thing.  We get an issue brief

22     on that.

23          Q     These issues briefs, have they been

24     made available to Congress?

25          A     Not to the best of my knowledge.

                                        Page 167


1           Q     Is there any reason you can think

2      of why they -- if Congress wanted them they

3      couldn't be made available to them?

4           A     I really don't know.  I mean the

5      direct clinical content, but under the release

6      of information act, I would --

7                 MR. SCHWARTZ:  I'll just object to

8      the extent it calls for a legal conclusion.

9           Q     I'm not asking for a legal -- but

10     you understand there's any reason you can't give

11     it to congress?

12          A     I don't know the answer to that.

13          Q     I want to go back to a recurring

14     theme.  You mentioned guns?

15          A     Right.

16          Q     Alcohol?

17          A     Right.

18          Q       PTSD and you mentioned a couple of

19     other things?

20          A       Drug abuse.

21          Q.      Drug abuse.  I wanted to see if --

22     I wanted to run through some other possible

23     things and see whether you've seen them in this

24     report.  Whether -- whether the person who

25     committed side -- committed suicide was a

Page 168

1     national guard or reservist as opposed to a

2     soldier who's left service?  Have you seen any

3     on that?

4          A       I haven't seen a theme along that

5     line.

6          Q       Did you see any themes about

7     whether the patient who committed a suicide was

8     being seen by a CBOC as opposed to a medical

9     center?

10          A       No.

11          Q       Have you seen any connection

12     between veterans who committed suicide and how

13     many times they were redeployed into Iraq or

14     into Afghanistan?

15          A       No, I haven't --

16                  MR. SCHWARTZ:  Objection;

17     relevance.

18                  THE WITNESS:  I couldn't give you

19     an informed answer.

329

1   well that that's the view of clinicians?

2        A    I -- I've heard a variety of

3   opinions on the topic.  I think we had 35,000

4   suicides in the United States lasted year and

5   I -- I think we have to make great progress on

6   reducing that number.  Whether the majority are

7   preventible, I don't know because are we talking

8   about suicides are we talking about suicides and

9   gestures are we talking about a whole bunch of

10  things that are self-destructive that we don't

11  even roll up like car accidents where people

12  drive their car in the wall intentionally

13  doesn't even show up as a suicide attempt.  So

14  I've heard many, many opinions on this topic in

15  talking with people.

16        Q    It sounds to me as though you're

17  not in a position to tell me whether or not you

18  agree with this statement?

19        A    Yeah, I don't --

20        Q    Am I correct?

21        A    I don't think I'm a subject matter

22  expert in the area.

23        Q    Well, do you believe that the

24  suicides that you're viewing and reading about

25  in these suicide briefs the majority of which

Page 330

1   could have been prevented?

2          A    No.

3          Q    I want to give you what we marked

4     as Exhibit 22?

5               MR. SCHWARTZ:  You don't have that

6     yet.

7               BY MR. GOLDMAN:

8          Q    P -- P435.  I'm going to give you

9     what we've marked as P435 and ask you if you

10    recognize these documents?

11         A    (Witness reviews document.)

12         Q    Let me tell you what I believe they

13    are.  These, I believe, are a segment of --

14         A    Issue briefs.

15         Q    -- issue briefs we received which

16    we thought that your name associated with some

17    or all of them.  It's a subsection -- it's a

18    subpart of things we received.  In other words,

19    the document wasn't like this before we created

20    it.

21         A    Okay.

22         Q    But I want to see if you can

23    recognize what these are.

24         A    Yes, these look like suicide briefs

25    that I reviewed.

                                        Page 331


1          Q    Okay.

2          A    Yeah.

3          Q    Let's look at the first one.  To me