# Amezcua, Alexis A.

**From:** Amezcua, Alexis A.
**Sent:** Saturday, April 12, 2008 6:22 PM
**To:** Freeny, Kyle (CIV)
**Cc:** Erspamer, Gordon P.; Gonzalez, Arturo J.; Moser, Heather A.
**Subject:** VCS v. Peake: Defendants' April 11 production

Counsel:

We have discovered serious technical problems with Defendants' April 11 production. The 5 cds you sent have 74 separate production volumes, and 79 separate image load files, making it impossible to load these documents onto a review database without unreasonable cost and time. The image load files were given to us with incorrect paths to images, no volume information, and non-letter or number characters. Further, there was one separate data and image load file per production volume, as opposed to one master load file for data and images. Uploading this data in its current format would require us to manually point each image load file to the correct image. We estimate that this manual correction would require at least 40-50 hours of work.

Please send the data and image load files in a format that we are able to use. Load files should have the following:
- Correct path information, including the top level directory (folder) in which the material is produced
- Consistent beginnings of paths. If one path begins with a backlash, they all should. If one path does not begin with a backlash, no paths should.
- Production volume provided in the second field
- Image load files should not contain non-number or letter characters, such as "@"
- There should be one master load file for data and images. This master file should only include one image load file per production volume.

To date, all of Plaintiffs' productions have been produced to you in a manner consistent with this request.

When we receive the production in a format appropriate for our review, we will make every attempt to review these documents as quickly as possible. However, due to this serious delay in review, we reserve the right to offer any documents in this production as an exhibit.

Your immediate attention to this matter is appreciated.

- Alexis

**Alexandria A. Amezcua**
Associate

**Morrison | Foerster LLP**
425 Market Street | San Francisco, California 94105
415.268.6557 | AAmezcua@mofo.com

1