*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

# ATTACHMENT "A"
# PLAINTIFFS' TRIAL EXHIBIT LIST

| Exhibit Number | Description |
|---|---|
| P-360 | CD labeled: 20070321 Nemuth, M. Rotary Club |
| P-361 | VA Puget Sound Health Care System - Hospital Accreditation Program (5/14/07 - 5/17/07) |
| P-362 | James P. Bagian, MD, PE, "Suicide Prevention: It's Everyone's Business - Patient Safety Information and Strategies" (June 1, 2006) |
| P-363 | VA-OIG, Audit of the Veterans Health Administration's Outpatient Scheduling Procedures (Report No. 04-02887-169)(July 8, 2005) |
| P-364 | Template: Suicide Behavior Report |
| P-365 | Template: Suicide Risk Screening and Comprehensive Assessment |
| P-366 | Clinical Reminders for Depression, PTSD, Alcohol Misuse and Introduction of the Mental Health Assistant (PPT Presentation) |
| P-367 | VA Puget Sound Health Care System - PCL-M |
| P-368 | VA Web Reference Materials: M21-4 Manpower Control and Utilization in Adjudications Division(Sept. 12, 2007) |
| P-369 | VA Chart titled: Next 30-45 Days: Special Focus Areas Action Plan for Hiring (Jan. 1, 2008) |
| P-370 | Board of Veterans' Appeals Report of the Chairman Fiscal Year 2007 (Feb. 8, 2008) |
| P-371 | Board of Veterans' Appeals Report of the Chairman Fiscal Year 2006 |
| P-372 | Charts: Rating Related Claims (Sept. 31, 2007) |
| P-373 | Charts: Compensation and Pension Rating Claims-Days to Process (Aug. 1, 2005) |
| P-374 | VA Claims Processing Task Force: Report to the Secretary of Veterans' Affairs (October 3, 2001) |
| P-375 | Memo from Bradley G. Mayes, Director of Compensation & Pension Services, to all VA Regional Office Directors re: Procedures for Handling Extraordinary Awards, Fact Letter 07-19 (Aug. 27, 2007) |
| P-376 | Ltr from Daniel L. Cooper. Undersecretary for Benefits to All VA Regional Offices & Centers re: Second Signature Requirements in Grants for PTSD & 100% Evaluations (June 14, 2004) |
| P-377 | Chart Titled: Board of Veterans' Appeals Obligations and FTE (Apr. 1, 2005) |
| P-378 | Chart Titled: Board of Veterans' Appeals Executive Summary-Resources (March 2006) MPR |
| P-379 | Chart Titled: Monday Morning Workload Report (Mar. 15, 2008) |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-380 | GAO Report to the Ranking Democratic Member, Committee on Veterans' Affairs Titled: Veterans' Disability Benefits: VA Can Improve its Procedures for Obtaining Military Service Records (Dec. 1, 2006) |
| P-381 | Transcript of Hearing Before Committee on Veterans' Affairs US Senate re:VA Claims Adjudication and Appeals Process, S. Hearing 110-35 (March 7, 2007) |
| P-382 | Outline of Presentation Titled: Special Focus Hiring Initiative |
| P-383 | Chart: Rating Related Claims (Jan. 31, 2008) |
| P-384 | Chart Titled: Compensation and Pension |
| P-385 | Chart: National Monthly Rating Production FY 2007 |
| P-386 | Veterans' Disability Benefits Commission Report: Honoring the Call to Duty: Veterans' Disability Benefits in the 21st Century (Oct. 1, 2007) |
| P-387 | PowerPoint Presentation: Veterans Benefits Administration Monthly Performance Review September FY 2006 (Oct. 2006) MPR |
| P-388 | Statement of Ronald R. Aument Before the House Veterans' Affairs Subcommittee on Oversight and Investigations (Oct. 16, 2007) |
| P-389 | Notice of Deposition of Department of Veterans' Affairs Pursuant to Fed. R. Civ. P. 30(b)(6) (Mar. 24, 2008) |
| P-390 | Transcript of Hearing Before Committee on Veterans' Affairs US Senate re: Addressing Mental Health Care Needs of Veterans in the State of Washington, S. Hearing 110-187 (Aug. 17, 2007) |
| P-391 | Chart Showing C&P Ratings Performance at Various VA Locations for FY2007 |
| P-392 | Department of Veterans' Affairs Office of Inspector General : "Review of State Variances in VA Disability Compensation Payments," Report No. 05-00765-137 (May 19, 2005) |
| P-393 | Department of Veterans' Affairs Office of Inspector General: "Combined Assessment Program Review of the VA Regional Office Albuquerque, New Mexico," Report No. 04-00009-126 (Apr. 13, 2004) |
| P-394 | Statement of Michael Walcoff, Before House Committee on Veterans' Affairs Subcommittee on Disability Assistance and Memorial Affairs Examining VA Claims Processing System (Feb. 14, 2008) |
| P-395 | Notice of Subpoena Commanding Appearance for Deposition to F. Murphy, MD, Pursuant to Fed. R. Civ. P. 30 (Mar. 27, 2008) |
| P-396 | Statement of Frances M. Murphy, MD, Department of Veterans Affairs Before the Subcommittee on Oversight and Investigations Committee on Veterans Affairs US House of Representatives (Nov. 19, 2003) |
| P-397 | Statement of Frances M. Murphy, MD, Department of Veterans Affairs Before the Former Members of the President's New Freedom Commission on Mental Health (Mar. 29, 2006) |
