*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

## ATTACHMENT "B"
## PLAINTIFFS' DEPOSITION DESIGNATIONS

| DEPONENT<br>Ronald R. Aument<br>April 3, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 9:21 | 9:24 |
| | 10:21 | 11:5 |
| | 18:18 | 19:21 |
| | 20:9 | 20:18 |
| | 21:7 | 21:12 |
| | 21:14 | 22:25 |
| | 25:23 | 26:8 |
| | 27:7 | 27:13 |
| | 27:16 | 27:18 |
| | 28:6 | 29:19 |
| | 30:5 | 31:7 |
| | 34:17 | 35:16 |
| | 35:23 | 36:6 |
| | 36:13 | 36:19 |
| | 37:1 | 37:16 |
| | 40:1 | 40:17 |
| | 41:16 | 41:21 |
| | 42:12 | 42:19 |
| | 42:25 | 43:3 |
| | 43:5 | 43:6 |
| | 43:11 | 43:17 |
| | 43:25 | 44:11 |
| | 45:23 | 47:4 |
| | 52:1 | 53:11 |
| | 54:1 | 54:9 |
| | 54:16 | 55:10 |
| | 56:19 | 58:15 |
| | 59:16 | 59:21 |
| | 60:10 | 60:24 |
| | 70:17 | 71:11 |
| | 71:17 | 72:14 |
| | 73:10 | 73:19 |
| | 74:18 | 75:13 |
| | 76:3 | 76:9 |
| | 76:13 | 76:22 |
| | 77:3 | 77:6 |
| | 77:11 | 79:11 |
| | 79:24 | 80:8 |
| | 81:20 | 82:10 |
| | 82:13 | 82:13 |
| | 82:23 | 83:9 |
| | 83:13 | 84:21 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| DEPONENT<br>Ronald R. Aument<br>April 3, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 85:15 | 86:6 |
| | 86:21 | 87:13 |
| | 88:2 | 89:12 |
| | 93:8 | 93:23 |
| | 94:14 | 94:22 |
| | 95:3 | 95:3 |
| | 95:6 | 95:17 |
| | 110:11 | 111:13 |
| | 118:22 | 120:2 |
| | 120:7 | 120:22 |
| | 140:12 | 141:25 |
| | 142:6 | 142:15 |
| | 142:17 | 142:18 |
| | 142:23 | 143:14 |
| | 145:25 | 146:7 |
| | 146:11 | 146:16 |
| | 146:24 | 147:9 |
| | 147:12 | 149:1 |
| | 153:14 | 153:21 |
| | 154:12 | 155:8 |
| | 157:12 | 160:1 |
| | 161:1 | 161:23 |
| | 166:12 | 166:15 |
| | 166:19 | 167:5 |
| | 169:2 | 170:11 |
| | 172:4 | 174:12 |
| | 175:2 | 176:21 |
| | 177:19 | 178:4 |
| | 179:2 | 180:1 |
| | 191:2 | 192:8 |
| | 192:16 | 192:19 |
| | 192:24 | 194:22 |
| | 205:10 | 205:25 |
| | 206:12 | 206:17 |
| | 206:21 | 207:8 |
| | 211:10 | 212:7 |
| | 213:8 | 213:24 |
| | 220:6 | 220:13 |
| | 220:25 | 222:5 |
| | 225:5 | 225:21 |
| | 226:6 | 226:21 |
| | 227:22 | 229:12 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| DEPONENT<br>**Daniel L. Cooper**<br>**April 10, 2008** | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| DEPONENT<br>**William F. Feeley**<br>**April 9, 2008** | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| DEPONENT<br>**Bradley Mayes**<br>**April 7, 2008** | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 10:11 | 12:5 |
| | 17:16 | 22:24 |
| | 23:21 | 25:22 |
| | 26:9 | 26:18 |
| | 26:22 | 27:6 |
| | 35:11 | 36:19 |
| | 39:4 | 39:18 |
| | 40:6 | 40:11 |
| | 42:6 | 45:2 |
| | 45:15 | 48:20 |
| | 49:4 | 50:6 |
| | 50:17 | 51:16 |
| | 53:17 | 53:23 |
| | 54:12 | 56:6 |
| | 57:4 | 57:10 |
| | 58:1 | 58:3 |
| | 58:11 | 58:18 |
| | 59:4 | 60:5 |
| | 60:21 | 61:15 |
| | 62:4 | 64:5 |
| | 65:11 | 69:11 |
| | 70:2 | 71:1 |
| | 71:17 | 78:20 |
| | 79:9 | 80:24 |
| | 81:8 | 82:6 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| DEPONENT<br>**Bradley Mayes**<br>**April 7, 2008** | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 82:19 | 83:3 |
| | 83:24 | 84:24 |
| | 85:2 | 85:14 |
| | 86:12 | 87:14 |
| | 88:5 | 88:25 |
| | 90:25 | 91:22 |
| | 94:11 | 97:7 |
| | 100:10 | 104:6 |
| | 105:3 | 105:5 |
| | 109:1 | 110:21 |
| | 111:7 | 111:20 |
| | 112:4 | 118:24 |
| | 119:14 | 121:21 |
| | 123:6 | 123:16 |
| | 124:4 | 126:18 |
| | 127:14 | 127:20 |
| | 128:5 | 129:3 |
| | 130:15 | 130:19 |
| | 131:3 | 132:10 |
| | 132:17 | 132:23 |
| | 133:11 | 133:13 |
| | 133:22 | 134:16 |
| | 135:5 | 137:24 |
| | 138:16 | 142:11 |
| | 143:19 | 144:8 |
| | 145:13 | 150:25 |
| | 153:8 | 154:19 |
| | 155:6 | 157:18 |
| | 158:5 | 160:23 |
| | 166:4 | 172:17 |
| | 172:19 | 179:16 |
| | 180:17 | 182:4 |
| | 186:12 | 188:14 |
| | 188:18 | 190:3 |
| | 192:15 | 194:5 |
| | 194:13 | 194:24 |
| | 198:3 | 198:16 |
| | 199:15 | 200:25 |
| | 201:20 | 210:21 |
| | 211:19 | 219:16 |
| | 220:3 | 232:15 |
| | 233:19 | 233:22 |
| | 235:1 | 244:2 |
| | 244:19 | 254:25 |
| | 255:21 | 277:15 |
| | 278:8 | 280:4 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| DEPONENT<br>Bradley Mayes<br>April 7, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 281:6 | 282:21 |
| | 285:2 | 285:14 |
| | 285:16 | 287:17 |
| | 288:2 | 290:5 |
| | 290:17 | 291:1 |
| | 293:13 | 294:18 |
| | 295:5 | 296:16 |
| | 297:20 | 298:10 |
| | 299:7 | 301:3 |
| | 301:21 | 301:23 |
| | 303:21 | 304:20 |
| | 307:12 | 307:23 |
| | 308:7 | 311:19 |
| | 312:4 | 315:10 |
| | 317:2 | 320:2 |
| | 320:17 | 323:11 |
| | 325:17 | 327:24 |
| | 328:19 | 330:15 |
| | 331:9 | 333:24 |
| | 334:12 | 342:15 |
| | 343:18 | 345:18 |
| | 347:14 | 347:21 |
| | 348:3 | 348:25 |
| | 349:24 | 351:5 |
| | 356:7 | 358:25 |
| | 360:6 | 362:20 |
| | 371:7 | 373:3 |
| | 375:5 | 377:7 |

