*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

# ATTACHMENT "C"
# PLAINTIFFS' PLEADING DESIGNATIONS

| Pleading Designations | Answer Beginning Page: Line | Answer Ending Page: Line | Complaint Beginning Page: Line | Complaint Ending Page: Line |
|---|---|---|---|---|
| **Answer** | | | | |
| | 2:18 | 2:18 | 3:20 | 3:20 |
| | 2:22 | 2:22 | 3:25 | 3:27 |
| | 2:25 | 2:26 | 4:11 | 4:12 |
| | 2:27 | 2:27 | 4:13 | 4:15 |
| | 3:2 | 3:2 | 4:23 | 4:25 |
| | 3:3 | 3:3 | 4:26 | 4:27 |
| | 3:5 | 3:7 | 5:2 | 5:3 |
| | 3:13 | 3:13 | 5:10 | 5:11 |
| | 4:5 | 4:6 | 6:11 | 6:14 |
| | 4:7 | 4:7 | 6:14 | 6:15 |
| | 4:7 | 4:7 | 6:15 | 6:19 |
| | 4:11 | 4:12 | 6:22 | 6:23 |
| | 4:13 | 4:14 | 6:23 | 6:25 |
| | 4:17 | 4:17 | 6:26 | 6:27 |
| | 4:18 | 4:20 | 6:27 | 7:1 |
| | 4:26 | 4:26 | 7:18 | 7:21 |
| | 5:2 | 5:4 | 8:5 | 8:7 |
| | 5:8 | 5:10 | 8:12 | 8:13 |
| | 5:18 | 5:22 | 9:10 | 9:13 |
| | 6:8 | 6:9 | 13:4 | 13:7 |
| | 6:10 | 6:11 | 13:8 | 13:10 |
| | 6:12 | 6:12 | 13:11 | 13:12 |
| | 6:13 | 6:13 | 13:13 | 13:18 |
| | 6:14 | 6:16 | 13:19 | 13:25 |
| | 6:17 | 6:17 | 13:26 | 14:2 |
| | 6:18 | 6:19 | 14:3 | 14:5 |
| | 6:20 | 6:25 | 14:6 | 14:11 |
| | 6:26 | 6:26 | 14:12 | 14:15 |
| | 7:1 | 7:3 | 14:22 | 14:25 |
| | 7:13 | 7:13 | 15:13 | 15:15 |
| | 7:25 | 7:25 | 16:18 | 16:20 |
| | 7:26 | 7:26 | 16:21 | 16:28 |
| | 8:8 | 8:8 | 17:18 | 17:20 |
| | 8:9 | 8:9 | 17:21 | 17:27 |
| | 8:10 | 8:10 | 18:1 | 18:3 |
| | 8:11 | 8:11 | 18:4 | 18:8 |
| | 8:12 | 8:15 | 18:11 | 18:13 |
| | 8:19 | 8:19 | 18:23 | 18:24 |
| | 9:3 | 9:3 | 19:17 | 19:20 |
| | 9:22 | 9:23 | 21:1 | 21:3 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Pleading Designations | Answer Beginning Page: Line | Answer Ending Page: Line | Complaint Beginning Page: Line | Complaint Ending Page: Line |
|---|---|---|---|---|
| | 9:24 | 9:25 | 21:3 | 21:4 |
| | 10:12 | 10:12 | 23:7 | 23:9 |
| | 10:17 | 10:19 | 23:16 | 23:17 |
| | 10:25 | 10:26 | 24:3 | 24:7 |
| | 10:27 | 10:28 | 24:9 | 24:13 |
| | 11:10 | 11:10 | 25:3 | 25:10 |
| | 11:11 | 11:11 | 25:11 | 25:17 |
| | 11:12 | 11:12 | 25:18 | 25:20 |
| | 11:16 | 11:16 | 25:25 | 25:28 |
| | 11:21 | 11:23 | 26:7 | 26:9 |
| | 11:28 | 11:28 | 26:15 | 26:17 |
| | 12:2 | 12:2 | 27:9 | 27:13 |
| | 12:4 | 12:5 | 27:16 | 27:18 |
| | 13:2 | 13:3 | 29:18 | 29:19 |
| | 13:4 | 13:5 | 29:19 | 29:20 |
| | 13:6 | 13:8 | 29:19 | 29:20 |
| | 13:9 | 13:10 | 29:21 | 29:23 |
| | 13:20 | 13:21 | 30:10 | 30:13 |
| | 13:22 | 13:25 | 30:14 | 30:20 |
| | 13:27 | 14:1 | 30:24 | 30:25 |
| | 14:7 | 14:7 | 31:7 | 31:8 |
| | 14:7 | 14:7 | 31:10 | 31:11 |
| | 14:9 | 14:11 | 31:12 | 31:14 |
| | 14:11 | 14:12 | 31:14 | 31:17 |
| | 14:23 | 14:24 | 32:9 | 32:11 |
| | 14:27 | 15:1 | 32:13 | 32:15 |
| | 15:2 | 15:4 | 32:16 | 32:17 |
| | 15:5 | 15:6 | 32:21 | 32:24 |
| | 15:21 | 15:23 | 35:16 | 35:19 |
| | 15:24 | 15:26 | 35:20 | 35:23 |
| | 16:3 | 16:4 | 36:6 | 36:8 |
| | 16:4 | 16:5 | 36:7 | 36:8 |
| | 16:9 | 16:10 | 36:21 | 36:25 |
| | 16:14 | 16:15 | 37:5 | 37:8 |
| | 16:15 | 16:16 | 37:8 | 37:10 |
| | 16:19 | 16:19 | 37:13 | 37:16 |
| | 16:20 | 16:22 | 37:17 | 37:18 |
| | 16:27 | 16:28 | 38:14 | 38:16 |
| | 17:4 | 17:5 | 38:23 | 38:26 |
| | 17:11 | 17:11 | 40:1 | 40:4 |
| | 17:21 | 17:21 | 40:21 | 40:22 |
| | 17:28 | 18:1 | 41:11 | 41:12 |
| | 18:6 | 18:8 | 42:1 | 42:4 |
| | 18:17 | 18:19 | 43:7 | 43:8 |
| | 18:21 | 18:23 | 43:11 | 43:14 |
| | 19:26 | 19:26 | 46:4 | 46:8 |
| | 19:27 | 19:27 | 46:9 | 46:11 |

