1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.    C-07-3758-SC <br><br> **[PROPOSED] ORDER REGARDING PRETRIAL STATEMENT** <br><br><br> Complaint Filed July 23, 2007 |

ORDER REGARDING PRETRIAL STATEMENT — CASE NO. C-07-3758-SC

sf-2498443

1  Having considered Plaintiffs' pretrial statement submitted April 14, 2008, IT IS HEREBY

2  ORDERED THAT:

3  The following pretrial calendar shall take effect:

| Pretrial Matter | Date of Filing and/or Service |
|---|---|
| Designations of depositions for final transcripts received after Friday, April 11 | Wednesday, April 16, or as final transcripts become available |
| Pretrial brief | Thursday, April 17 |
| Motions in Limine | Friday, April 18 |
| Counter-designations and objections to designated deposition testimony | Friday, April 18 |
| Designation of Interrogatories | Sunday, April 20 |
| Demonstratives | To be exchanged by 5 p.m., Pacific Standard Time, the evening before parties expect to use the demonstrative at trial. |

**IT IS SO ORDERED.**


Dated:  April 14, 2008

_____
THE HONORABLE SAMUEL CONTI
United States Senior District Judge

Proposed Order Submitted by:

SIDNEY M. WOLINSKY
JENNIFER WEISER BEZOZA
KATRINA KASEY CORBIT
DISABILITY RIGHTS ADVOCATES

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP


By:  /s/ Heather A. Moser
      Heather A. Moser
      Attorneys for Plaintiffs

ORDER REGARDING PRETRIAL STATEMENT— CASE NO. C-07-3758-SC                1
sf-2498443