1  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
2  JOSEPH P. RUSSONIELLO California Bar No. 44332
   United States Attorney
3  RICHARD LEPLEY
4  Assistant Branch Director
   DANIEL BENSING D.C. Bar No. 334268
5  STEVEN Y. BRESSLER D.C. Bar No. 482492
6  KYLE R. FREENY California Bar No. 247857
   JAMES J. SCHWARTZ D.C. Bar No. 468625
7  RONALD J. WILTSIE, D.C. Bar No. 431562
   Attorneys
8  United States Department of Justice
9  Civil Division, Federal Programs Branch
   P.O. Box 883
10 Washington, D.C.  20044
11 Telephone:  (202) 616-8267
   Facsimile:  (202) 616-8472
12 Email: james.schwartz@usdoj.gov

13
   Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon.
14 James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman,
15 Ulrike Willimon, the United States of America, Hon. Michael B. Mukasey, and Hon. William P.
   Greene, Jr.

16                          UNITED STATES DISTRICT COURT
17                         NORTHERN DISTRICT OF CALIFORNIA
18                                   SAN FRANCISCO

19 VETERANS FOR COMMON SENSE and    )   No. C 07-3758-SC
   VETERANS UNITED FOR TRUTH,       )
20                                  )
                                    )   **NOTICE OF DEFENDANTS' FIRST**
21          Plaintiffs,             )   **MOTION IN LIMINE**
                                    )
22    v.                            )   Date: April 21, 2008
23                                  )   Time: 9:00 a.m.
24 Hon. JAMES B. PEAKE, Secretary of )  Courtroom: 1
   Veterans Affairs, *et al.*,      )
25          Defendants.             )
26                                  )
27 _____ )
28

Defendants' First Motion in Limine ( No. C 07-3758-SC)

1    COME NOW, Defendants and file this Motion in Limine regarding witnesses Plaintiffs have identified in their Pretrial Statement filed April 14, 2008. (D.E. 190). Defendants seek an Order from the Court: 1) to allow Defendants to substitute Seven L. Keller, Senior Deputy Vice Chairman of the Board of Veterans Appeals to testify on behalf of Hon. James P. Terry, Chairman, Board of Veteran Appeals; and 2) to strike Dr. Michael Kussman, VHA Undersecretary for Health, from Plaintiffs' witness list as Dr. Gerald Cross has already testified on Dr. Kussman's behalf on the same topics identified in Plaintiffs' Pretrial Statement; or, in the alternative, allow Dr. Cross to once again appear on behalf of Dr. Kussman. The basis for this motion is set forth in the attached Memorandum. A Proposed Order is included. Counsel for the parties have met and conferred on this motion and Plaintiffs oppose defendants' motion.

Dated April 15, 2008

Respectfully Submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director

**/s/ James J. Schwartz**
DANIEL BENSING D.C. Bar # 334268
JAMES SCHWARTZ D.C. Bar # 468625
KYLE R. FREENY California Bar #247857
RONALD J. WILTSIE, D.C. Bar # 431562
Attorneys, U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044

Counsel for Defendants

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO California Bar No. 44332
United States Attorney
RICHARD LEPLEY
Assistant Branch Director
DANIEL BENSING D.C. Bar No. 334268
STEVEN Y. BRESSLER D.C. Bar No. 482492
KYLE R. FREENY California Bar No. 247857
JAMES J. SCHWARTZ D.C. Bar No. 468625
RONALD J. WILTSIE, D.C. Bar No. 431562
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 616-8267
Facsimile:  (202) 616-8472
Email: james.schwartz@usdoj.gov

Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America, Hon. Michael B. Mukasey, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, <br><br> Plaintiffs, <br><br> v. <br><br> Hon. JAMES B. PEAKE, Secretary of Veterans Affairs, *et al.*, <br> Defendants. | No. C 07-3758-SC <br><br> **DEFENDANTS' MEMORANDUM IN SUPPORT OF ITS FIRST MOTION IN LIMINE** <br><br> Date: April 21, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 1 |

