JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO California Bar No. 44332
United States Attorney
RICHARD LEPLEY
Assistant Branch Director
DANIEL BENSING D.C. Bar No. 334268
STEVEN Y. BRESSLER D.C. Bar No. 482492
KYLE R. FREENY California Bar No. 247857
JAMES J. SCHWARTZ D.C. Bar No. 468625
RONALD J. WILTSIE, D.C. Bar No. 431562
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 616-8267
Facsimile: (202) 616-8472
Email: james.schwartz@usdoj.gov

Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America, Hon. Michael B. Mukasey, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | | |
|---|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, | ) ) ) | No. C 07-3758-SC |
| Plaintiffs, | ) ) | |
| v. | ) ) | **[PROPOSED] ORDER** |
| Hon. JAMES B. PEAKE, Secretary of Veterans Affairs, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

UPON CONSIDERATION of defendants' First Motion In Limine, any Opposition thereto and the whole record herein, it is hereby

ORDERED that defendants' First Motion In Limine is granted.

Date: _____          _____

UNITED STATES DISTRICT JUDGE