1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11   VETERANS FOR COMMON SENSE, and             Case No.     C-07-3758-SC
     VETERANS UNITED FOR TRUTH, INC.,
12                                              [PROPOSED] ORDER REGARDING
                   Plaintiffs,                  PRETRIAL STATEMENT
13
14          v.

15   JAMES B. PEAKE, M.D., Secretary of Veterans    Complaint Filed July 23, 2007
     Affairs, *et al.*,
16
                   Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

ORDER REGARDING PRETRIAL STATEMENT — CASE NO. C-07-3758-SC

sf-2498443

Case 3:07-cv-03758-SC    Document 191    Filed 04/15/2008    Page 2 of 2

1    Having considered Plaintiffs' pretrial statement submitted April 14, 2008, IT IS HEREBY

2  ORDERED THAT:

3    The following pretrial calendar shall take effect:

4

| Pretrial Matter | Date of Filing and/or Service |
|---|---|
| Designations of depositions for final transcripts received after Friday, April 11 | Wednesday, April 16, or as final transcripts become available |
| Pretrial brief | Thursday, April 17 |
| Motions in Limine | Friday, April 18 |
| Counter-designations and objections to designated deposition testimony | Friday, April 18 |
| Designation of Interrogatories | Sunday, April ~~20~~ 18 ~~sc.~~ |
| Demonstratives | To be exchanged by 5 p.m., Pacific Standard Time, the evening before parties expect to use the demonstrative at trial. |

13    **IT IS SO ORDERED.**

14

15    Dated:  April 14, 2008

16                                                    THE HONORABLE SAMUEL CONTI
                                                     United States Senior District Judge
17

18  Proposed Order Submitted by:

19  SIDNEY M. WOLINSKY
    JENNIFER WEISER BEZOZA
20  KATRINA KASEY CORBIT
    DISABILITY RIGHTS ADVOCATES
21
    GORDON P. ERSPAMER
22  ARTURO J. GONZALEZ
    HEATHER A. MOSER
23  STACEY M. SPRENKEL
    MORRISON & FOERSTER LLP
24

25
    By:    /s/ Heather A. Moser
26            Heather A. Moser

27            Attorneys for Plaintiffs

28