**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

April 16, 2008

Writer's Direct Contact
415.268.7091
HMoser@mofo.com

Honorable Samuel Conti
USDC, Northern District
450 Golden Gate Avenue
Courtroom 1, 17th Floor
San Francisco, CA 94102

Re: *VCS v. Peake*, Case No. 07-03758
Northern District of California

Dear Judge Conti:

Plaintiffs respectfully request an order from this Court to allow Plaintiffs' counsel access to the LiveNote feed via internet to a remote location during trial in the above matter, scheduled to commence on Monday, April 21, 2008. With the Court's permission, Plaintiffs will present a signed copy of this letter to the court reporters to coordinate set-up of the live internet feed.

Respectfully submitted,

Heather A. Moser

cc: All counsel


**IT IS SO ORDERED.**

_____          _____
Dated                          HONORABLE SAMUEL CONTI
                               Senior United States District Judge

sf-2500409