GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
RYAN G. HASSANEIN (CA SBN 221146)
RHassanein@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **PLAINTIFFS' SUPPLEMENTAL EXPERT DISCLOSURE** <br><br> Trial Date:   April 21, 2008 <br><br> Complaint Filed July 23, 2007 |

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

Pursuant to Rule 26(a)(2)(D) and Rule 26(e)(2), Plaintiffs provide the following supplemental expert disclosure:

## I. EXPERT WITNESSES

### A. Expert Witness Plaintiffs Expect to Present

At this time, Plaintiffs believe that Mr. Rick Weidman, previously identified as a witness, may also offer expert opinions in the designated areas, which include the following:[1]

- VA's budget
- VA's failure to use resources for the treatment of veterans with mental health problems, including PTSD
- VA's failure to provide adequate claims processing.

Mr. Weidman is expected to testify either Tuesday or Wednesday.

Dated: April 16, 2008

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
RYAN G. HASSANEIN
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By:   /s/ Gordon P. Erspamer
       Gordon P. Erspamer

       Attorneys for Plaintiffs

---

[1] As stated in Plaintiffs' Pretrial Statement of April 14, (Docket Entry 190), since expert depositions will not be taken in this case, Plaintiffs believe expert reports are not needed for the purposes of this trial. Document production and review is still ongoing in this case. Should the Court require expert reports, Plaintiffs will provide such reports to the extent Plaintiffs' expert witnesses have had the opportunity to analyze data and form and expert opinion.