1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  RYAN G. HASSANEIN (CA SBN 221146)
   RHassanein@mofo.com
5  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  **[see next page for additional counsel for Plaintiffs]**

10 Attorneys for Plaintiff(s)
   VETERANS FOR COMMON SENSE, and
11 VETERANS UNITED FOR TRUTH, INC.

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., | Case No.   C-07-3758-SC |
| Plaintiffs, | **PLAINTIFFS' SUPPLEMENTAL DEPOSITION DESIGNATIONS** |
| v. | Complaint Filed July 23, 2007 |
| JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, | |
| Defendants. | |

PLTFS' SUPP. DEPOSITION DESIGNATINS — CASE NO. C-07-3758-SC

sf-2501007

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  SIDNEY M. WOLINSKY (CA SBN 33716)
   SWolinsky@dralegal.org
3  JENNIFER WEISER BEZOZA (CA SBN 247548)
   JBezoza@dralegal.org
4  KATRINA KASEY CORBIT (CA SBN 237931)
   KCorbit@dralegal.org
5  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
6  Berkeley, California 94704-1204
   Telephone: 510.665.8644
7  Facsimile: 510.665.8511

Pursuant to Rule 26(a)(3), Rule 26(e)(1), and the Court's Order Regarding Pretrial Statement of April 14, Plaintiffs provide the following designations of depositions for final transcripts received since April 10:

| DEPONENT<br>Daniel L. Cooper<br>April 10, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 8:23 | 10:21 |
| | 14:11 | 14:22 |
| | 15:1 | 15:13 |
| | 16:8 | 16:22 |
| | 17:7 | 17:21 |
| | 19:3 | 21:6 |
| | 21:10 | 22:24 |
| | 25:3 | 25:20 |
| | 28:22 | 29:23 |
| | 30:9 | 33:15 |
| | 34:9 | 34:24 |
| | 37:13 | 37:21 |
| | 40:6 | 40:16 |
| | 40:25 | 42:1 |
| | 44:3 | 45:8 |
| | 46:10 | 47:12 |
| | 48:17 | 52:4 |
| | 53:8 | 53:15 |
| | 54:3 | 56:8 |
| | 58:19 | 60:12 |
| | 60:22 | 61:2 |
| | 63:3 | 64:2 |
| | 66:24 | 67:6 |
| | 69:17 | 71:10 |
| | 72:13 | 73:15 |
| | 74:10 | 76:23 |
| | 77:7 | 79:24 |
| | 80:4 | 82:19 |
| | 86:7 | 86:18 |
| | 86:23 | 87:6 |
| | 88:2 | 88:12 |
| | 89:19 | 91:8 |
| | 92:4 | 95:23 |
| | 97:15 | 104:17 |
| | 105:17 | 107:7 |
| | 110:6 | 110:14 |
| | 111:6 | 112:2 |
| | 113:22 | 114:5 |
| | 114:18 | 115:1 |
| | 115:24 | 116:24 |
| | 118:2 | 120:24 |
| | 123:1 | 124:24 |
| | 125:11 | 127:16 |

| DEPONENT<br>Daniel L. Cooper<br>April 10, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 128:7 | 128:10 |
| | 128:21 | 128:24 |
| | 129:3 | 129:23 |
| | 137:9 | 138:3 |
| | 138:24 | 139:4 |
| | 140:7 | 141:8 |
| | 143:2 | 146:3 |
| | 148:5 | 151:20 |
| | 155:12 | 156:11 |
| | 157:1 | 157:24 |
| | 158:8 | 158:11 |
| | 158:18 | 159:15 |
| | 166:16 | 168:8 |
| | 170:3 | 171:18 |
| | 172:2 | 173:10 |
| | 174:18 | 175:20 |
| | 176:3 | 177:11 |
| | 187:23 | 189:8 |
| | 191:1 | 191:9 |
| | 193:4 | 195:16 |
| | 197:1 | 198:20 |
| | 218:7 | 218:11 |
| | 220:12 | 221:25 |
| | 222:19 | 223:13 |
| | 224:7 | 224:21 |
| | 230:11 | 231:17 |
| | 232:17 | 233:24 |
| | 241:6 | 243:13 |
| | 245:6 | 245:21 |
| | 247:10 | 247:14 |
| | 250:2 | 251:1 |
| | 265:17 | 266:16 |
| | 267:3 | 268:5 |
| | 276:11 | 278:3 |
| | 284:3 | 284:23 |
| | 294:14 | 295:17 |
| | 296:23 | 298:4 |
| | | |

| DEPONENT<br>William F. Feeley<br>April 9, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 8:15 | 8:17 |
| | 13:10 | 13:20 |
| | 20:20 | 23:13 |
| | 24:2 | 24:14 |
| | 25:10 | 25:23 |

