**From:** Katz, Ira R.
**Sent:** Saturday, December 15, 2007 12:43 PM
**To:** Kussman, Michael J, M.D.
**Subject:** Re: Suicides

There are about 18 suicides per day among America's 25 million veterans. This follows from CDC findings that 20% of suicides are among veterans it is supported by the CBS numbers.

VA's own data demonstrate 4-5 suicides per day among those who receive care from us.

----- Original Message -----
From: Kussman, Michael J, M.D.
To: Katz, Ira R.; Zeiss, Antonette
Cc: Cross, Gerald M.; Van Diepen, Louise R; O'Grady, Laura (VHACO)
Sent: Sat Dec 15 10:26:38 2007
Subject: Suicides

Folks,
In the Clips this morning, our friend Chris Adams in the McLatchy Papers alleges that 18 veterans kill themselves every day and this is confirmed by the VA's own statistics. Is that true? Sounds awful but if one is considering 24 million veterans.


Michael J. Kussman, MD, MS, MACP
Brigadier General, United States Army, Retired
Under Secretary For Health
Veterans Health Administration
Department of Veterans Affairs
Washington, DC, 20420
Telephone. 202-461-7000
Fax. 202-273-5787

VA010-00006959