UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' FIRST MOTION IN LIMINE** <br><br><br> Complaint Filed July 23, 2007 |

ORDER REGARDING DEFENDANTS' FIRST MOTION IN LIMINE — CASE NO. C-07-3758-SC

sf-2501199

1  Having considered Defendants' First Motion in Limine and Plaintiffs' Opposition thereto, IT
2  IS HEREBY ORDERED THAT:
3  Defendants' First Motion in Limine is denied.  Hon. James P. Terry and Dr. Michael
4  Kussman are ordered to appear for Plaintiffs' case in chief.

6  **IT IS SO ORDERED.**

8  Dated:  April __, 2008

   _____
   THE HONORABLE SAMUEL CONTI
   United States Senior District Judge

Proposed Order Submitted by:

SIDNEY M. WOLINSKY
JENNIFER WEISER BEZOZA
KATRINA KASEY CORBIT
DISABILITY RIGHTS ADVOCATES

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP


By:   /s/ Gordon P. Erspamer
       Gordon P. Erspamer
       Attorneys for Plaintiffs