```
 1  JEFFREY S BUCHOLTZ
    Acting Assistant Attorney General
 2  SCOTT N. SCHOOLS
    Interim United States Attorney
 3  RICHARD LEPLEY
    Assistant Branch Director
 4  DANIEL BENSING D.C. Bar No. 334268
    KYLE R. FREENY California Bar No. 247857
 5  JAMES J. SCHWARTZ D.C. Bar No. 468625
    RONALD J. WILTSIE, D.C. Bar No. 431562
 6  Attorneys
    United States Department of Justice
 7  Civil Division, Federal Programs Branch

 8  P.O. Box 883
    Washington, D.C. 20044
 9  Telephone: (202) 305-0693
    Facsimile: (202) 616-8460
10  Email: Daniel.Bensing@USDOJ.gov

11  Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon.
    James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman,
12  Ulrike Willimon, the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH,<br><br>Plaintiffs,<br><br>v.<br><br>Hon. GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | No. C 07-3758-SC<br><br>**DEFENDANTS' DESIGNATION OF DEPOSITION TESTIMONY AND OBJECTIONS TO PLAINTIFFS' DESIGNATIONS OF DEPOSITIONS** |

Defendants hereby counter designate deposition testimony in response to plaintiffs' designations of deposition testimony and assert objections to plaintiffs' designations.

Case No. C 07-3758-SC
Defendants' Designation of Deposition Testimony

1

| DEPONENT<br>Ronald R. Aument<br>April 3, 2008 | Beginning Page: Line | Ending Page: Line |
|---|---|---|
| | 26:9 | 27:6 |
| | 27:14 | 27:15 |
| | 42:20 | 42:24 |
| | 43:7 | 43:10 |
| | 82:11 | 82:12 |
| | 82:14 | 82:18 |
| | 83:10 | 83:11 |
| | 94:23 | 94:25 |
| | 120:3 | 120:4 |
| | 142:4 | 142:5 |
| | 147:10 | 147:11 |
| | 206:19 | 206:20 |
| | 222:18 | 223:5 |
| | 225:22 | 226:5 |
| | 226:23 | 227:10 |

| DEPONENT<br>Daniel L. Cooper<br>April 3, 2008 | Beginning Page: Line | Ending Page: Line |
|---|---|---|
| | 17:22 | 18:2 |
| | 23:10 | 24:2 |
| | 37:22 | 38:4 |
| | 45:9 | 46:9 |
| | 47:13 | 48:16 |

|   |   |   |
|---|---|---|
|   | 64:9 | 65:2 |
|   | 65:14 | 66:22 |
|   | 67:7 | 67:22 |
|   | 87:7 | 88:1 |
|   | 88:13 | 89:11 |
|   | 95:24 | 96:14 |
|   | 104:25 | 105:16 |
|   | 109:18 | 110:5 |
|   | 114:6 | 114:10 |
|   | 117:22 | 118:1 |
|   | 124:25 | 125:10 |
|   | 128:11 | 128:20 |
|   | 131:24 | 133:6 |
|   | 138:4 | 138:23 |
|   | 139:5 | 140:6 |
|   | 141:9 | 143:1 |
|   | 157:25 | 158:7 |
|   | 160:16 | 162:7 |
|   | 162:14 | 166:3 |
|   | 168:17 | 170:2 |
|   | 173:11 | 173:23 |
|   | 175:21 | 176:2 |
|   | 177:12 | 178:9 |
|   | 178:17 | 179:20 |
|   | 191:10 | 192:6 |
|   | 216:3 | 216:13 |
|   | 223:14 | 223:21 |
|   | 245:22 | 246:1 |
