1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., | Case No.   C-07-3758-SC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' FIRST SET OF MOTIONS IN LIMINE, NOS. 1-4** |
| v. | |
| JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, | Complaint Filed July 23, 2007 |
| Defendants. | |

ORDER REGARDING PLAINTIFFS' FIRST SET OF MOTIONS IN LIMINE — CASE NO. C-07-3758-SC

sf-2501810

Having considered Plaintiffs' First Set of Motions *in Limine*, IT IS HEREBY ORDERED THAT:

Plaintiffs' Motion *in Limine* No. 1 is granted. Defendants shall be prohibited from using as exhibits documents they failed to produce to Plaintiffs. Evidence based on such documents shall be excluded.

Plaintiffs' Motion *in Limine* No. 2 is granted. Defendants shall be prohibited from introducing evidence from or regarding the United States Court of Appeals for Veterans' Claims not produced to Plaintiffs.

Plaintiffs' Motion *in Limine* No. 3 is granted. Witnesses listed in Defendants' Pretrial Statement but not previously disclosed to Plaintiffs under Rule 26(a) or 26(e) shall not be permitted to testify.

Plaintiffs' Motion *in Limine* No. 4 is granted. The Court shall draw an adverse inference from Defendants' failure to produce available witnesses.

**IT IS SO ORDERED.**

Dated: April __, 2008

THE HONORABLE SAMUEL CONTI
United States Senior District Judge

Proposed Order Submitted by:

SIDNEY M. WOLINSKY
JENNIFER WEISER BEZOZA
KATRINA KASEY CORBIT
DISABILITY RIGHTS ADVOCATES

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By: /s/ Heather A. Moser.
    Heather A. Moser
    Attorneys for Plaintiffs