**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

April 9, 2008

Writer's Direct Contact
415.268.6411
GErspamer@mofo.com

**By Facsimile and Email**

Ms. Kyle R. Freeny
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6109
Washington, DC  20530

Re:   *Veterans for Common Sense v. Peake*
      N.D. Cal. No. C-07-3758

Dear Ms. Freeny:

Plaintiffs are in receipt of your letter responding to Plaintiffs' request for the date of identifying expert witnesses. Plaintiffs first inquired with Defendants about the exchange of witnesses on April 1. In your letter of April 4 you indicated that Defendants would not respond to the substance of the April 1 letter, but rather would address the expert issue with the Court at Monday's hearing. When you did not do so, we naturally assumed that Defendants did not desire to exchange expert information. Now, eight days after our April 1 letter, with only two business days to go, Defendants suggest that April 14 should be the date for exchanging expert designations and reports.

Defendants are correct that Plaintiffs first suggested April 14 as the date of identification of the names of experts, however this is the first mention of expert reports. Defendants have had several occasions to raise the need for expert reports, and have failed to do so. Further, under Defendants' construction of Judge Conti's discovery order, reflected in the quashing of Plaintiffs' CAVC subpoena, that order establishes the exclusive means of discovery. Thus, absent some agreement, it would appear that Defendants are bound by their position that no other discovery, which would include discovery of expert reports, is permitted. However, we believe that identification of experts is required by the rule pertaining to pretrial statements, and plan to identify Plaintiffs' experts in that filing on April 14. Moreover, given the VA's extensive delays in producing documents needed for expert review, it would in any event be impossible to produce expert reports on Monday.

sf-2496453

**MORRISON | FOERSTER**

Ms. Kyle Freeny
April 9, 2008
Page Two


Please give me a call Friday, April 11, if you wish to discuss this further.


Sincerely,

*Gordon Erspamer/aaa*

Gordon P. Erspamer

sf-2496453