JEFFREY S BUCHOLTZ
Acting Assistant Attorney General
SCOTT N. SCHOOLS
Interim United States Attorney
RICHARD LEPLEY
Assistant Branch Director
DANIEL BENSING D.C. Bar No. 334268
KYLE R. FREENY California Bar No. 247857
JAMES J. SCHWARTZ D.C. Bar No. 468625
RONALD J. WILTSIE, D.C. Bar No. 431562
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0693
Facsimile: (202) 616-8460
Email: Daniel.Bensing@USDOJ.gov

Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, <br><br>Plaintiffs,<br><br>v.<br><br>Hon. JAMES B. PEAKE, Secretary of Veterans Affairs, *et al.*,<br><br>Defendants. | No. C 07-3758-SC <br><br>**[PROPOSED] ORDER ON DEFENDANTS' SECOND MOTION *IN LIMINE* TO EXCLUDE EVIDENCE** |

UPON CONSIDERATION of defendants' Second Motion *In Limine* to Exclude Evidence, any Opposition thereto and the whole record herein, it is hereby

ORDERED THAT:

(1) Due to plaintiffs' unexcused failure to provide defendants with expert reports for the

four witnesses which plaintiffs have designated as experts, (Rick Weidman, Ron Abrams, William Fox and Ronald Maris), any expert testimony by these witnesses is hereby excluded from the trial in this action.

(2) Plaintiffs' witnesses Fox and Abrams are prohibited from providing any expert testimony as to legal questions.

SO ORDERED: _____  Date: _____

UNITED STATES DISTRICT JUDGE