GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
RYAN G. HASSANEIN (CA SBN 221146)
RHassanein@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **PLAINTIFFS' WRITTEN DISCOVERY DESIGNATIONS** <br><br> Trial Set:          April 21, 2008 <br> Complaint Filed: July 23, 2007 |

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  SIDNEY M. WOLINSKY (CA SBN 33716)
   SWolinsky@dralegal.org
3  JENNIFER WEISER BEZOZA (CA SBN 247548)
   JBezoza@dralegal.org
4  KATRINA KASEY CORBIT (CA SBN 237931)
   KCorbit@dralegal.org
5  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
6  Berkeley, California 94704-1204
   Telephone: 510.665.8644
7  Facsimile: 510.665.8511

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) , Plaintiffs Veterans for Common Sense and Veterans United for Truth, Inc. designate the following interrogatory responses from DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES dated April 17, 2008, that Plaintiffs intend to offer at trial.

1. Response No. 1
2. Response No. 2
3. Response No. 3
4. Response No. 4
5. Response No. 6
6. Response No. 7
7. Response No. 8
8. Response No. 9
9. Response No. 10
10. Response No. 11
11. Response No. 12
12. Response No. 13
13. Response No. 14
14. Response No. 15
15. Response No. 16
16. Response No. 17
17. Response No. 18
18. Response No. 19
19. Response No. 20
20. Response No. 21
21. Response No. 22
22. Response No. 23
23. Response No. 24
24. Response No. 25

25. Appendix A: Patients on MH Wait List by facility

26. Appendix B. Suicide Rates Among VHA Patients in FY05 by VISN and Station

27. Appendix C: Report on Positions Awarded Under the Mental Health Enhancement Initiative

Dated: April 18, 2008

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
RYAN G. HASSANEIN
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By: /s/ Heather A. Moser
     Heather A. Moser

Attorneys for Plaintiffs