```
                         CIVIL TRIAL MINUTES
                   NORTHERN DISTRICT OF CALIFORNIA

                          April 21, 2008
```

Before: <u>Judge Samuel Conti</u>

       <u>T. De Martini</u>     Courtroom Deputy Clerk

       <u>Belle Ball, Debra Pas</u>     Court Reporter

CASE NO. <u>C-07-3758-SC</u>

<u>VETERANS FOR COMMON SENSE, et al.</u>   v. <u>JAMES B. PEAKE, M.D., et al.</u>

Court Trial Began <u>4/21/08</u>

Further Hearing <u>4/22/08 @ 9:15 A.M.</u>

Other:

<u>Pretrial Motions Granted in Part/Denied in Part (See Transcript)</u>

<u>Opening Statements</u>

<u>Plaintiff's Witnesses: Ronald Abrams, Donald Hubbard</u>

Verdict:

Disposition of Exhibits: