```
                      CIVIL TRIAL MINUTES
                 NORTHERN DISTRICT OF CALIFORNIA

                        April 22, 2008


Before:  Judge Samuel Conti

         T. De Martini                  Courtroom Deputy Clerk

         Belle Ball, Debra Pas          Court Reporter

CASE NO. C-07-3758-SC

VETERANS FOR COMMON SENSE, et al.   v. JAMES B. PEAKE, M.D., et al.

Court Trial Began 4/21/08

Further Hearing 4/23/08 @ 9:15 A.M.




Other:

Plaintiff's Witnesses: Donald Hubbard - continued, Dr. Ronald Maris

witnesses: William Fox, Casey Matuszak

Excerpts of Video Deposition of William Feeley played, counter excerpts

read into the record by the Defendant




Verdict:




Disposition of Exhibits:
```