```
                  CIVIL TRIAL MINUTES
              NORTHERN DISTRICT OF CALIFORNIA

                    April 23, 2008


Before:  Judge Samuel Conti

         T. De Martini                      Courtroom Deputy Clerk

         Belle Ball, Debra Pas               Court Reporter

CASE NO. C-07-3758-SC

VETERANS FOR COMMON SENSE, et al.    v.  JAMES B. PEAKE, M.D., et al.

Court Trial Began 4/21/08

Further Hearing 4/24/08 @ 9:15 A.M.




Other:

Plaintiff's Witnesses: Richard Weidman, James Terry,




Verdict:




Disposition of Exhibits:
```