```
                    CIVIL TRIAL MINUTES
                 NORTHERN DISTRICT OF CALIFORNIA

                      April 24, 2008
```

Before:  Judge Samuel Conti

        T. De Martini                      Courtroom Deputy Clerk

        Belle Ball, Debra Pas              Court Reporter

CASE NO. C-07-3758-SC

VETERANS FOR COMMON SENSE, et al.   v.  JAMES B. PEAKE, M.D., et al.

Court Trial Began 4/21/08

Further Hearing 4/28/08 @ 9:00 A.M.


Other:

Plaintiff's Witnesses: Michael Kussman, Paul Sullivan,

Video Deposition Excerpts of Frances Murphy M.D. and Robert Rosenheck

shown and counter excerpts read into the record by the Defendant.


Seven days after the trial ends the parties are to file Post Trial

Briefs not to exceed 30 pages. These briefs are to include statutes,

case law, reference the record and include Findings of Fact and

Conclusions of Law.


Verdict:




Disposition of Exhibits: