1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  RYAN G. HASSANEIN (CA SBN 221146)
   RHassanein@mofo.com
5  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  **[see next page for additional counsel for Plaintiffs]**

10 Attorneys for Plaintiff(s)
   VETERANS FOR COMMON SENSE, and
11 VETERANS UNITED FOR TRUTH, INC.

12                      UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                           SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., | Case No.   C-07-3758-SC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE** |
| v. | Trial Date:   4/21/08 |
| JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, | Complaint Filed July 23, 2007 |
| Defendants. | |

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  SIDNEY M. WOLINSKY (CA SBN 33716)
   SWolinsky@dralegal.org
3  JENNIFER WEISER BEZOZA (CA SBN 247548)
   JBezoza@dralegal.org
4  KATRINA KASEY CORBIT (CA SBN 237931)
   KCorbit@dralegal.org
5  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
6  Berkeley, California 94704-1204
   Telephone: 510.665.8644
7  Facsimile: 510.665.8511

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     The parties hereby stipulate that the following exhibits will be entered into evidence at the
2 trial having commenced April 21, 2008:

3
- P-361
- P-363
- P-368
- P-369
- P-371
- P-372
- P-373
- P-376
- P-377
- P-378
- P-379
- P-382
- P-386
- P-387
- P-391
- P-392
- P-394
- P-368
- P-398
- P-411
- P-415
- P-418
- P-420
- P-421
- P-423
- P-424
- P-425
- P-427
- P-429
- P-430
- P-398
- P-436
- P-437
- P-438

STIPULATION & [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE —
CASE NO. C-07-3758-SC
sf-2505166

- P-439
- P-440
- P-444
- P-448
- P-446
- P-37
- P-445

Dated: April 28, 2008

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
RYAN G. HASSANEIN
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By:   /s/ Heather A. Moser
         Heather A. Moser

Attorneys for Plaintiffs

Dated: April 28, 2008

By:   /s/ Kyle Freeny
         Kyle Freeny (Kyle.Freeny@usdoj.gov)

Attorney for Defendants

**PURSUANT TO STIPULATION OF EXHIBITS ENTERED INTO EVIDENCE, IT IS SO ORDERED.**

Dated:  April 28, 2008

THE HONORABLE SAMUEL CONTI
United States Senior District Judge

STIPULATION & [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE —
CASE NO. C-07-3758-SC
sf-2505166

I, Heather Moser, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order of Exhibits Entered into Evidence. In compliance with General Order 45, X.B., I hereby attest that Kyle R. Freeny has concurred in this filing.

Dated: April 28, 2008                             MORRISON & FOERSTER LLP

                                                  By:   /s/ Heather A. Moser
                                                        Heather A. Moser

                                                  Attorneys for Plaintiffs

STIPULATION & [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE —
CASE NO. C-07-3758-SC
sf-2505166