GORDON P. ERSPAMER (CA SBN 83364)
GErspamer@mofo.com
ARTURO J. GONZALEZ (CA SBN 121490)
AGonzalez@mofo.com
HEATHER A. MOSER (CA SBN 212686)
HMoser@mofo.com
RYAN G. HASSANEIN (CA SBN 221146)
RHassanein@mofo.com
STACEY M. SPRENKEL (CA SBN 241689)
SSprenkel@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **STIPULATION AND [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE** <br><br> Trial Date:   4/21/08 <br> Complaint Filed July 23, 2007 |

**ADDITIONAL COUNSEL FOR PLAINTIFFS:**

SIDNEY M. WOLINSKY (CA SBN 33716)
SWolinsky@dralegal.org
JENNIFER WEISER BEZOZA (CA SBN 247548)
JBezoza@dralegal.org
KATRINA KASEY CORBIT (CA SBN 237931)
KCorbit@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

1   The parties hereby stipulate that the following exhibits will be entered into evidence at the
2   trial having commenced April 21, 2008:

- P-361
- P-363
- P-368
- P-369
- P-371
- P-372
- P-373
- P-376
- P-377
- P-378
- P-379
- P-382
- P-386
- P-387
- P-391
- P-392
- P-394
- P-368
- P-398
- P-411
- P-415
- P-418
- P-420
- P-421
- P-423
- P-424
- P-425
- P-427
- P-429
- P-430
- P-398
- P-436
- P-437
- P-438

- P-439
- P-440
- P-444
- P-448
- P-446
- P-37
- P-445

Dated: April 28, 2008

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
RYAN G. HASSANEIN
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By:   /s/ Ryan G. Hassanein
      Ryan G. Hassanein

Attorneys for Plaintiffs

Dated: April 28, 2008

By:   /s/ Kyle Freeny
      Kyle Freeny (Kyle.Freeny@usdoj.gov)

Attorney for Defendants

**PURSUANT TO STIPULATION OF EXHIBITS ENTERED INTO EVIDENCE, IT IS SO ORDERED.**

Dated:  April 28, 2008

THE HONORABLE SAMUEL CONTI
United States Senior District Judge

1

2    I, Heather A. Moser, am the ECF User whose ID and password are being used to file this

3 Stipulation and Proposed Order of Exhibits Entered into Evidence. In compliance with General

4 Order 45, X.B., I hereby attest that Ryan G. Hassanein and Kyle R. Freeny have concurred in this

5 filing.

6

7 Dated: April 28, 2008                              MORRISON & FOERSTER LLP

8

9                                                   By:   /s/ Heather A. Moser
                                                          Heather A. Moser

10                                                  Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28