# ATTACHMENT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. C 07 3758
**PLAINTIFF** Exhibit No. P-1243
Date Entered: _____
RICHARD W. WIEKING, CLERK
By: _____
　　　　　Deputy Clerk

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
JOSEPH P. RUSSONIELLO
United States Attorney
RICHARD G. LEPLEY
Assistant Branch Director
DANIEL BENSING D.C. Bar No. 334268
KYLE R. FREENY California Bar No. 247857
JAMES J. SCHWARTZ D.C. Bar No. 468625
RONALD J. WILTSIE, D.C. Bar No. 431562
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 514-5108
Facsimile: (202) 616-8460
Email: Kyle.Freeny@usdoj.gov

Attorneys for Defendants Hon. James B. Peake, the U.S. Department of Veterans Affairs, Hon. James P. Terry, Hon. Daniel L. Cooper, Hon. Bradley G. Mayes, Hon. Michael J. Kussman, Ulrike Willimon, the United States of America, Hon. Michael B. Mukasey, and Hon. William P. Greene, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, <br><br> Plaintiffs, <br><br> v. <br><br> Hon. JAMES B. PEAKE, Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | No. C 07-3758-SC <br><br> **DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES** |

not monitor data regarding the number and percentage of claims pending at any state in the claim cycle requesting a determination on service connection for PTSD.

10. State the average number of days SCDDC claims and PTSD claims are pending at each stage of the Complete Claim Cycle Period, and the method for calculation of that number, from 2005 to present.

RESPONSE: The Agency objects to this request to the extent that it seeks information or documents that are not in the Agency's possession, custody or control. Subject to and without waiving the foregoing general and specific objections, the Agency states the following: VA systems do not track claim cycle timeliness data in the same manner as described by plaintiffs in the "Complete Claims Cycle Period." The Chart below, within the limitations of VA systems, depicts the average number of days for SCDDC claims requesting service connection for PTSD in various stages of the claims cycle:

| Type of Case | A. Receipt of Claim to RO Decision in Fiscal Year 2008* | B. NOD Receipt to SOC | C. SOC Issuance to Substantive Appeal Receipt | D. Substantive Appeal Receipt to Certification of Appeal to BVA | E. Receipt of Certified Appeal to Issuance of BVA Decision |
|---|---|---|---|---|---|
| SCDDC | 189.4 | 199.4* | 43.1* | 533.2* | 237.2* |
| PTSD | Not Available | 221.1** | 46.1** | 625.2** | 226.3** |

Data source for A: VBA EDW. Data Period: As of 4/08/2008.
Data source for items B – E: VACOLS. Data period: As of 4/14/2008

*Refers to appeals in which a claimant seeks service connection for issues not involving PTSD.
**PTSD means a case in which a claimant seeks service connection for PTSD.

11. State the average number of days a SCDDC claim is pending before a VBA RO receives a claimant's records from the U.S. Army and Joint Services Records Research Center (JSRRC) from 2005 to present.

12

RESPONSE: The Agency objects to this request to the extent that it seeks information or documents that are not in the Agency's possession, custody or control. Subject to and without waiving the foregoing general and specific objections, the Agency states the following: See response to Interrogatory No. 10, Column A.

As to objections:

Date: April 17, 2008

        JEFFREY S. BUCHOLTZ
        Acting Assistant Attorney General
        JOSEPH P. RUSSONIELLO
        United States Attorney
        RICHARD LEPLEY
        Assistant Branch Director

        _____
        KYLE R. FREENY, California Bar No. 247857
        DANIEL BENSING, D.C. Bar No. 334268
        JAMES SCHWARTZ, D.C. Bar No. 468625
        RONALD J. WILTSIE, D.C. Bar No. 431562
        United States Department of Justice
        Civil Division, Federal Programs Branch
        P.O. Box 883
        (202) 514-5108
        *Attorneys for Defendants*