| | |
|---|---|
| 1 | GORDON P. ERSPAMER (CA SBN 83364) |
|   | GErspamer@mofo.com |
| 2 | ARTURO J. GONZALEZ (CA SBN 121490) |
|   | AGonzalez@mofo.com |
| 3 | HEATHER A. MOSER (CA SBN 212686) |
|   | HMoser@mofo.com |
| 4 | RYAN G. HASSANEIN (CA SBN 221146) |
|   | RHassanein@mofo.com |
| 5 | STACEY M. SPRENKEL (CA SBN 241689) |
|   | SSprenkel@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 7 | San Francisco, California 94105-2482 |
|   | Telephone: 415.268.7000 |
| 8 | Facsimile: 415.268.7522 |

**[see next page for additional counsel for Plaintiffs]**

Attorneys for Plaintiff(s)
VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., | Case No.   C-07-3758-SC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE** |
| v. | |
| JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, | Trial Date:   4/21/08 |
| | Complaint Filed July 23, 2007 |
| Defendants. | |

STIPULATION & [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE —
CASE NO. C-07-3758-SC
sf-2505166

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  SIDNEY M. WOLINSKY (CA SBN 33716)
   SWolinsky@dralegal.org
3  JENNIFER WEISER BEZOZA (CA SBN 247548)
   JBezoza@dralegal.org
4  KATRINA KASEY CORBIT (CA SBN 237931)
   KCorbit@dralegal.org
5  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
6  Berkeley, California 94704-1204
   Telephone: 510.665.8644
7  Facsimile: 510.665.8511

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   The parties hereby stipulate that the following exhibits will be entered into evidence at the
2   trial having commenced April 21, 2008:

- P-361
- P-363
- P-368
- P-369
- P-371
- P-372
- P-373
- P-376
- P-377
- P-378
- P-379
- P-382
- P-386
- P-387
- P-391
- P-392
- P-394
- P-368
- P-398
- P-411
- P-415
- P-418
- P-420
- P-421
- P-423
- P-424
- P-425
- P-427
- P-429
- P-430
- P-398
- P-436
- P-437
- P-438

STIPULATION & [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE —
CASE NO. C-07-3758-SC
sf-2505166

- P-439
- P-440
- P-444
- P-448
- P-446
- P-37
- P-445

Dated: April 28, 2008

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
RYAN G. HASSANEIN
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By:  /s/ Ryan G. Hassanein
     Ryan G. Hassanein

Attorneys for Plaintiffs

Dated: April 28, 2008

By:  /s/ Kyle Freeny
     Kyle Freeny (Kyle.Freeny@usdoj.gov)

Attorney for Defendants

**PURSUANT TO STIPULATION OF EXHIBITS ENTERED INTO EVIDENCE, IT IS SO ORDERED.**

Dated: April 28, 2008

THE HONORABLE SAMUEL CONTI
United States Senior District Judge

STIPULATION & [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE —
CASE NO. C-07-3758-SC
sf-2505166

1

2       I, Heather A. Moser, am the ECF User whose ID and password are being used to file this

3   Stipulation and Proposed Order of Exhibits Entered into Evidence.  In compliance with General

4   Order 45, X.B., I hereby attest that Ryan G. Hassanein and Kyle R. Freeny have concurred in this

5   filing.

6

7   Dated: April 28, 2008                        MORRISON & FOERSTER LLP

8

9                                           By:   /s/ Heather A. Moser
                                                Heather A. Moser

10  Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE —
CASE NO. C-07-3758-SC
sf-2505166