```
                    CIVIL TRIAL MINUTES
                NORTHERN DISTRICT OF CALIFORNIA

                      April 28, 2008
```

Before: <u>Judge Samuel Conti</u>

       <u>T. De Martini</u>       Courtroom Deputy Clerk

       <u>Belle Ball, Debra Pas</u>       Court Reporter

CASE NO. <u>C-07-3758-SC</u>

<u>VETERANS FOR COMMON SENSE, et al.</u>  v.  <u>JAMES B. PEAKE, M.D., et al.</u>

Court Trial Began <u>4/21/08</u>

Further Hearing <u>4/29/08 @ 9:00 a.m.</u>

Other:

<u>Defendant's Witness: Michael Walcoff,</u>

<u>Stipulation and Order of exhibits entered into evidence signed and</u>

<u>posted.</u>

Verdict:

Disposition of Exhibits: