```
                    CIVIL TRIAL MINUTES
                NORTHERN DISTRICT OF CALIFORNIA

                      April 29, 2008
```

Before:  Judge Samuel Conti

        T. De Martini                          Courtroom Deputy Clerk

        Belle Ball, Debra Pas                 Court Reporter

CASE NO. C-07-3758-SC

VETERANS FOR COMMON SENSE, et al.   v.  JAMES B. PEAKE, M.D., et al.

Court Trial Began 4/21/08

Further Hearing 4/30/08 @ 9:15 a.m.

Motions

Plaintiff's Motion to Compel - Denied

STAR Report & processes will not come in


Other:

Defendant's Witness: Michael Walcoff - continued

Plaintiff's Video Deposition Excerpts of Thomas Pamperin, Daniel Cooper, Ronald Aumen, Bradley Mayes, Jack McCoy and Marcus Nemuth M.D. played

Defendant's Counter Excerpts read into the record

Parties Post Trial Briefs including Findings of Fact and Conclusions of Law are not to exceed 40 pages

Verdict:




Disposition of Exhibits: