```
                    CIVIL TRIAL MINUTES
                 NORTHERN DISTRICT OF CALIFORNIA

                       April 30, 2008


Before:   Judge Samuel Conti

          T. De Martini                    Courtroom Deputy Clerk

          Belle Ball, Debra Pas            Court Reporter


CASE NO. C-07-3758-SC

VETERANS FOR COMMON SENSE, et al.    v. JAMES B. PEAKE, M.D., et al.

Court Trial Began 4/21/08

Further Court Trial _____

Motions

Plaintiff's Motion for Rebuttal Witness Kennedy - Denied




Other:

Defendant's Witness: Dr. Alan Berman M.D.

Parties Rest

Exhibits Admitted

Closing Statements

The parties briefs are to concentrate on this Courts jurisdiction

and should be supported by case law.

Plaintiff's Post Trial Brief due 5/9/08

Defendant's Post Trial Brief due 5/19/08

Briefs not to exceed 40 pages

Matter Submitted
```