# APPENDIX

# EXHIBIT A

**Joint Amicus Brief Of Swords To Plowshares And Vietnam Veterans Of America**



VA HEALTH CARE ELIGIBILITY & ENROLLMENT

# Health Care Eligibility and Enrollment for Veterans

- Combat Veterans
- Determining Your Eligibility
- Prisoner of War (POW) Eligibility
- Enrollment
- Enrollment Priority Groups
- Enrollment Restriction
- Supplemental Enrollment Information

**At Your Fingertips**

- Combat Veteran (Fact Sheet 16-4)
- Enrollment Frequently Asked Questions
- VA Health Care Enrollment Priority Groups
- Enrollment Restriction
- Other than Honorable Discharge: Impact on Eligibility for VA Health Care Benefits (Fact Sheet 16-8)

**Apply or Enroll for VA Medical Benefits**

- 10-10ez Form

Eligibility for VA health care is dependent upon a number of variables, which may influence the final determination of the services for which you qualify. These factors include the nature of a veteran's discharge from military service (e.g., honorable, other than honorable, dishonorable), length of service, VA adjudicated disabilities (commonly referred to as service-connected disabilities), income level, and available VA resources among others.

Generally, you must be enrolled in VA health care system to receive benefits offered in the Medical Benefits Package. To apply for VA health care benefits, including enrollment you must fill out an application. We use the application to determine:

- Whether you have qualifying service as a veteran
- What your veteran status is so that you can be placed into one of the priority groups

## Enrollment Restriction

Effective January 17, 2003, VA suspended NEW enrollment of veterans assigned to Priority Group 8e and 8g (VA's lowest priority group consisting of higher income veterans). Veterans assigned to Priority Group 8e and 8g are veterans who are enrolling for the first time on or after January 17, 2003,

and whose income exceeds the current year income threshold, who have no other special eligibilities such as a compensable service connected condition or recent combat service, and who refuse to provide income information are **not** eligible for enrollment at this time. Veterans enrolled in Priority Group 8a and 8c on or before January 16, 2003, will remain enrolled and continue to be eligible for the full-range of VA health care benefits.

To get started in determining your eligibility, click here.

Federal Benefits for Veterans and Dependents | VA National Means Test Income Threshold | GMT Income Threshold
Viewers, Plug-Ins, & Readers | Health Care Eligibility Site Map

For questions about **Health Care Eligibility**, please visit the VA inquiry website.

---

Español | VA Forms | Facilities Locator | Contact the VA | Frequently Asked Questions (FAQs)
Privacy Policy | Web Policies & Important Links | Annual Performance and Accountability Report
Freedom of Information Act | Small Business Contacts | Site Map
USA.gov | White House | USA Freedom Corps

Reviewed/Updated Date: January 16, 2007