**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8  VETERANS FOR COMMON SENSE and      )    No. C-07-3758 SC
   VETERANS UNITED FOR TRUTH, INC.,   )
9                                      )    ORDER DENYING
                                       )    APPLICATION FOR LEAVE
10            Plaintiffs,              )    TO FILE JOINT AMICUS
                                       )    <u>BRIEF</u>
11            v.                       )
                                       )
12  JAMES B. PEAKE, Secretary of       )
    Veterans Affairs, <u>et al.</u>,        )
13                                     )
                                       )
14            Defendants.             )
                                       )
15  _____  )

16        Swords to Plowshares and Vietnam Veterans of America, two

17  not-for-profit organizations that serve American veterans and

18  their families, have filed an Application for Leave to File Joint

19  Amicus Brief.  Given the substantial amount of evidence and briefs

20  already before the Court, an additional amicus brief will be of

21  little value.  The Application is therefore DENIED.

22

23        IT IS SO ORDERED.

24

25        Dated: May 2, 2008

26                                    _____

27                                    UNITED STATES DISTRICT JUDGE

28