Final: 4/30/08
Interim for week ending: ____

## TITLE SHEET

| CASE NUMBER | C-07-3758-SC |
|---|---|
| CASE TITLE | VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al. |
| COURT REPORTERS | Belle Ball, Debra Pas |

| DEPUTY CLERK   T. De Martini | JUDGE Samuel Conti |
|---|---|
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| Gordon Erspamer | Daniel Bensing |
| Sidney Wolinsky | Kyle Freeny |
| Heather Moser, Natalie Naugle | James Schwartz, Suzanne Will |
| Stacey Sprenkel, Ryan Hassanein | Richard Lepley, Al Bocchicchio |
| Arturo Gonzalez, Katrina Corbit | Ron Wiltsie, Chris McNamee |

## LIST OF EXHIBITS AND WITNESSES

CASE NO. C-07-3758-SC   VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al.

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES  4/21/08 | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | 9:15 A.M. | Court Trial Began | |
| | | | | | | | Preliminary Matters | |
| | | | | | | | Defendant's Motion to Exclude Expert Testimony - Denied | |
| | | | | | | | Exhibits will be handled on a case by case basis. | |
| | | | | | | | Evidence regarding Court of Appeals will be handled on a case by case basis | |
| | | | | | | | There was no adverse inference in a Court Trial | |
| | | | | | | | Exclude Documents not produced will be heard on a case by case basis | |
| | | | | | | | Dr. Michael Kussman is required to appear | |
| | | | | | | | James Terry is required to appear. | |

LIST OF EXHIBITS AND WITNESSES

LIST OF EXHIBITS AND WITNESSES

Page 2

CASE NO. C-07-3758-SC    VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al.

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES 4/21/08 | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | | Parties to exchange list of witnesses and exhibits on an ad hoc basis. Legal testimony - case by case. The parties will have as much time as they need to present their case. | |
| | | | | | | 9:57 A.M. | Plaintiffs Opening Statement by Espanar | π |
| | | | | | | 10:31 A.M. | Defendants Opening Statement by Lepley | Δ |
| | | | | | | 11:15 A.M. | Recess | |
| | | | | | | 11:30 A.M. | Reconvene | |
| | | | | | | | Witness Ronald Abrams - Sworn | π |
| | | | | | | | Direct by Espanar | |
| 1279 | X | | | | | | Chart: Veterans Administration Organizational Chart | 4/08 |
| | | | | | | | Abrams offered as an expert | |
| | | | | | | 11:49 A.M. | Voir Dire by Wiltsie | |
| | | | | | | | Continued Direct | |
| 1275 | X | X | | | | | Individual | |
| 1274 | X | | | | | | Mental & Personality Disorders | |
| | | | | | | 12:15 p.m. | Recess | |
| | | | | | | 1:30 p.m. | Reconvene | |
| | | | | | | | Continued Direct of Abrams by Espanar | |
| 1274 | | X | | | | | | |
| 425 | X | X | | | | | VA Adjudication Procedures Manual Rewrite 8/8/07 | |
| 423 | X | X | | | | | VA Clinicians' Guide 8/9/06 | |
| 1282 | X | | | | | | M-21-4 Manual: Work Rate Standards | |
| 1276 | X | | | | | | Timeline: VBA Adjudication Process - Service Connected | |
| 1277 | X | | | | | | Timeline: VBA Adjudication Process - PTSD Claimant | |
| 1278 | X | | | | | | Chart: Cumulative Adjudication Error Rate | |
| 414 | X | | | | | | CNA Corporation Report to VA 5/07 | |
| 375 | X | | | | | | Memo from Mayes to VA Regional Office Director 8/27/07 | |
| | | | | | | 2:55 pm | Recess | |

CASE NO. C-07-3758-SC   VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al.

