UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. 07-cv-3758                                       DATE April 21, 2008

Veterans for Common Sense, et al. vs. Peake, et al.

EXHIBIT LIST

( ) PLAINTIFF                                             (X) DEFENDANT

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| D-540 | 4-28-08 | 4-28-08 | Typical Regional Office Organization Chart |
| D-541 | 4-28-08 | 4-28-08 | Disability Claim Timeline |
| D-542 | 4-28-08 | 4-28-08 | Rating Claims Received Chart |
| D-543 | 4-28-08 | 4-28-08 | Original Claim Receipts- Issues Per Claim Chart |
| D-544 | 4-28-08 | 4/30/08 | Growth in Pending Claims Inventory Chart |
| D-545 | 4-28-08 | 4-28-08 | C&P Field FTE Chart |
| D-546 | 4-28-08 | 4-28-08 | Compensation and Pension Spreadsheet |
| D-547 | 4-28-08 | 4-28-08 | National Performance Plan Journey-Level RVSR |
| D-548 | | | National Performance Plan Veterans Service Representative (VSR) |
| D-549 | | | Appeals' Ratio- FY 2007 Chart |
| D-550 | | | M21-4, Chapter 3. Quality Assurance |
| D-551 | | | Benefit Entitlement Accuracy- September 2006 Chart |
| D-552 | | | Decision Documentation & Notification Accuracy- September 2006 Chart |

| | | | |
|---|---|---|---|
| D-553 | | 4/30/08 | Department of Veterans Affairs National Mental Health Program Performance Monitoring System: Summary Report of System Change FY 2004- FY 2007 |
| D-554 | | | Visits/Veterans Diagnosed with PTSD in VA specialty mental health programs (1) Graph |
| D-555 | 4/23/08 | 4/23/08 | Department of Veterans Affairs Board of Veterans Appeals (BVA) Budget Authority and Authorized FTE FY 2005 to FY 2009 |
| D-556 | | | Board of Veterans's Appeals REPORT OF THE CHAIRMAN Fiscal Year 2007 |
| D-557 | 4/23/08 | 4/23/08 | Federal Register/ Vol. 73, No. 74, Wednesday/ April 16, 2008/ Proposed Rules |
| D-558 | 4/24/08 | 4/24/08 | Letter from James B. Peake, M.D. to The Honorable Bob Filner, February 5, 2008 |
| D-559 | 4/28/08 | 4/28/08 | Claims Receipts and Total Issues with ADC Graph |
| D-560 | 4/28/08 | 4/28/08 | Supplemental Statements of the Case (SSOC) Issued Prior to BVA Certification, FY 2007- FYTD March 2008 |
| D-561 | 4/28/08 | 4/29/08 | National Performance Plans Veterans Service Representative (VSR), Revised December 5, 2005, with Production Counts for Vets |