**ATTACHMENT A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. C 07 3758
**PLAINTIFF** Exhibit No. P-1347
Date Entered: _____
RICHARD W. WIEKING, CLERK
By: _____
　　　　Deputy Clerk

**Subject:** FW: Suggestion
**Date:** Thu, 1 May 2008 08:08:40 -0500
**From:** ████████@va.gov>
**To:** ████████

Sent: Thursday, March 20, 2008 11:08 AM

**Subject: Suggestion**

Given that we are having more and more compensation seeking veterans, I'd like to suggest that you refrain from giving a diagnosis of PTSD straight out. Consider a diagnosis of Adjustment Disorder, R/O PTSD.

Additionally, we really don't or have time to do the extensive testing that should be done to determine PTSD.

Also, there have been some incidence where the veteran has a C & P, is not given a diagnosis of PTSD, then the veteran comes here and we give the diagnosis, and the veteran appeals his case based on our assessment.

This is just a suggestion for the reasons listed above.