**ATTACHMENT B**

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

May 15, 2008

Writer's Direct Contact
415.268.7020
AGonzalez@mofo.com

Mr. Daniel Bensing, Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20530

Re:  *Veterans for Common Sense v. Peake*
     N.D. Cal. No. C-07-3758

Dear Mr. Bensing:

I write to express Plaintiffs' serious concerns about a VA document (enclosed) obtained and released today by Citizens for Responsibility and Ethics in Washington and VoteVets.org. The document, an e-mail dated March 20, 2008, appears to instruct VA health care providers to refrain from diagnosing mentally ill veterans with PTSD.

As you can imagine, Plaintiffs are disturbed by this development. The content of this e-mail goes directly to the matters at the heart of this lawsuit. Specifically, VA doctors are told to *rule out* PTSD as a potential diagnosis, substituting it with Adjustment Disorder. This instruction is directly linked to VA's inability to provide appropriate PTSD screening and to its desire to limit the number of veterans who exercise their right to appeal benefits determinations. Written merely a month before trial in this matter, the e-mail demonstrates VA's current policies that encourage the callous mishandling of veterans' mental health care and claims for benefits.

We are considering raising this development with the Court. As a courtesy, before doing so, Plaintiffs offer Defendants the opportunity to explain or provide details about the email, including its author and recipients. If the email is anything other than what it appears, please let us know immediately.

Sincerely,

Arturo J. Gonzalez

sf-2516834



**Subject:** FW: Suggestion
**Date:** Thu, 1 May 2008 06:08:40 -0500
**From:** <...@va.gov>
**To:**

Sent: Thursday, March 20, 2008 11:08 AM

**Subject:** Suggestion

Given that we are having more and more compensation seeking veterans, I'd like to suggest that you refrain from giving a diagnosis of PTSD straight out. Consider a diagnosis of Adjustment Disorder, R/O PTSD.

Additionally, we really don't or have time to do the extensive testing that should be done to determine PTSD.

Also, there have been some incidence where the veteran has a C & P, is not given a diagnosis of PTSD, then the veteran comes here and we give the diagnosis, and the veteran appeals his case based on our assessment.

This is just a suggestion for the reasons listed above.

http://us.f824.mail.yahoo.com/ym/ShowLetter?MsgId=1804_40020552_2939_1728_1825_... 5/2/2008