**ATTACHMENT C**



**U.S. Department of Justice**

Civil Division, Federal Programs Branch

|  |  |
|---|---|
| **Via First-Class Mail** | **Via Overnight Delivery** |
| P.O. Box 833 | 20 Massachusetts Ave., NW |
| Washington, D.C. 20044 | Washington, D.C. 20001 |

James J. Schwartz  Tel: (202) 616-8267
Senior Counsel  Fax: (202) 616-8202

**Via Email and U.S. Mail**        May 22, 2008
Mr. Arturo J. Gonzalez
Morrison & Foerster
425 Market St.
San Francisco, Cal. 94105-2482

      RE: <u>Veterans for Common Sense v. Peake, et al.</u>, (N.D. Cal. No. C-07-3758)

Dear Mr. Gonzalez:

      This responds to your letter of May 15, 2008, expressing concern with the content of a March 20, 2008 e-mail communication from a Department of Veterans Affairs (VA) psychologist at the Temple, Texas, VA Medical Center (VAMC) to other mental health employees at the VAMC. The chronology of events in this matter, as described below, demonstrates that the contents of the psychologist's e-mail do not reflect VA's policy regarding diagnosis of Post Traumatic Stress Disorder (PTSD).

      On April 7, 2008, the Office of the Secretary of Veterans Affairs (VA) received a letter from a Friendswood, TX, veterans service officer regarding the March 20, 2008 e-mail. On April 8, 2008, VA Central Office correspondence staff referred the letter to the Temple VAMC facility leadership for response, presuming it to be a local issue. The VAMC's Associate Chief of Staff for Mental Health and Behavioral Medicine met with the psychologist, her immediate supervisor and the Chief of Psychology, counseled her on the e-mail, and provided further instruction on VA policy, to include Compensation and Pension Exam policy. In addition, the Associate Director prepared a response to the veterans service officer.

      The Temple VAMC Chief of Staff met with key veteran advocates on May 8, 2008, to discuss the e-mail and to initiate a plan to build constructive relationships with area veterans groups. The Chief of Staff apologized to the veteran advocates for the e-mail and clarified the facility's actual policy regarding the diagnosis of PTSD.

      On May 8, 2008, VA's Chief of Staff in Washington, DC received a fax of an e-mail string that included a typed excerpt of the psychologist's e-mail. The e-mail string included e-mails and related communications from the Vietnam Veterans of America (VVA) leadership and members of the VVA PTSD Education and Outreach Committee. On May 8, 2008, the Secretary and the Veterans Health Administration (VHA) Under Secretary for Health were informed of the e-mail by the VA Chief of Staff. In response, the Under Secretary for Health

discussed in the psychologist's e-mail was not representative of VA policy. The VVA representative expressed concern that the e-mail might suggest VA-wide practice. The Under Secretary indicated this was not the case.

On May 15, 2008, in response to press inquiries, the Secretary issued the following statement:

> "The VA professional staff works hard to ensure that veterans' mental health needs are being accurately diagnosed and treated. A single staff member, out of VA's 230,000 employees, in a single medical facility sent a single email with suggestions that are inappropriate and have been repudiated at the highest level of our health care organization. The employee has been counseled and is extremely apologetic. VA's leadership will strongly remind all medical staff that trust, accuracy and transparency is paramount to maintaining our relationships with our veteran patients. We are committed to absolute accuracy in a diagnosis and unwavering in providing any and all earned benefits. PTSD and the mental health arena is no exception."

VA's response to the March 20, 2008, e-mail, at both the local and national level, demonstrates that the psychologist's communication is not reflective of VA's policy regarding the diagnosis of PTSD. It is VA's clear intent to reaffirm VA's policy regarding the diagnosis of PTSD, using this example, to ensure that there is no misunderstanding of the policy by any VHA facility or provider. In addition, VA will review the alleged resource constraint referenced in the March 20, 2008 e-mail by conducting a thorough assessment.

Sincerely,

James J. Schwartz