United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES B. PEAKE, Secretary of Veterans Affairs, et al.,<br><br>Defendants. | No. C-07-3758 SC<br><br><u>ORDER SETTING HEARING</u> |

    On May 28, 2008, after the close of evidence in this case, Plaintiffs submitted a letter to the Court in which they brought to the Court's attention a recently discovered email that had been written by a VA staff member.  Docket No. 231.  Defendants responded with a letter of their own.  Docket No. 232.

    Although Plaintiffs' request to reopen the case is unusual, the email raises potentially serious questions that may warrant further attention.  The Court therefore ORDERS the parties to appear on Tuesday, June 10, at 10:00 a.m. in Courtroom # 1.  At that time, the Court will hear argument solely on the issue of the

import of this email.  For the purposes of this hearing, the parties are to assume that the email was discoverable.

    IT IS SO ORDERED.

    Dated: June 5, 2008

_____
UNITED STATES DISTRICT JUDGE