UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN LUCEY, in his own right and as Executor of the Estate of Jeffrey Michael Lucey, Deceased, and Joyce Lucey,<br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)  08CV30134-MAP<br>)<br>)<br>)<br>)<br>) |

DEFENDANT'S RESPONSE TO INTERROGATORIES

The defendant, United States of America, by its attorney Michael J. Sullivan and pursuant to Fed. R. Civ. P. 33, responds as follows to the plaintiffs' interrogatories:

INTERROGATORY NO. 1

Describe with as much detail as possible what were/are the policies and procedures of Defendant, with respect to veterans and/or other individuals, which Defendant followed during:

1. May and June of 2004,

2. subsequent to June of 2004 for all the time periods during which modified or changed policies and procedures were in effect specifying the dates at which the policies and/or procedures were changed and/or updated, and

3. currently in usage with the date at which the current versions of the policies and procedures became effective, at any and all Veterans Administration Hospitals or Medical Centers throughout the United States for:

including suicidal tendencies, and also suffering or not suffering from alcohol abuse related problems, could/can be diagnosed and/or were/are diagnosed to be suffering from Post Traumatic Stress Syndrome or similar and/or related illnesses.

OBJECTION:

The defendant objects to this interrogatory on the grounds that it is overly broad, unduly burdensome, unduly vague and uncertain and not designed to lead to the discovery of admissible evidence, in that it seeks information regarding diagnoses, which are individualized determinations which will vary significantly depending on patient and condition

INTERROGATORY NO. 11

Describe with as much detail as possible what were/are the policies and procedures of DEFENDANT, with respect to Veterans and/or other individuals, which DEFENDANT followed during:

1. May and June of 2004,
2. subsequent to June of 2004 for all the time periods during which modified or changed policies and procedures were in effect specifying the dates at which the policies and/or procedures were changed and/or updated, and
3. currently in usage with the date at which the current versions of the policies and procedures became effective,

at any and all its Veterans Administration Hospitals or Medical

Centers throughout the United States for the purpose of reaching a decision as to when to admit, and/or provide consultations, and/or medical treatment of any and all kinds including administering, supplying and/or prescribing medicinal treatments, to patients and/or individuals who arrived/arrive at the Medical Center or Hospital gates and who were/are suspected, or could/can be reasonably assumed to have been/be suspected, of suffering from Post Traumatic Stress Syndrome or similar and/or related illnesses.

OBJECTION:

The defendant objects to this interrogatory on the grounds that it is overly broad, unduly burdensome and not designed to lead to the discovery of admissible evidence, in that it is unlimited in location

INTERROGATORY NO. 12

Describe with as much detail as possible what were/are the policies and procedures of DEFENDANT, with respect to Veterans and/or other individuals, which DEFENDANT followed during:

1. May and June of 2004,
2. subsequent to June of 2004 for all the time periods during which modified or changed policies and procedures were in effect specifying the dates at which the policies and/or procedures were changed and/or updated, and
3. currently in usage with the date at which the current

versions of the policies and procedures became effective, at the Northampton Veterans Administration Medical Center located at 421 North Main Street, Leeds, Massachusetts 01053 for the purpose of reaching a decision as to when to admit, and/or provide consultation, and/or provide psychiatric consultation, and/or psychological consultations, and/or medical treatment of any and all kinds including administering, supplying and/or prescribing medicinal treatments, to patients and/or individuals who arrived/arrive at the Medical Center or Hospital gates and who were/are suspected, or could/can be reasonably be assumed to have been/be suspected, of suffering from Post Traumatic Stress Syndrome or similar and/or related illnesses.

RESPONSE:

The defendant does not have a specific policy addressing this situation.

INTERROGATORY NO. 13

Please IDENTIFY (as per definition A-3 above) the following persons and state for each IDENTIFIED person whether he/she was an employee under the control of DEFENDANT during the period encompassing 12:00 A.M. May 27, 2004 and 12:00 A.M. June 7, 2004. Please also provide their current address as well as current employment status.

1. All psychiatrists on duty at the Northampton Veterans Administration Medical Center located at 421 North Main

hour and day by day basis during the period of time encompassing 12:00 A.M. May 27, 2004 to 12:00 A.M. June 7, 2004 when the person(s) was/were on call-duty at the aforementioned Veterans Administration Medical Center.

OBJECTION AND RESPONSE:

The defendant objects to the interrogatory on the grounds that it is overly broad, unduly burdensome and not designed to lead to the discovery of admissible evidence. The defendant further objects to this interrogatory on the ground that it exceeds the discovery event limitations set forth in Local Rule 26.1. Subject to that objection, see attachments I00105 through I00164. Further responding, the defendant states as follows:

a. psychologists, social workers, mental health counselors, mental health rehabilitation specialists, nurses and security personnel are not maintained in an "on call" status;

b. there were no medical interns on duty;

c. the VAMC does not employ security guards, orderlies

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ Karen L. Goodwin
> Karen L. Goodwin
> Assistant U.S. Attorney
> 1550 Main Street
> Springfield, MA 01103
> 413-785-0235

Dated: May 2, 2008

## VERIFICATION

The foregoing answers to interrogatories are true and correct to the best of my knowledge, information and belief.

Signed under the penalties of perjury this 2nd day of May, 2008.

_____
Mary A. Dowling
Director
Department of Veterans Affairs
Medical Center, Northampton, MA

## CERTIFICATE OF SERVICE

I hereby certify that this document was sent by first class mail this date to: Cristóbal Bonifaz, Law Offices of Cristóbal and John C. Bonifaz, 180 Maple Street, P.O. Box 180, Conway, Massachusetts 01341.

_____
Karen L. Goodwin
Assistant United States Attorney