1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., | Case No.    C-07-3758-SC |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING POST-TRIAL DISCOVERY** |
| v. | |
| JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, | Complaint Filed July 23, 2007 Trial Date:  April 21, 2008 |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING POST-TRIAL DISCOVERY
CASE NO. C-07-3758-SC
sf-2528384

1    Having considered Plaintiffs' letters dated May 28, 2008 and June 9, 2008, Defendants'

2   response dated June 4, 2008, and the arguments of counsel at the hearing on June 10, 2008, the Court

3   hereby reopens the trial taken under submission on May 19, 2008 for the limited purpose of post-trial

4   discovery necessitated by newly discovered evidence withheld by Defendants during pre-trial

5   discovery.  Pursuant to IT IS HEREBY ORDERED THAT:

6       1.   Pursuant to its powers under Federal Rules of Civil Procedure 37, Defendants are hereby

7   sanctioned for their failure to produce relevant materials in their possession prior to trial in this

8   matter.  Those materials were available to Defendants and are directly relevant to the factual issues

9   addressed during trial.  The Court finds that the appropriate sanction in this instance is an adverse

10  factual inference on three separate points:

11      (a)   VA actively discourages diagnoses of PTSD in favor of a diagnosis of "adjustment

12  disorder";

13      (b)   VA is not devoting the resources necessary to deal with the large numbers of PTSD-

14  afflicted veterans returning from Iraq and Afghanistan despite the lack of any shortage of funding

15  from Congress; and

16      (c)   Veterans are diagnosed with PTSD by their VHA physicians but are later denied

17  benefits based on a compensation and pension ("C&P") exam for the VBA in which the medical

18  judgment of the veterans' treating physician is overruled by another VA doctor the effect of which is

19  to deny veterans with PTSD disability compensation and health care benefits.

20      2.   Furthermore, within 10 calendar days of the date of this Order, Defendants shall produce

21  all relevant documents within the meaning of Rule 403 that were collected but not produced in

22  connection with this litigation.  Any documents withheld on the grounds of privilege must be set forth

23  on a privilege log to be delivered to Plaintiffs within 10 calendar days of the date of this Order.

24  Plaintiffs shall submit a written report to the Court within 14 calendar days of receipt of the

25  documents regarding the propriety of any further post-trial document discovery based on the

26  materials produced.  The Court shall make the final determination regarding whether the requested

27  additional document discovery, if any, is warranted.

28

ORDER GRANTING POST-TRIAL DISCOVERY
CASE NO. C-07-3758-SC
sf-2528384

1

1       3.      Within 15 calendar days of this Order, Defendants shall produce for deposition Dr.

2  Norma Perez and all other recipients of her March 20, 2008 e-mail.  The depositions shall not exceed

3  seven hours in total and shall take place successively on the same day.

4       4.      Within 15 calendar days of this Order, Defendants shall produce the following

5  information to Plaintiffs and the Court:

6               (a)     the total number and percentage of veterans diagnosed with PTSD from January

7  1, 2005 to the present (broken down by month);

8               (b)     the total number and percentage of veterans diagnosed with "adjustment

9  disorder" from January 1, 2005 to the present (broken down by month);

10              (c)     the total number and percentage of veterans initially diagnosed with "adjustment

11 disorder" that were later moved to a diagnosis of PTSD from January 1, 2005 to the present (broken

12 down by month);

13              (d)     the total number and percentage of veterans diagnosed with "adjustment

14 disorder" six months or more after discharge from military service from January 1, 2005 to the

15 present (broken down by month);

16              (e)     the total number and percentage of veterans diagnosed with PTSD by a treating

17 physician but not diagnosed with PTSD during the compensation and pension examination (broken

18 down by month) from January 1, 2005 to the present; and

19              (f)     the total number and percentage of veterans appeals from the denial of PTSD

20 benefits based on the discrepancy between the treating physician's and the compensation and pension

21 physician's diagnoses (broken down by year).

22              Within 25 days of the date of this Order, assuming no further post-trial discovery is

23 ordered by the Court, the parties shall submit any additional exhibits and deposition designations for

24 the Court's consideration.  Within 30 days of the date of this Order, the parties shall submit

25 supplemental findings of fact and conclusions of law not to exceed 5 pages.  The matter shall be

26 taken under submission and evidence closed once the amended findings of fact and conclusions of

27 law are filed with the Court.

28      **IT IS SO ORDERED.**

ORDER GRANTING POST-TRIAL DISCOVERY
CASE NO. C-07-3758-SC
sf-2528384

2

1

2          Dated:  June _____, 2008

3
                                                                                  _____
4                                              THE HONORABLE SAMUEL CONTI
                                                United States Senior District Judge
5

   Proposed Order Submitted by:
6

7   SIDNEY M. WOLINSKY
    JENNIFER WEISER BEZOZA
8   KATRINA KASEY CORBIT
    DISABILITY RIGHTS ADVOCATES
9
    GORDON P. ERSPAMER
10  ARTURO J. GONZALEZ
    HEATHER A. MOSER
11  RYAN G. HASSANEIN
    STACEY M. SPRENKEL
12  MORRISON & FOERSTER LLP

13

14  By:   /s/ Gordon P. Erspamer
              Gordon P. Erspamer
15
        *Attorneys for Plaintiffs*
16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING POST-TRIAL DISCOVERY
CASE NO. C-07-3758-SC
sf-2528384

3