UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-3758          SAMUEL CONTI          DATE June 10, 2008
Case Number        Judge

Title: VETERANS FOR COMMON SENSE vs JAMES B. PEAKS, M.D., et al.

Attorneys: HEATHER MOSER           DANIEL BENSING
           GORDON ERSPAMER         SUZANNE WILL
           SIDNEY WOLINSKY

Deputy Clerk: T. De Martini    Court Reporter: Debra Pas

Court  Pltf's  Deft's
(  )   (XXX)   (  )   1. Request to Reopen Discovery
(  )   (  )    (  )   2.
(  )   (  )    (  )   3.
(  )   (  )    (  )   4.
(  )   (  )    (  )   5.

(  )Motion(s): (  )Granted  (  )Denied  (  )Withdrawn

(  )Granted/Denied  (  )Off Calendar  (  )Submitted

Order to be Prepared by:(  )Pltf  (  )Deft  (  )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to_____ for_____

ORDERED AFTER HEARING: The 3/20/08 email from Dr. Norma Perez is received in evidence.

The 6/4/08 Senate Hearing Transcript is received in evidence.

Plaintiff's Request for Additional Discovery - Denied

Plaintiff's Request for Sanctions - Denied

cc: