UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC., <br><br>   Plaintiffs, <br><br> v. <br><br> JAMES B. PEAKE, Secretary of Veterans Affairs, et al., <br><br>   Defendants. | No. C-07-3758 SC <br><br> ORDER RE TRIAL <u>EXHIBITS</u> |

   The parties are hereby ordered to contact Judge Conti's Courtroom Deputy Clerk in order to arrange retrieval of all trial exhibits. The parties are responsible for retaining their exhibits for any appeal purposes.

   IT IS SO ORDERED.


   Dated: June 25, 2008

                                        _Samuel Conti_
                                        _____
                                        UNITED STATES DISTRICT JUDGE