UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC., | No. C-07-3758 SC |
| Plaintiffs, | JUDGMENT |
| v. | |
| JAMES B. PEAKE, Secretary of Veterans Affairs, et al., | |
| Defendants. | |

In accordance with the Memorandum of Decision, Findings of Fact and Conclusions of Law issued concurrently herewith, it is hereby Ordered, Adjudged, and Decreed that judgment be entered in favor of Defendants.

IT IS SO ORDERED.

Dated: June 25, 2008

_____
UNITED STATES DISTRICT JUDGE