**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

CASE NUMBER:  C-07-3758-SC

CASE TITLE:  VETERANS FOR COMMON SENSE, et al. -v- JAMES PEAKE, et al.

## RECEIPT

I acknowledge receipt of the following trial exhibits in the above case:

Plaintiff's Trial Exhibits.

*Jennifer Dwight*
JENNIFER DWIGHT

June 30, 2008

Defendants Trial Exhibits.

*Kathy Terry*
Kathy Terry  7/1/08

o:\mrg\crim\receipt.mrg

Rev 11/95