ORIGINAL

1  GORDON P. ERSPAMER (CA SBN 83364)
   GErspamer@mofo.com
2  ARTURO J. GONZALEZ (CA SBN 121490)
   AGonzalez@mofo.com
3  HEATHER A. MOSER (CA SBN 212686)
   HMoser@mofo.com
4  RYAN G. HASSANEIN (CA SBN 221146)
   RHassanein@mofo.com
5  STACEY M. SPRENKEL (CA SBN 241689)
   SSprenkel@mofo.com
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522

9  [See Next Page for Additional Counsel for Plaintiffs.]

10 Attorneys for Plaintiffs
   VETERANS FOR COMMON SENSE and
11 VETERANS UNITED FOR TRUTH, INC.

FILED
JUL 2 5 2008  fee paid
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VETERANS FOR COMMON SENSE, and VETERANS UNITED FOR TRUTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*, <br><br> Defendants. | Case No.   C-07-3758-SC <br><br> **PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT OF FINAL JUDGMENT AND ALL RELATED INTERLOCUTORY ORDERS** <br><br> Complaint Filed: July 23, 2007 <br> Trial Date: April 21, 2008 |

NOTICE OF APPEAL
Case No. C 07 3758
sf-2537954

1  **ADDITIONAL COUNSEL FOR PLAINTIFFS:**

2  SIDNEY M. WOLINSKY (CA SBN 33716)
   SWolinsky@dralegal.org
3  RONALD L. ELSBERRY (CA SBN 130880)
   JBezoza@dralegal.org
4  KATRINA KASEY CORBIT (CA SBN 237931)
   KCorbit@dralegal.org
5  DISABILITY RIGHTS ADVOCATES
   2001 Center Street, Third Floor
6  Berkeley, California 94704-1204
   Telephone: 510.665.8644
7  Facsimile: 510.665.8511

NOTICE OF APPEAL
Case No. C 07 3758
sf-2537954

NOTICE IS HEREBY GIVEN that Plaintiffs VETERANS FOR COMMON SENSE and VETERANS UNITED FOR TRUTH, INC. (collectively, "Plaintiffs"), and/or their members, who are representative of a putative class, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of this Court on June 25, 2008 in the above-captioned case. In addition to the final judgment, Plaintiffs also appeal all interlocutory orders that gave rise to that judgment, including but not limited to:

1) January 10, 2008 Order Granting in Part and Denying in Part Defendants' Motion to Dismiss; Finding as Moot Motion for Protective Order; and Granting Motion to Seal Documents;

2) February 21, 2008 Order Granting in Part and Denying in Part Motion to Seal;

3) February 29, 2008 Order Granting Motion for Protective Order; Granting Motion for Leave to file Surreply, and Motion for Stay of Discovery;

4) All evidentiary Rulings at Hearing on Preliminary Injunction Motion, March 3, 2008 through March 6, 2008;

5) March 13, 2008 Order Granting Motion to Dismiss;

6) March 13, 2008 Order Regarding Scope of Discovery;

7) April 7, 2008 Order Denying Request for Continuance (Final Transcript of Hearing on Discovery-Related Issues at 21:7 – 22:24);

8) April 7, 2008 Minute Order Granting in Part and Denying in Part Plaintiffs' Motions to Compel;

9) April 10, 2008 Discovery Order;

10) April 21, 2008 Order on Plaintiffs' Motions in Limine (Final Trial Transcript at 20:19 – 23:24);

11) April 24, 2008 Order Denying Plaintiffs' Motion to Add Suicide Prevention Coordinator to Witness List for Trial (Final Trial Transcript at 856:3 – 857:17);

12) April 28, 2008 Order Denying Plaintiffs' Motion to Exclude Testimony of Defendants' Undisclosed Rebuttal Witness (Final Trial Transcript at 873:18-876:8);

| | | |
|---|---|---|
| 1 | 13) | April 29, 2008 Order Denying Motion to Compel Response to Interrogatory 10 |
| 2 | | (Final Trial Transcript at 1143:7-15); |
| 3 | 14) | April 30, 2008 Order Denying Motion for Rebuttal Witness to Dr. Berman's |
| 4 | | Testimony (Final Trial Transcript at 1341:9 – 1345:9); |
| 5 | 15) | April 30, 2008 Order Denying Motion to Admit Incident Briefs into Evidence (Final |
| 6 | | Trial Transcript at 1349:3 – 1351:1); |
| 7 | 16) | All evidentiary Rulings at Trial, April 21, 2008 through April 30, 2008; |
| 8 | 17) | June 10, 2008 Order Denying Plaintiffs' Request for Additional Discovery and |
| 9 | | Request for sanctions; |
| 10 | 18) | June 25, 2008 Findings of Fact and Conclusions of Law. |

Pursuant to Ninth Circuit Rule 3-2, attached is a Representation Statement that identifies all parties to the action, along with the names, addresses, and telephone numbers of their respective counsel. Pursuant to Ninth Circuit Local Rule 3-4, a Civil Appeals Docketing Statement is being concurrently filed. Pursuant to Ninth Circuit Local Rule 34-3, Plaintiffs seek an expedited hearing.

