UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 25, 2008

**CASE INFORMATION:**
Short Case Title:  <u>VETERANS FOR COMMON SENSE</u>-v- <u>R. JAMES NICHOLSON</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District of California, Judge Samuel Conti</u>
Criminal and/or Civil Case No.: <u>CV 07-03758 SC</u>
Date Complaint/Indictment/Petition Filed: <u>07/23/07</u>
Date Appealed order/judgment *entered* <u>06/25/08</u>
Date NOA *filed* <u>07/25/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):    ☐ granted in full (attach order)        ☐ denied in full (send record)
                           ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>07/25/08</u>        Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending?  ☐ yes  <u>X</u> no            Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   x no
Companion Cases?  Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:     Gordon P. Erspamer              Appellee Counsel: Daniel Bensing
                       Morrison & Foerster             U.S. Dept. of Justice
                       425 Market Street               20 Massachusetts Ave., N.W., Rm. 6114
                       San Francisco, CA 94105-2482    Washington, DC 20530
                       415-268-7000                    202-305-0693
                       Fax: 415 268-7522               Fax: 202-616-8460
                       Email: GErspamer@mofo.com       Email: Daniel.Bensing@USDOJ.gov

<u>X</u> retained   ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                              Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                   9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Susan Imbriani</u>
                                                    (415) 522-2061