# United States District Court
## Northern District of California
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-16728    U.S. District Court Case No. C-07-3758

Short Case Title  Veterans for Common Sense v. Peake, et al.

Date Notice of Appeal Filed by Clerk of District Court  07/25/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 12/14/07 | Sylvia Russo | Other (specify) Motion to Dismiss Hearing |
| 03/03/08 | Belle Ball/Debra Pas | Other (specify) Prelim. Injunction Hearing |
| 03/04/08 | Belle Ball/Debra Pas | Other (specify) Prelim. Injunction Hearing |
| 03/05/08 | Belle Ball/Debra Pas | Other (specify) Prelim. Injunction Hearing |
| 03/06/08 | Belle Ball/Debra Pas | Other (specify) Prelim. Injunction Hearing |
| 04/07/08 | Lydia Zinn | Other (specify) Discovery Motion Hearing |
| 04/21/08 | Belle Ball/Debra Pas | Other (specify) Trial |
| 04/22/08 | Belle Ball/Debra Pas | Other (specify) Trial |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

NATALIE NAUGLE
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000

Date Transcript Ordered 8/21/08


Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

# United States District Court
# Northern District of California
# Addendum to Transcript Designation and Ordering Form

**U.S. Court of Appeals Case No.:** 08-16728    **U.S. District Court Case No.:** C-07-3758

**Short Case Title:** Veterans for Common Sense v. Peake, *et al.*

**Date Notice of Appeal Filed by Clerk of District Court:** July 25, 2008

Section A: (con't)

| Hearing Date | Court Reporter | Hearing Type |
|---|---|---|
| 4/23/08 | Belle Ball and Debra Pas | Trial |
| 4/24/08 | Belle Ball and Debra Pas | Trial |
| 4/28/08 | Belle Ball and Debra Pas | Trial |
| 4/29/08 | Belle Ball and Debra Pas | Trial |
| 4/30/08 | Belle Ball and Debra Pas | Trial |
| 6/10/08 | Debra Pas | Post Trial Discovery Hearing |

sf-2557179