1

2

3

4                      IN THE UNITED STATES DISTRICT COURT

5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7  VETERANS FOR COMMON SENSE and      ) Case No. 07-3758-SC
   VETERANS UNITED FOR TRUTH, INC.,   )
8                                     ) ORDER DISMISSING CASE
                Plaintiffs,           )
9                                     )
      v.                              )
10                                    )
                                      )
11 ERIC K. SHINSEKI, Secretary of     )
   Veterans Affairs, et al.,          )
12                                    )
                Defendants.           )
13 ─────────────────────────────────  )

14

15      On June 25, 2008, this Court issued a decision which dismissed

16 the instant case, in part for lack of jurisdiction and in part on

17 the merits.  ECF No. 238 ("Decision") (published as Veterans for

18 Common Sense v. Peake, 563 F. Supp. 2d 1049 (N.D. Cal. 2008)).

19 Plaintiffs Veterans for Common Sense and Veterans United for Truth,

20 Inc. (collectively, "Plaintiffs") appealed to the Ninth Circuit

21 Court of Appeals.  ECF No. 242.  A three-judge appellate panel

22 affirmed this Court's decision in part, reversed it in part, and

23 remanded for further proceedings.  Veterans for Common Sense v.

24 Shinseki, 644 F.3d 845 (9th Cir. 2011).[1]  Before remand, however,

25 the Ninth Circuit granted Defendants' motion for rehearing en banc.

26 ─────────────────────
   [1] Plaintiffs sued individual Defendants, including the lead
27 defendant, James B. Peake, Secretary of Veterans Affairs, in their
   official capacities.  A different person, Eric K. Shinseki, now
28 occupies the office formerly held by Mr. Peake.  The Court has
   updated the case caption accordingly.

United States District Court
For the Northern District of California

1  See ECF No. 276 (published as Veterans for Common Sense v.

2  Shinseki, 663 F.3d 1033 (9th Cir. 2011)).  On May 7, 2012, the

3  Ninth Circuit en banc panel affirmed this Court's decision in part,

4  reversed it in part, and remanded the case, this time with

5  instructions to dismiss it.  ECF No. 279 (published as Veterans for

6  Common Sense v. Shinseki, 678 F.3d 1013 (9th Cir. 2012)).  On July

7  2, 2012, the Ninth Circuit entered a formal mandate giving effect

8  to its May 7 judgment.  ECF No. 281.  The mandate was filed in this

9  Court's docket on July 18, 2012.  See id.

10      Pursuant to the mandate of the Ninth Circuit, this Court

11 hereby DISMISSES the instant case.

12

13      IT IS SO ORDERED.

14

15      Dated: July 20, 2012

16                                    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2