| P-398 | The Comprehensive VHA Mental Health Strategic Plan (July 1, 2004) |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-399 | Background: March 29, 2006 Convening of the Former Members of the President's New Freedom Commission on Mental Health |
| P-403 | Veterans' Health Administration Next 30-45 Days: Special Focus Areas-MPR, March 27, 2008 |
| P-411 | Committee on Medical Evaluation of Veterans for Disability Compensation: A 21st Century System for Evaluating Veterans for Disability Benefits (2007) |
| P-412 | Article: VA Tightens Standards for Individual Unemployability Claims (Mar. 26, 2007) |
| P-412-a | Training Letter 07-01: Total Disability Ratings Based on Individual Unemployability (IU) |
| P-413 | Chart-Board of Veterans' Appeals MPR: Next 30-45 Days: Special Focus Areas (Feb. 2008) |
| P-414 | CNA Corporation Report to VA: Findings from Raters and VSOs Surveys (May 2007) |
| P-415 | USA Rating Receipts FY00-FY07 |
| P-416 | Office of Performance Analysis and Integrity: Compensation and Pension Timeliness: Claims Completed in Two or More Years August 2005 |
| P-417 | Office of Performance Analysis and Integrity: Compensation and Pension Rating-Related Claims-Days to Process-Timeliness Distribution (Aug. 22, 2005) |
| P-418 | Chart: RVSR Rating Production (Dec. 1, 2006) |
| P-419 | VA Benefits Activity: Veterans Deployed to the Global War on Terror, Nov. 2007 Update (Nov. 14, 2007) |
| P-420 | Powerpoint Presentation: Analysis of VA Health Care Utilization Among US Global War on Terrorism Veterans, Jan. 2008 |
| P-421 | § 3.100 38 CFR Ch. 1 (7/1/2007 Edition) |
| P-422 | Turk v. Peake, 21 Vet. App 565 2008 US App. Vet Claims (Jan. 31, 2008) |
| P-423 | VA Clinicians' Guide (Aug. 9, 2006) |
| P-424 | Feb. 5, 2008 Letter from J. Peake to D. Akaka, Department of Veterans' Affairs Re: Report on Comprehensive Program for Suicide Prevention |
| P-425 | VA Adjudication Procedures Manual Rewrite M21-1MR (Aug. 8, 2007) |
| P-427 | Organizational Chart: Office of the Undersecretary for Health (Dec. 12, 2007) & Bio of William Feeley (Mar. 10, 2008) |
| P-428 | S. Hopkins & C. Adams: "VA Overstates Record on Wait Times for Appointments, Report Finds," June 11, 2007 |
| P-429 | VA News Release: VA's Suicide Hot Line Begins Operations |
| P-430 | Statute: Public Law 110-110-Nov. 5, 2007 121 Stat. 1031 |
| P-435 | Email from Barbara Hubbard re: OIG Veteran Suicide in Hudson Valley HCS, w/attachments |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-436 | News Release: Cooper up for Top VA Position (Apr. 2, 2002) |
| P-437 | Monday Morning Workload Report |
| P-438 | Watson, P., Ph.D., Best Practice Manual for Posttraumatic Stress Disorder (PTSD) Compensation and Pension Exams |
| P-439 | FY 2007 Performance and Accountability Report (Nov. 15, 2007) |
| P-440 | Hearing Before the Committee on Veterans' Affairs, US Senate: Battling the Backlog: Challenges Facing the VA Claims Adjudication and Appeal Process, S. Hearing 109-216 (May 26, 2005) |
| P-441 | Notice of Deposition of Robert Rosenheck, MD (Mar. 24, 2008) |
| P-442 | Rosenheck & Fontana, "Recent Trends in VA Treatment of Post Traumatic Stress Disorder and other Mental Disorders (Nov. 2007) |
| P-443 | Web Pages from VA Website re: National Center for PTSD |
| P-444 | Rosenheck & Fontana, "Recent Trends in VA Treatment of Post Traumatic Stress Disorder and other Mental Disorders (web version of Nov. 2007 article) |
| P-445 | The Long Journey Home XVI: Treatment of Posttraumatic Stress Disorder in the Department of Veterans Affairs, Fiscal Year 2007 (Mar. 2008) |
| P-446 | Desai, M. and Rosenheck, R., "Time Trends and Predictors of Suicide Among Mental Health Outpatients in the Department of Veterans Affairs" (Jan. 2008) |
| P-447 | VHA Directive 2006-004: VHA Mental Health Intensive Case Management (Jan. 30, 2006) |
| P-448 | Chart: Veterans Diagnosed with PTSD in VA Specialty Mnetal Health Programs |
| P-458 | Notice of Deposition of Department of Veterans' Affairs Pursuant to Fed. R. Civ. P. 30(b)(6) - Joan Van Riper (Apr. 1, 2008) |
| P-460 | Transcript of interview of Dr. Michale Kussman |
| P-462 | Description of "Fresh Eyes on Service" Program |
| P-463 | Powerpoint presentation: Fresh Eyes on Service Program-Staff Observation Report |
| P-468 | Fresh Eyes on Service (FEOS) Frequently Asked Questions |
| P-471 | Suicide Prevention Workgroup Final Report (Jan. 30, 2004) |
| P-473 | Mystery Shopper Visit description |
| P-475 | Fresh Eyes on Service Program Staff Observation Report (March 13, 2008) |
| P-476 | Complaint for Declaratory and Injunction Relief Under US Constitution and Rehabilitation Act (July 23, 2007) |