| DEPONENT<br>Jack McCoy<br>April 2, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 6:24 | 7:23 |
| | 8:5 | 8:15 |
| | 8:20 | 9:2 |
| | 10:7 | 10:13 |
| | 12:7 | 12:11 |
| | 12:23 | 13:5 |
| | 14:6 | 14:13 |
| | 17:17 | 17:18 |
| | 24:21 | 25:11 |
| | 27:15 | 27:22 |
| | 37:7 | 37:13 |
| | 40:18 | 41:4 |
| | 46:18 | 46:22 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| DEPONENT<br>Jack McCoy<br>April 2, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 71:4 | 71:4 |
| | 71:20 | 72:1 |
| | 77:9 | 77:9 |
| | 102:13 | 102:20 |
| | 109:14 | 110:3 |
| | 110:19 | 111:17 |
| | 113:5 | 113:24 |
| | 114:3 | 114:18 |
| | 126:22 | 129:14 |
| | 130:15 | 133:14 |
| | 144:10 | 145:6 |
| | 146:4 | 146:14 |
| | 148:3 | 149:2 |
| | 150:6 | 150:12 |
| | 152:2 | 152:16 |
| | 155:14 | 155:18 |
| | 157:2 | 157:6 |
| | 159:21 | 161:4 |
| | 162:5 | 162:14 |
| | 163:17 | 163:25 |
| | 164:3 | 164:12 |
| | 165:12 | 166:22 |
| | 167:7 | 168:1 |
| | 169:5 | 170:2 |
| | 171:19 | 172:19 |
| | 172:24 | 173:5 |
| | 175:6 | 175:19 |
| | 177:15 | 178:3 |
| | 178:15 | 179:11 |
| | 183:17 | 184:6 |
| | 184:10 | 184:13 |
| | 184:17 | 185:5 |
| | 185:15 | 186:9 |
| | 186:12 | 186:12 |
| | 186:22 | 188:22 |
| | 189:6 | 189:10 |
| | 189:14 | 189:21 |
| | 189:25 | 190:1 |
| | 193:7 | 198:6 |
| | 198:21 | 199:9 |
| | 199:15 | 201:7 |
| | 204:18 | 205:22 |
| | 206:4 | 206:25 |
| | 207:8 | 207:14 |
| | 208:5 | 208:17 |
| | 209:7 | 209:25 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| DEPONENT<br>Jack McCoy<br>April 2, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 211:3 | 211:15 |
| | 212:4 | 212:15 |
| | 212:19 | 213:12 |
| | 213:21 | 216:22 |
| | 218:1 | 218:9 |
| | 219:15 | 219:21 |
| | 233:1 | 234:7 |
| | 237:22 | 238:18 |
| | 240:22 | 242:7 |
| | 245:11 | 245:16 |
| | 247:12 | 248:6 |
| | 249:4 | 250:3 |
| | 258:14 | 259:19 |