*Veterans for Common Sense et al. v. Peake, et al.*
No. C 07 3758, U.S.D.C. (N.D. Cal. 2007)

| Pleading Designations | Answer Beginning Page: Line | Answer Ending Page: Line | Complaint Beginning Page: Line | Complaint Ending Page: Line |
|---|---|---|---|---|
| | 20:24 | 20:26 | 48:14 | 48:22 |
| | 21:6 | 21:6 | 49:9 | 49:11 |
| | 21:9 | 21:9 | 49:26 | 49:28 |
| | 21:14 | 21:15 | 51:16 | 51:20 |
| | 21:16 | 21:17 | 51:21 | 51:21 |
| | 21:25 | 21:27 | 52:2 | 52:5 |
| | 22:11 | 22:11 | 53:11 | 53:14 |
| | 22:12 | 22:12 | 53:15 | 53:17 |
| | 22:15 | 22:15 | 53:24 | 53:26 |
| | 22:26 | 22:27 | 55:1 | 55:3 |
| | 23:5 | 23:5 | 55:23 | 55:24 |
| | 23:8 | 23:10 | 56:4 | 56:8 |
| | 23:11 | 23:12 | 56:9 | 56:13 |
| | 23:15 | 23:19 | 57:1 | 57:7 |
| | 23:20 | 23:23 | 57:16 | 57:18 |
| | 23:25 | 24:1 | 58:4 | 58:8 |
| | 24:15 | 24:18 | 59:27 | 60:3 |
| | 24:19 | 24:22 | 60:6 | 60:7 |
| | 25:3 | 25:4 | 61:4 | 61:6 |