In advance of the trail scheduled to begin April 21, 2008, Defendants seek two rulings from the Court regarding witnesses Plaintiffs have identified in their Pretrial Statement filed April 14, 2008. (D.E. 190).  First, Plaintiffs have requested testimony from Hon. James P. Terry, Chairman, Board of Veteran Appeals.  While, Mr. Terry is a named party to this action, the proper official defendant in an APA action naming the VA as defendant is the Secretary of Veterans Affairs, not his subordinates.  In any event, as a senior VA official with extensive

Defendants' First Motion in Limine  ( No. C 07-3758-SC)

1  responsibilities, Mr. Terry has directed that his Senior Deputy Vice Chairman of the Board of
2  Veterans Appeals, Steven L. Keller, provide relevant testimony.  That is a reasonable substitution
3  in this situation where a senior official has been named as a defendant.  See Kyle Eng'g Co. v.
4  Kleppe, 600 F.2d 226, 231 (9th Cir. 1979) ("[h]eads of government agencies are not normally
5  subject to deposition").  Accord United States v. Morgan, 313 U.S. 409, 422 (1941).  This type of
6  substitution has already been permitted by this Court, allowing Dr. Gerald Cross to testify in
7  place of Dr. Michael Kussman, VA's Undersecretary for Health.  See Order on Preliminary
8  Injunction Hearing at p. 2 (D.E. 149).  Thus, Defendants seek an order allowing Seven L. Keller
9  to testify on behalf of Hon. James P. Terry.

10         Second, Plaintiffs have once again sought the testimony of Dr. Michael Kussman, VA's
11  Undersecretary of for Health.  Plaintiffs initially sought Dr. Kussman's testimony in connection
12  with the Preliminary Injunction hearing.  As stated above, because Dr. Kussman is a senior VA
13  official with extensive responsibilities, the Court permitted Defendants to substitute Dr.
14  Kussman with his Principle Deputy, Dr. Gerald Cross.  Dr. Cross appeared for the hearing and
15  provided testimony on March 3 and 4, 2008.  Dr. Cross was subjected to a lengthy, wide ranging
16  and comprehensive cross examination by Plaintiffs.  The topics covered during those two days of
17  testimony are the exact topics Plaintiffs identified in their Pretrial Statement, namely that Dr.
18  Kussman will testify, "regarding VHA provision of mental health care to veterans, including any
19  VA suicide prevention protocols and initiatives."  See Plfs' Pretrial Statement at 2 (D.E. 190).
20  Plaintiffs have had their "bite at the apple" with this witness on these topics.  To allow another
21  round of testimony from the same witness on the same topics is unduly burdensome and a waste
22  of the Court's time and defendants' resources.  Therefore, Defendants seek an order preventing
23  Plaintiffs from recalling Dr. Cross.  See e.g. U.S. v. DeRosa 670 F.2d 889, 896 (C.D. Cal. 1982),
24  citing Batsell v. United States, 403 F.2d 395, 401-2 (8th Cir. 1968), cert. denied, 393 U.S. 1094,
25  89 S.Ct. 865, 21 L.Ed.2d 785 (1969) (no error for trial court not to recall witness when defense
26  counsel had full opportunity to cross-examine).
27         In the alternative, if this Court requires the appearance of Dr. Kussman at the trial
28  scheduled for April 21, 2008, Defendants request Dr. Cross once again be permitted to appear on

behalf of Dr. Kussman.  <u>See</u> Order on Preliminary Injunction Hearing at p. 2 (D.E. 149).

| | |
|---|---|
| Dated April 15, 2008 | Respectfully Submitted, |
| | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General<br>JOSEPH P. RUSSONIELLO<br>Interim United States Attorney<br>RICHARD LEPLEY<br>Assistant Branch Director |
| | **/s/ James J. Schwartz**<br>DANIEL BENSING D.C. Bar # 334268<br>JAMES SCHWARTZ D.C. Bar # 468625<br>KYLE R. FREENY California Bar #247857<br>RONALD J. WILTSIE, D.C. Bar # 431562<br>Attorneys, U.S. Department of Justice<br>P.O. Box 883<br>Washington, D.C. 20044 |
| | Counsel for Defendants |