| **DEPONENT** **William F. Feeley** **April 9, 2008** | **Beginning Page: Line** | **Ending Page: Line** |
|---|---|---|
| | 26:22 | 29:2 |
| | 31:16 | 33:13 |
| | 34:10 | 34:21 |
| | 36:18 | 36:22 |
| | 37:5 | 38:4 |
| | 39:14 | 40:7 |
| | 40:15 | 40:25 |
| | 42:21 | 43:19 |
| | 44:10 | 45:1 |
| | 47:7 | 47:12 |
| | 47:19 | 49:1 |
| | 50:7 | 50:22 |
| | 51:14 | 51:17 |
| | 52:4 | 52:25 |
| | 54:7 | 55:13 |
| | 56:4 | 56:23 |
| | 57:14 | 58:11 |
| | 58:19 | 58:24 |
| | 59:3 | 59:11 |
| | 64:23 | 65:10 |
| | 65:13 | 66:9 |
| | 67:15 | 68:2 |
| | 70:6 | 70:10 |
| | 70:21 | 70:25 |
| | 71:17 | 72:3 |
| | 72:18 | 73:7 |
| | 74:16 | 74:25 |
| | 77:24 | 79:8 |
| | 79:19 | 80:5 |
| | 82:21 | 83:16 |
| | 85:22 | 87:8 |
| | 88:10 | 88:14 |
| | 90:6 | 90:21 |
| | 93:8 | 94:1 |
| | 94:20 | 95:1 |
| | 96:3 | 96:18 |
| | 98:17 | 99:11 |
| | 102:12 | 102:24 |
| | 104:1 | 104:13 |
| | 109:3 | 109:9 |
| | 109:17 | 110:10 |
| | 111:4 | 111:6 |
| | 112:6 | 112:19 |
| | 112:24 | 114:5 |
| | 118:14 | 120:3 |
| | 121:5 | 121:16 |
| | 122:1 | 122:23 |
| | 124:8 | 125:5 |
| | 125:21 | 126:22 |

| **DEPONENT**<br>**William F. Feeley**<br>**April 9, 2008** | **Beginning**<br>**Page: Line** | **Ending**<br>**Page: Line** |
|---|---|---|
| | 128:11 | 129:8 |
| | 130:23 | 133:20 |
| | 134:1 | 134:10 |
| | 134:17 | 134:22 |
| | 136:15 | 136:20 |
| | 138:24 | 139:8 |
| | 139:19 | 141:4 |
| | 141:18 | 141:25 |
| | 143:17 | 143:24 |
| | 144:8 | 155:9 |
| | 157:1 | 157:18 |
| | 158:5 | 158:10 |
| | 158:20 | 159:10 |
| | 161:13 | 161:22 |
| | 162:20 | 163:14 |
| | 167:8 | 168:4 |
| | 170:9 | 170:18 |
| | 171:7 | 172:8 |
| | 173:11 | 177:24 |
| | 181:20 | 182:19 |
| | 190:25 | 192:11 |
| | 194:3 | 194:5 |
| | 194:18 | 195:21 |
| | 196:9 | 197:3 |
| | 198:22 | 199:22 |
| | 201:8 | 201:23 |
| | 203:23 | 204:7 |
| | 204:21 | 205:7 |
| | 205:21 | 206:13 |
| | 206:19 | 209:9 |
| | 209:24 | 20:4 |
| | 210:22 | 211:4 |
| | 212:10 | 213:7 |
| | 213:22 | 215:1 |
| | 216:11 | 216:21 |
| | 217:25 | 218:10 |
| | 219:1 | 220:24 |
| | 221:17 | 222:7 |
| | 226:5 | 226:7 |
| | 227:7 | 227:11 |
| | 227:18 | 227:19 |
| | 228:6 | 228:10 |
| | 229:13 | 231:17 |
| | 234:20 | 235:17 |
| | 236:1 | 236:25 |
| | 238:1 | 238:14 |
| | 239:6 | 241:6 |
| | 242:17 | 243:7 |
| | 243:17 | 243:21 |

| DEPONENT<br>William F. Feeley<br>April 9, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 244:2 | 244:15 |
| | 245:9 | 245:15 |
| | 246:1 | 246:10 |
| | 247:14 | 248:20 |
| | 249:9 | 256:11 |
| | 257:1 | 257.12 |
| | 257:19 | 258:1 |
| | 258:17 | 258:19 |
| | 259:1 | 259:9 |
| | 261:15 | 261:23 |
| | 264:4 | 264:21 |
| | 266:14 | 266:23 |
| | 267:5 | 267:23 |
| | 268:23 | 278:13 |
| | 280:11 | 283:24 |
| | 285:4 | 286:9 |
| | 288:6 | 291:7 |
| | 291:17 | 292:1 |
| | 292:7 | 293:11 |
| | 293:20 | 294:14 |
| | 296:22 | 299:13 |
| | 300:6 | 300:11 |
| | 301:4 | 303:2 |
| | 303:21 | 303:24 |
| | 304:18 | 305:19 |
| | 307:7 | 307:15 |
| | 308:6 | 308:24 |
| | 309:16 | 310:18 |
| | 311:7 | 311:12 |
| | 312:18 | 313:13 |
| | 317:5 | 321:6 |
| | 324:2 | 331:10 |
| | 333:23 | 338:14 |
| | 339:3 | 347:7 |
| | 349:14 | 351:3 |
| | 353:8 | 354:6 |
| | 366:7 | 366:12 |
| | 368:5 | 368:16 |
| | 372:1 | 372:23 |
| | 375:20 | 376:9 |
| | 395:24 | 396:3 |
| | 398:13 | 399:2 |
| | 400:10 | 401:25 |
| | 403:4 | 404:10 |
| | 404:19 | 405:15 |
| | 406:20 | 406:25 |
| | 407:12 | 410:4 |