|   | 246:6 | 247:9 |
|   | 247:15 | 248:5 |
|   | 268:6 | 270:20 |

|   |   |   |
|---|---|---|
|   | 278:4 | 279:15 |

| DEPONENT<br>William F. Feeley<br>April 3, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
|   | 29:3 | 31:12 |
|   | 33:14 | 34:9 |
|   | 34:22 | 35:13 |
|   | 35:23 | 36:17 |
|   | 36:23 | 37:4 |
|   | 41:1 | 42:20 |
|   | 46:3 | 46:24 |
|   | 49:2 | 49:14 |
|   | 55:14 | 56:3 |
|   | 56:24 | 57:13 |
|   | 58:12 | 58:18 |
|   | 58:25 | 59:2 |
|   | 59:12 | 60:8 |
|   | 60:16 | 62:25 |
|   | 68:3 | 68:11 |
|   | 69:14 | 70:5 |
|   | 71:1 | 71:5 |
|   | 73:8 | 73:19 |
|   | 84:2 | 84:21 |
|   | 94:1 | 94:13 |
|   | 95:2 | 96:2 |
|   | 97:20 | 98:15 |
|   | 99:12 | 102:11 |
|   | 102:25 | 103:18 |

Case No. C 07-3758-SC
Defendants' Designation of Deposition Testimony

4

| | | |
|---|---|---|
| 1 | 105:15 | 108:16 |
| 2 | 110:11 | 110:20 |
| 3 | 111:8 | 111:16 |
| 4 | 114:6 | 117:17 |
| 5 | 123:12 | 124:7 |
| 6 | 125:6 | 125:20 |
| 7 | 127:19 | 128:6 |
| 8 | 130:12 | 130:22 |
| 9 | 133:12 | 133:25 |
| 10 | 134:11 | 134:15 |
| 11 | 135:7 | 136:8 |
| 12 | 136:21 | 138:3 |
| 13 | 139:9 | 139:18 |
| 14 | 141:5 | 141:16 |
| 15 | 142:1 | 142:20 |
| 16 | 155:10 | 158:4 |
| 17 | 159:11 | 160:12 |
| 18 | 164:16 | 165:5 |
| 19 | 166:2 | 166:25 |
| 20 | 168:5 | 169:7 |
| 21 | 177:25 | 179:6 |
| 22 | 197:4 | 197:12 |
| 23 | 199:23 | 201:7 |
| 24 | 202:9 | 203:22 |
| 25 | 206:14 | 206:18 |
| 26 | 210:4 | 210:21 |
| 27 | 211:5 | 211:25 |
| 28 | 213:8 | 213:21 |
| | 215:2 | 216:3 |
| | 218:7 | 218:20 |
| | 226:23 | 227:6 |

Case No. C 07-3758-SC
Defendants' Designation of Deposition Testimony

|   |   |   |
|---|---|---|
|   | 227:12 | 227:13 |
|   | 231:18 | 231:20 |
|   | 232:24 | 233:15 |
|   | 234:3  | 234:17 |
|   | 235:18 | 235:25 |
|   | 237:3  | 237:25 |
|   | 242:3  | 242:16 |
|   | 243:8  | 243:12 |
|   | 244:19 | 245:8  |
|   | 245:16 | 245:25 |
|   | 246:11 | 247:13 |
|   | 248:21 | 249:8  |
|   | 256:12 | 256:16 |
|   | 257:13 | 257:18 |
|   | 259:15 | 261:14 |
|   | 262:13 | 264:3  |
|   | 265:9  | 266:13 |
|   | 266:25 | 267:4  |
|   | 279:16 | 280:10 |
|   | 283:25 | 285:3  |
|   | 294:19 | 297:5  |
|   | 299:23 | 299:25 |
|   | 303:3  | 303:6  |
|   | 304:1  | 304:17 |
|   | 305:24 | 307:6  |
|   | 307:16 | 308:5  |
|   | 310:18 | 311:6  |
|   | 315:13 | 317:4  |
|   | 321:7  | 323:21 |
|   | 331:11 | 332:9  |
|   | 348:12 | 349:13 |

Case No. C 07-3758-SC
Defendants' Designation of Deposition Testimony                    6

|  | 351:4 | 351:22 |
|---|---|---|
|  | 354:7 | 354:11 |