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES  4/21/08, 4/22/08 | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | 3:05 p.m. | Reconvene | |
| | | | | | | | Cross of Abrams by Wiltsie | |
| | | | | | | 3:32 p.m. | Witness Donald Hubbard - Sworn | T |
| | | | | | | | Direct by Hassanein | |
| 1310 | X | X | | | | | Board of Veterans' Appeals VACOLS Field Station | |
| 1323 | X | X | | | | | Appeals Resolution Time | |
| 1309 | X | X | | | | | BVA Dispositions By VA Regional Offices | |
| 1318 | X | X | | | | | BVA Appeals Pending | |
| 1174 | X | X | | | | | Form VA 9 Appeal to BVA | |
| 1324 | X | X | | | | | BVA Hearing Requests | |
| 1314 | X | X | | | | | Board of Veterans Appeals | |
| 1312 | X | X | | | | | Board of Veterans Appeals Remand Report 1/1/08 - 5/31/08 | |
| 1320 | X | X | | | | | Workload Status (without Remand) | |
| | | | | | | 4:50 pm | Recess | |
| | | | | | | | April 22, 2008 | |
| | | | | | | 9:15 A.M. | Reconvene | |
| | | | | | | | Continued Direct of Hubbard | T |
| 1315 | X | X | | | | | Certified to BVA | |
| 1317 | X | X | | | | | BVA Appeals pending by RO | |
| 1316 | X | X | | | | | BVA Disposition of Appeals | |
| 1322 | X | X | | | | | Consolidated Monday Morning Reports | |
| 1243 | X | | | | | | Defendants' Responses and Objections to Plaintiffs Interrogatories | |
| | | | | | | 9:56 A.M. | Cross by Wiltsie | |
| | | | | | | 9:59 A.M. | Dr. Ronald Maris - Sworn | T |
| | | | | | | | Direct by Gonzalez | |
| | | | | | | | Dr. Maris offered as an expert re Suicide | |
| | | | | | | | No Voir Dire | |
| 1330 | X | X | | | | | 15 Suicide Factors, Excerpt from Comprehensive Textbook | |
| 133 | X | | | | | | Dept Vet Affairs Office Insp. General Report 5/10/07 | |

| CASE NO. C-07-3758-SC    VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al. ||||||||
| Plaintiff ||| Defendant |||||
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES 4/22/08 | BY |
|---|---|---|---|---|---|---|---|---|
| 365 | X | X | | | | | Template: Suicide Risk Screening and Comprehensive Assm | |
| 1331 | X | | | | | | VA Departures from Standard Care | |
| 1255 | X | | | | | | Report: Compilation of Suicide Incident Briefs | |
| 1256 | X | | | | | | Chart: Compilation of Suicide Incident Briefs | |
| | | | | | | 10:55 am | Recess | |
| | | | | | | 11:10 am | Reconvene | |
| | | | | | | | Continued Direct of Maris | |
| | | | | | | 11:21 a.m. | Cross of Maris by Schwartz | |
| 1259 | X | | | | | | Video deposition excerpts of William Feeley | T |
| | | | | | | | Parties stipulate to the Court Reporter not taking down the video testimony | |
| | | | | | | | Plaintiffs to allow Defendant to designate and play their designations - Video stipped parties to work out both sides designations. | |
| | | | | | | 11:47 a.m. | William Fox - Sworn | T |
| | | | | | | | Direct by Wolinsky | |
| 1015 | X | X | | | | | Curriculum Vitae of Professor William Fox | |
| | | | | | | | Offered as an expert in Veterans Law. | |
| | | | | | | 12:01 p.m. | Voir Dire by Wiltsie | |
| | | | | | | 12:02 p.m. | Recess | |
| | | | | | | 1:15 p.m. | Reconvene | |
| | | | | | | | Continued Direct of Fox | |
| 1286 | X | | | | | | Chart: Characteristics of Todays Veterans | |
| 1284 | X | | | | | | Chart: Solutions Claims Adjudication | |
| | | | | | | 2:11 p.m. | Cross by Wiltsie | |
| | | | | | | 2:40 p.m. | Redirect | |
| | | | | | | 2:48 p.m. | Recess | |
| | | | | | | 3:05 p.m. | Reconvene | |
| | | | | | | | Witness Casimir Maluszak - Sworn | T |

LIST OF EXHIBITS AND WITNESSES

CASE NO. C-07-3758-SC    VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al.