Dated: July 25, 2008

GORDON P. ERSPAMER
ARTURO J. GONZALEZ
HEATHER A. MOSER
RYAN G. HASSANEIN
STACEY M. SPRENKEL
MORRISON & FOERSTER LLP

By: /s/ Gordon P. Erspamer
Gordon P. Erspamer
GErspamer@mofo.com

Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on July 25, 2008, I served a copy of:

**PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT OF FINAL JUDGMENT AND ALL RELATED INTERLOCUTORY ORDERS**

**CIVIL APPEALS DOCKETING STATEMENT**

☐ **BY FACSIMILE, [Fed. Rule Civ. Proc. rule 5(b)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number 415.268.7522 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

☐ **BY U.S. MAIL [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

| | |
|---|---|
| ☒ | **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices. |

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

| | |
|---|---|
| ☒ | **BY PERSONAL SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and delivery at the mailroom of Morrison & Foerster LLP, causing personal delivery of the document(s) listed above to the person(s) at the address(es) set forth below. |

I am readily familiar with Morrison & Foerster LLP's practice for the collection and processing of documents for hand delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be taken from Morrison & Foerster LLP's mailroom and hand delivered to the document's addressee (or left with an employee or person in charge of the addressee's office) on the same date that it is placed at Morrison & Foerster LLP's mailroom.

| | |
|---|---|
| ☒ | **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b). |

| *By Email & Overnight Mail* | *By Personal Delivery* |
|---|---|
| Mr. Daniel Bensing, Senior Counsel<br>U.S. Department of Justice<br>Civil Div., Federal Programs Branch<br>20 Massachusetts Ave., NW<br>Washington, DC 20530<br>**Daniel.Bensing@usdoj.gov** | Scott N. Schools, Esq.<br>U.S. Attorney's Office<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 25th day of July, 2008.

_____
Jill R. Haskins

CERTIFICATE OF SERVICE
CASE NO. C-07-3758-SC
sf-2537954

2

Court of Appeals No. _____

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

VETERANS FOR COMMON SENSE, and
VETERANS UNITED FOR TRUTH, INC.,

*Plaintiffs-Appellants*,

vs.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs, *et al.*,

*Defendants-Appellees*.

Appeal from the United States District Court
Northern District Of California
District Court No. C-07-3758-SC
The Honorable Samuel Conti

**REPRESENTATION STATEMENT**

| | |
|---|---|
| SIDNEY M. WOLINSKY | GORDON P. ERSPAMER |
| RONALD L. ELSBERRY | ARTURO J. GONZÁLEZ |
| KATRINA KASEY CORBIT | HEATHER A. MOSER |
| DISABILITY RIGHTS ADVOCATES | RYAN G. HASSANEIN |
| 2001 Center Street, Third Floor | STACEY M. SPRENKEL |
| Berkeley, California 94704-1204 | MORRISON & FOERSTER LLP |
| Telephone: 510.665.8644 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |

*Attorneys for Plaintiffs-Appellants*
VETERANS FOR COMMON SENSE AND VETERANS UNITED FOR TRUTH, INC.

sf-2550284

The undersigned represent Plaintiffs-Appellants Veterans for Common Sense and Veterans United for Truth, Inc., in this matter and no other party. The information below shows all of the parties to the action, and identifies their counsel by name, firm, address, and telephone number, where appropriate. (Fed. R. App. P. 12(b); Circuit Rule 3-2(b)).

**1)** **Attorneys for** Plaintiffs-Appellants Veterans for Common Sense and Veterans United for Truth, Inc.

Gordon P. Erspamer, Esq.
Arturo J. González, Esq.
Heather A. Moser, Esq.
Ryan G. Hassanein, Esq.
Stacey M. Sprenkel, Esq.
Natalie Naugle, Esq.
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Sidney M. Wolinsky, Esq.
Ronald L. Elsberry, Esq.
Katrina Kasey Corbit, Esq.
DISABILITY RIGHTS ADVOCATES
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone: 510.665.8644
Facsimile: 510.665.8511

2) **Attorneys for Defendants-Appellees James B. Peake, M.D., Secretary of Veterans Affairs, et al.,**

Daniel E. Bensing, Esq.
Ronald J. Wiltsie, Esq.
James J. Schwartz, Esq.
Kyle R. Freeny, Esq.
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6114
Washington, DC  20001
Telephone:  202.305.0693
Facsimile:  202.616.8460

Dated: July 25, 2008             MORRISON & FOERSTER LLP

                                 By: /s/ Gordon P. Erspamer
                                 Gordon P. Erspamer
                                 Attorneys for Plaintiffs-Appellants
                                 Veterans for Common Sense and Veterans
                                 United for Truth, Inc.