| P-477 | VA Newsletter entitled "Sound Off" |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-478 | E-mail chain, top email from Sullivan, P. sent February 28, 2008 to Malbran Pia re: Iraq War Veteran Denied VA Care |
| P-479 | Document entitled "Notes from October 17-Chapter 8: Learning from our Mistakes, Reforms for Failure." (Oct. 16, 2007) |
| P-480 | E-mail from Sullivan, Paul sent August 26, 2005 to Perez, Susan re: 05-083 Analysis-CP Activity Among GWOT Veterans |
| P-481 | E-mail chain, top email from Sullivan, P. sent March 11, 2008 to Jacobs, Joshua re: Suicidal Gulf War Veteran in Washington State |
| P-482 | Department of Veterans Affairs National Mental Health Program Performance Monitoring System: Summary Report of System Changes FY2004 (Jan. 23, 2008) |
| P-483 | VBA Letter 20-05-35 from Daniel Cooper to all VA Regional Offices and Centers regarding Second Signature Requirements for Grants in Service Connection for PTSD and 100 Percent Evaluation (June 14, 2005) |
| P-484 | Hearing - Post Traumatic Stress Disorder (PTSD) and Personality Disorders: Challenges for the U.S. Department of Veterans Affaiirs, Testimony by Paul Sullivan (July 25, 2007) |
| P-485 | All VA Regional Offices and Centers Fast Letter 07-15 regarding Public Law 109-461, from Bradley Mayes (June 6, 2007) |
| P-486 | Richard Brassaw, Disability Happens: How & Where to Report VA Abuse and Fraud (March 24, 2008) |
| P-487 | Department of Veterans Affairs Office of Inspector General, Report No. -01-02124-71: Combined Assessment Program Review of the VA Regional Office (March 21, 2002) |
| P-488 | Excerpt from Task Force Report to the President, Returning Global War on Terror Heroes (April 19, 2007) |
| P-489 | Excerpt from Serve, Support, Simplify: Report of the President's Commission on Care for America's Returning Wounded Warriors-Subcommittee Reports & Survey Findings (July 2007) |
| P-490 | Monthly Performance Review - Board of Veterans' Appeals, Executive Summary, Resources (October 2005) |
| P-491 | Monthly Performance Review - Board of Veterans' Appeals, Executive Summary, Resources (October 2006) |
| P-492 | Monthly Performance Review - BVA Resources Summary (September 2007) |
| P-493 | Monthly Performance Review - BVA Resources Summary (January 2008) |
| P-494 | Spreadsheet showing performance at various locations, FY 2008 (September 2008) |
| P-495 | Spreadsheet showing Compensation and Pension Claims, FY 2007 |
| P-496 | Spreadsheet showing Average Days Pending, Rating-Related EPs, FY 2007 (March 2008) |
| P-497 | Spreadsheet showing RVSR Rating Production, FY 2007 (December 2006) |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-498 | Spreadsheet of VARO Perfomrance, Dashboard Definition, FY 2007 (March 12, 2007) |
| P-499 | Spreadsheet showing Eastern Area Performance, FY 2008 (March 2008) |
| P-1000 | Notes for Slides on Hiring Initiative |
| P-1001 | Notes for Slides on Resources Exceptions Continued |
| P-1002 | Veterans Benefits Administration Action Plan: Next 30-45 Days- Special Focus Areas , October 2007 MPR |
| P-1003 | Veterans Benefits Administration Action Plan: next 30-45 Days- Special Focus Areas, September 2007 MPR |
| P-1004 | Spreadsheet showing National Performance, FY 2006 |
| P-1005 | Spreadsheet showing National Monthly Rating Production, FY 2006 |
| P-1006 | Spreadsheet showing National Monthly Rating Production, FY 2007 |
| P-1007 | Spreadsheet showing rating data, EPs (January 2008) |
| P-1008 | Spreadsheet showing Pending Claims,Rating Related Data, FY 2007 |
| P-1009 | Spreadsheet showing Rating Receipts (FY00-FY08) |
| P-1010 | Spreadsheet showing performance at various locations, FY 2005 |
| P-1011 | Spreadsheet showing performance at various locations, FY 2008 |
| P-1012 | Spreadsheet showing performance at various locations, FY 2008 |
| P-1013 | Biographical information of Ronald B. Abrams |
| P-1014 | Veterans Benefit Administration (VBA) Information (April 10, 2008) |
| P-1015 | Curriculum Vitae of Professor William F. Fox |
| P-1016 | Curriculum Vitae of Ronald W. Maris, Ph.D. (January 2008) |
| P-1017 | Monday Morning Workload Report (For the Week of: March 29-April 3, 2004) |
| P-1018 | Monday Morning Workload Report (For the Week of: June 28 - July 3, 2004) |
| P-1019 | Monday Morning Workload Report (For the Week of October 4 - 9, 2004) |
| P-1020 | Monday Morning Workload Report (As of January 01, 2005) |
| P-1021 | Monday Morning Workload Report (For the Week December 29, 2003- January 2, 2004) |
| P-1022 | Monday Morning Workload Report (As of April 9, 2005) |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-1023 | Monday Morning Workload Report (As of July 5, 2005) |
| P-1024 | Monday Morning Workload Report (As of September 26, 2005) |