| DEPONENT<br>Frances Murphy, M.D.<br>April 7, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 21:10 | 22:22 |
| | 24:13 | 26:3 |
| | 29:14 | 29:18 |
| | 31:18 | 33:13 |
| | 35:7 | 37:15 |
| | 68:8 | 69:17 |
| | 102:16 | 104:6 |
| | 107:16 | 107:17 |
| | 108:13 | 108:23 |
| | 110:3 | 110:9 |
| | 117:16 | 118:17 |
| | 121:22 | 122:15 |
| | 123:17 | 124:1 |
| | 138:2 | 139:8 |
| | 140:7 | 140:18 |
| | 141:4 | 142:9 |
| | 164:10 | 165:15 |
| | 190:10 | 191:24 |
| | 194:2 | 196:22 |
| | 224:24 | 225:17 |
| | 241:17 | 242:1 |

| DEPONENT<br>Marcus Nemuth, M.D.<br>March 25, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 7:8 | 7:13 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| DEPONENT<br>Marcus Nemuth, M.D.<br>March 25, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 14:5 | 14:22 |
| | 28:8 | 32:8 |
| | 34:7 | 34:23 |
| | 36:5 | 37:7 |
| | 38:11 | 39:6 |
| | 42:2 | 43:8 |
| | 46:1 | 46:6 |
| | 49:11 | 49:22 |
| | 50:24 | 51:3 |
| | 51:19 | 51:22 |
| | 52:3 | 52:25 |
| | 55:11 | 56:15 |
| | 57:1 | 57:17 |
| | 58:12 | 58:21 |
| | 77:13 | 77:20 |
| | 88:18 | 89:9 |
| | 89:25 | 90:25 |
| | 92:21 | 96:21 |
| | 101:18 | 101:21 |
| | 111:24 | 112:3 |
| | 112:21 | 114:4 |