| DEPONENT<br>William F. Feeley<br>April 9, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 411:11 | 411:15 |
| | 413:2 | 415:17 |
| | 417:13 | 418:7 |

| DEPONENT<br>Robert Rosenheck, M.D.<br>April 11, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
| | 11:21 | 12:4 |
| | 12:8 | 12:11 |
| | 13:6 | 13:11 |
| | 15:22 | 17:13 |
| | 18:17 | 19:18 |
| | 19:25 | 20:12 |
| | 20:23 | 21:3 |
| | 22:2 | 22:15 |
| | 31:9 | 34:7 |
| | 36:6 | 37:3 |
| | 37:16 | 38:3 |
| | 43:21 | 46:25 |
| | 54:17 | 55:3 |
| | 57:12 | 64:5 |
| | 64:21 | 67:2 |
| | 67:22 | 69:17 |
| | 70:22 | 87:25 |
| | 88:19 | 89:7 |
| | 90:3 | 90:13 |
| | 93:14 | 94:19 |
| | 96:23 | 97:21 |
| | 98:7 | 98:8 |
| | 98:14 | 98:24 |
| | 99:21 | 100:7 |
| | 100:18 | 103:9 |
| | 105:3 | 109:2 |
| | 113:23 | 117:2 |
| | 121:5 | 122:5 |
| | 124:16 | 126:10 |
| | 126:15 | 127:8 |
| | 128:19 | 135:3 |
| | 136:9 | 138:15 |
| | 146:11 | 147:12 |
| | 152:2 | 156:6 |
| | 156:21 | 159:8 |
| | 164:19 | 165:10 |
| | 171:7 | 172:11 |
| | 178:25 | 180:24 |
| | 183:22 | 190:21 |
| | 196:14 | 198:18 |

| **DEPONENT**<br>**Robert Rosenheck, M.D.**<br>**April 11, 2008** | **Beginning Page: Line** | **Ending Page: Line** |
|---|---|---|
| | 212:3 | 212:24 |
| | 216:11 | 218:17 |
| | 219:23 | 224:11 |
| | 234:8 | 237:8 |
| | 239:15 | 241:3 |
| | 252:2 | 253:5 |
| | 256:1 | 259:20 |
| | 265:17 | 266:15 |
| | 290:17 | 296:23 |
| | 302:20 | 303:2 |
| | 303:24 | 307:13 |
| | 310:15 | 314:16 |
| | 315:12 | 315:20 |
| | 319:23 | 320:12 |
| | 322:3 | 322:24 |
| | 329:19 | 334:11 |
| | 341:21 | 342:20 |
| | 351:16 | 352:4 |
| | 356:8 | 357:23 |
| | 360:16 | 361:9 |
| | 366:6 | 368:13 |
| | 370:3 | 370:4 |
| | 373:2 | 375:16 |
| | 376:10 | 378:5 |
| | 382:15 | 383:22 |
| | 386:13 | 388:12 |
| | 392:19 | 393:25 |

| **DEPONENT**<br>**Joan Van Riper**<br>**April 11, 2008** | **Beginning Page: Line** | **Ending Page: Line** |
|---|---|---|
| | 14:7 | 14:14 |
| | 16:6 | 17:2 |
| | 23:9 | 23:18 |
| | 35:6 | 35:17 |
| | 41:5 | 42:16 |
| | 44:4 | 44:24 |
| | 46:2 | 46:24 |
| | 51:5 | 51:15 |
| | 64:10 | 64:16 |
| | 76:3 | 76:8 |

| | |
|---|---|
| Dated: April 16, 2008 | GORDON P. ERSPAMER<br>ARTURO J. GONZALEZ<br>HEATHER A. MOSER<br>RYAN G. HASSANEIN<br>STACEY M. SPRENKEL<br>MORRISON & FOERSTER LLP |
| | By:  /s/ Heather A. Moser<br>          Heather A. Moser/HMoser@mofo.com |
| | Attorneys for Plaintiffs |