|  | 366:13 | 367:3 |
|  | 397:23 | 398:12 |
|  | 406:6 | 406:18 |
|  | 407:1 | 407:11 |
|  | 415:22 | 418:20 |
| OBJECTIONS | Beginning Page: Line | Ending Page: Line |
| Relevance | 333:23 | 338:14 |
| Exhibit is Hearsay | 339:3 | 339:7 |
| Hearsay | 339:3 | 343:5 |

| DEPONENT Bradley Mayes April 3, 2008 | Beginning Page: Line | Ending Page: Line |
|---|---|---|
|  | 26:19 | 26:21 |
|  | 27:7 | 27:22 |
|  | 41:3 | 41:23 |
|  | 57:11 | 57:13 |
|  | 61:17 | 61:23 |
|  | 89:1 | 89:10 |
|  | 91:23 | 92:5 |
|  | 104:7 | 104:21 |
|  | 110:21 | 111:4 |
|  | 111:21 | 112:3 |
|  | 123:17 | 124:3 |
|  | 126:19 | 127:9 |
|  | 129:4 | 130:14 |

|  | Beginning Page: Line | Ending Page: Line |
|---|---|---|
|  | 132:11 | 132:16 |
|  | 137:25 | 138:8 |
|  | 142:12 | 142:22 |
|  | 161:21 | 166:3 |
|  | 179:17 | 180:12 |
|  | 188:15 | 188:17 |
|  | 190:4 | 190:8 |
|  | 194:6 | 194:12 |
|  | 219:17 | 220:2 |
|  | 244:3 | 244:18 |
|  | 277:16 | 278:7 |
|  | 290:6 | 290:16 |
|  | 291:21 | 293:12 |
|  | 301:24 | 303:20 |
|  | 323:12 | 324:17 |
|  | 327:25 | 328:18 |
|  | 330:16 | 331:3 |
|  | 345:19 | 347:13 |
|  | 347:22 | 348:2 |
|  | 349:1 | 349:21 |
|  | 359:1 | 359:20 |
|  | 373:4 | 373:15 |
|  | 391:23 | 393:7 |
| OBJECTIONS | Beginning Page: Line | Ending Page: Line |
| Defendant renews all objections made on the record and asserts the following additional objection | 62:10 | 63:12 |

Case No. C 07-3758-SC
Defendants' Designation of Deposition Testimony

| | | |
|---|---|---|
| Lack of personal knowledge | 61:17 | 61:23 |

| DEPONENT Jack McCoy April 3, 2008 | Beginning Page: Line | Ending Page: Line |
|---|---|---|
| | 111:22 | 111:25 |
| | 164:1 | 164:2 |
| | 178:4 | 178:14 |
| | 184:14 | 184:16 |
| | 185:11 | 185:13 |
| | 186:13 | 186:20 |
| | 188:23 | 189:2 |
| | 189:11 | 189:12 |
| | 189:22 | 189:23 |
| | 201:8 | 202:16 |
| | 212:16 | 212:18 |
| | 218:10 | 218:15 |
| | 250:4 | 250:24 |

| DEPONENT Frances Murphy, M.D. April 3, 2008 | Beginning Page: Line | Ending Page: Line |
|---|---|---|
| | 20:14 | 21:5 |
| | 23:11 | 23:21 |
| | 28:7 | 29:13 |

Case No. C 07-3758-SC
Defendants' Designation of Deposition Testimony

9

|  | Beginning | Ending |
|---|---|---|
|  | 44:16 | 47:11 |
|  | 53:3 | 53:15 |
|  | 57:12 | 58:19 |
|  | 63:12 | 64:23 |
|  | 83:3 | 86:18 |
|  | 86:19 | 86:23 |
|  | 89:8 | 90:20 |
|  | 91:23 | 92:7 |
|  | 104:20 | 107:15 |
|  | 110:10 | 110:20 |
|  | 122:16 | 122:24 |
|  | 142:10 | 142:14 |
|  | 146:22 | 149:2 |
|  | 150:5 | 152:3 |
|  | 154:9 | 155:6 |
|  | 166:3 | 166:14 |
|  | 215:7 | 215:17 |