| Plaintiff No. | ID | EV | Defendant No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES  4/22/08   4/23/08 | BY |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 3:05 p.m. | Direct of Matuszak by Sprenkel |  |
| 1069 | X | X |  |  |  |  | Veterans Application for Compensation or Pension VA Form |  |
| 1321 | X | X |  |  |  |  | Statement in support of Claim for Service |  |
|  |  |  |  |  |  | 3:43 p.m. | Cross by Freeny |  |
|  |  |  |  |  |  | 3:47 p.m. | Redirect |  |
|  |  |  |  |  |  |  | Video deposition excerpts of William Feeley | γ |
|  |  |  |  |  |  | 5:02 p.m. Recess | Government counter excerpts of Feeley Read into the record | Δ |
|  |  |  |  |  |  |  | Wednesday, April 23, 2008 |  |
|  |  |  |  |  |  | 9:15 a.m. | Reconvene |  |
|  |  |  |  |  |  |  | Witness Richard Weidman - Sworn | γ |
|  |  |  |  |  |  |  | Direct by Wolinsky |  |
| 1192 | X | γ |  |  |  |  | Biography of Richard Weidman |  |
|  |  |  |  |  |  |  | Offered as VA Expert on Budget |  |
|  |  |  |  |  |  | 9:40 a.m. | Voir Dire by Bensing |  |
|  |  |  |  |  |  | 10:36 a.m. | Continued Direct |  |
|  |  |  |  |  |  | 10:36 a.m. | Cross by Bensing |  |
|  |  |  |  |  |  | 10:39 a.m. | Recess |  |
|  |  |  |  |  |  | 10:55 a.m. | Reconvene |  |
|  |  |  |  |  |  |  | Witness James Terry - Sworn | γ |
|  |  |  |  |  |  |  | Direct by Hassanein |  |
| 370 | γ | X |  |  |  |  | Board of Veterans' Appeals Report of the Chairman 2/8/08 |  |
| 1243 | γ | X |  |  |  |  | Defendants' Responses & Objections to Plaintiffs Interrogatories |  |
| 1309 | X |  |  |  |  |  | already in evidence |  |
| 1312 | X |  |  |  |  |  | already in evidence |  |
| 377 | X | X |  |  |  |  | Chart: Board of Veterans' Appeals Obligations of FTE 4/1/05 |  |
| 378 | X | X |  |  |  |  | Chart: Board of Veterans' Appeals Executive Summary 2/06 |  |
| 413 | X | γ |  |  |  |  | Chart: Board of Veterans' Appeals MPR Next 30-45 Days 2/08 |  |
| 1323 | X |  |  |  |  |  | already in evidence |  |
|  |  |  |  |  |  | 12:02 p.m. | Recess |  |

LIST OF EXHIBITS AND WITNESSES

CASE NO. C-07-3758-SC    VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al.

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES 4/23/08, 4/24/08 | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| | | | | | | 1:15 p.m. | Reconvene | |
| | | | | | | | Continued Direct of Terry | |
| 1097 | X | X | | | | | U.S. Ct. of Appeals for Veterans Claims: Annual Report | |
| 1231 | X | X | | | | | Aguayo-Perales email to members re: "Home-Stretch" | |
| 1230 | X | | | | | | Battling the Backlog Part II hearing 7/13/06 | |
| | | | | | | 2:20 p.m. | Cross by Freeny | |
| | | | 555 | X | X | | Dept Vet Affairs Board Vet Appeals Budget Authority 2005-2009 | |
| | | | | | | 3:05 p.m. | Recess | |
| | | | | | | 3:20 p.m. | Reconvene | |
| | | | | | | | Continued Cross of Terry | |
| | | | 557 | X | X | | Federal Register Vol 73 No. 74 4/16/08 Proposed Rules | |
| | | | | | | 3:33 p.m. | Redirect by Hassanein | |
| | | | | | | 3:47 p.m. | Recross | |
| | | | | | | 3:49 p.m. | Witness Tia Christopher - Sworn | |
| | | | | | | | Direct | |
| | | | | | | 4:07 p.m. | Witness Robert Handy - Sworn | |
| | | | | | | | Direct by Wolinsky | |
| 1332 | X | * | | | | | Veterans United for Truth, Health Care Complaints demonstratives | |
| | | | | | | 4:29 p.m. | Cross by Freeny | |
| | | | | | | 4:33 p.m. | Recess | |
| | | | | | | | Thursday, April 24, 2008 | |
| | | | | | | 9:15 a.m. | Reconvene | |
| | | | | | | | ~~Direct~~ Witness Michael Kussman - Sworn | T |
| | | | | | | | Direct by Gonzalez | |
| 427 | X | | | | | | Organizational Chart: Office of the Undersecretary for Health | |
| 398 | X | | | | | | The Comprehensive VHA Mental Health Strategic Plan 7/1/04 | |
| 397 | X | | | | | | Statement of Frances Murphy M.D. | |
| 118 | X | | | | | | Hearing: Servicemembers' Seamless Transition | |
| 133 | X | | | | | | Dept VA Report 5/10/07 | |