| P-1025 | Monday Morning Workload Report (As of December 31, 2005) |
| P-1026 | Monday Morning Workload Report (As of April 1, 2006) |
| P-1027 | Monday Morning Workload Report (As of July 3, 2006) |
| P-1028 | Monday Morning Workload Report (As of September 30, 2006) |
| P-1029 | Monday Morning Workload Report (As of December 30, 2006) |
| P-1030 | Monday Morning Workload Report As of March 31, 2007) |
| P-1031 | Monday Morning Workload Report (As of June 30, 2007) |
| P-1032 | Monday Morning Workload Report (As of September 29, 2007) |
| P-1033 | Monday Morning Workload Report (As of October 6, 2007) |
| P-1034 | Monday Morning Workload Report (As of October 13, 2007) |
| P-1035 | Monday Morning Workload Report (As of October 20, 2007) |
| P-1036 | Monday Morning Workload Report (As of October 27, 2007) |
| P-1037 | Monday Morning Workload Report (As of November 3, 2007) |
| P-1038 | Monday Morning Workload Report (As of November 10, 2007) |
| P-1039 | Monday Morning Workload Report (As of November 17, 2007) |
| P-1040 | Monday Morning Workload Report (As of November 24, 2007) |
| P-1041 | Monday Morning Workload Report (As of December 1, 2007) |
| P-1042 | Monday Morning Workload Report (As of December 8, 2007) |
| P-1043 | Monday Morning Workload Report (As of December 15, 2007) |
| P-1044 | Monday Morning Workload Report (As of December 29, 2007) |
| P-1045 | Monday Morning Workload Report (As of January 5, 2008) |
| P-1046 | Monday Morning Workload Report (As of January 12, 2008) |
| P-1047 | Monday Morning Workload Report (As of January 19, 2008) |
| P-1048 | Monday Morning Workload Report (As of January 26, 2008) |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-1049 | Monday Morning Workload Report (As of February 2, 2008) |
| P-1050 | Monday Morning Workload Report (As of February 9, 2008) |
| P-1051 | Monday Morning Workload Report (As of February 16, 2008) |
| P-1052 | Monday Morning Workload Report (As of February 22, 2008) |
| P-1053 | Monday Morning Workload Report (As of March 1, 2008) |
| P-1054 | Monday Morning Workload Report (As of March 8, 2008) |
| P-1055 | Monday Morning Workload Report (As of March 22, 2008) |
| P-1056 | Monday Morning Workload Report (As of March 29, 2008) |
| P-1057 | Monday Morning Workload Report (As of April 5, 2008) |
| P-1058 | Monday Morning Workload Report (As of April 12, 2008) |
| P-1059 | Compilation of Veterans United for Truth members regarding PTSD and/or mental health claims and/or issues |
| P-1060 | CPI Team Supervisory Veterans Service Representative |
| P-1061 | David Osborne, "Government Executive: Paying for Results" (Feb. 1, 2001) |
| P-1062 | Department of Veterans Affairs Office of Inspector General, Report No. 03-00871-84: Combined Assessment Program Review of the VA Regional Office Atlanta, Georgia (April 24, 2003) |
| P-1063 | Department of Veterans Affairs Office of the Inspector General, Report No. 04-00947-137: Combined Assessment Program Review of the VA Regional Office Winston-Salem, North Carolina (April 27, 2004) |
| P-1064 | Statement of Bradley Mayes(Nov. 12, 2007) |
| P-1065 | Veterans for Common Sense Brochure |
| P-1066 | VCS: Our Mission and Goals for 2008 |
| P-1067 | Membership lists & emails from members of Veterans for Common Sense |
| P-1068 | Emails from members of Veterans United for Truth |
| P-1069 | Veterans' Application for Compensation and/or Pension VA Form 21-526 Parts A, B, C &D (January 2004) |
| P-1070 | VA Facility Specific OIF/OEF Veterans Coded with Potential Post Traumatic Stress Disorder (PTSD) Through 4th Qt FY 2007 |
| P-1071 | Study of Han Kang on OEF/OIF Veterans Suicides |
| P-1073 | VHA Directive 2005-055: Implementation of the National Clinical Reminder For Afghan and Iraq Post-Deplyment Screening (Dec. 1, 2005) |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-1074 | Statement of William F. Feeley, MSW, FACHE, Deputy Undersecretary for Health for Operations and Management Department of Veterans Affairs Before the Subcommittee on Oversight and Investigations (April 19, 2007) |
| P-1075 | Hopkins, Stella & Adams, Chris "VA Overstates record on wait times for appointments, report finds" (June 14, 2007) |
| P-1076 | Memorandum from Deputy Undersecretary for Health for Operations and Management to Network Directors and Medical Center Directors regarding Suicide Prevention Awareness Materials (Dec. 7, 2007) |
| P-1077 | Department of Veterans Affairs Report to Congress, Public Law 110-110 regarding the Comprehensive Program for Suicide Prevention Among Veterans(Feb. 2008) |
| P-1078 | Operation SAVE Guide Training-Community Edition Script |
| P-1079 | VHA Directive 2006-057: VHA Clinical Appeals(Oct. 16, 2006) |