| DEPONENT<br>Thomas J. Pamperin<br>April 8, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 11:18 | 11:23 |
| | 12:1 | 13:19 |
| | 14:2 | 14:6 |
| | 14:11 | 14:24 |
| | 19:9 | 20:8 |
| | 27:9 | 28:20 |
| | 38:8 | 39:5 |
| | 40:10 | 41:13 |
| | 45:8 | 47:9 |
| | 48:7 | 49:9 |
| | 50:2 | 52:2 |
| | 52:21 | 52:24 |
| | 53:23 | 54:17 |
| | 55:4 | 57:16 |
| | 60:7 | 60:14 |
| | 61:10 | 62:3 |
| | 62:7 | 62:20 |
| | 63:3 | 68:14 |
| | 70:14 | 71:17 |
| | 73:2 | 74:15 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| DEPONENT<br>Thomas J. Pamperin<br>April 8, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 76:8 | 76:25 |
| | 79:4 | 79:5 |
| | 80:18 | 81:11 |
| | 82:1 | 83:19 |
| | 85:5 | 85:10 |
| | 87:13 | 90:15 |
| | 91:6 | 92:18 |
| | 93:6 | 93:15 |
| | 94:13 | 95:8 |
| | 99:2 | 99:16 |
| | 101:17 | 102:14 |
| | 103:3 | 103:20 |
| | 103:24 | 104:22 |
| | 109:7 | 111:23 |
| | 114:12 | 115:24 |
| | 116:7 | 116:23 |
| | 126:6 | 131:2 |
| | 131:13 | 133:24 |
| | 134:4 | 135:5 |
| | 137:17 | 138:23 |
| | 145:18 | 146:5 |
| | 146:13 | 146:23 |
| | 147:17 | 147:23 |
| | 148:7 | 148:13 |
| | 148:20 | 153:7 |
| | 153:13 | 154:3 |
| | 154:10 | 155:8 |
| | 159:1 | 159:12 |
| | 160:17 | 161:8 |
| | 162:8 | 162:25 |
| | 163:12 | 163:15 |
| | 164:20 | 165:7 |
| | 166:22 | 167:17 |
| | 169:3 | 170:8 |
| | 171:16 | 173:4 |
| | 178:6 | 178:22 |
| | 181:19 | 182:1 |
| | 182:21 | 183:25 |
| | 185:13 | 183:25 |
| | 189:8 | 190:3 |
| | 190:14 | 191:6 |
| | 192:20 | 193:3 |
| | 193:10 | 194:4 |
| | 195:24 | 197:12 |
| | 199:16 | 199:21 |
| | 200:2 | 200:22 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| DEPONENT<br>Thomas J. Pamperin<br>April 8, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 201:23 | 202:13 |
| | 203:2 | 203:7 |
| | 204:5 | 205:1 |
| | 210:20 | 211:16 |
| | 215:19 | 217:6 |
| | 220:5 | 220:19 |
| | 223:24 | 224:25 |
| | 226:18 | 227:1 |
| | 234:5 | 234:17 |
| | 239:18 | 240:4 |
| | 241:14 | 242:1 |
| | 245:11 | 245:14 |
| | 246:13 | 249:8 |
| | 249:20 | 250:5 |
| | 253:1 | 253:3 |
| | 257:1 | 257:9 |
| | 262:14 | 263:24 |
| | 265:14 | 266:14 |
| | 267:3 | 267:9 |
| | 271:1 | 271:9 |
| | 272:1 | 272:10 |
| | 272:18 | 274:6 |
| | 274:23 | 275:10 |
| | 275:21 | 276:6 |
| | 276:21 | 276:23 |
| | 277:6 | 277:23 |
| | 278:17 | 281:11 |
| | 283:2 | 283:4 |
| | 286:5 | 286:12 |
| | 287:9 | 287:12 |
| | 288:9 | 288:14 |
| | 293:3 | 293:11 |
| | 293:25 | 294:20 |