|  | 217:13 | 218:25 |
|  | 226:20 | 227:7 |
|  | 295:17 | 298:23 |
|  | 299:24 | 300:22 |
|  | 303:5 | 303:15 |
|  | 303:25 | 304:17 |
|  | 311:9 | 313:3 |
|  | 315:20 | 316:25 |
|  | 321:16 | 325:18 |
| OBJECTIONS | Beginning Page: Line | Ending Page: Line |

| | | |
|---|---|---|
| Relevance objections to all after 24:13 - Murphy has no knowledge of the VA after April 2006. | | |
| Relevance and Hearsay | 68:21 | |
| Relevance and Hearsay | 69:5 | |
| Relevance and Hearsay | 110:6 | |
| Relevance and Hearsay | 164:10 | |
| Relevance and Hearsay | 165:8 | |
| Relevance and Hearsay | 196:4 | |
| Relevance and Hearsay | 196:7 | |
| Relevance and Hearsay | 196:10 | |

| DEPONENT Marcus Nemuth, M.D. April 3, 2008 | Beginning Page: Line | Ending Page: Line |
|---|---|---|
| | 32:9 | 33:5 |
| | 35:7 | 35:17 |
| | 37:8 | 37:23 |
| | 39:7 | 39:21 |
| | 41:12 | 41:23 |
| | 43:9 | 45:15 |
| | 46:7 | 46:23 |
| | 49:23 | 50:23 |
| | 53:1 | 53:15 |
| | 61:14 | 63:9 |
| | 64:10 | 64:19 |
| | 84:15 | 85:5 |

| DEPONENT Thomas J. Pamperin April 3, 2008 | Beginning Page: Line | Ending Page: Line |
|---|---|---|
| | 28:21 | 29:19 |
| | 54:18 | 55:3 |
| | 60:15 | 60:20 |
| | 68:15 | 70:13 |
| | 74:16 | 75:3 |
| | 79:6 | 79:10 |
| | 85:11 | 87:12 |
| | 92:19 | 93:5 |
| | 93:16 | 94:6 |
| | 99:17 | 99:23 |
| | 99:24 | 101:16 |
| | 105:1 | 106:5 |
| | 131:3 | 131:12 |
| | 138:24 | 139:11 |
| | 146:24 | 147:9 |
| | 153:8 | 153:12 |
| | 161:10 | 162:7 |
| | 163:1 | 163:11 |
| | 163:19 | 164:1 |
| | 211:17 | 212:24 |
| | 217:7 | 217:16 |
| | 234:18 | 234:25 |
| | 253:7 | 253:18 |
| | 272:11 | 272:17 |
| | 274:7 | 274:11 |
| | 276:7 | 276:10 |

|   |   |   |
|---|---|---|
|   | 277:24 | 278:15 |
|   | 281:12 | 282:10 |
|   | 285:14 | 286:3 |
|   | 286:13 | 286:22 |

| DEPONENT<br>Robert Rosenheck, M.D.<br>April 3, 2008 | Beginning<br>Page: Line | Ending<br>Page: Line |
|---|---|---|
|   | 22:16 | 27:12 |
|   | 28:10 | 31:8 |
|   | 37:4 | 37:15 |
|   | 39:7 | 41:15 |
|   | 43:19 | 43:20 |
|   | 47:1 | 49:4 |
|   | 50:11 | 51:17 |
|   | 52:7 | 53:4 |
|   | 55:4 | 56:3 |
|   | 67:3 | 67:21 |
|   | 88:10 | 88:18 |
|   | 90:14 | 90:25 |
|   | 94:20 | 96:22 |
|   | 100:8 | 100:17 |
|   | 103:10 | 104:25 |
|   | 109:3 | 109:24 |
|   | 111:6 | 113:22 |
|   | 117:3 | 120:15 |
|   | 122:6 | 122:22 |
|   | 138:16 | 143:8 |
|   | 147:13 | 148:22 |

| | | |
|---|---|---|
| | 161:24 | 164:9 |
| | 173:18 | 174:8 |
| | 182:25 | 183:21 |
| | 190:22 | 196:6 |
| | 198:20 | 199:5 |
| | 199:15 | 200:1 |
| | 200:13 | 203:15 |
| | 209:15 | 209:24 |
| | 210:3 | 211:1 |
| | 218:18 | 219:8 |
| | 224:12 | 225:21 |
| | 226:8 | 233:4 |
| | 237:9 | 239:14 |
| | 242:1 | 249:18 |
| | 251:7 | 252:1 |
| | 259:21 | 263:17 |
| | 267:14 | 267:24 |
| | 269:16 | 276:6 |
| | 281:15 | 286:17 |
| | 288:11 | 289:4 |
| | 289:25 | 290:13 |
| | 296:24 | 299:7 |
| | 301:8 | 302:19 |
| | 307:14 | 310:14 |
| | 315:21 | 315:23 |
| | 325:2 | 328:5 |
| | 334:12 | 341:2 |
| | 352:5 | 352:19 |
| | 358:14 | 359:11 |
| | 362:3 | 365:5 |
| | 370:5 | 372:24 |

|  | 375:17 | 376:9 |
|---|---|---|
|  | 378:6 | 382:14 |
|  | 383:23 | 386:12 |
|  | 388:16 | 392:16 |

| DEPONENT<br><br>Diana Rubens<br><br>April 3, 2008 | Beginning<br><br>Page: Line | Ending<br><br>Page: Line |
|---|---|---|
|  | 38:13 | 38:21 |
|  | 52:13 | 52:18 |
|  | 55:4 | 56:8 |
|  | 117:12 | 118:8 |
|  | 122:20 | 123:1 |
|  | 124:22 | 124:25 |
|  | 136:1 | 136:9 |
|  | 136:22 | 136:25 |
|  | 144:17 | 145:4 |
|  | 147:15 | 147:22 |
|  | 168:3 | 168:10 |
|  | 168:19 | 169:2 |
|  | 184:16 | 185:1 |
|  | 210:24 | 211:25 |
|  | 213:12 | 214:3 |
|  | 243:1 | 244:8 |
|  | 249:14 | 249:21 |
|  | 259:8 | 259:20 |
|  | 224:19 | 224:24 |
|  | 272:7 | 273:9 |

| OBJECTIONS | Beginning Page: Line | Ending Page: Line |
|---|---|---|
| Relevance due to age of report discussed (2004) | 219:21 | 221:4 |
| Relevance due to age of report discussed (2004) | 223:5 | 224:18 |
| Relevance due to age of report discussed (2004) | 224:5 | 226:7 |
| Relevance & lack of personal knowledge | 230:10 | 230:24 |

| DEPONENT Lisa Seibert April 3, 2008 | Beginning Page: Line | Ending Page: Line |
|---|---|---|
|  | 12:1 | 12:6 |
|  | 48:8 | 48:14 |
| OBJECTIONS | Beginning Page: Line | Ending Page: Line |
| Defendants object to testimony about incidents prior to 2005 as irrelevant |  |  |
| Hearsay | 29:16 | 30:1 |

| DEPONENT | Beginning | Ending |
| --- | --- | --- |
| Joan Van Riper | Page: Line | Page: Line |
| April 3, 2008 | | |
| | 44:25 | 45:9 |
| | 64:17 | 65:7 |
| | 108:23 | 109:3 |

| | |
|---|---|
| Dated April 18, 2008 | Respectfully Submitted, |
| | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| | SCOTT N. SCHOOLS<br>Interim United States Attorney |
| | RICHARD LEPLEY<br>Assistant Branch Director |
| | __/s/ Daniel Bensing__<br>DANIEL BENSING D.C. Bar # 334268<br>KYLE R. FREENY California Bar #247857<br>JAMES J. SCHWARTZ D.C. Bar No. 468625<br>RONALD J. WILTSIE, D.C. Bar No. 431562<br>Attorneys<br>U.S. Department of Justice, Civil Division<br>P.O. Box 883<br>Washington, D.C. 20044<br>(202) 305-0693 (telephone) |
| | Counsel for Defendants |