LIST OF EXHIBITS AND WITNESSES

CASE NO.  C-07-3758-SC    VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al.

| Plaintiff No. | ID | EV | Defendant No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES  4/24/08 | BY |
|---|---|---|---|---|---|---|---|---|
| 169 | X | | | | | | Dept Vet Affairs OIG Report Audit of the Vet Health Admin 9/10/07 | |
| 1296 | X | | 1226 X | | | | Top 3 Complaints Fiscal Year 2008 1st Quarter | |
| 1304 | X | X | | | | | Kussman email re Monthly Hotline Report | |
| 1305 | X | X | | | | | VA National Suicide Prevention Hotline Call Report | |
| 226 | X | | | | | | Rep. Bob Filner Held a Hearing on Vet Suicide 12/14/07 | |
| 1306 | X | | | | | | Chasen email Re: CBS II | |
| | | | | | | 11:00 A.M. | Recess | |
| | | | | | | 11:15 A.M. | Reconvene | |
| | | | | | | | Continued Direct of Kussman | |
| 1247 | X | X | | | | | Email from Katy to Kussman Re: Suicides | |
| 1249 | X | X | | | | | Email chain, Email from Katy to Chasen | |
| 1289 | X | X | | | | | Email between Kussman & Various employees | |
| 1248 | X | X | | | | | Email Chain Lisette Mondello to Ev Chasen | |
| 1191 | X | | | | | | Rand Corp. Study re OIF/OEF Veterans | |
| 1294 | X | X | | | | | Email re: article "VA Sees No Elevated Suicide" | |
| 1289A | X | | | | | | | |
| 1289A | X | X | | | | | One e-mail from 1289 | |
| 18 | | | | | | 11:39 A.M. | Cross/Direct by Bensing | |
| 398 | X | | | | | | The Comprehensive VHA Mental Health Strategic Plan 7/1/08 | |
| 558 | X | X | | | | | letter from Peake to Filner 2/5/08 | |
| 1243 | X | | | | | 12:01 p.m. | Redirect | |
| 1243 | X | | | | | | already in evidence | |
| | | | | | | 12:15 p.m. | Recess | |
| | | | | | | 1:30 p.m. | Reconvene | |
| 1262 | X | X | | | | | Video Deposition of Frances Murphy excerpts and government counter excerpts read | |
| | | | | | | 2:23 p.m. | Witness Paul Sullivan - Sworn | T |
| | | | | | | | Direct by Gonzalez | |
| 1065 | X | X | | | | | Veterans for Common Sense Brochure | |

| CASE NO. C-07-3758-SC | | | | | | VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al. | |
|---|---|---|---|---|---|---|---|
| Plaintiff | | | Defendant | | | | |
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES  4/24/08           4/28/08 | BY |
|  |  |  |  |  |  |  | Direct of Sullivan Continued | T |
| 1066 | X | ✗ |  |  |  |  | VCS: Our Mission & Goals for 2008 |  |
|  |  |  |  |  |  | 2:33 p.m. | Cross by Freeny |  |
| 1191 | X | X |  |  |  |  | Rand Corporation Study re OIC/OEF veterans |  |
| 1265 | X |  |  |  |  |  | Video Deposition of Robert Rosenheck |  |
|  |  |  |  |  |  | 2:35 pm | Recess |  |
|  |  |  |  |  |  | 2:50 pm | Reconvene |  |
| 1265 | X |  |  |  |  |  | Video Deposition of Robert Rosenheck excerpts shown and Counter readings |  |
|  |  |  |  |  |  | 4:18 p.m. | Housekeeping Matters and witness discuss 7 days after the trial ends Not to exceed 30 pages legal space brief. 12 point. Post Trial briefs including statutes & case law. - refer to record until finding of Fact & Conclusion of Law |  |
| 1296 | X | X |  |  |  |  | Top 3 Complaints 2008 Gargo |  |
|  |  |  |  |  |  |  | Parties may have Closing arguments 30 minutes each. |  |
|  |  |  |  |  |  | 4:30 pm | Recess |  |
|  |  |  |  |  |  |  | April 28, 2008   Monday |  |
|  |  |  |  |  |  | 9:00 A.M. | The Court has decided that the parties should file findings of fact and conclusions of law. witness - undisclosed plaintiffs witness will be allowed to testify |  |
|  |  |  |  |  |  |  | Witness Michael Walcoff - Sworn | A |
|  |  |  |  |  |  |  | Direct by Wiltsie |  |
|  |  |  | 540 | X | X |  | Typical Regional Office Organizational Chart |  |
|  |  |  | 541 | X | X |  | Disability Claim Timeline |  |

| CASE NO. C-07-3758-SC VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al. ||||||||
|---|---|---|---|---|---|---|---|
| Plaintiff ||| Defendant |||||
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES  4/28/08 | BY |
| | | | | | | 10:55 AM | Recess | |
| | | | | | | 11:15 AM | Reconvene | |
| | | | | | | | Star Report discussion | |
| | | | | | | | Continued Direct of Mr. Walcoff | |
| | | | 542 | X | X | | Rating Claims Received Chart | |
| | | | 544 | X | | | Growth in Pending Claims Inventory Chart | |
| | | | 543 | X | | | Original Claim Receipts - Issues Per Claim Chart | |
| | | | 559 | X | | | Claims Receipts + total Issues with ABC Graph | |
| | | | | | | 11:55 A.M. | Recess | |
| | | | | | | 1:15 p.m. | Reconvene | |
| | | | | | | | Plaintiff witness - undisclosed witness will not be allowed to testify | |
| | | | | | | | Star Report will not come in | |
| | | | 543 | | X | | | |
| | | | 559 | | X | | | |
| | | | 545 | X | X | | C&P Field FTE Chart | |
| | | | 560 | X | X | | Supplemental Statements of the Case 3/08 | |
| | | | 547 | X | X | | National Performance Plan Journey-level RVSR | |
| | | | 561 | X | | | National Performance Plans Veterans SvcRp. 12/5/05 | |
| | | | 546 | X | X | | Compensation + Pension Spreadsheet | |
| | | | | | | 3:00 p.m | Recess | |
| | | | | | | 3:15 pm. | Reconvene | |
| Stipulation of Exhibits attached admitting Plaintiff exhibits |||||| | Stipulation + Order of Exhibits entered into evidence signed by the Court. | |
| | | | | | | | Cross of Walcoff by Espamer | |
| 1343 | X | X | | | | | Grievance filed by Local #2823 (Cleveland) 4/16/08 | |
| 368 | X | X | | | | | VA Web Reference Materials 9/12/07 | |
| 1012 | X | X | | | | | Spreadsheet showing performance at various locations 2008 | |
| 369 | X | X | | | | | VA Chart: Next 30-45 Days 1/1/08 | |
| 414 | X | X | | | | | CNA Corporation Report to VA 5/2007 | |

| | |
|---|---|
| 1 | GORDON P. ERSPAMER (CA SBN 83364) |
| | GErspamer@mofo.com |
| 2 | ARTURO J. GONZALEZ (CA SBN 121490) |
| | AGonzalez@mofo.com |
| 3 | HEATHER A. MOSER (CA SBN 212686) |
| | HMoser@mofo.com |
| 4 | RYAN G. HASSANEIN (CA SBN 221146) |
| | RHassanein@mofo.com |
| 5 | STACEY M. SPRENKEL (CA SBN 241689) |
| | SSprenkel@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 7 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 8 | Facsimile: 415.268.7522 |
| 9 | **[see next page for additional counsel for Plaintiffs]** |
| 10 | Attorneys for Plaintiff(s) |
| | VETERANS FOR COMMON SENSE, and |
| 11 | VETERANS UNITED FOR TRUTH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., | | Case No.   C-07-3758-SC |
| | Plaintiffs, | STIPULATION AND [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE |
| v. | | Trial Date:   4/21/08 |
| JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, et al., | | Complaint Filed July 23, 2007 |
| | Defendants. | |

STIPULATION & [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE —
CASE NO. C-07-3758-SC
sf-2505166

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**
2  SIDNEY M. WOLINSKY (CA SBN 33716)
   SWolinsky@dralegal.org
3  JENNIFER WEISER BEZOZA (CA SBN 247548)
   JBezoza@dralegal.org
4  KATRINA KASEY CORBIT (CA SBN 237931)
   KCorbit@dralegal.org
5  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
6  Berkeley, California 94704-1204
   Telephone: 510.665.8644
7  Facsimile: 510.665.8511

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE —
CASE NO. C-07-3758-SC
sf-2505166

1  The parties hereby stipulate that the following exhibits will be entered into evidence at the
2  trial having commenced April 21, 2008:
3
- P-361
- P-363
- P-368
- P-369
- P-371
- P-372
- P-373
- P-376
- P-377
- P-378
- P-379
- P-382
- P-386
- P-387
- P-391
- P-392
- P-394
- P-368
- P-398
- P-411
- P-415
- P-418
- P-420
- P-421
- P-423
- P-424
- P-425
- P-427
- P-429
- P-430
- P-398
- P-436
- P-437
- P-438

STIPULATION & [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE —
CASE NO. C-07-3758-SC
sf-2505166

1
- P439
2
- P-440
3
- P-444
- P-448
4
- P-446
5
- P-37
- P-445
6

7   Dated: April 28, 2008          GORDON P. ERSPAMER
                                   ARTURO J. GONZALEZ
8                                  HEATHER A. MOSER
                                   RYAN G. HASSANEIN
9                                  STACEY M. SPRENKEL
                                   MORRISON & FOERSTER LLP
10

11                                 By: _____
12                                     Ryan G. Hassanein
                                       (RHassanein@mofo.com)
13
                                   Attorneys for Plaintiffs
14

15

16

17  Dated: April 28, 2008

18                                 By: _____
                                       Kyle Freeny (Kyle.Freeny@usdoj.gov)
19
                                   Attorney for Defendants
20

21
    **PURSUANT TO STIPULATION OF EXHIBITS ENTERED INTO EVIDENCE,**
22
    **IT IS SO ORDERED.**
23
    Dated: April 28, 2008
24

25                                 _____
                                   THE HONORABLE SAMUEL CONTI
26                                 United States Senior District Judge

27

28

STIPULATION & [PROPOSED] ORDER OF EXHIBITS ENTERED INTO EVIDENCE —
CASE NO. C-07-3758-SC
sf-2505166

| CASE NO. C-07-3758-SC VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al. ||||||||
|---|---|---|---|---|---|---|---|
| Plaintiff || Defendant || | | | |
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES 4/28/08  4/29/08 | BY |
| 1323 | X | | | | | | already in evidence  Appeals Resolution Time | |
| | | | | | | 4:50 p.m. | Recess  Counsel to Review testimony | |
| | | | | | | | Re: Star Report | |
| | | | | | | 4:50 p.m. | Recess | |
| | | | | | | 9:15 a.m. | April 29, 2008  Tuesday | |
| | | | | | | | Reconvene | |
| | | | | | | | Plaintiffs Motion to Compel - Denied | |
| | | | | | | | Star Report & processes will not come in | |
| | | | | | | 9:22 a.m. | Continued cross of Walcoff by Espaner | J |
| 1243 | X | | | | | | already in evidence | |
| 1260A | X | | | | | | Transcript | |
| 1337 | X | | | | | | Honoring the call to duty | |
| | | | | | | 10:19 a.m. | Redirect of Walcoff | |
| | | | 561 | | X | | | |
| | | | | | | 10:22 a.m. | Recess | |
| | | | | | | 10:40 a.m. | Reconvene | |
| 1264 | X | | | | | | Video Deposition excerpts of Thomas Pamperin played counter excerpts read by Defendant | T |
| 1258 | X | | | | | | Video Deposition excerpts of Daniel Cooper played and counter excerpts read by Defendant | T |
| | | | | | | 12:15 pm | Recess | |
| | | | | | | 1:30 p.m. | Reconvene | |
| | | | | | | | Cooper deposition continued | |
| 374 | X | | | | | | VA Claims Processing Task Force 10/3/01 | |
| 369 | X | | | | | | VA chart titled Next 30-45 day 1/1/08 | |
| 384 | X | | | | | | Chart: Compensation & Pension | |
| 375A | X | | | | | | | |
| 1257 | X | | | | | | Video Deposition excerpts of Ronald Aument played Counter designation read into record | T |

| CASE NO. C-07-3758-SC   VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al. |||||||||
|---|---|---|---|---|---|---|---|---|
| Plaintiff ||| Defendant |||  |  | BY |
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES  4/29/08   4/30/08 |  |
| 1266 | X |  |  |  |  | 2:45 p.m. | Video Deposition of Diane Rubens played | T |
|  |  |  |  |  |  |  | counter depo excerpts read into the record |  |
| 1260 | X |  |  |  |  |  | Video Deposition of Bradley Mayes played counter | T |
|  |  |  |  |  |  |  | deposition excerpts read into record |  |
|  |  |  |  |  |  | 3:40 pm | Recess |  |
|  |  |  |  |  |  | 3:50 pm | Reconvene |  |
|  |  |  |  |  |  |  | Housekeeping Matters |  |
|  |  |  |  |  |  |  | Brief & Findings of Fact & Conclusions of Law |  |
|  |  |  |  |  |  |  | May be 40 pages |  |
| 1261 | X |  |  |  |  | 3:56 p.m. | Jack McCoy Video Depo played & counter readings | T |
| 1263 | X |  |  |  |  | 4:12 pm | Marcus Nemuth MD Video depo & counter reading | T |
|  |  |  |  |  |  | 5:10 pm | Recess |  |
|  |  |  |  |  |  |  | April 30, 2008, Wednesday |  |
|  |  |  |  |  |  | 9:15 A.m. | Reconvene |  |
|  |  |  |  |  |  |  | Witness Dr. Alan Berman - Sworn | A |
|  |  |  |  |  |  |  | Direct by Schwartz |  |
|  |  |  |  |  |  |  | Offered as an expert in Suicide |  |
|  |  |  | 517 | X |  | admitted 3/5/08 | VA Suicide Risk Assessment Guide |  |
|  |  |  |  |  |  | 10:11 A.m. | Cross by Gonzalez |  |
| 133 | X |  |  |  |  | admitted 3/5/08 | Dept Veterans Affairs Report 5/10/07 |  |
| 169 | X |  |  |  |  | admitted 3/6/08 | VA OIG Report 9/10/07 |  |
|  |  |  |  |  |  | 11:01 Am | Redirect |  |
|  |  |  |  |  |  | 11:03 A.m | Recess |  |
|  |  |  |  |  |  | 11:20 Am | Reconvene |  |
|  |  |  |  |  |  |  | Housekeeping Matters |  |
| 1346 | * |  |  |  |  |  | Rebuttal witness Natasha Kennedy |  |
|  |  |  |  |  |  |  | Request by Plaintiff - Denied |  |
|  |  |  |  |  |  |  | exhibits admitted per stipulate following |  |

Page 12

| CASE NO. C-07-3758-SC  VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al. ||||||||
|---|---|---|---|---|---|---|---|
| Plaintiff ||| Defendant |||| |
| No. | ID | EV | No. | ID | EV | DATE/TIME | EXHIBITS/WITNESSES 4/30/08 | BY |
| 133 |  | X |  |  |  |  |  |  |
| 169 |  | X |  |  |  |  |  |  |
| 374 |  | X |  |  |  |  |  |  |
| 397 |  | X |  |  |  |  |  |  |
| 1279 |  | X |  |  |  |  |  |  |
| 1282 |  | X |  |  |  |  |  |  |
| 354 |  | X |  |  |  |  |  |  |
| 380 |  | X |  |  |  |  |  |  |
| 412B |  | X |  |  |  |  |  |  |
| 419 |  | X |  |  |  |  |  |  |
| 1183 |  | X |  |  |  |  |  |  |
| 1244 |  | X |  |  |  |  |  |  |
| 1246 |  | X |  |  |  |  |  |  |
| 1339 |  | X |  |  |  |  |  |  |
| 1340 |  | X |  |  |  |  |  |  |
| 1341 |  | X |  |  |  |  |  |  |
| 1342 |  | X |  |  |  |  |  |  |
| 442 |  | X |  |  |  |  |  |  |
| 1253 |  | X |  |  |  |  |  |  |
| 1257 |  | X |  |  |  |  |  |  |
| 1258 |  | X |  |  |  |  |  |  |
| 1259 |  | X |  |  |  |  |  |  |
| 1260 |  | X |  |  |  |  |  |  |
| 1260A |  | X |  |  |  |  |  |  |
| 1261 |  | X |  |  |  |  |  |  |
| 1262 |  | X |  |  |  |  |  |  |
| 1263 |  | X |  |  |  |  |  |  |
| 1264 |  | X |  |  |  |  |  |  |
| 1265 |  | X |  |  |  |  |  |  |

Case 3:07-cv-03758-SC  Document 228  Filed 05/02/2008  Page 16 of 17

CASE NO.  C-07-3758-SC   VETERANS FOR COMMON SENSE, et al. -v- JAMES B. PEAKE, M.D., et al.

4/30/08

| Plaintiff | | | Defendant | | | DATE/TIME | EXHIBITS/WITNESSES | BY |
|---|---|---|---|---|---|---|---|---|
| No. | ID | EV | No. | ID | EV | | | |
| 1066 | | X | | | X | | | |
| 1334 | | X | | | X | | | |
| 1306 | page 1+2 | X | | | X | | | |
| 118 | as Redacted | X | | | X | | | |
| 226 | as Redacted | X | | | | | | |
| 1230 | as Redacted | X | | | | | | |
| 1309 | as 1039 | X | | | | | | |
| 1315 | as 2611 | X | | | | | | |
| 1320 | | X | | | | | | |
| 1323 | | X | | | | | | |
| | | | 553 | | X | | | |
| | | | 544 | | X | | | |
| 1245 | X | | | | | | | |
| 435 | | | | | | | Not in | |
| 1256 | | | | | | | No in | |
| 360 | X | | | | | | | |
| 1331 | X | | | | | | | |
| 1255 | | | | | | | Not in | |
| 1066 | X | | | | | | after Redacted | |
| | | | | | | 11:45 a.m. | Recess | |
| | | | | | | 1:30 p.m. | Reconvene | |
| | | | | | | | Plaintiffs opening closing statemt by Gonzalez | |
| | | | | | | 2:14 p.m. | Defendants closing statement by Bensing | |
| | | | | | | 2:51 p.m. | Court will entertain briefs + plaintiffs proposed order. π Brief due 5/9/08 Defendant brief due 5/19/08 parties to concentrate on this Court jurisdiction supported by case law. Matter Submitted at that time briefs not to exceed 40 pages Redacted exhibits admitted | |
| | | | | | | 3:00 pm | Recess | |