| P-1080 | VHA Directive 2007-033: Telephone Service for Clinical Care (Oct.11, 2007) |
| P-1081 | VHA Directive 2006-028: Process for Ensuring Timely Access to Outpatient Clinical Care(May 8, 2006) |
| P-1082 | Powerpoint Presentation: Office of Mental Health Services, by Ira R. Katz, MD, PhD and Antonette Zeiss, PhD |
| P-1083 | Report to the Committee on Veterans Affairs of the House of Representatives and the Senate on waiting times for appointments for specialty care(March 21, 2006) |
| P-1084 | VHA Schedulers Training Outline |
| P-1085 | Excerpts from Department of Veterans Affairs FY2005 Annual Performance and Accountability Report (Nov. 15, 2005) |
| P-1086 | GAO Report: Further Changes in VBA's Field Office Structure Could Help Improve Disabiltiy Claims Processing (Dec. 9, 2005) |
| P-1087 | Report of the Chairman Board of Veterans' Appeals Fiscal Year 2005 (Jan. 31, 2006) |
| P-1088 | Excerpts from Veterans Benefits Administration, Annual Benefits Report Fiscal Year 2006 |
| P-1089 | United States Court of Appeals for the Federal Circuit, Spreadsheet showing Median Time to Disposition in Cases Terminated after Hearing or Submission |
| P-1090 | GAO-02-806 Veterans' Benefits: Quality Assurance for Disability Claims and Appeals Processing Can Be Further Improved |
| P-1091 | United States Court of Appeals for the Federal Circuit: Appeals Filed, by Category, FY 2007 |
| P-1092 | United States Court of Appeals for the Federal Circuit: Adjudications by Merits Panels, by Category, FY 2007 |
| P-1093 | United States of Appeals for the Federal Circuit: Appeals Filed and Adjudicated, by Category, FY 2007 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-1094 | GAO-07-906R GAO Findings and Recommendations Regarding DOD and VA Disability Systems |
| P-1095 | GAO-07-1256T DOD and VA Preliminary Observations on Efforts to Improve Health Care and Disability Evaluations for Returning Servicemembers |
| P-1096 | Table B-8: U.S. Court of Appeals for the Federal Circuit -- Appeals Filed, Terminated, and Pending During the Twelve-Month Period Ended September 30, 2007 |
| P-1097 | United States of Appeals for Veterans Claims: Annual Reports |
| P-1098 | Department of Veterans Affairs: Strategic Goals (February 2008) |
| P-1099 | GAO-08-473T Veterans' Disability Benefits: Claims Processing Challenges Persist, while VA Continues to Take Steps to Address Them |
| P-1100 | GAO-08-514T DOD and VA: Preliminary Observations on Efforts to Improve Care Management and Disability Evaluations for Servicemembers |
| P-1101 | State of Court, Chief Judge Frank Q. Nebeier, State of the Court for Presentation to the United States Court of Veterans Appeals Third Judicial Conference(Oct. 17-18, 1994) |
| P-1102 | Public Law 105-368: Veterans Program Enhancement Act of 1998 (Nov. 11, 1998) |
| P-1103 | VA Facilities Specific OIF/OEF Veterans Coded with Potential PTSD Through 2nd Qt FY 2007 |
| P-1105 | Hearing Before the Committee on Veterans Affairs regarding the Nomination of Michael J. Kussman, M.D. To Be Under Secretary for Health, Department of Veterans Affairs (May 16, 2007) |
| P-1106 | Statement of Michael J. Kussman, MD, MS, MACP, Before the Senate Committee on Veterans' Affairs (Oct. 23, 2007) |
| P-1107 | Hearing Before the Subcommittee on Health of the Committee on Veterans' Affairs regarding Safeguarding Veterans' Medical Information Within the Veterans Health Administration (June 21, 2006) |
| P-1108 | Hearing Before the Committee on Veterans' Affairs regarding Access to VA Health Care and Benefits in Hawaii (Aug. 21, 2007; Aug. 23, 2007; Aug. 27, 2007) |
| P-1109 | Hearing Before the Committee on Veterans' Affairs regarding Health Care Legislature Initiatives Currently Pending Before the U.S. Senate Committee on Veterans' Affairs (May 11, 2006) |
| P-1110 | Under Secretary for Health's Information Letter: Antidepressants and Suicidality (Sept. 21, 2007) |
| P-1111 | Under Secretary for Health's Information Letter: New JCAHO Performance Requirement for Mitigating the Risk of Suicide (Dec. 11, 2006) |
| P-1112 | Hearing Before the Committee on Veterans' Affairs re: DOD/VA Collaboration and Cooperation to Meet the Health Care Needs of Returning Servicemembers |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-1113 | Under Secretary for Health's Information Letter: New JCAHO Performance Requirement for Mitigating the Risk of Suicide |
| P-1114 | DRAFT: Summit on Mental Health |
| P-1115 | Memorandum from Undersecretary for Health regarding GAO Final Report: VA Health Care Spending for Mental Health Strategic Plan was Substantially Less than Planned (Jan 22, 207) |
| P-1116 | VHA Directive 2006-051: Standards for Nomenclature and Operations in VHA Facility Emergency Departments (Sept. 15, 2006) |
| P-1117 | VHA Handbook 1010.04: Transition Assistance and Case Management of Operation Iraqi Freedom (OIF) and Operation Enduring Freedom (OEF) Veterans |
| P-1118 | VHA Directive 2007-033: Telephone Service for Clinical Care (Oct.11, 2007) |
| P-1119 | VHA Handbook 1601A.01: Intake Registration (Aug. 14, 2006) |
| P-1120 | Talking Points: Serious Mental Illness Committee Meeting (June 2006) |
| P-1121 | Email from Viveca Wright to VISN Support Team 3 re: Forward for Dr. Kussman(Fe. 12, 2008) |
| P-1122 | Email from Ann Patterson to Ev Chasen re: Statement to media re Veteran Suicides(Jan. 29 - 31, 2008) |
| P-1123 | Article: Glendinning, The Battle at Home: Struggling for VA Health Care Access" |
| P-1124 | Capitol Hill Hearing Testimony: Statement of Fred Frese |
| P-1125 | FORUM: PTSD as Metaphor |
| P-1126 | McClatchy Washington Bureau: VA studies: PTSD care inconsistent |
| P-1127 | Military.com: Disability Claim Surge Strains VA |
| P-1128 | Army Times: VA official at odds with mental health proposals |
| P-1129 | Special Medical Advisory Group Minutes |
| P-1130 | Testimony of Dr. Susan H. Mather |
| P-1131 | Compensation and Pension Benefit Activity Among 406,410 Veterans Deployed to the Global War on Terror |
| P-1132 | Veterans Benefits Administration, Overall Claim Activity Among 406,410 Deployed GWOT Veterans, March 2005 - July 2005 |
| P-1133 | Veterans Benefits Administration, Status of 1,126,00 Deployed GWOT Service Members, As of July 2005 |
| P-1134 | Veterans Benefits Administration, Claims Filed Among GWOT Veterans, Comparison of Active Duty with Activated Reservists |
| P-1135 | Veterans Benefits Administration, Mental Health Claims Processed Among GWOT Veterans, Comparison of Active Duty with Activated Reservists |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-1136 | Veterans Benefits Administration, PTSD Claims Processed Among GWOT Veterans, Comparison of Active Duty with Activated Reservists |
| P-1137 | Email from Paul Sullivan to Susan Perez re: Meeting with Ruth, Jack, Paul on CTS & DOD data |
| P-1138 | Veterans Benefits Administration, Briefing Agenda for Associate Deputy Under Secretary For Policy and Program Management |
| P-1139 | Department of Veterans Affairs, Gulf War Veterans Information System, May 2005 |
| P-1140 | Veterans Benefits Administration, Unique Gulf War Veterans Service-Connected for ALS |
| P-1141 | OEF/OIF Populations |
| P-1142 | Introduction to the Contingency Tracking System (CTS) |
| P-1143 | Service Member Information -- Thomas Jefferson Sample Report |
| P-1144 | Emails of Paul Sullivan regarding OEF/OIF Reporting Requirements -- EDMS |
| P-1145 | Veterans Benefits Administration, Grant and Denial Percentage Rages for PTSD (DC 9411) Among Deployed OEF-OIF Veterans as of May 2005 (Draft) |
| P-1146 | VA-DoD Joint Working Group, Proposed Definitions for Current Military Operations |
| P-1147 | Memorandum of Understanding Between The Department of Defense and the Department of Veterans Affairs |
| P-1148 | Memorandum of Understanding Between The Department of Defense and the Department of Veterans Affairs (Final EDMS 262880) |
| P-1149 | Department of Veteran Affairs, Afghanistan War Veterans Information System (AWVIS) |
| P-1150 | Afghanistan War Veterans Information System (AWVIS), Project Management Plan, Version 3.0 (Draft) |
| P-1151 | Gulf, Afghanistan, and Iraq War Benefit Activity Report (BAR) |
| P-1152 | 05-178 Project Request, VAEDMS, Correspondence Issues Management System Routing Slip |
| P-1153 | Letter from Honorable Lane Evans to Honorable Daniel Cooper regarding Gulf War Information System |
| P-1154 | Letter from Honorable Daniel Cooper to Honorable Lane Evans regarding OEF/OIF Veterans Request |
| P-1155 | VA Requires Data on All Service Members and Veterans with Military Service on or After September 11, 2001 |
| P-1156 | Project Charter, Benefit Activity Report (BAR) Project |
| P-1157 | Email from Paul Sullivan to Danita Cohen regarding BAR Project Charter 05-178 05-083 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-1158 | Project Charter, Benefit Activity Report |
| P-1159 | BAR Dummy Reports |
| P-1160 | VSR Performance Plan |
| P-1161 | Position description VSR GS-996-11 under CPI |
| P-1162 | Position Description VSR gs-996-10 under CPI |
| P-1163 | Veterans Service Center Manager duties |
| P-1164 | Supervisory VSR GS-996-14 duties |
| P-1165 | Position Description (combined) DRO gs-930-13 |
| P-1166 | Position Description VSR (rating) RVSR gs-996-12 |
| P-1167 | National Performance Plan Journey-level rvsr |
| P-1168 | National performance plan VSR |
| P-1169 | Performance Plan DRO |
| P-1170 | Various BVA Memoranda |
| P-1171 | How Do I Appeal? |
| P-1172 | FY 2004 Performance and Accountability Report |
| P-1173 | VBA Compensation and Pension Benefit Activity Among Veterans Deployed on GWOT |
| P-1174 | Form VA9 Appeal to BVA |
| P-1175 | VA Benefits Activity, Veterans Deployed to the GWOT (produced version) |
| P-1176 | Time period for new MH patients |
| P-1177 | FY 2007 and 2008 Statistics |
| P-1178 | Number of Patient Appointments and Average Patient wait times |
| P-1179 | Number of Suicides Among VA Users, FY 01-05 |
| P-1180 | OMHS Suicide Study - tables and graphs |
| P-1181 | data brief: suicide mortality among veterans receiving services in the VHA |
| P-1182 | FY 2008 Mental Health 14 Day Follow-Up Monitor Fact Sheet |
| P-1183 | Katz Suicide Study |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-1184 | FEOS program staff observation report |
| P-1185 | Feeley Memo re: FEOS program |
| P-1186 | Frank Q. Nebeker, "State of the Court Presentation to the US Court of Veterans Appeals" |
| P-1187 | Fast Letter 08-08 re: Additional Guidance on PTSD |
| P-1188 | Hearing to Receive the Report of the VA Claims Processing Task Force (Cooper Report) |
| P-1189 | VA Watchdog.org: New VA Policy Could Change, Large Retroactive Awards |
| P-1190 | VA Watchdog.org: Vets' Attorneys Protest VA's "Extraordinary Awards" Review Process |
| P-1191 | Rand Corporation study re OIE/OEF veterans |
| P-1192 | Biography of Richard Weidman |
| P-1193 | Statement of James P. Terry, Chairman, BVA Before the Committee on Veterans' Affairs US Senate (7/13/06) |
| P-1194 | Statement of Honorable William P. Greene Jr., Chief Judge US Court of Appeals for Veterans Claims For Submission to the US Senate Committee on Veterans's Affairs (7/13/06) |
| P-1195 | Statement of Jack McCoy Associate Deputy Under Secretary for Benefits for Policy and Program Management, VA Before the House Committee on Veterans' Affairs Subcommittee on Disability Assistance and Memorial Affairs (7/19/06) |
| P-1196 | Statement of Honorable Daniel L. Cooper Under Secretary for Benefits Department of Veterans Affairs Before the Subcommittee on Disability Assistance and memorial affairs House Committee on Veterans' Affairs (2/16/06) |
| P-1197 | Statement of James P. Terry, Chairman, BVA Before theSubcommittee on Disability Assistance and Memorial Affairs, Committee on Veterans' Affairs US House of Representatives (2/16/06) |
| P-1198 | GAO-07-512T: Veterans' Disability Benefits - Long-Standing Claims Processing Challenges Persist |
| P-1199 | Statement of Daniel L. Cooper Under Secretary for Benefits Department of Veterans Affairs Before the Senate Committee on Veterans' Affairs (3/7/07) |
| P-1200 | Statement of James P. Terry, Chairman, BVA, Before the Committee on Veterans' Affairs US Senate (3/17/07) |
| P-1201 | Statement of Ronald R. Aument Deputy Under Secretary for Benefits, VA, Before the House Veterans Affairs Subcommittee on Disability Assistance and Memorial Affairs (3/13/07) |
| P-1202 | Statement of Diana Rubens, Director, Western Area, Veterans Benefits Administration, VA Before the Senate Committee on Veterans' Affairs Field Hearing Oahu, Hawaii (1/13/06) |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-1203 | Statement of Daniel L. Cooper Under Secretary for Benefits, VA Before the HVAC Subcommittee on Disability Assistance and Memorial Affairs (11/3/05) |
| P-1204 | Statement by Ronald R. Aument, Deputy Under Secretary for Benefits Department of Veterans Affairs Before the House Committee on Veterans' Affairs (12/7/05) |
| P-1205 | Statement of James P. Terry, Chairman, BVA, Before the Committee on Veterans' Affairs US House of Representatives (12/7/2005) |
| P-1206 | Statement of Steven H. Brown, MD, Director, Compensation and Pension Examination Program, VA, on VHA Compensation and Pension Exam VariabilityBefore the HVAC Subcommittee on Disability Assistance and Mermorial Affairs US House of Representatives (10/20/05) |
| P-1207 | Statement of Daniel L. Cooper, Under Secretary for Benefits, VA, Before the Senate Committeee on Veterans' Affairs (6/23/05) |
| P-1208 | Statement of Ronald Aument Deputy Under Secretary for Benefits, Veterans Benefits Administration, Dept of Veterans Affairs Before the Senate Veterans' Affairs Committee Chicago, IL field hearing |
| P-1209 | Statement of James P. Terry Before the Committee on Veterans Affairs United States Senate (07/14/05) |
| P-1210 | Statement of Daniel L. Cooper Under Secretary for Benefits Department of Veterans Affairs before the Vetterans' Disability Benefits Commission (7/22/05) |
| P-1211 | GAO Report - Testimony before the Subcommittee on Disability Assistance and Memorial Affairs, Titled, "Veterans' Disability Benefits: Processing of Claims Continues to Present Challenges." (Mar. 13, 2007) |
| P-1212 | Statement of Michael Walcoff Before the House Veterans' Affairs Subcommittee on Disability Assistance and Memorial Affairs Examining The VA Claims Processing System (Feb. 14, 2008) |
| P-1213 | Statement of Bradley G. Mayes Before the House Veterans' Affairs Subcommittee on Disability Assistance and Memorial Affairs (Feb. 26, 2008) |
| P-1214 | House Committee on Veterans' Affairs, Testimony By Bradley G. Mayes re: "Veterans Disability Benefits Claims Modernization Act of 2008." |
| P-1215 | Confirmation Hearing Statement - Peake |
| P-1216 | Testimony of the Honorable William P. Greene, Jr., Chief Judge, U.S. Court of Appeals for Veterans Claims |
| P-1217 | Statement of Michael Walcoff Before the House Veterans' Affairs Subcommittee on Disability Assistance and Memorial Affairs: Personal Cost of the Claims Backlog (Oct. 9, 2007) |
| P-1218 | Statement of Michael Walcoff Before the House Veterans' Affairs Subcommittee on Disability Assistance and Memorial Affairs, U.S. House of Representatives (May 5, 2005) |
| P-1219 | Statement of Daniel L. Cooper Under Secretary for Benefites Dept. of Veterans' Affairs before the Senate Veterans Affairs Committee (May 26, 2005) |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-1220 | Statement of Ronald R. Aument Before the House Veterans' Affairs Subcommittee on Disability Assistance and Memorial Affairs, House Committee on Veterans' Affairs (Oct. 20, 2005) |
| P-1221 | Statement of Daniel L. Cooper Under Secretary for Benefites Dept. of Veterans' Affairs before the Senate Veterans Affairs Committee (May 27, 2005) |
| P-1222 | Statement of Diana M. Rubins, Before the Senate Veterans Affairs Committee Field Hearing (Aug. 1, 2005) |
| P-1223 | Statement of Daniel L. Cooper Under Secretary for Benefites Dept. of Veterans' Affairs before the House Appropriations Subcommittee on Military Construction, Veterans Affairs and Related Agencies (Mar. 13, 2007) |
| P-1224 | Statement of Daniel L. Cooper Under Secretary for Benefites Dept. of Veterans' Affairs, Joint Hearing before the Senate Veterans Affairs and the Senate Committee on Armed Forces (Apr. 12, 2007) |
| P-1225 | Statement of James P. Terry, Chairman, Board of Veterans' Appeals, Before the Subcommittee on disability Assistance and Memorial Affairs, Committee on Veterans' Affairs, United States House of Representatives (May 22, 2007) |
| P-1226 | House Committee on Veterans' Affairs, Testimony By The Honorable William P. Greene, Jr., Chief Judge, U.S. Court of Appeals for Veterans Claims |
| P-1227 | State of the Court of Appeals for the Federal Circuit, Update by Chief Judge Paul R. Michel, Cambridge, MD |
| P-1228 | Statement of James P. Terry, Chairman, Board of Veterans' Appeals, Before the Subcommittee on Disability Assistance and Memorial Affairs, Committee on Veterans' Affairs, United States House of Representatives (Sept. 25, 2007) |
| P-1229 | Statement of Michael Walcoff, Before the Subcommittee on Disability Assistance and Memorial Affairs, Committee on Veterans' Affairs, United States House of Representatives (Sept. 13, 2006) |
| P-1230 | Battling the Backlog Part II: Challenges Facing the US Court of Appeals for Veterans Claims; Hearing Before the Committee on Veterans' Affairs US Senate (7/13/06) |
| P-1231 | The Impact of OIF/OEF on the US Department of Veterans Affairs Claims Process; Hearing Before the Subcommittee on Disability Assistance and Memorial Affairs(3/13/07) |
| P-1232 | The Challenges Facing the US Court of Appeals for Veterans Claims; Hearing Before the Subcommittee on Disability Assistance and Memorial Affairs |
| P-1233 | Testimony by the Honorable James B. Peake, MD (VA Budget Request for FY 2009) |
| P-1234 | Testimony by Peter Dougherty (Ending Homelessness for our Nation's Veterans) |
| P-1235 | Oversight Hearing on the Training Provided to VBA Claims Adjudicators and the Standards used to Measure their Proficiency and Performance (Hearing Before the Committee on Veterans' Affairs House of Representative) |
| P-1236 | Interim Development Text for Requesting Unit History Records (FL08-08E) |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Exhibit Number | Description |
|---|---|
| P-1237 | Aguayo-Pereles email to members re: "Home-stretch" |
| P-1238 | Cohen email to members re: "Oh Happy Day" |
| P-1239 | Suicide Risk Assessment Guide Reference Manual |
| P-1240 | Suicide Risk Assessment |
| P-1241 | Article by Desai, R. & Rosenheck R. "Mental Health Service Delivery and Suicide Risk: The Role of Individual Patient and Facility Factors" |
| P-1242 | Veterans Benefits Excerpts from Administration Annual Benefits Report Fiscal Year 2005 |