| DEPONENT<br>Robert Rosenheck, M.D.<br>April 11, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| DEPONENT<br>Diana Rubens<br>April 4, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 15:19 | 16:7 |
| | 17:16 | 18:19 |
| | 19:15 | 20:1 |
| | 34:20 | 35:2 |
| | 42:3 | 42:22 |
| | 45:5 | 45:8 |
| | 45:17 | 45:25 |
| | 46:1 | 46:4 |
| | 46:5 | 47:1 |
| | 47:14 | 48:6 |
| | 49:2 | 49:8 |
| | 52:3 | 52:12 |
| | 53:25 | 54:25 |
| | 64:18 | 64:23 |
| | 66:4 | 66:9 |
| | 67:12 | 67:25 |
| | 69:21 | 70:10 |
| | 75:11 | 76:1 |
| | 77:16 | 77:23 |
| | 77:24 | 78:11 |
| | 78:21 | 79:25 |
| | 95:19 | 96:1 |
| | 98:22 | 99:2 |
| | 99:18 | 100:17 |
| | 100:18 | 100:24 |
| | 101:13 | 102:1 |
| | 102:7 | 102:14 |
| | 104:12 | 104:23 |
| | 104:24 | 105:3 |
| | 106:3 | 106:9 |
| | 107:25 | 108:7 |
| | 108:15 | 108:23 |
| | 108:24 | 109:4 |
| | 113:13 | 115:6 |
| | 115:10 | 115:23 |
| | 116:4 | 116:10 |
| | 116:17 | 116:20 |
| | 117:7 | 118:11 |
| | 120:12 | 120:16 |
| | 120:25 | 122:19 |
| | 124:3 | 124:16 |
| | 124:17 | 124:21 |
| | 125:1 | 125:23 |
| | 126:9 | 126:22 |
| | 127:11 | 129:2 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| DEPONENT<br>Diana Rubens<br>April 4, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 129:3 | 130:3 |
| | 130:17 | 132:17 |
| | 137:1 | 137:6 |
| | 139:14 | 140:18 |
| | 140:24 | 141:11 |
| | 147:23 | 148:1 |
| | 151:19 | 153:16 |
| | 167:18 | 168:2 |
| | 168:11 | 168:18 |
| | 169:3 | 169:18 |
| | 169:24 | 170:18 |
| | 174:23 | 175:18 |
| | 181:21 | 182:5 |
| | 182:6 | 182:22 |
| | 185:2 | 185:8 |
| | 187:13 | 187:20 |
| | 193:15 | 194:11 |
| | 194:12 | 194:21 |
| | 196:7 | 197:10 |
| | 197:11 | 197:22 |
| | 200:1 | 200:8 |
| | 200:9 | 201:8 |
| | 203:18 | 204:6 |
| | 206:8 | 207:9 |
| | 207:10 | 209:10 |
| | 210:19 | 210:23 |
| | 212:1 | 212:16 |
| | 215:5 | 215:23 |
| | 219:21 | 221:4 |
| | 223:5 | 223:13 |
| | 223:14 | 224:18 |
| | 224:25 | 226:7 |
| | 230:18 | 230:24 |
| | 233:3 | 233:24 |
| | 233:25 | 235:2 |
| | 237:4 | 238:2 |
| | 247:4 | 247:18 |
| | 249:10 | 249:13 |
| | 260:19 | 261:4 |
| | 261:5 | 261:17 |

| DEPONENT<br>Lisa Seibert<br>April 4, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 9:15 | 9:25 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| DEPONENT<br>Lisa Seibert<br>April 4, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 10:10 | 10:20 |
| | 11:1 | 11:19 |
| | 12:7 | 12:11 |
| | 16:21 | 17:7 |
| | 24:15 | 28:7 |
| | 29:16 | 30:1 |
| | 39:17 | 40:3 |
| | 40:15 | 41:9 |
| | 41:19 | 42:5 |
| | 42:13 | 42:20 |
| | 42:25 | 46:9 |
| | 47:23 | 48:2 |

| DEPONENT<br>Joan Van Riper<br>April 11, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |